UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BABYGRANDE GLOBAL, INC.,

        *Plaintiff*,

    -against-

EVEN LABS INC.; CSA PARTNERS, LLC;
GENER8TOR MANAGEMENT, LLC; GANGELS,
LLC; VC 414 FUND I, L.P.; ENRIQUE "MAG"
RODRIGUEZ; DAMIEN "DDOT" WASHINGTON;
DANIEL ROTMAN; ADOLF AKUFFO-AFFUL;
DONTE MURRY; and OGO,

        *Defendants*.
------------------------------------------------------------------------x

Index No.: 1:24-cv-6785-JGLC

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Emma J. Hoffmann of the law firm Leichtman Law PLLC, located at 185 Madison Avenue, 15th Floor, New York, New York 10016, an attorney duly admitted to practice before this Court, hereby appears as counsel for Defendants EVEN Labs Inc., CSA Partners, LLC, Gener8tor Management, LLC, gANGELS, LLC, VC 414 FUNDI, L.P., Enrique "Mag" Rodriguez, Daniel Rotman, Adolf Akuffo-Afful, Donte Murry, and OGO in the above-captioned action. All papers, pleadings, discovery, correspondence, and other materials in this matter should be served upon counsel at the address referenced herein.

Dated: November 26, 2024
       New York, New York

                                                     By: *Emma J. Hoffmann*
                                                         Emma J. Hoffmann (EH 9673)
                                                         185 Madison Avenue, 15th Floor
                                                          New York, New York 10016
                                                          Tel: (212) 419-5210
                                                          ehoffmann@leichtmanlaw.com