UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

BABYGRANDE GLOBAL, INC.,

        *Plaintiff*,

      -against-

EVEN LABS INC.; CSA PARTNERS, LLC;
GENER8TOR MANAGEMENT, LLC; GANGELS,
LLC; VC 414 FUND I, L.P.; ENRIQUE "MAG"
RODRIGUEZ; DAMIEN "DDOT" WASHINGTON;
DANIEL ROTMAN; ADOLF AKUFFO-AFFUL;
DONTE MURRY; and OGO,

        *Defendants*.

------------------------------------------------------------------------x

Index No.: 1:24-cv-6785-JGLC

**ANSWER AND
AFFIRMATIVE DEFENSES
OF EVEN LABS, INC. AND
ENRIQUE "MAG"
RODRIGUEZ**

**JURY TRIAL DEMANDED**

### ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS EVEN LABS INC. AND ENRIQUE "MG" RODRIGUEZ TO PLAINTIFF'S AMENDED COMPLAINT FOR COPYRIGHT AND TRADEMARK INFRINGEMENT

      Defendants EVEN Labs Inc. and Enrique "Mag" Rodriguez ("Even Labs"), by and through

their attorneys, for their answer and affirmative defenses to the amended complaint filed October

30, 2024 by Plaintiff Babygrande Global, Inc. ("Amended Complaint") state as follows:[1]

---

[1] Defendant Enrique "Mag" Rodriguez ("Rodriguez") is included in this Answer and Affirmative Defenses in his individual capacity as the Founder and CEO of Even Labs, as alleged in Paragraph 11 of the Amended Complaint. To avoid any confusion, where Even Labs denies an allegation or asserts a defense, Rodriguez also denies such allegation and asserts such defense. Notably, the Amended Complaint does not allege any individual action on the part of Rodriguez apart from collective allegations about the "Even Defendants." Accordingly, all references to Even Labs also refer to Rodriguez, even if referred to in the singular, except where it is otherwise noted that Rodriguez is excluded. Further, for greater certainty, this Answer and Affirmative Defenses is not filed on behalf of Defendant Damien "DDOT" Washington ("Washington") who is not an employee of Even Labs even though he is erroneously lumped into Plaintiff's definition of what it erroneously labels as the "Even Defendants" throughout its Amended Complaint, but to the extent that conduct or actions of Washington are intended by Plaintiff to be included in any allegations against Even Labs, the denials and defenses also apply to any conduct or actions by Washington that may be attributed to Even Labs by Plaintiff (or anyone else).

## JURISDICTION AND VENUE

1.      Even Labs acknowledges this purports to be an action for copyright infringement, trademark infringement, and for declaratory and injunctive relief, but denies that any such relief is available to Plaintiff or that the Amended Complaint states a claim for any relief that can be granted.

2.      Even Labs admits that this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1338 and 15 U.S.C. § 1121 only as to Even Labs (excluding Rodriguez), but denies it has subject matter jurisdiction over any of the other defendants (including Rodriguez).

3.      Even Labs acknowledges Plaintiff purports to seek a declaratory judgment under the Declaratory Judgment Act pursuant to 28 U.S.C. §§ 2201 and 2202 but denies that any such relief is available to Plaintiff or that the Amended Complaint states a claim for any relief that can be granted.

4.      Even Labs admits venue is appropriate in this judicial district only as to Even Labs (excluding Rodriguez), but denies that venue is appropriate as to any of the other defendants (including Rodriguez), and denies all of the factual allegations in Paragraph 4 of the Amended Complaint as they pertain to the other defendants (including Rodriguez).

## PARTIES

5.      Even Labs is without knowledge sufficient to form a belief as to the allegations contained in Paragraph 5 of the Amended Complaint, and they are therefore denied.

6.      Even Labs admits that it is a Delaware corporation with a principal place of business in Milwaukee, Wisconsin.  Even Labs denies that it is a "music streaming service."

7.    Even Labs admits that Defendant CSA Partners, LLC ("CSA") is a Wisconsin limited liability company with a principal place of business in Milwaukee, Wisconsin. Even Labs denies the second sentence of Paragraph 7 of the Amended Complaint.

8.    Even Labs admits that Defendant Gener8tor Management, LLC ("Gener8tor") is a Delaware limited liability company with a principal place of business in Milwaukee, Wisconsin and that it invested in Even Labs.

9.    Even Labs admits that Defendant gANGELS, LLC ("gANGELS") is a Wisconsin limited liability company located in Stevens Point, Wisconsin, and by way of further response, denies that gAngels invested in Even Labs.

10.    Even Labs admits that Defendant VC 414 FUND I, L.P. ("VC 414") is a Delaware limited partnership located in Milwaukee, Wisconsin and that it invested in Even Labs.

