UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

BABYGRANDE GLOBAL, INC.,

          *Plaintiff*,

    -against-

EVEN LABS INC.; CSA PARTNERS, LLC;
GENER8TOR MANAGEMENT, LLC; GANGELS,
LLC; VC 414 FUND I, L.P.; ENRIQUE "MAG"
RODRIGUEZ; DAMIEN "DDOT" WASHINGTON;
DANIEL ROTMAN; ADOLF AKUFFO-AFFUL;
DONTE MURRY; and OGO,

          *Defendants*.
------------------------------------------------------------------------x

Index No.: 1:24-cv-6785-JGLC

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Sherli Furst of the law firm Leichtman Law PLLC, located at 185 Madison Avenue, 15th Floor, New York, New York 10016, an attorney duly admitted to practice before this Court, hereby appears as counsel for Defendants EVEN Labs Inc., Enrique "Mag" Rodriguez, CSA Partners, LLC, Gener8tor Management, LLC, gAngels, LLC, Daniel Rotman, Adolf Akuffo-Afful, Donte Murry, and OGO in the above-captioned action. All papers, pleadings, discovery, correspondence, and other materials in this matter should be served upon counsel at the address referenced herein.

Dated: February 26, 2025
New York, New York

                                  By:   *Sherli Furst*
                                         David Leichtman (DL 7233)
                                         Sherli Furst (SF 7886)
                                         Emma J. Hoffmann (EH 9673)
                                         185 Madison Avenue, 15th Floor
                                         New York, New York 10016
                                         Tel: (212) 419-5210
                                         dleichtman@leichtmanlaw.com
                                         sfurst@leichtmanlaw.com

ehoffmann@leichtmanlaw.com

*Attorneys for Defendants EVEN Labs, Inc., Enrique "Mag" Rodriguez, CSA Partners, LLC, Gener8tor Management, LLC, gAngels, LLC, VC 414 Fund I, L.P., Daniel Rotman, Adolf Akuffo-Afful, Donte Murry, and OGO*