# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

April 18, 2025

VIA ECF

United States District Judge Jessica G. L. Clarke
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007



MEMO ENDORSED

Re:   *Babygrande Global, Inc. v. Even Labs Inc. et al*, 1:24-cv-6785-JGLC

Dear Judge Clarke:

We represent Plaintiff Babygrande Global, Inc. in the above-referenced matter. In accordance with Section 2.e. of Your Honor's Individual Rules and Practices in Civil Cases (eff. 4/2/25), I am writing to request an adjournment of the remote oral argument currently scheduled for April 30, 2025, at 11 a.m. (4/14/25 Docket Order) to one of the following dates, subject to the Court's availability:

- May 1, 2025 (afternoon)
- May 2, 2025 (afternoon)
- May 5, 2025 (after 2:00 p.m.)
- May 7, 2025 (afternoon)
- May 8, 2025 (afternoon)
- May 9, 2025 (afternoon)

This is the first request for adjournment of this date. The reason for the adjournment request is that I am scheduled to defend a deposition in another matter on April 30, 2025. The Investor Defendants consent to this request, which is appreciated. The next scheduled appearance in this matter is the August 13, 2025 Case Management Conference (ECF 45).

Respectfully submitted,

Hillel I. Parness

Application GRANTED. The conference scheduled for April 30, 2025 is ADJOURNED to **May 1, 2025** at 4:30 p.m. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 589278119#. The Clerk of Court is directed to terminate ECF No. 55.

SO ORDERED.

Dated: April 21, 2025
       New York, New York

JESSICA G. L. CLARKE
United States District Judge