UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BABYGRANDE GLOBAL, INC.,

                Plaintiff,

-against-

EVEN LABS INC.; CSA PARTNERS, LLC; GENER8TOR MANAGEMENT, LLC; GANGELS, LLC; VC 414 FUND I, L.P.; ENRIQUE "MAG" RODRIGUEZ; DAMIEN "DDOT" WASHINGTON; DANIEL ROTMAN; ADOLF AKUFFO-AFUL; DONTE MURRY; and OGO,

                Defendants.

24-CV-6785 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    For the reasons stated on the record during the May 1, 2025 conference, Defendants' motion to dismiss Investor Defendants is GRANTED. Defendants' motion at ECF No. 59 for leave to file an amended answer and affirmative defenses is GRANTED. The parties shall file their proposed Protective Order and confer regarding an amended Case Management Plan, depositions and document production based on the directions given during the conference.

    The Clerk of Court is directed to terminate Defendants CSA Partners, LLC; Gener8tor Management, LLC; gANGELS, LLC; VC 414 Fund I, L.P.; Daniel Rothman; Adolf Akuffo-Aful, Donte Murry, and OGO. The Clerk of Court is also directed to terminate ECF Nos. 51, 57, 58, and 59.

Dated: May 2, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge