UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,

Plaintiff,

-against-

EVEN LABS INC., et al.,

Defendants.

24-CV-6785 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Because Defendant Damien "DDOT" Washington has appeared in these proceedings, Plaintiff's motion for leave to file entry of default against Mr. Washington is DENIED as moot. The Clerk of Court is directed to terminate ECF No. 74.

The Clerk of Court is also directed to update Mr. Washington's address on the docket to the address reflected on page 6 of ECF No. 75 and to mail a copy of this order to Mr. Washington at that same address.

If Mr. Washington wishes to receive electronic notice of these filings, Mr. Washington should complete and return the attached Consent to Electronic Service form.

All parties are directed to confer and file an amended case management plan by **May 30, 2025**.

Dated: May 16, 2025
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____


_____
Name (Last, First, MI)


_____
Address                    City                  State               Zip Code


_____
Telephone Number                          E-mail Address


_____
Date                                      Signature