# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

May 21, 2025

VIA ECF

United States District Judge Jessica G. L. Clarke
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

Re: *Babygrande Global, Inc. v. Even Labs Inc. et al*, 1:24-cv-6785-JGLC

Dear Judge Clarke:

We represent Plaintiff Babygrande Global, Inc. in the above-referenced matter. In accordance with Section 2.e. of Your Honor's Individual Rules and Practices in Civil Cases (eff. 4/2/25), I am writing to respectfully request an adjournment of the conference currently scheduled for June 11, 2025 at 11:00 a.m. ECF 81.

No previous requests for adjournment of this date have been made. I am requesting the adjournment due to a conflict with a previously-scheduled conference in another matter. I have conferred with counsel for Defendants EVEN Labs Inc. and Mr. Rodriguez, and with Mr. Washington, each of whom consents to this request, which is very much appreciated. Below are alternative conference dates, all of which are agreeable to the parties:

- Wednesday, June 11, 2025: afternoon
- Thursday, June 12, 2025: any time
- Friday, June 13, 2025: any time
- Monday, June 16, 2025: any time
- Tuesday, June 17, 2025: morning

Respectfully submitted,

*/s/ Hillel I. Parness*

Hillel I. Parness

cc: Counsel of Record (via ECF)

Application GRANTED. The conference scheduled for June 11, 2025 is ADJOURNED to **June 12, 2025** at 11:00 a.m. The conference will be held remotely by Microsoft Teams. Counsel and Mr. Washington will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 109875376#. The Clerk of Court is directed to terminate ECF No. 83.

SO ORDERED.

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge

Dated: May 22, 2025
New York, New York