UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC., et al.,

                          Plaintiffs,

              -against-                              24-CV-6785 (JGLC)

EVEN LABS, INC., et al.,                             **ORDER**

                          Defendants.

JESSICA G. L. CLARKE, United States District Judge:

        As discussed at the conference on June 12, 2025, to the extent that there are any

remaining issues regarding the recently produced documents, parties will submit a joint letter

setting out each party's position by **June 20, 2025**.

        Also as discussed, Mr. Washington's request for a limited protective order is DENIED as

moot, given that Mr. Rodriguez has also agreed to cease communicating directly with Mr.

Washington concerning this litigation.

        Additionally, the website the Court mentioned that has information regarding the City

Bar Justice Center's limited-scope legal services to self-represented litigants is here:

https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

        And finally, the Court confirms that the parties should arrange for a court reporter for Mr.

Wilson's deposition.

        The Clerk of Court is directed to terminate ECF No. 88.

Dated: June 12, 2025
       New York, New York

                                        SO ORDERED.

                                        _Jessica Clarke_

                                        JESSICA G. L. CLARKE
                                        United States District Judge