UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,

                Plaintiff,

-against-

EVEN LABS INC.; CSA PARTNERS, LLC; GENER8TOR MANAGEMENT, LLC; GANGELS, LLC; VC 414 FUND I, L.P.; ENRIQUE "MAG" RODRIGUEZ; DAMIEN "DDOT" WASHINGTON; DANIEL ROTMAN; ADOLF AKUFFO-AFFUL; DONTE MURRY; and OGO,

                Defendants.

24-CV-6785 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has reviewed the parties' discovery disputes at ECF Nos. 93 and 94. As an initial matter, Defendant Even Labs is correct that the Court's Individual Rule 4(k) applies to any and all discovery disputes, and the parties are directed to comply with this Rule for all future disputes. With respect to the disputes contained in the letters, the Court rules as follows:

- **Plaintiff's agreement with Stove God Cooks:** Plaintiff is directed to provide to Defendants its proposed version of the agreement with more narrowly-tailored redactions as proposed in ECF No. 94 by **July 2, 2025**.

- **Agreements and communications with other contributors to the works at issue:** Plaintiff is directed to search for and produce any draft contracts and relevant communications responsive to this request.

- **Failure to produce financial and revenue records:** Plaintiff is directed to produce the documents underlying its two-page summary.

- **Improper redactions without a log:** Plaintiff shall provide an appropriate privilege log by **July 11, 2025**. To the extent Defendants have produced redacted documents or withheld documents based on privilege, they are also required to produce a privilege log by this date. With respect to the improper redactions referenced on page 6 of ECF No. 94, Plaintiff must remove any redactions, unless the information is being withheld to preserve a valid privilege. These documents shall also be produced by **July 11, 2025.**

- **Documents relevant to the *Polaroid* factors:** Plaintiff represents that there are no non-privileged documents that address the *Polaroid* factors. Nonetheless, Plaintiff has agreed to, and shall, search for and produce any non-privileged communications between Plaintiff and Mr. Cooks concerning the registration of the trademark and the placement of that trademark on goods or services.

- **Improper withholding of communications:** Plaintiff shall search for and produce responsive communications between Plaintiff and Mr. Cooks.

Unless otherwise noted, Plaintiff shall produce the documents required under this Order by **July 25, 2025.** To the extent any disputes remain with respect to these requests, the parties are directed to continue conferring before any subsequent joint letter is submitted.

Dated: June 27, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge