UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BabyGrande Global, Inc.,<br>Plaintiff,<br>V.<br><br>Even Labs Inc.; CSA Partners, LLC; Gener8tor Management, LLC; Gangels, LLC; VC 414 Fund I, L.P.; Enrique "Mag" Rodriguez; Damien "DDot" Washington; Daniel Rotman; Adolf Akuffo-Afful; Donte Murry; And Ogo,<br>Defendants. | Case No.: 1:24-cv-06785 (JGLC)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel of record for Defendant Damien "DDOT" Washington in the above-captioned action. The undersigned certifies that he is admitted to practice before this Court and requests that all notices, pleadings, and other papers in this action be served upon the undersigned at the address set forth below

Dated: August 27, 2025
New York, New York

Respectfully submitted,

*/s/ Tyrone A. Blackburn, Esq.*

Tyrone A. Blackburn, Esq.
T.A. BLACKBURN LAW, PLLC
1242 E. 80th Street, 3rd Floor
Brooklyn, NY 11236
Tel: (347) 342-7432
Email: tblackburn@tablackburnlaw.com
Attorney for Defendant Damien "DDOT" Washington

Cc: all counsel of record via ECF