

# T. A. Blackburn Law

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL DISTRICT COURT MEMBERSHIP
EDNY, NDNY, SDNY & DNJ

FEDERAL APPELLATE COURT MEMBERSHIP
SECOND CIRCUIT

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

September 10, 2025

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re: *Babygrande Global, Inc. v. EVEN Labs Inc., et al.*, Case No. 1:24-cv-06785 (JGL)

Dear Judge Clarke:

    I represent Defendant Damien "DDOT" Washington in the above-captioned matter. Pursuant to Rule 14 of the Federal Rules of Civil Procedure and the Court's Individual Practices, I write to respectfully request leave for Mr. Washington to file a third-party cross-complaint against his co-defendants, EVEN Labs Inc. and Enrique "Mag" Rodriguez.

    All of Mr. Washington's proposed claims arise directly from his employment relationship with his co-defendants and their retaliatory conduct. Specifically, Mr. Washington was deliberately misclassified as an independent contractor, denied wage statements, overtime, and reimbursements, and ultimately stripped of his responsibilities and constructively terminated after he engaged in protected whistleblowing. His whistleblowing concerned both (i) Defendants' unlawful conduct directed toward Plaintiff Babygrande Global, Inc., and (ii) Mr. Washington's own truthful defense of himself in his pending motion to dismiss.

    Mr. Washington seeks to assert claims under the New York Labor Law, the New York City Administrative Code, and related statutes, including causes of action for whistleblower retaliation, wage and hour violations, unjust enrichment, and intentional misclassification of employment status. These claims arise from the same core set of facts already at issue in this action and will





# T. A. Blackburn Law

not unduly expand the scope of discovery. Instead, they will promote efficiency by resolving all interrelated claims in a single proceeding.

 Accordingly, I request that the Court to grant leave for Mr. Washington to file his third-party cross-complaint.

Respectfully,

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.

CC: All attorneys of record via ECF.




347-342-7432   tblackburn@tablackburnlaw.com   TABlackburnlaw.com