UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,

                Plaintiff,

-against-

EVEN LABS INC., et al.,

                Defendants.

24-CV-6785 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The Court has reviewed the motions filed today by Defendants EVEN Labs Inc. and Enrique "Mag" Rodriguez (the "EVEN Defendants"). ECF Nos. 110, 111, 112. EVEN Defendants seek an emergency motion to compel Defendant Damien Washington to return all EVEN devices and documents and to "[r]emove and disable a defamatory website," and "[c]ease and desist further communications with EVEN's business partners." ECF No. 111. This application is DENIED, and there is no need for other parties to respond.

      EVEN Defendants filed this motion for substantive relief in the form of a letter motion in violation of the Court's Individual Rules and Local Rules. Although titled a "motion to compel," the relief requested is not a discovery dispute or other matter that could be addressed by letter motion. *See* S.D.N.Y. Local Rule 7(e); Individual Rule 2(a), 4(k). Furthermore, the letter motion contains no legal authority for the relief requested. And, indeed, it appears difficult for the Court to ascertain what legal basis it would have to compel the relief requested in an action wholly unrelated to these newly arisen disputes.

      The Clerk of Court is respectfully directed to terminate ECF Nos. 110, 111, and 112.

Dated: September 17, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge