

# LEICHTMAN LAW PLLC

185 Madison Avenue, 15th Floor
New York, NY 10016
(212) 419-5210

**David Leichtman, Esq.**
dleichtman@leichtmanlaw.com

October 15, 2025

**Via ECF**

Honorable Judge Jessica G. L. Clarke
Southern District of New York

Re: *Babygrande Global Inc. v. EVEN Labs et al.*, Case No. 1:24-cv-06785-JGLC—
Request for Clarification of Co-Defendant's Counsel Status and Return of EVEN Devices

Dear Judge Clarke:

We represent Defendants Enrique "Mag" Rodriguez and EVEN Labs, Inc. (the "EVEN Defendants") in the above-captioned action. On October 8, 2025, following co-defendant Damien Washington's withdrawal of his Motion to Dismiss (Dkt. 75), the Court directed the parties to meet and confer regarding the return of EVEN's devices. (Dkt. 116.)

Within an hour of receiving that directive, counsel for the EVEN Defendants began repeated efforts to contact Mr. Washington's counsel of record, Mr. Blackburn—both to schedule the Court-ordered meet and confer and to confirm whether he intends to remain counsel in this matter. As noted in our October 6, 2025 letter (Dkt. 115), Mr. Blackburn had previously indicated that he was "currently assessing [his] further involvement in the case."

Since October 8, counsel has attempted to reach Mr. Blackburn by email (October 8, 10 (2x), and 14), voicemail (October 10), and text message (October 10) without response. Because Mr. Blackburn has not formally withdrawn, we have refrained from contacting Mr. Washington directly. In our most recent correspondence on October 14, we advised Mr. Blackburn that we would notify the Court if we did not receive a response by the end of the day. We have received none.

Accordingly, the EVEN Defendants respectfully request that the Court enter an Order directing Mr. Washington to return the two devices that belong to EVEN promptly and ordering Mr. Blackburn to confirm whether he continues to represent Mr. Washington. The uncertainty surrounding his representation is preventing the parties from completing document discovery, including the resolution of issues regarding the necessary forensic examination of the purloined devices.

Sincerely,

*David Leichtman*

David Leichtman