October 20, 2025
Via ECF

Honorable Judge Jessica G. L. Clarke
Southern District of New York

**Re: Babygrande Global Inc. v. EVEN Labs et al., Case No. 1:24-cv-06785-JGLC—
Request to Resume As Pro Se Litigant and Reinstate Motion To Dismiss**

Dear Judge Clarke,

I offer my sincerest apologies to the court for the disruption caused by the attorney retained on my behalf, who has now apparently abandoned the case and their duties.

I have now exhausted all efforts to communicate with Mr. Blackburn to no avail.

I wish to continue as a Pro Se Litigant in the matter of Babygrande Global Inc Vs Rodriguez, et al and request that my motion to dismiss be reinstated and continue to be heard as your honor had not yet made a ruling.

I will address and respond to all other related matters separately from this note.

Thank you,


/s/ Damien "DDot" Washington
Damien "DDot" Washington (Pro Se)
P.O. Box 1468
Hyattsville, MD 20785
ddotomen.com@gmail.com
(301) 806-7111