UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,

                      Plaintiff,

-against-

EVEN LABS INC., et al.,

                      Defendants.

24-CV-6785 (JGLC)

**ORDER TO SHOW CAUSE**

JESSICA G. L. CLARKE, United States District Judge:

      On October 15, 2025, counsel for Defendants EVEN Labs Inc. and Enrique "Mag" Rodriguez (the "EVEN Defendants") filed a letter describing their week-long effort to contact counsel for co-Defendant Damien Washington, Tyrone Anthony Blackburn, and requesting that the Court order Mr. Blackburn to "confirm whether he continues to represent Mr. Washington." ECF No. 117. The following day, the Court directed Mr. Blackburn to respond by October 20, 2025. ECF No. 118.

      On October 20, the Court received a letter from Mr. Washington, not Mr. Blackburn. ECF No. 119. In it, Mr. Washington explains that he has "exhausted all efforts to communicate with Mr. Blackburn to no avail" and that Mr. Blackburn has "apparently abandoned the case and their duties." *Id.* Mr. Washington clarifies that he would like to continue litigating this case as a *pro se* party and asks to "reinstate[]" his motion to dismiss, which had previously been withdrawn. *Id.*; ECF No. 116. Mr. Washington had previously also indicated a desire to assert cross-claims against the EVEN Defendants. *See* ECF Nos. 106, 109, 116.

      Mr. Blackburn's failure to respond to Mr. Washington or to withdraw his representation is troubling. *See* N.Y. R. Prof. Conduct 1.3, 1.4. Accordingly, IT IS HEREBY ORDERED that Mr. Blackburn submit a letter to the Court by November 5, 2025, showing good cause as to why

he should not be sanctioned for failing to respond to a Court Order and for failing to withdraw his representation while not communicating with his client. *See* ECF No. 119; Local Civ. R. 1.4(b), 1.5(b)(5).

The Court will take up this and other outstanding issues at the case management conference already scheduled for November 12, 2025, at 11:00 a.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. *See* ECF No. 90. Counsel of record, including Mr. Blackburn, shall appear at this conference.

Dated: October 23, 2025
       New York, New York

                                         SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge