UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BabyGrande Global, Inc.,<br>　　　　　　　Plaintiff,<br>V.<br><br>Even Labs Inc.; CSA Partners, LLC; Gener8tor Management, LLC; Gangels, LLC; VC 414 Fund I, L.P.; Enrique "Mag" Rodriguez; Damien "DDot" Washington; Daniel Rotman; Adolf Akuffo-Afful; Donte Murry; And Ogo,<br>　　　　　　　Defendants. | Case No.: 1:24-cv-06785 (JGL)<br><br>NOTICE OF WITHDRAWAL AS COUNSEL |

　　　　PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4, Tyrone A. Blackburn, Esq., of T.A. Blackburn Law, PLLC, hereby respectfully withdraws as counsel of record for Defendant Damien "DDot" Washington in the above-captioned action.

　　　　On October 15, 2025, Mr. Washington provided written notice terminating the undersigned's representation and expressing his intent to proceed pro se. This intent was subsequently confirmed in his letter filed with the Court on October 20, 2025 (ECF No. 119).

　　　　No retaining or charging lien is being asserted at this time, and the undersigned does not have any client materials necessary for Mr. Washington's continued participation in this action.

　　　　Accordingly, the undersigned respectfully requests that the Court grant this withdrawal and update the docket to reflect that Mr. Washington is proceeding pro se, at the following address:

Damien "DDot" Washington (Pro Se)
P.O. Box 1468
Hyattsville, MD 20785
Email: ddotomen.com@gmail.com
Phone: (301) 806-7111

Dated: October 29, 2025
Brooklyn, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Tyrone A. Blackburn, Esq.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tyrone A. Blackburn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　T.A. BLACKBURN LAW, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1242 E. 80th Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11236
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (347) 342-7432
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: tblackburn@tablackburnlaw.com

Cc: all counsel of record via ECF