UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,

                  Plaintiff,

-against-

EVEN LABS INC., et al.,

                  Defendants.

24-CV-6785 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On October 29, 2025, the Court received a letter from Tyrone Blackburn, counsel for co-Defendant Damien "DDot" Washington, responding to the Court's Order to Show Cause. *See* ECF No. 120. Because the letter contains privileged information, the Court is not docketing it at this time.

The Court has also reviewed Mr. Blackburn's motion to withdraw as Mr. Washington's counsel of record. ECF No. 121. That motion is GRANTED, and the Order to Show Cause at ECF No. 120 is discharged. Counsel need not file any additional materials in advance of the previously scheduled case management conference, which will take place on November 12, 2025. *See* ECF No. 120.

The Clerk of Court is respectfully directed to update the docket to reflect that Damien "DDot" Washington is proceeding *pro se*, and can be reached at: P.O. Box 1468 Hyattsville, MD 20785; Email: ddotomen.com@gmail.com; Phone: (301) 806-7111. The Clerk of Court is further directed to terminate ECF No. 121.

Dated: October 30, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge