T. A. BLACKBURN LAW
TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL DISTRICT COURT MEMBERSHIP
EDNY, NDNY, SDNY & DNJ

FEDERAL APPELLATE COURT MEMBERSHIP
SECOND CIRCUIT

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

November 6, 2025

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re: *Babygrande Global, Inc. v. EVEN Labs Inc., et al.*, Case No. 1:24-cv-06785 (JGL)

Dear Judge Clarke:

I am formal counsel to Defendant Damien Washington in the above-captioned matter. I write in response to the letter filed by Mr. Washington on November 5, 2025, asking the court to instruct this writer to provide him with his case file. On November 5, 2025, I provided Mr. Washington with a Dropbox link that has his entire case file, including all emails and communications between me and counsel for the co-defendants.

There is nothing else for me to provide, and I respectfully ask that the court deny Mr. Washington's request.

Respectfully,

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

CC: All parties and attorneys of record via ECF.

347-342-7432 tblackburn@tablackburnlaw.com TABlackburnlaw.com