**MEMO ENDORSED**

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

November 5, 2025
Via ECF

**Honorable Jessica G. L. Clarke**
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**BABYGRANDE GLOBAL, INC.,**
 Plaintiff,

v.

**ENRIQUE RODRIGUEZ, EVEN LABS INC., and DAMIEN "DDOT" WASHINGTON,**
 Defendants.

**Case No. 1:24-cv-06785**

*The conference in this matter, previously scheduled for November 12, 2025, at 11:00 a.m., is RESCHEDULED for November 18, 2025, at 3:30 p.m. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 70209368#.*

*Defendant Washington should be prepared to discuss his request to reinstate his motion to dismiss at the conference. The Court will also hear argument on other outstanding issues. Mr. Washington's request to compel production of his case file is DENIED as moot. See ECF No. 124 (letter attesting to production of the entire case file). SO ORDERED.*

Dated: November 6, 2025
       New York, New York

*/s/ Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge

---

### LETTER MOTION TO THE HONORABLE JESSICA G. L. CLARKE

**Re: Clarification Regarding Motion to Dismiss, Conference Rescheduling, and Turnover of Case Communications by Former Counsel**

Dear Judge Clarke,

Defendant Damien "DDot" Washington, proceeding pro se, respectfully submits this letter to (1) request clarification as to whether his previously filed Motion to Dismiss ("MTD") has been reinstated or remains pending before the Court; (2) request a brief adjournment or rescheduling of the November 12, 2025 case management conference due to longstanding professional travel obligations; and (3) respectfully request that the Court compel Mr. Washington's former counsel, Mr. Tyrone A. Blackburn, to promptly turn over all communications and case-related materials necessary for Mr. Washington to proceed pro se.

## Clarification Regarding Motion to Dismiss

Mr. Washington respectfully requests the Court's clarification regarding the status of his previously filed MTD, which may have been procedurally affected by the withdrawal of counsel. Mr. Washington seeks confirmation as to whether the motion remains active and under consideration.

## Request to Reschedule Case Management Conference

Mr. Washington also respectfully requests that the Court reschedule or adjourn the case management conference currently set for November 12, 2025.

Prior to the unexpected withdrawal of counsel, Mr. Washington had pre-arranged travel commitments for professional obligations that were in place well before the withdrawal was granted. As a result, Mr. Washington will not be in the State of New York on November 12, 2025, and will therefore be unable to attend the conference in person at Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York..

Mr. Washington is available to appear at the Court's convenience during the weeks of November 18 or November 25, 2025, and remains willing to participate by video conference should the Court so permit.

## Request to Compel Turnover of Case Communications

Mr. Washington further requests that the Court order Mr. Tyrone A. Blackburn, his former counsel of record, to turn over all email, text, and document communications related to this case, including correspondence with opposing counsel, discovery materials, filings, and any drafts or internal communications by no later than November 10, 2025.

This request is made in good faith to ensure a complete and accurate record of communications and materials, allowing Mr. Washington to effectively proceed pro se and prepare for upcoming deadlines. Mr. Blackburn's full cooperation is necessary to prevent prejudice or procedural disadvantage to Mr. Washington following the withdrawal of counsel.

Mr. Washington thanks the Court for its consideration and understanding of these circumstances. He remains committed to proceeding in good faith and complying with all Court orders and deadlines once proper access to materials and clarification are provided.

**Respectfully submitted,**

Damien "DDot" Washington
Defendant, Pro Se
P.O. Box 1468
Hyattsville, MD 20785
Email: ddotomen.com@gmail.com