November 17, 2025

**Via ECF**

Honorable Jessica G. L. Clarke
United States Courthouse
500 Pearl St., Courtroom 11B
New York, NY 10007

Re:    Joint Letter Regarding December Availability of All Parties, 1:24-cv-6785-JGLC

Dear Judge Clarke:

We are writing on behalf of all the parties to the matter captioned *Babygrande Global Inc. v. EVEN Labs et al.*, Civ. No. 1:24-cv-06785-JGLC.  Per the Court's directive, the parties have conferred as to their availability in December and submit the following:

**In-Person Conference:**[1]

| DATE | PLAINTIFF BABYGRANDE AND EVEN DEFENDANTS | DEFENDANT WASHINGTON |
|---|---|---|
| 12/02/25 | 11am-1pm EST | n/a[2] |
| 12/04/25 | 11am-2pm EST | n/a |
| 12/08/25 | 9am-12pm EST | n/a |
| 12/12/25 | 9am-12pm EST | n/a |
| 12/15/25 | 2pm-5pm EST | n/a |
| 12/16/25 | 12pm-2pm EST | n/a |

**Virtual Conference:**

| DATE | PLAINTIFF BABYGRANDE AND EVEN DEFENDANTS | DEFENDANT WASHINGTON |
|---|---|---|
| 12/02/25 | 11am-1pm EST | 11am-1pm EST |
| 12/04/25 | 11am-3pm EST | 11am-3pm EST |
| 12/08/25 | 9am-12pm EST | n/a[3] |
| 12/12/25 | 9am-2pm EST | n/a |
| 12/15/25 | 2pm-5pm EST | n/a |
| 12/16/25 | 12pm-2pm EST | n/a |

---

[1] As previously stated, the EVEN Defendants would greatly prefer an in-person conference as they feel it will be the most productive and will facilitate the return of the EVEN Devices.

[2] Defendant Washington has stated that he is unavailable in person as he has "already made numerous changes to [his] schedule to accommodate based on previous orders and will be traveling domestically and internationally all of December."  But "will follow what is ordered by the court."

[3] Defendant Washington has stated that he would "prefer anytime between December 2nd-6th;" however, the other parties note that they have additional availability should the Court not have availability on December 2 or 4.

Joint Letter to Judge Clarke
November 17, 2025
Page 2

Sincerely,

**LEICHTMAN LAW PLLC**

*David Leichtman*

David Leichtman