UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABYGRANDE GLOBAL, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.; DAMIEN DDOT WASHINGTON, <br><br> Defendants. | 24-CV-6785 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Court today held a case management conference with counsel for Plaintiff Babygrande Global, Inc. ("Plaintiff") and Defendants Enrique "Mag" Rodriguez and EVEN Labs Inc. (the "EVEN Defendants"), as well as Defendant Damien "DDot" Washington ("Washington"), who appeared *pro se*. The Court set forth several deadlines. First, by **December 9, 2025**, the EVEN Defendants shall file a letter elaborating on the joint privilege argument they previously advanced at ECF No. 130, including any relevant case law. Defendant Washington shall file his reply no later than **December 16, 2025**.

Next, the Court ordered that both the laptop and cell phone at issue in this matter shall be submitted to the Court for a forensic evaluation and search. By **December 19, 2025**, the parties must file a joint letter detailing their proposal for those searches, including search terms that will tailor the searches to retrieve only information relevant to this case. Defendant Washington, who is currently in possession of both devices, is reminded that he must not delete any data from those devices prior to turning them over. The EVEN Defendants may select the entity to conduct these searches and shall bear the cost of the searches. The Court will order a deadline to produce these devices to the Court after receiving the parties' December 19th submission.

As discussed and agreed to at the conference, following the searches of these devices, the Court will set a date certain for the return of the physical laptop to the EVEN Defendants. The EVEN Defendants shall provide Defendant Washington a hard drive containing all of the data currently on that device. The cell phone will be returned to Washington.

Third, Defendant Washington shall meet and confer with Plaintiff about an appropriate deadline for any answer he may wish to file. The parties shall communicate that deadline to the Court in a joint letter by **December 12, 2025.**

Finally, the Court hereby extends the deadline for fact discovery to **April 20, 2026**. The deadline for expert discovery, to the extent it is needed, is extended to **May 25, 2026**.

Dated:  December 2, 2025
        New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge