UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,

                              Plaintiff,

        -against-                                              24-CV-6785 (JGLC)

ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.;          **ORDER**
DAMIEN DDOT WASHINGTON,

                              Defendants.

JESSICA G. L. CLARKE, United States District Judge:

The Court has reviewed the letter filed by Defendants Enrique "Mag" Rodriguez and

EVEN Labs Inc. (the "EVEN Defendants") supporting the joint privilege argument they

previously advanced at ECF No. 130, *see* ECF No. 139, as well as Defendant Damien "DDot"

Washington's response, *see* ECF No. 143.

The EVEN Defendants are DIRECTED to file on the docket a privilege log for any

communications between August 26, 2025, and September 3, 2025, that they claim are subject to

the common interest privilege and made in furtherance of the parties' shared legal interest. The

log should include the date, time, senders/recipients, general subject matter, and applicable

privileges. The EVEN Defendants are further DIRECTED to submit for *in camera* review the

August 26, 2025 email referenced by Mr. Washington in ECF No. 143.

Both are due no later than **December 19, 2025**.

Dated:  December 11, 2025
        New York, New York

                                              SO ORDERED.


                                              _____
                                              JESSICA G. L. CLARKE
                                              United States District Judge