UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABYGRANDE GLOBAL, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.; DAMIEN DDOT WASHINGTON, <br><br> Defendants. | 24-CV-6785 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In the last week, the Court has received a number of emails from *pro se* Defendant Damien "Ddot" Washington regarding his continued filing difficulties. Many of those emails concerned Mr. Washington's discovery responses. However, Mr. Washington need not and should not email to the Court or file any of his discovery responses on the docket unless they are part of a motion. He must only send them to counsel for parties in the case.

Mr. Washington also detailed numerous filings which he says have not been properly filed on the docket. Some of those filings have since been docketed. Accordingly, Mr. Washington is DIRECTED to email a letter no later than **December 26, 2025**, to the Court, all counsel, and the Pro Se Intake Unit—including each email address in the "To:" field—listing the documents that have not yet been docketed.

The deadlines set in the Court's prior Orders remain.

Dated: December 17, 2025
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge