UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BABYGRANDE GLOBAL, INC.,

Plaintiff,

-against-

ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.;
DAMIEN DDOT WASHINGTON,

Defendants.

24-CV-6785 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

The Court last held a case management conference in this matter on December 2, 2025. Since then, the parties have filed numerous letters with the Court, including motions by Defendant Damien "DDot" Washington ("Washington") for a protective order, for severance, to stay discovery, and for a judgment on the pleadings. *See* ECF Nos. 160, 162, 172.

As previously directed by the Court, the EVEN Defendants, alongside Plaintiff Babygrande Global, Inc. ("Babygrande"), have also submitted proposed search terms for a forensic evaluation and search of a laptop and cell phone at issue in this case, ECF No. 165, and have discussed the potential for mediation, ECF No. 170. Defendant Washington has not discussed mediation with the other parties and continues to object to the forensic evaluation and search of the devices. *See* ECF Nos. 164, 166, 170.

Lastly, Plaintiff Babygrande has asked the Court to schedule another case management conference. ECF No. 169.

In the interest of judicial economy, it is ORDERED that all parties appear for a conference with the Court on **January 15, 2026,** at **12:00 p.m.** The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the

email addresses listed on the docket. The public listen-only line may be accessed by dialing:

646-453-4442 | Access Code: 254820136#.

Dated:  January 5, 2026
        New York, New York

SO ORDERED.

_Jessica Clarke_

JESSICA G. L. CLARKE
United States District Judge