UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,

                Plaintiff,

-against-

ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.; DAMIEN DDOT WASHINGTON,

                Defendants.

24-CV-6785 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On January 15, 2026, the Court held a case management conference with counsel for Plaintiff Babygrande Global, Inc. ("Plaintiff") and Defendants Enrique "Mag" Rodriguez and EVEN Labs Inc. (the "EVEN Defendants"), as well as Defendant Damien "DDot" Washington ("Washington"), who appeared *pro se*. The Court addressed several pending motions and issues, including (1) the parties' proposed search terms for a search of a cell phone and laptop in Mr. Washington's possession, *see* ECF Nos. 165, 166; (2) Mr. Washington's motion for a protective order, *see* ECF Nos. 162, 172 176; and (3) Mr. Washington's motion for judgment on the pleadings, severance, and to stay discovery, ECF No. 160. For the reasons stated on the record, the Court ruled as follows:

**First,** the portions of Mr. Washington's request that ask to stay discovery and halt the search of the phone in his possession are denied.

**Second,** the Court set a briefing schedule as to Mr. Washington's motion for judgment on the pleadings and for severance. Any opposition from Plaintiffs and any letter from the EVEN Defendants shall be due by **February 5, 2026.** Mr. Washington's reply is due by **February 19, 2026.**

**Third,** the Court adopts the search terms proposed by the EVEN Defendants and Plaintiff at ECF No. 165, as well as the privilege protocol outlined at the conference. The time period for the search shall end in September 2025.

**Fourth,** as discussed, the vendor hired to search the laptop and cell phone must subsequently file an affidavit confirming that it followed the procedures and protocols approved by the Court.

**Fifth,** Mr. Washington is directed to meet and confer with counsel for Plaintiff and the EVEN Defendants to discuss mutually agreeable dates to travel to the Court to submit the laptop and cell phone for forensic evaluation and search. Mr. Washington, Plaintiff, and the EVEN Defendants shall submit a joint letter informing the Court of such dates no later than **January 22, 2026.** If the Court does not receive a letter by that time, it will set a date for the forensic search.

The parties and vendor shall meet in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150. The EVEN Defendants shall bear the cost of Mr. Washington's travel. Should the search yield any items that were deleted and are relevant to the case, the Court may require Mr. Washington to reimburse EVEN for his full travel costs.

**Sixth,** Mr. Washington is directed to produce to all parties any recordings of conversations between himself and Plaintiff's counsel, and between himself and Mr. Charles "Chuck" L. Wilson Jr.

The Clerk of Court is respectfully directed to terminate ECF Nos. 117, 162, and 172.

Dated: January 16, 2026
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge