UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABYGRANDE GLOBAL, INC., | |
| Plaintiff, | |
| -against- | 24-CV-6785 (JGLC) |
| ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.; DAMIEN DDOT WASHINGTON, | **ORDER** |
| Defendants. | |

JESSICA G. L. CLARKE, United States District Judge:

The EVEN Defendants' request to strike from the docket the filing at ECF No. 191 is

GRANTED. *See* ECF No. 192. Defendant Washington is directed to not file discovery requests

or responses on the docket unless it is relevant to a motion. *See* Individual Rule 4(k); *see also*

Local Civil Rule 26.4.

The Clerk of Court is respectfully directed to strike ECF No. 191 from the docket.


Dated:  January 29, 2026
        New York, New York

                                            SO ORDERED.

                                            JESSICA G. L. CLARKE
                                            United States District Judge