UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,

                        Plaintiff,

            -against-

ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.;
DAMIEN DDOT WASHINGTON,

                        Defendants.

24-CV-6785 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Having reviewed the parties' most recent letters, *see* ECF Nos. 195–98, the Court makes

the following rulings: First, the forensic search of the cell phone and laptop in Defendant Damien

"DDot" Washington's possession shall take place on **February 25, 2026**, at **10:30 a.m.** in

Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300

Quarropas Street, White Plains, New York 10601-4150.

Second, at a case management conference on January 15, 2026, the Court directed

Defendant Washington to produce within two weeks the audio recordings of conversations he

had with Mr. Parness and Mr. Wilson. That deadline has now passed. Mr. Washington is ordered

to produce those recordings no later than **February 17, 2026**.

Third, at the same conference, the Court ordered Plaintiff Babygrande Global to endeavor

to ascertain the address of Aaron Scott (Stove God Cooks), then share that address with

Defendants Enrique "Mag" Rodriguez and Even Labs (collectively, the "EVEN Defendants").

The Court set a one-week deadline. Plaintiff and the EVEN Defendants then mutually agreed to

extend that deadline by an additional week, to January 29, 2026. ECF No. 197. In that time,

Plaintiff learned of a P.O. Box address for Mr. Scott, but has yet to share it with the EVEN

Defendants. *Id.* Plaintiff is ordered to share Mr. Scott's P.O. Box address with the EVEN

Defendants no later than **February 5, 2026**.

Plaintiff is further ordered to provide the EVEN Defendants with Mr. Scott's physical

address by **February 17, 2026**. Should Plaintiff be unable to do so, Plaintiff is directed to file a

letter on the docket explaining why.

The Court will issue sanctions if Mr. Washington or Plaintiff continue to refuse to

comply with the Court's orders.

Dated: February 5, 2026
      White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge