UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,

                    Plaintiff,

        -against-

ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.;
DAMIEN DDOT WASHINGTON,

                    Defendants.

24-CV-6785 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court, having reviewed the parties' latest filings, issues the following Order:

First, the forensic search will go forward as planned on February 25, 2026, at 10:30 a.m., in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150. *See* ECF No. 199. The Court reiterates that Defendant Damien "DDot" Washington must be present and must bring both the cell phone and laptop at issue with him for evaluation. *See id.* Should he fail to do so, the Court may find him in contempt.

Second, Mr. Washington is ORDERED to confirm his travel with the EVEN Defendants by 5:00 p.m. on February 22, 2026. The EVEN Defendants should not send Mr. Washington a lump sum payment in advance. Instead, the EVEN Defendants shall book Mr. Washington's travel directly or reimburse Mr. Washington after he provides them with a receipt.

Third, the Court is aware of Mr. Washington's petition and motion before the Second Circuit. However, unless and until the Second Circuit determines otherwise, the forensic search will proceed as planned on February 25, 2026.

Fourth, Plaintiff Babygrande's counsel has alerted the Court that he will not be able to appear on February 25, 2026, due to a previously scheduled jury trial. *See* ECF No. 213.

Accordingly, the Court will no longer take up the call recordings issue on February 25, 2026; it will only proceed with the forensic search.

To discuss the call recordings and the parties' corresponding motions, *see* ECF Nos. 208, 210, the parties shall appear for a separate conference with the Court on March 11, 2026, at 12:00 p.m. That conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 922 044 371#. At that conference, the parties should also be prepared to discuss the discovery dispute described in ECF No. 212.

Plaintiff Babygrande is directed to file any response—about the call recordings and/or the discovery dispute—no later than March 9, 2026.

The Clerk of Court is respectfully directed to terminate ECF No. 209.

Dated:  February 20, 2026
        White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge