UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABYGRANDE GLOBAL, INC., <br><br>         Plaintiff, <br><br>       -against- <br><br> ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.; <br> DAMIEN DDOT WASHINGTON, <br><br>         Defendants. | 24-CV-6785 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The letter motions filed at ECF Nos. 220 and 224 are DENIED as moot. Defendant

Damien "DDot" Washington is directed to respond to the Court's Order to Show Cause by

March 4, 2026. ECF No. 221. The Clerk of Court is respectfully directed to terminate ECF Nos.

220 and 224.

Dated: February 26, 2026
      White Plains, New York

                               SO ORDERED.

                               JESSICA G. L. CLARKE
                               United States District Judge