# PARNESS LAW FIRM, PLLC

March 5, 2026

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

VIA ECF

Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601



Re:    *Babygrande Global, Inc. v. Even Labs Inc.*, **1:24-cv-6785-JGLC**

Dear Judge Clarke:

I am counsel to Plaintiff Babygrande Global, Inc. in the above-referenced matter.  In accordance with Your Honor's February 20, 2026 Order (ECF 214), I am preparing Babygrande's response to the EVEN Defendants' February 18, 2026 letter (ECF 208), which response is to be filed on or before March 9, 2026, in advance of our remote video conference on March 11, 2026.

I am writing (i) for permission to exceed the 1,050 word limit set forth in Rule 2.a. of Your Honor's Individual Rules and Practices, and (ii) for permission to file Babygrande's response publicly, as we agree with the EVEN Defendants that there was no basis for Mr. Washington to designate the surreptitiously-recorded telephone calls "Attorneys Eyes Only," and because the EVEN Defendants publicly filed their February 18, 2026 letter and have already put their selective description of the substance of the recordings on the public record.

Respectfully submitted,

Hillel I. Parness

cc: Counsel of Record (via ECF)

Application GRANTED. Additionally, for reasons the Court will explain at the conference next week, Mr. Washington's motion to seal at ECF No. 210 is DENIED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 210. SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: March 6, 2026
       White Plains, New York