UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABYGRANDE GLOBAL, INC., <br><br>       Plaintiff, <br><br> -against- <br><br> ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.; DAMIEN DDOT WASHINGTON, <br><br>       Defendants. | 24-CV-6785 (JGLC) <br><br> **<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

The Court held a case management conference with counsel for Plaintiff Babygrande Global, Inc. ("Babygrande"), counsel for Defendants Enrique "Mag" Rodriguez and EVEN Labs Inc. (collectively, the "EVEN Defendants"), and Defendant Damien "DDot" Washington ("Washington"), who appeared pro se. For the reasons stated at the conference, the Court issued the following decisions.

First, Mr. Washington's motion for a protective order at ECF No. 226 is denied.

Second, Mr. Washington's motion to seal at ECF No. 210 is denied.

Third, Mr. Washington's motion for counsel at ECF No. 234 is denied unless and until he provides an original Request to Proceed in Forma Pauperis showing his financial status.

Fourth, the Court instituted a letter motion requirement for Mr. Washington. Before making any more motions, Mr. Washington must file a letter asking for leave of the Court to file a motion. He must explain what the motion is that he would like to file and the legal bases for that motion. He must send the letter seeking leave to the Chambers inbox, the Pro Se Intake Unit, and to all counsel. Any motions he files without first seeking leave of the Court will be denied on that basis alone. However, if Mr. Washington properly files a letter seeking leave and his motion

is not frivolous, the Court will then permit him to file the motion and will set a briefing schedule for the motion.

Fifth, EVEN Defendants' letter motion for leave to file a motion to dismiss at ECF No. 208 is granted. In truth, EVEN Defendants request leave to file a motion for case-terminating sanctions. They may file such a motion by **March 27, 2026**. Any opposition is due no later than **April 20, 2026**. EVEN Defendants' reply must be submitted by **April 27, 2026**. Discovery will continue unless and until the Court rules otherwise.

Sixth, EVEN Defendants' letter motion to compel Babygrande to produce documents and respond to interrogatories is also granted in large part. Babygrande shall produce the revenue information, unredacted information related to revenue in the relevant rights agreement, and the Stove God Cooks agreements (with the revenue-related information unredacted) and licenses beyond those at issue in this case by **March 25, 2026**. *See* ECF No. 212 at 2. Babygrande and the EVEN Defendants are directed to meet and confer about the interrogatories in question and must submit a joint letter identifying only those issues that they cannot resolve by **March 27, 2025**. Finally, Plaintiff must reach out to Stove God Cooks to ascertain Cooks' address.

Mr. Washington is also advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit).

Litigants in need of legal assistance should complete the City Bar Justice Center's intake form to make an appointment. If a litigant has questions about the intake form or needs to

highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone

(212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood

Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and

Courthouse in White Plains are available Monday through Thursday, 10am to 4pm.

Appointments are also available remotely Monday through Friday, 10am to 4pm. The Court has

attached a flyer from the City Bar Justice Center to this Order.

 The Clerk of Court is respectfully directed to terminate ECF Nos. 208, 212, 226, and 234.

Dated: March 12, 2026
   White Plains, New York

         SO ORDERED.

         JESSICA G. L. CLARKE
         United States District Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
## in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.