UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABYGRANDE GLOBAL, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.; DAMIEN DDOT WASHINGTON, <br><br> Defendants. | 24-CV-6785 (JGLC) <br><br> **<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

The Court has received a letter from Defendant Damien "DDot" Washington ("Washington") requesting leave to file a motion to "adjourn[], reschedul[e], or [provide] other accommodation" during the forensic examination set for March 19, 2026. The Court has attached Mr. Washington's letter to this Order, because it was not submitted to the Pro Se Intake Unit or to opposing counsel.

Mr. Washington's application is DENIED with respect to adjourning or rescheduling the conference. The forensic examination will go forward as planned on March 19, 2026. *See* ECF No. 229. The EVEN Defendants have booked Mr. Washington's travel. Indeed, at a case conference earlier today, the Court ensured that Mr. Washington gave the EVEN Defendants the information they needed to book his travel; the Court need not spend its time making sure that Mr. Washington does so once again. As the Court made clear to Mr. Washington at today's conference—mere hours before he sent his latest letter—he risks significant sanctions should he fail to appear on March 19, 2026. Those sanctions include fines and possible detention until he appears.

Mr. Washington raises two reasons that the Court should adjourn the March 19 examination. First, he alludes to his "medical travel restrictions." The only evidence before the

Court of Mr. Washington's medical travel restrictions is an almost-entirely redacted note from what appears to be a chiropractor's office that asserts he cannot travel for "more than 30 minutes in duration through 3/9/26." *See* ECF No. 227. That date has now passed. Mr. Washington suggested at today's conference that he might have another doctor's note; but he did not request that the forensic examination be adjourned while he was before the Court. Instead, he waited until shortly after the conference ended to make yet another last-minute appeal to cancel it. The Court has been more than understanding to date. Mr. Washington has already failed to appear for a Court-ordered forensic examination. *This* examination will proceed as scheduled. Mr. Washington is required to appear.

Second, Mr. Washington explains that the March 19 examination "creates a conflict with his ongoing religious observance during Ramadan and Eid." The March 19 examination has been scheduled for more than a week. Again, the Court has been more than understanding with Mr. Washington: It set this date to accommodate him even after he failed to appear for the prior Court-ordered examination. Mr. Washington has had ample opportunity—including at today's conference—to raise this potential religious conflict with the Court.

To the extent Mr. Washington requires a reasonable accommodation to leave the forensic examination to pray, the Court grants such a request. He need not be present for the entire examination; he need only hand over the devices for evaluation. But this reason is not sufficient—after his travel has been booked and paid for, and after the Court has afforded him much leniency—to adjourn the examination altogether.

Mr. Washington is expected to appear in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, on March 19, 2026, at 12:00 p.m. He must bring the cell phone and laptop at issue

with him for evaluation. Should he fail to comply, he risks significant sanctions as set forth

above.


Dated:  March 12, 2026
         White Plains, New York

                                          SO ORDERED.

                                          _____

                                          JESSICA G. L. CLARKE
                                          United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<u>March 11, 2026</u>
Honorable Jessica G. L. Clarke
300 Quarropas Street
White Plains, NY 10601

RE: **Babygrande Global, Inc. v. Rodriguez, et al., No. 1:24-cv-06785-JGLC - Request Leave To File**

Dear Judge Clarke:

Defendant Damien Washington, proceeding pro se, respectfully requests leave to file a letter-motion concerning a scheduling and accommodation conflict relating to the **March 19, 2026 forensic examination**.

Good cause exists because Mr. Washington remains under current medical travel restrictions imposed by his treating physician, and because the presently scheduled March 19 examination also creates a conflict with his ongoing religious observance during Ramadan and Eid. Mr. Washington therefore seeks leave to file a short application requesting appropriate relief, including adjournment, rescheduling, or other accommodation the Court deems proper.

Mr. Washington makes this request promptly and in good faith.

Respectfully submitted,

**\s/ Damien "DDOT" Washington**
Defendant, Pro Se
P.O. Box 1468
Landover, MD 20785
ddotomen.com@gmail.com
(301) 806-7111