UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,

Plaintiff,

-against-

ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.; DAMIEN DDOT WASHINGTON,

Defendants.

24-CV-6785 (JGLC)

**ORDER TO SHOW CAUSE**

JESSICA G. L. CLARKE, United States District Judge:

Defendant Damien "DDot" Washington has again failed to comply with a clear Court order to appear for a forensic evaluation of a cell phone and laptop in his possession. *See* ECF Nos. 221, 229, 238, 244. The Court has warned him on numerous occasions that he faces civil contempt sanctions—up to and including possible detention—should he continue to disregard its unambiguous orders. *See, e.g.*, ECF Nos. 221, 238. Mr. Washington is thus ORDERED to show cause, in person, as to why the Court should not impose sanctions upon him for his repeated failure to comply with the Court's orders.

Mr. Washington is ORDERED to appear for a hearing in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, on **April 14, 2026**, at 12:00 p.m., to show cause why this Court should not sanction him for violating multiple orders of the Court. Mr. Washington must bring the cell phone and laptop at issue with him. Counsel for all parties shall also appear.

Dated: March 19, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge