UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,

Plaintiff,

-against-

ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.; DAMIEN DDOT WASHINGTON,

Defendants.

24-CV-6785 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The EVEN Defendants ask the Court to grant their application to serve Aaron Scott p/k/a Stove God Cooks via email. *See* ECF No. 239. Plaintiff does not object, *see* ECF No. 250, and the Court finds good cause to allow email service in light of EVEN Defendants' reasonable, but failed, attempts to locate a physical address for Mr. Scott. Accordingly, the EVEN Defendants' motion to serve Aaron Scott p/k/a Stove God Cooks via email is GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 239.

Dated: March 24, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge