UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABYGRANDE GLOBAL, INC.,<br><br>*Plaintiff*,<br><br>-against-<br><br>EVEN LABS INC.; ENRIQUE "MAG" RODRIGUEZ; and DAMIEN "DDOT" WASHINGTON,<br><br>*Defendants*. | Index No.: 1:24-cv-6785-JGLC<br><br>**NOTICE OF MOTION FOR CASE-TERMINATING SANCTIONS AND OTHER RELIEF** |

**PLEASE TAKE NOTICE** that, pursuant to leave granted by the Court (Dkt. 237), Defendants EVEN Labs Inc. and Enrique "Mag" Rodriguez ("EVEN"), by and through their undersigned counsel, hereby move this Court for case-terminating sanctions and other relief pursuant to the Court's inherent authority, 28 U.S.C. § 1927, Federal Rules of Civil Procedure 11 and 37, and the Copyright and Trademark Act fee shifting provisions, 28 U.S.C. § 505 and 15 U.S.C. § 1117(a). The bases for the requested relief are demonstrated in the EVEN Defendants' Memorandum of Law in Support of Motion for Case-Terminating Sanctions, the Declaration of Emma J. Hoffmann and exhibits thereto, filed contemporaneously with this notice.

Dated: March 27, 2026
New York, New York

Respectfully submitted,

By: David Leichtman

David Leichtman (DL 7233)
Sherli Furst (SF 7886)
Emma J. Hoffmann (EH 9673)

1345 Avenue of the Americas, 11th Floor
New York, New York 10105
Tel: (212) 370-1300
dleichtman@egsllp.com
sfurst@egsllp.com
ehoffmann@egsllp.com

*Attorneys for Defendants EVEN Labs Inc. and Enrique "Mag" Rodriguez*