# Exhibit 20

X
Home
Explore
15 Notifications
Follow
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More
Post

Post

💎🍾 @TheRocSupremacy

Stove God Cooks has officially called on JAY-Z for help to get out of his record deal.

In an industry filled with companies like Universal/Sony/Warner, who are worth billions more than Roc Nation... how is it that JAY-Z is the ONLY person people call on for help... but also is blamed for everything that happens to an artist who are signed to Universal/Sony/Warner? 😂😂😂😂😂




💎🍾 @TheRocSupremacy · Mar 17, 2025
"Hov texting West like let's figure it out" - Stove God Cooks

Stove God is rumored to be "stuck" in a predatory deal but has been able to work around it with the help of WestSide Gunn. JAY-Z has helped multiple artists out of said deals, like Lil Uzi & Meg Thee Stallion.




3:03 PM · Jan 8, 2026 · **131.4K** Views

22 124 526 83

Relevant View quotes

Post your reply Reply

. @media_beyond · Jan 8
Label owners hate me I'm raisin the status quo up...
1 4 76 2.6K

💎🍾 @TheRocSupremacy · Jan 8
💯
7 2K

sleepy @westernnhours · Jan 8
he needa sign to rn, they on a run right now.
Uzi got a hit, Rocky dropping and will prob go #1, clipse got AOTY.
signing stove would be another big move
1 10 2.2K

💎🍾 @TheRocSupremacy · Jan 8
& that's another thing, he has zero business affiliations with Roc Nation & still when people read what he said they won't even 2nd guess why he's calling on Hov 😂 they already know why. It's so strange bro
1 21 2K

Search

**Relevant people**
💎🍾 @TheRocSupremacy Follow
💎🍾 The ROC Will Never Crumble. JAY-Z LORE. JUST THE FACTS.

**What's happening**
Trending in United States
Trans
Politics · Trending
Jesse Jackson
Music · Trending
hobi
Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.

**Blood on his Wally's like ketchup** @pan21897 · Jan 8
I knew it would come to this.

Co-sign everything you said.

BG owner has perfected this game tho. So we'll see.

1 | 6 | 1.9K

💎🍾 @TheRocSupremacy · Jan 8
He perfected which game?

1 | 2 | 1.6K

Show replies

**BlackHero** @RSALuffy · Jan 8
Top artists only call Jay-Z for help and Tony Yayo will still get on a podcast and say Jay-Z helps no one and then name some small time rapper 50 put on a tv show nobody watches as an example of 50s generosity.

1 | 1 | 25 | 641

**LAMBO** 🐝 @__Taurean__ · Jan 8
They should leave this man alone!!! The one he already did is why these label executives have been on his neck sending minions to attack him , let someone else save this people for crying out loud!!! Can we rest this 2026?

1 | 1 | 22 | 904

**Strip Weathers** 🍉 @Musiq_Rapchild · Jan 8
Throwing up the roc for help



1 | 20 | 668

**Bitxh Wit'em & Some Bitxh In'em Thassa Lotta ...** @cbr_... · Jan 8
I mean... 😏




2 | 13 | 768

**Demoman** 🏔️💚 @Hookman83 · Jan 8
That's what Hov do took care of weezy taxes clipse didn't get a feature but roc nation picking up after def jam bullshitting and the rollout was legendary

6 | 618

**Oluwaseun** ❤️🌗 @OluwaseunAgboni · Jan 8
It has to be mental illness fr. Smh

6 | 701

**King Jams** @kingjamsx · Jan 8
Corporate and Culture, no one has power like him, this is what makes people mad. 🤣

Stove about to take it to the next level if things go right. 👏

5 | 654

**Mash145th** @eben1804 · Jan 8
Yeah. See this one coming. The way the label was talking. He wants a big check to release stove god from his contract. Nasty business!

3 | 605

**Kur7t** 🏁 @Kur7t · Jan 8
A yo @Stovegodcooks you gotta throw up the bat signal 🙌💎

2 | 427

**Grind** @OGGrindDaily · Jan 8
Pretty sure Jay been made the call. Something else fishy is up with that deal. It comes off very vindictive from the label side, like they got a grudge to hold or something.

1 | 923

**LegendaryAlive** @HOTSEAThaas · Jan 8
Bout to go play reasonable drought mad loud at the car wash for crying out loud

1 | 573

**Name cannot be blank** @BrklynBread · Jan 8
Hov done saved like two entire generations of rappers at this point.

1 308

**Yodi** @YXDI_ · Jan 8
He gets the most hate but is the one that everybody depends on lol. Hate that Stove going through this tho, Hopefully Hov can make something happen.
1 322

**JayRee** @DCisBack2023 · Jan 8
Guess his biz acumen doesn't match his word play
361

**Contac Vecci** @Da_Vecci_Code · Jan 9
He's been summoning Hov in every verse quoting him so I seen this comin..
119

**G. Robe** @theglovesfit · Jan 8
Hov
379

**Princess Carter**💎💎💎💎 @PrinZessCarter · Jan 9
I don't want him helping anybody else!
31

Show probable spam