# Exhibit 21


Post
•UP•NORTH•TRIPS•
@evboogie
gofundme to buy stove god out of that shitty babygrande deal.
6:53 PM · Feb 22, 2024 · 10K Views
3
17
75
3
New to X?
Sign up now to get your own personalized timeline!
Sign in as Mag
mag@even.biz
Sign up with Apple
Create account
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.
Something went wrong. Try reloading.
Retry
Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· © 2025 X Corp.
Don't miss what's happening
People on X are the first to know.
Log in
Sign up


Post
Dhan Julio Jones
@DhanxDee
@sc Can you get Stove God Cooks out of his Babygrande Transatlantic Slave Deal, the streets need him!!!!
9:03 AM · Feb 19, 2025 · 32 Views
1
New to X?
Sign up now to get your own personalized timeline!
Sign in as Mag
mag@even.biz
Sign up with Apple
Create account
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.
Something went wrong. Try reloading.
Retry
Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· © 2025 X Corp.
Don't miss what's happening
People on X are the first to know.
Log in
Sign up


Post
WESTSIDEGUNN
@WESTSIDEGUNN
FREE STOVE GOD
9:09 AM · Mar 17, 2025 · 821.9K Views
330
3.2K
12K
332
Read 330 replies
New to X?
Sign up now to get your own personalized timeline!
Sign in as Mag
mag@even.biz
Sign up with Apple
Create account
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.
Something went wrong. Try reloading.
Retry
Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· © 2025 X Corp.
Don’t miss what’s happening
People on X are the first to know.
Log in
Sign up

Post

@TheRocSupremacy

“Hov texting West like let’s figure it out” - Stove God Cooks

Stove God is rumored to be “stuck” in a predatory deal but has been able to work around it with the help of WestSide Gunn. JAY-Z has helped multiple artists out of said deals, like Lil Uzi & Meg Thee Stallion.



New to X?

Sign up now to get your own personalized timeline!

Sign in as Mag
mag@even.biz

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Retry

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Don’t miss what’s happening
People on X are the first to know.

Log in Sign up