# Exhibit 22

09:48
◀ BuzzFeed
5G 100

According 2 Hip-Hop · Follow
stovegodcooks 2m

Stove God Cooks' Swizz Beatz produced albu... more




Send message...