UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABYGRANDE GLOBAL, INC.,<br><br>                              Plaintiff,<br><br>                   -against-<br><br>ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.;<br>DAMIEN DDOT WASHINGTON,<br><br>                              Defendants. | 24-CV-6785 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

For reasons that will be stated at the case management conference scheduled for April 14, 2026, Defendant Damien ("DDot") Washington's motion for judgment on the pleadings is DENIED. *See* ECF No. 160.

The Clerk of Court is respectfully directed to terminate ECF No. 160.

Dated:  April 10, 2026
        White Plains, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge