UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABYGRANDE GLOBAL, INC.,<br><br>                    Plaintiff,<br><br>    -against-<br><br>ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.;<br>DAMIEN DDOT WASHINGTON,<br><br>                    Defendants. | 24-CV-6785 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Earlier today, the Court held a hearing scheduled to address an Order to Show Cause why Defendant Damien "DDot" Washington ("Washington") should not be sanctioned for his repeated failure to comply with the Court's orders. *See* ECF No. 249. Mr. Washington was ordered to appear but did not do so.

The Court then addressed various outstanding issues with counsel for Plaintiff and the EVEN Defendants, who were in attendance, and made several rulings. **First**, the EVEN Defendants shall file a letter by **tomorrow** detailing the discussed proposal to have Mr. Washington produce the phone and laptop currently in his possession. The Court will then issue a separate order detailing Mr. Washington's directives and related sanctions for any failure to comply.

**Second**, for the reasons stated at the hearing, the EVEN Defendants shall file by **April 20, 2026,** Exhibit 13—with the appropriate, discussed redactions—and Exhibit 16 publicly on the docket.

**Third**, the parties shall meet and confer regarding the remaining sealing and redaction issues related to the transcript and audio files and shall submit a letter describing their positions on those issues, along with the proposed redactions, no later than **April 27, 2026.**

**Fourth**, as explained at the conference, Plaintiff's counsel may submit what he described as privileged communications between himself and his client *in camera* for the Court's review. As the Court also stated, however, should the Court determine that these communications are subject to a privilege exception or exemption, they will be subject to disclosure in this action.

**Finally**, Plaintiff must produce the remaining revenue documents, text messages, and any audio Plaintiff can retrieve, as described at today's conference, no later than **April 24, 2025.**

Dated:  April 14, 2026
         White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge