UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABYGRANDE GLOBAL, INC.,<br><br>                    Plaintiff,<br><br>           -against-<br><br>ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.;<br>DAMIEN DDOT WASHINGTON,<br><br>                    Defendants. | 24-CV-6785 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Court has conferred with Judge Xinis in the District of Maryland regarding EVEN Defendants' proposal for the search of the cellphone and laptop in Mr. Washington's possession. As described in ECF No. 265, EVEN Defendants propose that the search be conducted at the federal courthouse in Greenbelt, Maryland, which appears to be in close proximity to where Mr. Washington resides. Mr. Washington is directed to file a letter—copying the Court's chambers and all counsel on his email to the Pro Se Intake Unit—by April 29, 2026, stating whether he is available on May 7, 2026, for the search. He is directed to specify which hours he is and is not available on that date. If he is unavailable for the entire date, he is directed to specify why that is and must provide additional availability for the week of May 11, including his hours of availability.

Dated:  April 27, 2026
        White Plains, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge