UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,

                Plaintiff,

       -against-

ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.;
DAMIEN DDOT WASHINGTON,

                Defendants.

24-CV-6785 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has reviewed the EVEN Defendants' request to file a supplemental two-page letter in connection with their motion for case-terminating sanctions, as well as Plaintiff's response "defer[ring] to the Court's determination" regarding the request. ECF Nos. 282, 284. The EVEN Defendants' application is GRANTED. They are directed to file their supplemental letter no later than May 18, 2026.

Plaintiff may respond to the letter if desired, although the Court has reviewed the Parness *Ex Parte* Declaration and understands Plaintiff's position. Plaintiff shall file a response, if any, by May 25, 2026.

Dated: May 11, 2026
       White Plains, New York

                           SO ORDERED.

                           JESSICA G. L. CLARKE
                           United States District Judge