# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

May 25, 2026

VIA ECF

Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:    *Babygrande Global, Inc. v. Even Labs Inc.*, **1:24-cv-6785-JGLC**

Dear Judge Clarke:

I am counsel to Plaintiff Babygrande Global, Inc. in the above-referenced matter.  In accordance with Your Honor's Order dated May 11, 2026 (ECF 286), the undersigned responds very briefly to the EVEN Defendants' letter of May 18, 2026 (ECF 287). Without acknowledging that the text chain filed by the EVEN Defendants (ECF 287-1) provides any support for the EVEN Defendants' motion for extreme relief against Plaintiff, it certainly does not demonstrate any contact between the undersigned and Mr. Washington, consistent with what the Court has already seen in the Parness *Ex Parte* Declaration.

Respectfully submitted,

Hillel I. Parness

cc: Counsel of Record (via ECF)