UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,

                              Plaintiff,

           -against-                                    24-CV-6785 (JGLC)

ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.;                  **ORDER**
DAMIEN DDOT WASHINGTON,

                              Defendants.

JESSICA G. L. CLARKE, United States District Judge:

       The Court has confirmed with the U.S. Marshals Service that Damien "DDot" Washington has not contacted them and has not submitted the phone and laptop as ordered two weeks ago. *See* ECF No. 285. Mr. Washington is therefore in violation of the Court's order and will be fined $100 per day for the next 14 days until he complies with the order. *Id.* After 14 days, his fine will increase to $500 per day until he complies. *Id.*

       If Mr. Washington continues to refuse to comply and the fines reach $15,000, the Court will issue an order to show cause as to why the Court should not issue a warrant for Mr. Washington's arrest. *Id.* If Mr. Washington continues to refuse to comply, the Court will issue such a warrant, and Mr. Washington will be incarcerated until he complies.

       The EVEN Defendants' request for additional relief is denied without prejudice at this time. *See* ECF No. 290. The Clerk of Court is respectfully requested to terminate ECF No. 290.

Dated:  May 26, 2026
        White Plains, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge