UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BABYGRANDE GLOBAL, INC.,<br><br>                              Plaintiff,<br><br>               -against-<br><br>ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.;<br>DAMIEN DDOT WASHINGTON,<br><br>                              Defendants. | 24-CV-6785 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

The U.S. Marshals ("USMS") have informed the Court that Mr. Washington today brought the cell phone at issue to the federal courthouse in Greenbelt, Maryland. The information necessary to unlock the device has also been provided to USMS in compliance with the Court's order. *See* ECF No. 285. To be clear, Mr. Washington is only in compliance with regard to the cell phone, and remains in contempt with regard to the laptop in question. *See id.* Fines shall continue to accrue unless and until the Court issues another order stating otherwise. *See* ECF No. 294.

As per the Court's prior order at ECF No. 285, the EVEN Defendants' vendor shall complete its search of the cell phone using the search protocol previously ordered by the Court within two business days of receiving the cell phone. *See* ECF No. 183 (incorporating the search terms proposed by EVEN Defendants and Plaintiff, along with the privilege protocol). The EVEN Defendants shall file a letter on the docket informing all parties when their vendor has received the cell phone. After the search is completed, EVEN Defendants' vendor, through counsel for EVEN Defendants, shall contact Mr. Washington so that he can retrieve the phone from the vendor. *See* ECF No. 285.

SO ORDERED.

Dated:  May 29, 2026
          White Plains, New York

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge