

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NY  10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-7889
www.egsllp.com

June 1, 2026

**Via ECF**

Honorable Jessica G. L. Clarke
300 Quarropas Street, Courtroom 320
White Plains, NY 10601
ClarkeNYSDChambers@nysd.uscourts.gov

Re:    **Update And Continued Non-Compliance By Mr. Washington With Court-Ordered Imaging of EVEN Device at Greenbelt Court in *Babygrande Global Inc. v. EVEN Labs et al.*, Civ. No. 1:24-cv-06785-JGLC**

Dear Judge Clarke:

We are writing on behalf of EVEN to update the Court on the court-ordered imaging of the cell phone that Mr. Washington delivered to the U.S. Marshals Service in Greenbelt, MD on Friday, May 29, 2026.  (*See* Dkts. 285, 294).  The vendor has completed imaging the device and is prepared to run the searches using the search terms and protocol adopted by the Court (Dkts. 165, 165-1, 183), but two serious problems became apparent even before implementation of the search terms, indicating continued non-compliance by Mr. Washington.

First, the device that Mr. Washington dropped off at the Courthouse is not the phone at issue. EVEN's records reflect that the device at issue is an iPhone 14, (PRODUCT)RED, 256GB, which EVEN purchased for Mr. Washington on November 13, 2023.  (*See* Dkt. 129-2).  According to the corresponding receipt from Apple, the device has a serial number of: HMQF4NVTW4. However, the device that Mr. Washington delivered to the Marshals has a serial number of: JXJC56G2K.

Second, the device contains almost no data.  Even if the delivered device were the correct one, the imaging revealed that it contains less than one gigabyte (1 GB) of data.  The near-absence of data raises serious concerns that Mr. Washington failed to preserve or retain the data on the device as the Court ordered.  (Dkts. 183 and 285).  The lack of data on the phone further indicates that, contrary to Mr. Washington's previous claims, the imaged device is not the personal cell phone which Mr. Washington has represented he uses.  For example, Consilio has advised that there is only one text chain on the device, no email at all, and only several phone calls indicated.  This obviously indicates that deletions have been made recently, since Mr. Washington was able to produce texts and recordings made on his phone at earlier stages of discovery, including after the preservation orders were put in place.

Mr. Washington has therefore continued not to comply with the Court's orders, and continues to cause the EVEN Defendants to expend resources in an unfair and unnecessary manner.

Hon. Jessica G. L. Clarke
June 1, 2026
Page 2

Respectfully submitted,

David Leichtman

David Leichtman
Ellenoff, Grossman & Schole LLP

*Counsel for EVEN Defendants*