*Managing Attorney*
**William F. Guilford, Esq.**



June 1, 2026

<u>**Via ECF**</u>
Honorable Jessica G. L. Clarke
300 Quarropas Street, Courtroom 320
White Plains, NY 10601
ClarkeNYSDChambers@nysd.uscourts.gov

RE: **Babygrande Global, Inc. v. Rodriguez, et al., No. 1:24-cv-06785-JGLC – Declaration of Damien "DDot" Washington**

Dear Judge Clarke,

I represent Defendant Damien "DDot" Washington in the above referenced matter. Enclosed please find the Declaration of Damien Washington per the Court's Order dated May 28, 2026 (Dkt. 294).

We appreciate the Court's attention to this matter.

Respectfully Submitted,


/s/William Guilford
William F. Guilford, Esq

Cc:    Counsel of Record (via ECF)


Enclosures