

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NY 10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-7889
www.egsllp.com

June 4, 2026

**Via ECF**

Honorable Jessica G. L. Clarke
300 Quarropas Street, Courtroom 320
White Plains, NY 10601
ClarkeNYSDChambers@nysd.uscourts.gov

**Re:    Completion of Device Imaging and Search of iPhone by Consilio in**
***Babygrande Global Inc. v. EVEN Labs et al.*, Civ. No. 1:24-cv-06785-JGLC**

Dear Judge Clarke:

Pursuant to the Court's order on June 2, 2026 (Dkt. 298), the EVEN Defendants are writing to inform all parties that the vendor, Consilio, has completed its search of the data collected from the device Mr. Washington dropped off at the Greenbelt court house.  The vendor was able to image the data onsite and then complete the search without retaining the phone.  Counsel for the EVEN Defendants informed counsel for Mr. Washington that his client was able to pick up the phone from the U.S. Marshals midday on June 2, 2026.  We do not know if Mr. Washington retrieved the device from the Marshals' office.

Respectfully submitted,

David Leichtman

David Leichtman
Ellenoff, Grossman & Schole LLP

*Counsel for EVEN Defendants*