UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABYGRANDE GLOBAL, INC.,<br><br>                           Plaintiff,<br><br>          -against-<br><br>ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.;<br>DAMIEN DDOT WASHINGTON,<br><br>                           Defendants. | 24-CV-6785 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The EVEN Defendants are directed to respond to Mr. Washington's declaration by June 11, 2026. *See* ECF No. 300. In particular, the EVEN Defendants should explain what further relief, if any, they seek with regard to the cell phone and laptop at issue. Should Mr. Washington wish to respond to the EVEN Defendants' letter, he may do so through counsel no later than June 16, 2026.

Dated:  June 8, 2026
         White Plains, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge