# Exhibit 5

## Timeline (336)

| # | Type | Locations | Date | Time | Party | Description | Source |
|---|---|---|---|---|---|---|---|
| 105 | Log Entries | | 3/11/2026 | 3/11/2026 3:03:39 PM(UTC+0) | | Wan In:0<br>Wan Out:0 | iPhoneNetworkDataUsage |
| 106 | User Accounts | | 3/18/2026 [TimeCreated] | 3/18/2026 2:20:32 AM(UTC+0) [TimeCreated] | | | Accounts |
| 107 | User Accounts | | 3/18/2026 [TimeCreated] | 3/18/2026 2:20:38 AM(UTC+0) [TimeCreated] | | | Accounts |
| 108 | User Accounts | | 3/18/2026 [TimeCreated] | 3/18/2026 2:31:52 AM(UTC+0) [TimeCreated] | | | Accounts |
| 109 | User Accounts | | 3/18/2026 [TimeCreated] | 3/18/2026 2:31:52 AM(UTC+0) [TimeCreated] | | | Accounts |
| 110 | User Accounts | | 3/18/2026 [TimeCreated] | 3/18/2026 2:31:56 AM(UTC+0) [TimeCreated] | | | Accounts |
| 111 | User Accounts | | 3/18/2026 [TimeCreated] | 3/18/2026 2:31:56 AM(UTC+0) [TimeCreated] | | | Accounts |
| 112 | User Accounts | | 3/18/2026 [TimeCreated] | 3/18/2026 2:31:56 AM(UTC+0) [TimeCreated] | | | Accounts |
| 113 | User Accounts | | 3/18/2026 [TimeCreated] | 3/18/2026 2:32:13 AM(UTC+0) [TimeCreated] | | | Accounts |
| 114 | User Accounts | | 3/18/2026 [TimeCreated] | 3/18/2026 2:32:13 AM(UTC+0) [TimeCreated] | | | Accounts |
| 115 | User Accounts | | 3/18/2026 [TimeCreated] | 3/18/2026 2:32:14 AM(UTC+0) [TimeCreated] | | | Accounts |
| 116 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:18 AM(UTC+0) | | philadelphia eagles logo gre | Safari |
| 117 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:47:18 AM(UTC+0) [LastVisited] | | philadelphia eagles logo green background - Google Search | Safari |
| 118 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:18 AM(UTC+0) | | philadelphia eagles logo green background | Safari |
| 119 | Cookies | | 3/18/2026 [LastAccessTime] | 3/18/2026 2:47:26 AM(UTC+0) [LastAccessTime] | | .google.com | MobileSafari |
| 120 | Cookies | | 3/18/2026 [LastAccessTime] | 3/18/2026 2:47:26 AM(UTC+0) [LastAccessTime] | | .google.com | MobileSafari |
| 121 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:26 AM(UTC+0) | | philadelphia eagles | Safari |
| 122 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:47:26 AM(UTC+0) [LastVisited] | | Google Search | Safari |
| 123 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:26 AM(UTC+0) | | philadelphia eagles | Safari |
| 124 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:47:26 AM(UTC+0) [LastVisited] | | | Safari |
| 125 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:47:26 AM(UTC+0) [LastVisited] | | philadelphia eagles - Google Search | Safari |
| 126 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:26 AM(UTC+0) | | philadelphia eagles | Safari |
| 127 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:47:27 AM(UTC+0) [LastVisited] | | philadelphia eagles - Google Search | Safari |
| 128 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:27 AM(UTC+0) | | philadelphia eagles | Safari |
| 129 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:27 AM(UTC+0) | | philadelphia eagles | Safari |
| 130 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:47:27 AM(UTC+0) [LastVisited] | | philadelphia eagles - Google Search | Safari |
| 131 | Cookies | | 3/18/2026 [LastAccessTime] | 3/18/2026 2:47:28 AM(UTC+0) [LastAccessTime] | | .youtube.com | MobileSafari |
| 132 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:28 AM(UTC+0) | | philadelphia eagles | Safari |
| 133 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:47:28 AM(UTC+0) [LastVisited] | | philadelphia eagles - Google Search | Safari |
| 134 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:31 AM(UTC+0) | | philadelphia eagles | Safari |
| 135 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:47:31 AM(UTC+0) [LastVisited] | | philadelphia eagles - Google Search | Safari |
| 136 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:31 AM(UTC+0) | | philadelphia eagles | Safari |
| 137 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:31 AM(UTC+0) | | philadelphia eagles logo | Safari |
| 138 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:47:31 AM(UTC+0) [LastVisited] | | | Safari |
| 139 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:31 AM(UTC+0) | | philadelphia eagles logo | Safari |
| 140 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:47:31 AM(UTC+0) [LastVisited] | | philadelphia eagles logo - Google Search | Safari |
| 141 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:47:32 AM(UTC+0) [LastVisited] | | philadelphia eagles logo - Google Search | Safari |
| 142 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:32 AM(UTC+0) | | philadelphia eagles logo | Safari |
| 143 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:37 AM(UTC+0) | | philadelphia eagles logo | Safari |
| 144 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:47:37 AM(UTC+0) [LastVisited] | | | Safari |
| 145 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:47:37 AM(UTC+0) [LastVisited] | | philadelphia eagles logo - Google Search | Safari |
| 146 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:37 AM(UTC+0) | | philadelphia eagles logo | Safari |
| 147 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:47:38 AM(UTC+0) [LastVisited] | | philadelphia eagles logo - Google Search | Safari |
| 148 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:38 AM(UTC+0) | | philadelphia eagles logo | Safari |
| 149 | Searched Items | | 3/18/2026 | 3/18/2026 2:47:56 AM(UTC+0) | | philadelphia eagles logo | Safari |
| 150 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:47:56 AM(UTC+0) [LastVisited] | | philadelphia eagles logo - Google Search | Safari |
| 151 | Searched Items | | 3/18/2026 | 3/18/2026 2:48:00 AM(UTC+0) | | philadelphia eagles logo | Safari |
| 152 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:48:00 AM(UTC+0) [LastVisited] | | philadelphia eagles logo - Google Search | Safari |

