UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

BABYGRANDE GLOBAL, INC.,

        Plaintiff,

                                  Index No.: 1:24-cv-06785

-against-

ENRIQUE "MAG" RODRIGUEZ; EVEN LABS INC.;

and DAMIEN "DDOT" WASHINGTON,

        Defendants.

-----------------------------------------------------------------X

### DECLARATION OF WILLIAM F. GUILFORD, ESQ.

1.     I, William F. Guilford, Esq., respectfully submit this declaration in support of my motion to be relieved as counsel for Defendant Damien "Ddot" Washington.

2.     Regarding my request to be relieved as counsel, the attorney-client relationship between the undersigned and Defendant Washington has broken down in this matter. This disagreement prevents my office from representing the client in this matter and as such I have interposed the within motion.

3.     No prior application to withdraw as counsel has previously been requested.

4.     On June 16, 2026, I made a motion for an extension of time to respond to Even's June 11, 2026, letter. The Court granted the extension of time until June 19, 2026. At the time of my June 16, 2026, letter, I intended to respond by the extension deadline. It was not until today that I realized that the attorney-client relationship had broken down in this matter and that prevents me from continuing to work on this case. For those reasons, I also respectfully request that this

Court allow Defendant Washington additional time to respond to any pending deadline(s), including the deadline to respond to Even's letter.

5.    I have served the within motion on Defendant Washington. See Affirmation of Service annexed hereto as Exhibit "A"

6.    No retaining or charging lien is being asserted.

7.    It is respectfully requested that this Court issue an Order relieving me as counsel for Defendant Damien Washington herein, together with such other and further relief as this Court deems just and proper.

8.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: _June  19_, 2026

I declare under the penalty of perjury, that the foregoing is true and correct.  Executed on this 19th Day of June 2026.

**Signature:**

William F. Guilford, Esq.

Date: _6/19/2026_