# PARNESS LAW FIRM, PLLC

June 30, 2026

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

<span style="text-decoration: underline;">VIA ECF</span>

United States District Judge Jessica G. L. Clarke
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:    *Babygrande Global, Inc. v. Even Labs Inc. et al*, 1:24-cv-6785-JGLC

Dear Judge Clarke:

We represent Plaintiff Babygrande Global, Inc. in the above-referenced matter.  In accordance with Section 2.e. of Your Honor's Individual Rules and Practices in Civil Cases (eff. 4/2/25), I am writing to respectfully request an adjournment of the in-person hearing currently scheduled for September 21, 2026 at 2:30 p.m.  ECF 314.

I am requesting the adjournment because September 21, 2026 is Yom Kippur, which presents an irreconcilable conflict for me.  I have conferred with counsel for the EVEN Defendants, and attempted to confer with Mr. Washington.  Counsel for the EVEN Defendants consents, if the hearing can be rescheduled in September, and the following dates are agreeable to the undersigned and counsel for the EVEN Defendants: September 15, 16, 18, or 24, 2026.  Counsel's cooperation is acknowledged and appreciated.

My attempts to reach Mr. Washington at the email address from which he has been communicating with the Court (ddotomen.com@gmail.com) resulted in error messages (*see* **Exhibit 1**), and I am told that counsel for the EVEN Defendants experienced the same issue.  No previous requests for adjournment of this date have been made.

Respectfully submitted,

Hillel I. Parness

cc:    Counsel of Record (via ECF)