MANDATE

S.D.N.Y. – N.Y.C.
24-cv-6785
Clarke, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/7/2026 __

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of June, two thousand twenty-six.

Present:

Barrington D. Parker,
Denny Chin,
Raymond J. Lohier, Jr.,
    *Circuit Judges*.

In Re: Damien DDOT Washington,                                        26-386

    *Petitioner*.

Petitioner, pro se, has filed a petition for a writ of mandamus to direct the district court to vacate pretrial discovery orders concerning two devices that he refused to turn over for a forensic evaluation. Additionally, Petitioner moves for expedited review of his petition and for other relief. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated that he lacks an adequate, alternative means of obtaining relief, that his right to the writ is clear and indisputable, and that granting the writ is appropriate under the circumstances. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004). It is further ORDERED that his remaining motion is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

MANDATE ISSUED ON 07/07/2026