Ellenoff Grossman & Schole LLP

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-7889
www.egsllp.com

September 4, 2026

**VIA ECF**

Honorable Jessica G. L. Clarke
300 Quarropas Street
Courtroom 320
White Plains, NY 10601
ClarkeNYSDChambers@nysd.uscourts.gov

**Re: Letter to Judge Clarke Regarding Full Participation in the September 18, 2026 Hearing and Scheduling Depositions in Courthouse for September 29th and 30th; Babygrande Global Inc. v. EVEN Labs et al., Civ. No. 1:24-cv-06785-JGLC**

Dear Judge Clarke:

We write on behalf of the EVEN Defendants in the above-captioned matter to address two topics relating to the in-person hearing scheduled for September 18, 2026 and the logistics for the depositions of Mr. Chuck Wilson that are set to take place at the courthouse on September 29th (individual capacity) and September 30th (30(b)(6)).

First, the parties have been ordered to appear on September 18, 2026 for a hearing so that the Court and counsel may question Mr. Washington under oath regarding the two missing devices, as well as to discuss EVEN's motion for case terminating sanctions. (Dkt. 314). Since the date of that Order, it has come to the undersigned's attention that beginning on approximately June 30, 2026, emails sent by the undersigned to Mr. Washington's email address which he has been using throughout the pendency of this action (ddotomen.com@gmail.com) have bounced back or otherwise been returned as undeliverable. This raises the concern that Mr. Washington has deleted his email account and is no longer receiving emails or updates about the case.

The undersigned counsel has also attempted, unsuccessfully, to contact Mr. Washington through his counsel in the two pending litigations in the Eastern District of New York (Washington v. EVEN Labs Inc. et al; Case No. 1:26-cv-01294), where he is still being represented by Mr. Guilford (who briefly made an appearance in this case and then shortly thereafter withdrew) and the District Court for the District of Maryland (EVEN Labs Inc. Et al. v. Washington; Case No. 8:26-cv-00816-PX), where Mr. Washington is represented by DC-based counsel. In addition, we

have sent any documents requiring formal service, including this letter, to Mr. Washington's P.O. Box by regular mail.

The email bounce backs, coupled with Mr. Washington's failure to appear several times and his own June 26, 2026 filing with the Court which he described as his "last response" (Dkt. 316), leads the EVEN Defendants to have a strong concern that Mr. Washington will not appear for the September 18, 2026 hearing and we seek the Court's guidance regarding what measures can be taken to assure Mr. Washington's attendance.

Second, the Court previously ordered that Mr. Wilson's depositions take place at the courthouse. (Dkt. 70). Those depositions have now been scheduled for September 29, 2026 (individual deposition) and September 30, 2026 (30(b)(6) deposition) and the parties wish to discuss the logistics for the depositions and the presence of the U.S. Marshals during the depositions, as per the Court's prior Order on that topic (Dkt. 70, ordering the parties to schedule a conference in advance of the deposition).

We have conferred with counsel for Plaintiff Babygrande Global Inc., who advises that his recent emails to Mr. Washington have likewise bounced back as undeliverable, and that Plaintiff is concerned about the prospect of moving forward with the September 18, 2026 hearing without Mr. Washington present.

Sincerely,

David Leichtman

David Leichtman