UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,

Plaintiff,

-against-

ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.; DAMIEN DDOT WASHINGTON,

Defendants.

24-CV-6785 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court today held a status conference with counsel for Plaintiff and the EVEN Defendants, and with Defendant Damien "DDot" Washington. At the conference, the Court ORDERED Mr. Washington to file on the docket—no later than September 11, 2026—a working email address and physical address where the Court can contact him. The Court clarified that the physical address cannot be a P.O. Box.

The Court also reiterated that Mr. Washington is ORDERED to appear in person at the hearing presently scheduled on September 18, 2026, at 11:00 a.m., in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150. *See* ECF Nos. 314–15. Counsel should be prepared to lead the questioning of Mr. Washington—should he appear—and to discuss the EVEN Defendants' motion for case-terminating sanctions.

Should Mr. Washington choose not to appear at the September 18 hearing, the Court will then issue an Order to Show Cause as to why it should not issue a warrant for Mr. Washington's arrest, for violating multiple court orders. As previously stated on the record at today's conference and at ECF No. 314, Mr. Washington remains in contempt of court.

Lastly, the Court will hold a brief conference with counsel for Plaintiff and the EVEN Defendants on September 29, 2026, at 9:30 a.m., in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, in advance of the depositions slated to take place later that day and the following day.

Dated: September 10, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge