**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED
SEP - 9 2026
PRO SE OFFICE

September 3, 2026
Honorable Jessica G. L. Clarke
300 Quarropas Street
White Plains, NY 10601

RE: **Babygrande Global, Inc. v. Rodriguez, et al., No. 1:24-cv-06785-JGLC**

I respectfully submit this letter concerning the evidentiary hearing currently scheduled for September 18, 2026 at 11:00 a.m. I respectfully request that the September 18, 2026 evidentiary hearing be converted from an in-person appearance to a remote video appearance or, at minimum, to a remote status conference to address counsel, hearing scope, witness and exhibit procedures, and a new hearing date if necessary.

I am not seeking to ignore the Court's order or avoid participation. I am requesting remote appearance because I am currently without counsel, actively attempting to retain counsel, dealing with impaired access to my email address of record, managing ongoing family medical and caretaking responsibilities, and addressing international professional obligations during the relevant period.

These circumstances make physical appearance and pro se participation in an evidentiary hearing materially prejudicial to my rights. My prior email address of record is no longer reliable. The docket reflects that counsel for Plaintiff attempted to reach me at my prior email address and received error messages, and that counsel for the EVEN Defendants experienced the same issue.

I have reason to believe that my email of record and personal communications were compromised, targeted, or interfered with in connection with this litigation or related disputes, including potentially through actions by a party or person connected to this case. I am not asking the Court to determine responsibility for those incidents in this letter. I raise them only because they affected my ability to receive filings, communicate reliably, monitor the docket, meet and confer with counsel, and prepare for the September 18 hearing while pro se. I have also been managing serious family medical and caretaking responsibilities since late June 2026.

A family member was hospitalized from June 27 through July 3, 2026, and since that time I have had ongoing day-to-day caretaking responsibilities. Those circumstances have materially affected my ability to participate pro se, monitor the docket, respond to filings, communicate with counsel, and prepare for an evidentiary hearing. In addition, I have international travel obligations for professional work during the relevant period. Those obligations were arranged in connection with my livelihood and professional responsibilities.

The September 18 hearing involves discovery compliance, contempt-adjacent issues, the alleged loss or theft of an EVEN-issued laptop, credibility, potential sanctions consequences, and issues that may affect related litigation. I respectfully submit that proceeding pro se and in person under these circumstances would materially prejudice my rights, including my ability to present evidence, call witnesses, object to improper evidence, preserve privilege and work-product issues, respond to allegations, and preserve appellate or other review rights.

If the Court permits remote appearance, I am prepared to appear by video from a private location, remain on camera, take any oath or affirmation required by the Court, and comply with any safeguards the Court deems appropriate.

If the Court is not inclined to convert the September 18 hearing to remote appearance, I respectfully request that the September 18 appearance be converted to a remote status conference only, for the limited purpose of addressing retention of counsel, hearing procedures, witness and exhibit disclosures, subpoenas, remote testimony, the scope of the evidentiary hearing, and a new evidentiary hearing date.

In the alternative, if the Court determines that the evidentiary hearing must proceed in person, I respectfully request a brief adjournment until the week of October 5, 2026, or another date shortly thereafter convenient for the Court, so that I may retain counsel, counsel may appear, and the parties may address witness lists, exhibit lists, subpoenas, remote testimony, and the scope of the hearing in an orderly manner.

I am available during the week of October 5, 2026, including October 6, 7, 8, or 9, subject to counsel's availability once retained.

Respectfully submitted,

**\s/ Damien "DDOT" Washington**
Defendant, Pro Se

W
Damien Washington
PO Box 1468
Hyattsville, MD 20785

RECEIVED
SEP - 9 2026
PRO SE OFFICE

Pro Se Intake Unit
United States District Court
Southern District Of New York
500 Pearl Street, Room 205
New York, NY 1007

FedEx

USM-P3
SDNY

549-6571
SATURDAY COMMIT
4103 TUE 09/08 07:47
500 PEARL ST
NEW YORK,NY
10007-1316-99
ETP:6
SP:PD:100.Y

Envelop

Recycle m

ORIGIN ID:NYGA (000) 000-0000
DARRYL WASHINGTON

PO BOX 1468

HYATTSVILLE, MD 20785
UNITED STATES US

SHIP DATE: 04SEP26
ACTWGT: 0.05 LB
CAD: 6571053/ROSA2710

TO PROSE INTAKE UNIT
UNITED STATES DISTRICT COURT
500 PEARL STREET
ROOM 205
NEW YORK NY 10007
(000) 000-0000 REF:
INV:
PO: DEPT:

FedEx Express

E

TRK# 0201 8767 5435 1071

SATURDAY 5:00P
STANDARD OVERNIGHT

XO PCTA

10007
NY-US EWR

BELT
0020
09/04/2026
17:42:03
0207
EXUR=EXUR

2026 SEP -9 AM 10:48
SDNY PRO SE OFFICE
RECEIVED

FedEx Express

SDR

FedEx Saturday Delivery

151967 REV 3/21