**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED
SDNY PRO SE OFFICE
2026 SEP 11 PM 4:24

September 8, 2026
Honorable Jessica G. L. Clarke
300 Quarropas Street
White Plains, NY 10601

RE: **Babygrande Global, Inc. v. Rodriguez, et al., No. 1:24-cv-06785-JGLC DEFENDANT DAMIEN "DDOT" WASHINGTON'S REQUEST TO RESCHEDULE SEPTEMBER 10, 2026 REMOTE CONFERENCE OR MOVE IT TO AN EARLIER TIME**

Dear Judge Clarke,

I respectfully submit this letter regarding the Court's September 8, 2026 Order directing all parties to appear for a remote conference on Thursday, September 10, 2026 at 2:30 p.m. I received the Order through counsel in one of my other matters after the Court directed service of the Order through counsel in those related actions. I am currently pro se in this SDNY action.

I respectfully request that the September 10, 2026 remote conference either be moved to an earlier time that day or, alternatively, rescheduled to Friday, September 11, 2026, at a time convenient for the Court. Good cause exists for this limited scheduling request. I am currently outside the United States and approximately six hours ahead of Eastern Time for a pre-existing international professional obligation connected to my livelihood. The currently scheduled 2:30 p.m. Eastern conference time falls during evening hours in my location and conflicts with my professional engagement.

I am not seeking to ignore the Court's Order or avoid participation. I am requesting a modest scheduling accommodation so that I can appear remotely, participate meaningfully, and address the issues the Court has identified. I am available earlier on September 10, 2026, including in the morning or early afternoon Eastern Time, subject to the Court's schedule. I am also available on Friday, September 11, 2026 before 1:30pm ET and after 2pm ET, if that is more convenient for the Court and counsel.

I also respectfully request that I be provided with the Microsoft Teams participant credentials necessary to appear as a party, not merely the public listen-only dial-in information. Because my prior email address of record has been compromised, I respectfully request that the Teams credentials and any scheduling update be sent to me through Mr. Guilford.

Respectfully submitted,

**\s/ Damien "DDOT" Washington**
Defendant, Pro Se

W
Damien Washington
PO Box 1468
Hyattsville, MD 20785

RECEIVED
SDNY PRO SE OFFICE
2026 SEP 11 PM 4:24

Pro Se Intake Unit
United States District Court
Southern District of New York
500 Pearl Street, Room 205
New York, NY 10007

TO REUSE: Mark through all previous shipping labels and barcodes.

USM SDNY

SDNY

ORIGIN ID:NYGA (301) 806-7111
DARRYL WASHINGTON

1468 PO BOX

HYATTSVILLE, MD 20785
UNITED STATES US

SHIP DATE: 09SEP26
ACTWGT: 1.00 LB
CAD: 6571053/ROSA2710

TO PRO SE INTAKE UNIT
UNITED STATES DISTRICT COURT
500 PEARL STREET
ROOM#205
SOUTHERN DISTRICT OF NEW YORK
NEW YORK NY 10007

(212) 805-0176
INV:
PO: REF:
DEPT:

FedEx
Express
E

TRK# 0201 8769 1897 3275

FRI - 11 SEP 10:30A
MORNING 2DAY

SP PCTA

10007
NY-US EWR

ble Enve
me.

103 FRI 09/11 07:51
500 PEARL ST
10007-1316-99
NEW YORK,NY
549-6596FL
ETP: 9 SP:PD:100:Y

RECEIVED
SDNY PRO SE OFFICE
2026 SEP 11 PM 4:24

Align bottom of peel-and-stick airbill or pouch here.