**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

September 11, 2026
Honorable Jessica G. L. Clarke
300 Quarropas Street
White Plains, NY 10601

RE: **Babygrande Global, Inc. v. Rodriguez, et al., No. 1:24-cv-06785-JGLC DEFENDANT DAMIEN "DDOT" WASHINGTON'S COMPLIANCE UNDER PROTEST WITH ORDER FROM DOCKET 325**

I'm just here so I don't get fined.

Damien DDOT Washington

1824 Metzerott Road

B5

Adelphi, MD, 20783