**MEMO ENDORSED**

RECEIVED
SEP - 9 2026
PRO SE OFFICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

September 3, 2026
Honorable Jessica G. L. Clarke
300 Quarropas Street
White Plains, NY 10601

RE: **Babygrande Global, Inc. v. Rodriguez, et al., No. 1:24-cv-06785-JGLC**

I respectfully submit this letter concerning the evidentiary hearing currently scheduled for September 18, 2026 at 11:00 a.m. I respectfully request that the September 18, 2026 evidentiary hearing be converted from an in-person appearance to a remote video appearance or, at minimum, to a remote status conference to address counsel, hearing scope, witness and exhibit procedures, and a new hearing date if necessary.

I am not seeking to ignore the Court's order or avoid participation. I am requesting remote appearance because I am currently without counsel, actively attempting to retain counsel, dealing with impaired access to my email address of record, managing ongoing family medical and caretaking responsibilities, and addressing international professional obligations during the relevant period.

These circumstances make physical appearance and pro se participation in an evidentiary hearing materially prejudicial to my rights. My prior email address of record is no longer reliable. The docket reflects that counsel for Plaintiff attempted to reach me at my prior email address and received error messages, and that counsel for the EVEN Defendants experienced the same issue.

I have reason to believe that my email of record and personal communications were compromised, targeted, or interfered with in connection with this litigation or related disputes, including potentially through actions by a party or person connected to this case. I am not asking the Court to determine responsibility for those incidents in this letter. I raise them only because they affected my ability to receive filings, communicate reliably, monitor the docket, meet and confer with counsel, and prepare for the September 18 hearing while pro se. I have also been managing serious family medical and caretaking responsibilities since late June 2026.

A family member was hospitalized from June 27 through July 3, 2026, and since that time I have had ongoing day-to-day caretaking responsibilities. Those circumstances have materially affected my ability to participate pro se, monitor the docket, respond to filings, communicate with counsel, and prepare for an evidentiary hearing. In addition, I have international travel obligations for professional work during the relevant period. Those obligations were arranged in connection with my livelihood and professional responsibilities.

The September 18 hearing involves discovery compliance, contempt-adjacent issues, the alleged loss or theft of an EVEN-issued laptop, credibility, potential sanctions consequences, and issues that may affect related litigation. I respectfully submit that proceeding pro se and in person under these circumstances would materially prejudice my rights, including my ability to present evidence, call witnesses, object to improper evidence, preserve privilege and work-product issues, respond to allegations, and preserve appellate or other review rights.

If the Court permits remote appearance, I am prepared to appear by video from a private location, remain on camera, take any oath or affirmation required by the Court, and comply with any safeguards the Court deems appropriate.

If the Court is not inclined to convert the September 18 hearing to remote appearance, I respectfully request that the September 18 appearance be converted to a remote status conference only, for the limited purpose of addressing retention of counsel, hearing procedures, witness and exhibit disclosures, subpoenas, remote testimony, the scope of the evidentiary hearing, and a new evidentiary hearing date.

In the alternative, if the Court determines that the evidentiary hearing must proceed in person, I respectfully request a brief adjournment until the week of October 5, 2026, or another date shortly thereafter convenient for the Court, so that I may retain counsel, counsel may appear, and the parties may address witness lists, exhibit lists, subpoenas, remote testimony, and the scope of the hearing in an orderly manner.

I am available during the week of October 5, 2026, including October 6, 7, 8, or 9, subject to counsel's availability once retained.

Respectfully submitted,

**\s/ Damien "DDOT" Washington**
Defendant, Pro Se

Application DENIED. As the Court has repeatedly made clear—most recently at the September 10 status conference, which Mr. Washington attended, *see* ECF No. 325—Mr. Washington is DIRECTED to appear in person at the evidentiary hearing on September 18, 2026, at 11:00 a.m., in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150. He will be questioned by counsel and the Court about both his alleged loss of the laptop and the cell phone at issue.

Mr. Washington should bring any documents supporting his claim that he submitted the relevant phone at issue to the U.S. Marshals Service and that he lost his laptop. Those documents must be fully unredacted. Mr. Washington is also permitted to bring any witness declarations supporting his position to the hearing.

Separately, Mr. Washington has submitted an email address and physical address to the Court, as previously directed. *See* ECF No. 325. His letter, which was also sent to the Pro Se Intake Unit, has yet to be docketed. The Clerk of Court is therefore directed to update the docket with Mr. Washington's new contact information, and to ensure that this Order is sent to him via email. His contact information is as follows:

1824 Metzerott Road
B5
Adelphi, MD, 20783
federallaw28usc455@gmail.com

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: September 15, 2026
White Plains, New York

W
Damien Washington
PO Box 1468
Hyattsville, MD 20785

RECEIVED
SEP - 9 2026
PRO SE OFFICE

Pro Se Intake Unit
United States District Court
Southern District Of New York
500 Pearl Street, Room 205
New York, NY 1007


FedEx
Envelop
Recycle
ORIGIN ID:NYGA (000) 000-0000
DARRYL WASHINGTON
PO BOX 1468
HYATTSVILLE, MD 20785
UNITED STATES US
SHIP DATE: 04SEP26
ACTWGT: 0.05 LB
CAD: 6571053/ROSA2710
TO PROSE INTAKE UNIT
UNITED STATES DISTRICT COURT
500 PEARL STREET
ROOM 205
NEW YORK NY 10007
(000) 000-0000
REF:
DEPT:
FedEx Express
E
TRK# 0201 8767 5435 1071
SATURDAY 5:00P
STANDARD OVERNIGHT
XO PCTA
10007
NY-US EWR
USM P3 SDNY
4103 TUE 09/08 07:47
500 PEARL ST
SATURDAY COMMIT
549-6571
10007-1316-99
NEW YORK,NY
RECEIVED
SDNY PRO SE OFFICE
2026 SEP -9 AM 10:48
BELT
0020
09/04/2026
0207
EXUR = EXUR
FedEx Express
SDR
FedEx Saturday Delivery
151967 REV 3/21