**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

September 17, 2026
Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: ADMINISTRATIVE NOTICE TO CHIEF JUDGE LAURA TAYLOR SWAIN REGARDING PENDING RECUSAL AND REASSIGNMENT MOTION For **Babygrande Global, Inc. v. Rodriguez, et al., No. 1:24-cv-06785-JGLC**

Dear Judge Swain:

I am Defendant Damien “DDOT” Washington, appearing pro se in the above-captioned matter.

On September 17, 2026, I contacted the Pro Se Intake Unit to verify the appropriate procedure for directing this administrative notice to the Chief Judge. The Intake representative advised that the docket system was experiencing technical difficulties and was unable to confirm the applicable routing procedure during that call.

I recently submitted a motion pursuant to 28 U.S.C. § 455(a) seeking recusal and reassignment of Washington-specific proceedings. As of this submission, that motion has not yet appeared on the docket.

Given the evidentiary hearing scheduled for September 18, 2026, and the potential contempt and liberty-related consequences involved, I respectfully request that this notice be routed to the Office of the Chief Judge for any appropriate administrative consideration concerning the pending reassignment request.

I am not seeking an ex parte determination on the merits or asking the Chief Judge to overturn an order outside established procedures. I seek only to ensure that my request for reassignment is properly presented through the Court's authorized administrative channels.

If Pro Se Intake cannot route this notice as requested, I respectfully ask for clarification of the appropriate procedure.

**Case No. 1:24-cv-06785 (JGLC)**

*Copy provided to counsel for all parties: via electronic mail*

Respectfully submitted,

**\s/ Damien “DDOT” Washington**
1824 Metzerott Road B5 Adelphi, MD 20783
prejudicialproseproceedings@gmail.com

**SIGNATURE:**