UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABYGRANDE GLOBAL, INC.,<br>Plaintiff,<br><br>-against-<br><br>ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.; DAMIEN DDOT WASHINGTON,<br>Defendants. | 24-CV-6785 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On Friday, September 18, 2026, the Court held an evidentiary hearing regarding Defendant Damien "DDot" Washington's compliance with the Court's order at ECF No. 285—in particular, his compliance with turning over the cell phone and laptop at issue. See *id.*, ECF Nos. 291, 294. The Court will file separately the exhibits referenced during Mr. Washington's testimony. The Court attaches to this Order as Exhibit 1 declarations and exhibits Mr. Washington submitted to the Court regarding the cell phone and laptop at issue, and as Exhibit 2 the declaration of Enrique "Mag" Rodriguez and accompanying exhibits submitted by the EVEN Defendants regarding Mr. Washington's representations to the Court regarding his whereabouts.

The Court also heard oral argument from the parties on the EVEN Defendants' motion for case-terminating sanctions. *See* ECF No. 252. For the reasons stated on the record, the EVEN Defendants' motion for case-terminating sanctions is DENIED.

As to the outstanding motions to seal connected to the motion for sanctions, the EVEN Defendants' proposed redactions at ECF Nos. 269 and 274 are GRANTED. The proposed redactions at ECF No. 278 are DENIED. The parties are directed to file on the docket the documents in question no later than October 9, 2026, in accordance with the Court's order.

Additionally, the Court is unsealing Mr. Washington's withdrawn motion to dismiss and related filings. ECF Nos. 75, 76, 77. As the Court has previously explained, judicial documents are presumed to be available for public review. *See* ECF No. 245. That presumption can be outweighed only where certain countervailing factors exist; but none do here. These filings do not contain confidential or commercially sensitive information, and there is no reason for them to be marked Attorney's Eyes Only under the protective order. The Court previously allowed for sealing on a temporary basis, but now orders that the submissions at ECF Nos. 75, 76, and 77 be unsealed.

Next, the parties discussed discovery. As ordered at the conference, counsel for Plaintiff and the EVEN Defendants are directed to exchange privilege logs by September 25, 2026. The parties also raised the issue of documents related to Stove God Cooks and Babygrande renegotiating a contract. Plaintiff's counsel represented that, to his knowledge and according to his client, no such documents exist. As stated at the conference, to the extent Mr. Wilson's deposition reveals otherwise, the deposition will be held open to allow the EVEN Defendants and Mr. Washington the opportunity to question Mr. Wilson with regard those documents.

Finally, to the extent the EVEN Defendants seek sanctions against Mr. Washington, they are directed to do so by motion.

Mr. Washington's motion at ECF No. 331, which the Court addressed at ECF No. 330, is DENIED.

The Clerk of Court is respectfully directed to unseal ECF Nos. 75, 76, and 77, and to terminate ECF Nos. 252, 269, 274, 331.

Dated: September 21, 2026
White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

# EXHIBIT 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

**BABYGRANDE GLOBAL, INC.,**

Plaintiff,

Index No.: 1:24-cv-06785

-against-

Defendants

**ENRIQUE "MAG" RODRIGUEZ**

**EVEN LABS, INC and**

**DAMIEN "DDOT" WASHINGTON**

Defendants,

------------------------------------------------X

## DECLARATION OF PATRICIA WASHINGTON

I, Patricia Washington, submit this declaration on behalf of Damien Washington. I make this declaration based on my personal knowledge.

Damien visited and stayed with me throughout my hospitalization, May 5 through May 7 until my discharge. He took me home to convalesce, and left my home in Maryland for Dulles Airport on Friday, May 8, 2026. He was picked up in a black SUV Uber approximately @ 1pm.

I watched Damien as he rushed out the door, taking 2 black bags to the vehicle. One appeared to be what he had at the hospital with his laptop.

Somewhere after 4:00pm, I received a call from Damien. He was frantic, speaking fast and shouting. He asked me to check to see if he left one of his bags in his haste to

make his flight I told him he took both with him into the Uber, but looked around anyway to confirm. I told him no, it was not in my home.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and belief.

