Ellenoff Grossman & Schole LLP

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-7889
www.egsllp.com

September 21, 2026

**VIA ECF**

Honorable Jessica G. L. Clarke
300 Quarropas Street
Courtroom 320
White Plains, NY 10601
ClarkeNYSDChambers@nysd.uscourts.gov

**Re: Letter to Judge Clarke Attaching Declaration of Enrique "Mag" Rodriguez; Babygrande Global Inc. v. EVEN Labs et al., Civ. No. 1:24-cv-06785-JGLC**

Dear Judge Clarke:

We write on behalf of the EVEN Defendants in the above-captioned matter per the Court's instructions to file the attached September 21, 2026 Declaration of Defendant, Enrique "Mag" Rodriguez on the docket.

As discussed during the September 18, 2026 conference, the EVEN Defendants are filing a corrected version of the declaration presented to the Court during the September 18, 2026 hearing. Specifically, the date in paragraphs 6 and 7 has been corrected to match the time stamp shown in the exhibits, and the docket number of the letter of Mr. Washington has been added.

Sincerely,

David Leichtman

David Leichtman