UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABYGRANDE GLOBAL, INC.,<br><br>*Plaintiff*,<br><br>-against-<br><br>EVEN LABS INC.; ENRIQUE "MAG" RODRIGUEZ; and DAMIEN "DDOT" WASHINGTON,<br><br>*Defendants*. | Index No.: 1:24-cv-6785-JGLC |

**DECLARATION OF ENRIQUE "MAG" RODRIGUEZ**

I, Enrique "Mag" Rodriguez, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Chief Executive Officer of EVEN Labs, Inc. ("EVEN"), a defendant in this action. I make this declaration based on my personal knowledge and on records maintained by EVEN in the ordinary course of business, and if called as a witness I could and would testify competently to the matters stated herein.

2. I submit this declaration to provide the Court with information and background concerning the photograph and video submitted with this Declaration.

3. On the evening of September 16, 2026, an employee and an independent contractor who work with EVEN attended the Symphonic Distribution Mixer, a music industry event held at Little Joy in Los Angeles, California, where the employee spotted Defendant Damien "DDOT" Washington in attendance.

4. The individuals were familiar with Mr. Washington and could easily recognize him. They confirmed that Mr. Washington was at this event at 11:11pm on the evening of September 16, 2026, at the same time this Court received a letter from Mr. Washington's email address prejudicialproseproceedings@gmail.com.

5. In his letter, Mr. Washington attested to the fact that he was "currently outside the United States, thousands of miles from White Plains." (*See* Dkt. 332, Washington Letter dated September 16, 2026, emailed to the court at 11:11 PM EST).

6. Attached hereto as **Exhibit 1** is a true and complete copy of a photograph taken by one of the individuals, showing Mr. Washington in attendance at the event, and time stamped for September 16, 2026, at approximately 7:46pm PT/10:46pm EST. (**Exhibit 1-A** showing metadata and timestamp of Exhibit 1).

7. Attached hereto as **Exhibit 2** is a true and complete copy of a video recording taken by the other individual, showing Mr. Washington in attendance at the event, and time stamped for September 16, 2026, at approximately 7:50pm PT/10:50pm EST (**Exhibit 2-A** showing metadata, location, and timestamp of Exhibit 2).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 21, 2026
New York, New York

Enrique "Mag" Rodriguez