# Exhibit 1



# Exhibit 1-A



Add a Caption

Wednesday • Sep 16, 2026 • 7:46 PM Adjust

IMG_1206

Apple iPhone 17 Pro HEIF

Main Camera — 24 mm ƒ1.78

0.1 MP • 240 × 320 • 25 KB STANDARD

| ISO 4000 | 26 mm | 0 ev | ƒ1.78 | 1/15 s |
| --- | --- | --- | --- | --- |

Add a location...

Saved from Outlook >