# Exhibit 2

## Produced in original .MOV Format

# Exhibit 2-A




Add a Caption

Wednesday • Sep 16, 2026 • 7:50 PM Adjust

IMG_7491

Apple iPhone 17 Pro Max HEVC

Main Camera — 24 mm ƒ1.78

1080p • 1080 × 1920 • 17.6 MB

27.11 FPS | 00:09




Los Angeles - Angelino Heights > Adjust

Saved from Outlook >