UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,
Plaintiff,

-against-

ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.; DAMIEN DDOT WASHINGTON,
Defendants.

24-CV-6785 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court held an evidentiary hearing with counsel for Plaintiff and the EVEN Defendants, and with Defendant Damien "DDot" Washington on September 18, 2026. The Even Defendants' Exhibits from the evidentiary hearing are attached to this Order as follows:

- Exhibit 1: ECF No. 113
- Exhibit 2: ECF No. 116
- Exhibit 3: ECF No. 135
- Exhibit 4: Emails dated December 9, 2025, to December 15, 2025
- Exhibit 5: Emails dated December 9, 2025, to December 17, 2025
- Exhibit 6: ECF No. 160
- Exhibit 7: ECF No. 188
- Exhibit 8: ECF No. 198
- Exhibit 9: ECF No. 199
- Exhibit 10: ECF No. 229
- Exhibit 11: ECF No. 249
- Exhibit 12: ECF No. 262

- Exhibit 13: ECF No. 285
- Exhibit 14: ECF No. 125
- Exhibit 15: ECF No. 300
- Exhibit 16: ECF No. 297
- Exhibit 17: Defendant Damien "DDOT" Washington phone records dated May 8, 2026 to May 24, 2026, flight confirmation #GB2RVC, car rental confirmation #46877602US2.
- Exhibit 18: ECF No. 328
- Exhibit 19: ECF No. 290
- Exhibit 20: ECF No. 307

Dated: September 28, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge