**David Leichtman**

**From:** Damien DDot Omen <ddotomen.com@gmail.com>
**Sent:** Monday, December 15, 2025 4:13 PM
**To:** Emma Hoffmann
**Cc:** Hillel Parness; Sherli Furst; David Leichtman
**Subject:** Re: Babygrande v. EVEN Labs et al.-- Search Terms for EVEN Devices

There will be no search terms. I've objected to this farce and misuse of the court.

On Mon, Dec 15, 2025 at 4:11 PM Emma Hoffmann <ehoffmann@leichtmanlaw.com> wrote:

Good afternoon, Hillel and Damien:

We would like your additions and feedback regarding our drafted search terms by the end of the day as requested last week. Otherwise, we will proceed with the terms as drafted.

Thank you,

**Emma J. Hoffmann**
Leichtman Law PLLC
185 Madison Ave, 15th Floor
New York, NY 10016
ehoffmann@leichtmanlaw.com
office: 212.419.5210, Ext. 704
cell: 847.431.3122

---

**From:** Emma Hoffmann <ehoffmann@leichtmanlaw.com>
**Date:** Tuesday, December 9, 2025 at 16:57
**To:** Damien DDot Omen <ddotomen.com@gmail.com>, Hillel Parness <hip@hiplaw.com>
**Cc:** Sherli Furst <sfurst@leichtmanlaw.com>, David Leichtman <dleichtman@leichtmanlaw.com>
**Subject:** Babygrande v. EVEN Labs et al.-- Search Terms for EVEN Devices

Good afternoon, Hillel and Damien:

Please find attached the EVEN Defendants' draft of initial search terms for the forensic evaluation and search of the EVEN Devices per the Judge's order. Please have any additions or comments back to us by December 15th so that we can have adequate time to draft and file the joint letter due on December 19.

Thank you,

**Emma J. Hoffmann**
Leichtman Law PLLC
185 Madison Ave, 15th Floor
New York, NY 10016
ehoffmann@leichtmanlaw.com
office: 212.419.5210, Ext. 704



EXHIBIT
4

cell: 847.431.3122

--

-

Damien "DDot" W.
ConnecteDDots Music | ConnecteDDots Management
si monumentum requiris, circumspice....