**David Leichtman**

| | |
|---|---|
| **From:** | Damien DDot Omen <ddotomen.com@gmail.com> |
| **Sent:** | Wednesday, December 17, 2025 2:56 PM |
| **To:** | Emma Hoffmann |
| **Cc:** | Hillel Parness; Sherli Furst; David Leichtman |
| **Subject:** | Re: Babygrande v. EVEN Labs et al.-- Joint Letter Regarding Search Terms for EVEN Devices |

This isn't happening.

- Damien "DDOT" W.
ConnecteDDots Music | ConnecteDDots Management

si monumentum requiris, circumspice

On Wed, Dec 17, 2025 at 1:45 PM Emma Hoffmann <ehoffmann@leichtmanlaw.com> wrote:

Good afternoon, Mr. Parness and Mr. Washington:

Attached is a draft of the joint letter due to the Court on Friday to be filed along with the proposed search terms as ordered by Judge Clarke following the status conference.

Please have any additions or inserts back to us by Friday morning at the latest so that we can ensure the filing is completed on time.

Thank you,

**Emma J. Hoffmann**
Leichtman Law PLLC
185 Madison Ave, 15th Floor
New York, NY 10016
ehoffmann@leichtmanlaw.com
office: 212.419.5210, Ext. 704
cell: 847.431.3122

---

**From:** Hillel Parness <hip@hiplaw.com>
**Date:** Monday, December 15, 2025 at 16:42
**To:** Damien DDot Omen <ddotomen.com@gmail.com>, Emma Hoffmann <ehoffmann@leichtmanlaw.com>
**Cc:** Sherli Furst <sfurst@leichtmanlaw.com>, David Leichtman <dleichtman@leichtmanlaw.com>
**Subject:** RE: Babygrande v. EVEN Labs et al.-- Search Terms for EVEN Devices

Emma:

EXHIBIT
5

I didn't understand that I was being asked for my input on the search terms, as they are (as I understand it), the terms EVEN intends to use to search the devices that Mr. Washington turns over (which are either EVEN devices or Washington devices).

My personal view – having looked briefly at the list – is that there are many terms that are not sufficiently tailored to target potentially-relevant documents. I am hoping to speak to my client this week about this case, and I can add this topic to the list.

Regards,

**Hillel I. Parness**
hip@hiplaw.com
(C) 646-526-8261
(O) 212-447-5299
PARNESS LAW FIRM, PLLC
136 Madison Ave., 6th Floor
New York, NY 10016
www.hiplaw.com
*Essential Legal Guidance for Today's Changing World®*

---

**From:** Damien DDot Omen <ddotomen.com@gmail.com>
**Sent:** Monday, December 15, 2025 4:13 PM
**To:** Emma Hoffmann <ehoffmann@leichtmanlaw.com>
**Cc:** Hillel Parness <hip@hiplaw.com>; Sherli Furst <sfurst@leichtmanlaw.com>; David Leichtman <dleichtman@leichtmanlaw.com>
**Subject:** Re: Babygrande v. EVEN Labs et al.-- Search Terms for EVEN Devices

There will be no search terms. I've objected to this farce and misuse of the court.

On Mon, Dec 15, 2025 at 4:11 PM Emma Hoffmann <ehoffmann@leichtmanlaw.com> wrote:

Good afternoon, Hillel and Damien:

We would like your additions and feedback regarding our drafted search terms by the end of the day as requested last week. Otherwise, we will proceed with the terms as drafted.

Thank you,

**Emma J. Hoffmann**
Leichtman Law PLLC
185 Madison Ave, 15th Floor
New York, NY 10016
ehoffmann@leichtmanlaw.com
office: 212.419.5210, Ext. 704
cell: 847.431.3122

---

**From:** Emma Hoffmann <ehoffmann@leichtmanlaw.com>
**Date:** Tuesday, December 9, 2025 at 16:57
**To:** Damien DDot Omen <ddotomen.com@gmail.com>, Hillel Parness <hip@hiplaw.com>

**Cc:** Sherli Furst <sfurst@leichtmanlaw.com>, David Leichtman <dleichtman@leichtmanlaw.com>
**Subject:** Babygrande v. EVEN Labs et al.-- Search Terms for EVEN Devices
Good afternoon, Hillel and Damien:

Please find attached the EVEN Defendants' draft of initial search terms for the forensic evaluation and search of the EVEN Devices per the Judge's order. Please have any additions or comments back to us by December 15th so that we can have adequate time to draft and file the joint letter due on December 19.

Thank you,

**Emma J. Hoffmann**
Leichtman Law PLLC
185 Madison Ave, 15th Floor
New York, NY 10016
ehoffmann@leichtmanlaw.com
office: 212.419.5210, Ext. 704
cell: 847.431.3122

--
-
Damien "DDot" W.
ConnecteDDots Music | ConnecteDDots Management
si monumentum requiris, circumspice....