**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

January 30, 2026
Honorable Jessica G. L. Clarke
300 Quarropas Street
Courtroom 320
White Plains, NY 10601

RE: **Clarification Regarding Conferencing – Babygrande Global, Inc. v. EVEN Labs Inc., et al. Case No. 1:24-cv-06785-JGLC**

Dear Judge Clarke:

I write briefly to clarify the record regarding conferencing.

On **January 29, 2026,** counsel for the EVEN Defendants requested my availability and stated they would wait until **January 30, 2026 at 5:00 p.m.** to file a joint submission. I affirmatively responded well prior to the stated deadline and provided my availability for dates after **February 18, 2026,** consistent with the medical restrictions already noted on the docket.

To the extent the recent filing could be read to suggest non-responsiveness on my part, I respectfully clarify that I did confer in good faith and timely provided alternative dates, a fact acknowledged in the EVEN Defendants' filing.

For completeness, I note that EVEN Defendants also indicated that February 10, 2026 was not available on their end, and I advised counsel that I have a series of follow-up medical appointments during the week of February 9–13, corresponding to the evaluations referenced in the physician's note on the docket, which states a restriction period of approximately three weeks.

I have endeavored to confer professionally and cooperatively, consistent with the Court's requests and expectations. The decision to file a non-joint letter was not due to any failure to respond or engage on my part.

Respectfully submitted,

**\s/ Damien "DDOT" Washington**
Defendant, Pro Se
P.O. Box 1468
Landover, MD 20785
ddotomen.com@gmail.com
(301) 806-7111

EXHIBIT
8