UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,
Plaintiff,

-against-

ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.; DAMIEN DDOT WASHINGTON,
Defendants.

24-CV-6785 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Having reviewed the parties' most recent letters, *see* ECF Nos. 195–98, the Court makes the following rulings: First, the forensic search of the cell phone and laptop in Defendant Damien "DDot" Washington's possession shall take place on **February 25, 2026**, at **10:30 a.m.** in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150.

Second, at a case management conference on January 15, 2026, the Court directed Defendant Washington to produce within two weeks the audio recordings of conversations he had with Mr. Parness and Mr. Wilson. That deadline has now passed. Mr. Washington is ordered to produce those recordings no later than **February 17, 2026**.

Third, at the same conference, the Court ordered Plaintiff Babygrande Global to endeavor to ascertain the address of Aaron Scott (Stove God Cooks), then share that address with Defendants Enrique "Mag" Rodriguez and Even Labs (collectively, the "EVEN Defendants"). The Court set a one-week deadline. Plaintiff and the EVEN Defendants then mutually agreed to extend that deadline by an additional week, to January 29, 2026. ECF No. 197. In that time, Plaintiff learned of a P.O. Box address for Mr. Scott, but has yet to share it with the EVEN

EXHIBIT
9

Defendants. *Id.* Plaintiff is ordered to share Mr. Scott's P.O. Box address with the EVEN Defendants no later than **February 5, 2026**.

Plaintiff is further ordered to provide the EVEN Defendants with Mr. Scott's physical address by **February 17, 2026**. Should Plaintiff be unable to do so, Plaintiff is directed to file a letter on the docket explaining why.

The Court will issue sanctions if Mr. Washington or Plaintiff continue to refuse to comply with the Court's orders.

Dated: February 5, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge