**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

April 14, 2026
Honorable Jessica G. L. Clarke
300 Quarropas Street
White Plains, NY 10601

RE: **Babygrande Global, Inc. v. Rodriguez, et al., No. 1:24-cv-06785-JGLC**

**DEFENDANT DAMIEN WASHINGTON'S NOTICE TO THE COURT REGARDING OSC APPEARANCE**

Dear Judge Clarke:

Mr. Washington respectfully writes in response to the Court's Order requiring his physical appearance in White Plains, New York on April 14, 2026 at 12:00 p.m. As Mr. Washington has previously indicated, he has undergone medical evaluations and testing and remains unable to travel from Maryland due to medical restrictions. Please see the exhibits.

While Mr. Washington acknowledges the Court's Order, compliance by physical appearance is medically and physically impossible at this time. Mr. Washington further notes that the Court's directives regarding travel have not been sufficiently clear in practical application, as ECF Nos. 116, 135, 217, 229, and 249 differ on their face as to whether the EVEN Defendants are required to arrange and/or bear the costs associated with Mr. Washington's travel.

Notwithstanding the foregoing, Mr. Washington respectfully requests guidance as to an alternative means of compliance, including remote appearance, a brief adjournment, or leave to meet and confer with all parties regarding alternative means to fulfill the discovery request.

Respectfully submitted,

**\s/ Damien "DDOT" Washington**
Defendant, Pro Se
P.O. Box 1468
Landover, MD 20785
ddotomen.com@gmail.com
(301) 806-7111

EXHIBIT
12

[redacted]
Cardiovascular
[redacted]

[redacted] Cardiovascular [redacted]

**Excuse Slip**

04/13/2026

To Whom It May Concern:

Darryl Washington is under my care. He was seen in my office on **04/13/2026**

is released to return to work on 04/16/2026

[redacted]n, M.D.,F.A.C.C. 04/13/2026

[redacted]

**Disability Slip**

Patient Name: Washington Darryl

( ) As of ____________________
( ) Was treated in my office today.
( ) Should be excused from work ________ through ________.
( ) Should be placed on light duty work status.
( ) Should be placed on off work status
( ) May return to full work status
( ) May return to light duty work status.
( ) Should be excused from school ____________________
( ) Should refrain from all physical education until ________________.
( ) May participate in restricted physical education
( ) May participate in unrestricted physical education
( ) Until further notice
( ) No lifting over ________ lbs.
( ) No sitting for longer than ________ minutes.
( ) No strenuous activity
( ) No bending
( ) Complete bed rest
( ) Should be allowed to take breaks when necessary.
( ) Restriction ____________________
(✓) Diagnosis Lumbar Radiculopathy M54.16
( ) Status ____________________
( ) Other ____________________

Signed: ____________________ Date: 4/13/26

No travel more than 30 minutes through 5/13/26

Phone: 301 [redacted]
Fax: 301 [redacted]