# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

November 5, 2025
Via ECF

Honorable Judge Jessica G. L. Clarke
Southern District of New York

---

**BABYGRANDE GLOBAL, INC.,**
Plaintiff,

v.

**ENRIQUE RODRIGUEZ, EVEN LABS INC., and DAMIEN "DDOT" WASHINGTON,**
Defendants.

**Case No. 1:24-cv-06785**

---

## DEFENDANT DAMIEN "DDOT" WASHINGTON'S RESPONSE AND OBJECTION TO DEFENDANTS EVEN LABS INC. AND ENRIQUE RODRIGUEZ'S REQUEST FOR PRODUCTION OF ELECTRONIC DEVICES

Defendant Mr. Darryl Damien Washington respectfully submits this response and objection to the request made by co-defendants EVEN Labs Inc. and Enrique "Mag" Rodriguez seeking turnover of Mr. Washington's personal laptop and iPhone.

**Rule 34 Objection and Compliance**

Mr. Washington lawfully objects to the request under Federal Rule of Civil Procedure 34, as there is no reasonable basis or necessity for production of these devices. Mr. Washington has already submitted all documentation and materials relevant to this case, including all communications, agreements, and files relating to Babygrande Global, Inc. v. Rodriguez, EVEN Labs Inc., et al.

EXHIBIT
14

Neither the Plaintiff nor the other co-defendants have been ordered or required by the Court to surrender personal or company devices, nor has any judicial directive compelled Mr. Washington to do so. The request therefore represents an unequal and disproportionate discovery demand inconsistent with Rule 26(b)(1) and Rule 34(b).

**Timeline and Scope of Relevant Communications**

All communications and documentation relevant to this matter occurred solely between March 2024 and October 2024. To Mr. Washington's knowledge, and under penalty of perjury, he affirms that there were no further communications or documents regarding Stove God Cooks or the Babygrande vs. EVEN Labs Inc. dispute beyond October 30, 2024.

Furthermore, the laptop in question was not in Mr. Washington's possession until after November 20, 2024, making it physically and scientifically impossible for it to contain any data, metadata, or communications related to this case or any of the events in question.

**Ownership and Preservation**

The iPhone requested by EVEN Labs Inc. is a personally owned device belonging to Mr. Washington and is no longer active. It was not issued, maintained, or owned by EVEN Labs Inc. at any time.

The laptop currently in Mr. Washington's possession contains privileged personal information, intellectual property, and evidence supporting Mr. Washington's independent claims.

Mr. Washington is willing to preserve all relevant data and, if necessary, cooperate through a neutral forensic examiner operating under a court-approved protective order to ensure relevant materials can be reviewed without compromising privileged or unrelated data.

**Revocation of Access and Obstruction by EVEN Labs Inc.**

Between March 2025 and May 2025, EVEN Labs Inc. and Mr. Enrique "Mag" Rodriguez deliberately disabled Mr. Washington's access to the company's backend and communications systems, including HubSpot, which stored internal and external communications with employees, partners, and third parties.

EVEN Labs and Mr. Rodriguez have retained full access to these systems and backups, which contain data and emails directly relevant to this case. This unilateral revocation of access obstructed Mr. Washington's ability to retrieve or further produce any additional materials. Accordingly, any allegation of spoliation or non-cooperation by Mr. Washington is factually meritless and self-inflicted by EVEN Labs' own conduct.

**Failure to Issue Litigation Hold and Pattern of Negligence**

EVEN Labs Inc. and Enrique "Mag" Rodriguez failed to notify Mr. Washington or any other EVEN employees of a litigation hold between September 2024 and July 2025, a period spanning nearly **ten months** before any formal announcement, statement, or internal communication regarding the ongoing litigation was made.

At no point during this period were employees, including Mr. Washington, instructed to retain or preserve any information, data, or communications relevant to this case. This failure demonstrates a clear pattern of negligence and disregard for discovery obligations under the Federal Rules.

Mr. Washington urgently and respectfully reminds the Court that this is the same defendant who has repeatedly provided false statements and sworn testimony misclassifying Mr. Washington as a contractor, despite irrefutable evidence that Mr. Washington has been a full-time employee since October 7, 2024. Rodriguez and EVEN coerced and misclassified Mr. Washington's employment (which Mr. Washington is actively pursuing legally) in an unlawful attempt to evade accountability for their actions against the plaintiff and other affected parties.

EVEN Labs and Mr. Rodriguez have no genuine intent to recover or preserve relevant data that has not already been produced. Instead, their ongoing requests are a form of intimidation and harassment, designed to continue extracting Mr. Washington's intellectual property, work product, and confidential contacts with high-profile individuals in the music and entertainment industries. This conduct further underscores the retaliatory and bad-faith nature of their discovery tactics.

That ends today. Between unscrupulous behavior of a sworn officer of the court that was retained on behalf of Mr. Washington and continuous malicious behavior from the co-defendants, with all due respect your Honor, enough is enough.

