*Managing Attorney*
**William F. Guilford, Esq.**

Guilford Law Group, PLLC

June 1, 2026

**Via ECF**
Honorable Jessica G. L. Clarke
300 Quarropas Street, Courtroom 320
White Plains, NY 10601
ClarkeNYSDChambers@nysd.uscourts.gov

RE: **Babygrande Global, Inc. v. Rodriguez, et al., No. 1:24-cv-06785-JGLC – Declaration of Damien "DDot" Washington**

Dear Judge Clarke,

I represent Defendant Damien "DDot" Washington in the above referenced matter. Enclosed please find the Declaration of Damien Washington per the Court's Order dated May 28, 2026 (Dkt. 294).

We appreciate the Court's attention to this matter.

Respectfully Submitted,

/s/William Guilford
William F. Guilford, Esq

Cc: Counsel of Record (via ECF)

Enclosures

EXHIBIT
16

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**------------------------------------------------------------------X**

**BABYGRANDE GLOBAL, INC.,**

**Plaintiff,**

**Index No.: 1:24-cv-06785**

**-against-**

**ENRIQUE "MAG" RODRIGUEZ; EVEN LABS INC.;**

**and DAMIEN "DDOT" WASHINGTON,**

**Defendants.**

**------------------------------------------------------------------X**

**DECLARATION OF DAMIEN "DDOT" WASHINGTON**

I, Damien "DDot" Washington, declare as follows:

1. I am a defendant in this action. I submit this declaration in response to the Court's Order directing me to provide details concerning the loss or possible theft of the EVEN-issued laptop.

2. The laptop at issue was an EVEN-issued MacBook Pro, Apple M2, 2022 model. To the best of my knowledge, the laptop was owned by Even Labs Inc. and was issued to me during my work with EVEN on November 20th 2024. I do not have the serial number.

3. Prior to the laptop becoming lost or possibly stolen, I last recall having possession of it during the week of May 4, 2026. I did not use the laptop from approximately May 5 through May 7, 2026, because I was in the hospital with a family member who was not discharged until the evening of May 7, 2026.

4. On May 8, 2026, at approximately 1:45 p.m., I was picked up in Maryland by an Uber driver named Stanilus for transportation to Dulles International Airport. To the best of my knowledge, the laptop was in the vehicle when I departed. It was contained in a black drawstring bag.

5. During the trip to Dulles, I was on a business telephone call from approximately 2:00 p.m. to approximately 2:32 p.m. As we approached Dulles, there was significant traffic caused by an accident, which delayed the trip.

6. At approximately 2:46 p.m., I arrived at Dulles International Airport and immediately rushed to catch my flight, which was scheduled to depart at approximately 3:20 p.m.

7. While in transit to the airport, a technical issue with the ticketing system and United Airlines mobile app prevented me from completing mobile check-in and accessing my boarding pass. When I arrived at the airport, my boarding pass was also unavailable at the kiosk. I was instructed to speak with an airline agent.

8. I went to the airline help desk and was told by the airline agent that my ticket had an internal error and had not been successfully processed. Airline employees attempted to resolve the issue for approximately 25 to 30 minutes. By the time the issue was resolved, it was too late for me to board the flight.

9. I asked to be rebooked for the next available flight. The airline employee then asked whether I had any bags to check. At that moment, I realized for the first time that I did not have the laptop in my possession.

10. I then called the Uber driver, Stanilus at approximately 3:45pm and asked him to check whether the laptop was still in the vehicle. He told me that he was driving but would pull over and check. When I called him again, he told me that he did not see it.

11. I returned to the Washington, D.C./Virginia Metro Area at DCA on May 9, 2026 and continued efforts to locate the laptop.

12. I followed up with the Uber driver again on May 9, 2026 and May 11, 2026. On both dates, the driver told me that he had not recovered the laptop and that passengers that were picked up after my ride had not contacted him about it.

13. I attempted to determine whether the laptop could be tracked. I learned that I did not have the administrative, owner-level, or tracking access necessary to locate the device because it was an EVEN-issued laptop and was not registered to my personal Apple ID or personal tracking account.

14. On May 13, 2026, I went to the Dulles Airport Police Station and reported the laptop lost or possibly stolen to Officer Guzman and another officer on patrol with him. I informed the officers that the laptop did not belong to me, that it was issued by EVEN, and that the matter was urgent and sensitive.

