Exhibits – Damien Washington

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incoming | Mom | May 08, 2026 | 5:11 pm | 2 mins | Incoming | Network | $0.00 |
| Outgoing | Mom | May 08, 2026 | 5:09 pm | 1 mins | Hyattsvl, MD | Network | $0.00 |
| Outgoing | Mom | May 08, 2026 | 4:46 pm | 4 mins | Hyattsvl, MD | Network | $0.00 |

What would you like to do? **Download log(.xlsx)**

Incoming Outgoing

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incoming | **Stan Uber** | May 24, 2026 | 9:22 pm | 3 mins | Incoming | Network | **$0.00** |
| Outgoing | **Stan Uber** | May 11, 2026 | 5:05 pm | 5 mins | Hyattsvl, MD | Network | **$0.00** |
| Outgoing | **Stan Uber** | May 08, 2026 | 3:51 pm | 2 mins | Hyattsvl, MD | Network | **$0.00** |

Confirmation Number:

## GB2RVC

**Flight 1 of 2 UA684** — Class: United Economy (N)

Fri, May 08, 2026
**03:25 PM**
Washington, DC, US (IAD)

Fri, May 08, 2026
**06:10 PM**
Los Angeles, CA, US (LAX)

**Flight 2 of 2 UA1202** — Class: United Economy (N)

Fri, May 08, 2026
**10:41 PM**
Los Angeles, CA, US (LAX)

Sat, May 09, 2026
**05:30 AM**
San José, CR (SJO)

**Traveler Details**

WASHINGTON/DARRYL
eTicket number: **0162101012572**
Frequent Flyer: UA-XXXXX740 Member
Preferred zone seat (0164394445393)

Seats: IAD-LAX -----
**LAX-SJO ----**
**IAD-LAX**

**Purchase Summary**

Method of payment:

**Future flight credit: 153.08 USD**
**Confirmation #: KZ7LYW**

EXHIBIT
17

Exhibits – Damien Washington

**Pick up:**
Thu May 28, 2026 at 07:00 AM

**Drop off:**
Fri May 29, 2026 at 07:00 AM

**Your Confirmation Number:**
**46877602US2**

Modify/Cancel This Reservation.

**Your Car**



**Ford Bronco or similar or similar**
**Mileage: Unlimited free miles**
**Automatic Transmission**

| **Estimated Total:** | **$92.28** |
|---|---|
| Base Rate: | $70.19 |
| Rental Options: | $0.00 |
| Protections/Coverages: | $0.00 |
| Surcharges/Fees: | $13.70 |
| Concession Recovery Fee (11.11%): | $8.09 |
| Customer Facility Charge 3.00/day: | $3.00 |
| Energy Recovery Fee .77/day: | $0.77 |
| Frequent Travel Program For Miles/points: | $1.50 |
| Vehicle License Fee .34/day: | $0.34 |
| Taxes: | $ 8.39 |

View complete summary of charges

**Additional Fees May Apply If Changes Are Made To Your Return Date, Time And/Or Location.**

## Location Information

**Pick Up Location**
Washington Dulles Intl Airport,IAD
23360 Autopilot Dr.
Sterling, VA 20166 US
(1) 703-437-9559
Sun - Sat open 24 hrs

**Drop Off Location**
Washington Dulles Intl Airport,IAD
23360 Autopilot Dr.
Sterling, VA 20166 US
(1) 703-437-9559
Sun - Sat open 24 hrs

**Identity Verification Requirements**

Budget does not accept digital driver's licenses for rental. Please bring a hard copy of your driver's license at the time of rental.
Please note: A secondary form of identification may be required when picking up your vehicle. Acceptable forms of identification include passports and state-issued photo ID cards.

**Credit Card/Debit Card Policy**

Please note: At the time of rental, there will be a hold amount of up to $300 USD for credit and debit