PARNESS LAW FIRM, PLLC
136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

September 28, 2026

VIA ECF

United States District Judge Jessica G. L. Clarke
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *Babygrande Global, Inc. v. Even Labs Inc. et al*, 1:24-cv-6785-JGLC

Dear Judge Clarke:

We represent Plaintiff Babygrande Global, Inc. in the above-referenced matter. Last week, I advised counsel for the Even Defendants that Mr. Wilson is the only employee of Babygrande Global, Inc., making his knowledge co-extensive with that of Babygrande Global, Inc., and his preparation to testify in his individual capacity co-extensive with his preparation to testify on behalf of Plaintiff. I advised counsel that there is nothing preventing them from conducting both depositions – that of Mr. Wilson and that of Babygrande Global, Inc. – on September 29, 2026, that to insist on Mr. Wilson appearing two full days in a row to cover the same ground would be wasteful and abusive, and that Plaintiff reserves its right to deem both depositions concluded at the end of that first day.

Counsel for the Even Defendants advised, in response, that they intend to depose Mr. Wilson for two full days. We respectfully request that the Court direct the Even Defendants to use reasonable efforts to complete the depositions on September 29. If at the end of the September 29 deposition the Even Defendants insist on having Mr. Wilson sit for another day, and if the Court orders Mr. Wilson to do so, we will work with counsel for the Even Defendants to find a mutually-acceptable date, as Mr. Wilson is in any event unavailable to return on September 30.

Respectfully submitted,

Hillel I. Parness

cc: Counsel of Record (via ECF)