UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,

Plaintiff,

-against-

ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.; DAMIEN DDOT WASHINGTON,

Defendants.

24-CV-6785 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court addresses three outstanding motions on the docket. Separately, the Court enters a case management plan setting a new discovery schedule in this case. The Court is unlikely to extend discovery beyond this schedule absent extraordinary circumstances.

First, Defendant Damien "DDot" Washington's request for pro bono counsel is DENIED as moot. ECF No. 248. Subsequent to his motion, Mr. Washington retained counsel. *See* ECF No. 288.

Second, the motion to seal at ECF No. 255 is DENIED for the same reasons the Court denied the proposed redactions at ECF No. 278. *See* ECF No. 336. The Court discussed its reasoning on the record at the hearing conducted on September 18, 2026. *Id.*

Third, the motion to limit the deposition of Chuck Wilson is DENIED. ECF No. 342. The Court addressed the motion on the record on September 29, 2026.

The Clerk of Court is respectfully directed to terminate ECF Nos. 248, 255, and 342.

Dated: October 5, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge