# Exhibit 2

## PREVIOUSLY FILED UNDER SEAL

# Audio Transcript

Case Number: 1:24-cv-6785-JGLC
Date: August 5, 2025

In the matter of:

# Babygrande Global, Inc. v EVEN Labs, et al.

## Chuck Wilson 08-05-2025 (Attorney Ears & Eyes Only).m4a

CERTIFIED
COPY

Reported by:
Esther Smith

Steno
Agency, Inc.

1100 Glendon Avenue
Suite 1850
Los Angeles, CA 90024
concierge@steno.com
(888) 707-8366

SUPERIOR COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

Chuck Wilson 08-05-2025 (Attorney Ears & Eyes Only)

CASE NUMBER. 1:24-cv-6785-JGLC

BABYGRANDE GLOBAL, INC.,
Plaintiff,
vs.
EVEN LABS, et al.,
Defendants.
_________________________________/

Audio Labeled:
Audio Transcript of Job ID 2443602
Length: 0:57:42

Transcribed by:
(Esther Smith)

APPEARANCE:

CHUCK WILSON

DAMIEN 'DDOT' WASHINGTON



MR. WASHINGTON: Hello?

MR. WILSON: Hey. DDOT?

MR. WASHINGTON: Yes, sir. Chuck?

MR. WILSON: Hey. Chuck, yeah. How's it going, man? I'm -- I'm overseas, so sorry about the time.

MR. WASHINGTON: No, it's actually my fault. Because I didn't even realize that Hillel had double-emailed me and gave me your number a couple hours ago. So when I -- I was like, I started to write him and say, "Hey, I haven't heard from Chuck," and then your number was right there. I said, "Oh, that's my bad. I got to take the L on that one."

MR. WILSON: Oh, yeah, no, it's all good. I didn't -- I didn't know -- I actually wasn't sure if I was supposed to call you or what, but it's all good. This -- this situation's getting crazier and crazier, huh?

MR. WASHINGTON: Yeah. And, you know, what's -- you know, historical context, you know, before we even get into all that, you know, I'm a big fan of Babygrande. And -- and what's crazy is that, like, my, like fandom for the label goes back to Visions of Gandhi and Ripped the Jacker.



MR. WILSON: Wow.

MR. WASHINGTON: Like, I actually own the CDs. And I was actually just at a meeting yesterday where they -- this company I was meeting with, you know, they're doing business with Vinny Pass now. And I was like, "Yo, I've been -- I've been down with, you know, Jedi Mind Tricks and, you know, since, man, Visions of Gandhi was my favorite album." But, you know, because I'm also a Philly sports guy, so them being from Philly was another thing for me and I always loved Vinny and Just Allah as separate artists, but, you know, I've taught them about the Pharaohs, Army the Pharaohs, all that. I'm actual --

MR. WILSON: Yeah.

MR. WASHINGTON: I'm really from the culture. You know, the rest of the company don't have the kind of background that I do, but I'm really from the culture. So when I realized that this is what was happening, I was like, "Oh, damn." Like, you know?

MR. WILSON: Yeah.

MR. WASHINGTON: It is not something that I really wanted to be a part of much less, you know, adversarially.



MR. WILSON: Right. No, I appreciate that. Yeah, that was a great run with them, man. We just -- we -- we talking with those guys again. You know, Stoop's back on the label as well, so, you know, putting some nice projects together with him. We got one with -- with Stove and Cooks, by the way. So that's coming along pretty nicely. It's really almost done.

But yeah, man, it's good stuff. It's good stuff. I -- I just, you know, I really -- all I can say is that -- and this isn't directly to you, it's just, you know, I -- Cooks has been -- first of all, I love Cooks as an artist and -- and really gotten to know him as a person. And that's the kind of crazy thing is that people don't realize, no matter what you read out here -- I talk to this guy every day, we're really good friends.

And it took -- you know, I've been working with him for four years, you know? And it took a lot to get there with him. And -- and so, you know, those recordings were -- it was tough to get to that point where we had those recordings. We were excited about them.

You know, there's -- there were -- you know, there were things we're still working on with the

recordings, but it -- it -- it's all things -- all things combined, it was just, like, I'm just of the mindset, if someone puts a bag in front of a rapper's face, they're going to take it, you know? So that's just -- that's just kind of one-on-one for me in the music business. And so I never really put any blame on Cooks here.

And I don't -- I'm not speaking factually, I just -- that's just my assumption about anything. Like, I can't blame the artist. The artist is going to take the bag. They just do it, you know? And I'm not saying that's what happened, but that's just how I've looked at this. And I'm just -- I felt like -- you know, I just feel like even, they just -- you know, there's -- it's a startup tech company, and so many tech companies been built off of music, and I just feel like it was just, like, man, it was a violation, bro.

Like, you -- you know, it's everywhere. If you Google him, he's in a record deal. I think -- I think he made it clear he was in a record deal. I don't know, but I just, like -- I just can't stand for this. This is just too much. It's -- it's -- so that's what led to this. And -- and that's about it. They -- they, you know, I -- I feel like it's -



- it's come out in the -- first of all, the way they've handled you is just ridiculous, you know?

I mean, it really is. It's -- it's, I mean, I know the judge is looking at that shit like, you know, "You-all didn't want to pay his legal fees? Really?"

MR. WASHINGTON: Which by the way, I'm still performing --

MR. WILSON: "Do you know much that is? It's, like, $10 million lawsuit, you don't want to pay his legal fees?"

MR. WASHINGTON: And not only that, I'm still performing at a high level as the director of business development for the company. Like, tomorrow, I have to go into sit down with Tune Core to close the deal. Last week, I got Secretly Distribution announced, and I closed that deal by myself. But my CEO thought it wouldn't be good for the company perception-wise if my name was attached to the press release, and removed it.

And did the same for United Master's Partnership, even though those are two partnerships that I worked on for over a year and a half, and closed by myself.

MR. WILSON: Oh, my gosh.



MR. WASHINGTON: So I'm being not only abandoned, but also then stripped of credit for work that I did almost single-handedly.

MR. WILSON: Yeah. That's unfortunate, man. It really is.

MR. WASHINGTON: Now, I do want to give you -- kind of fill in some blanks and color and -- and color and some lines for you, right? You know, when I got introduced to Stove, it came through someone else who had used the platform who worked with Dame Lillard.

And he was like, "Yo, Stove's my guy. You know, we had a great experience with you, DDOT, showing Dame, the platform and Dame using the platform. And, you know, our other artists and, you know, that are affiliated with us. They used it and everything was great, and we love how you handled us. I think Stove would be somebody that could be -- you know, he could -- he could really use this platform in a great way because he has such a rabbit fan base that are really locked in with him."

I said, "Okay. Great. You know, I'm aware of who he is. I know he was affiliated with the Griselda guys." And then it clicked with me once I got on a call with him, I was like, "Wait a minute,



you used to go by Aaron Cooks?" And he's like, "Yeah." I said, "Man, like, I was on my way out, but I used to work with Bus at the time."

MR. WILSON: Oh, wow. Okay.

MR. WASHINGTON: So as I was on my way out from Bus, Bus was telling us, "Yo, I got this kid, Cooks, he's from Upstate, he's fire. He's about to be the next." And the last thing that I worked on with Busta was his Dragon mixtape, and Cooks is featured on there. And I worked on that. It was me, Shaheen, Bus, and Chris Hershey, who's now at Create Music Group.

And that was the last thing that I touched before I -- you know, I made my departure from working with a conglomerate. But I started with Bus, you know, I got -- I helped Bus get OT Genesis off the ground with 'I'm in Love with The Coco'.

MR. WILSON: Wow.

MR. WASHINGTON: So, you know, my history comes in. I was -- I was a producer first before I ever got into the actual business of the music industry. You know, I was making beats and getting placements and stuff like that. And then I ended up building out my own website called ddot.oman.com, which is a music, you know, platform, news media site that I

Page 10

built by my own -- my own bare hands.

You know, I broke artists like Doja Cat and -- and Jay Electronica and -- and SZA and -- and J. Cole, you know, from either being them featured on my website, or me being directly involved with them behind the scenes as a consultant or just a, you know, somebody that they can pick their brain and help them, you know, through just different things. So that's my historical context, right? So I -- I had my own name, you know, the quote from The Wires. My name is my name, you know?

MR. WILSON: Right.

MR. WASHINGTON: That's me to a degree. I didn't have to stand on nobody's shoulders to look tall. I never worked at a label. I've only worked in consulting capacities. So any A&R credits or plaques that I have, I got that out the mud. Nobody -- I was never nobody's assistant. I didn't come through no intern program. I don't come from nepotism. I come from the mud.

MR. WILSON: Right -- right.

MR. WASHINGTON: You feel me? So going back to what I was saying earlier is when I got on the call with Stove, I was like, "Oh, wait, yeah, I remember you now. We didn't really get to connect, but it

Page 11

was kind of in passing that Bus introduced you." And -- but I was already on my way out focusing on some other things I was about to do after being with Bus for two years.

So I didn't really hang on to it, and didn't really register with me until I was like, "Oh, this is the same kid." But he changed his name. He had a different look. He had his braid now and everything like that. So --

MR. WILSON: Right.

MR. WASHINGTON: -- you know, throughout the course of the call, and just so you understand, standard protocol when I'm involved doing my work, we go through -- I walk you through the platform, its advantages, the value prop, how you can use it, when you can use it, if -- and then one of the most important things that I check off on that list on that introductory call no matter who it's with is, "Are you with the -- who's your management," or, "Are you with a label? Are you with the distributor?"

These are boxes that have to be checked off, right?

MR. WILSON: Right.

MR. WASHINGTON: And I don't know why or what

Page 12

the reason was, but it was very clear to me, and you'll see, you know, once the -- I turned over the discovery to Hillel that, you know, Stove, didn't -- he -- he definitely said, "I'm not with a label." And he's like, "I don't got nobody. It is just me," right? That's what he's -- that was his story, that's what he was sticking to.

Like you said, you know, when it's an opportunity for a bag and they don't have to cut somebody in, maybe that's what it was. I don't want to speak for him, I don't want to make any assumptions, but I can just tell you factually, he made it very clear, "I'm not with no label." That's what he said, right?

MR. WILSON: Are you saying he made it clear in writing?

MR. WASHINGTON: He -- no, I said -- I said he made it clear that he was not with a label on the call.

MR. WILSON: Oh, on the call. Okay. Yeah.

MR. WASHINGTON: And -- but then he also doubled down on that in writing later. So, you know, once the campaign was on the platform at that point in time, you know, everything just seemed smooth. And next thing you know, the CEO comes to

Page 13

me and he's like, "Oh, we got to take-down notice." And so he's like, "Can you ask Stove about, you know, who -- who or what this label -- he got a label he signed?"

I said -- I said, "He told me he doesn't." So I went back, I said, "Yo, CEO's saying there's a label at -- you know, you got to take the music down." And this is what he said. "No, I'm -- no -- no, I'm not -- I'm not messing with them. I'm not effing with them. I'm -- you know, they still trying to be involved."

So I called him. So this is when we got into the conversation and he is like, "No, I ain't with nobody. I did, like, one album with them -- them dudes and they still trying to -- " So I was like, "I don't know -- you know, I know you went from Bus and then I heard, like, you was with Rock Marciano and then now it's this." I was like, "I don't know what's -- what's what," right?

