# EXHIBIT 3

## PRODUCED IN .M4A FORMAT
## PREVIOUSLY FILED UNDER SEAL