# Exhibit 4

## PREVIOUSLY FILED UNDER SEAL

# Audio Transcript

Case Number: 1:24-cv-6785-JGLC
Date: August 5, 2025

In the matter of:

# Babygrande Global, Inc. v EVEN Labs, et al.

## Chuck 08-05-2025 (Attorney Ears & Eyes Only).m4a

CERTIFIED
COPY

Reported by:
Esther Smith

Steno
Agency, Inc.

1100 Glendon Avenue
Suite 1850
Los Angeles, CA 90024
concierge@steno.com
(888) 707-8366

SUPERIOR COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

Chuck 08-05-2025 (Attorney Ears & Eyes Only)

CASE NUMBER. 1:24-cv-6785-JGLC

BABYGRANDE GLOBAL, INC.,
Plaintiff,
vs.
EVEN LABS, et al.,
Defendants.
__________________________________/

Audio Labeled:
Audio Transcript of Job ID 2443602
Length: 0:12:51

Transcribed by:
(Esther Smith)

APPEARANCE:

CHUCK WILSON
DAMIEN "DDOT" WASHINGTON



MR. WASHINGTON: You know what I'm saying?

MR. WILSON: Yeah, yeah. No, it's -- it's real, man. Like, this guy, you know, they were saying some weird too, this lawyer. Like, racist, man.

MR. WASHINGTON: What was that about? I -- I didn't really pick up on what happened there because, like, he -- I don't know what -- because I saw. All I saw was that, and the docket that you -- I -- I think you said something -- something about shades. I don't know. What happened? I don't even know.

MR. WILSON: No. Like, I have -- you know, I have -- I have prescription glasses that, you know, my eyes are sensitive to light. So I do have -- I have tints in them sometimes. I mean, most of the -- all the time, really. And -- and the guy tried to tell me I was in there, like, with just sunglasses on, I didn't give a damn about the session and just painted me to be, like, this some kind of stereotypical record exec.

You know, rap record exec that does -- you know what I mean? Like, conjuring an image in your mind of someone that's not really, you know, professional. You know, and that shit just affected



me, man.

MR. WASHINGTON: Copy. Copy.

MR. WILSON: And then he said some other reference to -- to indentured servitude with cooks and all this shit. And I'm like, "Man --

MR. WASHINGTON: He said what?

MR. WILSON: Yeah.

MR. WASHINGTON: Wait. He said what?

MR. WILSON: He -- he -- before he saw the agreement. Like, the agreement is how we do business. It is. We put up a lot of money and we want to break bread for our term and then you can go onto your next deal. But like, it's too risky, man. We got to eat if we win. Shit. So but before he even saw any of that shit, he said -- he -- he said something in reference to my -- my deals with artists or my deal with film guy was equivalent to indentured servitude.

MR. WASHINGTON: Wow.

MR. WILSON: I'm like, "Yo, what's -- what's wrong with this lawyer?"

MR. WASHINGTON: Oh, I -- why is people that look like him talking -- have the nerve to even talk about -- go down that road? It's crazy. That -- especially when the people that look like them and



you and -- and them, like, are the ones that have the predatory deals with artists.

MR. WILSON: Right. Exactly -- exactly.

MR. WASHINGTON: That's -- that's a wild one. I -- I didn't know that's what was said. All I know is that they said that you said something and that they reported you to the -- the judge or for something, whatever. I don't -- I don't -- I didn't -- I didn't get the full grasp of --

MR. WILSON: Oh, that was -- I forgot what I said, man, but --

MR. WASHINGTON: Whatever you said, they got spooked, so.

MR. WILSON: Did they, really?

MR. WASHINGTON: I guess. He said they -- they said they ran to the judge about it. I said, "Okay. Well, that's good for you."

MR. WILSON: Yeah. I mean, I said -- I -- I forgot what I said, but I said, "I can't deal with racist, man. Like, that that can't fly."

MR. WASHINGTON: Copy.

MR. WILSON: You know?

MR. WASHINGTON: Copy.

