# Exhibit 9

## PREVIOUSLY FILED UNDER SEAL

Chuck Wilson 08-05-2025 (Attorney Ears & Eyes Only).m4a

Audio Recording Transcript Errata Sheet

Case: Babygrande.v¡.EVEN.Labs.et.al¡
Case Number: 1:24-cv-06785-JGLC
Date of Recording: 08/05/25
Length of Recording: 00:57:42 [part 1]
Speakers: Charles "Chuck" Wilson (CEO of Babygrande)
Darryl Damien "DDot" Washington (Pro.Se.Defendant)
File Name: Chuck Wilson 08-05-2025 (Attorney Ears & Eyes Only).m4a

| Page:Line | Original | Change | Reason | Time on Recording |
|---|---|---|---|---|
| 4:9-10 | Mr. Washington: ...because I'm also a Philly sports guy, so them being from Philly... | Mr. Washington: ...because I'm also a Philly sports guy, so<br>Mr. Wilson: Okay.<br>Mr. Washington: ...them being from Philly... | transcript omitted interjection and speaker | 01:25 |
| 5:6 | Stove and Cooks | Stoop and Cooks | transcription error | 02:16 |
| 6:5 | One-on-one | 101 | transcription error | 03:21 |
| 7:1 | in the--- | in the wash | missing word | 04:17 |
| 8:20 | rabbit | rabid | transcription error | 06:19 |
| 9:24 | ddot.oman.com | ddot.omen.com | typo | --- |
| 11:8 | braid | braids | typo | --- |
| 17:20 | Mr. Washington: "Oh, somebody's still trying to be involved or overreach," or, you know, maybe... | Mr. Washington: "Oh, somebody's still trying to be involved or overreach,"<br>Mr. Wilson: Yeah.<br>Mr. Washington:... or, you know, maybe... | transcript omitted interjection and speaker | 16:04 |
| 19:14 | blown | blowing | transcription error | 17:55 |
| 20:21 | toll bill | toll booth | transcription error | 19:27 |
| 23:5-6 | no representation on management, I'm a consultant | no representation or management or a consultant | transcription error | 21:55 |
| 23:20-22 | the CEO. EVEN was like, | the CEO of EVEN was like | typo | --- |
| 26:13-14 | in that form | and that FOMO | transcription error | 25:44 |

Chuck Wilson 08-05-2025 (Attorney Ears & Eyes Only).m4a

| Page:Line | Original | Change | Reason | Time on Recording |
| --- | --- | --- | --- | --- |
| 27:22 | Mr. Washington: ...that are already in the market, but then we added our... | Mr. Washington: ...that are already in the market,<br>Mr. Wilson: Yeah.<br>Mr. Washington: ...but then we added our... | transcript omitted interjection and speaker | 27:10 |
| 28:12-14 | Mr. Washington:... dollar company.<br>Mr. Wilson: Right.<br>Mr. Washington: Right? | Mr. Washington:...dollar company. Right?<br>Mr. Wilson: Right. | speakers out of order | 28:01 |
| 30:4 | distro kid | Distro Kid | typo | --- |
| 34:9 | Right. | Right, right. | missing word | 34:55 |
| 35:13 | Right. | Right, that's nuts. | missing phrase | 36:03 |
| 39:4 | pleading | pleadings | typo | 40:09 |
| 39:10 | settlement | sealment | transcription error | 40:11 |
| 43:18 | admitted | amended | transcription error | 46:00 |
| 46:1 | Stout | Stoute | typo | 47:11 |
| 46:9 | hearing | here in | transcription error | 47:23 |
| 47:11 | Mr. Washington: ...toward you specifically. I got one half... | Mr. Washington: ...toward you specifically.<br>Mr. Wilson: Mhmm<br>Mr. Washington: I got one half... | transcript omitted interjection and speaker | 48:21 |
| 47:15 | help me. | help me out. | missing word | 48:35 |

