# Exhibit 10

## PREVIOUSLY FILED UNDER SEAL

TABLE OF RELEVANT CITATIONS TO RECORDINGS AND TRANSCRIPTS

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | **Washington's Information** |
| Wilson pressures Washington to share the information | Hoffmann Ex. 8 135:20 – 136:18 | Hoffmann Ex. 7 2:26:20 | Mr. Wilson: Deposition – depositions are coming, you know? That's when that's going to really – because they're going to as hard questions and then we'll have to ask hard questions. Not to rattle you, but just to get this stuff on record. And that's when this – because I've been through depositions, it's not fun, you know? They're going to ask a lot of questions. A lot of questions.<br>So that's what's next. That's – that's where the – where the fun starts, man, you know? Sarcastically. So just keep all that in mind, man. It's a – it's a lot. All those guys are going to be deposed, I'm going to be deposed, Cooks is going to be deposed. I don't know who else. But, you know, everybody's going to be deposed. And after that, it's trial time, you know?<br>And now we're in trial for two, three weeks in Manhattan or wherever it is. And we're putting suits on and just – it's just whack, man. It's whack, but I'll do it, you know? But you have the power to put this – put this fire out, it sounds like, right away. If they need it like oxygen.<br><br>Mr. Washington: Like oxygen for an astronaut in space.<br><br>(Parness on call) |
| Wilson pressures Washington to share the information | Hoffmann Ex. 6 15:1-4 – 16:1 | Hoffmann Ex. 5 12:38 | Mr. Wilson: Is there any downside to you telling us the information and us evaluating the value of it before we let you out the case? Is there any downside to that?<br>…<br>Mr. Wilson: That's what – I kind of know what you're – I know what you're getting at, actually. I just – I'm just trying to figure out what's the downside in you telling us this, to – to evaluate whether we can make use of it. |
| Wilson pressures Washington to share the information | Hoffmann Ex. 6 17:24 – 18:1 | Hoffmann Ex. 5 15:27 | Mr. Wilson: …that part is a gamble because we don't know how to what extent we can use it and really effectively use it. |
| Washington offers to provide secret information irrelevant to the case / Wilson pressures Washington to share the information | Hoffmann Ex. 8 11:20 – 13:12 | Hoffmann Ex. 7 8:26 | Mr. Wilson: [J]ust because I'm in business with someone and they're in business with EVEN, doesn't mean, you know, they're reaching their agreement with me directly.<br><br>Mr. Washington: I happen to know that it definitely would put them in a position where they would reevaluate, pause, and even very highly likely terminate the deal as it – as it's being progressed right now, to the finish line.<br><br>Mr. Wilson: Right. That's EVEN – that's EVEN – that's that forces EVEN to come settle it with me. So I don't want to go to them first. I don't want to go to the third party first. I want to go |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | to EVEN and say, 'Hey, this is what is going on, right? We don't like any of this stuff, and, you know, we're going to keep it simple. Settle this or this is going to be, you know – this is going to be on Music Business Weekly, Daily News, whatever – what Billboard, everything, right? We're just going to blow this whole thing up because you guys aren't playing good – good – good ball here.'<br>…<br>Mr. Washington: That's a very, very rare effective strategy that you should also consider as well.<br><br>Mr. Wilson: Yeah. Well, I'd love to do it.<br>..<br>You know what I mean? 'Like, now it's about to blow up our whole lifeline with the – lifeline with the X, Y, Z company. We got to get them out of here. We got to cut a deal with them.' And that's when – that's when we settled the thing. You're and – and you – you're the hero to us. We close that thing, we settle it, and – and you're in the settlement paperwork. |
| Wilson pressures Washington to share the information | Hoffmann Ex. 8 14:10-14 | Hoffmann Ex. 7 11:10 | Mr. Wilson: I don't see – the risk of us betraying you after getting a full-blown, lucrative settlement is zero, bro. Come on. That would – it would take me having a personal vendetta against you, which I do not have. And I've never had. It's – it's EVEN |
| Wilson pressures Washington to share the information | Hoffmann Ex. 8 16:6-15 | Hoffmann Ex. 7 13:19 | Mr. Wilson: "But I think if I'm walking in with that kind of bombshell information, they're going to want to settle this quickly to make it go away. Man, I don't know who has the deep pockets or investors that will play ball, but if we come up with a number and then this new deal is going to help them pay it or something, then it could all be structured in a way where they can handle it or pay back whoever gives them the money to settle it or whatever it is, you know? |
| Wilson pressures Washington to share the information | Hoffmann Ex. 8 21:22-24 | Hoffmann Ex. 7 19:09 | Mr. Wilson: Especially if it's this time-sensitive. Arm me with I – what I need to go force a settlement and put this whole thing behind us. |
| Wilson pressures Washington to share the information | Hoffmann Ex. 8 89:24 – 90:9 | Hoffmann Ex. 7 1:34:34 | Mr. Wilson: I mean, if you have information, arm us with it, so that we try to force a settlement and get out of this thing. I'm not trying – I don't want to be in this in the long haul. I got a lot of responsibility right now… [I]t's a distraction. But I can't let it go because it's real, you know? My legal fees are six figures on this thing, man.<br><br>(Parness on call) |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| Wilson pressures Washington to share the information | Hoffmann Ex. 8<br>112:18 – 113:1 | Hoffmann Ex. 7<br>1:59:50 | Mr. Wilson: If it's – if it's bombshell enough for us to pick up the phone and call Leichtman and say, 'Hey man, you know, I was playing golf this weekend and somebody told somebody who called me and said that, you know, that you got a situation. And, you know, before I – before I hit them up, you know, I'm giving you a call. You know, see if you – see if you want – you want to continue settlement discussions.'<br><br>(Parness on call) |
| Wilson pressures Washington to share the information | Hoffmann Ex. 8<br>120:1-21 | Hoffmann Ex. 7<br>2:09:19 | Mr. Wilson: You know what I mean? We could be moving on this today. I don't see – you have no downside here. There's no – we – there's no benefit for us telling them you are our source. Understand that.. There's zero benefit for them – to us telling them our source of information because it's not – the court can't force it. It has nothing to do with the court case.<br>…<br>…And we – and we want to maintain our relationship with you for multiple reasons now…If I were in your shoes, that's how I would analyze it.<br><br>(Parness on call) |
| **Wilson Initiates and Repeats Payment Offer** | | | |