11.    Even Labs admits that Defendant Enrique "Mag" Rodriguez ("Rodriguez") is an individual residing in Brooklyn, New York who is employed as the Founder and Chief Executive Officer of EVEN Labs.

12.    Even Labs denies knowledge and information sufficient to form a belief as to the residence of Defendant Damien "DDOT" Washington and therefore denies the first sentence of Paragraph 12 of the Amended Complaint. Even Labs denies the second sentence of Paragraph 12 of the Amended Complaint.

13.    Even Labs denies knowledge and information sufficient to form a belief as to the residence of Defendant Daniel Rotman, and therefore denies the first sentence of Paragraph 13 of the Amended Complaint. Even Labs denies the second sentence of Paragraph 13 of the Amended Complaint.

14.     Even Labs denies knowledge and information sufficient to form a belief as to the residence of Defendant Adolf Akuffo-Afful ("Akuffo-Afful"), and therefore denies the first sentence of Paragraph 14 of the Amended Complaint.  Even Labs denies the second sentence of Paragraph 14 of the Amended Complaint.

15.     Even Labs denies knowledge and information sufficient to form a belief as to the residence of Defendant Donte Murry ("Murry"), and therefore denies the first sentence of Paragraph 15 of the Amended Complaint.  Even Labs denies the second sentence of Paragraph 15 of the Amended Complaint.

16.     Even Labs denies the allegations of Paragraph 16 of the Amended Complaint.

17.     Even Labs admits that Defendant Rodriguez resides in the State of New York.  Even Labs denies knowledge and information sufficient to form a belief as to the residences of Defendants Washington and Akuffo-Afful and therefore denies the allegations as to their residences as alleged in Paragraph 17 of the Amended Complaint.

18.     Even Labs admits that it conducts systematic and continuous business in the State of New York, but denies the remaining allegations in Paragraph 18 of the Amended Complaint.

19.     Even Labs denies knowledge and information sufficient to form a belief as to the allegations in Paragraph 19 of the Amended Complaint, and they are therefore denied.

## FACTUAL SUMMARY

20.     Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 20 of the Amended Complaint, and they are therefore denied.

21.     Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 21 of the Amended Complaint, and they are therefore denied.

22.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 22 of the Amended Complaint, and they are therefore denied.

23.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 23 of the Amended Complaint, and they are therefore denied.

24.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 24 of the Amended Complaint, and they are therefore denied.

25.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 25 of the Amended Complaint, and they are therefore denied.

26.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 26 of the Amended Complaint, and they are therefore denied.

27.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 27 of the Amended Complaint, and they are therefore denied.

28.    Even Labs denies the allegations contained in Paragraph 28 of the Amended Complaint.

29.    Even Labs denies the allegations in Paragraph 29 of the Amended Complaint.

30.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 30 of the Amended Complaint, and they are therefore denied.

31.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 31 of the Amended Complaint, and they are therefore denied.

32.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 32 of the Amended Complaint, and they are therefore denied.

33.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 33 of the Amended Complaint, and they are therefore denied,

except admits that Exhibit A to the Amended Complaint appears to be a copy of a registration certificate issued by the U.S. Copyright Office.

34.     Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 34 of the Amended Complaint, and they are therefore denied.

35.     Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 35 of the Amended Complaint, and they are therefore denied.

36.     Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 36 of the Amended Complaint, and they are therefore denied.

37.     Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 37 of the Amended Complaint, and they are therefore denied, except admits that Exhibit B to the Amended Complaint appears to be a copy of a registration certificate issued by the U.S. Copyright Office.

38.     Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 38 of the Amended Complaint, and they are therefore denied.

39.     Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 39 of the Amended Complaint, and they are therefore denied, and Even Labs further observes that in the United States of America a company or person cannot own another person in the manner Plaintiff claims to own the artist known as "Stove God Cooks" because indentured servitude ended in this country a long time ago.

40.     Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 40 of the Amended Complaint, and they are therefore denied, except admits that Exhibit C to the Amended Complaint appears to be a copy of registration certificates issued by the U.S. Trademark Office.

41.     Even Labs denies the allegations of Paragraph 41 of the Amended Complaint.

42.     Even Labs denies the allegations of Paragraph 42 of the Amended Complaint.

43.     Even Labs admits the allegations of Paragraph 43 of the Amended Complaint.

44.     Even Labs denies the allegations of Paragraph 44 of the Amended Complaint.

45.     Even Labs denies the allegations of Paragraph 45 of the Amended Complaint.

46.     Even Labs denies the allegations of Paragraph 46 of the Amended Complaint.

47.     Even Labs denies the allegations of Paragraph 47 of the Amended Complaint, except admits that on the date of the filing of the original complaint in this action on September 6, 2024, the artist known as Stove God Cooks and some of his songs maintained a presence on Even's service.