| 153 | Searched Items | | 3/18/2026 | 3/18/2026 2:48:00 AM(UTC+0) | | philadelphia eagles logo | Safari |
|---|---|---|---|---|---|---|---|
| 154 | Searched Items | | 3/18/2026 | 3/18/2026 2:48:00 AM(UTC+0) | | philadelphia eagles logo gre | Safari |
| 155 | Searched Items | | 3/18/2026 | 3/18/2026 2:48:00 AM(UTC+0) | | philadelphia eagles logo green background | Safari |
| 156 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:48:00 AM(UTC+0) [LastVisited] | | | Safari |
| 157 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:48:00 AM(UTC+0) [LastVisited] | | philadelphia eagles logo green background - Google Search | Safari |
| 158 | Searched Items | | 3/18/2026 | 3/18/2026 2:48:00 AM(UTC+0) | | philadelphia eagles logo gre | Safari |
| 159 | Searched Items | | 3/18/2026 | 3/18/2026 2:48:00 AM(UTC+0) | | philadelphia eagles logo green background | Safari |
| 160 | Cookies | | 3/18/2026 [LastAccessTime] | 3/18/2026 2:48:01 AM(UTC+0) [LastAccessTime] | | .google.com | MobileSafari |
| 161 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:48:01 AM(UTC+0) [LastVisited] | | philadelphia eagles logo green background - Google Search | Safari |
| 162 | Searched Items | | 3/18/2026 | 3/18/2026 2:48:01 AM(UTC+0) | | philadelphia eagles logo green background | Safari |
| 163 | Searched Items | | 3/18/2026 | 3/18/2026 2:48:01 AM(UTC+0) | | philadelphia eagles logo gre | Safari |
| 164 | Searched Items | | 3/18/2026 | 3/18/2026 2:48:28 AM(UTC+0) | | philadelphia eagles logo gre | Safari |
| 165 | Searched Items | | 3/18/2026 | 3/18/2026 2:48:28 AM(UTC+0) | | philadelphia eagles logo green background | Safari |
| 166 | Web History | | 3/18/2026 [LastVisited] | 3/18/2026 2:48:28 AM(UTC+0) [LastVisited] | | philadelphia eagles logo green background - Google Search | Safari |
| 167 | Searched Items | | 3/18/2026 | 3/18/2026 2:48:28 AM(UTC+0) | | philadelphia eagles logo green background | Safari |
| 168 | User Accounts | | 3/18/2026 [TimeCreated] | 3/18/2026 4:39:26 AM(UTC+0) [TimeCreated] | | | Accounts |
| 169 | Cookies | | 3/18/2026 [LastAccessTime] | 3/18/2026 4:48:54 AM(UTC+0) [LastAccessTime] | | accounts.google.com | MobileSafari |
| 170 | Cookies | | 3/18/2026 [LastAccessTime] | 3/18/2026 4:48:54 AM(UTC+0) [LastAccessTime] | | .google.com | MobileSafari |
| 171 | Cookies | | 3/18/2026 [LastAccessTime] | 3/18/2026 4:48:55 AM(UTC+0) [LastAccessTime] | | accounts.google.com | MobileSafari |
| 172 | Cookies | | 3/18/2026 [LastAccessTime] | 3/18/2026 9:35:32 AM(UTC+0) [LastAccessTime] | | .internal.cashappapi.com | Cash |
| 189 | Images | | 5/28/2026 [Capture Time] | 5/28/2026 3:55:22 PM [Capture Time] | | 5005.JPG | |
| 190 | Images | | 5/28/2026 [Capture Time] | 5/28/2026 3:55:22 PM [Capture Time] | | IMG_0002.PNG | |
| 191 | Images | | 5/28/2026 [Capture Time] | 5/28/2026 3:55:40 PM [Capture Time] | | FullSizeRender.jpg | |
| 192 | Notes | | 5/28/2026 [Creation] | 5/28/2026 7:20:15 PM(UTC+0) [Creation] | | SUCK MY DICK | Notes |
| 193 | Notes | | 5/28/2026 [Modification] | 5/28/2026 7:20:28 PM(UTC+0) [Modification] | | SUCK MY DICK | Notes |