Dated: 9/17, 2026

Signature:

Patricia Washington

Date: 9/17/2026

**--Acknowledgment of Individual--**

STATE OF MARYLAND

COUNTY OF Prince Georges

Personally appeared before me, a Notary Public, in and for said county and state, on this 17 day of September, 2026, the within named Patricia Washington, known to me, or satisfactorily proven, to be the person whose name is subscribed to the within instrument and who acknowledges that he/she/they (strike one) executed the same for the purposes therein contained.

Notary Public's Signature

HILDON REDDOCK MY COMMISSION EXPIRES NOTARY PUBLIC JUNE 30, 2029 MONTGOMERY COUNTY MD

HILDON Reddock

Notary Public Print Name

My Commission Expires: 6/30/29

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
**BABYGRANDE GLOBAL, INC.,**
Plaintiff,

Index No.: 1:24-cv-06785

-against-

Defendants
**ENRIQUE "MAG" RODRIGUEZ**
**EVEN LABS, INC and**
**DAMIEN "DDOT" WASHINGTON**
Defendants,
---------------------------------------------------X

**DECLARATION OF DEANGILO NICKENS**

I, Deangilo Nickens, submit this declaration based on my personal knowledge and confirm that I witnessed Damien Washington throughout his stay at our home with one (1) cell phone.

When he arrived, his personal red IPhone was in his hand, I personally assisted him with his luggage into the house.

Later, Damien left and returned from taking his phone to US Marshall's office in Greenbelt, MD.

When he returned and over the course of Damien's remaining stay I observed and heard his annoyance with no longer having his personal cell phone in his possession. He was using Ryan's phone. Damien seemed flustered, looked frustrated and at times even distraught.

It was obvious to me that he had no ability to communicate without his personal phone contacts and device. Damien stayed anxiously waiting the notice of when his personal cell phone would be released and ready for pick up from the US Marshall.

Damien continued to use Ryan Adams phone until his personal cell phone was released.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: 9/17, 2026

Signature:

Deangilo Nickens

Deangilo Nickens

Date: 9/17/2026

**--Acknowledgment of Individual--**

STATE OF MARYLAND

COUNTY OF Prince Georges

Personally appeared before me, a Notary Public, in and for said county and state, on this 17 day of September, 2026, the within named Deangilo Nickens, known to me, or satisfactorily proven, to be the person whose name is subscribed to the within instrument and who acknowledges that he/she/they (strike one) executed the same for the purposes therein contained.

[signature]
Notary Public Signature

Hildon Reddock
Notary Print Name

My Commission Expires: 6/30/29

HILDON REDDOCK
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2029
MONTGOMERY COUNTY, MD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
**BABYGRANDE GLOBAL, INC.,**
Plaintiff,

Index No.: 1:24-cv-06785

-against-

Defendants
**ENRIQUE "MAG" RODRIGUEZ**
**EVEN LABS, INC and**
**DAMIEN "DDOT" WASHINGTON**
Defendants,
-------------------------------------------------X

**DECLARATION OF RYAN ADAMS**

I, Ryan Adams, submit this declaration based on my personal knowledge and if called as a witness I could and would testify under oath to matters regarding Damien Washington personal cell phone.

I can attest to the entire time Damien spent at my home with me, which is close in proximity to the US Marshal Office, as he waited for his scheduled visit. He only had one phone his red IPhone. At no time did I ever witness Damien with any other phone.

As court ordered, he left to turn in his personal cell phone into the Greenbelt US Marshall office custody and did so. Damien returned and shared he had to go back to the court again to provide codes to his personal cell phone, which he did. He was now without any cell device to communicate. I offered my cell phone for him to use, which he did.

On or about 6/1/2026, I was within earshot and recalled Damien made several calls with my phone to include notifying Mr. Guilford, his attorney of the US Marshall office taking custody of his personal cell phone. Attorney Guilford promised to follow up with the US Marshall Office on the details and pending return of his personal cell phone.

For the entire duration of the time Damien's phone was in the US Marshall possessions, he used my phone.

For the record, although I was able to assist by allowing him to use my phone, he seemed visibly in duress for the inability to perform basic daily communications, especially with his mother who was experiencing health challenges. I personally witnessed and affirm all stated above true and factual.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. If court requires further clarification of this statement, I can be reached at 202-390-9180.