**Good Faith and Cooperation**

Mr. Washington has acted in full transparency and good faith throughout discovery. To date, he remains the only defendant to have produced complete documentation relevant to this litigation. He continues to preserve all relevant materials and will comply with lawful, proportional discovery requests consistent with the Federal Rules of Civil Procedure and any subsequent court orders.

Respectfully submitted,

Damien "DDot" Washington
Defendant, Pro Se
P.O. Box 1468 Landover, MD, 20785
ddotomen.com@gmail.com
301-806-7111
Dated: 11-05-2025

Gmail

DDot Omen <dominantomen@gmail.com>

# Thank you for your recent visit

1 message

**AT&T** <att-services.cn.1987137915@emailff.att-mail.com> Wed, Dec 2, 2020 at 5:32 PM
To: DOMINANTOMEN@gmail.com

myAT&T Account | Support

AT&T
Globe

**Hello DARRYL D,**

Thank you for visiting ANIKA WIRELESS - LANDOVER HILLS selling AT&T Owned Inventory for AT&T in HYATTSVILLE, MD.

**Store Information**
Sales Rep: Daniel Johnson
6300 ANNAPOLIS RD STE 4, , HYATTSVILLE, MD 20784
(410) 650-2956
OM Register: 2

**DARRYL D 301-891-9333**
12/02/2020

| Item ID | Description | Extended Price |
|---|---|---|
| 6480C | PHO APL IPHN SE20 128G<br>SER NO. [redacted]<br>FINANCED: $449.99<br>DOWN PAYMENT: $0.00<br>INSTALLMENTS: 30X$15.00<br>1 @ $449.99 | $449.99 |
| | ADDED PROMO for 301-891-9333:<br>Apple 128GB<br>SER NO. [redacted]<br>Buy iPhone 11 256GB or iPhone SE 128GB on new activation, port or upgrade with AIP, receive $150 bill credit.<br>TOTAL BILL CREDIT: $150.00<br>($5.0 credit for 30 month(s)) | |
| | ADDED PROMO for 301-891-9333:<br>Apple 128GB<br>SER NO. [redacted]<br>CRU only new or existing business customers can receive a $100 bill credit when purchasing new smartphones on AIP Installment with an eligible unlimited plan.<br>TOTAL BILL CREDIT: $100.00<br>($3.34 credit for 30 month(s)) | |

| | | |
|---|---|---|
| 4488A | SIM VAR VAR UICCG 4F<br>SER NO. [redacted]<br>1 @ $5.00 | $5.00 |
| | ADDED 30 Months | $0.00 |
| | CHANGED SIM: [redacted]<br>CHANGED IMEI: [redacted] | $0.00 |
| | UPGRADE STANDARD | $0.00 |

| | |
|---|---|
| Subtotal | $454.99 |
| Tax | $27.30 |
| Installment Plan Agreement 301-891-9333 | $449.99 |
| DEBIT CARD TENDERED | $32.30 |
| Account Number: | 5225 |
| Authorization: | Authorization: 001844 |
| Trace No. | Trace No. 260540 |
| CHANGE DUE | $0.00 |
| Total Amount Paid | $32.30 |

Receipt Number:
51-427000027465934

myAT&T

**Manage your account anytime, anywhere.**

Download the app from your phone or tablet, or **text myATT to 556699**. We'll send a link to download the app.*
*Compatible device required. Data rates may apply.

**Transaction ID: XK22613KMMKP4**

**EQUIPMENT RETURN POLICY**

- 14 day return period/$55 restocking fee. Go to att.com/returnpolicy for our full refund policy.
- Learn about our manufacture warranty at att.com/warranty.
- All warranty related concerns for Apple equipment, including those in the first 14 day return period, are supported by Apple. Go to apple.com/support for more information.

**Acct No. XXXXXXXXXXXX5225**
Mode: Issuer
Card Entry Mode: Chip Read
CVM Verification Method: PIN
Application Label: US DEBIT
AID: A0000000980840

CASHIER: DANIEL J
12/02/2020 17:31:52

Thanks for choosing us! We are here
for you 24 x 7 at att.com/support.

Thank for choosing us!
We are here for you 24 x 7 at
att.com/support.

**CA Privacy:** att.com/californiaprivacy
**ME Internet Privacy:** att.com/maineprivacy

Thank you,
**AT&T**
att.com

## Contact Us

AT&T Support - quick & easy support is available 24/7.

## Online Information

AT&T Community

Auto Pay

Paperless Billing

AT&T Device Tutorial

## Moving Soon?

Stay connected with AT&T. Visit us online at att.com/move.

AT&T Online Services
Save time with AT&T Online Services.
Learn about myAT&T

Update your email address | Protect yourself from fraudulent emails | Contact Us

**PLEASE DO NOT REPLY TO THIS MESSAGE**
All replies are automatically deleted. For questions regarding this message, refer to the contact information listed above.

©2020 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.
Privacy Policy
Legal Policy Center

CORD_C005EH