15. Per Officer Guzman's instruction, I also filed a lost-and-found report with Dulles Airport. On or about May 21, 2026, Dulles Lost and Found informed me by email that the laptop had not been located at the airport.

16. I last communicated with the Uber driver, Stanilus, on or about May 24, 2026. He again stated that he had not recovered the laptop and had not received any calls from other passengers who were picked up after my ride.

17. As I had previously notified the Court on April 30, 2026, I was not in Maryland during part of this period.

18. At the direction of my attorney, I immediately traveled to the Washington D.C./Virginia Metro Area on May 28, 2026, arriving at Dulles to obtain documentation concerning my May 13 report and to follow up further with the police.

19. On May 28, 2026, at approximately 7:30 a.m., I went to the MWAA Administrative Office to retrieve documentation concerning the May 13 report.

20. At approximately 8:00 a.m. on May 28, 2026, After learning from Ms. Cox at MWAA Police Records department that on May 13th, officer Guzman did not make an official Police report and only instead made a "call log" which referenced the missing or stolen Laptop. I was under the belief that because I was provided a report number on May 13th 2026, I had already filed an official police report with Officer Guzman. Once being informed of the differentiation, I again immediately went to the MWAA/Dulles Police Station to follow up and file an official report.

21. I was greeted at the MWAA police station door by Officer Sullivan, who initially did not allow me to enter the police station and discouraged me from filing an official police report. Officer Sullivan stated that the item did not classify as stolen and that I should file an online lost-item report.

22. I persisted because of the sensitive nature of the laptop, the pending court proceedings, and my belief that the laptop may have possibly been stolen. After I continued requesting to file a report, I was allowed to enter the police station.

23. Officer Sullivan informed me that he would notify a supervisor who could further assist me. After I waited in the lobby for approximately 20 minutes, Officer L. Berry informed me that Officer Sullivan had left the station but offered to assist me with filing the report.

24. After learning that I was no longer an EVEN employee, Officer L. Berry told me that EVEN should be filing the complaint and theft report because EVEN was the owner/victim of the alleged theft. Officer Berry nevertheless provided me with a form to complete.

25. I completed the report and obtained a copy, which I provided to my attorney. I began departing the Dulles Airport area. I contacted my attorney who reminded me that I needed a copy of the May 13th documentation. I then returned to the MWAA Administrative Office to obtain a copy of the documentation. Ms. Cox provided the copy after I paid the required $5 fee.

26. Attached as Exhibit A is a true and correct copy of the MWAA Police report and related documentation in my possession. The report identifies the incident number as 260513-54193 and identifies the property as a MacBook Pro Apple M2 2022 associated with Even Lab Inc. The report lists the status of the property as stolen.

27. The laptop was last stored in the Uber vehicle (a BLACK SUV) driven by Stanilus, in a black drawstring bag.

28. I do not know who had access to the vehicle after I exited it, other than the driver and any unknown passengers who upon information and belief entered the vehicle after my ride.

29. I suspect and have reason to believe the laptop may have been stolen because the last location where I believe it was stored was the Uber vehicle, the driver later told me he did not see it, and the laptop has not been recovered by the driver, Dulles Airport Lost and Found, or MWAA Police.

30. In addition to the laptop, the black drawstring bag also contained a laptop adapter and/or power cable and possibly various items that belonged to me such as ink pens, receipts, deodorant and cologne bottle, hand sanitizer, and iPhone charging accessories.

31. I do not know the laptop's current location.

32. I do not presently possess the laptop, do not have custody or control over the laptop, and do not have the present ability to produce it unless it is located or recovered.

33. I have made reasonable efforts to locate or recover the laptop, including traveling multiple times to the Dulles, VA and Dulles Airport area, contacting and communicating with the Uber driver multiple times (May 8th - May 24th), checking whether I had tracking capability, reporting the loss or possible theft to MWAA Police, filing a Dulles lost-and-found report, following up with Dulles Lost and Found, returning to Dulles to obtain police documentation, and providing the report to my attorney.

34. I also respectfully note that I never objected to returning or producing the EVEN-issued laptop. My concerns regarding the laptop were limited to chain of custody, preservation, and the possibility that the laptop could be relevant to other proceedings or investigations involving EVEN. Those concerns were preservation-based, not a refusal to produce or return the laptop.