I said, "Okay. Well, if you are saying this is your music and these are some people that shouldn't be trying to call the shots on, you know, where -- controlling your music, you got to respond to the claim. And either -- if it's yours, you got to stand on -- you got to stand on that, otherwise it's

Page 14

going to have to get taken down." I even asked, I said, "Do you have a contract so that I could read through it?"

Because we've had these instances before where a artist might have said, "Well, I don't think they have the rights to my D to C, my direct to consumer, whatever the case may be," or, "I don't think they have the rights to this," or, "I can do it." And then that not be the case.

And then we -- what -- what we do in that instance is, we call you and say, "Hey, your artist wants to use EVEN, we're going to send you over an agreement so that you can get cut in on the revenue, or the revenue will go directly to Babygrande, then Babygrande will pay out whatever you guys work out in you-all deal." That's what's supposed to happen.

MR. WILSON: Right.

MR. WASHINGTON: That's how I run -- run my ship when it's -- when I'm involved, but I don't own this company, right? So, you know, when the C and D flew, it was, "Well this is between Stove and -- and Chuck and them." I said, "Okay. Well, to that end Stove is still holding, sticking to his gun saying he owns it and that's that and there's no paperwork. And this, that, and the third. It was -- this is

Page 15

all the -- the scenarios I've been given. I don't have any -- you know, anything to go off other than his word and him doubling down and sending back a note to EVEN saying, 'Under penalty of -- and -- and under the law, I, you know, affirm that this is my music and I'm -- and I don't want to take this down off of the platform'."

That's where if the -- it was, "Okay. Well, he must be really serious to go that far." That's what happened, right?

MR. WILSON: Right.

MR. WASHINGTON: And so, you know, as the days go by, you know, the EVEN CEO, Rodriguez, he didn't have no -- no intent on taking that -- that release down. And that's because it was performing so well. And there was a drought in the business of the releases because I removed myself from their Artist Relations team.

And because there was some friction between him and -- him -- myself and him, and him promoting me and not giving me just due, which just continues to be a -- a pattern, a cycle that I've been dealing with, right? And I said, "Okay. You don't want me to run this department? I got other opportunities elsewhere anyway. You know, I can go work

Page 16

anywhere."

So I had other opportunities. I went and consulted. Sure enough, the business starts going downhill. Now he comes back to me, "Hey, come back as a consultant." "Okay. Cool. All right. I'm getting money elsewhere, I'll take your money too because I can do this in my sleep. I'm good at whatever I do."

MR. WILSON: Right.

MR. WASHINGTON: There's no -- there's no area where I don't -- where I don't excel. When I was an A&R, when I was a manager, you know, when I ran my site, everything I always do, I always got to be the best. That's just me. That's my work ethic.

MR. WILSON: Yeah.

MR. WASHINGTON: Right?

MR. WILSON: I remember your sites way back, right?

MR. WASHINGTON: Thank you. And --

MR. WILSON: I remember that, actually. I -- I don't remember the -- I just -- it just -- I remember it. Yeah, it was nice too. I -- I don't remember everything about it, but I remember seeing your website.

MR. WASHINGTON: I posted a lot of artists from

Page 17

you-all back then.

MR. WILSON: Yeah.

MR. WASHINGTON: You know what I'm saying? So especially anything to do with Jedi Mind. Like, so --

MR. WILSON: Right -- right.

MR. WASHINGTON: This -- but this whole Stove situation, it got by me and I didn't have any information other than what he was saying. And --

MR. WILSON: Yeah.

MR. WASHINGTON: -- you know, the way he painted the picture to me, at least on the phone was, "Yo, man, these guys just mad. I don't want to work with them no more. They -- they would just want -- they just trying to get a piece of whatever I'm doing because I'm hot and I'm popping now." And, you know, no offense to you without knowing the full backstory, anything, I've seen this before.

"Oh, somebody's still trying to be involved or overreach," or, you know, maybe they had some sort of, you know, dispute over something and it's still in litigation, or maybe they haven't litigated it or it's a dispute over money, or, "Oh, you owe me this and -- " I've seen a lot of different things. You know what I'm saying? So I've been on both sides

Page 18

where people have ran off on me after I got them a deal. And people have ran off on me after I had them go viral.

And the next thing you know, the next manager who doesn't have the same melanin as me comes along and poaches the client, or after I done did all -- laid all the groundwork, got them in front of all the label execs and got them performing at showcases and -- I've seen it all. So I've been on both sides, right?

MR. WILSON: Yeah -- yeah.

MR. WASHINGTON: And I take that into business. You always got to be down the middle. You got to weigh, you know, if I was in your shoes versus if I'm in the artist's shoes or whatever the case may be, I do good business because I'm always able to be able to be -- you know, I'm always able to be objective no matter what the situation is.

MR. WILSON: Right.

MR. WASHINGTON: Even in this scenario, when I've spoken to, you know, attorneys about the situation, I've always come to the same conclusion. "I'm not mad at what Chuck or -- or Babygrande's doing. I would do the -- probably do the same thing if I was in -- in his -- his situation, in his

Page 19

shoes. He's not doing anything that I wouldn't do."

As -- even as it pertains to having me involved, even though I shouldn't be, at least, you know, that's my position. I wouldn't do anything differently than you're doing. That is the bottom line, right.

And, you know, again, going back to the facts is, the CEO had no intent of taking that down because the numbers was too undeniable on revenue, but also the profile they were getting and -- from the industry and social media and, "Are the artists tapping in, you know, from seeing Stove all over EVEN's Instagram and social media and on the platform?" My phone was blown up. So it was good for business.

MR. WILSON: Right.

MR. WASHINGTON: Right? Now, again, the arrogance of the CEO was not going to you and saying, "Yo, Chuck, this is a miscommunication, it's a misunderstanding. How can we get this revenue funneled over to you and we can figure out official partnership?" Because that's what they brought me on as head of business development for, is to create partnerships, not create problems and adversaries and enemies, right?

Page 20

There are people who I don't really care for in this business that I've still done partnerships with because it's good for business at this company.

MR. WILSON: Right.

MR. WASHINGTON: So to that end, he's the CEO. He's the -- he's the founder. The buck stops with him. If he wanted to put a nip in the bud on a release, he's done it before. There was an artist that was signed to a label in -- in Australia, and I brought her to the platform and she hadn't had communication with the label in some time.

So in her mind she's like, "Well, they don't have a right to -- for me putting this out on EVEN." And sure enough, they were like, "Well, actually." And then we had to do the, "Okay. Well, since you-all are here." They showed us the paperwork. I just had to say to my -- to old girl,

I said, "Listen, you know, I -- I fuck with you, I love your music, and I love you, but this is what the paperwork says. Unfortunately, you got to -- you got to, you know, pay the toll bill. They got to get it cut in." And she said, "All right. Fine. If that's how it's got to be, cool." Then that's -- it was what it was. It was done and dusted.

Page 21

MR. WILSON: Right.

MR. WASHINGTON: It didn't go any further. It didn't have to get to litigation. Everything was smoothing out.

MR. WILSON: Right.

MR. WASHINGTON: But when you have somebody who's desperate and, you know, clinging to other people's work because they -- that they can't duplicate on their own, and, you know, they saw an opportunity to keep running it up, that's what happened here.

MR. WILSON: Yeah -- yeah. You know, Cooks, he -- he -- I -- I'm not sure exactly what he said. I don't want to speak out of turn, but I know he mentioned that he thought that this was in between -- somewhere in between putting out a record and -- and distributing it. Because he said it was sold as, like -- to him as, like, a listening experience, where the consumers couldn't download it and it wasn't -- it was, like, they could only come to your platform to hear it. It wouldn't be on all the major DSPs.

MR. WASHINGTON: Correct.

MR. WILSON: And -- and he -- yeah. So he kind of -- in his -- the way he described to me was, it

was sold to him like it was some in-between space where he -- where the music could live but not violate our contract. That's -- that's how he put it to me, roughly. So I don't --

MR. WASHINGTON: To -- to some of it, yes. But --

MR. WILSON: Okay.

MR. WASHINGTON: -- the absent is, there was never any mention of a contract. And when you get into discovery, you're going to see that he said himself, "I'm moving as if there is no paperwork." That was his words verbatim. In writing. I'm not quoting, I'm not paraphrasing. This is what he said.

MR. WILSON: You talking about in writing?

MR. WASHINGTON: He told me that -- he told -- he said -- he sent me in a text message.

MR. WILSON: Wow. Okay.

MR. WASHINGTON: So, like, whatever you-all have to work out between you-all, that's between you-all. I can only tell you what was told to me, right? And again, EVEN, it still was told to me was -- on the sidebar like, "Yo, outside is EVEN stuff, you know, I need you on my team. Because I see how, you know, you know so much about the business. You



could probably help me out with a lot of different things I'm trying to do."

And I -- and I -- me, I'm like, "Okay. Cool. You know, I love your music. You are a great rapper. If you don't have no representation on management, I'm a -- a consultant or anything, I'm happy to, you know, explore that with you." I even started making calls like, "Hey, you know, how can we get him a pub deal?"

Or, "How can I get him booked on this festival?" Because of the way he sold it to me, "I ain't got no team. I'm figuring it out on my own. This, that, and the third." That's what was told to me.

MR. WILSON: Right.

MR. WASHINGTON: Whether it's true or not, you know, that's between me, him, and God, I guess.

MR. WILSON: Right.

MR. WASHINGTON: So, you know, after I -- after the period when it was removed, you know, I told both him and the CEO. EVEN was like, "Well, now what are we going to do? Because you done had 2000 plus people pay for this access. And with the -- with the -- expectation, like you said, that it would only stay -- it would stay on the platform.



And there were other things that he was going to do to also be able to engage with the fans.

Like, have, like, a listening experience where -- like, a virtual listening party where the fans who pay for the release will come into, like, a live stream, sort of, like, a IG Live sort of thing, but behind the gated paywall, and be able to comment and ask some questions about the songs and this and that and the third."

And, you know, he was even talking about EVEN getting some merch together. These are all things that were going to happen within the campaign over the course of however many weeks, right?

MR. WILSON: Right.

MR. WASHINGTON: And once the CEO got the complaint that Hillel filed, then all of a sudden, it's, "Oh, we're -- we're following DMCA compliance." I was like, "Okay. Cool. I told you from the jump, you either need to take it down or you need to, you know, go to Chuck and get the partnership done so we can just keep it going. You didn't do that."

You -- he just made it, "Oh, well it's between, you know, Stove and -- and Babygrande and Chuck." I said, "All right. You must know more than me."



Because -- because he has Reed Smith as his attorney, so I figured he -- he consulted them and they said, you know, it's between the artist and the label.

MR. WILSON: Right.

MR. WASHINGTON: Right? So me going back to business as usual, I didn't think anything of it. And then next thing you know, I'm being looped in too as a co-defendant and I'm like, "Well, what for?" And, you know, it was Stove who was adamant like, "They can't stop me. They not going to, like, interrupt what I'm doing. What I got going on."