MR. WILSON: But yeah, I think -- I mean, let Hillel know what you have in mind, man, and then --

and then let's try to work it out. I'm not trying to bring any harm to you, man. I really -- you know, I'm just -- yeah.

MR. WASHINGTON: Like I said from the jump, if I was in your position and in your shoes, I don't -- I can't say I would do anything differently to be honest with you. It's just, it's business. Like, you know what I'm saying? However --

MR. WILSON: Yeah.

MR. WASHINGTON: -- I'm not the person you want, I ain't -- I ain't set out to do anything to you. I didn't intentionally do nothing to you. You know what I'm saying? And like I said, even historically, I've been a fan and I -- I'm like, you know, from Violent by Design, to Visions of Gandhi, Sir Rip the Jacker, and (indiscernible) collectives. Like, dawg, that's one of my favorite albums of all time. I know Omas.

MR. WILSON: That's -- that's one of mine too.

MR. WASHINGTON: I know Omas. You know what I'm saying?

MR. WILSON: Same.

MR. WASHINGTON: And so it's like, I wouldn't -- that's just not how I get down. Like, plus it doesn't make sense if you look at the pattern. I've



done nothing but deals with -- from small boutique labels to major distributors to the major label systems. Why would I try to cut you out of it? You know what I'm saying? That doesn't make any sense.

MR. WILSON: Right. No, I don't think -- I think you said the most important thing -- like, not the most important, but very important thing was like, "You can't be accountable for due diligence on behalf of a startup tech company." "Like, that's not -- they -- they're supposed to have that department."

MR. WASHINGTON: Bro, they spent hundreds of thousands of dollars on Reed Smith.

MR. WILSON: Right. Exactly.

MR. WASHINGTON: So --

MR. WILSON: Like --

MR. WASHINGTON: -- where -- why don't you have a -- a in -- a in-house counsel? I'm biz dev, not business affairs, brother.

MR. WILSON: That -- that, to me is so critical.

MR. WASHINGTON: And I -- and I have to red redline the agreement still too, because they don't have a -- an attorney in-house.

MR. WILSON: Are you serious?



MR. WASHINGTON: The deal points that for our framework agreements with UMG, United Masters, TuneCore, secretly, I'm doing the redlining. Because I'm that good, Chuck. I'm that good, but that's not my job. I -- I -- I'm not -- I'm not a lawyer.

MR. WILSON: Yeah. I said they're -- they're getting too much and giving too much less.

MR. WASHINGTON: Brother, blood -- blood from a stone.

MR. WILSON: Wow -- wow. Like I said, talk to him, man. See if we can get you off this case. You'll still be a witness though, right?

MR. WASHINGTON: That's exactly what I'm offering.

MR. WILSON: Right -- right. Yeah, let's -- let's talk to him, man, and see if we can work that out. I'm not -- I'm not trying to hold you back. I just, I'm trying --

MR. WASHINGTON: You trying to get -- to get your -- get your result. I get it. And --

MR. WILSON: Yeah.

MR. WASHINGTON: -- to that end, look, we got -- we -- we have something in common. Like, bro.

MR. WILSON: Right. Yeah. My legal fees



ain't, you know? I mean, I -- I'll keep paying them, but it -- it sucks.

MR. WASHINGTON: You know what I got told? "Well, you know, if you could find a lawyer that could do the -- you could -- that could do your retainer for 5,000, you know, we could consider it, or, you know, try to keep it low as possible." Are you fucking kidding me? It's a southern district, New York in litigation for copyright infringement. Who the fuck is taking a $5,000 retainer? Nobody I would trust with my livelihood.

Like, what the -- what are you -- like, what are you talking about? He said this to me multiple times. "Well, you know -- you know, we don't really have the overhead right now and blah blah." "That's a personal problem, motherfucker. I done brought this company north of half a million dollars between sales from releases and campaigns like stoves and Black and -- and, you know, Dej Loaf and this one and that one. How many people done came through the door because of me. Plus, even the people that weren't using the platform, I got to invest at your cap table. I ain't seen a success percentage from that."