**Chuck 08-05-2025 (Attorney Ears & Eyes Only).m4a**

**Audio Recording Transcript Errata Sheet**

Case: *Babygrande v. EVEN Labs et al.*
Case Number: 1:24-cv-06785-JGLC
Date of Recording: 08/05/25 [part 2]
Length of Recording: 00:12:51
Speakers: Charles “Chuck” Wilson (CEO of Babygrande)
Darryl Damien “DDot” Washington (*Pro Se* Defendant)
File Name: **Chuck 08-05-2025 (Attorney Ears & Eyes Only).m4a**

| **Page:Line** | **Original** | **Change** | **Reason** | **Time on Recording** |
|---|---|---|---|---|
| 3:4 | “some weird too, this lawyer, like, racist, man” | “some weird shit too, this lawyer. Like, racist shit man” | missing word | 0:08 |
| 3:9 | and | in | transcription error | 0:10 |
| 4:17 | film guy | Stove God | transcription error | 1:06 |
| 5:20 | “racist, man. Like that can’t fly” | “racist shit, man. Like, that shit can’t fly” | missing word | 2:39 |
| 6:16 | “Sir Rip the Jacker” | “to Rip the Jacker” | Clarification: “Rip the Jacker” is the name of the album | 3:27 |
| 6:16 | (indiscernible) | Sir Rah | artist | 3:34 |
| 7:7 | “the most important, but very important” | “the most, but very important” | Added word | 4:00 |
| 7:22-23 | “red redline” | “redline” | Added word | 4:30 |
| 9:8 | “southern district” | “Southern District” | Clarification: Title | 5:55 |
| 9:18 | “stoves” | “Stove’s”? | typo | 6:28 |
| 11:20 | “(indiscernible)” | “thirty-two” | transcription omission | 8:54 |
| 13:15 | “Eye for an Eye” | “I for an I” | Clarification: Name of song | 10:48 |
| 13:17-18 | “Eye Against Eye, sorry. Eye against Eye” | “I Against I, sorry. I Against I” | Clarification: Name of a song | 10:55 |

**Chuck Wilson 8-13-2025 (Attorney Ears & Eyes Only).m4a**

**Audio Recording Transcript Errata Sheet**

Case: *Babygrande v. EVEN Labs et al.*
Case Number: 1:24-cv-06785-JGLC
Date of Recording: 08/13/25
Length of Recording: 00:33:29
Speakers: Charles "Chuck" Wilson (CEO of Babygrande)
Darryl Damien "DDot" Washington (*Pro Se* Defendant)
File Name: **Chuck Wilson 8-13-2025 (Attorney Ears & Eyes Only).m4a**

| **Page:Line** | **Original** | **Change** | **Reason** | **Time on Recording** |
|---|---|---|---|---|
| 3:25 | the last-- | the last call | missing word | 00:55 |
| 4:16 | he just talk | he talk | additional word | 01:45 |
| 5:7 | Mr. Washington: "...da, da, da." And that was-- | Mr. Washington: "...da,da,da."<br>Mr. Wilson: Mhmm<br>Mr. Washington: And that was-- | transcript omitted a speaker and interjection | 02:17 |
| 5:9 | Oh | So | transcription error | 02:35 |
| 5:13 | what's up | one step | transcription error | 02:42 |
| 5:18-19 | Mr. Washington: Now that's true to an extent. But if we were doing... | Mr. Washington: Now that's true to an extent.<br>Mr. Wilson: Mhmm<br>Mr. Washington: But if we were doing... | transcript omitted a speaker and interjection | 02:58 |
| 5:22 | Mr. Washington: ...through Babygrande then Babygrande... | Mr. Washington: ...through Babygrande<br>Mr. Wilson: Mhmm<br>Mr. Washington: then Babygrande... | transcript omitted a speaker and interjection | 03:12 |
| 5:24 | Mr. Washington: ...right? So, ... | Mr. Washington: ...right?<br>Mr. Wilson: Mhmm<br>Mr. Washington: So, ... | transcript omitted a speaker and interjection | 03:20 |
| 7:17 | they're | the the | transcription error | 05:19 |
| 7:20 | service | servers | transcription error | 05:33 |
| 9:18 | going to it away | going to piss it away | missing word | 07:27 |