| Wilson initiates and repeats payment offer | Hoffmann Ex. 8<br>19:6 – 20:3 | Hoffmann Ex. 7<br>16:29 | Mr. Washington: So, sidebar, what is this information worth to you?<br><br>Mr. Wilson: I mean, like I said, if you want me to throw you some money to show you that I'm serious so that I pay you money and I use this shit and I – and – and I don't – it's nonrefundable – like, I could – I could do that. But I don't know what it's worth because I haven't – I don't know the information you could – I just threw that out there to say 'Well –'<br>At least – you know, at least you could say, 'Well, I gave it to them. They didn't really do nothing with it, but at least I hit them for – for a little bit of, you know, a check.' Like, something like that.<br><br>Mr. Washington: Yeah. But – like, yeah, it'd be cool to have a couple extra thousand in my pocket right now, but like –<br><br>Mr. Wilson: I don't mind doing that as a show – as a show of good faith, as long as it doesn't – I'll ask Hillel 'Hey, is this going to hurt me with, like, a judge or something look, like weird or something and – and – if it ever comes out?' |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| Wilson repeats payment offer / Parness participation | Hoffmann Ex. 8 22:3-24 | Hoffmann Ex. 7 19:20 | Mr. Wilson: It's not how much it's worth. I just don't mind sending you a good faith payment to show – to – to – you know, nonrefundable payment just so that you can see that I'm serious about this, I guess.<br>…<br>This much payment says 'Hey this guy is – is – if he – you know, if he goes left, which I'm not, we just went through that, 'well, at least he lost that money.' You know what I mean? Or, at least, I got this money.' It's like, it's that kind of thing.<br><br>Mr. Washington: Right. So let's do this<br><br>Mr. Wilson: Check with Hillel to make sure I'm not – I'm not – if someone were to learn that, it doesn't undermine me somehow. Otherwise, I'm totally down with it.<br><br>Mr. Washington: Okay. So call him. |
| Wilson repeats payment offer | Hoffmann Ex. 8 24:10-24:15 | Hoffmann Ex. 7 21:00 | Mr. Wilson: I think you just give me the information, man. Let me try to – let me use it to try to force a settlement. **I mean, I – if you want – If you want my personal word that I'll take care of you after this is over in some way, shape, or form, I'm willing to do that, man, you know?** |
| **Wilson Initiates and Repeats Job Offer** | | | |
| Wilson initiates job offer | Hoffmann Ex. 6 22:16 – 25:5 | Hoffmann Ex. 5 19:55 | Mr. Wilson: No, no, I get – I get what you're saying.<br>..<br>You got some, -- you got some information that can blow up –<br>…<br>Yeah. There's definitely some things we could do. I – you know, it was good to talk to you the first time and I – I can tell you – you've got a good head in the game and everything, so that's why I asked for your resume and everything, because we got – we got a—we got a lot of, you know? Stove alone is going to be massive, but we got a lot of stuff we're rebuilding right ow and we need to rebuild it – we need to rebuild it immediately.<br><br>Mr. Washington: How big is Babygrande's operation on the music side?<br><br>Mr. Wilson: Not big. And I need to hire people. It's – it's by design. It's – it's not big because we were in a lull, but we're ramping up right now. So I need, I need help building out the team…<br>… |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | I'm in a great position. That's why I got to ramp up and I need – I need help…Really, all kinds of help. But one of the things I need help with is someone who can help me bring the right people to join a team, you know? |
| Wilson repeats job offer | Hoffmann Ex. 8 95:23 – 96:18 | Hoffmann Ex. 7 1:41:29 | Mr. Wilson: You're in control of that leverage. I can't – I can't – you know, I can't make you – I can't make you disclose it. Can't make you disclose it. I – I've laid out my case for why I think you should disclose it, but I can't make you do that. If you don't want to disclose it, then we're back to where we started at the beginning of the day. There's nothing I can do.<br>You giving me a chance to blow it up and force them to settle would be amazing. And I think it would -- I think -- off the record, I think it would<br>help -- it would -- it would pave the way for us to do other business in the future.· But, you know, you'd have to play the odds on that.· I told you<br>where I'm with the company right now, and that's a fact.<br>I don't have the staff that I need to – to ramp up right now.· So I need somebody that -- that's out in the -- out on the field to -- to be an<br>ambassador for me to help me build that team that I need right now.<br><br>(Parness on call) |
| Wilson repeats job offer | Hoffmann Ex. 8 110:23 – 111:17 | Hoffmann Ex. 7 1:57:35 | Mr. Wilson: So that's two death blows right in their face. But you want to keep going through litigation? I don't think so. I think this will go to settlement with those two blows and we're out of here. And the next conversation with us is trying to figure out how we can do some – some other stuff. I'm serious.<br>I mean, you know? You know I got this artis that's in position A right now. You have to know that. And I got some great ammunition to roll out with, but I got to – I need some more staff members, man. I need help. So I'm just putting that out there, man. And I've already talked to Cooks about it. I said, 'Hey, is it – did you – did you end up with a beef with him? Is it, like, could you work with him?' 'Absolutely,' he said, you know? That's a fact.<br>I've already asked him that. Either yesterday or the day before. Whenever you sent me the resume, same day. Think about it, man. Think about it.<br>…<br>Sleep on it. Whatever you got to do, sleep on it. Whatever you got to do. But there's a perfect progression here that I think would force this to settlement. Yeah, I think your – I think your – your discovery stuff you produced is going to really – is going to really, you know, take them back.<br><br>(Parness on call) |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| **Wilson Devises Strategies for Extorting Even with Washington's Information** | | | |
| Wilson devises strategies for EVEN extortion scheme | Hoffmann Ex. 4 14:2-6 | Hoffmann Ex. 3 11:19 | Mr. Wilson: Yeah. Let's do that and – and let's – let's try to make this work and help each other get to the – get to the right side of things, man. Because this is just – it's really just unbelievable. |
| Wilson devises strategies for EVEN extortion scheme | Hoffmann Ex. 8 8:14 – 9:3 | Hoffmann Ex. 7 5:04 | Mr. Wilson: **But you have the ability to arm me with what I need to go to force a settlement.** If it settles, you win. If it's – like, our interests are aligned there. That's the thing. You got to – it – it – it's – it's – you're looking at it just straight contractually, but this is risk assessment.<br>…<br>**You give me this information and I – all I want to do is use it to settle the case. That's all I want to do. To squeeze them.** |
| Wilson devises strategies for EVEN extortion scheme | Hoffmann Ex. 8 9:17 – 10:6 | Hoffmann Ex. 7 6:18 | Mr. Wilson: Not really. Because I don't think that they have three months to play with. I don't think that they have that kind of time. I mean, they got – they if I present, they got to make this go away, man, from what you're telling me.<br><br>Mr. Washington: A hundred percent.<br><br>Mr. Wilson: Immediately.<br><br>Mr. Washington: A hundred percent.<br><br>Mr. Wilson: So it's not going to be three months. They're going to – they're going to be shaking in their boots, man. Remember, I can't go to the – if I get this information from you, the last thing I want to do is go to the party. The third party, okay? That's going to blow up the deal. Incinerate, in your words. |
| Wilson devises strategies for EVEN extortion scheme | Hoffmann Ex. 8 10:24 – 11:8 | Hoffmann Ex. 7 7:50 | Mr. Wilson: No, no. This – this plays out this way. If the – if the information is that good, right? I go to them and I say, 'Hey listen, you know, it's come to our attention that this, this, and this is going down and, you know, we highly recommend we get a settlement or all this is all – it's going to – it's going to be a lot of blowing up right now.' You know? And they're going to – they're going to go out, they're going to think about it and they're going to be squeezing – |