48.     Even Labs admits the original complaint in this action was filed on September 6, 2024.

49.     Even Labs denies the allegations of Paragraph 49 of the Amended Complaint.

50.     Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 50 of the Amended Complaint, and they are therefore denied.

51.     Even Labs denies the allegations of Paragraph 51 of the Amended Complaint.

52.     Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 52 of the Amended Complaint, and they are therefore denied.

53.     Even Labs admits that CSA Partners, LLC, Gener8tor Management, LLC, and VC 414 FUND I, L.P. invested in Even Labs, but denies the remining parties named as "Investor Defendants" in the Amended Complaint invested in Even Labs, and therefore denies the allegations in Paragraph 53 of the Amended Complaint as to such parties, and denies knowledge

and information sufficient to form a belief as to the allegations concerning unidentified news articles and therefore denies the remaining allegations in Paragraph 53 of the Amended Complaint.

54.     Even Labs denies the allegations of Paragraph 54 of the Amended Complaint.

55.     Even Labs denies the allegations of Paragraph 55 of the Amended Complaint.

56.     Even Labs denies the allegations of Paragraph 56 of the Amended Complaint.

57.     Even Labs denies the allegations of Paragraph 57 of the Amended Complaint.

58.     Even Labs denies the allegations of Paragraph 58 of the Amended Complaint.

59.     Even Labs denies the allegations of Paragraph 59 of the Amended Complaint.

60.     Even Labs denies the allegations of Paragraph 60 of the Amended Complaint.

61.     Even Labs denies the allegations of Paragraph 61 of the Amended Complaint.

62.     Even Labs denies the allegations of Paragraph 62 of the Amended Complaint.

63.     Even Labs denies the allegations of Paragraph 63 of the Amended Complaint.

64.     Even Labs denies the allegations of Paragraph 64 of the Amended Complaint.

65.     Even Labs denies the allegations of Paragraph 65 of the Amended Complaint.

66.     Even Labs denies the allegations of Paragraph 66 of the Amended Complaint.

## FIRST CAUSE OF ACTION
**(Copyright Infringement—Sound Recording and Compositions—Against the EVEN Defendants)**

67.     Even Labs incorporates by reference the answers set forth in the preceding paragraphs of this answer as though they were set forth herein and denies all factual allegations denied above.

68.     Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 68 of the Amended Complaint, and they are therefore denied.

69.     Even Labs denies the allegations of Paragraph 69 of the Amended Complaint.

70.    Even Labs denies the allegations of Paragraph 70 of the Amended Complaint.

71.    Even Labs denies the allegations of Paragraph 71 of the Amended Complaint.

72.    Even Labs denies the allegations of Paragraph 72 of the Amended Complaint.

73.    Even Labs denies the allegations of Paragraph 73 of the Amended Complaint.

74.    Even Labs denies the allegations of Paragraph 74 of the Amended Complaint.

75.    Even Labs denies the allegations of Paragraph 75 of the Amended Complaint.

76.    Even Labs denies the allegations of Paragraph 76 of the Amended Complaint.

77.    Even Labs denies the allegations of Paragraph 77 of the Amended Complaint.

78.    Even Labs denies the allegations of Paragraph 78 of the Amended Complaint.

79.    Even Labs denies the allegations of Paragraph 79 of the Amended Complaint.

80.    Even Labs denies the allegations of Paragraph 80 of the Amended Complaint.

## SECOND CAUSE OF ACTION
### (Copyright Infringement—Photographs—Against the EVEN Defendants)

81.    Even Labs incorporates by reference the answers set forth in the preceding paragraphs of this answer as though they were set forth herein and denies all factual allegations denied above.

82.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 82 of the Amended Complaint, and they are therefore denied.

83.    Even Labs denies the allegations of Paragraph 83 of the Amended Complaint.

84.    Even Labs denies the allegations of Paragraph 84 of the Amended Complaint.

85.    Even Labs denies the allegations of Paragraph 85 of the Amended Complaint.

86.    Even Labs denies the allegations of Paragraph 86 of the Amended Complaint.

87.    Even Labs denies the allegations of Paragraph 87 of the Amended Complaint.

88.    Even Labs denies the allegations of Paragraph 88 of the Amended Complaint.

89.     Even Labs denies the allegations of Paragraph 89 of the Amended Complaint.

90.     Even Labs denies the allegations of Paragraph 90 of the Amended Complaint.

91.     Even Labs denies the allegations of Paragraph 91 of the Amended Complaint.

92.     Even Labs denies the allegations of Paragraph 92 of the Amended Complaint.

93.     Even Labs denies the allegations of Paragraph 93 of the Amended Complaint.

94.     Even Labs denies the allegations of Paragraph 94 of the Amended Complaint.

### THIRD CAUSE OF ACTION
**(Contributory Copyright Infringement—Against Investor Defendants)**

95.     Even Labs incorporates by reference the answers set forth in the preceding paragraphs of this answer as though they were set forth herein and denies all factual allegations denied above.