| 194 | Contacts | | 5/28/2026 [TimeCreated] | 5/28/2026 7:22:08 PM(UTC+0) [TimeCreated] | | Stove | |
| 195 | Contacts | | 5/28/2026 [TimeModified] | 5/28/2026 7:22:08 PM(UTC+0) [TimeModified] | | Stove | |
| 196 | Contacts | | 5/28/2026 [TimeModified] | 5/28/2026 7:22:29 PM(UTC+0) [TimeModified] | | Chuck Wilson Babygrande | |
| 197 | Contacts | | 5/28/2026 [TimeCreated] | 5/28/2026 7:22:29 PM(UTC+0) [TimeCreated] | | Chuck Wilson Babygrande | |
| 198 | Contacts | | 5/28/2026 [TimeModified] | 5/28/2026 7:23:17 PM(UTC+0) [TimeModified] | | Mag Rodriguez | |
| 199 | Contacts | | 5/28/2026 [TimeCreated] | 5/28/2026 7:23:17 PM(UTC+0) [TimeCreated] | | Mag Rodriguez | |
| 200 | Cookies | | 5/28/2026 [LastAccessTime] | 5/28/2026 7:50:21 PM(UTC+0) [LastAccessTime] | | .deel.com | Deel |
| 201 | Cookies | | 5/28/2026 [LastAccessTime] | 5/28/2026 7:50:22 PM(UTC+0) [LastAccessTime] | | .deel.workers.dev | Deel |
| 202 | Notes | | 5/28/2026 [Creation] | 5/28/2026 8:24:16 PM(UTC+0) [Creation] | | Mag Rodriguez is a bitch and his heart pumps vaginal discharge | Notes |
| 203 | Notes | | 5/28/2026 [Modification] | 5/28/2026 8:25:32 PM(UTC+0) [Modification] | | Mag Rodriguez is a bitch and his heart pumps vaginal discharge | Notes |
| 204 | Searched Items | | 5/28/2026 | 5/28/2026 8:44:56 PM(UTC+0) | | 6500 cherrywood lane greenbelt md 20785 | Apple Maps |
| 205 | Network Connections | | 5/29/2026 [LastConnection] | 5/29/2026 1:13:12 PM(UTC+0) [LastConnection] | | SSId: U-Haul Guest WIFI | Known Networks |
| 206 | Network Connections | | 5/29/2026 | 5/29/2026 1:13:12 PM(UTC+0) | | SSId: U-Haul Guest WIFI | Known Networks |
| 207 | Network Connections | Yes | 5/29/2026 [LastAutoConnection] | 5/29/2026 1:13:12 PM(UTC+0) [LastAutoConnection] | | SSId: U-Haul Guest WIFI BSSId: ac:17:c8:10:b9:9e | Known Networks |
| 208 | Device Info | | 5/29/2026 | 5/29/2026 1:15:09 PM(UTC+0) | | 5/29/2026 1:15:09 PM(UTC+0) | Native |
| 209 | Locations | | 5/29/2026 | 5/29/2026 1:29:01 PM(UTC+0) | | 6500 Cherrywood Ln | Apple Maps |
| 210 | Network Connections | Yes | 5/29/2026 [LastAutoConnection] | 5/29/2026 1:30:36 PM(UTC+0) [LastAutoConnection] | | SSId: U-Haul Guest WIFI BSSId: ae:17:d8:10:b9:9e | Known Networks |
| 211 | Network Connections | Yes | 5/29/2026 [LastAutoConnection] | 5/29/2026 1:31:28 PM(UTC+0) [LastAutoConnection] | | SSId: U-Haul Guest WIFI BSSId: 0e:8d:cb:7a:97:ff | Known Networks |
| 212 | Network Connections | | 5/29/2026 [LastAutoConnection] | 5/29/2026 1:42:07 PM(UTC+0) [LastAutoConnection] | | SSId: U-Haul Guest WIFI | Known Networks |

| 213 | Network Connections | Yes | 5/29/2026 [LastAutoConnection] | 5/29/2026 1:42:07 PM(UTC+0) [LastAutoConnection] | | SSId: U-Haul Guest WIFI BSSId: 0c:8d:db:7a:72:4a | Known Networks |
| 214 | Network Connections | Yes | 5/29/2026 [LastAutoConnection] | 5/29/2026 1:42:09 PM(UTC+0) [LastAutoConnection] | | SSId: U-Haul Guest WIFI BSSId: 0e:8d:cb:7a:72:4a | Known Networks |
| 215 | Device Info | | 6/1/2026 | 6/1/2026 3:36:14 PM(UTC+0) | | 6/1/2026 3:36:14 PM(UTC+0) | Native |
| 216 | Device Info | | 6/1/2026 | 6/1/2026 3:36:20 PM(UTC+0) | | 6/1/2026 3:36:20 PM(UTC+0) | Native |

3