Dated: September 17, 2026

I declare under the penalty of perjury, that the foregoing is true and correct. Executed on this 17 day of September, 2026

Signature: Ryan Adams

Ryan Adams

Date: September 17, 2026

**--Acknowledgment of Individual--**

STATE OF MARYLAND

COUNTY OF Prince Georges

Personally appeared before me, a Notary Public, in and for said county and state, on this 17 day of September, 2026, the within named Ryan Adams, known to me, or satisfactorily proven, to be the person whose name is subscribed to the within instrument and who acknowledges that he/she/they (strike one) executed the same for the purposes therein contained.

Notary Public Signature

Hildon Reddock

Notary Print Name

My Commission Expires: 6/30/29

HILDON REDDOCK
MY COMMISSION EXPIRES
NOTARY PUBLIC
JUNE 30, 2029
MONTGOMERY COUNTY, MD

**Police Records Division**

Police Headquarters
45045 Aviation Drive
2nd Floor
Dulles, VA 20166

703-417-8520
PoliceRecords@mwaa.com

METROPOLITAN WASHINGTON AIRPORTS AUTHORITY

mwaa.com

**DULLES INTERNATIONAL**
P.O. Box 17045
Washington, DC 20041-0045

MWAA POLICE
REPORT 260513-54193

Exhibits – Damien Washington

Case 1:24-cv-06785-JGLC Document 297-1 Filed 06/01/26 Page 11 of 13

## Metropolitan Washington Airports Authority Police Department

CASE REPORT

| Case Report Number | Report Type | CAD Subject | Title |
|---|---|---|---|
| 260513-54193-001 | Offense | PATRON-PATRON ASSIST | Larceny - All Other |
| **Case Number** | **Disposition** | **Entered On** | **Entered By** |
| 260513-54193 | | 5/28/2026 8:43:17 AM | BERRY, LARRY JOE |
| **Occurred On** | **Or Between** | **Reported On** | **Reporting Officer** |
| 5/8/2026 2:00:00 PM | 5/8/2026 2:45:00 PM | 5/13/2026 7:07:12 PM | BERRY, LARRY JOE |

**Email:**
DDotomen.com@gmail.com

**Scars, Marks and Tattoos:**

**Notes:** This subject previously worked for the company Even Lab Inc and was issued the computer at the time of employment. (He no longer works for them)

**PROPERTY INFORMATION**

| Property | Offense | Description |
|---|---|---|
| Computer Hardware/Software | Larceny - All Other | MacBook Pro Apple M2 2022 |
| **Count** | **Value** | **Status** |
| 1 | 900.00 | Stolen |

| VIN/Serial Number | HIN | OAN | License Plate |
|---|---|---|---|
| unknown | | | |
| **Make** | **Model** | **Recovered Date** | **Owner** |
| Apple | MacBook Pro Apple M2 2022 | | |

**License Plate:**

**License State:**

**Notes:**

Exhibits – Damien Washington

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Mom | May 08, 2026 | 5:11 pm | 2 mins | Incoming | Network | $0.00 |
| | Mom | May 08, 2026 | 5:09 pm | 1 mins | Hyattsvl, MD | Network | $0.00 |
| | Mom | May 08, 2026 | 4:46 pm | 4 mins | Hyattsvl, MD | Network | $0.00 |

What would you like to do? Download log(.xlsx)

Incoming Outgoing

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Stan Uber | May 24, 2026 | 9:22 pm | 3 mins | Incoming | Network | $0.00 |
| | Stan Uber | May 11, 2026 | 5:05 pm | 5 mins | Hyattsvl, MD | Network | $0.00 |
| | Stan Uber | May 08, 2026 | 3:51 pm | 2 mins | Hyattsvl, MD | Network | $0.00 |

Confirmation Number:

# GB2RVC

**Flight 1 of 2 UA684** Class: United Economy (N)

Fri, May 08, 2026
**03:25 PM**
Washington, DC, US (IAD)

Fri, May 08, 2026
**06:10 PM**
Los Angeles, CA, US (LAX)