35. The loss or possible theft of the laptop also caused prejudice and inconvenience to me. Although I understood the laptop to be EVEN property, the device may have contained documents, communications, records, or other information relevant to issues outside this discovery dispute, including matters I have reported concerning EVEN and Rodriguez, potential inquiries by law-enforcement or government agencies, and my separate litigation involving EVEN.

36. I therefore had no incentive to conceal, or withhold the laptop. To the contrary, the loss of the laptop may impair my own ability to access or identify materials that could be relevant to those matters.

37. Nothing in this declaration is intended to waive any rights, objections, privileges, appellate rights, or arguments concerning the contempt finding, the underlying device orders, the sanctions imposed, or my present ability to comply.

38. I declare under the penalty of perjury, that the foregoing is true and correct. Executed on this 1st Day of June 2026

**Signature:**

Darryl Damien Washington

Darryl Damien Washington

Date: 06/1/26

## ACKNOWLEDGMENT OF NOTARY PUBLIC

STATE OF Maryland

COUNTY OF Prince George's

On this 1st day of June, 20 26, before me, Jesus Guadalupe Martinez, Appeared Darryl Damien Washington who proved to me through government-issued photo identification to be the above-named person, in my presence executed the foregoing instrument and acknowledged that he executed the same as his free act and deed.

Notary Public's Signature

Jesus Guadalupe Martinez

Notary Public Print Name

My Commission Expires: January 28, 2030

JESUS GUADALUPE MARTINEZ
NOTARY PUBLIC
ANNE ARUNDEL COUNTY COUNTY
MARYLAND
MY COMMISSION EXPIRES JANUARY 28, 2030

**Police Records Division**

METROPOLITAN WASHINGTON AIRPORTS AUTHORITY

Police Headquarters
45045 Aviation Drive
2nd Floor
Dulles, VA 20166

703-417-8520
PoliceRecords@mwaa.com

**mwaa.com**

DULLES INTERNATIONAL
P.O. Box 17045
Washington, DC 20041-0045

MWAA POLICE
REPORT 260513-54193

# Incident Details Report

MWAA POLICE RECORDS
CERTIFIED COPY

**Incident Number: 260513-54193**

**Incident Status: Closed**

**Incident Date: 05/13/2026 19:07:12**

**Last Updated: 05/13/2026 19:22:56**

MWAA POLICE RECORDS
CERTIFIED COPY

## INCIDENT INFORMATION

| | | | |
|---|---|---|---|
| **Incident Type Code:** | PATRON | **Incident Type Description:** | PATRON-PATRON ASSIST |
| **Priority:** | 2 | **Incident Status:** | Closed |
| **Created By Name:** | Kelso, Kristi | **Created by Agency/Userid:** | PSCC/KelsoK |
| **Modifying Circ:** | LP | **Dispositions:** | AC |
| **Report Numbers:** | | | |

## LOCATION INFORMATION

| | | | |
|---|---|---|---|
| **Location Name:** | POLICE STATION IAD | **Building:** | |
| **Address:** | 23550 AUTOPILOT DR | **Apartment:** | |
| **City:** | IAD | **Cross Street:** | |
| **Area:** | IAD | **Sector:** | 3IAD |
| **Beat:** | D30 | **Reporting District:** | |
| **Latitude:** | 38.96467692 | **Longitude:** | -77.44893251 |

## CALLER INFORMATION

| | | | |
|---|---|---|---|
| **Caller Name:** | | **Caller Phone Number:** | |
| **Caller Location:** | | **Caller City:** | |
| **Contact Caller:** | | **Call Source:** | 911 Call |

## ASSIGNED UNITS

| Pri | UNIT: | DISPATCHED: | ENROUTE: | ARRIVED: | CLEARED: | DISPOSITION(S) |
|---|---|---|---|---|---|---|
| * | PD/3D31 | 05/13/2026 19:07:16 | 05/13/2026 19:07:21 | | 05/13/2026 19:22:56 | AC |

## INCIDENT COMMENTS

| DATE TIME: | USERID: | COMMENTS: |
|---|---|---|
| 05/13/2026 19:10:04 | KelsoK | RP # [redacted]<br>Derryl Damien Washington |
| 05/13/2026 19:18:10 | GuzmanMartinezH | Macbook Pro 2022 Model<br>Grey/Silver<br>Sticker on back<br>With power cable<br>In a black drawstring bag |
| 05/13/2026 19:20:38 | GuzmanMartinezH | RP is going to fill out the lost and found form online, RP was informed if his company sees the Macbook location somewhere to report it. |
| 05/13/2026 19:22:56 | GuzmanMartinezH | DISPO AC: |