You know, I said, "Well, you need to -- " I said -- and so going back to what I said earlier, I told EVEN and I told Stove, I said, "Listen, when you go to drop again, your fans are going to be pissed." Because they just paid -- some of them, even though he set the price for $25 for -- to the listening experience, some of them paid a 100 just because.

MR. WILSON: Wow.

MR. WASHINGTON: And that's the actually, you know, regardless how I feel about the company, the platform and the actual business model is great. It's -- and it's effective. Because --

MR. WILSON: Right.
MR. WASHINGTON: -- with the floor price that's set by the artist or the label, whoever, the size on the pricing model, fans can pay what they want. You know, I've been able to put together campaigns with artists where we found one specific fan spent a thousand dollars every time they released on the platform no matter what it was.
MR. WILSON: Right.
MR. WASHINGTON: Right? And we're talking about music that's still going to go on DSPs, that's still going to be put out commercially at some point or another, but it's that exclusivity factor in that form of having it right then and there before the rest of the world, right?
MR. WILSON: Yeah.
MR. WASHINGTON: And that's where he may be -- you know, I'll give him benefit of the doubt that he said, "Okay. This is kind of, like, a space where it's concealed. It's not on a DSP, it's not open to everybody. It's only for these fans that pay for the hearing experience." And they can't download it, which is true. There is no download mechanism on EVEN. You can enable it, but 9 times out of 10, we don't enable it unless it's, like, a DJ who's



giving away stems for, like, a remix or something like that.
We never enable the download factor. There's also security measures in place that if you do try to screen-record, your account gets blocked and banished.
MR. WILSON: Wow.
MR. WASHINGTON: And we have the ability to do instantaneous takedowns from Reddit, YouTube. That -- that's why, if you notice, none of those songs are anywhere on YouTube. No matter how many people actually were able to listen to it or when he sent it out to them, whatever it can be, it's -- it's not anywhere because those -- those audio prints are embedded on EVEN 's security system. So the minute you try to upload the YouTube, EVEN gets an automatic notice and removes it.
MR. WILSON: Wow -- wow. That's you-all's technology?
MR. WASHINGTON: That is proprietary technology mixed with audible magic packs and some other things that are already in market, but then we added our own special sauce on top of all that to really, really keep it, you know, secure. So J. Cole used the platform, he had 20,000 people try to leak it



from EVEN, and not one of them got through.
MR. WILSON: Wow.
MR. WASHINGTON: Out of the hundreds of thousands of people that purchased in, you know, whether it was his audio series, podcast, or his album that he put on EVEN, no leaks have ever come from the platform. So I will speak to the integrity of the actual platform itself. The CEO is another case. Where I've witnessed a lot of, you know, shady behavior, deceptive practices, things that I wouldn't do myself if I was somebody, you know, managing a potentially multimillion-dollar company.
MR. WILSON: Right.
MR. WASHINGTON: Right?
MR. WILSON: Right.
MR. WASHINGTON: And, you know, so the point in me wanting to talk to you is just like, brother, I'm not the guy you want.
MR. WILSON: Right. I hear you.
MR. WASHINGTON: And I'm willing, you know, if we can figure something out, I -- I don't have a problem doing a sworn affidavit and putting myself under the penalty of perjury to, you know, tell exactly what happened. Which is, this guy had the ability, after he got your notice, to put it into it



and he deliberately wanted to keep the numbers running.
MR. WILSON: Right -- right. No, that's -- that's huge. I mean, I -- I think -- you know, let me ask you, what are your thoughts on -- are most of your deals done directly with artists?
MR. WASHINGTON: So there's three different phases that I've built out for the business development. Which is, the DIY, which we call, like, the bedroom artists, the self-sufficient artists who aren't with any exclusive -- don't have any -- who don't have any exclusivity with any distributor or label. They can just create an account, but then they have to go through a KYC waiting process before they -- their account is actually approved.
So no one can just create a Stove God or a stupid account on EVEN and start releasing music the next day. It has to be vetted and approved, right?
MR. WILSON: Right.
MR. WASHINGTON: Or, they come through Babygrande or they come through Virgin Music or they come through United Masters as their pipeline to us, which is already vetted by the label, and then that account is created and authenticated and then

they're able to do releases on the platform. And then the other tier is, you might just be in a standard distro deal with the United Masters or a Toon Corps or a distro kid, whomever the case may be, and there's no financial investment.

But because you are in an exclusive licensing deal with that company, they're still entitled to receive the proceeds or some sort of rev-share split from the artists. Now, the other thing that we do to balance that out is that, the things that are not within the scope of the deal, such as, like, a live streaming, you know, listening event or a personalized group chat or, you know, maybe, like, a exclusive merch, or some artists have done audio shout outs to their -- to their fans for a price.

You know, like drops, right? Those things would be only for the artists' part of the revenue, that wouldn't go back to the label. But there are some instances in -- like, in Stove's case, from what I was told by Hillel, and, you know, once we got into the discovery, you would've been entitled to everything that came. You know, Babygrande would've been entitled to everything that came from the release.

And then whatever split agreement you had with



Stove after accounting or recoupment, you would pay him out his share from EVEN. That's how it's supposed to go.

MR. WILSON: Right. I mean, we -- just so you know, like, we -- we'll -- we don't like doing that to artists. So -- so if, like, if a windfall comes in, we're going break bread with the artists unless there's a bad relationship. Because we -- we know that through, you know, 20 years of business, like, that's just not a good look, you know?

The -- the artists got to eat too, you know? And recouping may not -- but we do have those contractual rights, but a lot of times we will still break bread with the artist and -- and not do full recoupment on something coming in just to, you know? Otherwise, the artist is going to get super frustrated, you know?

MR. WASHINGTON: Absolutely.

MR. WILSON: We learned that the hard way.

MR. WASHINGTON: But we leave that to the discretion of the label. Because some labels say, "You know what? We're not going to try to eat all of this. We'll just let that go to the artist. Or, we'll have some of it go towards the marketing recoupment and the rest they can keep." They'll --



it -- it gets worked out to where everybody walks away happy. EVEN gets their 20 percent, the artist gets a percentage of whatever it is that isn't the recorded music side, right?

So that's where there's that windfall because when the recorded music is in play, because some artists don't put their music on EVEN. Sometimes they just do video chats with their fans or they just do, you know, "I'm going to send you out a -- a personalized written note with the -- you know, with a -- with a merch item or -- " You know, they do all types of stuff to engage with the fans. But it doesn't always have to be music.

Sometimes it's a documentary. It can be all types of content. And if the label doesn't have the rights for those content or to those ancillary things, then that's all profit for the artists. But when the music is involved, we specifically have it carved out that the label or distributor has the right to participate in the revenue. And they have the first right of refusal on how it flows.

MR. WILSON: Right -- right. I mean, you know, I just -- I think -- like, one of our rules is, again, after doing this for so long, is we don't sign artists if they don't have a lawyer, you know?



We just won't do it. We -- you know, we will assist them if they need an assistance or somebody else to call or whatever.

I mean, we don't choose their lawyer for them but we can get them in the right direction or something just because it always blows up later. And I feel like, you know, with the EVEN process, I mean, who knows what Cooks understood to be, you know, accurate or what -- what he was doing, how much he was motivated by just the bag. I -- I don't know all the answers to those questions. I know he mentioned that listing experience to me.

And, you know, I don't know. I don't -- I really don't, I really can't speak. I haven't asked him these kind of things. because I just -- you know, I'm, I -- I -- when it came out, I just was like, "Wow. We got a problem with EVEN no matter what, you know?" And it just -- that's -- that's what we had to activate. So I -- I don't know. Time will tell.

And, you know -- I mean, my thing is why don't these guys --I -- I don't know why they're not offering a real settlement, but that's -- I guess that's that.

MR. WASHINGTON: I -- I told Hillel that --

Page 34

that was -- that was a -- a stupid offer to make. And, you know -- and, you know, again, because this is just between us, I actually told their lawyers, I said, "You should offer Chuck equity because that's the most valuable thing that you have because they're not super cash-positive at the moment. But I do know that they are in a process where they're trying to raise money."

MR. WILSON: Right.

MR. WASHINGTON: And, you know, this being in the system right now, you know, it probably wouldn't yield that much for you or what you -- what you probably could or should get or be entitled to. I don't know. That's for the judge to decide or the jury, whatever the case may be.

MR. WILSON: Yeah.

MR. WASHINGTON: But what I will tell you is this. There's blood from a stone when it comes to me. I -- I'm not in that tax bracket. Like, I don't even make six figures. I'm underpaid at this company. And --

MR. WILSON: Wow.

MR. WASHINGTON: -- I only make -- I only make real money off of bonuses and commission, which even with the Stove release, I didn't get my commission.

Page 35

I didn't get anything. I got zero. I got a lawsuit is what I got. And I got left in the cold. "Oh, well, because he was a consultant at the time." "Okay. But I've been with the company for two years and even after the initial lawsuit was filed, you still had me come on back full-time, you know, in a higher position with more money." So --

MR. WILSON: Right.

MR. WASHINGTON: -- you know, why would you put someone in a position of seniority in your company if I was such a -- you know, a wild card, or detrimental to your business, right?

MR. WILSON: Right.

MR. WASHINGTON: So, you know, that's going to have to play out on own. But in the interest of myself, because since it's every man for himself. Because, you know, the thing that really struck me is when I went through the transcript of the May 1st conference and, you know, Hillel was like, "Well, you know, we think we served Mr. Washington. We heard that he's trying to get -- you know, retain, you know, an attorney, blah, blah, blah."

And then EVEN's lawyers gets up in there and says, "Well, we don't represent him and whatever, you know, Babygrande is saying about him is between

Page 36

him, Stove, and Babygrande."

And I was just like, "That's an insane thing to say when you-all benefited, you-all kept you-all's 20 percent of the proceeds, and then you paid out the money directly to Stove, the remainder of it. So Chuck didn't get anything, I didn't get anything, I got a lawsuit, and you-all are hiding behind, you know, this -- this attorney. Okay. Cool. Cool."

MR. WILSON: This is some movie shit, right?

MR. WASHINGTON: You know what I'm saying? I'm just like, "Bro, like, you know?" And I -- and I prayed on it and I was just like, "You know what? Enough is enough." Because you would think what, somebody who's been around two years, you would really want to keep somebody close to you who knows what the bodies are buried.

MR. WILSON: That's why I was -- it was, it -- it blew my mind, man. Like, you-all not going to pay his legal fees to keep him on your squad?

MR. WASHINGTON: Bro. But this is the type of -- but -- but just so you understand, that's the kind of person that you're dealing with. The -- the unethical, not by of code, no morality, not a standup guy, not from the culture. You know what I'm saying?

Page 37

This is what I've come to, like, have to bear witness to and even have to keep smiling in meetings when people are like, "Yo, why is this dude, you know, trying to go behind your back to meet with me after you already connected the -- you know, made the connection or got the business done?"

MR. WILSON: Wow.

MR. WASHINGTON: Backdooring your own employees on business that's already been brought through the door is crazy.

MR. WILSON: Wow.

MR. WASHINGTON: So as disappointed as I am, I'm not surprised, right?

MR. WILSON: Yeah.