MR. WILSON: Wow -- wow.

MR. WASHINGTON: Fuck out of here. Like, no dawg. No. You not going to build it. Look, I brought you into this world, I could take you out, bro. Like, that's where I'm at with it.
MR. WILSON: Were the investors upset?
MR. WASHINGTON: According to him, they're upset, allegedly. And I'm like, "Well, what are they upset at? The part where I was -- I'm building this company for them, or the part where they had to answer for your fucking negligence and bullshit?"
MR. WILSON: Yeah.
MR. WASHINGTON: And so that was his -- that was his reasoning, or his, you know, trying to make it make sense. "Oh, well, that's why I can't put your name in the press releases for the partnership that you did, because the investors would get upset to see your name." Huh?
MR. WILSON: What?
MR. WASHINGTON: They would get upset seeing my name in the press release because my name was in a lawsuit that their name was in a lawsuit with, that the title of the lawsuit says, your name? "All right. You got it. Cool. Sure. Whatever you say, bro." This is the type of individual that we're dealing with, Chuck. And I say we, because I'm a



victim to the same way you are a victim, but on the other side.
MR. WILSON: Yeah, no. They -- they definitely -- that first -- that first call I had with them was -- it was wild, man.
MR. WASHINGTON: I don't even know what happened. I got told, "Oh, we're going to mediate. You know, we're going to -- we're going work it out with Chuck. You know, it's going to be cool." Then I got told, "Oh, no, he's wildling. He wants -- well, he wants way too much. He said he wants to own the company." "Oh, shit. Oh, damn. All right. Check this out, Chuck giving it up? Okay. Well, I guess you-all got to fight it out in court." Next thing you know, now I'm a co-defendant. All right.
MR. WILSON: I don't think I said I would own the entire company, but, like, yeah, a piece.
MR. WASHINGTON: And that's why I said they're so stupid because when they went to offer you-all that bullshit (indiscernible) said, if I was him, I wouldn't take that money.
I said, "The most valuable thing you could probably do for him so that number one, you-all don't have to come out-of-pocket right now with a hefty sum, but because I know that you're raising



money, you should probably give him a small -- give them a -- a small allocation of equity. Because It'll be worth more if everyone steps out of the lawsuit, you give them a piece of the equity, and, you know, when you-all actually can succeed in moving forward in the evaluation of however many millions, it's worth more. Everybody wins. You-all can get this dismissed, he works away with something he think that's valuable, you-all don't have to come out-of-pocket for money you say you don't have, and there it is."
I got told, "No. Absolutely off the table." I said, "Okay. Cool. Don't listen to me. I'm just the head of business development. What the fuck do I know?"
MR. WILSON: Damn, man. I'm sorry you in this man. Let -- talk to Hillel. I appreciate -- I'm glad we talked.
MR. WASHINGTON: Yeah.
MR. WILSON: Let's talk to Hillel and see if we can move this ball forward, man.
MR. WASHINGTON: All right. I will do that. And then, you know, we'll -- we'll still be in touch regardless, just to stay lock and step. But I do appreciate you hearing me out.



MR. WILSON: Definitely.
MR. WASHINGTON: It's -- it's actually wild and weird to be at this phase of my life where I'm talking to somebody who put out music that I've been listening to all my life.
MR. WILSON: Wow.
MR. WASHINGTON: Like, I still listen to -- you know, one of my favorite songs is off of Visions of Gandhi. It's the hidden track with -- who's on that song? Damn. I have it on my -- on my Apple music still because I -- I played it on my way when I was driving yesterday.
MR. WILSON: Okay -- okay.
MR. WASHINGTON: Hold on. I'm going to tell you right now. Oh, Eye for an Eye. Yeah.
MR. WILSON: Right.
MR. WASHINGTON: Eye -- oh, Eye Against Eye, sorry. Eye against Eye, both the remix and the original. Both my favorite Jedi Mind. That and The Cannabis Joint, Black Tibetan Magicians. Those are my favorite JMT joints of all the time.
MR. WILSON: Damn. Yeah, I like a lot of Violent, man. But --
MR. WASHINGTON: Yes, sir.
MR. WILSON: -- let's do that. I'm -- huh?