**Chuck Wilson 8-13-2025 (Attorney Ears & Eyes Only).m4a**

| Page:Line | Original | Change | Reason | Time on Recording |
|---|---|---|---|---|
| 10:03 | . And | , | transcription error | 07:46 |
| 10:15 | Mr. Washington: Well, some of- - some of | Mr. Washington: Well, some of some of some of | missing phrase | 08:22 |
| 10:22-25 | You know? But me speaking directly with Stove was, "Yo I'm going to send this—sending a copy of the album because these are my fans and they paid for it..." | You know? But me speaking directly with Stove was, "Yo, I'mma send them a copy of the album because these are my fans and they paid for it..." | transcription error and further clarification | 08:39-09:03 |
| 12:13 | his music | this music | typo | 10:10 |
| 12:21-22 | --try to stop us from getting this fault. | --try to stop this from getting this far. | transcription errors | 10:31 |
| 13:15 | vary | very | typo | 11:09 |
| 13:18 | Did you tell Hillel with this? | Did you tell Hillel this? | additional word | 11:18 |
| 13:21 | his | this | typo | 11:27 |
| 14:1 | Mr. Washington: ...it's not specific to your case, but because... | Mr. Washington: ...it's not specific to your case,<br>Mr. Wilson: Mhmm<br>Mr. Washington: but because... | transcript omitted a speaker and interjection | 11:42 |
| 14:4 | Mr. Washington: ...to make EVEN come to the table with a better settlement offer, but you have to listen to the information I'm giving you,... | Mr. Washington: ...to make EVEN come to the table with a better settlement offer,<br>Mr. Wilson: Mhmm<br>Mr. Washington: but you have to listen to the information I'm giving you... | transcript omitted a speaker and interjection | 11:55 |
| 14:19 | It's not mine. It's a gamble. | It's not mine cause it's a gamble. | missing word | 12:28 |
| 14:20 | what you're | what you | typo | 12:38 |
| 15:3 | out | off | transcription error | 12:50 |
| 15:19 | Mr. Washington: ...it's not pertaining to this case specifically, but you can... | Mr. Washington: ...it's not pertaining to this case specifically<br>Mr. Wilson: Mhmm | transcript omitted a speaker and interjection | 13:35 |

**Chuck Wilson 8-13-2025 (Attorney Ears & Eyes Only).m4a**

| Page:Line | Original | Change | Reason | Time on Recording |
|---|---|---|---|---|
| | | Mr. Washington: but you can… | | |
| 16:4 | the downside | there's a downside | missing phrase | 13:51 |
| 16:5 | would've to | would have to | typo | 14:02 |
| 16:20 | and | them | transcription error | 14:38 |
| 18:13 | me | meaningless | clarification | 16:07 |
| 18:20 | Mr. Washington: …the information and communications that I have would incinerate their chances… | Mr. Washington: …the information and communications that I have<br>Mr. Wilson: Mhmm<br>Mr. Washington: would incinerate their chances… | transcript omitted a speaker and interjection | 16:13 |
| 19:3 | EVEN | them | transcription error | 16:46 |
| 20:19-20 | Mr. Washington: Like I said, talk to Hillel, but it's – it is time-sensitive… | Mr. Washington: Like I said, talk to Hillel<br>Mr. Wilson: Yeah, let's call him right now.<br>Mr. Washington: but it's – it is time-sensitive… | transcript omitted a speaker and interjection | 18:14 |
| 20:21 | Mr. Washington: Because I literally just saw internal communication today that… | Mr. Washington: Because I literally just saw internal communication<br>Mr. Wilson: Mhmm<br>Mr. Washington: today that… | transcript omitted a speaker and interjection | 18:17 |
| 20:23 | Mr. Washington: …party. Said party… | Mr. Washington: …party.<br>Mr. Wilson: Okay<br>Mr. Washington: Said party… | transcript omitted a speaker and interjection | 18:22 |
| 20:24 | sentiment | cinnamon | transcription error | 18:30 |
| 21:25 | senior | seen the | transcription error | 19:20 |
| 22:6-7 | loss…loss | laws…laws | transcription errors | 19:43 |
| 23:19 | low | lull | transcription error | 20:54 |