| Wilson devises strategies for EVEN extortion scheme | Hoffmann Ex. 6 16:23 – 17:10 | Hoffmann Ex. 5 14:38 | Mr. Wilson: All right. Let's – let me make up a hypothetical. These guys are in the middle of some big transaction and the transaction – the people on the other end of the transaction, if they know about this, they're going to lock up. That's what I'm – that's the drift that I'm getting from you. |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | Mr. Washington: A hundred percent.<br><br>Mr. Wilson: And – and so, you know, the question becomes, you know, 'How would we act on that information? Call up the people they're doing the…transaction with?'<br><br>Mr. Washington: A hundred percent. |
| Wilson devises strategies for EVEN extortion scheme | Hoffmann Ex.6 18:19 – 20:19 | Hoffmann Ex. 5 16:10 | Mr. Washington: So the – the information and communications that I have would incinerate –<br><br>Mr. Wilson: Mmhmm.<br><br>Mr. Washington: – their chances of being able to complete the transaction once you go to the party with the information that you have. Trust me. Trust me.<br><br>Mr. Wilson: Okay. Hold on. Hold on. So if that's the case – if that's the case, the best way to use this information is to go to EVEN with it.<br><br>Mr. Washington: No, no, no. I don't want anything to do with them.<br><br>Mr. Wilson: Once you – hold on. Once you incinerate the transaction, you can't leverage it – we can't leverage it against EVEN. It's done. They're burned. They're cooked.<br>…<br>Where – so just as am atter of almost chess, right? If they – if they – if you have something that can incinerate their transaction that's on the table, it's better to go to EVEN and say, 'Hey, if you don't do this, this, this, and this, we're going to incinerate your transaction.' But if you incinerate the transaction first, they're already – they're already cooked. There's no chess move for them. They're done.<br><br>Mr. Washington: But that's what I'm telling you, you have the – you'll have the leverage to bargain with them on that front.<br><br>Mr. Wilson: So you're saying go to – don't incinerate the transaction first, Go to them and say, 'We're going to incinerate this transaction if we don't get this figured out?'<br>…<br>Mr. Washington: All you have to do is make a phone call and show them the information that I have, and it's over for them. It's curtains. |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | Mr. Wilson: So you're saying I have a relationship?<br><br>Mr. Washington: Yeah. You don't know it, but I know it.<br><br>Mr. Wilson: So whoever this is, I know them.<br><br>Mr. Washington: You have a – yes. You have a direct line.<br><br>Mr. Wilson: Wow. Yeah. I mean this is – this is –<br><br>Mr. Washington: Like I said, talk to Hillel… |
| Wilson devises strategies for EVEN extortion scheme | Hoffmann Ex. 8 29:20 – 30:4 | Hoffmann Ex. 7 27:34 | Mr. Wilson: … I just want to force a settlement. Get this out of my hair, get the upside, whatever it is, cover the legal fees. I can keep paying these legal fees. It sucks, but I can – I can try – I can handle it. I can handle it, you know? But I just don't think – I think these guys are very sloppy and they're going to pay the price. I mean, I don't – as a record label, we don't do that. We don't put out records without the due diligence. Come on, man. |
| Wilson devises strategies for EVEN extortion scheme | Hoffmann Ex.8 32:9-21 | Hoffmann Ex. 7 30:28 | Mr. Washington: My point – this is not going away anytime soon is my point.<br><br>Mr. Wilson: It is, if you have information that'll force them to make it – make them have to make it go away.<br><br>Mr. Washington: I know that. So – so – but you have to make me go away too. That's what I'm trying to tell you bro.<br><br>Mr. Wilson: Arm me with the information to make this go away. Arm me with that. I don't know – I mean, I'd love to get it out of the way. I'd love to – I'd love to hit them with this upside their head. 'Hey, man.' |
| Wilson devises strategies for EVEN extortion scheme | Hoffmann Ex. 8 48:8-12 | Hoffmann Ex. 7 48:34 | Mr. Wilson: …[L]ook, [EVEN is] the deep pockets. They're going to cut a big check to make this go away, you know? And that's – that's what I'm – that's what I'm after because I feel like I've been wronged.<br><br>(Parness on call) |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| Wilson devises strategies for EVEN extortion scheme | Hoffmann Ex. 8 56:16-24 | Hoffmann Ex. 7 58:40 | Mr. Wilson: Well, it basically brings us back to where we are now, where we don't have that information. But if that information is as powerful as you say it is, then we can act on it and force a settlement. So it takes care of itself. It takes care of itself. We don't have to overthink it. If it's that powerful, it's going to – it's going to incentivize them to get this thing – make this thing go away for everybody.<br><br>(Parness on call) |
| Wilson devises strategies for EVEN extortion scheme | Hoffmann Ex. 8 82:19-85:3 | Hoffmann Ex. 7 1:27:02 | Mr. Washington: So my question still remains. What do you have to lose by letting me out right now? If everything you just said is true, what do you have to lose?<br><br>Mr. Wilson: Right now, you're leverage against EVEN right now. You're a wild card against EVEN. See? And we don't know what we'll be letting you out for.<br>…<br>Mr. Wilson: Your pockets – you're not the deep pockets.<br>…<br>You are leverage against EVEN. If we get a settlement with EVEN, we don't need the leverage anymore.<br><br>(Parness on call) |
| Wilson devises strategies for EVEN extortion scheme | Hoffmann Ex. 8 92:19 – 95:6 | Hoffmann Ex. 7 1:37:38 | Mr. Wilson: No, I know. I'm just saying, like, you know? Yeah, we can leave it here. I mean, if -- if there's an opportunity, if you don't feel comfortable, we going to -- it is what it's. You want to act on it and tell us what it is so we can possibly force this thing this week, then let us know. Because I -- to me, it -- it could be – it could be an amazing situation to force them. I don't know though.<br>So, you know, that -- that's -- that's -- it's your call. I don't think you have anything to lose personally. Absolutely nothing. Nothing to lose. It's -- it's simple.· 'A birdie told me that this was happening.' The message -- your name's not mentioned. 'Is it -- is this something you guys want to discuss before we -- we have to cover our butts?'<br>I don't, I don't know the parameter, but let's say we have -- before I have to cover my butt, and reach out to these people and say, 'Hey, you know, we're coming after their assets.· Just want to let you know that.· And I -- I'm -- I'm coming to -- I'm coming to you, EVEN, to say -- with an olive branch before I -- before I do that. If you're not interested in settling, then I'm going to have to let them know, like, you know, be careful because we got our eyes on those assets. So before you do this, this, that, and the third, you know, you may want |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | make sure that, you know, you're not getting a fraudulent transfer of assets here. You have to give them back.'<br>You know what I mean? That's an easy conversation. And – and we'll probably know the same day what they want to do. And that's upside for you, for me, everybody. And you could blow – you could – you can eliminate the chance of that by focusing on the 0.01 percent that I'm going to betray you and come after you once I have a settlement with EVEN.<br>That's – that's just – that doesn't – that doesn't – it doesn't add up, so. But you – you know, you got to be the captain of your ship, man. Let me know – let me know if you change your mind or if you want to pursue this further. But I don't think you have anything to lose. You know If it was – if it was as simple as paying a check to do this, cool.<br>But that's -- that -- now, if it doesn't work out and that -- and now that part of the court records, you're -- you're a compromised witness now.<br>Can't -- can't risk that. That -- that doesn't work. You're just telling the truth right now, which is great. The truth is they're lying all over the place about when you're employed, when you weren't employed, what you did, what you didn't do.<br>They're not -- you know, throwing you under the bus any chance they get, which makes them look terrible.· And now -- and then -- and then they're – and then they're trying to run it up after they've had a cease and desist. All those things make them look bad, man. So, you know, they're -- they're doing really sneaky stuff now and trying to raise capital with -- and not disclosing litigation, you know?<br><br>(Parness on call) |