96.     Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 96 of the Amended Complaint, and they are therefore denied.

97.     The allegations in Paragraph 97 of the Amended Complaint are denied.

98.     The allegations in Paragraph 98 of the Amended Complaint are denied.

99.     The allegations in Paragraph 99 of the Amended Complaint are denied.

100.    The allegations in Paragraph 100 of the Amended Complaint are denied.

101.    The allegations in Paragraph 101 of the Amended Complaint are denied.

102.    The allegations in Paragraph 102 of the Amended Complaint are denied.

103.    The allegations in Paragraph 103 of the Amended Complaint are denied.

104.    The allegations in Paragraph 104 of the Amended Complaint are denied.

105.    The allegations in Paragraph 105 of the Amended Complaint are denied.

106.    The allegations in Paragraph 106 of the Amended Complaint are denied.

107.    The allegations in Paragraph 107 of the Amended Complaint are denied.

108.    The allegations in Paragraph 108 of the Amended Complaint are denied.

### FOURTH CAUSE OF ACTION
### (Inducement of Copyright Infringement—Against Investor Defendants)

109.    Even Labs incorporates by reference the answers set forth in the preceding paragraphs of this answer as though they were set forth herein and denies all factual allegations denied above.

110.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 110 of the Amended Complaint, and they are therefore denied.

111.    The allegations in Paragraph 111 of the Amended Complaint are denied.

112.    The allegations in Paragraph 112 of the Amended Complaint are denied.

113.    The allegations in Paragraph 113 of the Amended Complaint are denied.

114.    The allegations in Paragraph 114 of the Amended Complaint are denied.

115.    The allegations in Paragraph 115 of the Amended Complaint are denied.

116.    The allegations in Paragraph 116 of the Amended Complaint are denied.

117.    The allegations in Paragraph 117 of the Amended Complaint are denied.

118.    The allegations in Paragraph 118 of the Amended Complaint are denied.

119.    The allegations in Paragraph 119 of the Amended Complaint are denied.

120.    The allegations in Paragraph 120 of the Amended Complaint are denied.

121.    The allegations in Paragraph 121 of the Amended Complaint are denied.

122.    The allegations in Paragraph 122 of the Amended Complaint are denied.

123.    The allegations in Paragraph 123 of the Amended Complaint are denied.

124.    The allegations in Paragraph 124 of the Amended Complaint are denied.

125.    The allegations in Paragraph 125 of the Amended Complaint are denied.

**FIFTH CAUSE OF ACTION**
**(Vicarious Copyright Infringement—Against Investor Defendants)**

126.    Even Labs incorporates by reference the answers set forth in the preceding paragraphs of this answer as though they were set forth herein and denies all factual allegations denied above.

127.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 127 of the Amended Complaint, and they are therefore denied.

128.    The allegations in Paragraph 128 of the Amended Complaint are denied.

129.    The allegations in Paragraph 129 of the Amended Complaint are denied.

130.    The allegations in Paragraph 130 of the Amended Complaint are denied.

131.    The allegations in Paragraph 131 of the Amended Complaint are denied.

132.    The allegations in Paragraph 132 of the Amended Complaint are denied.

133.    The allegations in Paragraph 133 of the Amended Complaint are denied.

134.    The allegations in Paragraph 134 of the Amended Complaint are denied.

135.    The allegations in Paragraph 135 of the Amended Complaint are denied.

136.    The allegations in Paragraph 136 of the Amended Complaint are denied.

137.    The allegations in Paragraph 137 of the Amended Complaint are denied.

138.    The allegations in Paragraph 138 of the Amended Complaint are denied.

## SIXTH CAUSE OF ACTION
### (Federal Trademark Infringement—Against the EVEN Defendants)

139.    Even Labs incorporates by reference the answers set forth in the preceding paragraphs of this answer as though they were set forth herein and denies all factual allegations denied above.

140.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 140 of the Amended Complaint, and they are therefore denied.