**Flight 2 of 2 UA1202** Class: United Economy (N)

Fri, May 08, 2026
**10:41 PM**
Los Angeles, CA, US (LAX)

Sat, May 09, 2026
**05:30 AM**
San José, CR (SJO)

**Traveler Details**

WASHINGTON/DARRYL
eTicket number: **0162101012572**
Frequent Flyer: UA-XXXXX740 Member
Preferred zone seat (0164394445393)

Seats: IAD-LAX -----
**LAX-SJO -----**
**IAD-LAX**

**Purchase Summary**

Method of payment:

**Future flight credit: 153.08 USD**
**Confirmation #: KZ7LYW**

EXHIBIT
17

Exhibits – Damien Washington

**Pick up:**
Thu May 28, 2026 at 07:00 AM

**Drop off:**
Fri May 29, 2026 at 07:00 AM

**Your Confirmation Number:**
**46877602US2**

Modify/Cancel This Reservation.

**Your Car**



Ford Bronco or similar or similar
Mileage: Unlimited free miles
Automatic Transmission

| **Estimated Total:** | **$92.28** |
| --- | --- |
| Base Rate: | $70.19 |
| Rental Options: | $0.00 |
| Protections/Coverages: | $0.00 |
| Surcharges/Fees: | $13.70 |
| Concession Recovery Fee (11.11%). | $8.09 |
| Customer Facility Charge 3.00/day: | $3.00 |
| Energy Recovery Fee .77/day: | $0.77 |
| Frequent Travel Program For Miles/points: | $1.50 |
| Vehicle License Fee .34/day: | $0.34 |
| Taxes: | $ 8.39 |

View complete summary of charges

**Additional Fees May Apply If Changes Are Made To Your Return Date, Time And/Or Location.**

## Location Information

**Pick Up Location**
Washington Dulles Intl Airport,IAD
23360 Autopilot Dr,
Sterling, VA 20166 US
(1) 703-437-9559
Sun - Sat open 24 hrs

**Drop Off Location**
Washington Dulles Intl Airport,IAD
23360 Autopilot Dr,
Sterling, VA 20166 US
(1) 703-437-9559
Sun - Sat open 24 hrs

**Identity Verification Requirements**

Budget does not accept digital driver's licenses for rental. Please bring a hard copy of your driver's license at the time of rental.
Please note: A secondary form of identification may be required when picking up your vehicle. Acceptable forms of identification include passports and state-issued photo ID cards.

**Credit Card/Debit Card Policy**

Please note: At the time of rental, there will be a hold amount of up to $300 USD for credit and debit

Exhibits – Damien Washington



Gmail **Damien DDot Omen <ddotomen.com@gmail.com>**

**We DO NOT have your item [ ref:!00Df4047pR9.!500WQ01laDkj:ref ]**
1 message

**LostAndFoundIAD** <lostandfoundiad@mwaa.com> Wed, May 20, 2026 at 10:19 AM
To: "ddotomen.com@gmail.com" <ddotomen.com@gmail.com>

Dear Darryl,

We have searched through our inventory and your property has not been received in this office. Your information will be retained should your property be located later. This office only receives articles which were found on the airport common grounds, parking shuttle buses, parking lots, Washington Flyer taxi cabs, mobile lounges, restaurants, stores and the AeroTrain.

For items left on the aircraft or lost near a ticket counter, baggage area, or boarding gate, contact your airline. United Airlines' Lost & Found may be contacted at www.united.com/LOB . All other airlines can be reached through our website www.flydulles.com/flight-information/airlines-serving-dulles-international

For items lost while going through the security checkpoints, contact TSA's Lost and Found by filling out their online webform www.tsa.gov/form/lost-and-found

Safe travels,

MWAA Lost and Found

ref:!00Df4047pR9.!500WQ01laDkj:ref

# DECLARATION OF CATRISE JOHNSON

**Re: Babygrande v. Rodriguez**
**Court:** [To be completed by counsel]
**Case No.:** [To be completed by counsel]

I, Catrise Johnson, declare as follows:

1. I am over the age of eighteen. This declaration is based on my personal observations and my recollection of a conversation with Damien Washington.
2. On the evening of May 8, 2026, between approximately 11:00 p.m. and midnight, I encountered Mr. Washington at Say Yes on Wilcox Avenue in Hollywood, California, during an after-party for a Dave Chappelle comedy show. I was surprised to see him at the event because, to my knowledge, he is not in Los Angeles often.
3. During our conversation, I asked Mr. Washington where he was coming from. He told me that he was coming from Washington, D.C.
4. I asked Mr. Washington whether he wanted to have lunch the following day. He declined, explaining that he had lost his laptop and needed to return to the Washington, D.C. area to file a police report regarding the missing laptop. He told me that he needed to cut his trip short for that reason.
5. Mr. Washington appeared upset during our conversation. He also mentioned litigation involving his former employer in connection with the missing laptop.
6. The statements above concerning the missing laptop, Mr. Washington's stated need to return to the Washington, D.C. area to file a police report, and the litigation reflect what Mr. Washington told me during our conversation. I am recounting his statements rather than independently confirming those underlying circumstances.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** 9/17/2026
[Date signed]

**At:** Los Angeles, CA
[City and state]

**Signature:**

**Printed Name:** Catrise Johnson

# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABYGRANDE GLOBAL, INC., *Plaintiff*, -against- EVEN LABS INC.; ENRIQUE "MAG" RODRIGUEZ; and DAMIEN "DDOT" WASHINGTON, *Defendants*. | Index No.: 1:24-cv-6785-JGLC |

## DECLARATION OF ENRIQUE "MAG" RODRIGUEZ

I, Enrique "Mag" Rodriguez, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Chief Executive Officer of EVEN Labs, Inc. ("EVEN"), a defendant in this action. I make this declaration based on my personal knowledge and on records maintained by EVEN in the ordinary course of business, and if called as a witness I could and would testify competently to the matters stated herein.

2. I submit this declaration to provide the Court with information and background concerning the photograph and video submitted with this Declaration.

3. On the evening of September 16, 2026, an employee and an independent contractor who work with EVEN attended the Symphonic Distribution Mixer, a music industry event held at Little Joy in Los Angeles, California, where the employee spotted Defendant Damien "DDOT" Washington in attendance.

4. The individuals were familiar with Mr. Washington and could easily recognize him. They confirmed that Mr. Washington was at this event at 11:11pm on the evening of September 16, 2026, at the same time this Court received a letter from Mr. Washington's email address prejudicialproseproceedings@gmail.com.

5. In his letter, Mr. Washington attested to the fact that he was "currently outside the United States, thousands of miles from White Plains." (*See* Washington Letter dated September 16, 2026, emailed to the court at 11:11 PM EST and not yet docketed.).

6. Attached hereto as **Exhibit 1** is a true and complete copy of a photograph taken by one of the individuals, showing Mr. Washington in attendance at the event, and time stamped for October 16, 2026, at approximately 7:46pm PT/10:46pm EST. (**Exhibit 1-A** showing metadata and timestamp of Exhibit 1).

7. Attached hereto as **Exhibit 2** is a true and complete copy of a video recording taken by the other individual, showing Mr. Washington in attendance at the event, and time stamped for October 16, 2026, at approximately 7:50pm PT/10:50pm EST (**Exhibit 2-A** showing metadata, location, and timestamp of Exhibit 2).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 17, 2026
New York, New York

Enrique "Mag" Rodriguez

# Exhibit 1



# Exhibit 1-A



Add a Caption

Wednesday • Sep 16, 2026 • 7:46 PM Adjust

IMG_1206

**Apple iPhone 17 Pro**

Main Camera — 24 mm ƒ1.78

0.1 MP • 240 × 320 • 25 KB STANDARD

ISO 4000 26 mm 0 ev ƒ1.78 1/15 s

Add a location...

Saved from **Outlook** ›

# Exhibit 2

## Produced in original .MOV Format

# Exhibit 2-A




Add a Caption

Wednesday • Sep 16, 2026 • 7:50 PM Adjust

IMG_7491

**Apple iPhone 17 Pro Max**

Main Camera — 24 mm ƒ1.78

1080p • 1080 × 1920 • 17.6 MB

27.11 FPS 00:09




Los Angeles - Angelino Heights Adjust

Saved from **Outlook** ›