## ADDRESS CHANGES

## PRIORITY CHANGES

**INCIDENT TYPE CHANGES**

# Metropolitan Washington Airports Authority Police Department

## CASE REPORT

| Case Report Number | Report Type | CAD Subject | Title |
|---|---|---|---|
| 260513-54193-001 | Offense | PATRON-PATRON ASSIST | Larceny - All Other |
| **Case Number** | **Disposition** | **Entered On** | **Entered By** |
| 260513-54193 | | 5/28/2026 8:43:17 AM | BERRY, LARRY JOE |
| **Occurred On** | **Or Between** | **Reported On** | **Reporting Officer** |
| 5/8/2026 2:00:00 PM | 5/8/2026 2:45:00 PM | 5/13/2026 7:07:12 PM | BERRY, LARRY JOE |

### ADMINISTRATIVE

| Address | CSZ | Location Name | District |
|---|---|---|---|
| 23550 Autopilot Dr | IAD, VA 20166 | POLICE STATION IAD | IAD - Dulles International Airport |

**Narrative:** On Thursday May 28, 2026, at approximately 0845 hours, Mr. Darryl Damien Washington came to the IAD police station reference to having a report being changed from Lost property to stolen property.

Mr. Washington reported he had attempted to obtain a copy of the report from records and was referred to the front desk at the station. Mr. Washington reported the incident had occurred on May 8th and he had reported the incident to an officer on May 13th.

I went ahead and obtained Mr. Washington's statement of facts, which is scanned into the report.

I sent an email to the original officer so that he could complete any follow-up or additional investigation.

### OFFENSE

| Offense | Cargo Theft | Completed |
|---|---|---|
| Larceny - All Other | No | Yes |
| **Location Type** | **Hate/Bias** | **Domestic Violence** |
| Highway/Road/Alley | None (No Bias) | No |

| Using | Weapons | Criminal Activity |
|---|---|---|
| Not Applicable | | None/Unknown |

| Premises Entered | Method of Entry | Type Security | |
|---|---|---|---|
| | | | |
| **Entry** | **Exit** | **How Left Scene** | **Tools** |
| | | | |

### VICTIM INFORMATION

| Victim Type | Victim Of |
|---|---|
| Business | Larceny - All Other |

| Name | Age | DOB | Juvenile | Sex | Height | Weight |
|---|---|---|---|---|---|---|
| Even Lab In | | | | | | |

| Complexion | Ethnicity | Eye Color | Hair Color | OLN | OLS |
|---|---|---|---|---|---|
| | | | | | |

**Attire** | **Employer/School:**

**Aliases:**

**Addresses:**

| | | | | |
|---|---|---|---|---|
| Work | 313 Plankinton Ave | Milwaukee, WI | | US - United States of America |

**Phones:**

**Email:**

**Scars, Marks and Tattoos:**

**Notes:** This is the company who owns the laptop

### OTHERS INFORMATION

**Entity Type**
Complainant

| Name | Age | DOB | Juvenile | Sex | Height | Weight |
|---|---|---|---|---|---|---|
| Washington, Darryl Damien | 37 | [redacted]9 88 | No | Male | | |

| Complexion | Ethnicity | Eye Color | Hair Color | OLN | OLS |
|---|---|---|---|---|---|
| | | | Black | MD10275974483 | Maryland |

**Attire** | **Employer/School:**

**Aliases:**

**Addresses:**

| | | | | |
|---|---|---|---|---|
| Home | [redacted] | [redacted] | | US - United States of America |

**Phones:**

| | |
|---|---|
| Mobile | [redacted] |

Case 1:24-cv-06785-JGLC Document 297-1 Filed 06/01/26 Page 11 of 13

# Metropolitan Washington Airports Authority Police Department

CASE REPORT

| Case Report Number | Report Type | CAD Subject | Title |
|---|---|---|---|
| 260513-54193-001 | Offense | PATRON-PATRON ASSIST | Larceny - All Other |
| **Case Number** | **Disposition** | **Entered On** | **Entered By** |
| 260513-54193 | | 5/28/2026 8:43:17 AM | BERRY, LARRY JOE |
| **Occurred On** | **Or Between** | **Reported On** | **Reporting Officer** |
| 5/8/2026 2:00:00 PM | 5/8/2026 2:45:00 PM | 5/13/2026 7:07:12 PM | BERRY, LARRY JOE |

| |
|---|
| **Email:** |
| DDotomen.com@gmail.com |
| **Scars, Marks and Tattoos:** |
| **Notes:** This subject previously worked for the company Even Lab Inc and was issued the computer at the time of employment. (He no longer works for them) |