MR. WASHINGTON: And, you know, I was like, "You know what? I don't have nothing to lose at this point because the truth -- the facts don't change for me. The discovery's going to say what it says and I'm going to have to say what I have to say, but I'm not -- I don't feel like I should need to be spending in the rest of my year tied up in litigation for a company I don't have nearly enough stake in to -- for this -- for this. Not -- not for this." I promise you that.

MR. WILSON: What's the way -- what's the way

to fix this? What's the way out of this? If they -- I mean, they -- there's -- you know, they're not settling. They don't want to -- they want to keep fighting it seems.

MR. WASHINGTON: Well, and this is why I said we need to have a talk. And once you talk to Hillel and you figure out what you want to do between us, I can be way more of help in how you are able to figure out a better settlement. Because I know the pressure points and the soft spots and the weaknesses.

MR. WILSON: So what do you -- what are you proposing? Like, what do -- how do we -- I'm not sure exactly how it would work the way you see it.

MR. WASHINGTON: So --

MR. WILSON: Like what do you -- what are our options?

MR. WASHINGTON: What I would do is, I'll reach out to Hillel and offer, you know, a sworn affidavit under penalty of perjury for me to essentially be called as a witness and, you know, say what I need to say, which is the truth. And ain't nothing that I haven't really alluded already kind of said in my pleading, which is why you saw where they were so quick to seal it, right?



MR. WILSON: So -- oh, they were so quick to what?

MR. WASHINGTON: They -- they sealed my pleading because -- EVEN did. Because I aired them out.

MR. WILSON: Did the judge agree to that?

MR. WASHINGTON: Say it again?

MR. WILSON: The judge agreed to that?

MR. WASHINGTON: The judge did agree to the temporary settlement.

MR. WILSON: To -- to what?

MR. WASHINGTON: To -- to agree to temporarily seal my pleadings. That -- what I filed in response to the entire lawsuit.

MR. WILSON: Wow. I didn't know that.

MR. WASHINGTON: Yeah. So you can't see what I said, but I pretty much laid out all the details from the time I became a consultant in 2023, to me being a full-time employee in 2023, to me being a consultant in 2024, the first half, which is when everything with Stove occurred. So -- and just so you understand, the other timeline of it is, Stove and I spoke in March. We spoke in March, Chuck. He -- he spun the block to me. I didn't reach out to him.



He spun the block to me in August. "Yo, Lord, I'm ready to go. I got the music. Let's run it." "Oh, bet. All right. Cool." I'm not thinking anything of it. I do my job this -- in way I would've done it anybody else's. Tie them -- you know, connected them with the operations person. Because, again, at this point, I'm a consultant and I don't have certain access to privileges in certain parts of the system where I normally would've just done it myself and helped them.

You know, somebody else had to step in and they did it. They -- they put together -- they upload the music that he sent through the Dropbox and everything like that because I didn't have, you know, the access at that point. And then, so I laid out everything from the -- from the time that, you know, the lawsuit was filed, to him ignoring it, blowing it off, laughing at, "Oh, they -- they ain't -- can't do nothing."

I was like, "Well." I said -- so I said to him, I said, "If that's the road you're going now and you're saying it's between Stove and the lawyers, then they -- Stove and his label, then they are barking up the wrong tree and they're going to be wasting their time coming after EVEN if the root



of the problem is Stove using the platform, because he did it on his own. Like, when you have the terms of service, you assume a liability for everything you upload to the platform, the same what you do on YouTube or any other platform."

So that's the way it was, you know, conveyed to me. "Oh, this is an issue between the label and the artist." "Oh, okay. Well, I don't know what they coming after us. If you didn't do nothing wrong, we didn't do nothing wrong, this should be -- " You know, I was told repeatedly, "Oh, it's -- we're going to -- we're going to settle it. We're going to talk to Chuck. We're going to mediate. We'll be able to figure it out. It shouldn't be such a big deal, and."

"No, bro, you knew that they wanted you to take it down and you let it run. You even was even on my -- on my line, 'Yo, where's the bonus track so we can keep the sales running?' That was you. And so you was big and bad until someone bigger and badder showed up. That's what happened."

MR. WILSON: Wow.

MR. WASHINGTON: And then now that you in the fire, "Oh, let me throw DDOT under the bus."

MR. WILSON: Yeah, that was shocking. Let me

Page 42

ask you. So this sealed shit, Hillel never read it?
MR. WASHINGTON: Say that again, I'm sorry?
MR. WILSON: The -- the shit they sealed, right? You -- you -- what'd they seal? Your affidavit?
MR. WASHINGTON: So -- no, no. So what I did was, I -- because I didn't have the money for an attorney when Hillel was like, "You-all, I want -- I want a default judgment," I didn't have time to go look around for another -- or, for attorneys. I was like, "You-all got to -- I got to respond to this." Because I'm not -- I'm not an idiot. You know what I'm saying?
Like, "I didn't -- " You know, to quote Jay-Z, I didn't -- you know, "I didn't pass the bar, but I know a little bit." So --
MR. WILSON: Right.
MR. WASHINGTON: -- I was like, "I -- I got to stand up and say something because you-all have misled me to believe this whole time." I'm saying you-all as an EVEN in the CEO. "Oh, what is -- you know, they ain't serve you. You should be cool. You know, we're going to settle it. We're going to figure it out. You shouldn't be able -- you don't -- you don't really need a lawyer, you know, but you

Page 43

should get your own. If you are going to get one, you have to pay for it yourself." "What? Huh?"
MR. WILSON: Yeah.
MR. WASHINGTON: So I -- that -- so you're asking me if Hillel -- I don't know if he was able to see it before it got sealed. He -- he should have been -- have -- able to have access to it, but I put out an entire timeline of exactly what happened. Even, the fact that after, you know, I got an -- the CEO was like, "Hey, I think they updated the lawsuit and they added you." I'm like, "Huh? Me?" I didn't even have time to think about it because next thing you know, I had to bury my father.
MR. WILSON: Oh, man, I'm sorry to hear that, man. I -- I went through that recently too, man.
MR. WASHINGTON: And that was literally two days after I guess Hillel had admitted it. I was like, "I don't got time to deal with that." And next thing you know, the CEO is still breathing down my neck. "Hey, hey, can he get on a call with me and our lawyer and -- and with -- with David Leichtman?" And I was like, "Who the fuck is David Leichtman? I don't know who that is."
"Oh, we need you to get on the call so we can

Page 44

talk about that." "Why we need to talk about it if I'm not even -- if I'm not even supposed to be here in the first place?"
MR. WILSON: Wow.
MR. WASHINGTON: So the whole time it was -- I was getting strung along. "Oh, no, you know what? Don't even worry about it. You know, we going have a -- we going to -- we go to mediation in January, it'll probably get -- you know, it'll probably get just stopped there. We'll figure out a way to -- you know, to reconcile and settle it with Chuck, or -- "
Fast forward, no, that didn't happen. Okay. "Oh, well, it's -- it's going to get thrown out. It's frivolous. You know, Chuck don't have a leg to stand on. We didn't do nothing wrong, but it was all Stove's fault."
"Okay. Cool. Well, the investors got dismissed, but we still in the case, so you're still in the case, but it didn't get dismissed and the investors are nowhere to be found, but I'm still here. Got it. The guy who has the least amount of stake, the least control, and the least, you know?" I -- you not getting no money out of me. Like, I ain't got it. There's --

Page 45

MR. WILSON: Right.
MR. WASHINGTON: You know what I'm saying? I spent 15,000 out of my own pocket for -- to -- to bury my father, that I didn't have. And I didn't even have a relationship with him.
MR. WILSON: I understand, man.
MR. WASHINGTON: You know what I'm saying? So I'm sitting here like, "You know what, why am I, like, you know?" Then his -- his lawyers hit me up yesterday. "Hey, can you get on a call so we can talk about the -- the rest of your communication with Stove before we produce the discovery?"
"No, go fuck yourself. No. We're not -- we are not friends. It's every man for himself, right? You went up there on May 1st and told Judge Jessica Clark, 'Oh, well, whatever, DDOT and -- and Babygrande, that's between them and -- and Chuck and -- and Stove. They got to figure that out between themselves. That had nothing to do with EVEN.' That's what you said, right? But you still using my face card, my reputation, my network, my 15 years in this game to get your deals done with secretly, and then not give me credit and take my quote out of it."
And the same thing with United Masters, even

though I've known Steve Stout since before Translation existed as a -- as a music company. When it was just an agency.
MR. WILSON: Damn. Damn.
MR. WASHINGTON: You get what I'm saying? So I was like, "Okay."
MR. WILSON: Yes.
MR. WASHINGTON: "Cool. But you can't fire me and I ain't quit, so I guess I'm just hearing purgatory on payroll, still doing my job. Still performing."
MR. WILSON: Are you actually -- you're an employee now?
MR. WASHINGTON: I'm still an employee.
MR. WILSON: Wow.
MR. WASHINGTON: I've never not been. I'm only not, to their benefit in the -- in this case. You understand what I'm saying? And the judge is going to see that sooner rather than later.
MR. WILSON: Judge going to see what? That you're currently an employee?
MR. WASHINGTON: By New York State -- City Law, yes, I am.
MR. WILSON: Wow. The judge is going to be tripping over this the way they handle this with



you.
MR. WASHINGTON: Man, listen.
MR. WILSON: The judge has to be tripping. "Like, you're not going to -- it's -- it's your employee and you're not going to pay his legal fees on a deal for -- that he brought in for your company?"
MR. WASHINGTON: So I say -- all I have to say is, like, you know, there was never any maliciousness in all of this toward you specifically. I got one half of the story from Stove. "Oh, these guys is bogus. They still trying to be involved. They should want -- they want to have their hand in my pocket. I ain't got no management. Yo, bro, help me. You-all help me figure out some plays. I'm trying to play some shows. I'm trying to get -- I'm trying to do this."
Bro, this man had me really believing he ain't had no paperwork to the point I called Roc Nation. "Yo, my man -- my man ain't got a deal. What's up? You-all got -- you know, Conway over there got, you know, Roc over there, Marcy and you-all one man. Hook up with my man."
MR. WILSON: Right.
MR. WASHINGTON: Then I started finding out,



"No, your man is definitely in a contract with Chuck." Then I talked to Byron. And Byron was like, "DOT, why you ain't calling me? I would've been told you that Stove was definitely locked in a contract that he -- that he has to fulfill." Then it start trickling out from other people. "Oh, yeah, you know, we just got a feature for him. We had to -- we had to get clear with Chuck." "Oh, well, damn. I guess everybody knew except for me."
MR. WILSON: I know. That's the thing, man. I just -- and again, I don't put it on you, but I just feel like EVEN, as a -- as a tech company, there's some obligation on their part to really, you know? You can't do -- like, it's just -- it's hard to --
MR. WASHINGTON: How do you have Reed Smith as an attorney, you-all not doing due diligence?
MR. WILSON: Exactly.
MR. WASHINGTON: Because it can't fall on me. I'm not business affairs, I'm biz dev, motherfucker.
MR. WILSON: Right.
MR. WASHINGTON: I get the deals, I get the business, I drive the business, I grow the company. I'm not -- I'm not your legal aide.
MR. WILSON: You're not the one, yeah, kicking the tires on this shit, man. Protocols will be a



place at least.
MR. WASHINGTON: If I know it's something different.
MR. WILSON: Right, right. And you can't -- like, it's -- my whole position is it's just unreasonable to expect the artists, when they're looking at a bag, this is the multiple question. When they're looking at a bag to not take the bag. And it's also unreasonable for them to really interpret this new -- brand new space you guys have created. This listening experience.
MR. WASHINGTON: It is definitely a -- a newer emerging tech business --
MR. WILSON: Yeah.
MR. WASHINGTON: -- business model that the labels are now leaning into. The Lucians of the world and so on and so forth. They see this space where they know it's $4 billion in direct to consumer that they haven't fully tapped into yet. And so now they're trying to do business with the companies that are like EVEN because artists have been able to do exactly what Stove did, you know, to some degree, and they ain't getting no piece of it.
But here I am, I'm like, "No, there's an opportunity for everybody to eat here. Everybody

Page 50

wins. You know who's going to lose? The DSPs who's been fucking over people anyway."