MR. WASHINGTON: I said, yes, sir.

MR. WILSON: Yeah. Let's do that and -- and let's -- let's try to make this work and help each other get to the -- get to the right side of things, man. Because this is just -- it's really just unbelievable.

MR. WASHINGTON: When I had to explain to my girl what was going on, she was like, "How did -- how about -- why didn't you beat this nigga up already?" Because like, "How does he have you in a case for his company and not looking out for you? You should -- you should have just been with Upside." I said -- I said, "I can't. That's only going to make things worse for me." She was like, "God bless you."

I was like, "Bro, I got to fight the case by myself. Plus, still do the -- do my job." Insanity. But all right, again, thank you for your time. I appreciate you hearing me out. I know, you know, it's the weirdest circumstances of all time, but, you know, I prayed on it. I feel good about it. I don't have nothing to hide. Like I said, I told Hillel the discovery should be coming from me by Friday or Monday.

I'm leaving out the country as well on Friday,



but I'm going to have -- just try to have it Friday before I take off, if not first thing Monday morning. Everything I said is still going to still be the same thing what I told you on the phone today.

MR. WILSON: Awesome. I really appreciate it, man. And hit me anytime, man. This is my personal cell.

MR. WASHINGTON: Got you. All right. You have a good night.

MR. WILSON: All right. You too. Take care.

MR. WASHINGTON: Okay. Peace.

(END OF TRANSCRIPT.)



CERTIFICATE OF TRANSCRIBER

I, ESTHER SMITH, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding; that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; and that I am neither counsel for, related to, nor employed by any of the parties to the case and have no interest, financial or otherwise, in its outcome.

Esther Smith
______________________________

Esther Smith

DATE: February 23, 2026

**$**

**$5,000** 9:10

**5**

**5,000** 9:6

**A**

**Absolutely** 12:12
**accountable** 7:8
**affairs** 7:19
**affected** 3:25
**agreement** 4:10 7:23
**agreements** 8:2
**albums** 6:17
**allegedly** 10:7
**allocation** 12:2
**anytime** 15:7
**Apple** 13:10
**artists** 4:17 5:2
**attorney** 7:24
**Awesome** 15:6

**B**

**back** 8:18
**ball** 12:21
**beat** 14:9
**behalf** 7:9
**biz** 7:18
**Black** 9:19 13:20
**blah** 9:15
**bless** 14:15
**blood** 8:9
**boutique** 7:1
**bread** 4:12
**break** 4:12
**bring** 6:2
**bro** 7:12 8:24 10:4,24 14:16
**brother** 7:19 8:9
**brought** 9:16 10:3
**build** 10:2
**building** 10:8
**bullshit** 10:10 11:20
**business** 4:11 6:7 7:19 12:14

**C**

**call** 11:4
**campaigns** 9:18
**Cannabis** 13:20
**cap** 9:23
**care** 15:11
**case** 8:12 14:11,16
**cell** 15:8
**Check** 11:13
**Chuck** 8:4 10:25 11:9,13
**circumstances** 14:20
**co-defendant** 11:15
**collectives** 6:16
**common** 8:24
**company** 7:9 9:17 10:9 11:12,17 14:11
**conjuring** 3:23
**cooks** 4:4
**cool** 10:23 11:9 12:13
**Copy** 4:2 5:21,23
**copyright** 9:9
**counsel** 7:18
**country** 14:25
**court** 11:14
**crazy** 4:24
**critical** 7:21
**cut** 7:3

**D**

**damn** 3:19 11:12 12:16 13:10,22
**dawg** 6:17 10:2
**deal** 4:13,17 5:19 8:1
**dealing** 10:25
**deals** 4:16 5:2 7:1
**Dej** 9:19
**department** 7:11
**Design** 6:15
**dev** 7:18
**development** 12:14
**differently** 6:6
**diligence** 7:8
**discovery** 14:23
**dismissed** 12:8
**distributors** 7:2
**district** 9:8
**docket** 3:9
**dollars** 7:13 9:17
**door** 9:21
**driving** 13:12
**due** 7:8