**Chuck Wilson 8-13-2025 (Attorney Ears & Eyes Only).m4a**

| Page:Line | Original | Change | Reason | Time on Recording |
|---|---|---|---|---|
| 25:7 | judging | judge of | transcription error | 22:17 |
| 26:7 | Mr. Washington: ...which is mad ironic. And I have... | Mr. Washington: ...which is mad ironic.<br>Mr. Wilson: Yeah.<br>Mr. Washington: And I have... | transcript omitted a speaker and interjection | 23:10 |
| 26:22 | They didn't-- | They didn't know the game. | transcription omission | 23:45 |
| 27:1 | Mr. Washington: Like, I got another piece of something that can help cripple them. | Mr. Washington: Like, I got another piece of something that<br>Mr. Wilson: Mhmm<br>Mr. Washington: can help cripple them. | transcript omitted a speaker and interjection | 23:53 |
| 28:18 | let...let | look...look at | transcription errors | 25:15 |
| 31:17 | doesn't | don't | typo | 28:17 |
| 32:09 | But | Bro | transcription error | 28:54 |
| 33:5 | even | EVEN | typo | 29:45 |
| 33:9 | place | placed | typo | 29:55 |
| 34:16 | a kind | the value | transcription error | 31:12 |
| 35:13 | that | I | transcription error | 31:56 |

**Damien Chuck Wilson Hillel Parness (Attorney Ears & Eyes Only).m4a**

**Audio Recording Transcript Errata Sheet**

Case: *Babygrande v. EVEN Labs et al.*
Case Number: 1:24-cv-06785-JGLC
Date of Recording: 08/13/25
Length of Recording: 02:29:09
Speakers: Charles "Chuck" Wilson (CEO of Babygrande)
Darryl Damien "DDot" Washington (*Pro Se* Defendant)
Hillel Parness (Attorney for Babygrande)
File Name: **Damien Chuck Wilson Hillel Parness (Attorney Ears & Eyes Only).m4a**

| Page:Line | Original | Change | Reason | Time |
|---|---|---|---|---|
| 4:5 | -- the street where we're trying to-- | --the street shit where we're trying to-- | missing word | 00:59 |
| 4:22 | --You made it cool-- | --He made it cool-- | Transcription error | 01:36 |
| 5:16 | even | EVEN | typo | 02:14 |
| 5:23-25 | "This is me speaking to you matter of factually. If I was in front of you face, I'd tell you the same thing." | "This is me speaking to you matter-of-factly. If I was in front of you, I'd tell you the same thing." | Transcription errors | 02:31 |
| 6:22 | with | it | transcription error | 03:15 |
| 7:9 | --asks for it to be-- | --asks them for it to be-- | missing word | 03:51 |
| 10:14 | Mr. Washington:---to such and such about this deal and let them know... | Mr. Washington:---to such and such about this deal—<br>Mr. Wilson: Mhmm<br>Mr. Washington: and let them know... | interjection by separate speaker not identified in transcript | 07:28 |
| 12:15 | playing good – good ball here | playing good – good –good ball here | missing word | 09:36 |
| 12:17 | it's a very, very | it's a very, very rare | missing word | 09:42 |
| 13:9 | settled | settle | transcription error | 10:15 |
| 14:24 | Stove guy | Stove God | transcription error | 11:53 |
| 15:6 | an opportunity | the option | transcription error | 12:12 |
| 16:6 | there | in | transcription error | 13:22 |
| 16:8 | And | Man | transcription error | 13:32 |
| 16:11 | you pick up and | them | transcription error | 13:38 |
| 18:24 | so guy | Stove God | transcription error | 16:19 |
| 21:23 | for | a | transcription error | 19:12 |
| 22:22 | -- | Check with Hillel | missing beginning of sentence | 19:59 |
| 23:13 | us one | a sworn | transcription error | 20:33 |
| 23:21 | him | me | transcription error | 20:58 |
| 23:25 | alleged | allege | typo | 21:16 |