| Wilson devises strategies for EVEN extortion scheme | Hoffmann Ex. 8 108:12 – 110:21 | Hoffmann Ex. 7 1:55:02 | Mr. Washington: Well, I got to give my discovery to EVEN now, apparently. So I'm going to do that.<br><br>Mr. Wilson: Right – right. And understand what that's – now, you know, as you sleep on this thing, right, that's another strategic move. Do you give that to them first, or do we make this phone call first? That's something you got to analyze. You may not want them to see that first. I don't even know.<br>I have to think about it too, you know, if I were in your position, what I would do. I might not wan them to see that until after. I may want them to get this death blow and then see that. Because I don't think they're going to be happy with what you wrote down, right?<br>…<br>Mr. Wilson: When you hit – when we hit them with the death blow that has nothing to do with you, right? If you agree to it. Give them a bad death blow and then the next day they get your |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | discovery and they're not happy with that. Now they're – both avenues look crazy for them. Both avenues. 'We're about to lose this deal and have that be a problem.'<br>And on the other side of the equation, you turn in discovery that makes this whole thing way more complicated. All that leads to, man, force this settlement and get this shit the fuck out of here. You see?<br>…<br>Just keep in mind what I just laid out that – that progression of death blows, right? They get the first one about this situation on trying to force the settlement off that's going to blow up their deal, and then a day or two later they get your discovery and now all of a sudden, they're looking at two death blows in the face. Because the judge isn't going to like that.<br>And, you know, they didn't discloses any of that, what they produced getting their communication with you. They didn't give us that shit. Oh, but it turns up in what you produced. They're looking dishonest now.<br><br>(Parness on call) |
| Wilson devises strategies for how to extort EVEN with the information Washington was offering & discusses extortion plans | Hoffmann Ex. 8 125: 17 – 126:3 | Hoffmann Ex. 7 2:14:24 | Mr. Wilson: So it's going to be one document, one global settlement and release with you signing, me signing, and EVEN signing. Done deal.<br>And it's going to happen quickly because they don't want that deal to blow up. It's not going to be – it – it wouldn't even make sense for us to try to do two separate deals. It's going to be take more time than it's worth. And those risks that you just brought up. You know what? We have a – we have a conversation. What's the amount? Plug the amount in, standard – standard settlement and release language. It's over. It's over.<br><br>(Parness on call) |
| **Babygrande Relationship with Cooks and Speculation about Cooks' Motives** | | | |
| Babygrande Relationship with Cooks | Hoffmann Ex. 2 5:13-17 | Hoffmann Ex. 1 2:32 | Mr. Wilson: I love Cooks as an artist and – and really gotten to know him as a person. And that's the kind of crazy thing is that people don't realize, no matter what you read out here – **I talk to this guy every day, we're really good friends**. |
| Wilson speculates about Cooks' motives | Hoffmann Ex. 2 6:03-13 | Hoffmann Ex. 1 3:10 | Mr. Wilson: … [I]f someone puts a bag in front of a rapper's face, they're going to take it, you know? So that's just – that's just kind of 101 for me in the music business. And so I never really put any blame on Cooks here… Like, I can't blame the artist. The artist is going to take the bag. They just do it, you know? And I'm not saying that's what happened, but that's just how I've looked at this. |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| Wilson speculates about Cooks' motives | Hoffmann Ex. 2 33:7-10 | Hoffmann Ex. 1 33:36 | Mr. Wilson: And I feel like, you know, with the EVEN process, I mean, who knows what Cooks understood it to be, you know, accurate or what – what he was doing how much he was motivated by just the bag. |
| Wilson speculates about Cooks' motives | Hoffmann Ex. 8 24:15-25:1 | Hoffmann Ex. 7 21:57 | Mr. Wilson: …There's a reason why Cooks has been with me for four or five years. It's because I keep my word every step.<br>If you – whatever you're reading out there and Reddit and all kind of BS, like, none of that going on, bro. This guy by my side a hundred percent. Just if you put – start putting bags in front of rappers' faces, they going to figure out a way to take that bag and deal with it later. I think that's just in general, it's not even about the settlement. I would say every rapper would do that. At least 90 percent of them.<br>…<br>I wasn't even mad at him.<br>I mean, once he explained is position. I said, 'Look, I know it's tough when you got a bag in your face. Tell me what was on your mind, man. We've been going through hell trying to do all this. It was a listening experience. They – they going to charge people to hear the music. They can't download it.' 'I mean, yeah, I'll share it with people. A select group of people that want to pay to hear it. Why not?' |
| Stove's Dissatisfaction with Babygrande and Denying Contract | Hoffmann Ex. 2 12:2 – 13:14 | Hoffmann Ex. 1 9:48 | Mr. Washington: I turned over discovery to Hillel that, you know, Stove, didn't – he – he definitely said, 'I'm not with a label.' And he's like, 'I don't got nobody. It is just me,' right? That's what he's – that was his story, that's what he was sticking to<br>Like you said, you know, when it's an opportunity for a bag and they don't have to cut somebody in, maybe that's what it was. I don't want to speak for him, I don't want to make any assumptions, but I can just tell you factually, he made it very clear, 'I'm not with no label.' That's what he said, right?<br><br>Mr. Wilson: Are you saying he made it clear in writing?<br><br>Mr. Washington: He – no, I said – I said he made it clear that he was not with a label on the call.<br>…<br>Mr. Washington: And – but then he also doubled down on that in writing later…[E]verything just seemed smooth. And next thing you know, the CEO comes to me and he's like 'Oh, we got to take-down notice.' And so he's like, 'Can you ask Stove about, you know, who – who or what this label – he got a label he signed?'<br>I said – I said, 'He told me he doesn't.' So I went back, I said 'Yo, CEO's saying there's a label at – you know, you got to take the music down.' And this is what he said. 'No, I'm – no |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | – no, I'm not -- I'm not messing with them. I'm not effing with them. I'm – you know, they still trying to be involved.'<br>So I called him. So this is when we got into the conversation and he is like, 'No, I ain't with nobody. I did, like, one album with them…" |