141.    Even Labs denies the allegations of Paragraph 141 of the Amended Complaint.

142.    Even Labs denies the allegations of Paragraph 142 of the Amended Complaint.

143.    Even Labs denies the allegations of Paragraph 143 of the Amended Complaint.

144.    Even Labs denies the allegations of Paragraph 144 of the Amended Complaint.

145.    Even Labs denies the allegations of Paragraph 145 of the Amended Complaint.

146.    Even Labs denies the allegations of Paragraph 146 of the Amended Complaint.

147.    Even Labs denies the allegations of Paragraph 147 of the Amended Complaint.

148.    Even Labs denies the allegations of Paragraph 148 of the Amended Complaint.

149.    Even Labs denies the allegations of Paragraph 149 of the Amended Complaint.

150.    Even Labs denies the allegations of Paragraph 150 of the Amended Complaint.

151.    Even Labs denies the allegations of Paragraph 151 of the Amended Complaint.

## SEVENTH CAUSE OF ACTION
### (Federal Unfair Competition—Against the EVEN Defendants)

152.    Even Labs incorporates by reference the answers set forth in the preceding paragraphs of this answer as though they were set forth herein and denies all factual allegations denied above.

153.    Even Labs denies that the allegations in Count 7 of the Amended Complaint constitute a "complete and separate ground of relief," and the allegations of Paragraph 153 of the Amended Complaint are therefore denied.

154.    Even Labs denies the allegations of Paragraph 154 of the Amended Complaint.

155.    Even Labs denies the allegations of Paragraph 155 of the Amended Complaint.

156.    Even Labs denies the allegations of Paragraph 156 of the Amended Complaint.

157.    Even Labs denies the allegations of Paragraph 157 of the Amended Complaint.

158.    Even Labs denies the allegations of Paragraph 158 of the Amended Complaint.

## EIGHTH CAUSE OF ACTION
### (Vicarious Trademark Infringement—Against Investors Defendants)

159.    Even Labs incorporates by reference the answers set forth in the preceding paragraphs of this answer as though they were set forth herein and denies all factual allegations denied above.

160.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 160 of the Amended Complaint, and they are therefore denied.

161.    The allegations in Paragraph 161 of the Amended Complaint are denied.

162.    The allegations in Paragraph 162 of the Amended Complaint are denied.

163.    The allegations in Paragraph 163 of the Amended Complaint are denied.

164.    The allegations in Paragraph 164 of the Amended Complaint are denied.

165.    The allegations in Paragraph 165 of the Amended Complaint are denied.

166.    The allegations in Paragraph 166 of the Amended Complaint are denied.

167.    The allegations in Paragraph 167 of the Amended Complaint are denied.

168.    The allegations in Paragraph 168 of the Amended Complaint are denied.

**<u>NINTH CAUSE OF ACTION</u>**
**(Contributory Trademark Infringement—Against Investor Defendants)**

169.    Even Labs incorporates by reference the answers set forth in the preceding paragraphs of this answer as though they were set forth herein and denies all factual allegations denied above.

170.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 170 of the Amended Complaint, and they are therefore denied.

171.    The allegations in Paragraph 171 of the Amended Complaint are denied.

172.    The allegations in Paragraph 172 of the Amended Complaint are denied.

173.    The allegations in Paragraph 173 of the Amended Complaint are denied.

174.    The allegations in Paragraph 174 of the Amended Complaint are denied.

175.    The allegations in Paragraph 175 of the Amended Complaint are denied.

176.    The allegations in Paragraph 176 of the Amended Complaint are denied.

177.    The allegations in Paragraph 177 of the Amended Complaint are denied.

178.    The allegations in Paragraph 178 of the Amended Complaint are denied.

179.    The allegations in Paragraph 179 of the Amended Complaint are denied.

## TENTH CAUSE OF ACTION
### (Declaratory Judgement—Against All Defendants)

180.    Even Labs incorporates by reference the answers set forth in the preceding paragraphs of this answer as though they were set forth herein and denies all factual allegations denied above.

181.    Even Labs avers that Plaintiff mischaracterizes and overstates what 28 U.S.C. § 2201 permits, authorizes and says, and therefore the allegations of Paragraph 181 of the Amended Complaint are denied.

182.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 182 of the Amended Complaint, and they are therefore denied.

183.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 183 of the Amended Complaint, and they are therefore denied.

184.    Even Labs denies the allegations of Paragraph 184 of the Amended Complaint.

185.    Even Labs denies the allegations of Paragraph 185 of the Amended Complaint.

186.    Even Labs denies the allegations of Paragraph 186 of the Amended Complaint.

187.    Even Labs denies the allegations of Paragraph 187 of the Amended Complaint.

188.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 188 of the Amended Complaint, and they are therefore denied.

189.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 189 of the Amended Complaint, and they are therefore denied.

190.    Even Labs denies the allegations of Paragraph 190 of the Amended Complaint.

191.    Even Labs denies the allegations of Paragraph 191 of the Amended Complaint.

192.    Even Labs denies the allegations of Paragraph 192 of the Amended Complaint.

193.    Even Labs denies the allegations of Paragraph 193 of the Amended Complaint.

194.    Even Labs denies the allegations of Paragraph 194 of the Amended Complaint.

195.    Even Labs denies the allegations of Paragraph 195 of the Amended Complaint.

196.    Even Labs denies the allegations of Paragraph 196 of the Amended Complaint.

197.    Even Labs denies the allegations of Paragraph 197 of the Amended Complaint, and further avers that this dispute appears to be one between Plaintiff and its own signed artist known as "Stove God Cooks," and not between Plaintiff and Even Labs or any of its investors or employees.