PROPERTY INFORMATION

| Property | Offense | Description |
|---|---|---|
| Computer Hardware/Software | Larceny - All Other | MacBook Pro Apple M2 2022 |
| **Count** | **Value** | **Status** |
| 1 | 900.00 | Stolen |

| VIN/Serial Number | HIN | OAN | License Plate |
|---|---|---|---|
| unknown | | | |
| **Make** | **Model** | **Recovered Date** | **Owner** |
| Apple | MacBook Pro Apple M2 2022 | | |

| License Plate: | License State: |
|---|---|
| | |

**Notes:**

Case 1:24-cv-06785-JGLC Document 297-1 Filed 06/01/26 Page 12 of 13

Metropolitan Washington Airports Authority
OFFICE OF PUBLIC SAFETY
POLICE DEPARTMENT

# STATEMENT OF FACTS

| Name (Last, First Middle) | | | | |
|---|---|---|---|---|
| Darryl Damien Washington | ☐ PRINCIPAL ☒ COMPLAINANT | ☐ WITNESS | ☒ DULLES ☐ NATIONAL | COMPLAINT CONTROL NO. 260513-54193 |
| ADDRESS [redacted] | [redacted] | | HOME PHONE (Include Area Code) [redacted] | |
| CITY | STATE | ZIP CODE | WORK PHONE (Include Area Code) ( ) | |

DETAILS - STATEMENT OF FACTS

On May 8th at approx. 1:45 I was picked up by Uber Driver (Stanilus) in Maryland. As we got closer to Dulles there was traffic on 66 causing a delay. At About 2:46 pm I Finally arrived at Dulles and immediately made a run to catch My Flight Departing at 3:25 pm. There was an issue that prevented me from Mobile Checkin and My Boarding Pass was not Allowed to Print at kiosk. I rushed to Help Desk and was told my ticket Had an error and was not internally Processed. ~~Can~~ Once the Airline employee resolved the error it was too late to board. I asked to be rebooked and She asked me Do I have bags to Check and thats when I realized I Did not have the lap-top. I called the Driver and asked Him to see if the laptop was in the truck. He told me He was Driving but he would pull over and check. When I called Him again He Said He didn't See it. I Followed up with the Driver again on May 11th and again He Said it was not there and other Passengers Did not Contact Him about it. I went to Dulles Police Station On May 13th and Reported the macBook Lost to Officer Guzman and another officer with Him. I Filed a lost and Found report with the Airport Per Officer Guzman instructions I Followed up again with the Driver on May 24th But he had not recovered the laptop or received other calls about it.

| | | | |
|---|---|---|---|
| I CERTIFY BY MY SIGNATURE THAT THIS A STATEMENT TO THE BEST OF MY KNOWLEDGE AND BELIEF | NAME (Print or Type) Darryl Damien Washington | | |
| SIGNATURE [signature] | TITLE OR OFFICER ID NO. | | DATE AND TIME |
| WRITTEN BY - NAME (Print or Type) | SIGNATURE | TITLE | PAGE 1 |

PD-30 (Rev. 1/22)

DETAILS CONTINUED – STATEMENT OF FACTS:

I do not have the Serial number of the laptop. Even Lab Inc are the owners of the Macbook Pro Apple M2 2022. Even is based in Milwaukee, ~~Wis~~ Wisconsin at 313 N Plankinton Ave.

#1 - 09.8

EMAIL: WGuilford@GuilfordLawgroup.com

| | | |
|---|---|---|
| I CERTIFY BY MY SIGNATURE THAT THIS IS A STATEMENT TO THE BEST OF MY KNOWLEDGE AND BELIEF. | SIGNATURE [signature] | |
| NAME Darryl Damian Washington | TITLE: | DATE: 5/29/26 |
| WRITTEN BY | TITLE: | |