MR. WILSON: Yeah, yeah. Well, let me ask you this. Did -- did J. Cole come because of Stove?

MR. WASHINGTON: No. Not -- that was a relationship between J. Cole's manager, Sasha Stone, and somebody else. And then Cole also know that I was here. And I -- I gave him the instrumental for one of his mixtapes on -- on the Friday Night Lights mixtape. There was the -- the Kanye Devil in a New Dress beat that he used on that mixtape. The instrumental didn't exist yet, so I took a 10-second or 30-second gap in the song and I looped it for Cole and I gave it to him in 2010. So --

MR. WILSON: Wow.

MR. WASHINGTON: -- that's how far I go back. So again, my reputation buys EVEN a hall pass and a lot of situations where -- where they're devoid of cultural credibility.

MR. WILSON: I mean, that's -- that's the essence of it, man. You know that.

MR. WASHINGTON: Yeah. They can point to DDOT. "Oh, yeah, we got a black guy over here. It's DDOT. You-all know him." "All right. Cool." Everybody else is Latino or white.

Page 51

MR. WILSON: And you -- but you have the -- you actually have legitimate resume, man. It resonates. So it's, like, you know, you building the company, man. It's just -- it's just whack, man. I mean, it's -- it's a lot of different ways to look at it, but they -- you know, I think the way they've handled you is really -- unfortunately for them, it just shows how they do business, you know?

MR. WASHINGTON: A hundred percent.

MR. WILSON: And that's going to hurt them with this judge, I think in the end. So I mean, let me know what you're thinking, man. I mean, as far as how to handle this. I -- I didn't know about the seal thing. I -- I don't -- maybe I knew and forgot, but I don't know why the judge would want to seal your -- your affidavit, right?

MR. WASHINGTON: My -- my pleading, they -- they sealed part -- portions of it because --

MR. WILSON: Oh, your pleading. That's why.

MR. WASHINGTON: Yeah.

MR. WILSON: Okay.

MR. WASHINGTON: Yeah. Like, when I -- so when I showed up and I filed my initial motion to dismiss, I had a summary of facts to support the actual motion as well with, you know, some visual

Page 52

evidence to support, that wasn't in discovery yet. But, you know, I've since went and added way more to discovery. And like I said, everything I'm saying to you is going to show up -- it's going to come out in the wash.

So none -- nothing changes for me other than the fact that I don't want my -- because I already had somebody who was like, "Damn, bro, I wish you wasn't tied up in this thing because there's another company that I would want to refer you to. But I know as soon as they do due diligence and they pull your name up in this, they might look at it weird. So I can't -- I don't -- I don't really think I should, you know, put your name in the hat for this job."

I'm already losing opportunities because of this shit. I don't want to be here no more. Only reason why I'm still with this company is because I -- I was advised, "Don't quit until it's over." I don't want to be in this shit no more. I have way other -- many other people that wanting to hire me and get me better situation. I'm stuck. Get me out of here, Chuck.

MR. WILSON: Damn. Damn.

MR. WASHINGTON: There's no love lost between

Page 53

me and them, trust me. But my enemy's enemy is a friend to me, so I'm going to talk to Hillel --

MR. WILSON: Okay.

MR. WASHINGTON: -- and you figure out how we move forward with this. But like I said, what I know cannot only help you in this, in the case, but there are other things that don't pertain to the case that you could use to your advantage to definitely juice up that settlement. For sure. That, I know.

MR. WILSON: Interesting. So -- okay. I'm trying to really dial in what you -- what you just said. That don't pertain to my case?

MR. WASHINGTON: Say that again, sorry?

MR. WILSON: You said you -- you know things that do not pertain to -- to this case.

MR. WASHINGTON: Right. That you can use for the case though, in terms of the settlement. There's -- I -- I -- I'm -- I'm going to go under oath on the -- on -- with a sworn affidavit and say exactly what exactly happened. Which is, this motherfucker over here knew that he had a -- a cease and desist and he kept running. That's going to tell the judge everything she needs to know as far as his intentionality and, you know, wanting to

Page 54

continue to evade and --

MR. WILSON: Right.

MR. WASHINGTON: -- continue earning profits after he had already had a cease and desist.

MR. WILSON: Yeah.

MR. WASHINGTON: Right? So that's going to be his own can of worms in the case itself, but to the extent that the case is still going to have to progress and whatever the -- you know, whatever, and still have to go through this process, I can definitely tell you things that I know you could use to your advantage to get a settlement quicker than the -- the -- than the -- than going through the whole process. I promise you that.

MR. WILSON: Wow.

MR. WASHINGTON: Because once you put that on the table, like, "Hey, you know, a little birdie told me this, and this, that, and the third, you-all might not want this getting out. What kind of settlement you going to give me now?" That's what I'm saying to you. It changes the whole landscape of your settlement.

MR. WILSON: It's -- it's that serious?

MR. WASHINGTON: It's that serious. For sure. For sure.

Page 55

MR. WILSON: Wow. All right. Yeah. Talk to Hillel then. That sounds -- that sounds like a good situation, you know? I mean, you're not a party to the lawsuit right now.

MR. WASHINGTON: I am.

MR. WILSON: Oh, I thought -- I thought what -- didn't they -- didn't you -- did you file something saying you didn't want to do that, or you shouldn't be?

MR. WASHINGTON: I filled that I shouldn't be, but the judge hasn't made a decision yet.

MR. WILSON: Oh, dang.

MR. WASHINGTON: And that's why I'm like, that could be two months from now. It could be whenever she ever -- she decides she gets to it. But, bro, I'm -- I don't -- like, my birthday's in 26 days. I don't got -- I don't want to be stuck in this no more. I got other things I got to do. Like, I don't even -- I -- like, I don't even want to be associated with the company. The only reason why I'm still with the company is because I'm still in the lawsuit.

MR. WILSON: Damn.

(END OF TRANSCRIPT.)

Page 56

CERTIFICATE OF TRANSCRIBER

I, ESTHER SMITH, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding; that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; and that I am neither counsel for, related to, nor employed by any of the parties to the case and have no interest, financial or otherwise, in its outcome.

Esther Smith

________________________________

Esther Smith

DATE: February 23, 2026

$

**$10** 7:10
**$25** 25:18
**$4** 49:18

-

**--I** 33:22

1

**10** 26:24
**10-second** 50:12
**100** 25:19
**15** 45:21
**15,000** 45:3
**1st** 35:18 45:15

2

**20** 31:9 32:2 36:4
**20,000** 27:25
**2000** 23:22
**2010** 50:14
**2023** 39:18,19
**2024** 39:20
**26** 55:16

3

**30-second** 50:13

9

**9** 26:24

A

**A&r** 10:16 16:12
**Aaron** 9:1
**abandoned** 8:2
**ability** 27:8 28:25
**absent** 22:8
**Absolutely** 31:18
**access** 23:23 40:8,15 43:7
**account** 27:5 29:14,15, 18,25
**accounting** 31:1
**accurate** 33:9
**activate** 33:19
**actual** 4:13 9:21 25:24 28:8 51:25
**adamant** 25:10
**added** 27:22 43:11 52:2
**admitted** 43:18
**advantage** 53:8 54:12
**advantages** 11:15
**adversarially** 4:25
**adversaries** 19:24
**advised** 52:19
**affairs** 48:19
**affidavit** 28:22 38:19 42:5 51:16 53:20
**affiliated** 8:16,23
**affirm** 15:5
**agency** 46:3
**agree** 39:6,9,12
**agreed** 39:8
**agreement** 14:13 30:25
**aide** 48:23
**aired** 39:4
**album** 4:8 13:14 28:6
**Allah** 4:11
**alluded** 38:23
**amount** 44:22
**ancillary** 32:16
**announced** 7:17
**answers** 33:11
**approved** 29:16,19
**area** 16:10
**Army** 4:13
**arrogance** 19:18
**artist** 5:13 6:10 14:5,11 15:17 20:8 25:3 26:3 31:14,16,23 32:2 41:8
**artist's** 18:15
**artists** 4:12 8:15 10:2 16:25 19:11 26:6 29:6,10, 11 30:9,14 31:6,7,11 32:7, 17,25 49:6,21
**artists'** 30:17
**assist** 33:1
**assistance** 33:2
**assistant** 10:18
**assume** 41:3
**assumption** 6:9
**assumptions** 12:12
**attached** 7:19
**attorney** 25:2 35:22 36:8 42:8 48:16
**attorneys** 18:21 42:10
**audible** 27:21
**audio** 27:14 28:5 30:14
**August** 40:1
**Australia** 20:9
**authenticated** 29:25
**automatic** 27:17
**aware** 8:22

B

**Babygrande** 3:23 14:14,15 24:24 29:22 30:22 35:25 36:1 45:17
**Babygrande's** 18:23
**back** 3:24 5:4 10:22 13:6 15:3 16:4,17 17:1 19:7 25:6,14 30:18 35:6 37:4 50:16
**Backdooring** 37:8
**background** 4:18
**backstory** 17:18
**bad** 3:13 31:8 41:20
**badder** 41:20
**bag** 6:3,11 12:9 33:10 49:7,8
**balance** 30:10
**banished** 27:6
**bar** 42:15
**bare** 10:1
**barking** 40:24
**base** 8:21
**bear** 37:1
**beat** 50:11
**beats** 9:22
**bedroom** 29:10
**behavior** 28:10
**believing** 47:18
**benefit** 26:18 46:17
**benefited** 36:3
**bet** 40:3
**big** 3:22 41:14,20
**bigger** 41:20
**bill** 20:21
**billion** 49:18
**birdie** 54:17
**birthday's** 55:16
**bit** 42:16
**biz** 48:19
**black** 50:23
**blah** 35:22
**blame** 6:7,10
**blanks** 8:7
**blew** 36:18