**E**

**eat** 4:14
**end** 8:23 15:13
**entire** 11:17
**equity** 12:2,4
**equivalent** 4:17
**evaluation** 12:6
**exec** 3:21,22
**explain** 14:7
**Eye** 13:15,17,18
**eyes** 3:15

**F**

**fan** 6:14
**favorite** 6:17 13:8,19,21
**feel** 14:21
**fees** 8:25
**fight** 11:14 14:16
**film** 4:17
**find** 9:4
**fly** 5:20
**forgot** 5:10,19
**forward** 12:6,21
**framework** 8:2
**Friday** 14:24,25 15:1
**fuck** 9:10 10:1 12:14
**fucking** 9:8 10:10
**full** 5:9

**G**

**Gandhi** 6:15 13:9
**girl** 14:8
**give** 3:19 12:1,4
**giving** 8:8 11:13
**glad** 12:18
**glasses** 3:14
**God** 14:15
**good** 5:17 8:4 14:21 15:10
**grasp** 5:9
**guess** 5:15 11:14
**guy** 3:3,17 4:17

**H**

**half** 9:17

**happened** 3:7,11 11:7
**harm** 6:2
**head** 12:14
**hearing** 12:25 14:19
**hefty** 11:25
**hidden** 13:9
**hide** 14:22
**Hillel** 5:25 12:17,20 14:23
**historically** 6:14
**hit** 15:7
**hold** 8:18 13:14
**honest** 6:7
**hundreds** 7:12

**I**

**image** 3:23
**important** 7:6,7
**in-house** 7:18,24
**indentured** 4:4,18
**indiscernible** 6:16 11:20
**individual** 10:24
**infringement** 9:9
**Insanity** 14:18
**intentionally** 6:12
**invest** 9:22
**investors** 10:5,16

**J**

**Jacker** 6:16
**Jedi** 13:19
**JMT** 13:21
**job** 8:5 14:17
**Joint** 13:20
**joints** 13:21
**judge** 5:7,16
**jump** 6:4

**K**

**kidding** 9:8
**kind** 3:20

**L**

**label** 7:2
**labels** 7:2
**lawsuit** 10:21,22 12:4
**lawyer** 3:4 4:21 8:6 9:4
**leaving** 14:25
**legal** 8:25
**life** 13:3,5
**light** 3:15
**listen** 12:13 13:7
**listening** 13:5
**litigation** 9:9
**livelihood** 9:11
**Loaf** 9:19
**lock** 12:24
**lot** 4:11 13:22
**low** 9:7

**M**

**Magicians** 13:20
**major** 7:2
**make** 6:25 7:4 10:13,14 14:3,14
**man** 3:3,5 4:1,5,13 5:11, 20,25 6:2 8:12,17 11:5 12:16,17,21 13:23 14:5 15:7
**Masters** 8:2
**mediate** 11:7
**million** 9:17
**millions** 12:7
**mind** 3:23 5:25 13:19
**mine** 6:19
**Monday** 14:24 15:2
**money** 4:11 11:21 12:1, 10
**morning** 15:3
**motherfucker** 9:16
**move** 12:21
**moving** 12:6
**multiple** 9:13
**music** 13:4,10

**N**

**negligence** 10:10
**nerve** 4:23
**nigga** 14:9
**night** 15:10
**north** 9:17
**number** 11:23

**O**

**offer** 11:19
**offering** 8:15
**Omas** 6:18,20
**original** 13:19
**out-of-pocket** 11:24 12:10
**overhead** 9:15

**P**

**painted** 3:20
**part** 10:8,9
**partnership** 10:15
**pattern** 6:25
**paying** 9:1
**Peace** 15:12
**people** 4:22,25 9:20,21
**percentage** 9:23
**person** 6:10
**personal** 9:16 15:7
**phase** 13:3
**phone** 15:4
**pick** 3:7
**piece** 11:17 12:4
**platform** 9:22
**played** 13:11
**points** 8:1
**position** 6:5
**prayed** 14:21
**predatory** 5:2
**prescription** 3:14
**press** 10:15,20
**problem** 9:16
**professional** 3:25
**put** 4:11 10:14 13:4