**Damien Chuck Wilson Hillel Parness (Attorney Ears & Eyes Only).m4a**

| Page:Line | Original | Change | Reason | Time |
|---|---|---|---|---|
| 24:10 | I think just give you information | I think you just give me the information | transcription error | 21:46 |
| 24:21 | rapper | rappers' | typo | 22:25 |
| 26:9 | tape | take | typo | 23:53 |
| 28:15-16 | kitten kaboo | kit and kaboodle | transcription error | 26:25 |
| 31:6 | L | Hillel | transcription error | 29:08 |
| 32:6 | listen | listening | transcription error | 30:28 |
| 34:7 | aE" | --- | typo | 34:07 |
| 36:9 | emotions | motions | typo | 35:13 |
| 37:9 | hello | Hillel | transcription error | 36:38 |
| 38:1-2 | Mr. Wilson: ...Doesn't make any sense. All right. The deep pocket... | Mr. Wilson: ...Doesn't make any sense.<br>Mr. Parness: All right.<br>Mr. Wilson: The deep pocket... | Speaker misidentified | 37:21 |
| 39:8 | but | that | transcription error | 38:29 |
| 40:9 | a | the | transcription error | 39:24 |
| 41:3-5 | Mr. Parness: ...information.<br>Mr. Wilson: No.<br>Mr. Parness: Which is not... | Mr. Parness: ...information. You know? Which is not... | speaker misidentified and missing a word | 40:29 |
| 42:7-10 | Mr. Parness: ...by talking to us. I'm not even sure this is something that would reach—<br>Mr. Wilson: It's not that it—if it goes well, it wouldn't even reach the courts.<br>Mr. Parness: Yeah. No, for sure. | Mr. Parness: ...by talking to us.<br>Mr. Wilson: I'm not even sure this is something that would reach... It's not gonna—if it goes well, it wouldn't even reach the courts.<br>Mr. Parness: Yeah. No, for sure. | speaker misidentified | 41:50 |
| 42:24 | the chocolate | the Charlie chocolate | missing word | 42:33 |
| 43:5 | ticket where | ticket from where | missing word | 42:43 |
| 44:10 | having | stabbing | transcription error | 44:06 |
| 46:4 | come | came | typo | 46:07 |
| 46:12 | Well, had | Well, it had | missing word | 46:25 |
| 47:20 | ...in the same, Chuck has... | ...in the same breath, Chuck has... | missing word | 47:01 |
| 49:4 | They could...they could | That could...that could | transcription errors | 49:30 |
| 50:15 | Mr. Washington: ...to pay a lawyer for me and did not follow through. ... | Mr. Washington: ...to pay a lawyer for me<br>Mr. Wilson: Refused | speaker and interjection omitted from transcript | 50:56 |

**Damien Chuck Wilson Hillel Parness (Attorney Ears & Eyes Only).m4a**

| Page:Line | Original | Change | Reason | Time |
|---|---|---|---|---|
| | | Mr. Washington: and did not follow through… | | |
| 53:19 | deist | desist | typo | 54:56 |
| 59:15 | Light | Bite | transcription error | 1:01:42 |
| 60:20-23 | And I'm sitting here telling you I can very, very certainly have very high—let—let me not use the word certainty because anything can happen, right? | And I'm sitting here telling you I can very very very certainly, high very high, let me not use the word certainly because anything can happen, right? | transcription errors | 1:03:21 |
| 62:16-17 | It's of certainty still that Cooks is going to blow up. | It's uncertain Stove God Cooks is going to blow up. | transcription errors | 1:05:27 |
| 63:10 | still got | Stove God | transcription error | 1:05:42 |
| 66:2 | required | inquired | transcription error | 1:07:47 |
| 66:12 | Ethan | EVEN | typo | 1:08:12 |
| 66:24 | Scott saying this | This guy's gonna | transcription error | 1:08:46 |
| 67:15 | I'll | Hillel | transcription error | 1:09:23 |
| 68:11 | had to do | had to do that | missing word | 1:10:17 |
| 69:6 | face | favor | transcription error | 1:11:28 |
| 69:19 | assist | desist | typo | 1:12:18 |
| 71:16 | not a | my | transcription error | 1:14:24 |
| 72:12 | finger you | finger at you | missing word | 1:15:17 |
| 74:3 | already | arguing | transcription error | 1:17:23 |
| 74:22-25 | Which still be a win, but it's just going to be a longer road. Which is what you definitely don't want being in. I could deal with it, but I'm riding it maybe go real quickly, that'd be great, you know? | Which could still be a win, but it's just going to be a longer road. Which is what you definitely don't want, Damien. I could deal with it, but if I could make it go away quickly, that'd be great, you know? | missing words, multiple transcription errors, typos | 1:18:27 |
| 75:3 | more extensive than | as time sensitive as | transcription error | 1:18:40 |
| 75:6 | words | word | typo | 1:18:45 |
| 75:12 | it | this | transcription error | 1:19:30 |
| 76:19 | give | get | transcription error | 1:20:25 |
| 77:2-4 | I was litigation for seven years and I spent $1.5million legal fees. I did it, like, two years ago and I won, basically. | I was in litigation for seven years and I spent $1.5million in legal fees. That ended like two years ago and I won basically. | missing words, transcription errors | 1:20:41 |