| Wilson's conjecture about Cook's motives | Hoffmann Ex. 8 77:20 – 80:11 | Hoffmann Ex. 7 1:21:31 | Mr. Wilson: And Cooks – I asking Cooks, he's like, 'Well, these tracks are stuck. We – we basically moved on to start re-recording new stuff. These tracks are stuck, you know, and all they want to do is have a listening experience with him, and nothing wrong with that.' I mean, in my – in my eyes it's what he's saying and I got a check for it. I'm like, 'Okay.' You know? I just left that for the moment.<br>But, you know, that's the how artists think. He didn't have an attorney. He didn't think it was subject to our agreement, or at least in a way that would violate our agreement.<br>…<br>…'[W]e're not selling records. We're not on DSPs. This is something different from what's addressed in our contract. And these recordings were stuck in sample clearance where they were kind of in a suspended place anyway. Wasn't clear whether we're going to be able to put them out or what – how long did it take to put them out, so yeah, an opportunity to share some recordings where I don't necessarily have to clear the music, but people can enjoy it. And – and that was an – that was – that – as an artist, that was an opportunity, right?'<br>…<br>I mean, a listening experience is different. That's the whole basis of EVEN. That's the whole premise of it. It's creating something that's in between distribution, and artists creating something. Direct to consumer experiences.<br>…<br>Just saying you have a listening party online you're going to charge people to come and listen. Is that even releasing music? I – I don't know. These are all questions.<br>…<br>That's why I said – that's why I could go to litigation. But I'm good. I can handle it. I can go to distance, I'll capitalize, I can do it. They're the ones that are a startup that are probably, you know, scrambling to pay stuff every – every 90 days. They're the ones that needs to raise – raise capital, you know? They're the ones that don't need any bad press. I got 20 years of roots in the ground now. A storm isn't going to knock my trees over.<br><br>(Parness on call) |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| Stove's Dissatisfaction with Babygrande and Denying Contract | Hoffmann Ex. 2 17:11-18 | Hoffmann Ex. 1 15:23 | Mr. Washington: You know, the way [Cooks] painted the picture to me, at least on the phone was, 'Yo, man, these guys just mad. I don't want to work with them no more. They – they would just want – they just trying to get a piece of whatever I'm doing because I'm hot and I'm popping now.' |
| Stove's Dissatisfaction with Babygrande and Denying Contract | Hoffmann Ex. 2 22:8-17 | Hoffmann Ex. 1 20:50 | Mr. Washington: …[T]here was never any mention of a contract. And when you get into discovery, you're going to see that he said himself 'I'm moving as if there is no paperwork.' That was his words verbatim In writing. I'm not quoting, I'm not paraphrasing. This is what he said.<br><br>Mr. Wilson: You talking about in writing?<br><br>Mr. Washington: He told me that – he told – he said – he sent me in a text message. |
| Stove's Dissatisfaction with Babygrande and Denying Contract | Hoffmann Ex. 2 40:24-41:2 | Hoffmann Ex. 1 41:56 | Mr. Washington: [Babygrande is] going to be wasting their time coming after EVEN if the root of the problem is Stove using the platform, because he did it on his own. |
| Stove's Dissatisfaction with Babygrande and Denying Contract | Hoffmann Ex. 2 47:11-23 | Hoffmann Ex. 1 48:20 | Mr. Washington: …I got one half of the story from Stove. 'Oh, these guys is bogus. They still trying to be involved. They should want – they want to have their hand in my pocket. I ain't got no management…<br>Bro, this man had me really believing he ain't had no paperwork to the point I called Roc Nation. |
| Stove's Dissatisfaction with Babygrande and Denying Contract | Hoffmann Ex. 6 10:22 – 11:5 | Hoffmann Ex. 5 8:36 | Mr. Washington: You know? But me speaking directly with Stove was, 'Yo, I'mma send them a copy of the album because these are my fans and they paid for it, and I want them to still keep rocking with me.' And it's – but also you'll see in the discovery, because you haven't seen it yet. When you see the discovery, he says it again, doubles down, triples down on 'Yo, this is my music, and they don't own it.' Flat out. |
| Stove's Dissatisfaction with Babygrande and Denying Contract | Hoffmann Ex. 6 12:13-18 | Hoffmann Ex. 5 10:04 | Mr. Washington: [Stove repeated]…'They don't own my rights to my music. I don't know – and – and to whatever extent there is a – a paperwork or an agreement, I'm operating as if there is none.' That's what he says. That's what he said. |
| Stove not making money from Babygrande | Hoffmann Ex. 4 63:16-18 | Hoffmann Ex. 7 1:05:45 | Mr. Wilson: We haven't released any music with him yet.<br><br>Mr. Washington: So how many albums does he have to give your right now? |

| Issue(s) | Transcript | Appx. Time | Quotation |
| --- | --- | --- | --- |
| | | | Mr. Wilson: A lot.<br><br>Mr. Washington: He has to give you a lot of albums? |
| **EVEN Not Responsible for Mailchimp** | | | |
| EVEN was not responsible for Mailchimp | Hoffmann Ex. 6 4:10 – 5:12 | Hoffmann Ex. 5 0:56 | Mr. Washington: …Stove is the one who was like, 'Yo.' And I think – I think this is end of discovery. Like you'll see him literally telling me, 'I want the data so I can send it directly out to the fans,' right? And so now, **this is not part of EVEN, but this is him coming to me directly** as someone he wanted on his team.<br>…<br>So yes, he's like, 'I got all these email contacts. How do I do it?' And I was like, 'Well, you probably need something like a MailChimp.' And he was like, 'Well, what's MailChimp?" I'm like, 'It's – it's a system where – it's a mailing list system, basically.' He was like, 'All right. Well, I'm riding around right now, but make one for me and – so I can – so I can send it out.'<br>So I obliged. I'm like 'Yo, all right. Cool. Here's the account. Here go the password. Whenever you're ready to pull the trigger, this is what you – you know, this is how you use it, operate it, da, da, da.' And that was – that's where that part of the email thing came from.<br><br>Mr. Wilson: So **EVEN had nothing to do with tha**t?<br><br>Mr. Washington: **EVEN had nothing to do with that. That was all Stove's idea.** |
| EVEN was not responsible for Mailchimp | Hoffmann Ex. 6 9:20-25 | Hoffmann Ex. 5 7:27 | Mr. Washington: Right? So separately from EVEN is how that email thing happened, because Stove wanted to send it out. Like, this wasn't anything that I made him do, or EVEN made him do. This is what he wanted to do. That's just me giving you the truth. |
| EVEN was not responsible for Mailchimp | Hoffmann Ex. 6 31:9-12 | Hoffmann Ex. 5 27:50 | Mr. Washington: So it's [Cooks] that, at the end of the day, made a decision to go through with sending out the email blast. I don't have the ability to do that without him. |
| EVEN was not responsible for Mailchimp/ Washington independent contractor | Hoffmann Ex. 6 7:24 – 8:14 | Hoffmann Ex. 5 5:25 | Mr. Washington: To the extent, like – like the actual emails where Stove had the copy of the album after the EVEN thing taken down, that didn't come from EVEN's direct email servers. Like, that much, I will tell you. I have to be – you know, I'm keeping it a hundred on that. |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | Mr. Wilson: …Because I mean, it's – it's a gray area because at that point, you're – you're still working for EVEN, right?<br><br>Mr. Washington: At that point, I was a consultant, yes. I wasn't full-time until October 3rd or 7th or something like that. So in this conversation with Stove, I'm talking to him as I'm advising him directly because he asked me to. |