198.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 198 of the Amended Complaint, and they are therefore denied.

199.    Even Labs denies the allegations of Paragraph 199 of the Amended Complaint.

200.    Even Labs denies the allegations of Paragraph 200 of the Amended Complaint.

201.    Even Labs denies the allegations of Paragraph 201 of the Amended Complaint.

202.    Even Labs denies the allegations of Paragraph 202 of the Amended Complaint.

203.    Even Labs denies the allegations of Paragraph 203 of the Amended Complaint.

204.    Even Labs denies the allegations of Paragraph 204 of the Amended Complaint.

205.    Even Labs denies the allegations of Paragraph 205 of the Amended Complaint.

206.    Even Labs denies the allegations of Paragraph 206 of the Amended Complaint, and further avers that this dispute appears to be one between Plaintiff and its own signed artist known as "Stove God Cooks," and not between Plaintiff and Even Labs or any of its investors or employees.

207.    Even Labs denies the allegations of Paragraph 207 of the Amended Complaint.

208.    Even Labs acknowledges that Plaintiff seeks a declaration of the things stated in Paragraph 208 of the Amended Complaint, but denies that Plaintiff is entitled to any of the relief sought, and the allegations of Paragraph 208 of the Amended Complaint are therefore denied.

209.    Even Labs acknowledges that Plaintiff seeks a declaration of the things stated in Paragraph 209 of the Amended Complaint, but denies that Plaintiff is entitled to any of the relief sought, and the allegations of Paragraph 209 of the Amended Complaint are therefore denied.

210.    Even Labs acknowledges that Plaintiff seeks a declaration of the things stated in Paragraph 210 of the Amended Complaint, but denies that Plaintiff is entitled to any of the relief sought, and the allegations of Paragraph 210 of the Amended Complaint are therefore denied.

211.    Even Labs acknowledges that Plaintiff seeks an order from the Court of the things listed in Paragraph 211 of the Amended Complaint, but denies that Plaintiff is entitled to any of the relief sought, and the allegations of Paragraph 211 of the Amended Complaint are therefore denied.

### ELEVENTH CAUSE OF ACTION
**(Injunctive Relief)**

212.    Even Labs incorporates by reference the answers set forth in the preceding paragraphs of this answer as though they were set forth herein and denies all factual allegations denied above.

213.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 213 of the Amended Complaint, and they are therefore denied.

214.    Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 214 of the Amended Complaint, and they are therefore denied.

215.    Even Labs denies the allegations of Paragraph 215 of the Amended Complaint.

216.    Even Labs denies the allegations of Paragraph 216 of the Amended Complaint.

217.   Even Labs denies the allegations of Paragraph 217 of the Amended Complaint.

218.   Even Labs denies the allegations of Paragraph 218 of the Amended Complaint.

219.   Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 219 of the Amended Complaint, and they are therefore denied.

220.   Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 220 of the Amended Complaint, and they are therefore denied.

221.   Even Labs denies the allegations of Paragraph 221 of the Amended Complaint.

222.   Even Labs denies the allegations of Paragraph 222 of the Amended Complaint.

223.   Even Labs denies the allegations of Paragraph 223 of the Amended Complaint.

224.   Even Labs denies the allegations of Paragraph 224 of the Amended Complaint.

225.   Even Labs denies the allegations of Paragraph 225 of the Amended Complaint.

226.   Even Labs denies the allegations of Paragraph 226 of the Amended Complaint.

227.   Even Labs denies the allegations of Paragraph 227 of the Amended Complaint.

228.   Even Labs denies the allegations of Paragraph 228 of the Amended Complaint, and further avers that this dispute appears to be one between Plaintiff and its own signed artist known as "Stove God Cooks," and not between Plaintiff and Even Labs or any of its investors or employees.

229.   Even Labs lacks knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 229 of the Amended Complaint, and they are therefore denied.

230.   Even Labs denies the allegations of Paragraph 230 of the Amended Complaint.

231.   Even Labs denies the allegations of Paragraph 231 of the Amended Complaint.

232.   Even Labs denies the allegations of Paragraph 232 of the Amended Complaint.

233.   Even Labs denies the allegations of Paragraph 233 of the Amended Complaint.

234.    Even Labs denies the allegations of Paragraph 234 of the Amended Complaint.

235.    Even Labs denies the allegations of Paragraph 235 of the Amended Complaint.

236.    Even Labs denies the allegations of Paragraph 236 of the Amended Complaint.

237.    Even Labs denies the allegations of Paragraph 237 of the Amended Complaint.

238.    Even Labs denies the allegations of Paragraph 238 of the Amended Complaint, and further avers that this dispute appears to be one between Plaintiff and its own signed artist known as "Stove God Cooks," and not between Plaintiff and Even Labs or any of its investors or employees.