**block** 39:24 40:1
**blocked** 27:5
**blood** 34:18
**blowing** 40:18
**blown** 19:14
**blows** 33:6
**bodies** 36:16
**bogus** 47:12
**bonus** 41:18
**bonuses** 34:24
**booked** 23:10
**bottom** 19:5
**boxes** 11:22
**bracket** 34:19
**braid** 11:8
**brain** 10:7
**brand** 49:10
**bread** 31:7,14
**break** 31:7,14
**breathing** 43:20
**bro** 6:18 36:11,20 41:16 47:15,18 52:8 55:15
**broke** 10:2
**brother** 28:17
**brought** 19:22 20:10 37:9 47:6
**buck** 20:6
**bud** 20:7
**building** 9:23 51:3
**built** 6:16 10:1 29:8
**buried** 36:16
**bury** 43:13 45:4
**bus** 9:3,6,11,16 11:1,4 13:16 41:24
**business** 4:5 6:6 7:14 9:21 15:16 16:3 18:12,16 19:15,23 20:2,3 22:25 25:7,24 29:8 31:9 35:12 37:6,9 48:19,22 49:13,15, 20 51:8
**Busta** 9:9
**buys** 50:17
**Byron** 48:2

## C

**call** 3:17 8:25 10:23 11:12, 18 12:19,20 13:22 14:11 29:9 33:3 43:21,25 45:10
**called** 9:24 13:12 38:21 47:19
**calling** 48:3
**calls** 23:8
**campaign** 12:23 24:12
**campaigns** 26:5
**capacities** 10:16
**card** 35:11 45:21
**care** 20:1
**carved** 32:19
**case** 14:7,9 18:15 28:9 30:4,19 34:15 44:19,20 46:17 53:6,8,13,16,18 54:7,8
**cash-positive** 34:6
**Cat** 10:2
**CDS** 4:2
**cease** 53:22 54:4
**CEO** 7:18 12:25 15:13 19:8,18 20:5 23:21 24:15 28:8 42:21 43:10,20
**CEO's** 13:6
**change** 37:18
**changed** 11:7
**chat** 30:13
**chats** 32:8
**check** 11:17
**checked** 11:22
**choose** 33:4
**Chris** 9:11
**Chuck** 3:3,4,12 14:22 18:23 19:19 24:20,24 34:4 36:6 39:23 41:13 44:11,15 45:17 48:2,8 52:23
**City** 46:22
**claim** 13:24
**Clark** 45:16
**clear** 6:21 12:1,13,15,18 48:8
**clicked** 8:24
**client** 18:6
**clinging** 21:7
**close** 7:16 36:15
**closed** 7:17,24
**co-defendant** 25:9
**Coco'** 9:17
**code** 36:23
**cold** 35:2
**Cole** 10:4 27:24 50:4,7,14
**Cole's** 50:6
**color** 8:7,8
**combined** 6:2
**comment** 24:7
**commercially** 26:12
**commission** 34:24,25
**communication** 20:11 45:11
**companies** 6:16 49:21
**company** 4:4,17 6:15 7:14,19 14:20 20:3 25:23 28:12 30:7 34:21 35:4,10 37:22 46:2 47:7 48:12,22 51:3 52:10,18 55:20,21
**complaint** 24:16
**compliance** 24:18
**concealed** 26:20
**conclusion** 18:22
**conference** 35:19
**conglomerate** 9:15
**connect** 10:25
**connected** 37:5 40:6
**connection** 37:6
**consultant** 10:6 16:5 23:6 35:3 39:18,20 40:7
**consulted** 16:3 25:2
**consulting** 10:16
**consumer** 14:6 49:19
**consumers** 21:19
**content** 32:15,16
**context** 3:21 10:9
**continue** 54:1,3
**continues** 15:21
**contract** 14:2 22:3,9 48:1,5
**contractual** 31:13
**control** 44:23
**controlling** 13:23
**conversation** 13:13
**conveyed** 41:6
**Conway** 47:21
**Cooks** 5:6,12,13 6:7 9:1, 6,9 21:12 33:8
**cool** 16:5 20:23 23:3 24:18 36:8 40:3 42:22 44:18 46:8 50:24
**Core** 7:15
**Corps** 30:4
**Correct** 21:23
**couple** 3:9
**crazier** 3:18,19
**crazy** 3:23 5:15 37:10
**create** 9:11 19:23,24 29:13,17
**created** 29:25 49:11
**credibility** 50:19
**credit** 8:2 45:23
**credits** 10:16
**cultural** 50:19
**culture** 4:16,19 36:24

**cut** 12:9 14:13 20:22
**cycle** 15:22

D

**Dame** 8:10,14
**damn** 4:20 46:4 48:9 52:8,24 55:23
**dang** 55:12
**David** 43:22,23
**day** 5:17 29:19
**days** 15:12 43:18 55:16
**DDOT** 3:2 8:13 41:24 45:16 50:22,23
**ddot.oman.com** 9:24
**deal** 6:20,21 7:16,17 14:16 18:2 23:9 30:3,7,11 41:15 43:19 47:6,20
**dealing** 15:22 36:22
**deals** 29:6 45:22 48:21
**deceptive** 28:10
**decide** 34:14
**decides** 55:15
**decision** 55:11
**default** 42:9
**degree** 10:13 49:23
**deliberately** 29:1
**department** 15:24
**departure** 9:14
**desist** 53:23 54:4
**desperate** 21:7
**details** 39:17
**detrimental** 35:12
**dev** 48:19
**development** 7:14 19:23 29:9
**Devil** 50:10
**devoid** 50:18
**dial** 53:12
**differently** 19:5
**diligence** 48:16 52:11
**direct** 14:6 49:18
**direction** 33:5
**directly** 5:11 10:5 14:14 29:6 36:5
**director** 7:13
**disappointed** 37:12
**discovery** 12:3 22:10 30:21 45:12 52:1,3
**discovery's** 37:18
**discretion** 31:21
**dismiss** 51:24
**dismissed** 44:19,20
**dispute** 17:21,23
**distributing** 21:17
**Distribution** 7:17
**distributor** 11:21 29:13 32:19
**distro** 30:3,4
**DIY** 29:9
**DJ** 26:25
**DMCA** 24:17
**documentary** 32:14
**Doja** 10:2
**dollars** 26:7
**door** 37:10
**DOT** 48:3
**double-emailed** 3:9
**doubled** 12:22
**doubling** 15:3
**doubt** 26:18
**downhill** 16:4
**download** 21:19 26:22,23 27:3
**Dragon** 9:9
**Dress** 50:11
**drive** 48:22
**drop** 25:16
**Dropbox** 40:13
**drops** 30:16
**drought** 15:16
**DSP** 26:20
**DSPS** 21:22 26:11 50:1
**dude** 37:3
**dudes** 13:15
**due** 15:21 48:16 52:11
**duplicate** 21:9
**dusted** 20:25

E

**earlier** 10:23 25:14
**earning** 54:3
**eat** 31:11,22 49:25
**effective** 25:25
**effing** 13:10
**Electronica** 10:3
**else's** 40:5
**embedded** 27:15
**emerging** 49:13
**employee** 39:19 46:13,14,21 47:5
**employees** 37:8
**enable** 26:24,25 27:3
**end** 14:22 20:5 51:11 55:24
**ended** 9:23
**enemies** 19:25
**enemy** 53:1
**enemy's** 53:1
**engage** 24:2 32:12
**entire** 39:14 43:8
**entitled** 30:7,21,23 34:13
**equity** 34:4
**essence** 50:21
**essentially** 38:20
**ethic** 16:14
**evade** 54:1
**EVEN's** 19:13 35:23
**EVEN.'** 45:19
**event** 30:12
**evidence** 52:1
**excel** 16:11
**excited** 5:22
**exclusive** 29:11 30:6,14
**exclusivity** 26:13 29:12
**execs** 18:8
**exist** 50:12
**existed** 46:2
**expect** 49:6
**expectation** 23:24
**experience** 8:13 21:18 24:3 25:19 26:22 33:12 49:11
**explore** 23:7
**extent** 54:8

F

**face** 6:4 45:21
**fact** 43:9 52:7
**factor** 26:13 27:3
**facts** 19:7 37:17 51:24
**factually** 6:8 12:12
**fall** 48:18
**fan** 3:22 8:21 26:6
**fandom** 3:24
**fans** 24:2,4 25:16 26:4,21 30:15 32:8,12
**Fast** 44:13
**father** 43:14 45:4
**fault** 3:7 44:17
**favorite** 4:8

**feature** 48:7
**featured** 9:9 10:4
**feel** 6:14,17,25 10:22 25:23 33:7 37:20 48:12
**fees** 7:5,11 36:19 47:5
**felt** 6:13
**festival** 23:11
**fighting** 38:4
**figure** 19:21 28:21 38:7,9 41:14 42:24 44:10 45:18 47:16 53:4
**figured** 25:2
**figures** 34:20
**figuring** 23:12
**file** 55:7
**filed** 24:16 35:5 39:13 40:17 51:23
**fill** 8:7
**filled** 55:10
**financial** 30:5
**finding** 47:25
**Fine** 20:23
**fire** 9:7 41:24 46:8
**fix** 38:1
**flew** 14:21
**floor** 26:2
**flows** 32:21
**focusing** 11:2
**forgot** 51:15
**form** 26:14
**forward** 44:13 53:5
**found** 26:6 44:21
**founder** 20:6
**friction** 15:19
**Friday** 50:9
**friend** 53:2
**friends** 5:17 45:14
**frivolous** 44:15
**front** 6:3 18:7
**frustrated** 31:17
**fuck** 20:18 43:23 45:13
**fucking** 50:2
**fulfill** 48:5
**full** 17:18 31:14
**full-time** 35:6 39:19
**fully** 49:19
**funneled** 19:21

G

**game** 45:22
**Gandhi** 3:25 4:8
**gap** 50:13
**gated** 24:7
**gave** 3:9 50:8,14
**Genesis** 9:16
**girl** 20:17
**give** 8:6 26:18 45:23 54:20
**giving** 15:21 27:1
**God** 23:17 29:17
**good** 3:15,18 5:9,17 7:18 16:7 18:16 19:14 20:3 31:10 55:2
**Google** 6:20
**gosh** 7:25
**great** 5:2 8:13,17,20,22 23:4 25:24
**Griselda** 8:24
**ground** 9:17
**groundwork** 18:7
**group** 9:12 30:13
**grow** 48:22
**guess** 23:17 33:23 43:18 46:9 48:9
**gun** 14:23
**guy** 4:9 5:16 8:12 28:18, 24 36:24 44:22 50:23
**guys** 5:3 8:24 14:15 17:13 33:22 47:12 49:10

H

**half** 7:23 39:20 47:11
**hall** 50:17
**hand** 47:14
**handle** 46:25 51:13
**handled** 7:2 8:17 51:7
**hands** 10:1
**hang** 11:5
**happen** 14:16 24:12 44:13
**happened** 6:12 15:10 21:11 28:24 41:21 43:9 53:21
**happening** 4:20
**happy** 23:7 32:2
**hard** 31:19 48:14
**hat** 52:14
**head** 19:23
**hear** 21:21 28:19 43:15
**heard** 3:11 13:17 35:21
**hearing** 26:22 46:9
**helped** 9:16 40:10
**Hershey** 9:11
**hey** 3:2,4,11 14:11 16:4 23:8 43:10,21 45:10 54:17
**hiding** 36:7
**high** 7:13
**higher** 35:7
**Hillel** 3:8 12:3 24:16 30:20 33:25 35:19 38:6,19 42:1,8 43:5,18 53:2 55:2
**hire** 52:21
**historical** 3:21 10:9
**history** 9:19
**hit** 45:9
**holding** 14:23
**Hook** 47:23
**hot** 17:16
**hours** 3:10
**How's** 3:4
**huge** 29:4
**hundred** 51:9
**hundreds** 28:3
**hurt** 51:10