**R**

**racist** 3:4 5:20
**raising** 11:25
**ran** 5:16
**rap** 3:22
**real** 3:3
**reasoning** 10:13
**record** 3:21,22
**red** 7:22
**redline** 7:23
**redlining** 8:3
**Reed** 7:13
**reference** 4:4,16
**release** 10:20
**releases** 9:18 10:15

**remix** 13:18
**reported** 5:7
**result** 8:21
**retainer** 9:6,10
**Rip** 6:16
**risky** 4:13
**road** 4:24

### S

**sales** 9:18
**secretly** 8:3
**sense** 6:25 7:4 10:14
**sensitive** 3:15
**servitude** 4:4,18
**session** 3:19
**set** 6:11
**shades** 3:11
**shit** 3:25 4:5,14,15 11:12
**shoes** 6:5
**side** 11:2 14:4
**sir** 6:16 13:24 14:1
**small** 7:1 12:1,2
**Smith** 7:13
**song** 13:10
**songs** 13:8
**southern** 9:8
**spent** 7:12
**spooked** 5:13
**startup** 7:9
**stay** 12:24
**step** 12:24
**steps** 12:3
**stereotypical** 3:21
**stone** 8:10
**stoves** 9:18
**stupid** 11:19
**succeed** 12:5
**success** 9:23
**sucks** 9:2
**sum** 11:25
**sunglasses** 3:18
**supposed** 7:10
**systems** 7:3

### T

**table** 9:23 12:12
**taking** 9:10
**talk** 4:23 8:11,17 12:17,20
**talked** 12:18
**talking** 4:23 9:13 13:4
**tech** 7:9
**term** 4:12
**thing** 7:6,7 11:15,22 15:2, 4
**things** 14:4,14
**thousands** 7:13
**Tibetan** 13:20
**time** 3:17 6:18 13:21 14:19,20
**times** 9:14
**tints** 3:16
**title** 10:22
**today** 15:5
**told** 9:3 11:7,10 12:12 14:23 15:4
**touch** 12:23
**track** 13:9
**TRANSCRIPT** 15:13
**trust** 9:11
**Tunecore** 8:3
**type** 10:24

### U

**UMG** 8:2
**unbelievable** 14:6
**United** 8:2
**upset** 10:5,7,8,16,19
**Upside** 14:13

### V

**valuable** 11:22 12:9
**victim** 11:1
**Violent** 6:15 13:23
**Visions** 6:15 13:8

### W

**Wait** 4:8
**WASHINGTON** 3:1,6 4:2,6,8,19,22 5:4,12,15,21, 23 6:4,10,20,23 7:12,15, 17,22 8:1,9,14,20,23 9:3 10:1,6,12,19 11:6,18 12:19,22 13:2,7,14,17,24 14:1,7 15:9,12
**weird** 3:4 13:3
**weirdest** 14:20
**wild** 5:4 11:5 13:2
**wildling** 11:10
**WILSON** 3:2,13 4:3,7,9, 20 5:3,10,14,18,22,24 6:9, 19,22 7:5,14,16,20,25 8:7, 11,16,22,25 9:25 10:5,11, 18 11:3,16 12:16,20 13:1, 6,13,16,22,25 14:2 15:6,11
**win** 4:14
**wins** 12:7
**work** 6:1 8:17 11:8 14:3
**works** 12:8
**world** 10:3
**worse** 14:14
**worth** 12:3,7
**wow** 4:19 8:11 9:25 13:6
**wrong** 4:21

### Y

**yesterday** 13:12
**Yo** 4:20
**York** 9:9
**you-all** 11:14,19,23 12:5, 7,9