**Damien Chuck Wilson Hillel Parness (Attorney Ears & Eyes Only).m4a**

| Page:Line | Original | Change | Reason | Time |
|---|---|---|---|---|
| 77:7-9 | ...signing in my career. And we'll see—we'll see how things play out. | ...signing of my career. And we'll see—we'll see how things pay out. | transcription errors | 1:21:14 |
| 77:13 | Cooks | Clipse | transcription error | 1:21:18 |
| 78:2-3 | a moment | the moment | transcription error | 1:21:30 |
| 78:4 | the hardest thing | how artists think | transcription error | 1:21:57 |
| 78:6 | ...or at least the way it... | ...or at least in a way that... | transcription error | 1:22:06 |
| 78:9 | Stoves is | Stove's | typo | 1:22:09 |
| 78:9 | so | as | transcription error | 1:22:11 |
| 78:14 | Mr. Wilson: Absolutely. "How much..." | Mr. Wilson: Absolutely. "Stove God, how much.." | missing beginning phrase | 1:22:22 |
| 78:17 | "...process? This was..." | "...process?" "This was..." | punctuation error | 1:22:30 |
| 79:15-16 | This is uncharted territory. The record—for the record label, let alone artists. | This is uncharted territory for a record label, let alone an artist. | transcription errors | 1:23:44 |
| 79:17 | Record labels put out DSPs | Record labels put out music on DSPs | missing words | 1:23:57 |
| 79:19 | You're not asking any of that. | You're not asking to do any of that. | transcription errors | 1:24:01 |
| 79:21 | people coming to listen | people to come and listen | transcription errors | 1:24:05 |
| 80:2 | couldn't | could | typo | 1:24:10 |
| 80:10 | is | isn't | typo | 1:24:35 |
| 80:22 | that draws them | that's relevant to | transcription error | 1:25:00 |
| 80:23 | just to stay in | to sustain | transcription error | 1:25:03 |
| 81:6-7 | they could go here tomorrow, then cool. I'll look forward with you. | make it go away tomorrow, then cool. I'll explore it with you. | transcription errors | 1:25:25 |
| 81:10 | A | The | typo | 1:25:39 |
| 82:10 | related to. Even, I believe | related to EVEN, I believe | typo and punctuation errors | 1:26:49 |
| 82:11 | So that's me showing you | So it would have to be something you | transcription error | 1:26:56 |
| 83:15-16 | you know, expect | expected | transcription error | 1:28:12 |
| 83:20 | Stove | Cooks | typo | 1:28:37 |
| 83:22 | cover the | come into | transcription error | 1:28:38 |
| 84:25 | Mr. Wilson: Take my time to pursue you? No. | Mr. Wilson: It's not worth my time to pursue you? No. | transcription error | 1:29:50 |
| 85:1 | No, see, you are leverage against. EVEN. | No, see, you are leverage against EVEN. | punctuation error | 1:29:55 |
| 86:16 | I agree. That's EVEN's fault. | I agree but that's EVEN's fault. | missing word | 1:31:46 |