| MailChimp only went to those who purchased SGC's album on EVEN | Hoffmann Ex. 6 30:16 – 31: 2 | Hoffmann Ex. 5 27:08 | Mr. Wilson: [W]hen that email went out, did it go to just – just the EVEN folks or all those other fans he's talking about?<br><br>Mr. Washington: Just the fans that purchased it on EVEN.<br>…<br>[S]ending it out to anyone else would've been a – a super serious violation. But this is just giving folks product that they paid for. |
| EVEN was not responsible for MailChimp/ Washington relayed information to Parness | Hoffmann Ex. 8 54:13 – 55:1 | Hoffmann Ex. 7 56:02 | Mr. Washington: … Hillel, you now have the discovery, so you can see this for yourself.<br>In the communication with Stove and I, it's him who's initiating, 'Yo, I'm wanting to use my data to send out the emails, use the emails to send out the music to my fans who purchased blah, da, da, da, whatever, whatever.' Chuck's position, as far as he knew it up until this point is, 'Well, it came form EVEN, or it came directly from DDOT on – on our own accord,' which is not what happened.<br><br>Mr. Parness: You're talking about the download on September 11th, right?<br><br>Mr. Washington: Correct. |
| **Parness' Participation** | | | |
| Parness and Washington talking before Aug. 5 | Hoffmann Ex. 2 3:8-10 | Hoffmann Ex. 1 0:13 | Mr. Washington: I didn't even realize that Hillel had double-emailed me and gave me your number a couple hours ago |
| Parness' Participation | Hoffmann Ex. 2 38:5-25 | Hoffmann Ex. 1 39:02 | Mr. Washington: …And once you talk to Hillel and you figure out what you want to do between us, I can be way more of help in how you are able to figure out a better settlement.<br>…<br>Mr. Washington: What I would do is, I'll reach out to Hillel and offer, you know, a sworn affidavit under penalty of perjury for me to essentially be called as a witness and, you know, say what I need to say, which is the truth… |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | |
| Parness' Participation | Hoffmann Ex. 6<br>3:5-10 | Hoffmann Ex. 5<br>0:05 | Mr. Washington: All right. Cool. I sent over my discovery. Did you get a chance to go over it with Hillel?<br><br>Mr. Wilson: He – I just talked to him yesterday and he told me, I guess you gave him permission to show it to me. |
| Parness' Participation | Hoffmann Ex. 6<br>13:4 – 14:18 | Hoffmann Ex. 5<br>10:38 | Mr. Washington: But the reason I had you call me is because, you know, the sooner you get to review whatever with Hillel, the sooner I'm going to need to hear from you about figuring out the other part. Because there are time-sensitive things that you're going to – you're going to lose leverage on outsideof, this is what I'm talking about.<br>Remember I said I have some things that can help you. It's – but you can't sit around is what I'm trying to tell you. Like, I'm literally keeping track still as I have access to things to – and information that can very – like – like, as of, like – as – as recent as today. As recent as an hour ago, new information that can help you.<br><br>Mr. Wilson: Did you tell Hillel this?<br><br>Mr. Washington: Hillel knows.<br><br>Mr. Wilson: Okay. He didn't – he didn't mention that – his stuff beyond what you sent over.<br><br>Mr. Washington Well, I – I told him this a couple days ago before me and you first got on the phone, so maybe it slipped him, but he definitely knows that I have way more information outside of – the thing is, it's not specific to your case –<br><br>Mr. Wilson: Mmmhmm.<br><br>Mr. Washington: – but because of the things that are happening internally with EVEN, you are in a position to make EVEN come to the table with a better settlement offer –<br><br>Mr. Wilson: Mmmhmm.<br><br>Mr. Washington: – but you have to listen to the information I'm giving you, which I'm coming – keeping it real. If – if we're going to align, I need to be out of the case. That's just it.<br><br>Mr. Wilson: But we won't know that information until we let you out the case? |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | Mr. Washington: Yes. That is what I'm offering you.<br><br>Mr. Wilson: Well, we don't know the value of it, right, we won't know it till we – we have to let you out of the case to get that information is what you're saying, right?<br><br>Mr. Washinton: Yeah.<br><br>Mr. Wilson: Yeah. That's Hillel's call, really. It's not mine cause it's a gamble. |
| Parness' Participation | Hoffmann Ex. 6 26:23 – 28:15 | Hoffmann Ex. 5 23:41 | Mr. Washington: …[A]s far as you are concerned, it's very time sensitive. Like, I'm giving you real time update. Like, I got another piece of something that can –<br><br>Mr. Wilson: Mmmhmm.<br><br>Mr. Washington: – help cripple them. Like, a – a real kidney shot. Like boom, you going to fall to the ground and, like, the ref is going to get to nine before you even get a chance to get up.<br><br>Mr. Wilson: All right.. let me – let me call Hillel right now and call you back. The question is this right now, right? The question is, do we gamble on something we know nothing about and take you off the case or not, right? Or is there – is there a scenario where you tell us what it is and give us a chance to decide whether it's worth it, right? Because I – I have no personal reason to have you on this case<br>…<br>Mr. Washington: … But if you come quicker and get me out of it quicker, it's way more upside to you because you have me as an ally to give you as much information even beyond the case, you know what I'm saying? And then, you know, we going to skip off into the sunset and get something else done.<br><br>Mr. Wilson: Right.<br><br>Mr. Washington: You know what I'm saying?<br><br>Mr. Wilson: Let me call Hillel right now and call you back. |
| Parness' Participation | Hoffmann Ex. 6 34:6 – 36:15 | Hoffmann Ex. 5 30:38 | Mr. Wilson: Right. I agree. Let me call – let me call Hillel and call you right back.<br><br>Mr. Washington: All right. |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | Mr. Wilson: But what I'm going to say to him is like, 'He's got some time-sensitive news. My guess is there's some transaction going down and, you know, that's what he's offering and, you know, he wants to – he wants – in order to give us that information, he wants to be off the case now.' So that's – I can't even make that decision because, you know, it's more than just the value of the information.<br>It's civil procedure, I guess. Can we – can we get information from – man, I don't even know how this word. You're – you're a party to the – 'Can we get information from a party in the case and turn around and – and take it to the other party and leverage them?' I guess so. I mean, it's just – it may – it may be – there may be something funky with that where they could – you know, they can – they could see what we're doing.<br>And I don't know if it's – I don't know, man. I just – I just got to go to Hillel with something technical like this.<br>…<br>Okay. Let me call Hillel and tell them the scenario and call you right back. |
| Wilson suggests that Washington speak to Hillel about settlement scheme | Hoffmann Ex. 2 54:25 – 55:12 | Hoffmann Ex. 1 56:08 | Mr. Washington: … I can definitely tell you things that I know you could use to your advantage to get a settlement quicker than the – the – than the – than going through the whole process. I promise you that.<br><br>Mr. Wilson: Wow.<br><br>Mr. Washington: Because once you put that on the table, like, 'Hey, you know, a little birdie told me this, and this, that, and the third, y'all might not want this getting out. What kind of settlement you going to give me now?" That's what I'm saying to you. It changes the whole landscape of your settlement.<br><br>Mr. Wilson: It's – it's that serious?<br><br>Mr. Washington: It's that serious. For sure. For sure.<br><br>Mr. Wilson: Wow. All right. Yeah. Talk to Hillel then. That sounds – that sounds like a good situation, you know? |