239.    Even Labs denies the allegations of Paragraph 239 of the Amended Complaint.

## RESPONSE TO PLAINTIFF'S PRAYER FOR RELIEF

Even Labs denies that Plaintiff is entitled to any relief whatsoever, including, without limitation, the relief requested in the Amended Complaint's Prayer for Relief.

## AFFIRMATIVE DEFENSES

Without assuming any burden that it would not otherwise bear, and specifically reserving the right to assert additional affirmative defenses as additional information becomes available through discovery or otherwise, Even Labs asserts the following affirmative defenses:

1.    For its First Affirmative Defense, Even Labs avers that the Amended Complaint fails to state a claim for which relief can be granted.

2.    For its Second Affirmative Defense, Even Labs avers that Plaintiff is not entitled to any relief, whether at law, in equity, or otherwise, from or against Even Labs, and because Even Labs did not infringe and is not infringing on any of the rights asserted by Plaintiff.

3.    For its Third Affirmative Defense, Even Labs avers that Plaintiff's claims are barred, in whole or in part, because it has suffered no damage, does not have any injury, harm or

damage from the acts alleged, and because any claimed injury, harm or damage is imaginary, speculative, vague, and uncertain, thus barring or reducing any recovery or damages or injunctive relief, which would unjustly enrich Plaintiff.

4.      For its Fourth Affirmative Defense, Even Labs avers that the Amended Complaint is barred, in whole or in part, because the allegedly copyrighted compositions, sound recordings and photographs lack originality or any copyrightable elements, and because the elements of Plaintiff's alleged works that Even Labs allegedly infringed are not protectable and are not original.

5.      For its Fifth Affirmative Defense, Even Labs avers that the Amended Complaint is barred, in whole or in part, because Plaintiff does not own the copyright in some or all of the allegedly copyrighted compositions, sound recordings and photographs.

6.      For its Sixth Affirmative Defense, Even Labs avers that the Amended Complaint is barred, in whole or in part, by the doctrine of preemption, including but not limited to Section 301 of the US Copyright Act.

7.      For its Seventh Affirmative Defense, Even Labs avers that the Amended Complaint is barred, in whole or in part, due to a lack of standing.

8.      For its Eighth Affirmative Defense, Even Labs avers that the Amended Complaint is barred, in whole or in part, by the doctrines of waiver, consent, acquiescence, and estoppel.

9.      For its Ninth Affirmative Defense, Even Labs avers that the Amended Complaint is barred, in whole or in part, by the doctrine of unclean hands.

10.     For its Tenth Affirmative Defense, Even Labs avers that the Amended Complaint is barred, in whole or in part, because, to the extent that Plaintiff has been harmed, which is not admitted, it was harmed by the conduct of others who were responsible for the acts alleged in the

Amended Complaint, and because Plaintiff's alleged damages, if any, were proximately and solely caused by the acts or actions of a third party over which Even Labs had no control.

11.    For its Eleventh Affirmative Defense, Even Labs avers that the Amended Complaint is barred, in whole or in part, by documentary evidence.

12.    For its Twelfth Affirmative Defense, Even Labs avers that the Amended Complaint is barred, in whole or in part, because Plaintiff failed or refused to take reasonable steps to mitigate its damages, if any, thus barring or reducing any recovery or damages or injunctive relief, which would unjustly enrich Plaintiff.

13.    For its Thirteenth Affirmative Defense, Even Labs avers that the Amended Complaint is barred, in whole or in part, because all or portions of Plaintiff's allegedly copyrighted or trademarked works used, if any, are in the public domain, were available in the prior art, or are barred by the first sale doctrine.

14.    For its Fourteenth Affirmative Defense, Even Labs avers that any claims for statutory damages, attorneys' fees, or costs made in the Amended Complaint are barred, in whole or in part, because any of the alleged uses of the works at issue, which is not admitted, were not made knowingly or intentionally or with any state of mind that would make such remedies available to Plaintiff, and further because under Section 412, unpublished works are not eligible for statutory damages or attorneys' fees.

15.    For its Fifteenth Affirmative Defense, Even Labs avers that, without admitting any infringement, which is denied, the alleged infringements, if any, were innocent, and that all of Even Labs' acts were taken in good faith and with non-willful intent, at all times.