I

**idiot** 42:12
**IG** 24:6
**ignoring** 40:17
**important** 11:17
**in-between** 22:1
**industry** 9:21 19:11
**information** 17:9
**initial** 35:5 51:23
**insane** 36:2
**Instagram** 19:13
**instance** 14:11
**instances** 14:4 30:19
**instantaneous** 27:9
**instrumental** 50:8,12
**integrity** 28:7
**intent** 15:14 19:8
**intentionality** 53:25
**interest** 35:15
**Interesting** 53:11
**intern** 10:19
**interpret** 49:10
**interrupt** 25:12
**introduced** 8:9 11:1
**introductory** 11:18
**investment** 30:5

**investors** 44:18,21
**involved** 10:5 11:13 13:11 14:19 17:19 19:3 32:18 47:13
**issue** 41:7
**item** 32:11

J

**Jacker** 3:25
**January** 44:8
**Jay** 10:3
**Jay-z** 42:14
**Jedi** 4:7 17:4
**Jessica** 45:15
**job** 40:4 46:10 52:15
**judge** 7:4 34:14 39:6,8,9 45:15 46:18,20,24 47:3 51:11,15 53:24 55:11
**judgment** 42:9
**juice** 53:9
**jump** 24:19
**jury** 34:15

K

**Kanye** 50:10
**kicking** 48:24
**kid** 9:6 11:7 30:4
**kind** 4:18 5:14 6:5 8:7 11:1 21:24 26:19 33:15 36:22 38:23 54:19
**knew** 41:16 48:9 51:14 53:22
**knowing** 17:17
**KYC** 29:14

L

**label** 3:24 5:4 10:15 11:20 12:4,13,18 13:3,4,7 18:8 20:9,11 25:4 26:3 29:13,24 30:18 31:21 32:15,19 40:23 41:7
**labels** 31:21 49:16
**laid** 18:7 39:17 40:15
**landscape** 54:21
**Latino** 50:25
**laughing** 40:18
**law** 15:5 46:22
**lawsuit** 7:10 35:1,5 36:7 39:14 40:17 43:11 55:4,22
**lawyer** 32:25 33:4 42:25 43:22
**lawyers** 34:3 35:23 40:23 45:9
**leak** 27:25
**leaks** 28:6
**leaning** 49:16
**learned** 31:19
**leave** 31:20
**led** 6:24
**left** 35:2
**leg** 44:15
**legal** 7:5,11 36:19 47:5 48:23
**legitimate** 51:2
**Leichtman** 43:23,24
**level** 7:13
**liability** 41:3
**licensing** 30:6
**Lights** 50:9
**Lillard** 8:11
**lines** 8:8
**list** 11:17
**listen** 20:18 25:15 27:12 47:2
**listening** 21:18 24:3,4 25:19 30:12 49:11
**listing** 33:12
**literally** 43:17
**litigated** 17:22
**litigation** 17:22 21:3 37:22
**live** 22:2 24:5,6 30:11
**locked** 8:21 48:4
**long** 32:24
**looked** 6:13
**looped** 25:8 50:13
**Lord** 40:1
**lose** 37:16 50:1
**losing** 52:16
**lost** 52:25
**lot** 5:19 16:25 17:24 23:1 28:9 31:13 50:18 51:5
**love** 5:13 8:17 9:17 20:19 23:4 52:25
**loved** 4:11
**Lucians** 49:16

M

**mad** 17:13 18:23
**made** 6:21 9:14 12:13,15,18 24:23 37:5 55:11
**magic** 27:21
**major** 21:22
**make** 12:11 34:1,20,23
**making** 9:22 23:8
**maliciousness** 47:10
**man** 3:5 4:7 5:2,9 6:17 8:4 9:2 17:13 35:16 36:18 43:15,16 45:6,14 47:2,18,20,22,23 48:1,10,25 50:21 51:2,4,12
**management** 11:19 23:6 47:15
**manager** 16:12 18:4 50:6
**managing** 28:12
**March** 39:23
**Marciano** 13:17
**Marcy** 47:22
**market** 27:22
**marketing** 31:24
**Master's** 7:21
**Masters** 29:23 30:3 45:25
**matter** 5:15 11:18 18:18 26:8 27:11 33:17
**measures** 27:4
**mechanism** 26:23
**media** 9:25 19:11,13
**mediate** 41:13
**mediation** 44:8
**meet** 37:4
**meeting** 4:3,4
**meetings** 37:2
**melanin** 18:5
**mention** 22:9
**mentioned** 21:15 33:12
**merch** 24:11 30:14 32:11
**message** 22:17
**messing** 13:9
**middle** 18:13
**million** 7:10
**mind** 4:7 17:4 20:12 36:18
**mindset** 6:3
**minute** 8:25 27:15
**miscommunication** 19:19
**misled** 42:20
**misunderstanding** 19:20
**mixed** 27:21
**mixtape** 9:9 50:10,11
**mixtapes** 50:9
**model** 25:24 26:4 49:15

**moment** 34:6
**money** 16:6 17:23 34:8, 24 35:7 36:5 42:7 44:24
**months** 55:14
**morality** 36:23
**motherfucker** 48:19 53:22
**motion** 51:23,25
**motivated** 33:10
**move** 53:5
**movie** 36:9
**moving** 22:11
**mud** 10:17,20
**multimillion-dollar** 28:12
**multiple** 49:7
**music** 6:6,16 9:12,21,25 13:7,21,23 15:6 20:19 22:2 23:4 26:11 29:18,22 32:4, 6,7,13,18 40:2,13 46:2

**N**

**Nation** 47:19
**neck** 43:21
**nepotism** 10:20
**network** 45:21
**newer** 49:12
**news** 9:25
**nice** 5:5 16:22
**nicely** 5:7
**Night** 50:9
**nip** 20:7
**nobody's** 10:14,18
**note** 15:4 32:10
**notice** 13:1 27:10,17 28:25
**number** 3:9,12
**numbers** 19:9 29:1

**O**

**oath** 53:20
**objective** 18:18
**obligation** 48:13
**occurred** 39:21
**offense** 17:17
**offer** 34:1,4 38:19
**offering** 33:23
**official** 19:21
**one-on-one** 6:5
**open** 26:20
**operations** 40:6
**opportunities** 15:24 16:2 52:16
**opportunity** 12:9 21:10 49:25
**options** 38:17
**OT** 9:16
**outs** 30:15
**overreach** 17:20
**overseas** 3:5
**owe** 17:23
**owns** 14:24

**P**

**packs** 27:21
**paid** 25:17,19 36:4
**painted** 17:12
**paperwork** 14:24 20:16,20 22:11 47:19
**paraphrasing** 22:13
**part** 4:24 30:17 48:13 51:18
**participate** 32:20
**partnership** 7:22 19:22 24:21
**partnerships** 7:22 19:24 20:2
**parts** 40:9
**party** 24:4 55:3
**pass** 4:5 42:15 50:17
**passing** 11:1
**pattern** 15:22
**pay** 7:5,10 14:15 20:21 23:23 24:5 26:4,21 31:1 36:19 43:2 47:5
**payroll** 46:10
**paywall** 24:7
**penalty** 15:4 28:23 38:20
**people** 5:15 13:21 18:1,2 20:1 23:23 27:11,25 28:4 37:3 48:6 50:2 52:21
**people's** 21:8
**percent** 32:2 36:4 51:9
**percentage** 32:3
**perception-wise** 7:19
**performing** 7:8,13 15:15 18:8 46:11
**period** 23:20
**perjury** 28:23 38:20
**person** 5:14 36:22 40:6
**personalized** 30:13 32:10
**pertain** 53:7,13,16
**pertains** 19:2
**Pharaohs** 4:13
**phases** 29:8
**Philly** 4:9,10
**phone** 17:12 19:14
**pick** 10:7
**picture** 17:12
**piece** 17:15 49:23
**pipeline** 29:23
**pissed** 25:17
**place** 27:4 44:3 49:1
**placements** 9:22
**plaques** 10:17
**platform** 8:10,14,15,20 9:25 11:14 12:23 19:14 20:10 21:21 23:25 25:24 26:8 27:25 28:7,8 30:1 41:1,4,5
**platform'** 15:7
**play** 32:6 35:15 47:16
**plays** 47:16
**pleading** 38:24 39:4 51:17,19
**pleadings** 39:13
**poaches** 18:6
**pocket** 45:3 47:14
**podcast** 28:5
**point** 5:21 12:24 26:12 28:16 37:17 40:7,15 47:19 50:22
**points** 38:10
**popping** 17:16
**portions** 51:18
**position** 19:4 35:7,10 49:5
**posted** 16:25
**potentially** 28:12
**practices** 28:10
**prayed** 36:12
**press** 7:20
**pressure** 38:10
**pretty** 5:7 39:17
**price** 25:18 26:2 30:15
**pricing** 26:4
**prints** 27:14
**privileges** 40:8
**problem** 28:22 33:17 41:1
**problems** 19:24
**proceeds** 30:8 36:4

**process** 29:15 33:7 34:7 54:10,14
**produce** 45:12
**producer** 9:20
**profile** 19:10
**profit** 32:17
**profits** 54:3
**program** 10:19
**progress** 54:9
**projects** 5:5
**promise** 37:24 54:14
**promoting** 15:20
**prop** 11:15
**proposing** 38:13
**proprietary** 27:20
**protocol** 11:13
**Protocols** 48:25
**pub** 23:9
**pull** 52:11
**purchased** 28:4
**purgatory** 46:10
**put** 6:6 20:7 22:3 26:5,12 28:6,25 32:7 35:9 40:12 43:8 48:11 52:14 54:16
**puts** 6:3
**putting** 5:5 20:13 21:16 28:22

Q

**question** 49:7
**questions** 24:8 33:11
**quick** 38:25 39:1
**quicker** 54:12
**quit** 46:9 52:19
**quote** 10:10 42:14 45:23
**quoting** 22:13

R

**rabbit** 8:20
**raise** 34:8
**ran** 16:12 18:1,2
**rapper** 23:5
**rapper's** 6:4
**reach** 38:18 39:24
**read** 5:16 14:2 42:1
**ready** 40:2
**real** 33:23 34:24
**realize** 3:8 5:15
**realized** 4:19
**reason** 12:1 52:18 55:20
**receive** 30:8
**recently** 43:16
**reconcile** 44:11
**record** 6:20,21 21:16
**recorded** 32:4,6
**recordings** 5:21,22 6:1
**recouping** 31:12
**recoupment** 31:1,15, 25
**Reddit** 27:9
**Reed** 25:1 48:15
**refer** 52:10
**refusal** 32:21
**register** 11:6
**Relations** 15:18
**relationship** 31:8 45:5 50:6
**release** 7:20 15:14 20:8 24:5 30:24 34:25
**released** 26:7
**releases** 15:17 30:1
**releasing** 29:18
**remainder** 36:5
**remember** 10:24 16:17, 20,21,22,23
**remix** 27:1
**removed** 7:20 15:17 23:20
**removes** 27:17
**repeatedly** 41:11
**represent** 35:24
**representation** 23:5
**reputation** 45:21 50:17
**resonates** 51:2
**respond** 13:23 42:11
**response** 39:13
**rest** 4:17 26:15 31:25 37:21 45:11
**resume** 51:2
**retain** 35:21
**rev-share** 30:8
**revenue** 14:13,14 19:9, 20 30:17 32:20
**ridiculous** 7:2
**rights** 14:6,8 31:13 32:16
**Ripped** 3:25
**road** 40:21
**Roc** 47:19,22
**Rock** 13:17
**Rodriguez** 15:13
**root** 40:25
**roughly** 22:4
**rules** 32:23
**run** 5:2 14:18 15:24 40:2 41:17
**running** 21:10 29:2 53:23
**running?'** 41:19