**Damien Chuck Wilson Hillel Parness (Attorney Ears & Eyes Only).m4a**

| Page:Line | Original | Change | Reason | Time |
|---|---|---|---|---|
| 86:24 | thing? | thing, you know? | missing phrase | 1:32:07 |
| 87:3-6 | you know, would be expected.<br>Mr. Parness: This true?<br>Mr. Wilson: That's why the judge hasn't—yeah. | Mr. Wilson: you know, would be expected. That's why the judge hasn't—<br>Mr. Parness: The truth?<br>Mr. Wilson: yeah. I mean, | transcription errors and missing phrase | 1:32:19 |
| 87:9 | it on | in my | transcription error | 1:32:22 |
| 87:18 | aE" | -- | typo | 1:32:22 |
| 88:2 | Mr. Washington: I can do that. | Mr. Washington: Ugh. I can do that. | missing word | 1:32:53 |
| 89:9 | pick | take | transcription error | 1:34:01 |
| 89:11 | it adds up | that that stuff | transcription error | 1:34:03 |
| 89:13 | to | the | typo | 1:34:05 |
| 89:14 | and | in | typo | 1:34:12 |
| 89:21-22 | , you know? Could | . Hillel could | transcription error | 1:34:32 |
| 89:25 | this | it | transcription error | 1:34:42 |
| 90:3 | I got to blow Cooks up | I got to blow Stove God Cooks up | missing phrase | 1:34:51 |
| 90:9 | Congrats on that. | Congrats, Hillel. | transcription error | 1:35:01 |
| 90:14 | Damien's already is | David's hourly rate is | transcription error | 1:35:11 |
| 91:2 | why did they | well I didn't | transcription error | 1:35:47 |
| 91:14 | say | saying | typo | 1:36:06 |
| 91:21 | the Stove guy | Stove God | transcription error | 1:36:24 |
| 92:13 | Mags | Mag | typo | 1:37:19 |
| 94:11 | let know | let me know | missing word | 1:39:30 |
| 94:13 | you'd | you | typo | 1:39:35 |
| 94:14 | if there was a settlement paid or a check | if it was as simple as paying you a check | transcription error | 1:39:40 |
| 95:3 | cease desist | cease and desist | missing word | 1:40:27 |
| 95:17 | ...and odd... | ...and odd [indecipherable] to do that... | missing phrase | 1:41:12 |
| 96:7 | forcing | force them | transcription error | 1:41:55 |
| 97:2 | Not at all. But you got to... | Not at all. Not at all. But you got to... | missing phrase | 1:42:37 |
| 97:3 | analyze all this | analog and put | transcription error | 1:42:40 |
| 97:6 | for settlement | force a settlement | transcription error | 1:42:50 |
| 97:8-9 | business in relation to this settlement. The label—and not only civil, but the label overall. | business in relation to Stove, the label—and not only Stove, but the label overall. | transcription errors | 1:43:01 |

**Damien Chuck Wilson Hillel Parness (Attorney Ears & Eyes Only).m4a**

| Page:Line | Original | Change | Reason | Time |
|---|---|---|---|---|
| 97:16-17 | And I'm the head of business development at EVEN. Do you think I got here by not making fair deals? | If I'm the head of business development at EVEN, do you think I got here by not making fair deals? | transcription error and punctuation typo | 1:43:27 |
| 97:25 | in | and | transcription error | 1:43:45 |
| 98:5 | Harvest | Harvested | typo | 1:43:50 |
| 98:12 | Bus now | Duck Down | Clarification: name of record label | 1:44:12 |
| 98:13 | Ruckus | Raucous | Clarification: name of a record label | 1:44:13 |
| 98:23 | Russian | Rostrum | Clarification: name of a record label | 1:44:36 |
| 99:1 | (indiscernible) | Fu-Schnickens | Clarification: Name of group artist previously belonged to | 1:44:42 |
| 99:4 | Russian | Rostrum | Clarification: name of a record label | 1:44:48 |
| 99:6 | Russian | Rostrum | Clarification: name of a record label | 1:44:55 |
| 99:7 | Russian | Rostrum | Clarification: name of a record label | 1:44:57 |
| 99:13 | My deal is still a gamble. | My deal with Stove God was a gamble. | transcription error | 1:45:12 |
| 99:13 | Rocky | rocky | typo | 1:45:13 |
| 99:18 | true the | true to the | missing word | 1:45:31 |
| 99:20 | was | starts | transcription error | 1:45:38 |
| 99:22 | artists | artist | typo | 1:45:41 |
| 103:5 | to | through | transcription error | 1:49:05 |
| 103:23 | It just doesn't move. | It just doesn't move the needle. | missing phrase | 1:49:51 |
| 104:21 | insurances | assurances | typo | 1:50:59 |
| 104:24 | calls | cause | transcription error | 1:51:15 |
| 105:22 | one of those -- either | one of those guys either | missing word | 1:52:20 |
| 106:4 | doing | feeling | transcription error | 1:52:42 |