| Wilson suggests that Washington speak to | Hoffmann Ex. 4 5:24-6:3 | Hoffmann Ex. 3 2:46 | Mr. Wilson: But yeah, I think – I mean, let Hillel know what you have in mind, man, and then – and, then let's try to work it out. I'm not trying to bring any harm to you, man. |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| Hillel about settlement scheme | | | |
| Wilson suggests that Washington speak to Hillel about settlement scheme | Hoffmann Ex. 4 8:11-15 | Hoffmann Ex. 3 5:02 | Mr. Wilson: Wow – wow. Like I said, talk to him man. See if we can get you off this case. You'll still be a witness though, right?<br><br>Mr. Washington: That's exactly what I'm offering. |
| Parness' participation | Hoffmann Ex. 8 26:1-25 | Hoffmann Ex. 7 23:26 | Mr. Washington: You talk to Hillel and figure out what your risk assessment is on your end, and we go from there.<br>…<br>Mr. Wilson: I don't think it's good for me to be moving money to you, now I think about it, man. It's going to undermine any – all your stuff will be undermined. Permanently. He's on the take. And, you know, and I – I can't lie under oath if I'm – if they – if they all of a suddent want, you know, to ask me that shit. And they can find bank – you know what I mean? That's just not good.<br><br>Mr. Washington: So ask them what the risk assessment is on figuring out another settlement for me to get out of here.<br><br>Mr. Wilson: He – he's already told me that. He said you can't – that you got two problems. One is, you don't know the information, right? So that puts you in a severely disadvantaged position. And then – and then acting on it once you see it, might be a problem if it's – if it's trampling on certain rights. That's his – that's exactly what he said. Those are the two things. You don't know the value till you see it. |
| Parness joins the call | Hoffmann Ex. 8 37:4-7 | Hoffmann Ex. 7 35:55 | Mr. Washington: Get Hillel on the three-way call and I'll give you the information.<br><br>Mr. Wilson: I'll see if I can reach him right now. Hold on. Hey, you guys there?<br><br>[Hillel joins call] |
| Parness' participation on phone call | Hoffmann Ex. 8 42:21-43:14 | Hoffmann Ex. 7 42:14 | Mr. Washington: Yeah. Well, it doesn't really – it is not comforting to give up a – a lottery ticket or, you know, winning lottery ticket or – or the chocolate factory golden ticket. And --<br><br>Mr. Parness: Yeah. |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | Mr. Washington – then I'm still left outside the gates.<br><br>Mr. Parness: Right. And I think what Chuck is saying to you is that if it – if it really – you know, we can't tell if it's a golden ticket from where we're sitting, right? Because we don't know anything about it. But if it turns out to be the golden ticket, if – if you're right, it will end the case and you'll be out, right?<br><br>Mr. Wilson: And we will do it fast because it's time sensitive by nature according to you. Waiting on it, we lose the golden ticket. So we got to move – if you tell us today, it's – it's got to be addressed, you know? |
| Parness' participation on phone call/ Concern about image | Hoffmann Ex. 8 41:1-11 | Hoffmann Ex. 7 40:13 | Mr. Parness: But the last thing we want is – is for anyone to paint it as us, you know, trying to chase insider information. You know? Which is not – which is not my understanding of schedule, right? And so that's the first part. The other part of it is, I want to make sure being – that you're not putting yourself in jeopardy by giving us information that – you know, that you shouldn't be giving us. |
| Parness' participation on phone call /active inquiry into Washington's information | Hoffmann Ex. 8 45:12 – 47:19 | Hoffmann Ex. 7 45:04 | Mr. Parness: …What – what do you think Chuck would get out of – not EVEN. How would it help Chuck?<br><br>Mr. Washington: Because Chuck – because Chuck forces a settlement out of them and also takes the – EVEN all – completely out of the – out of the chess board. So me and EVEN are fighting each other, and he gets his settlement and he walks away.<br><br>Mr. Parness: By – by what? By telling that you were the source?<br><br>Mr. Washington: Why not?<br><br>Mr. Wilson: Because it's not necessary. The source is irrelevant I'm going to blow – I could potentially blow up your deal over here. Don't worry about how I know about it. It could be – and that – they're not going to assume it's you, man, if – if it's a party that I know, you know? That's the beautiful thing here. That information could have came from anywhere. Someone involved with the transaction, that you say I know the people. You say I know the people.<br>…<br>Mr. Parness: … Not knowing what this information is, he doesn't feel comfortable, you know, exchanging that for – you know, in advance for letting you out of the case. |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| Parness' participation | Hoffmann Ex. 8<br>52:21 – 53:5 | Hoffmann Ex. 7<br>53:13 | Mr. Parness: [I]f what you're saying is correct, there's a short-term pressure point that – that will force EVEN to come up with a better settlement number, then I think we should jump on it quickly if it's available and try to get this thing settled now, which would eliminate any further cost, any further imposition on anyone's time.<br>But we don't – we don't know what that is. We just don't know enough to be able to make a decision on that. |
| Parness' participation | Hoffmann Ex. 8<br>69:7 – 70:15 | Hoffmann Ex. 7<br>1:11:27 | Mr. Parness: So a few things. Number one, we – that – that was what I was trying to start off with before. My understanding from this phone call is you were talking about you would disclose who the counterparty to this deal is.<br><br>Mr. Washington: No, no, no. That's – that's a sweet – that's a sweetener. Like, I'm throwing that on top of, like, icing on the cake. I'm saying sworn affidavit for me to pretty much be called as a witness, and on to the credit of Babygrande and their grievance in saying 'Yo, my CEO went off the deep end, and didn't – you know, he had full knowledge of this cease and desist and chose to run it up.'<br><br>Mr. Parness: Well, so that – so that affidavit's not been written yet. And if that's what we're talking about, then that's something I got to work on and put together. And if you're willing to sign it, you know, that – that's different – that's a different angle<br><br>Mr. Washington: That's what I'm – and that's what I've ben trying to say. I'm a hundred percent willing, separately, sworn affidavit, call me as a witness. There's no one more credible than me in this case because I don't have a dog in the fight, right? And on top of that, you know, EVEN's my employer.<br>So I'm putting a lot on the line because once I – because it has to be made – it's going to have to be made known that at some point in time that you're calling me as a witness, right? Right or wrong? You have to disclose that, right, Hillel?<br><br>Mr. Parness: No, of course. It will be in the affidavit. |
| Parness' participation | Hoffmann Ex. 8<br>71:17 -72:10 | Hoffmann Ex. 7<br>1:14:21 | Mr. Parness: I would have to advise you – I would have to predict that if we let you out of the case tomorrow in exchange for an affidavit in which you throw Babygrande under the bus, I'm speaking in very general terms here, right? I'm sorry, where you throw – excuse me, where you throw EVEN under the bus, EVEN will sue you the next day and make you party to this case again. |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | Mr. Washington: Go for it. But – but I know that they can't do that. That's the beauty of it. You understand where I'm coming from? Because the minute – the minute they even think about turning around to point a gun at me, it goes – it is nuclear warfare. Youn understand where I'm coming from? They're not even going to – even if they want to – even if they really, really wanted to, they can't.<br><br>Mr. Parness: Well, they've already – they've already said they're going to, right? |