16.     For its Sixteenth Affirmative Defense, Even Labs avers that venue in this District is improper as to any defendant (including Rodriguez) other than Even Labs (excluding Rodriguez).

17.     For its Seventeenth Affirmative Defense, Even Labs avers that the Court lacks personal jurisdiction over any defendant (including Rodriguez) other than Even Labs (excluding Rodriguez).

18.     For its Eighteenth Affirmative Defense, Even Labs avers that its activities are protected by Section 512 of the Copyright Act.

19.     For its Nineteenth Affirmative Defense, Even Labs avers that Plaintiff's claims are barred, in whole or in part, for failure to name necessary or indispensable parties.

20.     For its Twentieth Affirmative Defense, Even Labs avers that Plaintiff's claims are barred, in whole or in part, because Even Labs was authorized, impliedly or explicitly, to use Plaintiff's copyrighted works or trademarks (via license or otherwise), and the claims are therefore barred by the doctrine of license.

21.     For its Twenty-First Affirmative Defense, Even Labs avers that Plaintiff's claims are barred, in whole or in part, because the trademark asserted was improperly granted because Plaintiff failed to respond to an office action requiring it to show control over the quality of the recordings and because without such evidence, a trademark for audio recordings cannot be issued.

22.     For its Twenty-Second Affirmative Defense, Even Labs avers that Plaintiff's non-copyright claims are barred, in whole or in part, because consumers are not likely to be (nor were they actually) confused with regard to the source of Plaintiff's alleged trademark and because there is no likelihood of confusion in the marketplace as to source, endorsement, or any other claimed uncertainty, and because the trademark asserted lacks secondary meaning.

23.    For its Twenty-Third Affirmative Defense, Even Labs avers that Plaintiff's non-copyright claims are barred, in whole or in part, by the 1st Amendment to the U.S. Constitution.

24.    For its Twenty-Fourth Affirmative Defense, Even Labs avers that Plaintiff's trademark and other non-copyright claims are barred, in whole or in part, by the doctrines of fair use, including descriptive (fair) use, nominative (fair) use, expressive use, or prior use.

25.    For its Twenty-Fifth Affirmative Defense, Even Labs avers that Plaintiff's claims are barred, in whole or in part, because its copyright and trademark registrations are invalid or unenforceable, for, among other reasons, knowingly including false information on the copyright registration applications (including, but not limited to, failing to list any co-owners, failing to list authors of the musical compositions, failing to explain the basis for claiming ownership, failing to describe the pre-existing works of a compilation or explaining what contribution Plaintiff made to the compilation under Section 409 of the Copyright Act, by claiming published works were unpublished, and by claiming "work for hire" status where the works do not qualify as "works made for hire"), and by failing to provide evidence of control over the recordings for purposes of registering the trademark.

26.    For its Twenty-Sixth Affirmative Defense, Even Labs avers that Plaintiff's claims are barred, in whole or in part, because it abandoned its trademark rights for failure to monitor, police or regulate the quality of goods and services purportedly protected by the alleged trademark, and/or for failure to take or require quality control measures in connection with the use of the trademark.

27.    For its Twenty-Seventh Affirmative Defense, Even Labs avers that Plaintiff's claims are barred, in whole or in part, because the relief sought would result in duplicative recovery.

28.     For its Twenty-Eighth Affirmative Defense, Even Labs avers that Plaintiff's non-copyright claims are barred, in whole or in part, by the 13th Amendment to the U.S. Constitution, banning slavery and indentured servitude.

29.     Even Labs reserves the right to assert additional affirmative defenses, including upon the discovery of new or previously unknown information.

### PRAYER FOR RELIEF

**WHEREFORE**, Even Labs Inc. and Rodriguez respectfully demand as follows:

1.     Plaintiff's claims against Even Labs and all other defendants be dismissed with prejudice without delay;

2.     Plaintiff take nothing for its claims against Even Labs;

3.     That Plaintiff pay to Even Labs and all other defendants any and all costs expended in connection with the defense of this action, including their attorneys' fees and all expenses and costs of this action; and

4.     Any and all other relief to which the Court may find just and proper.

Dated: January 3, 2025                     Respectfully submitted,

New York, New York

By: _____

David Leichtman (DL 7233)
Emma J. Hoffmann (EH 9673)
185 Madison Avenue, 15th Floor
New York, New York 10016
Tel: (212) 419-5210
dleichtman@leichtmanlaw.com
ehoffmann@leichtmanlaw.com

*Attorneys for Defendants EVEN Labs Inc., CSA Partners, LLC, Gener8tor Management, LLC, gANGELS, LLC, VC 414 FUNDI, L.P., Enrique "Mag" Rodriguez, Daniel Rotman, Adolf Akuffo-Afful, Donte Murry, and OGO*