S

**sales** 41:19
**Sasha** 50:6
**sauce** 27:23
**scenario** 18:20
**scenarios** 15:1
**scenes** 10:6
**scope** 30:11
**screen-record** 27:5
**seal** 38:25 39:13 42:4 51:14,16
**sealed** 39:3 42:1,3 43:6 51:18
**secretly** 7:16 45:22
**secure** 27:24
**security** 27:4,15
**self-sufficient** 29:10
**send** 14:12 32:9
**sending** 15:3
**seniority** 35:10
**separate** 4:11
**series** 28:5
**serve** 42:22
**served** 35:20
**service** 41:3
**set** 25:18 26:3
**settle** 41:12 42:23 44:11
**settlement** 33:23 38:9 39:10 53:9,18 54:12,20,22
**settling** 38:3
**shady** 28:10
**Shaheen** 9:11
**share** 31:2
**ship** 14:19
**shit** 7:4 36:9 42:1,3 48:25 52:17,20
**shocking** 41:25
**shoes** 18:14,15 19:1
**shots** 13:22
**shoulders** 10:14

**shout** 30:15
**show** 52:4
**showcases** 18:8
**showed** 20:16 41:21 51:23
**showing** 8:14
**shows** 47:17 51:8
**side** 32:4
**sidebar** 22:23
**sides** 17:25 18:10
**sign** 32:25
**signed** 13:4 20:9
**single-handedly** 8:3
**sir** 3:3
**sit** 7:15
**site** 9:25 16:13
**sites** 16:17
**sitting** 45:8
**situation** 17:8 18:18,22, 25 52:22 55:3
**situation's** 3:18
**situations** 50:18
**size** 26:3
**sleep** 16:7
**smiling** 37:2
**Smith** 25:1 48:15
**smooth** 12:25
**smoothing** 21:4
**social** 19:11,13
**soft** 38:10
**sold** 21:17 22:1 23:11
**somebody's** 17:19
**song** 50:13
**songs** 24:8 27:10
**sooner** 46:19
**sort** 17:20 24:6 30:8
**sounds** 55:2
**space** 22:1 26:19 49:10, 17
**speak** 12:11 21:14 28:7 33:14
**speaking** 6:8
**special** 27:23
**specific** 26:6
**specifically** 32:18 47:11
**spending** 37:21
**spent** 26:6 45:3
**split** 30:8,25
**spoke** 39:23
**spoken** 18:21
**sports** 4:9
**spots** 38:10
**spun** 39:24 40:1
**squad** 36:19
**stake** 37:23 44:23
**stand** 6:22 10:14 13:25 42:19 44:16
**standard** 11:13 30:3
**standup** 36:24
**start** 29:18 48:6
**started** 3:10 9:15 23:8 47:25
**starts** 16:3
**startup** 6:15
**State** 46:22
**stay** 23:25
**stems** 27:1
**step** 40:11
**Steve** 46:1
**sticking** 12:7 14:23
**stone** 34:18 50:6
**Stoop's** 5:4
**stop** 25:11
**stopped** 44:10
**stops** 20:6
**story** 12:6 47:11
**Stout** 46:1
**Stove** 5:6 8:9,18 10:24 12:3 13:2 14:21,23 17:7 19:12 24:24 25:10,15 29:17 31:1 34:25 36:1,5 39:21,22 40:22,23 41:1 45:12,18 47:12 48:4 49:22 50:4
**Stove's** 8:12 30:19 44:17
**stream** 24:6
**streaming** 30:12
**stripped** 8:2
**struck** 35:17
**strung** 44:6
**stuck** 52:22 55:17
**stuff** 5:9,10 9:23 22:23 32:12
**stupid** 29:18 34:1
**sudden** 24:16
**summary** 51:24
**super** 31:16 34:6
**support** 51:24 52:1
**supposed** 3:17 14:16 31:3 44:2
**surprised** 37:13
**sworn** 28:22 38:19 53:20
**system** 27:15 34:11 40:9
**SZA** 10:3

**T**

**table** 54:17
**take-down** 13:1
**takedowns** 27:9
**taking** 15:14 19:8
**talk** 5:16 28:17 38:6 41:13 44:1 45:11 53:2 55:1
**talked** 48:2
**talking** 5:3 22:15 24:10 26:10
**tall** 10:15
**tapped** 49:19
**tapping** 19:12
**taught** 4:12
**tax** 34:19
**team** 15:18 22:24 23:12
**tech** 6:15,16 48:12 49:13
**technology** 27:19,20
**telling** 9:6
**temporarily** 39:12
**temporary** 39:10
**terms** 41:2 53:18
**text** 22:17
**thing** 4:10 5:15 9:8,13 12:25 18:4,24 24:6 25:8 30:9 33:21 34:5 35:17 36:2 43:13,20 45:25 48:10 51:14 52:9
**things** 5:25 6:1,2 10:8 11:3,17 17:24 23:2 24:1,11 27:21 28:10 30:10,16 32:17 33:15 53:7,15 54:11 55:18
**thinking** 40:3 51:12
**thought** 7:18 21:15 55:6
**thoughts** 29:5
**thousand** 26:7
**thousands** 28:4
**throw** 41:24
**thrown** 44:14
**Tie** 40:5
**tied** 37:21 52:9
**tier** 30:2
**time** 3:6 9:3 12:24 20:11 26:7 33:20 35:3 39:18 40:16,25 42:9,20 43:12,19 44:5
**timeline** 39:22 43:8
**times** 26:24 31:13

**tires** 48:25
**told** 13:5 22:16,21,22 23:13,20 24:18 25:15 30:20 33:25 34:3 41:11 45:15 48:4 54:18
**toll** 20:21
**tomorrow** 7:15
**Toon** 30:4
**top** 27:23
**touched** 9:13
**tough** 5:21
**track** 41:18
**transcript** 35:18 55:24
**Translation** 46:2
**tree** 40:24
**trickling** 48:6
**Tricks** 4:7
**tripping** 46:25 47:3
**true** 23:16 26:23
**trust** 53:1
**truth** 37:17 38:22
**Tune** 7:15
**turn** 21:14
**turned** 12:2
**type** 36:20
**types** 32:12,15

U

**undeniable** 19:9
**underpaid** 34:20
**understand** 11:12 36:21 39:22 45:6 46:18
**understood** 33:8
**unethical** 36:23
**unfortunate** 8:4
**United** 7:21 29:23 30:3 45:25
**unreasonable** 49:6,9
**updated** 43:11
**upload** 27:16 40:12 41:4
**Upstate** 9:7
**usual** 25:7

V

**valuable** 34:5
**verbatim** 22:12
**versus** 18:14
**vetted** 29:19,24
**video** 32:8
**Vinny** 4:5,11
**violate** 22:3
**violation** 6:18
**viral** 18:3
**Virgin** 29:22
**virtual** 24:4
**Visions** 3:24 4:8
**visual** 51:25

W

**wait** 8:25 10:24
**waiting** 29:15
**walk** 11:14
**walks** 32:1
**wanted** 4:24 20:7 29:1 41:16
**wanting** 28:17 52:21 53:25
**wash** 52:5
**Washington** 3:1,3,7,20 4:2,16,23 7:7,12 8:1,6 9:5, 19 10:13,22 11:11,25 12:17,21 14:18 15:12 16:10,16,19,25 17:3,7,11 18:12,20 19:17 20:5 21:2, 6,23 22:5,8,16,19 23:16,19 24:15 25:6,22 26:2,10,17 27:8,20 28:3,14,16,20 29:7,21 31:18,20 33:25 34:10,17,23 35:9,14,20 36:10,20 37:8,12,15 38:5, 15,18 39:3,7,9,12,16 41:23 42:2,6,18 43:4,17 44:5 45:2,7 46:5,8,14,16,22 47:2,8,25 48:15,18,21 49:2,12,15 50:5,16,22 51:9,17,20,22 52:25 53:4, 14,17 54:3,6,16,24 55:5, 10,13
**wasting** 40:25
**ways** 51:5
**weaknesses** 38:11
**website** 9:24 10:5 16:24
**week** 7:16
**weeks** 24:13
**weigh** 18:14
**weird** 52:12
**whack** 51:4
**what'd** 42:4
**white** 50:25
**whomever** 30:4
**wild** 35:11
**WILSON** 3:2,4,15 4:1, 15,22 5:1 7:9,25 8:4 9:4,18 10:12,21 11:10,24 12:15, 20 14:17 15:11 16:9,15,17, 20 17:2,6,10 18:11,19 19:16 20:4 21:1,5,12,24 22:7,15,18 23:15,18 24:14 25:5,21 26:1,9,16 27:7,18 28:2,13,15,19 29:3,20 31:4,19 32:22 34:9,16,22 35:8,13 36:9,17 37:7,11, 14,25 38:12,16 39:1,6,8, 11,15 41:22,25 42:3,17 43:3,15 44:4 45:1,6 46:4,7, 12,15,20,24 47:3,24 48:10, 17,20,24 49:4,14 50:3,15, 20 51:1,10,19,21 52:24 53:3,11,15 54:2,5,15,23 55:1,6,12,23
**windfall** 31:6 32:5
**wins** 50:1
**Wires** 10:10
**witnessed** 28:9
**word** 15:3
**words** 22:12
**work** 8:2 9:3 11:13 14:15 15:25 16:14 17:14 21:8 22:20 38:14
**worked** 7:23 8:10 9:8,10 10:15 32:1
**working** 5:18,25 9:15
**world** 26:15 49:17
**worms** 54:7
**worry** 44:7
**would've** 30:21,23 40:5, 9 48:3
**wow** 4:1 9:4,18 22:18 25:21 27:7,18 28:2 33:17 34:22 37:7,11 39:15 41:22 44:4 46:15,24 50:15 54:15 55:1
**write** 3:11
**writing** 12:16,22 22:12, 15
**written** 32:10
**wrong** 40:24 41:9,10 44:16

Y

**year** 7:23 37:21
**years** 5:19 11:4 31:9 35:4 36:14 45:21
**yesterday** 4:3 45:10
**yield** 34:12
**Yo** 4:6 8:12 9:6 13:6 17:13 19:19 22:23 37:3 40:1 41:18 47:15,20
**York** 46:22
**you-** 20:15
**you-all** 7:5 14:16 17:1 22:19,20,21 36:3,7,18 42:8,11,19,21 47:15,21,22 48:16 50:24 54:18
**you-all's** 27:18 36:3

**Youtube** 27:9,11,16
41:5