**Damien Chuck Wilson Hillel Parness (Attorney Ears & Eyes Only).m4a**

| Page:Line | Original | Change | Reason | Time |
|---|---|---|---|---|
| 106:13 | it just didn't | make this thing | transcription error | 1:53:09 |
| 106:14 | keep | get | transcription error | 1:53:11 |
| 106:16 | showing | shelling | transcription error | 1:53:16 |
| 107:8 | pin | pinning | typo | 1:53:55 |
| 107:9 | pin the tail on hooks | pinning the tail on Cooks | transcription error | 1:54:04 |
| 107:17 | a | the | transcription error | 1:54:28 |
| 109:23 | Mr. Parness: You seeing what I've said? | Mr. Parness: [indecipherable] | transcription error | 1:56:48 |
| 110:5-6 | I'm ask some questions. I'm going to ask some questions for them. | I'm going to have some questions. I am going to have some questions for them. | transcription error | 1:57:03 |
| 111:15 | It was | Either | transcription error | 1:58:25 |
| 113:5 | Mr. Wilson: ...everything to them. I—I didn't... | Mr. Wilson: ...everything to them.<br>Mr. Washington: Mhmm.<br>Mr. Wilson: I—I didn't... | Missing speaker and interjection. | 2:00:33 |
| 113:6 | At | That | typo | 2:00:37 |
| 113:17 | to be off | to be pissed off | missing word | 2:01:04 |
| 113:17 | Money's gone | The money's gone | missing word | 2:01:06 |
| 113:18 | a notice | on notice | typo | 2:01:11 |
| 113:22-23 | So do you—do you go through your process, man. | So do your—go do your process, man. | transcription error | 2:01:40 |
| 114:1 | No. | Nope. | typo | 2:01:53 |
| 114:2-3 | So this just sounds like, you know, a Mike Tyson 1, 2, 1, 2 punches here, man. | So this sounds like, you know, a Mike Tyson 1, 2 –1,2 punch here, man. | transcription error | 2:02:01 |
| 114:4 | You know | Yeah | transcription error | 2:02:05 |
| 114:9 | NYPSD | NYSD | Clarification: acronym for Southern District of New York | 2:02:33 |
| 114:18 | was | is | typo | 2:02:50 |
| 115:20 | I'll that to go – I'll that to go | unethical -- unethical | transcription error | 2:04:12 |
| 116:1 | ...for—like... | ...for –right? –like... | missing word | 2:04:40 |
| 116:8 | look back | look bad | typo | 2:04:55 |
| 116:12 | from either. | from EVEN. | transcription error | 2:05:05 |
| 117:12 | the | a | transcription error | 2:06:32 |
| 124:5 | through you | through to you | missing word | 2:13:40 |
| 124:5 | but my eyes | that my odds | transcription error | 2:13:42 |
| 124:13 | would be | was | transcription error | 2:14:02 |
| 125:14 | get separate | get a separate | missing word | 2:14:52 |
| 125:14 | same of time | same amount of time | missing word | 2:14:56 |

**Damien Chuck Wilson Hillel Parness (Attorney Ears & Eyes Only).m4a**

| Page:Line | Original | Change | Reason | Time |
|---|---|---|---|---|
| 125:15 | in deal and close | in a deal and we close | missing words | 2:15:01 |
| 125:18 | of | and | typo | 2:15:12 |
| 128:25 | It's up | It's fucking up | missing word | 2:18:38 |
| 129:11 | even | EVEN | typo | 2:19:15 |
| 129:20-21 | and torque | in tort | transcription error | 2:19:38 |
| 130:8 | risk for assessment | risk assessment | additional word | 2:20:10 |
| 130:17 | it, business model | it, their business model | missing word | 2:20:37 |
| 130:20 | DFP | DSP | typo | 2:20:47 |
| 131:10 | you | we | transcription error | 2:21:25 |
| 132:4-5 | make it go away. Benefits | making it go away benefits | transcription error and corrected punctuation | 2:22:31 |
| 132:14 | when | and | transcription error | 2:22:55 |
| 134:21 | We would get anyway. | That we would get anyway. | missing word | 2:25:51 |
| 136:1 | We're | They're | transcription error | 2:26:41 |
| 136:17 | if | If | typo | 2:27:01 |