| Parness' advising Washington on Discovery matter | Hoffmann Ex. 8 87:22 – 88:1 | Hoffmann Ex. 7 1:32:41 | Mr. Parness: Did you – did you produce the documents to EVEN also?<br><br>Mr. Washington: I have to?<br><br>Mr. Parness: Yeah. You're supposed to produce it to everybody . |
| Parness' participation | Hoffmann Ex. 8 105:20 -106:4 | Hoffmann Ex. 7 1:52:08 | Mr. Wilson: Let me call – let Hilel and I put a plan together. We'll reach out to one of those guys – either the owner – or like, the lawyer probably, and say 'Hey, you know?' You know what I mean? That's our distributor.<br>Like, 'Before you go – get way neck deep into this, you know? You know what I mean? Before you – before you get too far down the road man, you may want to make this go away because we're not – we're not feeling that.<br><br>(Parness on call) |
| **Washington Vitriol for Mag/EVEN** | | | |
| Washington comments about harming Mag | Hoffmann Ex. 4 14:2-14 | Hoffmann Ex. 3 11:30 | Mr. Washington: When I had to explain to my girl what was going on, she was like, 'How did – how about – why didn't you beat this nigga up already?' Because like, 'How does he have you in a case for his company and not looking out for you?' |
| Washington comments about hating EVEN | Hoffmann Ex. 6 26:5-10 | Hoffmann Ex. 5 23:05 | Mr. Washington: I don't have no problem with nobody except for EVEN, which is mad ironic.<br><br>Mr. Wilson: Yeah.<br><br>Mr. Washington: And I have every right to be, right? But this ain't about a revenge tour. It's about me seeing the silver lining in the fuckery, right? |
| Washington comments about harming Mag | Hoffmann Ex. 8 24:3-9 | Hoffmann Ex. 7 21:18 | Mr. Washington: I want EVEN to suffer. Like, we are – we are very much aligned in that. However they suffer, they're going to suffer. Whether it's they got to settle or, you know, me |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | coming over and giving a – whatever it is, I'm willing to go to distance to – to pretty much punch Mag in his kidney and watch him fall on the ground and possibly bleed out. |
| Washington comments about harming Mag/EVEN | Hoffmann Ex. 8 92:9-14 | Hoffmann Ex. 7 1:37:03 | Mr. Washington: … and I would rather watch EVEN sink in the quicksand than anything come towards Stove's way or you and I walking away with what you think you deserve. Because Lord knows EVEN has the – Mag specifically has the karma coming.<br><br>(Parness on call) |
| **Wilson's Incorrect Legal Analysis** | | | |
| Wilson's incorrect legal analysis | Hoffmann Ex. 6 11:14 – 12:5 | Hoffmann Ex. 5 9:11 | Mr. Wilson: He's saying this music was not on DSPs, there's no physical copies. And that the way it was sold to him was a listening experience, which is something he'd never heard of before. And in that regard, he's saying it didn't really conflict with our rights because at the time, those records were stuck. They were kind of like, stuck because we hadn't – we hadn't completed the – the clearance process.<br>So he was looking at it like, 'Well, I can play music that's not unreleased for people, you know?' And that – that – and so this deal in his mind, he said, doesn't – didn't conflict with our deal because we weren't really releasing records through any traditional channels. It was people paying – like having a listening party and charging people to get in. |
| Wilson's incorrect legal analysis | Hoffmann Ex. 6 32:4 – 33:21 | Hoffmann Ex. 5 28:42 | Mr. Wilson: … So whether he said it or not, you still work for them. So that's how – that's the argument that would be made. It would be like, 'It's impossible to know for sure, but we do know he was serving both people.'<br><br>Mr. Washington: But you're going to look at the discovery and that's going to kind of counter that. Like, the discovery is him progressing that. It's – I didn't initiate that. That's what I'm saying. When you look at the discovery with Hillel –<br><br>Mr. Wilson: Of course. But I mean, that's – that's logical. He's going to want to protect his name, you know, with all those customers, right? But because you're involved with it, it – it bring – it drags along EVEN. I don't – this doesn't hurt you. It actually helps you. It actually helps you because you doing it without EVEN. Now that's you acting in concert with him, knowing all this backstory and – and working with him to send this stuff out.<br>But, you know, I think it helps you. It hurts EVEN, but it helps you…[I]t's going to hurt EVEN because you worked for EVEN at the time<br>… |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | I think it's going to turn on the lack of due diligence, the fact that Cooks himself did not upload this content. He's going to take away the safe harbor for them. And that whole checklist of stuff they wanted filled out also is going to take away safe harbor for them. |
| Wilson's incorrect legal analysis | Hoffmann Ex. 8 4:11-8:4 | Hoffmann Ex. 7 1:12 | Mr. Wilson: It's just like – and they're – you know, music is built – tech companies all over the place. It's not right. They got to – they owe me. They owe me, man. That's how I really look at it. I'm sure they got some other business because they did the business with – with Stove. Something. May not be the biggest thing ever, but they got – it helped their brand.<br><br>Mr. Washington: Bro, Chance the Rapper just dropped on EVEN today.<br><br>Mr. Wilson: Exactly. He made it cool, you know? I don't know how cool it was before Stove. I don't know.<br><br>Mr. Washington: It was reasonably – it was reasonably cook before Stove.<br>…<br>Mr. Washington: Well, objectively speaking, EVEN was reasonably hot before Stove. Because they were bigger artists than him on the platform. But that was my doing.<br>…<br>Mr. Wilson: I just know they used my artist to build and they did – they – they didn't do proper due diligence as in just Googling. You know, you're asking an artist, did he have counsel? Did you – did they do a deal with – with an artist, and who didn't have counsel? We don't ever do a deal with an artist unless they have counsel.<br>…<br>Mr. Washington:…But the fact still remains, if an artist creates an account on TikTok and they get verified, it doesn't have to necessarily go through a label or go through a – or go through a – an attorney. An artist can just say, 'Hey, I'm the artist. This is me. Hey, I am – I own this music. This is,' and that can be it. And – but from there, the artist is liable for whatever they do on the platform.<br>…<br>The – but the artist is the one that originated providing the content. Like, the content doesn't exist without the artist making the handoff. |
| Wilson's incorrect legal analysis | Hoffmann Ex. 8 31:15 – 32:8 | Hoffmann Ex. 7 29:39 | Mr. Washington: …So [EVEN] gives you the same terms of service. If you create an account, you are liable for what goes on your account<br>… |

| Issue(s) | Transcript | Appx. Time | Quotation |
|---|---|---|---|
| | | | Stove did that. So that's why it's – it's going to be – you know, there's no way getting around him doubling down on multiple instances that 'This is my music and it – I don't want it to come down.'<br><br>Mr. Wilson: Yeah, but it's – it's my music in a listening experience, you know? It's a lot of gray area stuff in the air. It's going to be expensive. |