# Audio Transcript

**Case Number: 1:24-cv-6785-JGLC**
**Date: August 5, 2025**

**In the matter of:**

# Babygrande Global, Inc. v EVEN Labs, et al.

## Chuck Wilson 08-05-2025 (Attorney Ears & Eyes Only).m4a

CERTIFIED COPY

Reported by:
Esther Smith

**Steno**
**Agency, Inc.**

**1100 Glendon Avenue**
**Suite 1850**
**Los Angeles, CA 90024**
**concierge@steno.com**
**(888) 707-8366**

SUPERIOR COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

Chuck Wilson 08-05-2025 (Attorney Ears & Eyes Only)

CASE NUMBER. 1:24-cv-6785-JGLC

BABYGRANDE GLOBAL, INC.,
Plaintiff,
vs.
EVEN LABS, et al.,
Defendants.
_________________________________/

Audio Labeled:
Audio Transcript of Job ID 2443602
Length: 0:57:42

Transcribed by:
(Esther Smith)

Page 2

APPEARANCE:

CHUCK WILSON

DAMIEN 'DDOT' WASHINGTON

Page 3

MR. WASHINGTON: Hello?
MR. WILSON: Hey. DDOT?
MR. WASHINGTON: Yes, sir. Chuck?
MR. WILSON: Hey. Chuck, yeah. How's it going, man? I'm -- I'm overseas, so sorry about the time.
MR. WASHINGTON: No, it's actually my fault. Because I didn't even realize that Hillel had double-emailed me and gave me your number a couple hours ago. So when I -- I was like, I started to write him and say, "Hey, I haven't heard from Chuck," and then your number was right there. I said, "Oh, that's my bad. I got to take the L on that one."
MR. WILSON: Oh, yeah, no, it's all good. I didn't -- I didn't know -- I actually wasn't sure if I was supposed to call you or what, but it's all good. This -- this situation's getting crazier and crazier, huh?
MR. WASHINGTON: Yeah. And, you know, what's -- you know, historical context, you know, before we even get into all that, you know, I'm a big fan of Babygrande. And -- and what's crazy is that, like, my, like fandom for the label goes back to Visions of Gandhi and Ripped the Jacker.

Page 4

MR. WILSON: Wow.
MR. WASHINGTON: Like, I actually own the CDs. And I was actually just at a meeting yesterday where they -- this company I was meeting with, you know, they're doing business with Vinny Pass now. And I was like, "Yo, I've been -- I've been down with, you know, Jedi Mind Tricks and, you know, since, man, Visions of Gandhi was my favorite album." But, you know, because I'm also a Philly sports guy, so them being from Philly was another thing for me and I always loved Vinny and Just Allah as separate artists, but, you know, I've taught them about the Pharaohs, Army the Pharaohs, all that. I'm actual --
MR. WILSON: Yeah.
MR. WASHINGTON: I'm really from the culture. You know, the rest of the company don't have the kind of background that I do, but I'm really from the culture. So when I realized that this is what was happening, I was like, "Oh, damn." Like, you know?
MR. WILSON: Yeah.
MR. WASHINGTON: It is not something that I really wanted to be a part of much less, you know, adversarially.

Page 5

MR. WILSON: Right. No, I appreciate that. Yeah, that was a great run with them, man. We just -- we -- we talking with those guys again. You know, Stoop's back on the label as well, so, you know, putting some nice projects together with him. We got one with -- with Stove and Cooks, by the way. So that's coming along pretty nicely. It's really almost done.
But yeah, man, it's good stuff. It's good stuff. I -- I just, you know, I really -- all I can say is that -- and this isn't directly to you, it's just, you know, I -- Cooks has been -- first of all, I love Cooks as an artist and -- and really gotten to know him as a person. And that's the kind of crazy thing is that people don't realize, no matter what you read out here -- I talk to this guy every day, we're really good friends.
And it took -- you know, I've been working with him for four years, you know? And it took a lot to get there with him. And -- and so, you know, those recordings were -- it was tough to get to that point where we had those recordings. We were excited about them.
You know, there's -- there were -- you know, there were things we're still working on with the

recordings, but it -- it -- it's all things -- all things combined, it was just, like, I'm just of the mindset, if someone puts a bag in front of a rapper's face, they're going to take it, you know? So that's just -- that's just kind of one-on-one for me in the music business. And so I never really put any blame on Cooks here.

And I don't -- I'm not speaking factually, I just -- that's just my assumption about anything. Like, I can't blame the artist. The artist is going to take the bag. They just do it, you know? And I'm not saying that's what happened, but that's just how I've looked at this. And I'm just -- I felt like -- you know, I just feel like even, they just -- you know, there's -- it's a startup tech company, and so many tech companies been built off of music, and I just feel like it was just, like, man, it was a violation, bro.

Like, you -- you know, it's everywhere. If you Google him, he's in a record deal. I think -- I think he made it clear he was in a record deal. I don't know, but I just, like -- I just can't stand for this. This is just too much. It's -- it's -- so that's what led to this. And -- and that's about it. They -- they, you know, I -- I feel like it's -



- it's come out in the -- first of all, the way they've handled you is just ridiculous, you know?

I mean, it really is. It's -- it's, I mean, I know the judge is looking at that shit like, you know, "You-all didn't want to pay his legal fees? Really?"

MR. WASHINGTON: Which by the way, I'm still performing --

MR. WILSON: "Do you know much that is? It's, like, $10 million lawsuit, you don't want to pay his legal fees?"

MR. WASHINGTON: And not only that, I'm still performing at a high level as the director of business development for the company. Like, tomorrow, I have to go into sit down with Tune Core to close the deal. Last week, I got Secretly Distribution announced, and I closed that deal by myself. But my CEO thought it wouldn't be good for the company perception-wise if my name was attached to the press release, and removed it.

And did the same for United Master's Partnership, even though those are two partnerships that I worked on for over a year and a half, and closed by myself.

MR. WILSON: Oh, my gosh.



MR. WASHINGTON: So I'm being not only abandoned, but also then stripped of credit for work that I did almost single-handedly.

MR. WILSON: Yeah. That's unfortunate, man. It really is.

MR. WASHINGTON: Now, I do want to give you -- kind of fill in some blanks and color and -- and color and some lines for you, right? You know, when I got introduced to Stove, it came through someone else who had used the platform who worked with Dame Lillard.

And he was like, "Yo, Stove's my guy. You know, we had a great experience with you, DDOT, showing Dame, the platform and Dame using the platform. And, you know, our other artists and, you know, that are affiliated with us. They used it and everything was great, and we love how you handled us. I think Stove would be somebody that could be -- you know, he could -- he could really use this platform in a great way because he has such a rabbit fan base that are really locked in with him."

I said, "Okay. Great. You know, I'm aware of who he is. I know he was affiliated with the Griselda guys." And then it clicked with me once I got on a call with him, I was like, "Wait a minute,



you used to go by Aaron Cooks?" And he's like, "Yeah." I said, "Man, like, I was on my way out, but I used to work with Bus at the time."

MR. WILSON: Oh, wow. Okay.

MR. WASHINGTON: So as I was on my way out from Bus, Bus was telling us, "Yo, I got this kid, Cooks, he's from Upstate, he's fire. He's about to be the next." And the last thing that I worked on with Busta was his Dragon mixtape, and Cooks is featured on there. And I worked on that. It was me, Shaheen, Bus, and Chris Hershey, who's now at Create Music Group.

And that was the last thing that I touched before I -- you know, I made my departure from working with a conglomerate. But I started with Bus, you know, I got -- I helped Bus get OT Genesis off the ground with 'I'm in Love with The Coco'.

MR. WILSON: Wow.

MR. WASHINGTON: So, you know, my history comes in. I was -- I was a producer first before I ever got into the actual business of the music industry. You know, I was making beats and getting placements and stuff like that. And then I ended up building out my own website called ddot.oman.com, which is a music, you know, platform, news media site that I

built by my own -- my own bare hands.
You know, I broke artists like Doja Cat and -- and Jay Electronica and -- and SZA and -- and J. Cole, you know, from either being them featured on my website, or me being directly involved with them behind the scenes as a consultant or just a, you know, somebody that they can pick their brain and help them, you know, through just different things. So that's my historical context, right? So I -- I had my own name, you know, the quote from The Wires. My name is my name, you know?
MR. WILSON: Right.
MR. WASHINGTON: That's me to a degree. I didn't have to stand on nobody's shoulders to look tall. I never worked at a label. I've only worked in consulting capacities. So any A&R credits or plaques that I have, I got that out the mud. Nobody -- I was never nobody's assistant. I didn't come through no intern program. I don't come from nepotism. I come from the mud.
MR. WILSON: Right -- right.
MR. WASHINGTON: You feel me? So going back to what I was saying earlier is when I got on the call with Stove, I was like, "Oh, wait, yeah, I remember you now. We didn't really get to connect, but it



was kind of in passing that Bus introduced you." And -- but I was already on my way out focusing on some other things I was about to do after being with Bus for two years.
So I didn't really hang on to it, and didn't really register with me until I was like, "Oh, this is the same kid." But he changed his name. He had a different look. He had his braid now and everything like that. So --
MR. WILSON: Right.
MR. WASHINGTON: -- you know, throughout the course of the call, and just so you understand, standard protocol when I'm involved doing my work, we go through -- I walk you through the platform, its advantages, the value prop, how you can use it, when you can use it, if -- and then one of the most important things that I check off on that list on that introductory call no matter who it's with is, "Are you with the -- who's your management," or, "Are you with a label? Are you with the distributor?"
These are boxes that have to be checked off, right?
MR. WILSON: Right.
MR. WASHINGTON: And I don't know why or what



the reason was, but it was very clear to me, and you'll see, you know, once the -- I turned over the discovery to Hillel that, you know, Stove, didn't -- he -- he definitely said, "I'm not with a label." And he's like, "I don't got nobody. It is just me," right? That's what he's -- that was his story, that's what he was sticking to.
Like you said, you know, when it's an opportunity for a bag and they don't have to cut somebody in, maybe that's what it was. I don't want to speak for him, I don't want to make any assumptions, but I can just tell you factually, he made it very clear, "I'm not with no label." That's what he said, right?
MR. WILSON: Are you saying he made it clear in writing?
MR. WASHINGTON: He -- no, I said -- I said he made it clear that he was not with a label on the call.
MR. WILSON: Oh, on the call. Okay. Yeah.
MR. WASHINGTON: And -- but then he also doubled down on that in writing later. So, you know, once the campaign was on the platform at that point in time, you know, everything just seemed smooth. And next thing you know, the CEO comes to



me and he's like, "Oh, we got to take-down notice." And so he's like, "Can you ask Stove about, you know, who -- who or what this label -- he got a label he signed?"
I said -- I said, "He told me he doesn't." So I went back, I said, "Yo, CEO's saying there's a label at -- you know, you got to take the music down." And this is what he said. "No, I'm -- no -- no, I'm not -- I'm not messing with them. I'm not effing with them. I'm -- you know, they still trying to be involved."
So I called him. So this is when we got into the conversation and he is like, "No, I ain't with nobody. I did, like, one album with them -- them dudes and they still trying to -- " So I was like, "I don't know -- you know, I know you went from Bus and then I heard, like, you was with Rock Marciano and then now it's this." I was like, "I don't know what's -- what's what," right?
I said, "Okay. Well, if you are saying this is your music and these are some people that shouldn't be trying to call the shots on, you know, where -- controlling your music, you got to respond to the claim. And either -- if it's yours, you got to stand on -- you got to stand on that, otherwise it's

Page 14

going to have to get taken down." I even asked, I said, "Do you have a contract so that I could read through it?"

Because we've had these instances before where a artist might have said, "Well, I don't think they have the rights to my D to C, my direct to consumer, whatever the case may be," or, "I don't think they have the rights to this," or, "I can do it." And then that not be the case.

And then we -- what -- what we do in that instance is, we call you and say, "Hey, your artist wants to use EVEN, we're going to send you over an agreement so that you can get cut in on the revenue, or the revenue will go directly to Babygrande, then Babygrande will pay out whatever you guys work out in you-all deal." That's what's supposed to happen.

MR. WILSON: Right.

MR. WASHINGTON: That's how I run -- run my ship when it's -- when I'm involved, but I don't own this company, right? So, you know, when the C and D flew, it was, "Well this is between Stove and -- and Chuck and them." I said, "Okay. Well, to that end Stove is still holding, sticking to his gun saying he owns it and that's that and there's no paperwork. And this, that, and the third. It was -- this is

Page 15

all the -- the scenarios I've been given. I don't have any -- you know, anything to go off other than his word and him doubling down and sending back a note to EVEN saying, 'Under penalty of -- and -- and under the law, I, you know, affirm that this is my music and I'm -- and I don't want to take this down off of the platform'."

That's where if the -- it was, "Okay. Well, he must be really serious to go that far." That's what happened, right?

MR. WILSON: Right.

MR. WASHINGTON: And so, you know, as the days go by, you know, the EVEN CEO, Rodriguez, he didn't have no -- no intent on taking that -- that release down. And that's because it was performing so well. And there was a drought in the business of the releases because I removed myself from their Artist Relations team.

And because there was some friction between him and -- him -- myself and him, and him promoting me and not giving me just due, which just continues to be a -- a pattern, a cycle that I've been dealing with, right? And I said, "Okay. You don't want me to run this department? I got other opportunities elsewhere anyway. You know, I can go work

Page 16

anywhere."

So I had other opportunities. I went and consulted. Sure enough, the business starts going downhill. Now he comes back to me, "Hey, come back as a consultant." "Okay. Cool. All right. I'm getting money elsewhere, I'll take your money too because I can do this in my sleep. I'm good at whatever I do."

MR. WILSON: Right.

MR. WASHINGTON: There's no -- there's no area where I don't -- where I don't excel. When I was an A&R, when I was a manager, you know, when I ran my site, everything I always do, I always got to be the best. That's just me. That's my work ethic.

MR. WILSON: Yeah.

MR. WASHINGTON: Right?

MR. WILSON: I remember your sites way back, right?

MR. WASHINGTON: Thank you. And --

MR. WILSON: I remember that, actually. I -- I don't remember the -- I just -- it just -- I remember it. Yeah, it was nice too. I -- I don't remember everything about it, but I remember seeing your website.

MR. WASHINGTON: I posted a lot of artists from

Page 17

you-all back then.

MR. WILSON: Yeah.

MR. WASHINGTON: You know what I'm saying? So especially anything to do with Jedi Mind. Like, so --

MR. WILSON: Right -- right.

MR. WASHINGTON: This -- but this whole Stove situation, it got by me and I didn't have any information other than what he was saying. And --

MR. WILSON: Yeah.

MR. WASHINGTON: -- you know, the way he painted the picture to me, at least on the phone was, "Yo, man, these guys just mad. I don't want to work with them no more. They -- they would just want -- they just trying to get a piece of whatever I'm doing because I'm hot and I'm popping now." And, you know, no offense to you without knowing the full backstory, anything, I've seen this before.

"Oh, somebody's still trying to be involved or overreach," or, you know, maybe they had some sort of, you know, dispute over something and it's still in litigation, or maybe they haven't litigated it or it's a dispute over money, or, "Oh, you owe me this and -- " I've seen a lot of different things. You know what I'm saying? So I've been on both sides

where people have ran off on me after I got them a deal. And people have ran off on me after I had them go viral.

And the next thing you know, the next manager who doesn't have the same melanin as me comes along and poaches the client, or after I done did all -- laid all the groundwork, got them in front of all the label execs and got them performing at showcases and -- I've seen it all. So I've been on both sides, right?

MR. WILSON: Yeah -- yeah.

MR. WASHINGTON: And I take that into business. You always got to be down the middle. You got to weigh, you know, if I was in your shoes versus if I'm in the artist's shoes or whatever the case may be, I do good business because I'm always able to be able to be -- you know, I'm always able to be objective no matter what the situation is.

MR. WILSON: Right.

MR. WASHINGTON: Even in this scenario, when I've spoken to, you know, attorneys about the situation, I've always come to the same conclusion. "I'm not mad at what Chuck or -- or Babygrande's doing. I would do the -- probably do the same thing if I was in -- in his -- his situation, in his



shoes. He's not doing anything that I wouldn't do."

As -- even as it pertains to having me involved, even though I shouldn't be, at least, you know, that's my position. I wouldn't do anything differently than you're doing. That is the bottom line, right.

And, you know, again, going back to the facts is, the CEO had no intent of taking that down because the numbers was too undeniable on revenue, but also the profile they were getting and -- from the industry and social media and, "Are the artists tapping in, you know, from seeing Stove all over EVEN's Instagram and social media and on the platform?" My phone was blown up. So it was good for business.

MR. WILSON: Right.

MR. WASHINGTON: Right? Now, again, the arrogance of the CEO was not going to you and saying, "Yo, Chuck, this is a miscommunication, it's a misunderstanding. How can we get this revenue funneled over to you and we can figure out official partnership?" Because that's what they brought me on as head of business development for, is to create partnerships, not create problems and adversaries and enemies, right?



There are people who I don't really care for in this business that I've still done partnerships with because it's good for business at this company.

MR. WILSON: Right.

MR. WASHINGTON: So to that end, he's the CEO. He's the -- he's the founder. The buck stops with him. If he wanted to put a nip in the bud on a release, he's done it before. There was an artist that was signed to a label in -- in Australia, and I brought her to the platform and she hadn't had communication with the label in some time.

So in her mind she's like, "Well, they don't have a right to -- for me putting this out on EVEN." And sure enough, they were like, "Well, actually." And then we had to do the, "Okay. Well, since you-all are here." They showed us the paperwork. I just had to say to my -- to old girl,

I said, "Listen, you know, I -- I fuck with you, I love your music, and I love you, but this is what the paperwork says. Unfortunately, you got to -- you got to, you know, pay the toll bill. They got to get it cut in." And she said, "All right. Fine. If that's how it's got to be, cool." Then that's -- it was what it was. It was done and dusted.



MR. WILSON: Right.

MR. WASHINGTON: It didn't go any further. It didn't have to get to litigation. Everything was smoothing out.

MR. WILSON: Right.

MR. WASHINGTON: But when you have somebody who's desperate and, you know, clinging to other people's work because they -- that they can't duplicate on their own, and, you know, they saw an opportunity to keep running it up, that's what happened here.

MR. WILSON: Yeah -- yeah. You know, Cooks, he -- he -- I -- I'm not sure exactly what he said. I don't want to speak out of turn, but I know he mentioned that he thought that this was in between -- somewhere in between putting out a record and -- and distributing it. Because he said it was sold as, like -- to him as, like, a listening experience, where the consumers couldn't download it and it wasn't -- it was, like, they could only come to your platform to hear it. It wouldn't be on all the major DSPs.

MR. WASHINGTON: Correct.

MR. WILSON: And -- and he -- yeah. So he kind of -- in his -- the way he described to me was, it

Page 22

was sold to him like it was some in-between space where he -- where the music could live but not violate our contract. That's -- that's how he put it to me, roughly. So I don't --
MR. WASHINGTON: To -- to some of it, yes. But --
MR. WILSON: Okay.
MR. WASHINGTON: -- the absent is, there was never any mention of a contract. And when you get into discovery, you're going to see that he said himself, "I'm moving as if there is no paperwork." That was his words verbatim. In writing. I'm not quoting, I'm not paraphrasing. This is what he said.
MR. WILSON: You talking about in writing?
MR. WASHINGTON: He told me that -- he told -- he said -- he sent me in a text message.
MR. WILSON: Wow. Okay.
MR. WASHINGTON: So, like, whatever you-all have to work out between you-all, that's between you-all. I can only tell you what was told to me, right? And again, EVEN, it still was told to me was -- on the sidebar like, "Yo, outside is EVEN stuff, you know, I need you on my team. Because I see how, you know, you know so much about the business. You

Page 23

could probably help me out with a lot of different things I'm trying to do."
And I -- and I -- me, I'm like, "Okay. Cool. You know, I love your music. You are a great rapper. If you don't have no representation on management, I'm a -- a consultant or anything, I'm happy to, you know, explore that with you." I even started making calls like, "Hey, you know, how can we get him a pub deal?"
Or, "How can I get him booked on this festival?" Because of the way he sold it to me, "I ain't got no team. I'm figuring it out on my own. This, that, and the third." That's what was told to me.
MR. WILSON: Right.
MR. WASHINGTON: Whether it's true or not, you know, that's between me, him, and God, I guess.
MR. WILSON: Right.
MR. WASHINGTON: So, you know, after I -- after the period when it was removed, you know, I told both him and the CEO. EVEN was like, "Well, now what are we going to do? Because you done had 2000 plus people pay for this access. And with the -- with the -- expectation, like you said, that it would only stay -- it would stay on the platform.

Page 24

And there were other things that he was going to do to also be able to engage with the fans.
Like, have, like, a listening experience where -- like, a virtual listening party where the fans who pay for the release will come into, like, a live stream, sort of, like, a IG Live sort of thing, but behind the gated paywall, and be able to comment and ask some questions about the songs and this and that and the third."
And, you know, he was even talking about EVEN getting some merch together. These are all things that were going to happen within the campaign over the course of however many weeks, right?
MR. WILSON: Right.
MR. WASHINGTON: And once the CEO got the complaint that Hillel filed, then all of a sudden, it's, "Oh, we're -- we're following DMCA compliance." I was like, "Okay. Cool. I told you from the jump, you either need to take it down or you need to, you know, go to Chuck and get the partnership done so we can just keep it going. You didn't do that."
You -- he just made it, "Oh, well it's between, you know, Stove and -- and Babygrande and Chuck." I said, "All right. You must know more than me."

Page 25

Because -- because he has Reed Smith as his attorney, so I figured he -- he consulted them and they said, you know, it's between the artist and the label.
MR. WILSON: Right.
MR. WASHINGTON: Right? So me going back to business as usual, I didn't think anything of it. And then next thing you know, I'm being looped in too as a co-defendant and I'm like, "Well, what for?" And, you know, it was Stove who was adamant like, "They can't stop me. They not going to, like, interrupt what I'm doing. What I got going on."
You know, I said, "Well, you need to -- " I said -- and so going back to what I said earlier, I told EVEN and I told Stove, I said, "Listen, when you go to drop again, your fans are going to be pissed." Because they just paid -- some of them, even though he set the price for $25 for -- to the listening experience, some of them paid a 100 just because.
MR. WILSON: Wow.
MR. WASHINGTON: And that's the actually, you know, regardless how I feel about the company, the platform and the actual business model is great. It's -- and it's effective. Because --

Page 26

MR. WILSON: Right.
MR. WASHINGTON: -- with the floor price that's set by the artist or the label, whoever, the size on the pricing model, fans can pay what they want. You know, I've been able to put together campaigns with artists where we found one specific fan spent a thousand dollars every time they released on the platform no matter what it was.
MR. WILSON: Right.
MR. WASHINGTON: Right? And we're talking about music that's still going to go on DSPs, that's still going to be put out commercially at some point or another, but it's that exclusivity factor in that form of having it right then and there before the rest of the world, right?
MR. WILSON: Yeah.
MR. WASHINGTON: And that's where he may be -- you know, I'll give him benefit of the doubt that he said, "Okay. This is kind of, like, a space where it's concealed. It's not on a DSP, it's not open to everybody. It's only for these fans that pay for the hearing experience." And they can't download it, which is true. There is no download mechanism on EVEN. You can enable it, but 9 times out of 10, we don't enable it unless it's, like, a DJ who's

Page 27

giving away stems for, like, a remix or something like that.
We never enable the download factor. There's also security measures in place that if you do try to screen-record, your account gets blocked and banished.
MR. WILSON: Wow.
MR. WASHINGTON: And we have the ability to do instantaneous takedowns from Reddit, YouTube. That -- that's why, if you notice, none of those songs are anywhere on YouTube. No matter how many people actually were able to listen to it or when he sent it out to them, whatever it can be, it's -- it's not anywhere because those -- those audio prints are embedded on EVEN 's security system. So the minute you try to upload the YouTube, EVEN gets an automatic notice and removes it.
MR. WILSON: Wow -- wow. That's you-all's technology?
MR. WASHINGTON: That is proprietary technology mixed with audible magic packs and some other things that are already in market, but then we added our own special sauce on top of all that to really, really keep it, you know, secure. So J. Cole used the platform, he had 20,000 people try to leak it

Page 28

from EVEN, and not one of them got through.
MR. WILSON: Wow.
MR. WASHINGTON: Out of the hundreds of thousands of people that purchased in, you know, whether it was his audio series, podcast, or his album that he put on EVEN, no leaks have ever come from the platform. So I will speak to the integrity of the actual platform itself. The CEO is another case. Where I've witnessed a lot of, you know, shady behavior, deceptive practices, things that I wouldn't do myself if I was somebody, you know, managing a potentially multimillion-dollar company.
MR. WILSON: Right.
MR. WASHINGTON: Right?
MR. WILSON: Right.
MR. WASHINGTON: And, you know, so the point in me wanting to talk to you is just like, brother, I'm not the guy you want.
MR. WILSON: Right. I hear you.
MR. WASHINGTON: And I'm willing, you know, if we can figure something out, I -- I don't have a problem doing a sworn affidavit and putting myself under the penalty of perjury to, you know, tell exactly what happened. Which is, this guy had the ability, after he got your notice, to put it into it

Page 29

and he deliberately wanted to keep the numbers running.
MR. WILSON: Right -- right. No, that's -- that's huge. I mean, I -- I think -- you know, let me ask you, what are your thoughts on -- are most of your deals done directly with artists?
MR. WASHINGTON: So there's three different phases that I've built out for the business development. Which is, the DIY, which we call, like, the bedroom artists, the self-sufficient artists who aren't with any exclusive -- don't have any -- who don't have any exclusivity with any distributor or label. They can just create an account, but then they have to go through a KYC waiting process before they -- their account is actually approved.
So no one can just create a Stove God or a stupid account on EVEN and start releasing music the next day. It has to be vetted and approved, right?
MR. WILSON: Right.
MR. WASHINGTON: Or, they come through Babygrande or they come through Virgin Music or they come through United Masters as their pipeline to us, which is already vetted by the label, and then that account is created and authenticated and then

Page 30

they're able to do releases on the platform. And then the other tier is, you might just be in a standard distro deal with the United Masters or a Toon Corps or a distro kid, whomever the case may be, and there's no financial investment.

But because you are in an exclusive licensing deal with that company, they're still entitled to receive the proceeds or some sort of rev-share split from the artists. Now, the other thing that we do to balance that out is that, the things that are not within the scope of the deal, such as, like, a live streaming, you know, listening event or a personalized group chat or, you know, maybe, like, a exclusive merch, or some artists have done audio shout outs to their -- to their fans for a price.

You know, like drops, right? Those things would be only for the artists' part of the revenue, that wouldn't go back to the label. But there are some instances in -- like, in Stove's case, from what I was told by Hillel, and, you know, once we got into the discovery, you would've been entitled to everything that came. You know, Babygrande would've been entitled to everything that came from the release.

And then whatever split agreement you had with

Page 31

Stove after accounting or recoupment, you would pay him out his share from EVEN. That's how it's supposed to go.

MR. WILSON: Right. I mean, we -- just so you know, like, we -- we'll -- we don't like doing that to artists. So -- so if, like, if a windfall comes in, we're going break bread with the artists unless there's a bad relationship. Because we -- we know that through, you know, 20 years of business, like, that's just not a good look, you know?

The -- the artists got to eat too, you know? And recouping may not -- but we do have those contractual rights, but a lot of times we will still break bread with the artist and -- and not do full recoupment on something coming in just to, you know? Otherwise, the artist is going to get super frustrated, you know?

MR. WASHINGTON: Absolutely.

MR. WILSON: We learned that the hard way.

MR. WASHINGTON: But we leave that to the discretion of the label. Because some labels say, "You know what? We're not going to try to eat all of this. We'll just let that go to the artist. Or, we'll have some of it go towards the marketing recoupment and the rest they can keep." They'll --

Page 32

it -- it gets worked out to where everybody walks away happy. EVEN gets their 20 percent, the artist gets a percentage of whatever it is that isn't the recorded music side, right?

So that's where there's that windfall because when the recorded music is in play, because some artists don't put their music on EVEN. Sometimes they just do video chats with their fans or they just do, you know, "I'm going to send you out a -- a personalized written note with the -- you know, with a -- with a merch item or -- " You know, they do all types of stuff to engage with the fans. But it doesn't always have to be music.

Sometimes it's a documentary. It can be all types of content. And if the label doesn't have the rights for those content or to those ancillary things, then that's all profit for the artists. But when the music is involved, we specifically have it carved out that the label or distributor has the right to participate in the revenue. And they have the first right of refusal on how it flows.

MR. WILSON: Right -- right. I mean, you know, I just -- I think -- like, one of our rules is, again, after doing this for so long, is we don't sign artists if they don't have a lawyer, you know?

Page 33

We just won't do it. We -- you know, we will assist them if they need an assistance or somebody else to call or whatever.

I mean, we don't choose their lawyer for them but we can get them in the right direction or something just because it always blows up later. And I feel like, you know, with the EVEN process, I mean, who knows what Cooks understood to be, you know, accurate or what -- what he was doing, how much he was motivated by just the bag. I -- I don't know all the answers to those questions. I know he mentioned that listing experience to me.

And, you know, I don't know. I don't -- I really don't, I really can't speak. I haven't asked him these kind of things. because I just -- you know, I'm, I -- I -- when it came out, I just was like, "Wow. We got a problem with EVEN no matter what, you know?" And it just -- that's -- that's what we had to activate. So I -- I don't know. Time will tell.

And, you know -- I mean, my thing is why don't these guys --I -- I don't know why they're not offering a real settlement, but that's -- I guess that's that.

MR. WASHINGTON: I -- I told Hillel that --

Page 34

that was -- that was a -- a stupid offer to make. And, you know -- and, you know, again, because this is just between us, I actually told their lawyers, I said, "You should offer Chuck equity because that's the most valuable thing that you have because they're not super cash-positive at the moment. But I do know that they are in a process where they're trying to raise money."

MR. WILSON: Right.

MR. WASHINGTON: And, you know, this being in the system right now, you know, it probably wouldn't yield that much for you or what you -- what you probably could or should get or be entitled to. I don't know. That's for the judge to decide or the jury, whatever the case may be.

MR. WILSON: Yeah.

MR. WASHINGTON: But what I will tell you is this. There's blood from a stone when it comes to me. I -- I'm not in that tax bracket. Like, I don't even make six figures. I'm underpaid at this company. And --

MR. WILSON: Wow.

MR. WASHINGTON: -- I only make -- I only make real money off of bonuses and commission, which even with the Stove release, I didn't get my commission.

Page 35

I didn't get anything. I got zero. I got a lawsuit is what I got. And I got left in the cold. "Oh, well, because he was a consultant at the time." "Okay. But I've been with the company for two years and even after the initial lawsuit was filed, you still had me come on back full-time, you know, in a higher position with more money." So --

MR. WILSON: Right.

MR. WASHINGTON: -- you know, why would you put someone in a position of seniority in your company if I was such a -- you know, a wild card, or detrimental to your business, right?

MR. WILSON: Right.

MR. WASHINGTON: So, you know, that's going to have to play out on own. But in the interest of myself, because since it's every man for himself. Because, you know, the thing that really struck me is when I went through the transcript of the May 1st conference and, you know, Hillel was like, "Well, you know, we think we served Mr. Washington. We heard that he's trying to get -- you know, retain, you know, an attorney, blah, blah, blah."

And then EVEN's lawyers gets up in there and says, "Well, we don't represent him and whatever, you know, Babygrande is saying about him is between

Page 36

him, Stove, and Babygrande."

And I was just like, "That's an insane thing to say when you-all benefited, you-all kept you-all's 20 percent of the proceeds, and then you paid out the money directly to Stove, the remainder of it. So Chuck didn't get anything, I didn't get anything, I got a lawsuit, and you-all are hiding behind, you know, this -- this attorney. Okay. Cool. Cool."

MR. WILSON: This is some movie shit, right?

MR. WASHINGTON: You know what I'm saying? I'm just like, "Bro, like, you know?" And I -- and I prayed on it and I was just like, "You know what? Enough is enough." Because you would think what, somebody who's been around two years, you would really want to keep somebody close to you who knows what the bodies are buried.

MR. WILSON: That's why I was -- it was, it -- it blew my mind, man. Like, you-all not going to pay his legal fees to keep him on your squad?

MR. WASHINGTON: Bro. But this is the type of -- but -- but just so you understand, that's the kind of person that you're dealing with. The -- the unethical, not by of code, no morality, not a standup guy, not from the culture. You know what I'm saying?

Page 37

This is what I've come to, like, have to bear witness to and even have to keep smiling in meetings when people are like, "Yo, why is this dude, you know, trying to go behind your back to meet with me after you already connected the -- you know, made the connection or got the business done?"

MR. WILSON: Wow.

MR. WASHINGTON: Backdooring your own employees on business that's already been brought through the door is crazy.

MR. WILSON: Wow.

MR. WASHINGTON: So as disappointed as I am, I'm not surprised, right?

MR. WILSON: Yeah.

MR. WASHINGTON: And, you know, I was like, "You know what? I don't have nothing to lose at this point because the truth -- the facts don't change for me. The discovery's going to say what it says and I'm going to have to say what I have to say, but I'm not -- I don't feel like I should need to be spending in the rest of my year tied up in litigation for a company I don't have nearly enough stake in to -- for this -- for this. Not -- not for this." I promise you that.

MR. WILSON: What's the way -- what's the way

Page 38

to fix this? What's the way out of this? If they -- I mean, they -- there's -- you know, they're not settling. They don't want to -- they want to keep fighting it seems.

MR. WASHINGTON: Well, and this is why I said we need to have a talk. And once you talk to Hillel and you figure out what you want to do between us, I can be way more of help in how you are able to figure out a better settlement. Because I know the pressure points and the soft spots and the weaknesses.

MR. WILSON: So what do you -- what are you proposing? Like, what do -- how do we -- I'm not sure exactly how it would work the way you see it.

MR. WASHINGTON: So --

MR. WILSON: Like what do you -- what are our options?

MR. WASHINGTON: What I would do is, I'll reach out to Hillel and offer, you know, a sworn affidavit under penalty of perjury for me to essentially be called as a witness and, you know, say what I need to say, which is the truth. And ain't nothing that I haven't really alluded already kind of said in my pleading, which is why you saw where they were so quick to seal it, right?

Page 39

MR. WILSON: So -- oh, they were so quick to what?

MR. WASHINGTON: They -- they sealed my pleading because -- EVEN did. Because I aired them out.

MR. WILSON: Did the judge agree to that?

MR. WASHINGTON: Say it again?

MR. WILSON: The judge agreed to that?

MR. WASHINGTON: The judge did agree to the temporary settlement.

MR. WILSON: To -- to what?

MR. WASHINGTON: To -- to agree to temporarily seal my pleadings. That -- what I filed in response to the entire lawsuit.

MR. WILSON: Wow. I didn't know that.

MR. WASHINGTON: Yeah. So you can't see what I said, but I pretty much laid out all the details from the time I became a consultant in 2023, to me being a full-time employee in 2023, to me being a consultant in 2024, the first half, which is when everything with Stove occurred. So -- and just so you understand, the other timeline of it is, Stove and I spoke in March. We spoke in March, Chuck. He -- he spun the block to me. I didn't reach out to him.

Page 40

He spun the block to me in August. "Yo, Lord, I'm ready to go. I got the music. Let's run it." "Oh, bet. All right. Cool." I'm not thinking anything of it. I do my job this -- in way I would've done it anybody else's. Tie them -- you know, connected them with the operations person. Because, again, at this point, I'm a consultant and I don't have certain access to privileges in certain parts of the system where I normally would've just done it myself and helped them.

You know, somebody else had to step in and they did it. They -- they put together -- they upload the music that he sent through the Dropbox and everything like that because I didn't have, you know, the access at that point. And then, so I laid out everything from the -- from the time that, you know, the lawsuit was filed, to him ignoring it, blowing it off, laughing at, "Oh, they -- they ain't -- can't do nothing."

I was like, "Well." I said -- so I said to him, I said, "If that's the road you're going now and you're saying it's between Stove and the lawyers, then they -- Stove and his label, then they are barking up the wrong tree and they're going to be wasting their time coming after EVEN if the root

Page 41

of the problem is Stove using the platform, because he did it on his own. Like, when you have the terms of service, you assume a liability for everything you upload to the platform, the same what you do on YouTube or any other platform."

So that's the way it was, you know, conveyed to me. "Oh, this is an issue between the label and the artist." "Oh, okay. Well, I don't know what they coming after us. If you didn't do nothing wrong, we didn't do nothing wrong, this should be -- " You know, I was told repeatedly, "Oh, it's -- we're going to -- we're going to settle it. We're going to talk to Chuck. We're going to mediate. We'll be able to figure it out. It shouldn't be such a big deal, and."

"No, bro, you knew that they wanted you to take it down and you let it run. You even was even on my -- on my line, 'Yo, where's the bonus track so we can keep the sales running?' That was you. And so you was big and bad until someone bigger and badder showed up. That's what happened."

MR. WILSON: Wow.

MR. WASHINGTON: And then now that you in the fire, "Oh, let me throw DDOT under the bus."

MR. WILSON: Yeah, that was shocking. Let me

ask you. So this sealed shit, Hillel never read it?
MR. WASHINGTON: Say that again, I'm sorry?
MR. WILSON: The -- the shit they sealed, right? You -- you -- what'd they seal? Your affidavit?
MR. WASHINGTON: So -- no, no. So what I did was, I -- because I didn't have the money for an attorney when Hillel was like, "You-all, I want -- I want a default judgment," I didn't have time to go look around for another -- or, for attorneys. I was like, "You-all got to -- I got to respond to this." Because I'm not -- I'm not an idiot. You know what I'm saying?
Like, "I didn't -- " You know, to quote Jay-Z, I didn't -- you know, "I didn't pass the bar, but I know a little bit." So --
MR. WILSON: Right.
MR. WASHINGTON: -- I was like, "I -- I got to stand up and say something because you-all have misled me to believe this whole time." I'm saying you-all as an EVEN in the CEO. "Oh, what is -- you know, they ain't serve you. You should be cool. You know, we're going to settle it. We're going to figure it out. You shouldn't be able -- you don't -- you don't really need a lawyer, you know, but you


should get your own. If you are going to get one, you have to pay for it yourself." "What? Huh?"
MR. WILSON: Yeah.
MR. WASHINGTON: So I -- that -- so you're asking me if Hillel -- I don't know if he was able to see it before it got sealed. He -- he should have been -- have -- able to have access to it, but I put out an entire timeline of exactly what happened. Even, the fact that after, you know, I got an -- the CEO was like, "Hey, I think they updated the lawsuit and they added you." I'm like, "Huh? Me?" I didn't even have time to think about it because next thing you know, I had to bury my father.
MR. WILSON: Oh, man, I'm sorry to hear that, man. I -- I went through that recently too, man.
MR. WASHINGTON: And that was literally two days after I guess Hillel had admitted it. I was like, "I don't got time to deal with that." And next thing you know, the CEO is still breathing down my neck. "Hey, hey, can he get on a call with me and our lawyer and -- and with -- with David Leichtman?" And I was like, "Who the fuck is David Leichtman? I don't know who that is."
"Oh, we need you to get on the call so we can


talk about that." "Why we need to talk about it if I'm not even -- if I'm not even supposed to be here in the first place?"
MR. WILSON: Wow.
MR. WASHINGTON: So the whole time it was -- I was getting strung along. "Oh, no, you know what? Don't even worry about it. You know, we going have a -- we going to -- we go to mediation in January, it'll probably get -- you know, it'll probably get just stopped there. We'll figure out a way to -- you know, to reconcile and settle it with Chuck, or -- "
Fast forward, no, that didn't happen. Okay. "Oh, well, it's -- it's going to get thrown out. It's frivolous. You know, Chuck don't have a leg to stand on. We didn't do nothing wrong, but it was all Stove's fault."
"Okay. Cool. Well, the investors got dismissed, but we still in the case, so you're still in the case, but it didn't get dismissed and the investors are nowhere to be found, but I'm still here. Got it. The guy who has the least amount of stake, the least control, and the least, you know?" I -- you not getting no money out of me. Like, I ain't got it. There's --


MR. WILSON: Right.
MR. WASHINGTON: You know what I'm saying? I spent 15,000 out of my own pocket for -- to -- to bury my father, that I didn't have. And I didn't even have a relationship with him.
MR. WILSON: I understand, man.
MR. WASHINGTON: You know what I'm saying? So I'm sitting here like, "You know what, why am I, like, you know?" Then his -- his lawyers hit me up yesterday. "Hey, can you get on a call so we can talk about the -- the rest of your communication with Stove before we produce the discovery?"
"No, go fuck yourself. No. We're not -- we are not friends. It's every man for himself, right? You went up there on May 1st and told Judge Jessica Clark, 'Oh, well, whatever, DDOT and -- and Babygrande, that's between them and -- and Chuck and -- and Stove. They got to figure that out between themselves. That had nothing to do with EVEN.' That's what you said, right? But you still using my face card, my reputation, my network, my 15 years in this game to get your deals done with secretly, and then not give me credit and take my quote out of it."
And the same thing with United Masters, even

though I've known Steve Stout since before Translation existed as a -- as a music company. When it was just an agency.

MR. WILSON: Damn. Damn.

MR. WASHINGTON: You get what I'm saying? So I was like, "Okay."

MR. WILSON: Yes.

MR. WASHINGTON: "Cool. But you can't fire me and I ain't quit, so I guess I'm just hearing purgatory on payroll, still doing my job. Still performing."

MR. WILSON: Are you actually -- you're an employee now?

MR. WASHINGTON: I'm still an employee.

MR. WILSON: Wow.

MR. WASHINGTON: I've never not been. I'm only not, to their benefit in the -- in this case. You understand what I'm saying? And the judge is going to see that sooner rather than later.

MR. WILSON: Judge going to see what? That you're currently an employee?

MR. WASHINGTON: By New York State -- City Law, yes, I am.

MR. WILSON: Wow. The judge is going to be tripping over this the way they handle this with



you.

MR. WASHINGTON: Man, listen.

MR. WILSON: The judge has to be tripping. "Like, you're not going to -- it's -- it's your employee and you're not going to pay his legal fees on a deal for -- that he brought in for your company?"

MR. WASHINGTON: So I say -- all I have to say is, like, you know, there was never any maliciousness in all of this toward you specifically. I got one half of the story from Stove. "Oh, these guys is bogus. They still trying to be involved. They should want -- they want to have their hand in my pocket. I ain't got no management. Yo, bro, help me. You-all help me figure out some plays. I'm trying to play some shows. I'm trying to get -- I'm trying to do this."

Bro, this man had me really believing he ain't had no paperwork to the point I called Roc Nation. "Yo, my man -- my man ain't got a deal. What's up? You-all got -- you know, Conway over there got, you know, Roc over there, Marcy and you-all one man. Hook up with my man."

MR. WILSON: Right.

MR. WASHINGTON: Then I started finding out,



"No, your man is definitely in a contract with Chuck." Then I talked to Byron. And Byron was like, "DOT, why you ain't calling me? I would've been told you that Stove was definitely locked in a contract that he -- that he has to fulfill." Then it start trickling out from other people. "Oh, yeah, you know, we just got a feature for him. We had to -- we had to get clear with Chuck." "Oh, well, damn. I guess everybody knew except for me."

MR. WILSON: I know. That's the thing, man. I just -- and again, I don't put it on you, but I just feel like EVEN, as a -- as a tech company, there's some obligation on their part to really, you know? You can't do -- like, it's just -- it's hard to --

MR. WASHINGTON: How do you have Reed Smith as an attorney, you-all not doing due diligence?

MR. WILSON: Exactly.

MR. WASHINGTON: Because it can't fall on me. I'm not business affairs, I'm biz dev, motherfucker.

MR. WILSON: Right.

MR. WASHINGTON: I get the deals, I get the business, I drive the business, I grow the company. I'm not -- I'm not your legal aide.

MR. WILSON: You're not the one, yeah, kicking the tires on this shit, man. Protocols will be a



place at least.

MR. WASHINGTON: If I know it's something different.

MR. WILSON: Right, right. And you can't -- like, it's -- my whole position is it's just unreasonable to expect the artists, when they're looking at a bag, this is the multiple question. When they're looking at a bag to not take the bag. And it's also unreasonable for them to really interpret this new -- brand new space you guys have created. This listening experience.

MR. WASHINGTON: It is definitely a -- a newer emerging tech business --

MR. WILSON: Yeah.

MR. WASHINGTON: -- business model that the labels are now leaning into. The Lucians of the world and so on and so forth. They see this space where they know it's $4 billion in direct to consumer that they haven't fully tapped into yet. And so now they're trying to do business with the companies that are like EVEN because artists have been able to do exactly what Stove did, you know, to some degree, and they ain't getting no piece of it.

But here I am, I'm like, "No, there's an opportunity for everybody to eat here. Everybody

wins. You know who's going to lose? The DSPs who's been fucking over people anyway."

MR. WILSON: Yeah, yeah. Well, let me ask you this. Did -- did J. Cole come because of Stove?

MR. WASHINGTON: No. Not -- that was a relationship between J. Cole's manager, Sasha Stone, and somebody else. And then Cole also know that I was here. And I -- I gave him the instrumental for one of his mixtapes on -- on the Friday Night Lights mixtape. There was the -- the Kanye Devil in a New Dress beat that he used on that mixtape. The instrumental didn't exist yet, so I took a 10-second or 30-second gap in the song and I looped it for Cole and I gave it to him in 2010. So --

MR. WILSON: Wow.

MR. WASHINGTON: -- that's how far I go back. So again, my reputation buys EVEN a hall pass and a lot of situations where -- where they're devoid of cultural credibility.

MR. WILSON: I mean, that's -- that's the essence of it, man. You know that.

MR. WASHINGTON: Yeah. They can point to DDOT. "Oh, yeah, we got a black guy over here. It's DDOT. You-all know him." "All right. Cool." Everybody else is Latino or white.



MR. WILSON: And you -- but you have the -- you actually have legitimate resume, man. It resonates. So it's, like, you know, you building the company, man. It's just -- it's just whack, man. I mean, it's -- it's a lot of different ways to look at it, but they -- you know, I think the way they've handled you is really -- unfortunately for them, it just shows how they do business, you know?

MR. WASHINGTON: A hundred percent.

MR. WILSON: And that's going to hurt them with this judge, I think in the end. So I mean, let me know what you're thinking, man. I mean, as far as how to handle this. I -- I didn't know about the seal thing. I -- I don't -- maybe I knew and forgot, but I don't know why the judge would want to seal your -- your affidavit, right?

MR. WASHINGTON: My -- my pleading, they -- they sealed part -- portions of it because --

MR. WILSON: Oh, your pleading. That's why.

MR. WASHINGTON: Yeah.

MR. WILSON: Okay.

MR. WASHINGTON: Yeah. Like, when I -- so when I showed up and I filed my initial motion to dismiss, I had a summary of facts to support the actual motion as well with, you know, some visual



evidence to support, that wasn't in discovery yet. But, you know, I've since went and added way more to discovery. And like I said, everything I'm saying to you is going to show up -- it's going to come out in the wash.

So none -- nothing changes for me other than the fact that I don't want my -- because I already had somebody who was like, "Damn, bro, I wish you wasn't tied up in this thing because there's another company that I would want to refer you to. But I know as soon as they do due diligence and they pull your name up in this, they might look at it weird. So I can't -- I don't -- I don't really think I should, you know, put your name in the hat for this job."

I'm already losing opportunities because of this shit. I don't want to be here no more. Only reason why I'm still with this company is because I -- I was advised, "Don't quit until it's over." I don't want to be in this shit no more. I have way other -- many other people that wanting to hire me and get me better situation. I'm stuck. Get me out of here, Chuck.

MR. WILSON: Damn. Damn.

MR. WASHINGTON: There's no love lost between



me and them, trust me. But my enemy's enemy is a friend to me, so I'm going to talk to Hillel --

MR. WILSON: Okay.

MR. WASHINGTON: -- and you figure out how we move forward with this. But like I said, what I know cannot only help you in this, in the case, but there are other things that don't pertain to the case that you could use to your advantage to definitely juice up that settlement. For sure. That, I know.

MR. WILSON: Interesting. So -- okay. I'm trying to really dial in what you -- what you just said. That don't pertain to my case?

MR. WASHINGTON: Say that again, sorry?

MR. WILSON: You said you -- you know things that do not pertain to -- to this case.

MR. WASHINGTON: Right. That you can use for the case though, in terms of the settlement. There's -- I -- I -- I'm -- I'm going to go under oath on the -- on -- with a sworn affidavit and say exactly what exactly happened. Which is, this motherfucker over here knew that he had a -- a cease and desist and he kept it running. That's going to tell the judge everything she needs to know as far as his intentionality and, you know, wanting to

continue to evade and --
MR. WILSON: Right.
MR. WASHINGTON: -- continue earning profits after he had already had a cease and desist.
MR. WILSON: Yeah.
MR. WASHINGTON: Right? So that's going to be his own can of worms in the case itself, but to the extent that the case is still going to have to progress and whatever the -- you know, whatever, and still have to go through this process, I can definitely tell you things that I know you could use to your advantage to get a settlement quicker than the -- the -- than the -- than going through the whole process. I promise you that.
MR. WILSON: Wow.
MR. WASHINGTON: Because once you put that on the table, like, "Hey, you know, a little birdie told me this, and this, that, and the third, you-all might not want this getting out. What kind of settlement you going to give me now?" That's what I'm saying to you. It changes the whole landscape of your settlement.
MR. WILSON: It's -- it's that serious?
MR. WASHINGTON: It's that serious. For sure. For sure.



MR. WILSON: Wow. All right. Yeah. Talk to Hillel then. That sounds -- that sounds like a good situation, you know? I mean, you're not a party to the lawsuit right now.
MR. WASHINGTON: I am.
MR. WILSON: Oh, I thought -- I thought what -- didn't they -- didn't you -- did you file something saying you didn't want to do that, or you shouldn't be?
MR. WASHINGTON: I filled that I shouldn't be, but the judge hasn't made a decision yet.
MR. WILSON: Oh, dang.
MR. WASHINGTON: And that's why I'm like, that could be two months from now. It could be whenever she ever -- she decides she gets to it. But, bro, I'm -- I don't -- like, my birthday's in 26 days. I don't got -- I don't want to be stuck in this no more. I got other things I got to do. Like, I don't even -- I -- like, I don't even want to be associated with the company. The only reason why I'm still with the company is because I'm still in the lawsuit.
MR. WILSON: Damn.
(END OF TRANSCRIPT.)



CERTIFICATE OF TRANSCRIBER

I, ESTHER SMITH, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding; that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; and that I am neither counsel for, related to, nor employed by any of the parties to the case and have no interest, financial or otherwise, in its outcome.



______________________________

Esther Smith
DATE: February 23, 2026

## $

**$10** 7:10
**$25** 25:18
**$4** 49:18

## -

**--I** 33:22

## 1

**10** 26:24
**10-second** 50:12
**100** 25:19
**15** 45:21
**15,000** 45:3
**1st** 35:18 45:15

## 2

**20** 31:9 32:2 36:4
**20,000** 27:25
**2000** 23:22
**2010** 50:14
**2023** 39:18,19
**2024** 39:20
**26** 55:16

## 3

**30-second** 50:13

## 9

**9** 26:24

## A

**A&r** 10:16 16:12
**Aaron** 9:1
**abandoned** 8:2
**ability** 27:8 28:25
**absent** 22:8
**Absolutely** 31:18
**access** 23:23 40:8,15 43:7
**account** 27:5 29:14,15, 18,25
**accounting** 31:1
**accurate** 33:9
**activate** 33:19
**actual** 4:13 9:21 25:24 28:8 51:25
**adamant** 25:10
**added** 27:22 43:11 52:2
**admitted** 43:18
**advantage** 53:8 54:12
**advantages** 11:15
**adversarially** 4:25
**adversaries** 19:24
**advised** 52:19
**affairs** 48:19
**affidavit** 28:22 38:19 42:5 51:16 53:20
**affiliated** 8:16,23
**affirm** 15:5
**agency** 46:3
**agree** 39:6,9,12
**agreed** 39:8
**agreement** 14:13 30:25
**aide** 48:23
**aired** 39:4
**album** 4:8 13:14 28:6
**Allah** 4:11
**alluded** 38:23
**amount** 44:22
**ancillary** 32:16
**announced** 7:17
**answers** 33:11
**approved** 29:16,19
**area** 16:10
**Army** 4:13
**arrogance** 19:18
**artist** 5:13 6:10 14:5,11 15:17 20:8 25:3 26:3 31:14,16,23 32:2 41:8
**artist's** 18:15
**artists** 4:12 8:15 10:2 16:25 19:11 26:6 29:6,10, 11 30:9,14 31:6,7,11 32:7, 17,25 49:6,21
**artists'** 30:17
**assist** 33:1
**assistance** 33:2
**assistant** 10:18
**assume** 41:3
**assumption** 6:9
**assumptions** 12:12
**attached** 7:19
**attorney** 25:2 35:22 36:8 42:8 48:16
**attorneys** 18:21 42:10
**audible** 27:21
**audio** 27:14 28:5 30:14
**August** 40:1
**Australia** 20:9
**authenticated** 29:25
**automatic** 27:17
**aware** 8:22

## B

**Babygrande** 3:23 14:14,15 24:24 29:22 30:22 35:25 36:1 45:17
**Babygrande's** 18:23
**back** 3:24 5:4 10:22 13:6 15:3 16:4,17 17:1 19:7 25:6,14 30:18 35:6 37:4 50:16
**Backdooring** 37:8
**background** 4:18
**backstory** 17:18
**bad** 3:13 31:8 41:20
**badder** 41:20
**bag** 6:3,11 12:9 33:10 49:7,8
**balance** 30:10
**banished** 27:6
**bar** 42:15
**bare** 10:1
**barking** 40:24
**base** 8:21
**bear** 37:1
**beat** 50:11
**beats** 9:22
**bedroom** 29:10
**behavior** 28:10
**believing** 47:18
**benefit** 26:18 46:17
**benefited** 36:3
**bet** 40:3
**big** 3:22 41:14,20
**bigger** 41:20
**bill** 20:21
**billion** 49:18
**birdie** 54:17
**birthday's** 55:16
**bit** 42:16
**biz** 48:19
**black** 50:23
**blah** 35:22
**blame** 6:7,10
**blanks** 8:7
**blew** 36:18

**block** 39:24 40:1
**blocked** 27:5
**blood** 34:18
**blowing** 40:18
**blown** 19:14
**blows** 33:6
**bodies** 36:16
**bogus** 47:12
**bonus** 41:18
**bonuses** 34:24
**booked** 23:10
**bottom** 19:5
**boxes** 11:22
**bracket** 34:19
**braid** 11:8
**brain** 10:7
**brand** 49:10
**bread** 31:7,14
**break** 31:7,14
**breathing** 43:20
**bro** 6:18 36:11,20 41:16 47:15,18 52:8 55:15
**broke** 10:2
**brother** 28:17
**brought** 19:22 20:10 37:9 47:6
**buck** 20:6
**bud** 20:7
**building** 9:23 51:3
**built** 6:16 10:1 29:8
**buried** 36:16
**bury** 43:13 45:4
**bus** 9:3,6,11,16 11:1,4 13:16 41:24
**business** 4:5 6:6 7:14 9:21 15:16 16:3 18:12,16 19:15,23 20:2,3 22:25 25:7,24 29:8 31:9 35:12 37:6,9 48:19,22 49:13,15, 20 51:8
**Busta** 9:9
**buys** 50:17
**Byron** 48:2

## C

**call** 3:17 8:25 10:23 11:12, 18 12:19,20 13:22 14:11 29:9 33:3 43:21,25 45:10
**called** 9:24 13:12 38:21 47:19
**calling** 48:3
**calls** 23:8
**campaign** 12:23 24:12
**campaigns** 26:5
**capacities** 10:16
**card** 35:11 45:21
**care** 20:1
**carved** 32:19
**case** 14:7,9 18:15 28:9 30:4,19 34:15 44:19,20 46:17 53:6,8,13,16,18 54:7,8
**cash-positive** 34:6
**Cat** 10:2
**CDS** 4:2
**cease** 53:22 54:4
**CEO** 7:18 12:25 15:13 19:8,18 20:5 23:21 24:15 28:8 42:21 43:10,20
**CEO's** 13:6
**change** 37:18
**changed** 11:7
**chat** 30:13
**chats** 32:8
**check** 11:17
**checked** 11:22
**choose** 33:4
**Chris** 9:11
**Chuck** 3:3,4,12 14:22 18:23 19:19 24:20,24 34:4 36:6 39:23 41:13 44:11,15 45:17 48:2,8 52:23
**City** 46:22
**claim** 13:24
**Clark** 45:16
**clear** 6:21 12:1,13,15,18 48:8
**clicked** 8:24
**client** 18:6
**clinging** 21:7
**close** 7:16 36:15
**closed** 7:17,24
**co-defendant** 25:9
**Coco'** 9:17
**code** 36:23
**cold** 35:2
**Cole** 10:4 27:24 50:4,7,14
**Cole's** 50:6
**color** 8:7,8
**combined** 6:2
**comment** 24:7
**commercially** 26:12
**commission** 34:24,25
**communication** 20:11 45:11
**companies** 6:16 49:21
**company** 4:4,17 6:15 7:14,19 14:20 20:3 25:23 28:12 30:7 34:21 35:4,10 37:22 46:2 47:7 48:12,22 51:3 52:10,18 55:20,21
**complaint** 24:16
**compliance** 24:18
**concealed** 26:20
**conclusion** 18:22
**conference** 35:19
**conglomerate** 9:15
**connect** 10:25
**connected** 37:5 40:6
**connection** 37:6
**consultant** 10:6 16:5 23:6 35:3 39:18,20 40:7
**consulted** 16:3 25:2
**consulting** 10:16
**consumer** 14:6 49:19
**consumers** 21:19
**content** 32:15,16
**context** 3:21 10:9
**continue** 54:1,3
**continues** 15:21
**contract** 14:2 22:3,9 48:1,5
**contractual** 31:13
**control** 44:23
**controlling** 13:23
**conversation** 13:13
**conveyed** 41:6
**Conway** 47:21
**Cooks** 5:6,12,13 6:7 9:1, 6,9 21:12 33:8
**cool** 16:5 20:23 23:3 24:18 36:8 40:3 42:22 44:18 46:8 50:24
**Core** 7:15
**Corps** 30:4
**Correct** 21:23
**couple** 3:9
**crazier** 3:18,19
**crazy** 3:23 5:15 37:10
**create** 9:11 19:23,24 29:13,17
**created** 29:25 49:11
**credibility** 50:19
**credit** 8:2 45:23
**credits** 10:16
**cultural** 50:19
**culture** 4:16,19 36:24

**cut** 12:9 14:13 20:22
**cycle** 15:22

D

**Dame** 8:10,14
**damn** 4:20 46:4 48:9 52:8,24 55:23
**dang** 55:12
**David** 43:22,23
**day** 5:17 29:19
**days** 15:12 43:18 55:16
**DDOT** 3:2 8:13 41:24 45:16 50:22,23
**ddot.oman.com** 9:24
**deal** 6:20,21 7:16,17 14:16 18:2 23:9 30:3,7,11 41:15 43:19 47:6,20
**dealing** 15:22 36:22
**deals** 29:6 45:22 48:21
**deceptive** 28:10
**decide** 34:14
**decides** 55:15
**decision** 55:11
**default** 42:9
**degree** 10:13 49:23
**deliberately** 29:1
**department** 15:24
**departure** 9:14
**desist** 53:23 54:4
**desperate** 21:7
**details** 39:17
**detrimental** 35:12
**dev** 48:19
**development** 7:14 19:23 29:9
**Devil** 50:10
**devoid** 50:18
**dial** 53:12
**differently** 19:5
**diligence** 48:16 52:11
**direct** 14:6 49:18
**direction** 33:5
**directly** 5:11 10:5 14:14 29:6 36:5
**director** 7:13
**disappointed** 37:12
**discovery** 12:3 22:10 30:21 45:12 52:1,3
**discovery's** 37:18
**discretion** 31:21
**dismiss** 51:24
**dismissed** 44:19,20
**dispute** 17:21,23
**distributing** 21:17
**Distribution** 7:17
**distributor** 11:21 29:13 32:19
**distro** 30:3,4
**DIY** 29:9
**DJ** 26:25
**DMCA** 24:17
**documentary** 32:14
**Doja** 10:2
**dollars** 26:7
**door** 37:10
**DOT** 48:3
**double-emailed** 3:9
**doubled** 12:22
**doubling** 15:3
**doubt** 26:18
**downhill** 16:4
**download** 21:19 26:22,23 27:3
**Dragon** 9:9
**Dress** 50:11
**drive** 48:22
**drop** 25:16
**Dropbox** 40:13
**drops** 30:16
**drought** 15:16
**DSP** 26:20
**DSPS** 21:22 26:11 50:1
**dude** 37:3
**dudes** 13:15
**due** 15:21 48:16 52:11
**duplicate** 21:9
**dusted** 20:25

E

**earlier** 10:23 25:14
**earning** 54:3
**eat** 31:11,22 49:25
**effective** 25:25
**effing** 13:10
**Electronica** 10:3
**else's** 40:5
**embedded** 27:15
**emerging** 49:13
**employee** 39:19 46:13,14,21 47:5
**employees** 37:8
**enable** 26:24,25 27:3
**end** 14:22 20:5 51:11 55:24
**ended** 9:23
**enemies** 19:25
**enemy** 53:1
**enemy's** 53:1
**engage** 24:2 32:12
**entire** 39:14 43:8
**entitled** 30:7,21,23 34:13
**equity** 34:4
**essence** 50:21
**essentially** 38:20
**ethic** 16:14
**evade** 54:1
**EVEN's** 19:13 35:23
**EVEN.'** 45:19
**event** 30:12
**evidence** 52:1
**excel** 16:11
**excited** 5:22
**exclusive** 29:11 30:6,14
**exclusivity** 26:13 29:12
**execs** 18:8
**exist** 50:12
**existed** 46:2
**expect** 49:6
**expectation** 23:24
**experience** 8:13 21:18 24:3 25:19 26:22 33:12 49:11
**explore** 23:7
**extent** 54:8

F

**face** 6:4 45:21
**fact** 43:9 52:7
**factor** 26:13 27:3
**facts** 19:7 37:17 51:24
**factually** 6:8 12:12
**fall** 48:18
**fan** 3:22 8:21 26:6
**fandom** 3:24
**fans** 24:2,4 25:16 26:4,21 30:15 32:8,12
**Fast** 44:13
**father** 43:14 45:4
**fault** 3:7 44:17
**favorite** 4:8

**feature** 48:7
**featured** 9:9 10:4
**feel** 6:14,17,25 10:22 25:23 33:7 37:20 48:12
**fees** 7:5,11 36:19 47:5
**felt** 6:13
**festival** 23:11
**fighting** 38:4
**figure** 19:21 28:21 38:7,9 41:14 42:24 44:10 45:18 47:16 53:4
**figured** 25:2
**figures** 34:20
**figuring** 23:12
**file** 55:7
**filed** 24:16 35:5 39:13 40:17 51:23
**fill** 8:7
**filled** 55:10
**financial** 30:5
**finding** 47:25
**Fine** 20:23
**fire** 9:7 41:24 46:8
**fix** 38:1
**flew** 14:21
**floor** 26:2
**flows** 32:21
**focusing** 11:2
**forgot** 51:15
**form** 26:14
**forward** 44:13 53:5
**found** 26:6 44:21
**founder** 20:6
**friction** 15:19
**Friday** 50:9
**friend** 53:2
**friends** 5:17 45:14
**frivolous** 44:15
**front** 6:3 18:7
**frustrated** 31:17
**fuck** 20:18 43:23 45:13
**fucking** 50:2
**fulfill** 48:5
**full** 17:18 31:14
**full-time** 35:6 39:19
**fully** 49:19
**funneled** 19:21

**G**

**game** 45:22
**Gandhi** 3:25 4:8
**gap** 50:13
**gated** 24:7
**gave** 3:9 50:8,14
**Genesis** 9:16
**girl** 20:17
**give** 8:6 26:18 45:23 54:20
**giving** 15:21 27:1
**God** 23:17 29:17
**good** 3:15,18 5:9,17 7:18 16:7 18:16 19:14 20:3 31:10 55:2
**Google** 6:20
**gosh** 7:25
**great** 5:2 8:13,17,20,22 23:4 25:24
**Griselda** 8:24
**ground** 9:17
**groundwork** 18:7
**group** 9:12 30:13
**grow** 48:22
**guess** 23:17 33:23 43:18 46:9 48:9
**gun** 14:23
**guy** 4:9 5:16 8:12 28:18, 24 36:24 44:22 50:23
**guys** 5:3 8:24 14:15 17:13 33:22 47:12 49:10

**H**

**half** 7:23 39:20 47:11
**hall** 50:17
**hand** 47:14
**handle** 46:25 51:13
**handled** 7:2 8:17 51:7
**hands** 10:1
**hang** 11:5
**happen** 14:16 24:12 44:13
**happened** 6:12 15:10 21:11 28:24 41:21 43:9 53:21
**happening** 4:20
**happy** 23:7 32:2
**hard** 31:19 48:14
**hat** 52:14
**head** 19:23
**hear** 21:21 28:19 43:15
**heard** 3:11 13:17 35:21
**hearing** 26:22 46:9
**helped** 9:16 40:10
**Hershey** 9:11
**hey** 3:2,4,11 14:11 16:4 23:8 43:10,21 45:10 54:17
**hiding** 36:7
**high** 7:13
**higher** 35:7
**Hillel** 3:8 12:3 24:16 30:20 33:25 35:19 38:6,19 42:1,8 43:5,18 53:2 55:2
**hire** 52:21
**historical** 3:21 10:9
**history** 9:19
**hit** 45:9
**holding** 14:23
**Hook** 47:23
**hot** 17:16
**hours** 3:10
**How's** 3:4
**huge** 29:4
**hundred** 51:9
**hundreds** 28:3
**hurt** 51:10

**I**

**idiot** 42:12
**IG** 24:6
**ignoring** 40:17
**important** 11:17
**in-between** 22:1
**industry** 9:21 19:11
**information** 17:9
**initial** 35:5 51:23
**insane** 36:2
**Instagram** 19:13
**instance** 14:11
**instances** 14:4 30:19
**instantaneous** 27:9
**instrumental** 50:8,12
**integrity** 28:7
**intent** 15:14 19:8
**intentionality** 53:25
**interest** 35:15
**Interesting** 53:11
**intern** 10:19
**interpret** 49:10
**interrupt** 25:12
**introduced** 8:9 11:1
**introductory** 11:18
**investment** 30:5

**investors** 44:18,21

**involved** 10:5 11:13 13:11 14:19 17:19 19:3 32:18 47:13

**issue** 41:7

**item** 32:11

## J

**Jacker** 3:25

**January** 44:8

**Jay** 10:3

**Jay-z** 42:14

**Jedi** 4:7 17:4

**Jessica** 45:15

**job** 40:4 46:10 52:15

**judge** 7:4 34:14 39:6,8,9 45:15 46:18,20,24 47:3 51:11,15 53:24 55:11

**judgment** 42:9

**juice** 53:9

**jump** 24:19

**jury** 34:15

## K

**Kanye** 50:10

**kicking** 48:24

**kid** 9:6 11:7 30:4

**kind** 4:18 5:14 6:5 8:7 11:1 21:24 26:19 33:15 36:22 38:23 54:19

**knew** 41:16 48:9 51:14 53:22

**knowing** 17:17

**KYC** 29:14

## L

**label** 3:24 5:4 10:15 11:20 12:4,13,18 13:3,4,7 18:8 20:9,11 25:4 26:3 29:13,24 30:18 31:21 32:15,19 40:23 41:7

**labels** 31:21 49:16

**laid** 18:7 39:17 40:15

**landscape** 54:21

**Latino** 50:25

**laughing** 40:18

**law** 15:5 46:22

**lawsuit** 7:10 35:1,5 36:7 39:14 40:17 43:11 55:4,22

**lawyer** 32:25 33:4 42:25 43:22

**lawyers** 34:3 35:23 40:23 45:9

**leak** 27:25

**leaks** 28:6

**leaning** 49:16

**learned** 31:19

**leave** 31:20

**led** 6:24

**left** 35:2

**leg** 44:15

**legal** 7:5,11 36:19 47:5 48:23

**legitimate** 51:2

**Leichtman** 43:23,24

**level** 7:13

**liability** 41:3

**licensing** 30:6

**Lights** 50:9

**Lillard** 8:11

**lines** 8:8

**list** 11:17

**listen** 20:18 25:15 27:12 47:2

**listening** 21:18 24:3,4 25:19 30:12 49:11

**listing** 33:12

**literally** 43:17

**litigated** 17:22

**litigation** 17:22 21:3 37:22

**live** 22:2 24:5,6 30:11

**locked** 8:21 48:4

**long** 32:24

**looked** 6:13

**looped** 25:8 50:13

**Lord** 40:1

**lose** 37:16 50:1

**losing** 52:16

**lost** 52:25

**lot** 5:19 16:25 17:24 23:1 28:9 31:13 50:18 51:5

**love** 5:13 8:17 9:17 20:19 23:4 52:25

**loved** 4:11

**Lucians** 49:16

## M

**mad** 17:13 18:23

**made** 6:21 9:14 12:13,15, 18 24:23 37:5 55:11

**magic** 27:21

**major** 21:22

**make** 12:11 34:1,20,23

**making** 9:22 23:8

**maliciousness** 47:10

**man** 3:5 4:7 5:2,9 6:17 8:4 9:2 17:13 35:16 36:18 43:15,16 45:6,14 47:2,18, 20,22,23 48:1,10,25 50:21 51:2,4,12

**management** 11:19 23:6 47:15

**manager** 16:12 18:4 50:6

**managing** 28:12

**March** 39:23

**Marciano** 13:17

**Marcy** 47:22

**market** 27:22

**marketing** 31:24

**Master's** 7:21

**Masters** 29:23 30:3 45:25

**matter** 5:15 11:18 18:18 26:8 27:11 33:17

**measures** 27:4

**mechanism** 26:23

**media** 9:25 19:11,13

**mediate** 41:13

**mediation** 44:8

**meet** 37:4

**meeting** 4:3,4

**meetings** 37:2

**melanin** 18:5

**mention** 22:9

**mentioned** 21:15 33:12

**merch** 24:11 30:14 32:11

**message** 22:17

**messing** 13:9

**middle** 18:13

**million** 7:10

**mind** 4:7 17:4 20:12 36:18

**mindset** 6:3

**minute** 8:25 27:15

**miscommunication** 19:19

**misled** 42:20

**misunderstanding** 19:20

**mixed** 27:21

**mixtape** 9:9 50:10,11

**mixtapes** 50:9

**model** 25:24 26:4 49:15

**moment** 34:6
**money** 16:6 17:23 34:8, 24 35:7 36:5 42:7 44:24
**months** 55:14
**morality** 36:23
**motherfucker** 48:19 53:22
**motion** 51:23,25
**motivated** 33:10
**move** 53:5
**movie** 36:9
**moving** 22:11
**mud** 10:17,20
**multimillion-dollar** 28:12
**multiple** 49:7
**music** 6:6,16 9:12,21,25 13:7,21,23 15:6 20:19 22:2 23:4 26:11 29:18,22 32:4, 6,7,13,18 40:2,13 46:2

## N

**Nation** 47:19
**neck** 43:21
**nepotism** 10:20
**network** 45:21
**newer** 49:12
**news** 9:25
**nice** 5:5 16:22
**nicely** 5:7
**Night** 50:9
**nip** 20:7
**nobody's** 10:14,18
**note** 15:4 32:10
**notice** 13:1 27:10,17 28:25
**number** 3:9,12
**numbers** 19:9 29:1

## O

**oath** 53:20
**objective** 18:18
**obligation** 48:13
**occurred** 39:21
**offense** 17:17
**offer** 34:1,4 38:19
**offering** 33:23
**official** 19:21
**one-on-one** 6:5
**open** 26:20
**operations** 40:6
**opportunities** 15:24 16:2 52:16
**opportunity** 12:9 21:10 49:25
**options** 38:17
**OT** 9:16
**outs** 30:15
**overreach** 17:20
**overseas** 3:5
**owe** 17:23
**owns** 14:24

## P

**packs** 27:21
**paid** 25:17,19 36:4
**painted** 17:12
**paperwork** 14:24 20:16,20 22:11 47:19
**paraphrasing** 22:13
**part** 4:24 30:17 48:13 51:18
**participate** 32:20
**partnership** 7:22 19:22 24:21
**partnerships** 7:22 19:24 20:2
**parts** 40:9
**party** 24:4 55:3
**pass** 4:5 42:15 50:17
**passing** 11:1
**pattern** 15:22
**pay** 7:5,10 14:15 20:21 23:23 24:5 26:4,21 31:1 36:19 43:2 47:5
**payroll** 46:10
**paywall** 24:7
**penalty** 15:4 28:23 38:20
**people** 5:15 13:21 18:1,2 20:1 23:23 27:11,25 28:4 37:3 48:6 50:2 52:21
**people's** 21:8
**percent** 32:2 36:4 51:9
**percentage** 32:3
**perception-wise** 7:19
**performing** 7:8,13 15:15 18:8 46:11
**period** 23:20
**perjury** 28:23 38:20
**person** 5:14 36:22 40:6
**personalized** 30:13 32:10
**pertain** 53:7,13,16
**pertains** 19:2
**Pharaohs** 4:13
**phases** 29:8
**Philly** 4:9,10
**phone** 17:12 19:14
**pick** 10:7
**picture** 17:12
**piece** 17:15 49:23
**pipeline** 29:23
**pissed** 25:17
**place** 27:4 44:3 49:1
**placements** 9:22
**plaques** 10:17
**platform** 8:10,14,15,20 9:25 11:14 12:23 19:14 20:10 21:21 23:25 25:24 26:8 27:25 28:7,8 30:1 41:1,4,5
**platform'** 15:7
**play** 32:6 35:15 47:16
**plays** 47:16
**pleading** 38:24 39:4 51:17,19
**pleadings** 39:13
**poaches** 18:6
**pocket** 45:3 47:14
**podcast** 28:5
**point** 5:21 12:24 26:12 28:16 37:17 40:7,15 47:19 50:22
**points** 38:10
**popping** 17:16
**portions** 51:18
**position** 19:4 35:7,10 49:5
**posted** 16:25
**potentially** 28:12
**practices** 28:10
**prayed** 36:12
**press** 7:20
**pressure** 38:10
**pretty** 5:7 39:17
**price** 25:18 26:2 30:15
**pricing** 26:4
**prints** 27:14
**privileges** 40:8
**problem** 28:22 33:17 41:1
**problems** 19:24
**proceeds** 30:8 36:4

**process** 29:15 33:7 34:7 54:10,14
**produce** 45:12
**producer** 9:20
**profile** 19:10
**profit** 32:17
**profits** 54:3
**program** 10:19
**progress** 54:9
**projects** 5:5
**promise** 37:24 54:14
**promoting** 15:20
**prop** 11:15
**proposing** 38:13
**proprietary** 27:20
**protocol** 11:13
**Protocols** 48:25
**pub** 23:9
**pull** 52:11
**purchased** 28:4
**purgatory** 46:10
**put** 6:6 20:7 22:3 26:5,12 28:6,25 32:7 35:9 40:12 43:8 48:11 52:14 54:16
**puts** 6:3
**putting** 5:5 20:13 21:16 28:22

## Q

**question** 49:7
**questions** 24:8 33:11
**quick** 38:25 39:1
**quicker** 54:12
**quit** 46:9 52:19
**quote** 10:10 42:14 45:23
**quoting** 22:13

## R

**rabbit** 8:20
**raise** 34:8
**ran** 16:12 18:1,2
**rapper** 23:5
**rapper's** 6:4
**reach** 38:18 39:24
**read** 5:16 14:2 42:1
**ready** 40:2
**real** 33:23 34:24
**realize** 3:8 5:15
**realized** 4:19
**reason** 12:1 52:18 55:20
**receive** 30:8
**recently** 43:16
**reconcile** 44:11
**record** 6:20,21 21:16
**recorded** 32:4,6
**recordings** 5:21,22 6:1
**recouping** 31:12
**recoupment** 31:1,15, 25
**Reddit** 27:9
**Reed** 25:1 48:15
**refer** 52:10
**refusal** 32:21
**register** 11:6
**Relations** 15:18
**relationship** 31:8 45:5 50:6
**release** 7:20 15:14 20:8 24:5 30:24 34:25
**released** 26:7
**releases** 15:17 30:1
**releasing** 29:18
**remainder** 36:5
**remember** 10:24 16:17, 20,21,22,23
**remix** 27:1
**removed** 7:20 15:17 23:20
**removes** 27:17
**repeatedly** 41:11
**represent** 35:24
**representation** 23:5
**reputation** 45:21 50:17
**resonates** 51:2
**respond** 13:23 42:11
**response** 39:13
**rest** 4:17 26:15 31:25 37:21 45:11
**resume** 51:2
**retain** 35:21
**rev-share** 30:8
**revenue** 14:13,14 19:9, 20 30:17 32:20
**ridiculous** 7:2
**rights** 14:6,8 31:13 32:16
**Ripped** 3:25
**road** 40:21
**Roc** 47:19,22
**Rock** 13:17
**Rodriguez** 15:13
**root** 40:25
**roughly** 22:4
**rules** 32:23
**run** 5:2 14:18 15:24 40:2 41:17
**running** 21:10 29:2 53:23
**running?'** 41:19

## S

**sales** 41:19
**Sasha** 50:6
**sauce** 27:23
**scenario** 18:20
**scenarios** 15:1
**scenes** 10:6
**scope** 30:11
**screen-record** 27:5
**seal** 38:25 39:13 42:4 51:14,16
**sealed** 39:3 42:1,3 43:6 51:18
**secretly** 7:16 45:22
**secure** 27:24
**security** 27:4,15
**self-sufficient** 29:10
**send** 14:12 32:9
**sending** 15:3
**seniority** 35:10
**separate** 4:11
**series** 28:5
**serve** 42:22
**served** 35:20
**service** 41:3
**set** 25:18 26:3
**settle** 41:12 42:23 44:11
**settlement** 33:23 38:9 39:10 53:9,18 54:12,20,22
**settling** 38:3
**shady** 28:10
**Shaheen** 9:11
**share** 31:2
**ship** 14:19
**shit** 7:4 36:9 42:1,3 48:25 52:17,20
**shocking** 41:25
**shoes** 18:14,15 19:1
**shots** 13:22
**shoulders** 10:14

**shout** 30:15
**show** 52:4
**showcases** 18:8
**showed** 20:16 41:21 51:23
**showing** 8:14
**shows** 47:17 51:8
**side** 32:4
**sidebar** 22:23
**sides** 17:25 18:10
**sign** 32:25
**signed** 13:4 20:9
**single-handedly** 8:3
**sir** 3:3
**sit** 7:15
**site** 9:25 16:13
**sites** 16:17
**sitting** 45:8
**situation** 17:8 18:18,22, 25 52:22 55:3
**situation's** 3:18
**situations** 50:18
**size** 26:3
**sleep** 16:7
**smiling** 37:2
**Smith** 25:1 48:15
**smooth** 12:25
**smoothing** 21:4
**social** 19:11,13
**soft** 38:10
**sold** 21:17 22:1 23:11
**somebody's** 17:19
**song** 50:13
**songs** 24:8 27:10
**sooner** 46:19
**sort** 17:20 24:6 30:8
**sounds** 55:2
**space** 22:1 26:19 49:10, 17
**speak** 12:11 21:14 28:7 33:14
**speaking** 6:8
**special** 27:23
**specific** 26:6
**specifically** 32:18 47:11
**spending** 37:21
**spent** 26:6 45:3
**split** 30:8,25
**spoke** 39:23
**spoken** 18:21
**sports** 4:9
**spots** 38:10
**spun** 39:24 40:1
**squad** 36:19
**stake** 37:23 44:23
**stand** 6:22 10:14 13:25 42:19 44:16
**standard** 11:13 30:3
**standup** 36:24
**start** 29:18 48:6
**started** 3:10 9:15 23:8 47:25
**starts** 16:3
**startup** 6:15
**State** 46:22
**stay** 23:25
**stems** 27:1
**step** 40:11
**Steve** 46:1
**sticking** 12:7 14:23
**stone** 34:18 50:6
**Stoop's** 5:4
**stop** 25:11
**stopped** 44:10
**stops** 20:6
**story** 12:6 47:11
**Stout** 46:1
**Stove** 5:6 8:9,18 10:24 12:3 13:2 14:21,23 17:7 19:12 24:24 25:10,15 29:17 31:1 34:25 36:1,5 39:21,22 40:22,23 41:1 45:12,18 47:12 48:4 49:22 50:4
**Stove's** 8:12 30:19 44:17
**stream** 24:6
**streaming** 30:12
**stripped** 8:2
**struck** 35:17
**strung** 44:6
**stuck** 52:22 55:17
**stuff** 5:9,10 9:23 22:23 32:12
**stupid** 29:18 34:1
**sudden** 24:16
**summary** 51:24
**super** 31:16 34:6
**support** 51:24 52:1
**supposed** 3:17 14:16 31:3 44:2
**surprised** 37:13
**sworn** 28:22 38:19 53:20
**system** 27:15 34:11 40:9
**SZA** 10:3

**T**

**table** 54:17
**take-down** 13:1
**takedowns** 27:9
**taking** 15:14 19:8
**talk** 5:16 28:17 38:6 41:13 44:1 45:11 53:2 55:1
**talked** 48:2
**talking** 5:3 22:15 24:10 26:10
**tall** 10:15
**tapped** 49:19
**tapping** 19:12
**taught** 4:12
**tax** 34:19
**team** 15:18 22:24 23:12
**tech** 6:15,16 48:12 49:13
**technology** 27:19,20
**telling** 9:6
**temporarily** 39:12
**temporary** 39:10
**terms** 41:2 53:18
**text** 22:17
**thing** 4:10 5:15 9:8,13 12:25 18:4,24 24:6 25:8 30:9 33:21 34:5 35:17 36:2 43:13,20 45:25 48:10 51:14 52:9
**things** 5:25 6:1,2 10:8 11:3,17 17:24 23:2 24:1,11 27:21 28:10 30:10,16 32:17 33:15 53:7,15 54:11 55:18
**thinking** 40:3 51:12
**thought** 7:18 21:15 55:6
**thoughts** 29:5
**thousand** 26:7
**thousands** 28:4
**throw** 41:24
**thrown** 44:14
**Tie** 40:5
**tied** 37:21 52:9
**tier** 30:2
**time** 3:6 9:3 12:24 20:11 26:7 33:20 35:3 39:18 40:16,25 42:9,20 43:12,19 44:5
**timeline** 39:22 43:8
**times** 26:24 31:13

**tires** 48:25
**told** 13:5 22:16,21,22 23:13,20 24:18 25:15 30:20 33:25 34:3 41:11 45:15 48:4 54:18
**toll** 20:21
**tomorrow** 7:15
**Toon** 30:4
**top** 27:23
**touched** 9:13
**tough** 5:21
**track** 41:18
**transcript** 35:18 55:24
**Translation** 46:2
**tree** 40:24
**trickling** 48:6
**Tricks** 4:7
**tripping** 46:25 47:3
**true** 23:16 26:23
**trust** 53:1
**truth** 37:17 38:22
**Tune** 7:15
**turn** 21:14
**turned** 12:2
**type** 36:20
**types** 32:12,15

U

**undeniable** 19:9
**underpaid** 34:20
**understand** 11:12 36:21 39:22 45:6 46:18
**understood** 33:8
**unethical** 36:23
**unfortunate** 8:4
**United** 7:21 29:23 30:3 45:25
**unreasonable** 49:6,9
**updated** 43:11
**upload** 27:16 40:12 41:4
**Upstate** 9:7
**usual** 25:7

V

**valuable** 34:5
**verbatim** 22:12
**versus** 18:14
**vetted** 29:19,24
**video** 32:8
**Vinny** 4:5,11
**violate** 22:3
**violation** 6:18
**viral** 18:3
**Virgin** 29:22
**virtual** 24:4
**Visions** 3:24 4:8
**visual** 51:25

W

**wait** 8:25 10:24
**waiting** 29:15
**walk** 11:14
**walks** 32:1
**wanted** 4:24 20:7 29:1 41:16
**wanting** 28:17 52:21 53:25
**wash** 52:5
**Washington** 3:1,3,7,20 4:2,16,23 7:7,12 8:1,6 9:5, 19 10:13,22 11:11,25 12:17,21 14:18 15:12 16:10,16,19,25 17:3,7,11 18:12,20 19:17 20:5 21:2, 6,23 22:5,8,16,19 23:16,19 24:15 25:6,22 26:2,10,17 27:8,20 28:3,14,16,20 29:7,21 31:18,20 33:25 34:10,17,23 35:9,14,20 36:10,20 37:8,12,15 38:5, 15,18 39:3,7,9,12,16 41:23 42:2,6,18 43:4,17 44:5 45:2,7 46:5,8,14,16,22 47:2,8,25 48:15,18,21 49:2,12,15 50:5,16,22 51:9,17,20,22 52:25 53:4, 14,17 54:3,6,16,24 55:5, 10,13
**wasting** 40:25
**ways** 51:5
**weaknesses** 38:11
**website** 9:24 10:5 16:24
**week** 7:16
**weeks** 24:13
**weigh** 18:14
**weird** 52:12
**whack** 51:4
**what'd** 42:4
**white** 50:25
**whomever** 30:4
**wild** 35:11
**WILSON** 3:2,4,15 4:1, 15,22 5:1 7:9,25 8:4 9:4,18 10:12,21 11:10,24 12:15, 20 14:17 15:11 16:9,15,17, 20 17:2,6,10 18:11,19 19:16 20:4 21:1,5,12,24 22:7,15,18 23:15,18 24:14 25:5,21 26:1,9,16 27:7,18 28:2,13,15,19 29:3,20 31:4,19 32:22 34:9,16,22 35:8,13 36:9,17 37:7,11, 14,25 38:12,16 39:1,6,8, 11,15 41:22,25 42:3,17 43:3,15 44:4 45:1,6 46:4,7, 12,15,20,24 47:3,24 48:10, 17,20,24 49:4,14 50:3,15, 20 51:1,10,19,21 52:24 53:3,11,15 54:2,5,15,23 55:1,6,12,23
**windfall** 31:6 32:5
**wins** 50:1
**Wires** 10:10
**witnessed** 28:9
**word** 15:3
**words** 22:12
**work** 8:2 9:3 11:13 14:15 15:25 16:14 17:14 21:8 22:20 38:14
**worked** 7:23 8:10 9:8,10 10:15 32:1
**working** 5:18,25 9:15
**world** 26:15 49:17
**worms** 54:7
**worry** 44:7
**would've** 30:21,23 40:5, 9 48:3
**wow** 4:1 9:4,18 22:18 25:21 27:7,18 28:2 33:17 34:22 37:7,11 39:15 41:22 44:4 46:15,24 50:15 54:15 55:1
**write** 3:11
**writing** 12:16,22 22:12, 15
**written** 32:10
**wrong** 40:24 41:9,10 44:16

Y

**year** 7:23 37:21
**years** 5:19 11:4 31:9 35:4 36:14 45:21
**yesterday** 4:3 45:10
**yield** 34:12
**Yo** 4:6 8:12 9:6 13:6 17:13 19:19 22:23 37:3 40:1 41:18 47:15,20
**York** 46:22
**you-** 20:15
**you-all** 7:5 14:16 17:1 22:19,20,21 36:3,7,18 42:8,11,19,21 47:15,21,22 48:16 50:24 54:18
**you-all's** 27:18 36:3

**Youtube** 27:9,11,16
41:5

# Audio Transcript

Case Number: 1:24-cv-6785-JGLC
Date: August 5, 2025

**In the matter of:**

# Babygrande Global, Inc. v EVEN Labs, et al.

## Chuck 08-05-2025 (Attorney Ears & Eyes Only).m4a

CERTIFIED
COPY

Reported by:
Esther Smith

**Steno**
**Agency, Inc.**

**1100 Glendon Avenue**
**Suite 1850**
**Los Angeles, CA 90024**
**concierge@steno.com**
**(888) 707-8366**

SUPERIOR COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

Chuck 08-05-2025 (Attorney Ears & Eyes Only)

CASE NUMBER. 1:24-cv-6785-JGLC

BABYGRANDE GLOBAL, INC.,
Plaintiff,
vs.
EVEN LABS, et al.,
Defendants.
__________________________________/

Audio Labeled:
Audio Transcript of Job ID 2443602
Length: 0:12:51

Transcribed by:
(Esther Smith)

APPEARANCE:

CHUCK WILSON
DAMIEN "DDOT" WASHINGTON



MR. WASHINGTON: You know what I'm saying?
MR. WILSON: Yeah, yeah. No, it's -- it's real, man. Like, this guy, you know, they were saying some weird too, this lawyer. Like, racist, man.
MR. WASHINGTON: What was that about? I -- I didn't really pick up on what happened there because, like, he -- I don't know what -- because I saw. All I saw was that, and the docket that you -- I -- I think you said something -- something about shades. I don't know. What happened? I don't even know.
MR. WILSON: No. Like, I have -- you know, I have -- I have prescription glasses that, you know, my eyes are sensitive to light. So I do have -- I have tints in them sometimes. I mean, most of the -- all the time, really. And -- and the guy tried to tell me I was in there, like, with just sunglasses on, I didn't give a damn about the session and just painted me to be, like, this some kind of stereotypical record exec.
You know, rap record exec that does -- you know what I mean? Like, conjuring an image in your mind of someone that's not really, you know, professional. You know, and that shit just affected



me, man.
MR. WASHINGTON: Copy. Copy.
MR. WILSON: And then he said some other reference to -- to indentured servitude with cooks and all this shit. And I'm like, "Man --
MR. WASHINGTON: He said what?
MR. WILSON: Yeah.
MR. WASHINGTON: Wait. He said what?
MR. WILSON: He -- he -- before he saw the agreement. Like, the agreement is how we do business. It is. We put up a lot of money and we want to break bread for our term and then you can go onto your next deal. But like, it's too risky, man. We got to eat if we win. Shit. So but before he even saw any of that shit, he said -- he -- he said something in reference to my -- my deals with artists or my deal with film guy was equivalent to indentured servitude.
MR. WASHINGTON: Wow.
MR. WILSON: I'm like, "Yo, what's -- what's wrong with this lawyer?"
MR. WASHINGTON: Oh, I -- why is people that look like him talking -- have the nerve to even talk about -- go down that road? It's crazy. That -- especially when the people that look like them and



you and -- and them, like, are the ones that have the predatory deals with artists.
MR. WILSON: Right. Exactly -- exactly.
MR. WASHINGTON: That's -- that's a wild one. I -- I didn't know that's what was said. All I know is that they said that you said something and that they reported you to the -- the judge or for something, whatever. I don't -- I don't -- I didn't -- I didn't get the full grasp of --
MR. WILSON: Oh, that was -- I forgot what I said, man, but --
MR. WASHINGTON: Whatever you said, they got spooked, so.
MR. WILSON: Did they, really?
MR. WASHINGTON: I guess. He said they -- they said they ran to the judge about it. I said, "Okay. Well, that's good for you."
MR. WILSON: Yeah. I mean, I said -- I -- I forgot what I said, but I said, "I can't deal with racist, man. Like, that that can't fly."
MR. WASHINGTON: Copy.
MR. WILSON: You know?
MR. WASHINGTON: Copy.
MR. WILSON: But yeah, I think -- I mean, let Hillel know what you have in mind, man, and then --

and then let's try to work it out. I'm not trying to bring any harm to you, man. I really -- you know, I'm just -- yeah.

MR. WASHINGTON: Like I said from the jump, if I was in your position and in your shoes, I don't -- I can't say I would do anything differently to be honest with you. It's just, it's business. Like, you know what I'm saying? However --

MR. WILSON: Yeah.

MR. WASHINGTON: -- I'm not the person you want, I ain't -- I ain't set out to do anything to you. I didn't intentionally do nothing to you. You know what I'm saying? And like I said, even historically, I've been a fan and I -- I'm like, you know, from Violent by Design, to Visions of Gandhi, Sir Rip the Jacker, and (indiscernible) collectives. Like, dawg, that's one of my favorite albums of all time. I know Omas.

MR. WILSON: That's -- that's one of mine too.

MR. WASHINGTON: I know Omas. You know what I'm saying?

MR. WILSON: Same.

MR. WASHINGTON: And so it's like, I wouldn't -- that's just not how I get down. Like, plus it doesn't make sense if you look at the pattern. I've



done nothing but deals with -- from small boutique labels to major distributors to the major label systems. Why would I try to cut you out of it? You know what I'm saying? That doesn't make any sense.

MR. WILSON: Right. No, I don't think -- I think you said the most important thing -- like, not the most important, but very important thing was like, "You can't be accountable for due diligence on behalf of a startup tech company." "Like, that's not -- they -- they're supposed to have that department."

MR. WASHINGTON: Bro, they spent hundreds of thousands of dollars on Reed Smith.

MR. WILSON: Right. Exactly.

MR. WASHINGTON: So --

MR. WILSON: Like --

MR. WASHINGTON: -- where -- why don't you have a -- a in -- a in-house counsel? I'm biz dev, not business affairs, brother.

MR. WILSON: That -- that, to me is so critical.

MR. WASHINGTON: And I -- and I have to red redline the agreement still too, because they don't have a -- an attorney in-house.

MR. WILSON: Are you serious?



MR. WASHINGTON: The deal points that for our framework agreements with UMG, United Masters, TuneCore, secretly, I'm doing the redlining. Because I'm that good, Chuck. I'm that good, but that's not my job. I -- I -- I'm not -- I'm not a lawyer.

MR. WILSON: Yeah. I said they're -- they're getting too much and giving too much less.

MR. WASHINGTON: Brother, blood -- blood from a stone.

MR. WILSON: Wow -- wow. Like I said, talk to him, man. See if we can get you off this case. You'll still be a witness though, right?

MR. WASHINGTON: That's exactly what I'm offering.

MR. WILSON: Right -- right. Yeah, let's -- let's talk to him, man, and see if we can work that out. I'm not -- I'm not trying to hold you back. I just, I'm trying --

MR. WASHINGTON: You trying to get -- to get your -- get your result. I get it. And --

MR. WILSON: Yeah.

MR. WASHINGTON: -- to that end, look, we got -- we -- we have something in common. Like, bro.

MR. WILSON: Right. Yeah. My legal fees



ain't, you know? I mean, I -- I'll keep paying them, but it -- it sucks.

MR. WASHINGTON: You know what I got told? "Well, you know, if you could find a lawyer that could do the -- you could -- that could do your retainer for 5,000, you know, we could consider it, or, you know, try to keep it low as possible." Are you fucking kidding me? It's a southern district, New York in litigation for copyright infringement. Who the fuck is taking a $5,000 retainer? Nobody I would trust with my livelihood.

Like, what the -- what are you -- like, what are you talking about? He said this to me multiple times. "Well, you know -- you know, we don't really have the overhead right now and blah blah." "That's a personal problem, motherfucker. I done brought this company north of half a million dollars between sales from releases and campaigns like stoves and Black and -- and, you know, Dej Loaf and this one and that one. How many people done came through the door because of me. Plus, even the people that weren't using the platform, I got to invest at your cap table. I ain't seen a success percentage from that."

MR. WILSON: Wow -- wow.

Page 10

MR. WASHINGTON: Fuck out of here. Like, no dawg. No. You not going to build it. Look, I brought you into this world, I could take you out, bro. Like, that's where I'm at with it.

MR. WILSON: Were the investors upset?

MR. WASHINGTON: According to him, they're upset, allegedly. And I'm like, "Well, what are they upset at? The part where I was -- I'm building this company for them, or the part where they had to answer for your fucking negligence and bullshit?"

MR. WILSON: Yeah.

MR. WASHINGTON: And so that was his -- that was his reasoning, or his, you know, trying to make it make sense. "Oh, well, that's why I can't put your name in the press releases for the partnership that you did, because the investors would get upset to see your name." Huh?

MR. WILSON: What?

MR. WASHINGTON: They would get upset seeing my name in the press release because my name was in a lawsuit that their name was in a lawsuit with, that the title of the lawsuit says, your name? "All right. You got it. Cool. Sure. Whatever you say, bro." This is the type of individual that we're dealing with, Chuck. And I say we, because I'm a

Page 11

victim to the same way you are a victim, but on the other side.

MR. WILSON: Yeah, no. They -- they definitely -- that first -- that first call I had with them was -- it was wild, man.

MR. WASHINGTON: I don't even know what happened. I got told, "Oh, we're going to mediate. You know, we're going to -- we're going work it out with Chuck. You know, it's going to be cool." Then I got told, "Oh, no, he's wildling. He wants -- well, he wants way too much. He said he wants to own the company." "Oh, shit. Oh, damn. All right. Check this out, Chuck giving it up? Okay. Well, I guess you-all got to fight it out in court." Next thing you know, now I'm a co-defendant. All right.

MR. WILSON: I don't think I said I would own the entire company, but, like, yeah, a piece.

MR. WASHINGTON: And that's why I said they're so stupid because when they went to offer you-all that bullshit (indiscernible) said, if I was him, I wouldn't take that money.

I said, "The most valuable thing you could probably do for him so that number one, you-all don't have to come out-of-pocket right now with a hefty sum, but because I know that you're raising

Page 12

money, you should probably give him a small -- give them a -- a small allocation of equity. Because It'll be worth more if everyone steps out of the lawsuit, you give them a piece of the equity, and, you know, when you-all actually can succeed in moving forward in the evaluation of however many millions, it's worth more. Everybody wins. You-all can get this dismissed, he works away with something he think that's valuable, you-all don't have to come out-of-pocket for money you say you don't have, and there it is."

I got told, "No. Absolutely off the table." I said, "Okay. Cool. Don't listen to me. I'm just the head of business development. What the fuck do I know?"

MR. WILSON: Damn, man. I'm sorry you in this man. Let -- talk to Hillel. I appreciate -- I'm glad we talked.

MR. WASHINGTON: Yeah.

MR. WILSON: Let's talk to Hillel and see if we can move this ball forward, man.

MR. WASHINGTON: All right. I will do that. And then, you know, we'll -- we'll still be in touch regardless, just to stay lock and step. But I do appreciate you hearing me out.

Page 13

MR. WILSON: Definitely.

MR. WASHINGTON: It's -- it's actually wild and weird to be at this phase of my life where I'm talking to somebody who put out music that I've been listening to all my life.

MR. WILSON: Wow.

MR. WASHINGTON: Like, I still listen to -- you know, one of my favorite songs is off of Visions of Gandhi. It's the hidden track with -- who's on that song? Damn. I have it on my -- on my Apple music still because I -- I played it on my way when I was driving yesterday.

MR. WILSON: Okay -- okay.

MR. WASHINGTON: Hold on. I'm going to tell you right now. Oh, Eye for an Eye. Yeah.

MR. WILSON: Right.

MR. WASHINGTON: Eye -- oh, Eye Against Eye, sorry. Eye against Eye, both the remix and the original. Both my favorite Jedi Mind. That and The Cannabis Joint, Black Tibetan Magicians. Those are my favorite JMT joints of all the time.

MR. WILSON: Damn. Yeah, I like a lot of Violent, man. But --

MR. WASHINGTON: Yes, sir.

MR. WILSON: -- let's do that. I'm -- huh?

MR. WASHINGTON: I said, yes, sir.

MR. WILSON: Yeah. Let's do that and -- and let's -- let's try to make this work and help each other get to the -- get to the right side of things, man. Because this is just -- it's really just unbelievable.

MR. WASHINGTON: When I had to explain to my girl what was going on, she was like, "How did -- how about -- why didn't you beat this nigga up already?" Because like, "How does he have you in a case for his company and not looking out for you? You should -- you should have just been with Upside." I said -- I said, "I can't. That's only going to make things worse for me." She was like, "God bless you."

I was like, "Bro, I got to fight the case by myself. Plus, still do the -- do my job." Insanity. But all right, again, thank you for your time. I appreciate you hearing me out. I know, you know, it's the weirdest circumstances of all time, but, you know, I prayed on it. I feel good about it. I don't have nothing to hide. Like I said, I told Hillel the discovery should be coming from me by Friday or Monday.

I'm leaving out the country as well on Friday,



but I'm going to have -- just try to have it Friday before I take off, if not first thing Monday morning. Everything I said is still going to still be the same thing what I told you on the phone today.

MR. WILSON: Awesome. I really appreciate it, man. And hit me anytime, man. This is my personal cell.

MR. WASHINGTON: Got you. All right. You have a good night.

MR. WILSON: All right. You too. Take care.

MR. WASHINGTON: Okay. Peace.

(END OF TRANSCRIPT.)



CERTIFICATE OF TRANSCRIBER

I, ESTHER SMITH, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding; that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; and that I am neither counsel for, related to, nor employed by any of the parties to the case and have no interest, financial or otherwise, in its outcome.

Esther Smith

______________________________

Esther Smith

DATE: February 23, 2026

## $

**$5,000** 9:10

## 5

**5,000** 9:6

## A

**Absolutely** 12:12
**accountable** 7:8
**affairs** 7:19
**affected** 3:25
**agreement** 4:10 7:23
**agreements** 8:2
**albums** 6:17
**allegedly** 10:7
**allocation** 12:2
**anytime** 15:7
**Apple** 13:10
**artists** 4:17 5:2
**attorney** 7:24
**Awesome** 15:6

## B

**back** 8:18
**ball** 12:21
**beat** 14:9
**behalf** 7:9
**biz** 7:18
**Black** 9:19 13:20
**blah** 9:15
**bless** 14:15
**blood** 8:9
**boutique** 7:1
**bread** 4:12
**break** 4:12
**bring** 6:2
**bro** 7:12 8:24 10:4,24 14:16
**brother** 7:19 8:9
**brought** 9:16 10:3
**build** 10:2
**building** 10:8
**bullshit** 10:10 11:20
**business** 4:11 6:7 7:19 12:14

## C

**call** 11:4
**campaigns** 9:18
**Cannabis** 13:20
**cap** 9:23
**care** 15:11
**case** 8:12 14:11,16
**cell** 15:8
**Check** 11:13
**Chuck** 8:4 10:25 11:9,13
**circumstances** 14:20
**co-defendant** 11:15
**collectives** 6:16
**common** 8:24
**company** 7:9 9:17 10:9 11:12,17 14:11
**conjuring** 3:23
**cooks** 4:4
**cool** 10:23 11:9 12:13
**Copy** 4:2 5:21,23
**copyright** 9:9
**counsel** 7:18
**country** 14:25
**court** 11:14
**crazy** 4:24
**critical** 7:21
**cut** 7:3

## D

**damn** 3:19 11:12 12:16 13:10,22
**dawg** 6:17 10:2
**deal** 4:13,17 5:19 8:1
**dealing** 10:25
**deals** 4:16 5:2 7:1
**Dej** 9:19
**department** 7:11
**Design** 6:15
**dev** 7:18
**development** 12:14
**differently** 6:6
**diligence** 7:8
**discovery** 14:23
**dismissed** 12:8
**distributors** 7:2
**district** 9:8
**docket** 3:9
**dollars** 7:13 9:17
**door** 9:21
**driving** 13:12
**due** 7:8

## E

**eat** 4:14
**end** 8:23 15:13
**entire** 11:17
**equity** 12:2,4
**equivalent** 4:17
**evaluation** 12:6
**exec** 3:21,22
**explain** 14:7
**Eye** 13:15,17,18
**eyes** 3:15

## F

**fan** 6:14
**favorite** 6:17 13:8,19,21
**feel** 14:21
**fees** 8:25
**fight** 11:14 14:16
**film** 4:17
**find** 9:4
**fly** 5:20
**forgot** 5:10,19
**forward** 12:6,21
**framework** 8:2
**Friday** 14:24,25 15:1
**fuck** 9:10 10:1 12:14
**fucking** 9:8 10:10
**full** 5:9

## G

**Gandhi** 6:15 13:9
**girl** 14:8
**give** 3:19 12:1,4
**giving** 8:8 11:13
**glad** 12:18
**glasses** 3:14
**God** 14:15
**good** 5:17 8:4 14:21 15:10
**grasp** 5:9
**guess** 5:15 11:14
**guy** 3:3,17 4:17

## H

**half** 9:17

**happened** 3:7,11 11:7
**harm** 6:2
**head** 12:14
**hearing** 12:25 14:19
**hefty** 11:25
**hidden** 13:9
**hide** 14:22
**Hillel** 5:25 12:17,20 14:23
**historically** 6:14
**hit** 15:7
**hold** 8:18 13:14
**honest** 6:7
**hundreds** 7:12

**I**

**image** 3:23
**important** 7:6,7
**in-house** 7:18,24
**indentured** 4:4,18
**indiscernible** 6:16 11:20
**individual** 10:24
**infringement** 9:9
**Insanity** 14:18
**intentionally** 6:12
**invest** 9:22
**investors** 10:5,16

**J**

**Jacker** 6:16
**Jedi** 13:19
**JMT** 13:21
**job** 8:5 14:17
**Joint** 13:20
**joints** 13:21
**judge** 5:7,16
**jump** 6:4

**K**

**kidding** 9:8
**kind** 3:20

**L**

**label** 7:2
**labels** 7:2
**lawsuit** 10:21,22 12:4
**lawyer** 3:4 4:21 8:6 9:4
**leaving** 14:25
**legal** 8:25
**life** 13:3,5
**light** 3:15
**listen** 12:13 13:7
**listening** 13:5
**litigation** 9:9
**livelihood** 9:11
**Loaf** 9:19
**lock** 12:24
**lot** 4:11 13:22
**low** 9:7

**M**

**Magicians** 13:20
**major** 7:2
**make** 6:25 7:4 10:13,14 14:3,14
**man** 3:3,5 4:1,5,13 5:11, 20,25 6:2 8:12,17 11:5 12:16,17,21 13:23 14:5 15:7
**Masters** 8:2
**mediate** 11:7
**million** 9:17
**millions** 12:7
**mind** 3:23 5:25 13:19
**mine** 6:19
**Monday** 14:24 15:2
**money** 4:11 11:21 12:1, 10
**morning** 15:3
**motherfucker** 9:16
**move** 12:21
**moving** 12:6
**multiple** 9:13
**music** 13:4,10

**N**

**negligence** 10:10
**nerve** 4:23
**nigga** 14:9
**night** 15:10
**north** 9:17
**number** 11:23

**O**

**offer** 11:19
**offering** 8:15
**Omas** 6:18,20
**original** 13:19
**out-of-pocket** 11:24 12:10
**overhead** 9:15

**P**

**painted** 3:20
**part** 10:8,9
**partnership** 10:15
**pattern** 6:25
**paying** 9:1
**Peace** 15:12
**people** 4:22,25 9:20,21
**percentage** 9:23
**person** 6:10
**personal** 9:16 15:7
**phase** 13:3
**phone** 15:4
**pick** 3:7
**piece** 11:17 12:4
**platform** 9:22
**played** 13:11
**points** 8:1
**position** 6:5
**prayed** 14:21
**predatory** 5:2
**prescription** 3:14
**press** 10:15,20
**problem** 9:16
**professional** 3:25
**put** 4:11 10:14 13:4

**R**

**racist** 3:4 5:20
**raising** 11:25
**ran** 5:16
**rap** 3:22
**real** 3:3
**reasoning** 10:13
**record** 3:21,22
**red** 7:22
**redline** 7:23
**redlining** 8:3
**Reed** 7:13
**reference** 4:4,16
**release** 10:20
**releases** 9:18 10:15

**remix** 13:18
**reported** 5:7
**result** 8:21
**retainer** 9:6,10
**Rip** 6:16
**risky** 4:13
**road** 4:24

S

**sales** 9:18
**secretly** 8:3
**sense** 6:25 7:4 10:14
**sensitive** 3:15
**servitude** 4:4,18
**session** 3:19
**set** 6:11
**shades** 3:11
**shit** 3:25 4:5,14,15 11:12
**shoes** 6:5
**side** 11:2 14:4
**sir** 6:16 13:24 14:1
**small** 7:1 12:1,2
**Smith** 7:13
**song** 13:10
**songs** 13:8
**southern** 9:8
**spent** 7:12
**spooked** 5:13
**startup** 7:9
**stay** 12:24
**step** 12:24
**steps** 12:3
**stereotypical** 3:21
**stone** 8:10
**stoves** 9:18
**stupid** 11:19
**succeed** 12:5
**success** 9:23
**sucks** 9:2
**sum** 11:25
**sunglasses** 3:18
**supposed** 7:10
**systems** 7:3

T

**table** 9:23 12:12
**taking** 9:10
**talk** 4:23 8:11,17 12:17,20
**talked** 12:18
**talking** 4:23 9:13 13:4
**tech** 7:9
**term** 4:12
**thing** 7:6,7 11:15,22 15:2, 4
**things** 14:4,14
**thousands** 7:13
**Tibetan** 13:20
**time** 3:17 6:18 13:21 14:19,20
**times** 9:14
**tints** 3:16
**title** 10:22
**today** 15:5
**told** 9:3 11:7,10 12:12 14:23 15:4
**touch** 12:23
**track** 13:9
**TRANSCRIPT** 15:13
**trust** 9:11
**Tunecore** 8:3
**type** 10:24

U

**UMG** 8:2
**unbelievable** 14:6
**United** 8:2
**upset** 10:5,7,8,16,19
**Upside** 14:13

V

**valuable** 11:22 12:9
**victim** 11:1
**Violent** 6:15 13:23
**Visions** 6:15 13:8

W

**Wait** 4:8
**WASHINGTON** 3:1,6 4:2,6,8,19,22 5:4,12,15,21, 23 6:4,10,20,23 7:12,15, 17,22 8:1,9,14,20,23 9:3 10:1,6,12,19 11:6,18 12:19,22 13:2,7,14,17,24 14:1,7 15:9,12
**weird** 3:4 13:3
**weirdest** 14:20
**wild** 5:4 11:5 13:2
**wildling** 11:10
**WILSON** 3:2,13 4:3,7,9, 20 5:3,10,14,18,22,24 6:9, 19,22 7:5,14,16,20,25 8:7, 11,16,22,25 9:25 10:5,11, 18 11:3,16 12:16,20 13:1, 6,13,16,22,25 14:2 15:6,11
**win** 4:14
**wins** 12:7
**work** 6:1 8:17 11:8 14:3
**works** 12:8
**world** 10:3
**worse** 14:14
**worth** 12:3,7
**wow** 4:19 8:11 9:25 13:6
**wrong** 4:21

Y

**yesterday** 13:12
**Yo** 4:20
**York** 9:9
**you-all** 11:14,19,23 12:5, 7,9

# Audio Transcript

Case Number: 1:24-cv-6785-JGLC
Date: August 13, 2025

In the matter of:

# Babygrande Global, Inc. v EVEN Labs, et al.

## Chuck Wilson 8-13-2025 (Attorney Ears & Eyes Only).m4a

CERTIFIED COPY

Reported by:
Esther Smith

Steno
Agency, Inc.

1100 Glendon Avenue
Suite 1850
Los Angeles, CA 90024
concierge@steno.com
(888) 707-8366

SUPERIOR COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

Chuck Wilson 8-13-2025 (Attorney Ears & Eyes Only)

CASE NUMBER. 1:24-cv-6785-JGLC

BABYGRANDE GLOBAL, INC.,
Plaintiff,
vs.
EVEN LABS, et al.,
Defendants.
______________________________________/

Audio Labeled:
Audio Transcript of Job ID 2443602
Length: 0:33:29

Transcribed by:
(Esther Smith)

APPEARANCE:
CHUCK WILSON
DAMIEN "DDOT" WASHINGTON



MR. WASHINGTON: Oh, you're back in the States now?
MR. WILSON: I'm trying to catch up. Yeah, I'm back now. Yeah -- yeah.
MR. WASHINGTON: All right. Cool. I sent over my discovery. Did you get a chance to go over it with Hillel?
MR. WILSON: He -- I just talked to him yesterday and he told me, I guess you gave him permission to show it to me. So I'm going to -- that's part of what I do today. Just sit down and read. That's yours included. In our conversation, he -- he raised this issue of -- of the email thing, man. Because that's kind of a critical thing.
So I don't know how you want to work through that. I'm open -- I'm open to, you know, do what we can. I -- it's just that that -- that whole progression is definitely going to have to be on the table, you know?
MR. WASHINGTON: What -- which email thing?
MR. WILSON: The thing where -- I don't know who sent it, but someone sent an email with the actual files.
MR. WASHINGTON: Right. Oh, so I guess we didn't get into that on the last -- when we first



spoke. So basically --
MR. WILSON: Yeah.
MR. WASHINGTON: -- your man's, Stove, is the one who was like, "Yo." And I think -- I think this is end of discovery. Like, you'll see him literally telling me, "I want the data so I can send it directly out to the fans," right? And so now, this is not part of EVEN, but this is him coming to me directly as someone he wanted on his team.
He's like, "Yo, I don't have no management. I'm not -- you know, I'm -- I got nobody working with me. I need somebody to help me, like, start sorting out my business and getting my -- you know, my stuff going. I'm trying to get some shows. I'm trying to do this, I'm trying to do that." I'm like, "Cool." So not only does he just talk about the EVEN data, but he also has his own data from Shopify that he wanted to, you know, send out emails to.
So yes, he's like, "I got all these email contacts. How do I do it?" And I was like, "Well, you probably need something like a MailChimp." And he was like, "Well, what's MailChimp?" I'm like, "It's -- it's a system where -- it's a mailing list system, basically." He was like, "All right. Well,



I'm riding around right now, but make one for me and -- so I can -- so I can send it out."
So I obliged. I'm like, "Yo, all right. Cool. Here's the account. Here go the password. Whenever you're ready to pull the trigger, this is what you - - you know, this is how you use it, operate it, da, da, da." And that was -- that's where that part of the email thing came from.
MR. WILSON: Oh, EVEN had nothing to do with that?
MR. WASHINGTON: EVEN had nothing to do with that. That was all Stove's idea. Well, let me one -- let me take it back what's up. EVEN has said -- and the CEO specifically has said to EVEN employees, including myself in the past, that artists that have the data from EVEN can do whatever they want with their data. It's their data, it belongs to them, they own it. Now, that's true to an extent.
But if we were doing things the proper way, which was -- which would've been Babygrande having a deal with EVEN, and then Stove doing a release on EVEN through Babygrande, then Babygrande would also have rights to that data as well. That's how that's supposed to work, right? So when I spoke to Mag -- Mag, the CEO, about the conundrum, I was like,

Page 6

"Well, you-all are going to have to clean this up by issuing refunds to the people who pay for it and, you know -- "

MR. WILSON: That's what I thought -- that's what I thought happened.

MR. WASHINGTON: Right. So I was like, "You're going to have to issue refunds to the people who pay for it, or Stove's going to have to do something to make it up to about -- I don't know if that's, you know, merch or, you know, some other content or, but it needs to be addressed because it's not going to be good for anybody. You know what I'm saying? Whether it's Babygrande, whether it's Stove, whether it's EVEN, all parties are going to look shady if this music was up for however many, you know, limited amount of days. People paid anywhere from $25 to over a hundred dollars just for access to listening to it and the bonus track or whatever, and now it's gone. That's going to look crazy on everybody's part."

And that was the extent of me, like, trying to, like, tell them to do damage control. Like -- it's, like, this just looks bad. It looks -- it looks messy. Especially, you know, already knew Stove had, like, the Clipse feature coming down the

Page 7

pipeline. So I'm like, "This is not going to look -- be a good look for him to spin the block when -- you know, trying to pop out and do shows and fans are like, 'Well, what happened to that $25 or a hundred dollars I gave you?' That's just going to create a bad place for him in the market. I don't -- he doesn't need that stain. And the same thing with EVEN."

So Mag says, "Well, there's nothing stopping stopping Stove." This is what he tells me on the phone. He's like, "This is nothing. There's nothing stopping from Stove just sending the music directly to his fans if he wants to." So I relay that to Stove. Stove's like, "Yeah. Let me get -- let me get that, you know, the emails, da, da, da. I'm -- I'm going to send them to the -- to my fans. They're the ones that paid for it already."

So that's where that came from. To the extent that EVEN directly had it come from, like, their emails or their service, that didn't happen, Chuck. I can't tell you that.

MR. WILSON: Did you say to the extent what? EVEN what?

MR. WASHINGTON: To the extent, like -- like, the actual emails where Stove had the copy of the

Page 8

album after the EVEN thing taken down, that didn't come from EVEN's direct email servers. Like, that much, I will tell you. I have to be -- you know, I'm keeping it a hundred on that.

MR. WILSON: Yeah. No, no, no. I'm -- I'm -- that's all I'm trying to figure out. Because I mean, it's -- it's a gray area because at that point, you're -- you're still working for EVEN, right?

MR. WASHINGTON: At that point, I was a consultant, yes. I wasn't full-time until October 3rd or 7th or something like that. So in this conversation with Stove, I'm talking to him as I'm advising him directly because he asked me to, you know, pretty much consult him or advise him. I wouldn't say like a manager, but just like in that capacity, right? Because I think he's working with Tay now.

MR. WILSON: He's what?

MR. WASHINGTON: I think he's working with Tay -- Tay James now.

MR. WILSON: Right now?

MR. WASHINGTON: As -- I guess. That's what I -- that's what I last heard. He's working with Tay James as his management, or his -- his -- as his --

Page 9

his representation.

MR. WILSON: Who is that?

MR. WASHINGTON: Tay James is -- he used to be Justin Bieber's DJ.

MR. WILSON: Oh, okay.

MR. WASHINGTON: Or, is --

MR. WILSON: I know. He -- he has mentioned that.

MR. WASHINGTON: Or, is Justin's DJ still. I don't want to say used to be.

MR. WILSON: Yeah.

MR. WASHINGTON: So he's been working with him in that kind of capacity. And at that point in time, this time last year, that was where the relationship was heading with Stove and I. I was like, "Yo, you don't have nobody looking over your affairs, but you have a lot of momentum right now. You're going to it away if you don't have strategy."

MR. WILSON: Right.

MR. WASHINGTON: Right? So separately from EVEN is how that email thing happened, because Stove wanted to send it out. Like, this wasn't anything that I made him do, or EVEN made him do. This is what he wanted to do. That's just me giving you the truth.

Page 10

MR. WILSON: Well, the thing is that you're -- you're working in -- you're basically helping Stove and helping the company. And in that particular move, it served both parties well, from a damage control standpoint, you know? Whether that was -- you know what I mean? I don't know -- I -- I can't get into your mind or Stove's mind at that time, but it definitely was, like -- it's kind of, like, you know, you guys are protecting the money that you've received.

EVEN -- it protects EVEN's money and Stove's money because you did -- you gave them the music, so they can't say they didn't get anything for that money.

MR. WASHINGTON: Well, some of -- some of those purchases still were disputed and were refunded from the -- EVEN still had to refund some of those things. So it wasn't like none of it happened. Like, no -- like, no refunds were given. Refunds did happen.

MR. WILSON: Right.

MR. WASHINGTON: You know? But me speaking directly with Stove was, "Yo, I'm going to send this -- sending a copy of the album because these are my fans and they paid for it, and I want them to still

Page 11

keep rocking with me." And it's -- but also you'll see in the discovery, because you haven't seen it yet. When you see the discovery, he says it again, doubles down, triples down on, "Yo, this is my music, and they don't own it." Flat out.

MR. WILSON: Well -- yeah, no. That -- that's -- see --

MR. WASHINGTON: And that's where it gets muddy for me because it's, like, I'm relying on his word. I don't have your side of the story.

MR. WILSON: His position is, it was a listening experience.

MR. WASHINGTON: Right.

MR. WILSON: He's saying this music was not on DSPs, there's no physical copies. And that the way it was sold to him was a listening experience, which is something he'd never heard of before. And in that regard, he's saying it didn't really conflict with our rights because at the time, those records were stuck. They were kind of, like, stuck because we hadn't -- we hadn't completed the -- the clearance process.

So he was looking at it like, "Well, I can play music that's not unreleased for people, you know?" And that -- that -- and so this deal in his mind, he

Page 12

said, doesn't -- didn't conflict with our deal because we weren't really releasing records through any traditional channels. It was people paying -- like, having a listening party and charging people to get in.

MR. WASHINGTON: Yeah. But that's EVEN. Now we're talking about something else. But -- and -- and EVEN -- but EVEN still completely flat out, he said -- and, like -- like, again, when you see the discovery, you'll see what -- what I'm talking about. He repeats again.

MR. WILSON: Okay.

MR. WASHINGTON: "I own his music. They don't own my music. They don't own my rights to my music. I don't know -- and -- and to whatever extent there is a -- a paperwork or an agreement, I'm operating as if there is none." That's what he says. That's what he said. Because I asked him to see it so that I can, like --

MR. WILSON: He said --

MR. WASHINGTON: -- try to stop us from getting this fault.

MR. WILSON: You sent this to Hillel?

MR. WASHINGTON: Huh?

MR. WILSON: This is what you sent to Hillel?

Page 13

MR. WASHINGTON: Yeah.

MR. WILSON: Okay. I'm about to read that. It should be today. But --

MR. WASHINGTON: But the reason I had you call me is because, you know, the sooner you get to review whatever with Hillel, the sooner I'm going to need to hear from you about figuring out the other part. Because there are time-sensitive things that you're going to -- you're going to lose leverage on outside of, this is what I'm talking about.

Remember I said I have some things that can help you. It's -- but you can't sit around is what I'm trying to tell you. Like, I'm literally keeping track still as I have access to things to -- and information that can vary. Like -- like, as of, like -- as -- as recent as today. As recent as an hour ago, new information that can help you.

MR. WILSON: Did you tell Hillel with this?

MR. WASHINGTON: Hillel knows.

MR. WILSON: Okay. He didn't -- he didn't mention that -- his stuff beyond what you sent over.

MR. WASHINGTON: Well, I -- I told him this a couple days ago before me and you first got on the phone, so maybe it slipped him, but he definitely knows that I have way more information outside of --

the thing is, it's not specific to your case, but because of the things that are happening internally with EVEN, you are in a position to make EVEN come to the table with a better settlement offer, but you have to listen to the information I'm giving you, which I'm coming -- keeping it real. If -- if we're going to align, I need to be out of the case. That's just it.
MR. WILSON: But we won't know that information until we let you out the case?
MR. WASHINGTON: Yes. That is what I'm offering you.
MR. WILSON: Well, we don't know the value of it, right? We won't know it till we -- we have to let you out of the case to get that information is what you're saying, right?
MR. WASHINGTON: Yeah.
MR. WILSON: Yeah. That's Hillel's call, really. It's not mine. It's a gamble, you know?
MR. WASHINGTON: I understand what you're saying, but, hey, this is what I'm offering you.
MR. WILSON: I don't know --
MR. WASHINGTON: All I can offer you is what I have, which is very valuable information. because I --



MR. WILSON: Is there any downside to you telling us the information and us evaluating the value of it before we let you out the case? Is there any downside to that?
MR. WASHINGTON: You can try to say -- you can try to decide that it's not valuable to you, but I'm telling you that it is because you have an ability uniquely, you and Babygrande, it's a blind spot. And there's some things that are happening around with EVEN internally that if you know the information, you can a hundred percent use it to your advantage.
MR. WILSON: Are you saying that in light of, like, you know, civil procedure, what's admissible, what's not admissible? That's why, you know, it -- it -- like, information --
MR. WASHINGTON: That's why -- that's why I said it's not -- it's not pertaining to this case specifically, but you can do something that's perfectly legal, right, within your right to mess up some stuff that EVEN has pending.
MR. WILSON: That's what -- I kind of know what you're -- I know what you're getting at, actually. I just -- I'm just trying to figure out what's the downside in you telling us this, to -- to evaluate



whether we can make use of it.
MR. WASHINGTON: Well, I have a plethora of information. Like, a lot of different angles.
MR. WILSON: I don't think the downside to you, we would have to -- we would've to double-cross you get the information, and then not take you off the case. That's -- I guess that's the only downside, but that -- I don't know if that -- that doesn't really make any sense.
MR. WASHINGTON: Well, we're going to have to agree to disagree on that because my information is -- is my -- my value and my leverage. So like I said, the enemy of my enemy is my friend, so that's what I'm leaving you with. And I'm a hundred -- like, a hundred percent sure that there's a few different angles that can really bring them to the table on a way better settlement.
Because this goes to trial, this continues, this -- that could go either way. But if you want to make this go quicker, I know where to hit and where it hurts. That is -- that's what I'm offering.
MR. WILSON: All right. Let's -- let me make up a hypothetical. These guys are in the middle of some big transaction and the transaction --the



people on the other end of the transaction, if they know about this, they're going to lock up. That's what I'm -- that's the drift that I'm getting from you.
MR. WASHINGTON: A hundred percent.
MR. WILSON: And -- and so, you know, the question becomes, you know, "How would we act on that information? Call up the people they're doing the traction with -- the transaction with?"
MR. WASHINGTON: A hundred percent.
MR. WILSON: How would we act on that?
MR. WASHINGTON: A hundred percent. I can -- I -- like I said, I can tell you more once we get this out the way.
MR. WILSON: No, I know. I'm just trying to -- because remember, man, if we let you off the case that's permanent.
MR. WASHINGTON: And you have a permanent ally, so what do you want? That's what I'm trying to tell you.
MR. WILSON: No, no, no. Not the ally part. Not the ally part. Just the information part that you have is -- because we're -- we don't know exactly what it is, it's -- that part is a gamble because we don't know to what extent we can use it

Page 18

and really effectively use it.
MR. WASHINGTON: Do you think I would -- do you think I would cross enemy lines with -- with this if I didn't have anything that I really felt was strong enough to offer you?
MR. WILSON: No, but I think that this said what it's going to do.
MR. WASHINGTON: Okay.
MR. WILSON: But -- well, no, no. There's another part to it though. Once that happens, it comes down to not you, but them. They have to evaluate it at that point. And they have to say, "This is -- you know, this -- this is me, who cares?" Or they got to say, "We got to make this go away now." It's going to be somewhere in that -- in between those two --
MR. WASHINGTON: Not all --
MR. WILSON: -- to become aware of --
MR. WASHINGTON: So the -- the information and communications that I have would incinerate their chances of being able to complete the transaction once you go to the party with the information that you have. Trust me. Trust me.
MR. WILSON: Okay. Hold on. Hold on. So if that's the case -- if that's the case, the best way

Page 19

to use this information is to go to EVEN with it.
MR. WASHINGTON: No, no, no. I don't want anything to do with EVEN.
MR. WILSON: Once you -- hold on. Once you incinerate the transaction, you can't leverage it -- we can't leverage it against EVEN. It's done. They're burned. They're cooked.
MR. WASHINGTON: Say that one more time?
MR. WILSON: Where -- so just as a matter of almost chess, right? If they -- if they -- if you have something that can incinerate their transaction that's on the table, it's better to go to EVEN and say, "Hey, if you don't do this, this, this, and this, we're going to incinerate your transaction." But if you incinerate the transaction first, they're already -- they're already cooked. There's no chess move for them. They're done.
MR. WASHINGTON: But that's what I'm telling you, you have the -- you'll have the leverage to bargain with them on that front.
MR. WILSON: So you're saying go to -- don't incinerate the transaction first. Go to them and say, "We're going to incinerate this transaction if we don't get this figured out?"
MR. WASHINGTON: Exactly.

Page 20

MR. WILSON: Okay.
MR. WASHINGTON: Because it's a lot on the line for them. And they've been working on having this -- and I realize that there's a direct way -- from -- from what I understand, you have a relationship with somebody and some people that could -- all you have to do is make a phone call and show them the information that I have, and it's over for them. It's curtains.
MR. WILSON: So you're saying I have a relationship?
MR. WASHINGTON: Yeah. You don't know it, but I know it.
MR. WILSON: So whoever this is, I know them.
MR. WASHINGTON: You have a -- yes. You have a direct line.
MR. WILSON: Wow. Yeah. I mean this is -- this is --
MR. WASHINGTON: Like I said, talk to Hillel, but it's -- it is time-sensitive. Because I literally just saw internal communication today that -- they are getting to the finish line with said party. Said party thinks everything is sunshine and clouds and sentiment. Because Mag, the CEO, is a pathological liar. So they -- they think everything

Page 21

is --
MR. WILSON: He's not disclosing litigation. He should be disclosing that he's in litigation, and he's not?
MR. WASHINGTON: Brother, yes.
MR. WILSON: Yeah. Let me ask you this. Are you protected, man? I don't want to see you get fried up through some kind of agreement you signed with them. Some duty of fiduciary duty or anything --
MR. WASHINGTON: Even if -- I've been handled so sloppily, I don't have any of those ramifications in anything in writing.
MR. WILSON: So there's nothing -- whatever you have in writing with them doesn't -- there's no confidentiality, there's no --
MR. WASHINGTON: No.
MR. WILSON: -- fiduciary duty?
MR. WASHINGTON: I've never signed an NDA, I don't have any fiduciary, I don't have any non-disparagement clause, all -- none of that.
MR. WILSON: And you don't have a you -- you're a consultant, or an employee?
MR. WASHINGTON: That's where, again, Hillel's senior discovery, the judge is probably going to

know -- want to know what the fuck is going on because I'm being classified as a contractor, but I am in fact a full-time employee.

MR. WILSON: Based on getting a salary, or? What -- what are you saying that?

MR. WASHINGTON: Based on the salary and all elements of New York labor loss and employment loss.

MR. WILSON: Yeah. Can't make your own schedule, you don't have certain freedoms that you would if you're a contractor, correct?

MR. WASHINGTON: Exactly.

MR. WILSON: Yeah. All right.

MR. WASHINGTON: The sooner you talk to Hillel, take your time to mull it over. But when I'm telling you --

MR. WILSON: No, no, I get -- I get what you're saying.

MR. WASHINGTON: I'm --

MR. WILSON: You got some -- you got some information that can blow up --

MR. WASHINGTON: -- a hundred percent telling you it is very time sensitive. Because once they get it across the finish line, you -- you don't -- you don't have that chess piece for your leverage. I don't need the leverage. I just want to get out



here so I can go on about my life. And after that, me and you can do some other business together. Because I can see where this is going to add up, you know, down the line.

MR. WILSON: Yeah. There's definitely some things we could do. I -- you know, it was good to talk to you the first time and I -- I can tell you -- you've got a good head in the game and everything, so that's why I asked for your resume and everything, because we got -- we got a -- we got a lot of, you know? Stove alone is going to be massive, but we got a lot of stuff we're rebuilding right now and we need to rebuild it -- we need to rebuild it immediately.

MR. WASHINGTON: How big is Babygrande's operation on the music side?

MR. WILSON: Not big. And I need to hire people. It's -- it's by design. It's -- it's not big because we were in a low, but we're ramping up right now. So I need -- I need help building out the team. I don't want to spend stupid money and hire people that are sitting around all day, but there's certain positions that I need to build and I need to hire people.

MR. WASHINGTON: Well --



MR. WILSON: You know?

MR. WASHINGTON: -- besides that, I'm talking about, like, how much, like, frontline and backlog -- back -- and back catalog do you have that, you know, could you stand to have more?

MR. WILSON: More what?

MR. WASHINGTON: Volume in -- in real estate as far as frontline and back catalog.

MR. WILSON: You mean, to -- to -- can I acquire it?

MR. WASHINGTON: I mean, do you have an -- an appetite for more? To acquire more?

MR. WILSON: Yeah. Hell yeah. Absolutely.

MR. WASHINGTON: Okay. Well, I'm in the middle of talking to Create Music Group about bringing my venture there. But, you know, I haven't made -- put anything in -- on pen to paper yet.

MR. WILSON: So you have a venture with catalog?

MR. WASHINGTON: Yeah. And -- and some new releases in the pipeline.

MR. WILSON: Yeah. Let's definitely talk. I mean, I just -- I just did a -- thank you. Thanks. You know, I just did a substantial deal. So I'm -- I'm in a great position. That's why I got to ramp



up and I need -- I need help. So, you know, I -- like, I need help. Really, all kinds of help. But one of the things I need help with is someone who can help me bring the right people in to join a team, you know?

MR. WASHINGTON: Well, I'm great at connecting people and I'm great at great judging character and I'm -- I actually do, on the side, not even as a hustle, but as a hobby, I'm a headhunter. Like, I literally get people --

MR. WILSON: Right.

MR. WASHINGTON: -- interviews and leads all the time. Literally. I know when people are moving, when their contracts are up, when they're in the middle of negotiations, if they got fired, if they quit, you know? I -- I keep my ear to the street. I am, you know, the ultimate go-between.

MR. WILSON: No, no. I -- I liked our conversation. I wasn't even -- I didn't go into it thinking about any of that. I'm just like, I liked -- I -- I just liked the way your mind worked and the way you broke things down. And I caught that and then I said, "Let me -- let me -- " It just stuck with me. I even asked Stove if he was okay with it. He said, "Yeah. As long as we're out this

mess, or, you know?"

You know what I mean? Like, he -- he's cool with you too. He's cool with you. He just wants to --

MR. WASHINGTON: Yeah. Bro, I -- there's -- I don't have no problem with nobody except for EVEN, which is mad ironic. And I have every right to be, right? But this ain't about a revenge tour. It's about me seeing the silver lining in the fuckery, right?

MR. WILSON: Right. Exactly that way.

MR. WASHINGTON: It's always glass half full, and not glass half empty. They want to play around and gamble with me and, you know, my livelihood and my reputation knowing I'm the one who brought them a lot of -- most of their credibility, fine.

MR. WILSON: Exactly.

MR. WASHINGTON: Cool. Let's see what happens when the house of cards comes crashing down. But again --

MR. WILSON: Right. They don't know. They didn't --

MR. WASHINGTON: -- a lot -- but again, when you -- as far as you are concerned, it's very time sensitive. Like, I'm giving you real time update.



Like, I got another piece of something that can help cripple them. Like, a -- a real kidney shot. Like, boom, you going to fall to the ground and, like, the ref is going to get to nine before you even get a chance to get up.

MR. WILSON: All right. Let me -- let me call Hillel right now and call you back. The question is this right now, right? The question is, do we gamble on something we know nothing about and take you off the case or not, right? Or is there -- is there a scenario where you tell us what it is and give us a chance to decide whether it's worth it, right? Because I -- I have no personal reason to have you on this case.

It -- it's really -- I mean, it's not a personal vendetta against you, it's just -- it's just making sure we get all the information on the table. And -- and you're invaluable with that. So, you know --

MR. WASHINGTON: Well, I've --

MR. WILSON: -- and the judgment.

MR. WASHINGTON: As far as my extent in the actual capacity of the suit, I've already done my part, which is turning my -- my discovery.

MR. WILSON: Discovery.



MR. WASHINGTON: Right?

MR. WILSON: Yeah.

MR. WASHINGTON: After that --

MR. WILSON: Yeah.

MR. WASHINGTON: -- it's up to the judge to say if I stay in this or not. But if you come quicker and get me out of it quicker, it's way more upside to you because you have me as an ally to give you as much information even beyond the case, you know what I'm saying? And then, you know, we going to skip off into the sunset and get something else done.

MR. WILSON: Right.

MR. WASHINGTON: You know what I'm saying?

MR. WILSON: Let me call Hillel right now and call you back.

MR. WASHINGTON: Now to your other point, "Well, why can't we have that information now?" Bro, let -- let it this way. If -- if you were me, right? Like, it wouldn't make sense for me to give away my get out of jail free card.

MR. WILSON: I think you're good regardless. I don't think you are -- I don't think --

MR. WASHINGTON: But also --

MR. WILSON: I don't --

MR. WASHINGTON: -- from a legal standpoint,



bro, you're not going to get any money out of me. Even if -- even if you win. EVEN is the -- EVEN is the one who was going to pay the suit. So you know what I'm saying? Like --

MR. WILSON: Say that again? You're not going to get any money what?

MR. WASHINGTON: Like, meaning I don't have any money. Like, I don't -- I'm not a cash cow.

MR. WILSON: No, I'm not -- dude, I'm not -- I'm not -- listen, these guys have already shown that they'll throw you under a bus and they won't pay your legal fees. It -- it -- they're playing games with your status of your employment to try to -- to their advantage when it serves them. And the reality is, is that they're a company. Like you said, you're not the due diligence department, man. You're business development.

You --you -- they didn't -- they didn't meet the basic minimum standard of care when it came to that. Now, you started doing some stuff, I think, that served both parties, which I don't know where that goes, but I -- as long as you're still serving them, that's what matters. I mean, you're their consultant. If -- you became friendly with Cooks.

I -- my argument would be, "Great. Cooks --

Page 30

Cooks is willing to send that out, but you're still protecting the interests of your -- your client or the -- your employer or whatever it was at the time, because that cleans up any bad blood with all those customers." So it's -- it could be spun either way. It's up to the judge to try to isolate it or not. I don't think anyone's going to isolate that.

Your actions with that email shit extreme. It benefits -- you know, benefited EVEN. And whether you -- you know, whether you said it on anything or not, and that's got to be in the back of your head. You know what I mean? Or at least that's how a judge would look at it. But other than that, I'm not sure the case turns on that anyway, you know? I don't -- I -- I just, I didn't have clarity on that. And -- and when that email went out, did it go to just -- just the EVEN folks or all those other fans he's talking about?

MR. WASHINGTON: Just the fans that purchased it on EVEN.

MR. WILSON: Okay -- okay.

MR. WASHINGTON: Because --

MR. WILSON: So yeah, I mean --

MR. WASHINGTON: -- sending it out to anyone else would've been a -- a super serious violation.

Page 31

But this is just giving folks product that they paid for. But again --

MR. WILSON: So what that --

MR. WASHINGTON: -- the point -- the point in -- in the legal framing of it is that, I don't have the ability to pull the trigger because it's Stove's data in his -- essentially, what he said to me is his music and his collection of intellectual property. So it's him that, at the end of the day, made a decision to go through with sending out the email blast. I don't have the ability to do that without him.

And to the extent that I was like, "Hey, this is what you can do," you can't go to the mail -- you can't go to the post office and then sue the mailman for delivering some stuff you shouldn't have put in the mail service. It doesn't work like that. So the judge is either going to come back and say, "Well, okay, this is either separate -- "

MR. WILSON: The argument that would be made is -- the argument that would be made, whether you agree with it or not, is that you're still operating on behalf of EVEN, even though you're going back with Cooks -- back and forth with Cooks about this email thing. Because really, they -- they both

Page 32

wanted the same thing. Which is this stuff's coming down. Nobody wants mud on their face with hundreds of customers or whatever it was.

So whether he said it or not, you still work for them. So that's how -- that's the argument that would be made. It would be like, "It's impossible to know for sure, but we do know he was serving both people."

MR. WASHINGTON: But you're going to look at the discovery and that's going to kind of counter that. Like, the discovery is him progressing that. It's -- I didn't initiate that. That's what I'm saying. When you look at the discovery with Hillel --

MR. WILSON: Of course. But I mean, that's -- that's logical. He's going to want to protect his name, you know, with all those customers, right? But because you're involved with it, it -- it bring -- it drags along EVEN. I don't -- this doesn't hurt you. It actually helps you. It actually helps you because you doing it without EVEN. Now that's you acting in concert with him, knowing all this backstory and -- and working with him to send this stuff out.

But, you know, I think it helps you. It hurts

Page 33

EVEN, but it helps you. But it doesn't -- it -- it doesn't matter. It's what -- you know, that's -- everything's not going to turn on that. But I do think ultimately, it's going to hurt EVEN because you worked for even at the time.

Whether -- whether Cooks is saying it or not, it -- it is -- you know, the presumption is, is, like, it helps everybody to -- to give all these people who place orders something so that they'll hopefully not want refunds and talk trash all over the internet, you know? That -- that's going to be the presumptive goal there.

So, but I don't want to get stuck on that, because I'm not sure that the case is going to turn on that. I don't -- I don't think it's going to turn on that. I think it's going to turn on the lack of due diligence, the fact that Cooks himself did not upload this content. He's going to take away the safe harbor for them. And that whole checklist of stuff they wanted filled out also is going to take away safe harbor for them.

And -- and the fact that he wanted to run it up even after he got notified within safe harbor, he wanted to ignore that and run it up. Those three prongs to me are going to burn EVEN bad, you know?

MR. WASHINGTON: Well --
MR. WILSON: And -- and also, they start -- they're starting to look like liars big time, man.
MR. WASHINGTON: Well, like I said, this is not my fight at the end of the day.
MR. WILSON: Right. I agree. Let me call -- let me call Hillel and call you right back.
MR. WASHINGTON: All right.
MR. WILSON: But what I'm going to say to him is like, "He's got some time-sensitive news. My guess is there's some transaction going down and, you know, that's what he's offering and, you know, he wants to -- he wants -- in order to give us that information, he wants to be off the case now." So that's -- I can't even make that decision because, you know, it's more than just a kind of information.
It's civil procedure, I guess. Can we -- can we get information from -- man, I don't even know how this word. You're -- you're a party to the -- "Can we get information from a party in the case and turn around and -- and take it to the other party and leverage them?" I guess so. I mean, it's just -- it may -- it may be -- there may be something funky with that where they could -- you know, they can -- they could see what we're doing.


And I don't know if it's -- I don't know, man. I just -- I just got to go to Hillel with something technical like this. If -- if it wasn't in litigation, certainly, you could do this, you know? We got a judge involved here. And they already -- what'd they do? They silenced your testimony or something already? What'd they do?
MR. WASHINGTON: They -- they temporarily sealed my pleading.
MR. WILSON: Right. Which is crazy to me. I can't believe they won that.
MR. WASHINGTON: Because they made -- they got -- that made them look crazy to the judge. But also, not that I -- only did I make them look crazy to the judge, if people could just pull up the information like they can off of case search or whatever and whoever's doing due diligence is going to see this and say, "What the fuck?" Like -- like people that are in -- you know, they're trying to do transactions or partnerships with are going to see that and say, "What the fuck?"
MR. WILSON: Yeah. I mean, but why -- it's you -- you said it under oath. Why would she, like, not make it available? Wonder what basis.
MR. WASHINGTON: Right. Which is -- I'm going


to revisit that after, no matter how this shakes out to get that unsealed. But --
MR. WILSON: Yeah. That shit's crazy.
MR. WASHINGTON: But that -- but that was also -- but I also intentionally did that because I needed them to double down on whether I'm a full-time employee or not. And now that they've doubled down --
MR. WILSON: Right.
MR. WASHINGTON: -- saying that I'm a 'contractor consultant.' There's other things that are in play for that. So I'm going to just leave it at that.
MR. WILSON: Okay. Let me call Hillel and tell them the scenario and call you right back.
MR. WASHINGTON: Hit me.
MR. WILSON: Are you -- are you around?
MR. WASHINGTON: I'm around. It's raining over here in London right now.
MR. WILSON: Oh, you're in London now?
MR. WASHINGTON: Yeah.
MR. WILSON: Oh, I just -- that's -- okay. That's why I just flew back in. All right. So you're five hours, six hours ahead too.
MR. WASHINGTON: Five hours.


MR. WILSON: I need to keep that mind. All right. Yeah. Let me call him now and hit you back.
MR. WASHINGTON: All right. Go ahead.
MR. WILSON: All right.
MR. WASHINGTON: All right.
(END OF TRANSCRIPT.)

CERTIFICATE OF TRANSCRIBER

I, ESTHER SMITH, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding; that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; and that I am neither counsel for, related to, nor employed by any of the parties to the case and have no interest, financial or otherwise, in its outcome.

Esther Smith

________________________________

Esther Smith

DATE: February 23, 2026

### $

**$25** 6:17 7:4

### -

**--the** 16:25
**--you** 29:18

### 3

**3rd** 8:12

### 7

**7th** 8:12

### A

**ability** 15:7 31:6,11
**Absolutely** 24:13
**access** 6:17 13:14
**account** 5:4
**acquire** 24:10,12
**act** 17:7,11
**acting** 32:22
**actions** 30:8
**actual** 3:23 7:25 27:23
**add** 23:3
**addressed** 6:11
**admissible** 15:14,15
**advantage** 15:12 29:14
**advise** 8:15
**advising** 8:14
**affairs** 9:17
**agree** 16:11 31:22 34:6
**agreement** 12:16 21:8
**ahead** 36:24 37:3
**album** 8:1 10:24
**align** 14:7
**ally** 17:18,21,22 28:8
**amount** 6:16
**angles** 16:3,16
**anyone's** 30:7
**appetite** 24:12
**area** 8:7
**argument** 29:25 31:20, 21 32:5
**artists** 5:15
**aware** 18:18

### B

**Babygrande** 5:20,22 6:13 15:8
**Babygrande's** 23:15
**back** 3:1,4 5:13 24:4,8 27:7 28:15 30:11 31:18,23, 24 34:7 36:15,23 37:2
**backlog** 24:3
**backstory** 32:23
**bad** 6:23 7:6 30:4 33:25
**bargain** 19:20
**Based** 22:4,6
**basic** 29:19
**basically** 4:1,25 10:2
**basis** 35:24
**behalf** 31:23
**belongs** 5:17
**benefited** 30:9
**benefits** 30:9
**Bieber's** 9:4
**big** 16:25 23:15,17,19 34:3
**blast** 31:11
**blind** 15:8
**block** 7:2
**blood** 30:4
**blow** 22:20
**bonus** 6:18
**boom** 27:3
**bring** 16:16 25:4 32:18
**bringing** 24:15
**bro** 26:5 28:18 29:1
**broke** 25:22
**Brother** 21:5
**brought** 26:15
**build** 23:23
**building** 23:20
**burn** 33:25
**burned** 19:7
**bus** 29:11
**business** 4:13 23:2 29:17

### C

**call** 13:4 14:18 17:8 20:7 27:6,7 28:14,15 34:6,7 36:14,15 37:2
**capacity** 8:17 9:13 27:23
**card** 28:20
**cards** 26:19
**care** 29:19
**cares** 18:14
**case** 14:1,7,10,15 15:3,18 16:7 17:16 18:25 27:10,14 28:9 30:14 33:14 34:14,20 35:16
**cash** 29:8
**catalog** 24:4,8,19
**catch** 3:3
**caught** 25:22
**CEO** 5:14,25 20:24
**chance** 3:6 27:5,12
**chances** 18:21
**channels** 12:3
**character** 25:7
**charging** 12:4
**checklist** 33:20
**chess** 19:10,16 22:24
**Chuck** 7:20
**civil** 15:14 34:17
**clarity** 30:15
**classified** 22:2
**clause** 21:21
**clean** 6:1
**cleans** 30:4
**clearance** 11:22
**client** 30:2
**Clipse** 6:25
**clouds** 20:24
**collection** 31:8
**communication** 20:21
**communications** 18:20
**company** 10:3 29:15
**complete** 18:21
**completed** 11:21
**completely** 12:8
**concerned** 26:24
**concert** 32:22
**confidentiality** 21:16
**conflict** 11:18 12:1
**connecting** 25:6
**consult** 8:15
**consultant** 8:11 21:23 29:24 36:11
**contacts** 4:21
**content** 6:10 33:18
**continues** 16:18

**contractor** 22:2,10 36:11
**contracts** 25:14
**control** 6:22 10:5
**conundrum** 5:25
**conversation** 3:12 8:13 25:19
**cooked** 19:7,16
**Cooks** 29:24,25 30:1 31:24 33:6,17
**cool** 3:5 4:16 5:3 26:2,3, 18
**copies** 11:15
**copy** 7:25 10:24
**correct** 22:10
**counter** 32:10
**couple** 13:23
**cow** 29:8
**crashing** 26:19
**crazy** 6:19 35:10,13,14 36:3
**create** 7:6 24:15
**credibility** 26:16
**cripple** 27:2
**critical** 3:14
**cross** 18:3
**curtains** 20:9
**customers** 30:5 32:3, 17

**D**

**da** 5:6,7 7:15
**damage** 6:22 10:4
**data** 4:6,17 5:16,17,23 31:7
**day** 23:22 31:9 34:5
**days** 6:16 13:23
**deal** 5:21 11:25 12:1 24:24
**decide** 15:6 27:12
**decision** 31:10 34:15
**delivering** 31:16
**department** 29:16
**design** 23:18
**development** 29:17
**diligence** 29:16 33:17 35:17
**direct** 8:2 20:4,16
**directly** 4:7,9 7:13,19 8:14 10:23
**disagree** 16:11
**disclosing** 21:2,3
**discovery** 3:6 4:5 11:2, 3 12:10 21:25 27:24,25 32:10,11,13
**disparagement** 21:21
**disputed** 10:16
**DJ** 9:4,9
**dollars** 6:17 7:5
**double** 36:6
**double-cross** 16:5
**doubled** 36:7
**doubles** 11:4
**downside** 15:1,4,25 16:4,7
**drags** 32:19
**drift** 17:3
**DSPS** 11:15
**dude** 29:9
**due** 29:16 33:17 35:17
**duty** 21:9,18

**E**

**ear** 25:16
**effectively** 18:1
**elements** 22:7
**email** 3:13,20,22 4:20 5:8 8:2 9:21 30:8,16 31:11,25
**emails** 4:18 7:15,20,25
**employee** 21:23 22:3 36:7
**employees** 5:14
**employer** 30:3
**employment** 22:7 29:13
**empty** 26:13
**end** 4:5 17:1 31:9 34:5 37:6
**enemy** 16:13 18:3
**essentially** 31:7
**estate** 24:7
**evaluate** 15:25 18:12
**evaluating** 15:2
**EVEN's** 8:2 10:11
**everybody's** 6:20
**everything's** 33:3
**experience** 11:12,16
**extent** 5:18 6:21 7:18,22, 24 12:15 17:25 27:22 31:13
**extreme** 30:8

**F**

**face** 32:2
**fact** 22:3 33:17,22
**fall** 27:3
**fans** 4:7 7:3,13,16 10:25 30:17,19
**fault** 12:22
**feature** 6:25
**fees** 29:12
**felt** 18:4
**fiduciary** 21:9,18,20
**fight** 34:5
**figure** 8:6 15:24
**figured** 19:24
**figuring** 13:7
**files** 3:23
**filled** 33:20
**fine** 26:16
**finish** 20:22 22:23
**fired** 25:15
**flat** 11:5 12:8
**flew** 36:23
**folks** 30:17 31:1
**framing** 31:5
**free** 28:20
**freedoms** 22:9
**fried** 21:8
**friend** 16:13
**friendly** 29:24
**front** 19:20
**frontline** 24:3,8
**fuck** 22:1 35:18,21
**fuckery** 26:9
**full** 26:12
**full-** 36:6
**full-time** 8:11 22:3
**funky** 34:24

**G**

**gamble** 14:19 17:24 26:14 27:9
**game** 23:8
**games** 29:13
**gave** 3:9 7:5 10:12
**get all** 27:17
**give** 27:12 28:8,19 33:8 34:13
**giving** 9:24 14:5 26:25 31:1
**glass** 26:12,13
**go-between** 25:17

**goal** 33:12
**good** 6:12 7:2 23:6,8 28:21
**gray** 8:7
**great** 24:25 25:6,7 29:25
**ground** 27:3
**Group** 24:15
**guess** 3:9,24 8:23 16:7 34:11,17,22
**guys** 10:9 16:24 29:10

H

**half** 26:12,13
**handled** 21:11
**happen** 7:20 10:20
**happened** 6:5 7:4 9:21 10:18
**happening** 14:2 15:9
**harbor** 33:19,21,23
**head** 23:8 30:11
**headhunter** 25:9
**heading** 9:15
**hear** 13:7
**heard** 8:24 11:17
**Hell** 24:13
**helping** 10:2,3
**helps** 32:20,25 33:1,8
**hey** 14:21 19:13 31:13
**Hillel** 3:7 12:23,25 13:6, 18,19 20:19 22:13 27:7 28:14 32:13 34:7 35:2 36:14
**Hillel's** 14:18 21:24
**hire** 23:17,22,24
**hit** 16:20 36:16 37:2
**hobby** 25:9
**hold** 18:24 19:4
**hour** 13:17
**hours** 36:24,25
**house** 26:19
**hundred** 6:17 7:5 8:4 15:11 16:14,15 17:5,10,12 22:21
**hundreds** 32:2
**hurt** 32:20 33:4
**hurts** 16:21 32:25
**hustle** 25:9
**hypothetical** 16:24

I

**idea** 5:12
**ignore** 33:24
**immediately** 23:14
**impossible** 32:6
**incinerate** 18:20 19:5, 11,14,15,22,23
**included** 3:12
**including** 5:15
**information** 13:15,17, 25 14:5,9,15,24 15:2,11,16 16:3,6,11 17:8,22 18:19,22 19:1 20:8 22:20 27:17 28:9,17 34:14,16,18,20 35:16
**initiate** 32:12
**intellectual** 31:8
**intentionally** 36:5
**interests** 30:2
**internal** 20:21
**internally** 14:2 15:10
**internet** 33:11
**interviews** 25:12
**invaluable** 27:18
**involved** 32:18 35:5
**ironic** 26:7
**isolate** 30:6,7
**issue** 3:13 6:7
**issuing** 6:2

J

**jail** 28:20
**James** 8:21,25 9:3
**join** 25:4
**judge** 21:25 28:5 30:6,13 31:18 35:5,13,15
**judging** 25:7
**judgment** 27:21
**Justin** 9:4
**Justin's** 9:9

K

**keeping** 8:4 13:13 14:6
**kidney** 27:2
**kind** 3:14 9:13 10:8 11:20 15:22 21:8 32:10 34:16
**kinds** 25:2
**knew** 6:24
**knowing** 26:15 32:22

L

**labor** 22:7
**lack** 33:17
**leads** 25:12
**leave** 36:12
**leaving** 16:14
**legal** 15:20 28:25 29:12 31:5
**leverage** 13:9 16:12 19:5,6,19 22:24,25 34:22
**liar** 20:25
**liars** 34:3
**life** 23:1
**light** 15:13
**limited** 6:16
**lines** 18:3
**lining** 26:9
**list** 4:24
**listen** 14:5 29:10
**listening** 6:18 11:12,16 12:4
**literally** 4:5 13:13 20:21 25:10,13
**litigation** 21:2,3 35:4
**livelihood** 26:14
**lock** 17:2
**logical** 32:16
**London** 36:19,20
**long** 25:25 29:22
**lose** 13:9
**loss** 22:7
**lot** 9:17 16:3 20:2 23:11,12 26:16,23
**low** 23:19

M

**mad** 26:7
**made** 9:23 24:16 31:10, 20,21 32:6 35:12,13
**Mag** 5:24,25 7:9 20:24
**mail** 31:14,17
**Mailchimp** 4:22,23
**mailing** 4:24
**mailman** 31:15
**make** 5:1 6:9 14:3 16:1,9, 20,23 18:14 20:7 22:8 28:19 34:15 35:14,24
**making** 27:17
**man** 3:14 17:16 21:7 29:16 34:3,18 35:1
**man's** 4:3
**management** 4:10 8:25

**manager** 8:16
**market** 7:6
**massive** 23:12
**matter** 19:9 33:2 36:1
**matters** 29:23
**meaning** 29:7
**meet** 29:18
**mention** 13:21
**mentioned** 9:7
**merch** 6:10
**mess** 15:20 26:1
**messy** 6:24
**middle** 16:24 24:14 25:15
**mind** 10:7 11:25 25:21 37:1
**mine** 14:19
**minimum** 29:19
**momentum** 9:17
**money** 10:9,11,12,14 23:21 29:1,6,8
**move** 10:4 19:17
**moving** 25:14
**mud** 32:2
**muddy** 11:8
**mull** 22:14
**music** 6:15 7:12 10:12 11:5,14,24 12:13,14 23:16 24:15 31:8

## N

**NDA** 21:19
**needed** 36:6
**negotiations** 25:15
**news** 34:10
**non-** 21:20
**notified** 33:23

## O

**oath** 35:23
**obliged** 5:3
**October** 8:11
**offer** 14:4,23 18:5
**offering** 14:12,21 16:22 34:12
**office** 31:15
**open** 3:16
**operate** 5:6
**operating** 12:16 31:22
**operation** 23:16
**order** 34:13
**orders** 33:9

## P

**paid** 6:16 7:17 10:25 31:1
**paper** 24:17
**paperwork** 12:16
**part** 3:11 4:8 5:7 6:20 13:8 17:21,22,24 18:10 27:24
**parties** 6:14 10:4 29:21
**partnerships** 35:20
**party** 12:4 18:22 20:23 34:19,20,21
**password** 5:4
**past** 5:15
**pathological** 20:25
**pay** 6:2,7 29:3,12
**paying** 12:3
**pen** 24:17
**pending** 15:21
**people** 6:2,7,16 11:24 12:3,4 17:1,8 20:6 23:18, 22,24 25:4,7,10,13 32:8 33:9 35:15,19
**percent** 15:11 16:15 17:5,10,12 22:21
**perfectly** 15:20
**permanent** 17:17,18
**permission** 3:10
**personal** 27:13,16
**pertaining** 15:18
**phone** 7:11 13:24 20:7
**physical** 11:15
**piece** 22:24 27:1
**pipeline** 7:1 24:21
**place** 7:6 33:9
**play** 11:23 26:13 36:12
**playing** 29:12
**pleading** 35:9
**plethora** 16:2
**point** 8:8,10 9:13 18:12 28:16 31:4
**pop** 7:3
**position** 11:11 14:3 24:25
**positions** 23:23
**post** 31:15
**presumption** 33:7
**presumptive** 33:12
**pretty** 8:15
**problem** 26:6
**procedure** 15:14 34:17
**process** 11:22
**product** 31:1
**progressing** 32:11
**progression** 3:18
**prongs** 33:25
**proper** 5:19
**property** 31:9
**protect** 32:16
**protected** 21:7
**protecting** 10:9 30:2
**protects** 10:11
**pull** 5:5 31:6 35:15
**purchased** 30:19
**purchases** 10:16
**put** 24:16 31:16

## Q

**question** 17:7 27:7,8
**quicker** 16:20 28:6,7
**quit** 25:16

## R

**raining** 36:18
**raised** 3:13
**ramifications** 21:12
**ramp** 24:25
**ramping** 23:19
**read** 3:12 13:2
**ready** 5:5
**real** 14:6 24:7 26:25 27:2
**reality** 29:15
**realize** 20:4
**reason** 13:4 27:13
**rebuild** 23:13,14
**rebuilding** 23:12
**received** 10:10
**recent** 13:16
**records** 11:19 12:2
**ref** 27:4
**refund** 10:17
**refunded** 10:16
**refunds** 6:2,7 10:19 33:10
**regard** 11:18
**relationship** 9:15 20:5, 11

**relay** 7:13
**release** 5:21
**releases** 24:21
**releasing** 12:2
**relying** 11:9
**remember** 13:11 17:16
**repeats** 12:11
**representation** 9:1
**reputation** 26:15
**resume** 23:9
**revenge** 26:8
**review** 13:6
**revisit** 36:1
**riding** 5:1
**rights** 5:23 11:19 12:14
**rocking** 11:1
**run** 33:22,24

**S**

**safe** 33:19,21,23
**salary** 22:4,6
**scenario** 27:11 36:15
**schedule** 22:9
**sealed** 35:9
**search** 35:16
**send** 4:6,18 5:2 7:16 9:22 10:23 30:1 32:23
**sending** 7:12 10:24 30:24 31:10
**senior** 21:25
**sense** 16:9 28:19
**sensitive** 22:22 26:25
**sentiment** 20:24
**separate** 31:19
**separately** 9:20
**served** 10:4 29:21
**servers** 8:2
**serves** 29:14
**service** 7:20 31:17
**serving** 29:22 32:7
**settlement** 14:4 16:17
**shady** 6:14
**shakes** 36:1
**shit** 30:8
**shit's** 36:3
**Shopify** 4:18
**shot** 27:2
**show** 3:10 20:7
**shown** 29:10
**shows** 4:14 7:3
**side** 11:10 23:16 25:8
**signed** 21:8,19
**silenced** 35:6
**silver** 26:9
**sit** 3:11 13:12
**sitting** 23:22
**skip** 28:10
**slipped** 13:24
**sloppily** 21:12
**sold** 11:16
**sooner** 13:5,6 22:13
**sorting** 4:13
**speaking** 10:22
**specific** 14:1
**specifically** 5:14 15:19
**spend** 23:21
**spin** 7:2
**spoke** 4:1 5:24
**spot** 15:8
**spun** 30:5
**stain** 7:7
**stand** 24:5
**standard** 29:19
**standpoint** 10:5 28:25
**start** 4:12 34:2
**started** 29:20
**starting** 34:3
**States** 3:1
**status** 29:13
**stay** 28:6
**stop** 12:21
**stopping** 7:9,10,12
**story** 11:10
**Stove** 4:3 5:21 6:13,24 7:10,12,14,25 8:13 9:15,21 10:2,23 23:11 25:24
**Stove's** 5:12 6:8 7:14 10:7,11 31:6
**strategy** 9:18
**street** 25:17
**strong** 18:4
**stuck** 11:20 25:24 33:13
**stuff** 4:14 13:21 15:21 23:12 29:20 31:16 32:24 33:20
**stuff's** 32:1
**stupid** 23:21
**substantial** 24:24
**sue** 31:15
**suit** 27:23 29:3
**sunset** 28:11
**sunshine** 20:23
**super** 30:25
**supposed** 5:24
**system** 4:24,25

**T**

**table** 3:19 14:4 16:17 19:12 27:18
**talk** 4:16 20:19 22:13 23:7 24:22 33:10
**talked** 3:8
**talking** 8:13 12:7,10 13:10 24:2,15 30:18
**Tay** 8:18,20,21,24 9:3
**team** 4:9 23:21 25:5
**technical** 35:3
**telling** 4:6 15:2,7,25 19:18 22:15,21
**tells** 7:10
**temporarily** 35:8
**testimony** 35:6
**thing** 3:13,14,20,21 5:8 7:7 8:1 9:21 10:1 14:1 31:25 32:1
**things** 5:19 10:18 13:8, 11,14 14:2 15:9 23:6 25:3, 22 36:11
**thinking** 25:20
**thinks** 20:23
**thought** 6:4,5
**throw** 29:11
**till** 14:14
**time** 9:14 10:7 11:19 19:8 22:14,22 23:7 25:13 26:24, 25 30:3 33:5 34:3 36:7
**time-sensitive** 13:8 20:20 34:10
**today** 3:11 13:3,16 20:21
**told** 3:9 13:22
**tour** 26:8
**track** 6:18 13:14
**traction** 17:9
**traditional** 12:3
**transaction** 16:25 17:1, 9 18:21 19:5,11,14,15,22, 23 34:11
**transactions** 35:20
**TRANSCRIPT** 37:6
**trash** 33:10
**trial** 16:18

**trigger** 5:5 31:6
**triples** 11:4
**true** 5:18
**Trust** 18:23
**truth** 9:25
**turn** 33:3,14,16 34:21
**turning** 27:24
**turns** 30:14

U

**ultimate** 25:17
**ultimately** 33:4
**understand** 14:20 20:5
**uniquely** 15:8
**unreleased** 11:24
**unsealed** 36:2
**update** 26:25
**upload** 33:18
**upside** 28:7

V

**valuable** 14:24 15:6
**vary** 13:15
**vendetta** 27:16
**venture** 24:16,18
**violation** 30:25
**Volume** 24:7

W

**wanted** 4:9,18 9:22,24 32:1 33:20,22,24
**WASHINGTON** 3:1,5, 20,24 4:3 5:11 6:6 7:24 8:10,20,23 9:3,6,9,12,20 10:15,22 11:8,13 12:6,13, 21,24 13:1,4,19,22 14:11, 17,20,23 15:5,17 16:2,10 17:5,10,12,18 18:2,8,17,19 19:2,8,18,25 20:2,12,15,19 21:5,11,17,19,24 22:6,11, 13,18,21 23:15,25 24:2,7, 11,14,20 25:6,12 26:5,12, 18,23 27:20,22 28:1,3,5, 13,16,23,25 29:7 30:19,22, 24 31:4 32:9 34:1,4,8 35:8, 12,25 36:4,10,16,18,21,25 37:3,5
**what'd** 35:6,7
**whoever's** 35:17
**WILSON** 3:3,8,21 4:2 5:9 6:4 7:22 8:5,19,22 9:2, 5,7,11,19 10:1,21 11:6,11, 14 12:12,20,23,25 13:2,18, 20 14:9,13,18,22 15:1,13, 22 16:4,23 17:6,11,15,21 18:6,9,18,24 19:4,9,21 20:1,10,14,17 21:2,6,14, 18,22 22:4,8,12,16,19 23:5,17 24:1,6,9,13,18,22 25:11,18 26:11,17,21 27:6, 21,25 28:2,4,12,14,21,24 29:5,9 30:21,23 31:3,20 32:15 34:2,6,9 35:10,22 36:3,9,14,17,20,22 37:1,4
**win** 29:2
**won** 35:11
**word** 11:9 34:19
**work** 3:15 5:24 31:17 32:4
**worked** 25:21 33:5
**working** 4:11 8:8,17,20, 24 9:12 10:2 20:3 32:23
**worth** 27:12
**would've** 5:20 16:5 30:25
**Wow** 20:17
**writing** 21:13,15

Y

**year** 9:14
**yesterday** 3:9
**Yo** 4:4,10 5:3 9:16 10:23 11:4
**York** 22:7
**you-all** 6:1
**you?'** 7:5

# Audio Transcript

Case Number: 1:24-cv-6785-JGLC
Date:

In the matter of:

# Babygrande Global, Inc. v EVEN Labs, et al.

# Damien Chuck Wilson Hillel Parness.m4a

CERTIFIED COPY

Reported by:
Esther Smith

Steno
Agency, Inc.

1100 Glendon Avenue
Suite 1850
Los Angeles, CA 90024
concierge@steno.com
(888) 707-8366

SUPERIOR COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

Damien Chuck Wilson Hillel Parness (Attorney Ears & Eyes Only)

CASE NUMBER. 1:24-cv-6785-JGLC

BABYGRANDE GLOBAL, INC.,
Plaintiff,
vs.
EVEN LABS, et al.,
Defendants.
__________________________________/

Audio Labeled:
Audio Transcript of Job ID 2443602
Length: 02:29:09

Transcribed by:
(Esther Smith)

Page 2

APPEARANCE:

CHUCK WILSON
DAMIEN "DDOT" WASHINGTON
HILLEL PARNESS

Page 3

MR. WASHINGTON: Yeah. But once you get your settlement, you're good.
MR. WILSON: So are you.
MR. WASHINGTON: Maybe, maybe not. Maybe you elect to settle only with EVEN and not me.
MR. WILSON: Maybe I elect to what?
MR. WASHINGTON: Maybe you would elect to settle only with EVEN and not me. And still come after me. I don't know that.
MR. WILSON: No, man. That's not --
MR. WASHINGTON: You're saying no, but we're still talking about all the doctor strange --
MR. WILSON: Again, what am I trying to get out of you, man, at that point? They're the deep pockets.
MR. WASHINGTON: I understand that.
MR. WILSON: You are cooperating. You got to -- you got to look at the risk. It's not -- it's not a -- it's not a contractual thing. It's a risk assessment. Really, man, I get a settlement of them, "Hey, let's keep spending legal fees to get -- get money out of Damien." That's just -- and Damien helped us. It's just -- it -- you don't have that kind of money that I'm presuming the deep pocket of EVEN, a.

Page 4

And b, if it's like, "We're going to keep dealing with this crap to get -- get something out of you and you helped us," that just doesn't make sense, man. Doesn't make sense. This isn't -- this isn't, you know, the street where we're trying to, you know, stick a knife in someone. We're just trying to get -- these guys did something foul. I got four years with this kid, man. And -- and a fair amount of money spent and a lot of upside.
And they're putting out records without checking with anybody. It's just, like -- and they're -- you know, music is built -- tech companies all over the place. It's not right. They got to -- they owe me. They owe me, man. That's how I really look at it. I really look at it like that. I'm sure they got some other business because they did the business with -- with Stove. Something. May not be the biggest thing ever, but they got -- it helped their brand.
MR. WASHINGTON: Bro, Chance The Rapper just dropped on EVEN today.
MR. WILSON: Exactly. You made it cool, you know? I don't know how cool it was before Stove. I don't know.
MR. WASHINGTON: It was reasonably -- it was

Page 5

reasonably cool before Stove.
MR. WILSON: Somebody called me asking about it after that.
MR. WASHINGTON: Say it again?
MR. WILSON: Huh?
MR. WASHINGTON: You said somebody called you what?
MR. WILSON: Some of my artists called me about this after he dropped on there.
MR. WASHINGTON: I know. Some of them reached out to EVEN.
MR. WILSON: Exactly. But that's what -- that's the power of, you know, a tech company having a co-sign by a young hot artist.
MR. WASHINGTON: Well, objectively speaking, even was reasonably hot before Stove. Because they were bigger artists than him on the platform. But that was my doing.
MR. WILSON: And how old were they though?
MR. WASHINGTON: Definitely in the same age bracket and group for sure.
MR. WILSON: Okay. All right. Well, hey, I --
MR. WASHINGTON: This is me speaking to you matter of factually. If I was in front of you face, I'd tell you the same thing. Because I --

MR. WILSON: Fair enough.
MR. WASHINGTON: Because I can't tell you -- I can't tell you something that's not true because that will also be depreciating my work because I know who I brought to the platform. And Stove was one of those people.
MR. WILSON: Fair enough. Fair enough. I don't know all the data on who came and what, I just know they used my artist to build and they did -- they -- they didn't do proper due diligence as in just Googling. You know, you're asking an artist, did he have counsel? Did you -- did they do a deal with -- with an artist, and who didn't have counsel? We don't ever do a deal with an artist unless they have counsel.
MR. WASHINGTON: Well, these aren't deals per se. It's -- it's like -- and that's why I'm trying to get you to understand, you know, just in general, not even because of your case or anything. Just -- just so you understand in general. Because you're going to have to argue or, you know, your case, however you want to argue with regardless.
But the fact still remains, if an artist creates an account on TikTok and they get verified, it doesn't have to necessarily go through a label or



go through a -- or go through a -- an attorney. An artist can just say, "Hey, I'm the artist. This is me. Hey, I am -- I own this music. This is," and that can be it. And -- but from there, the artist is liable for whatever they do on the platform.
If -- if they're on TikTok and they upload something that the label says, "Hey, you don't have permission to upload this," the label then contacts the platform and asks for it to be removed. The label -- the -- the platform has no way of knowing what is whitelisted or allowed unless the label comes to them first, right?
So in the case of Stove, there are hundreds of thousands of artists that are on EVEN that don't have a label or say they don't have a label and they assume that liability once they create an account and deliver music, whether they upload it directly or they give it to someone at the company for them to upload it for them, it's the same thing.
MR. WILSON: It's -- it's really not under Safe Harbor now. Because if they're -- if -- if the company's uploading it, it's -- it falls outside of Safe Harbor now. Not a -- it's not an -- it's not an upload service that the artist is doing independent of the company.



MR. WASHINGTON: The -- but the artist is the one that originated providing the content. Like, the content doesn't exist without the artist making the handoff.
MR. WILSON: No, that part -- that part's fine. But once -- once -- he didn't upload it to your platform. That's the line. I -- we -- this is a side thing, but this is a -- this is a cornerstone of our case. He didn't upload that music to -- to EVEN. And that's the essence of --
MR. WASHINGTON: Like I said, I don't have a dog in that fight. What I'm telling you is that --
MR. WILSON: Right. You don't have -- I don't think you have a dog in it, period. But you have the ability to arm me with what I need to go force a settlement. If it settles, you win. If it's -- like, our interests are aligned there. That's the thing. You got to -- it -- it -- it's -- it's -- you're looking at it just straight contractually, but this is a risk assessment.
You have to ask yourself, "What is the likelihood of this happening?" And it's, like, zero, man. I get nothing out of that. I get nothing out of betraying you. What do I get out of betraying you? Think about that. What do I get out



of betraying you? You give me this information and I -- all I want to do is use it to settle the case. That's all I want to do. To squeeze them. I'm not -- I -- you know, what -- what is it? I get the information and --
MR. WASHINGTON: Yeah. But while you're squeezing them, I'm still stuck. That's -- that's not positive for me, really. Like, okay, you go start this settlement negotiation process, that could take another two, three months and I'm still wrapped up with these motherfuckers as opposed to being able to explore other options and move on with my career.
MR. WILSON: I mean --
MR. WASHINGTON: Do you understand from my -- my vantage point?
MR. WILSON: Not really. Because I don't think that they have three months to play with. I don't think that they have that kind of time. I mean, they got -- they -- if I present, they got to make this go away, man, from what you're telling me.
MR. WASHINGTON: A hundred percent.
MR. WILSON: Immediately.
MR. WASHINGTON: A hundred percent.
MR. WILSON: So it's not going to be three

months. They're going to -- they're going to be shaking in their boots, man. Remember, I can't go to the -- if I get this information from you, the last thing I want to do is go to the party. The third party, okay? That's going to blow up the deal. Incinerate, in your words.
MR. WASHINGTON: Right.
MR. WILSON: So I got to go to them.
MR. WASHINGTON: But the -- the leverage here for you and I -- because I know how feeble the company is internally and how much rides on them being able to get this deal across the line, you threatening to be like, "Yo, I'm going to go speak to such and such about this deal and let them know about our feud," and they're going to pull away from you.
MR. WILSON: And they're going to what?
MR. WASHINGTON: And they're going to pull away from your deal. Because I can -- because you would have -- you would be within your right to ask for -- what's it called? There's a -- there's a legal word for it. It's, like, when the courts put a stop on something.
MR. WILSON: No, no. This -- this plays out this way. If the -- if the information is that


good, right? I go to them and I say, "Hey listen, you know, it's come to our attention that this, this, and this is going down and, you know, we highly recommend we get a settlement or this is all -- it's going to -- it's going to be a lot of blowing up right now." You know? And they're going to -- they're going to go out, they're going to think about it and they're going to be squeezing --
MR. WASHINGTON: You could get -- you can -- you could file an injunction based on the fact that you are also in partnership with somebody they're trying to get in partnership with.
MR. WILSON: I can, but I have to see -- I mean, I could possibly, but I got to see the -- the playing field -- you know, the game board to even -- to confirm that. That's a -- there's a lot of about that -- that part I don't get. And I can't -- I need to see the game board to understand that. I just don't see how that happens. I don't see that -- just because I'm in business with someone and they're in business with EVEN, doesn't mean, you know, they're reaching their agreement with me directly.
MR. WASHINGTON: I happen to know that it definitely would put them in a position where they


would have to reevaluate, pause, and even very highly likely terminate the deal as it -- as it's being progressed right now, to the finish line.
MR. WILSON: Right. That's EVEN -- that's EVEN -- that's that forces EVEN to come settle it with me. So I don't want to go to them first. I don't want to go to the third party first. I want to go to EVEN and say, "Hey, this is what's going on, right? We don't like any of this stuff and, you know, we're going to keep it simple. Settle this or this is going to be, you know -- this is going to be on Music Business Weekly, Daily News, whatever -- what Billboard, everything, right? We're just going to blow this whole thing up because you guys aren't playing good -- good ball here."
MR. WASHINGTON: That's another -- that's a very -- I'll say to you that it's a very, very effective strategy to go that route as well.
MR. WILSON: That's a very what?
MR. WASHINGTON: That's a very effective strategy that you should also consider as well.
MR. WILSON: Yeah. Well, I'd love to do it. Because I don't really like that guy, Leichtman, because he said some stuff to me that's, like, borderline racist. I don't like him. And so, you


know, I -- I'd love to do that. But that's going to make them go back to their -- their conference room and talk about it and say, "Yo, man, we got to get this guy out of here."
You know what I mean? "Like, now it's about to blow up our whole lifeline with the -- lifeline with the X, Y, Z company. We got to get them out of here. We got to cut a deal with them." And that's when -- that's when we settled the thing. You're and -- and you -- you're the hero to us. We close that thing, we settle it, and -- and you're in the settlement paperwork.
And -- and you're talking about the downside of us excluding you from the settlement paperwork. Dude, come on, bro. That's just -- that's just stupid. Like --
MR. WASHINGTON: Stranger things have happened.
MR. WILSON: No, man. Come on, bro. Like, I'm not trying to chase you around on some settlement of the -- of when you were barely an employee or consultant. It's not your company, man. You don't have the deep pockets. You didn't even stand to directly benefit from this. What you told me is there was no upside in you doing this other than your -- you agreed upon compensation.

MR. WASHINGTON: Which I didn't -- I didn't even get. I didn't even get a dime from them -- all the money that's Stove and EVEN made.
MR. WILSON: Were you supposed to?
MR. WASHINGTON: Supposed to.
MR. WILSON: Yeah. So you got -- you're getting burned. I mean, you know? And there's other fish to fry. There's other things that we could do out here. Not to be sound like I'm, but I mean, I just don't see -- I don't see an -- I don't see -- the risk of us betraying you after getting a full-blown, lucrative settlement is zero, bro. Come on. That would -- it would take me having a personal vendetta against you, which I do not have.
And I've never had. It's -- it's EVEN. When I had the first conference call with them, it was bizarre. They were on a high horse about this. I'm like, "Dude, I've been developing this artist for three years. Hundreds of thousands of dollars spent and you're on a high horse and you took recordings that I paid for and put them out? How are you going to high horse with me? Did the artist have counsel? Are you doing some old school stuff? You know? You can't blame -- you can't blame Stove guy here, man. You know, he may have said this and that and had his



own interpretation. He's not a -- he's an artist. He -- you know, generally speaking, artists are -- you know, they're focused on their art. Can't rely on him to know all the angles to this and it's a check that he needs for 'listening experience.' Did you give him an opportunity to get counsel? Did you do due diligence about the rights, or did you just look the other way? Once you had a cease and desist, did you stop? No, you ran it up."
Like, dude, I just want -- I just want to be -- I just want to be compensated for something that really did sting us, man. And there's some good records on that thing. I'm sure you've heard.
MR. WASHINGTON: Absolutely.
MR. WILSON: Some fucking really good records. And they put them out now for the whole world to hear. I'm making decisions based on the strength of those records. I invested money in sample clearance. It's in the -- it's in the -- it's in the documents that I sent over for discovery. $20,000 just to hire the sample clearance company. I paid that, you know? So it's, like, I want -- I want to be -- I want to be compensated.
It's -- it's really on a fundamental level -- level. It really upsets me. But I'm not after you.



That's stupid. And I certainly -- certainly need you as an ally in this thing. I don't -- you just have -- it's one of those things where you just have to assess the risk, you know? You have to assess the risk.
But I think if I'm walking there with that kind of bombshell information, they're going to want to settle this quickly to make it go away. And I don't know who has the deep pockets or investors that will play ball, but if we come up with a number and then this new deal is going to help you pick up and pay it or something, then it could all be structured in a way where they can handle it or pay back whoever gives them the money to settle it or whatever it is, you know?
That's just the way -- that's just the way it goes, man. I mean, I can't -- I -- I don't -- there's no incentive for me to -- to jam you. It's just not there. It doesn't even help me with EVEN. EVEN doesn't have your back. If coming after you would force EVEN to do shit, that's different. But they don't care about you. They said -- they've shown that a hundred times. They don't care what happens to you. So you're not a point of leverage against them. You see what I'm saying?



MR. WASHINGTON: Well, I am in the -- in the equation that I am a co-defendant currently, the tables -- the -- the tables only effectively turn legally if I provide a sworn affidavit against them as a witness, to -- to your benefit.
MR. WILSON: But -- but we're talking about scenario where I settle with them and in this weird world, I don't include you in the settlement and I'm still coming after you. There's just no upside to that. EVEN is out of the picture. So I'm wasting time and money coming after you, a guy that actually gets the culture that's in my industry? That -- that doesn't have pockets that as deep as EVEN's? Like, that just doesn't make sense.
It doesn't make any sense, bro. You just -- I mean, I can tell you a million times, but if you do your own real true risk assessment, you're going to come up with a number that's less than one percent. It doesn't make any sense. And I'd have to be just an idiot. Really, the only time that that would happen is if I had a personal vendetta against you for some old shit, you know?
Where you stabbed me in the back 10 times and now this is 11th time and it's like, "No, I ain't going to let him go. No, I can't do it. This guy

stabbed me for 10 years." You -- you got probably some situations where somebody just repeatedly fucked you over. Everybody probably has a story in the industry.

MR. WASHINGTON: That is EVEN, for me. Literally.

MR. WILSON: That's what I'm saying. So you're not -- you -- this -- this is right. You're going into the extreme. Like, you're not -- you're not afraid to, like, leave stones unturned in terms of them stepping on shit. Like, that's a different vibe. I got to a -- I got a list of, like, three people out there like that. Where if they -- if it ever crossed my path again, I -- I just can't have mercy. I'd love to have mercy, but I can't. We're not talking about this situation man.

MR. WASHINGTON: A hundred percent. A hundred percent.

MR. WILSON: There's no upside to that. There's no upside. The time is not even worth it. I got a lot on my plate. Getting caught up in negativity to chase you is stupid. And I'm rebuilding my -- I'm ramping up my shit right now. Once -- so guy comes out, bro, I got a bunch of other artists I'm already working with and we're



signing shit. I need somebody to be out in the field. I need somebody to help me hire the right people right now, you know?

MR. WASHINGTON: Okay.

MR. WILSON: I need that.

MR. WASHINGTON: So, sidebar, what is this information worth to you?

MR. WILSON: I mean, like I said, if you want me to throw you some money to show you that I'm serious so that I pay you money and I use this shit and I -- and -- and I don't -- it's nonrefundable, I -- like, I could -- I could do that. But I don't know what it's worth because I haven't -- I don't know the information You could -- I just threw that out there to say, "Well -- "

At least -- you know, at least you could say, "Well, I gave it to them. They didn't really do nothing with it, but at least I hit them for -- for a little bit of, you know, a check." Like, something like that.

MR. WASHINGTON: Yeah. But -- like, yeah, it'd be cool to have a couple extra thousand in my pocket right now, but like --

MR. WILSON: I don't mind doing that as a show -- as a show of good faith, as long as it doesn't --



I'll ask Hillel, "Hey, is this going to hurt me with, like, a judge or something look, like, weird or something and -- and -- if it ever comes out?"

MR. WASHINGTON: But that's what I'm saying. That's why I'm trying to tell you if I'm out of it, whatever we do together after that is -- is fair game. You understand what I'm saying now?

MR. WILSON: Say it again? And whatever -- if -- if you're out of it? Yeah, I don't get it.

MR. WASHINGTON: If -- if I'm out of this, whatever we do together, whether it's me helping with Babygrande, me giving you information to help you settle, da, da, da, all that shit is fair game. Because at that point, EVEN -- EVEN doesn't have me between a rock and a hard place.

MR. WILSON: It's fair game how? I mean, like I said, I don't -- fair game for me?

MR. WASHINGTON: It's fair game in the sense that there's no legal process that involves me anymore that would stop me from doing whatever the fuck I want to do.

MR. WILSON: I agree based on -- but I don't have your contract. But if you're -- if you're reading your contracts properly, then you're right. If you breach some -- some confidentiality or



fiduciary, that could expose you to liability to them.

MR. WASHINGTON: I don't have any of that.

MR. WILSON: Okay. I'm just letting you know, man.

MR. WASHINGTON: And it's -- so that's what I'm saying to your point earlier, you're like, "Well they didn't protect you here and here," but they -- what -- what happened was, they realized how much risk they do have with me, that's why I'm still on payroll.

MR. WILSON: Hold on one sec, Damien. Hey, Jeff. I'm on -- I'm just finishing up an important call now and I'm coming back, okay? Just got on the call. I have to -- I have to finish this. I'll hit you back. Okay.

MR. WASHINGTON: Well, your line is blowing up, so.

MR. WILSON: That's my son, man. I said love. But yeah, we -- we -- listen, take your time. Do the risk assessment, but I think that's the play, man. Especially if it's this time-sensitive. Arm me with I -- what I need to go force for settlement and -- and put this whole thing behind us.

MR. WASHINGTON: Well, I'm there now. What I'm

saying is, in addition to arming you, what are you -- like, what's it worth to you? The information.
MR. WILSON: It's not how much what it's worth. I just don't mind sending you a good faith payment to show -- to -- to -- you know, nonrefundable payment just so that you can see that I'm serious about this, I guess.
MR. WASHINGTON: Okay.
MR. WILSON: You know?
MR. WASHINGTON: That's fine.
MR. WILSON: That's not -- I'm not trying to value the information because I can't value something I don't -- I haven't seen.
MR. WASHINGTON: Okay. So --
MR. WILSON: This much payment says, "Hey, this guy is -- is -- if he -- you know, if he goes left," which I'm not, we just went through that, "well, at least he lost that money." You know what I mean? Or, "At least I got this money." It's, like, it's that kind of thing.
MR. WASHINGTON: Right. So let's do this.
MR. WILSON: To make sure I'm not -- I'm not -- if someone were to learn that, it doesn't undermine me somehow. Otherwise, I'm totally down with it.
MR. WASHINGTON: Okay. So call him.


MR. WILSON: You know what I mean? Like, it's like a witness that -- it's like a witness that's paid.
MR. WASHINGTON: Exactly. And that -- and that's why I was like, just --
MR. WILSON: -- the future because I gave you some money in the process of this whole thing. Now your -- now your testimony is garbage because they think everything's paid for.
MR. WASHINGTON: And -- and that's why I was saying if he -- if just on the basis of the -- the chicken coming before the egg, which is, "Hey, he agreed to give us one affidavit," and I immediately give it to you in exchange for settlement letting me out, good faith payment for the additional information is completely separate. You understand what I'm saying?
MR. WILSON: No.
MR. WASHINGTON: Okay. You just said the scenario if the good faith payment comes through and then now you try to call him as a witness and it's by whatever miraculous miracle phenomenon somebody's finds out somehow and says, "Well, Chuck paid him to say that." They can't prove it. It's hearsay. But they -- they alleged it anyway, right? That -- that


could maybe hinder the case. You have to understand my bottom line here.
I want EVEN to suffer. Like, we are -- we are very much aligned in that. However they suffer, they're going to suffer. Whether it's they got to settle or, you know, me coming over and giving a -- whatever it is, I'm willing to go to distance to -- to pretty much punch Mag in his kidney and watch him fall on the ground and possibly bleed out.
MR. WILSON: I think just give you information, man. Let me try to -- let me use it to try to force a settlement. I mean, I -- if you want -- if you want my personal word that I'll take care of you after this is over in some way, shape, or form, I'm willing to do that, man, you know? There's a reason why Cooks has been me for four or five years. It's because I keep my word every step.
If you -- whatever you're reading out there and Reddit and all kind of BS, like, none of that going on, bro. This guy by my side hundred percent. Just if you put -- start putting bags in front of rapper faces, they going figure out a way to take that bag and deal with it later. I think that's just in general, it's not even about the settlement. I would say every rapper would do that. Almost 90


percent of them.
Because they not -- they have no lawyer. They're just like, "Okay, wait. You just want people to be able to listen to it? Okay. Cool." You know? "Yeah, no. You guys putting it on Spotify?" "No." "Okay. Well, you can't tell me -- you can't tell me that -- who can hear my music. So let's go. Let's go ahead and connect it." I mean, you know? So I -- I'm not even -- I wasn't even mad at him.
I mean, once he explained his position. I said, "Look, I know it's tough when you got a bag in your face. Tell me what was on your mind, man. We've been going through hell trying to do all this. It was a listening experience. They -- they going to charge people to hear the music. They can't download it." "I mean, yeah, I'll share it with people. A select group of people that want to pay to hear it. Why not?"
MR. WASHINGTON: All right.
MR. WILSON: You know?
MR. WASHINGTON: So you talk to Hillel and figure out what the risk is for you, and then we'll go from there.
MR. WILSON: Do what?

MR. WASHINGTON: You talk to Hillel and figure out what your risk assessment is on your end, and we go from there.

MR. WILSON: My risk assessment?

MR. WASHINGTON: Yeah.

MR. WILSON: I don't think it's good for me to be moving money to you, now I think about it, man. It's going to undermine any -- all your stuff will be undermined. Permanently. He's on the tape. And, you know, and I -- I can't lie under oath if I'm -- if they -- if they all of a sudden want, you know, to ask me that shit. And they can find bank -- you know what I mean? That's just not good.

MR. WASHINGTON: So ask them what the risk assessment is on figuring out another settlement for me to get out of here.

MR. WILSON: He -- he's already told me that. He said you can't -- that you got two problems. One is, you don't know the information, right? So that puts you in a severely disadvantaged position. And then -- and then acting on it once you see it, might be a problem if it's -- if it's trampling on certain rights. That's his -- that's exactly what he said. Those are the two things. You don't know the value till you see it.



And then once you see it, you -- you may be precluded from doing certain things with it because it's just -- it gets funky. It's -- it's their deal. And you're telling me that there's something that loops me in the deal which I can't -- I can't imagine that scenario. I can't figure it out, man. I don't know what that scenario is where I have a vested interest in their deal. You talking about a common distributor?

Like, I mean, I -- I don't know that that -- even that works. Like, distributors have hundreds and thousands of labels. Like, what does that do? Okay. If it's the same distributor, I'm suing them, so that distributor doesn't owe me a duty because I'm suing a label that they signed. That doesn't -- that doesn't -- they don't have a duty to me there. Now, if they're signing them, that's one thing.

If they're acquiring them, that's a whole nother thing. Now they're -- they might be assuming the assets and liabilities of that company. That could be a problem. If anybody's buying them and they're assuming all the liabilities and they weren't disclosed, but all they're going to do is go right back after EVEN and the shareholders after they cut a check. Or hold up their money going



forward.

Or do -- or -- or -- you know, or don't do the deal at all. So I'm trying to figure out. I don't really know that I have standing to -- you know, to threaten to blow up their deal. I -- I don't know this, you know? I have standing to make it very public that I'm suing them, which I haven't done yet.

MR. WASHINGTON: I would definitely threaten that.

MR. WILSON: Huh?

MR. WASHINGTON: I would definitely threaten that.

MR. WILSON: Yeah. No, I -- and that'll be probably -- it'll be the whole -- the whole kitten kaboo, man. It's just, like, I just don't know what they're -- what they're doing right now. It sounds like they're in the middle of some type of distribution transaction or -- or the other transaction, which is -- or selling assets or a portion of their assets.

The asset one is way more serious. That's way more serious. That's fraudulent transfer man. Failure to disclose, you know, that you -- that you have litigation that could affect the value of your



assets. That enough for someone to terminate a deal even after it's signed.

MR. WASHINGTON: You see where I'm going?

MR. WILSON: I kind of, but I don't know for sure because you won't tell me. I don't know for sure.

MR. WASHINGTON: So like I said, I need something to give up this information because it's golden information. Even just having it, is golden for you.

MR. WILSON: Trust me, man. You got to follow your instincts. Business instincts. It's not -- we're not -- this isn't a fair-weather thing where we could just -- we could just cut deals. I'll do it all day long, but this is a -- this is not fair weather, man. We got to -- we got to -- we got -- we got hurricanes in the middle of this thing. I -- I mean, I'd love to take it. I just want to force a settlement, man.

I just want to force a settlement. Get this out of my hair, get the upside, whatever it is, cover the legal fees. I can keep paying these legal fees. It sucks, but I can -- I can try -- I can handle it. I can handle it, you know? But I just don't think -- I think these guys are very sloppy

Page 30

and they're going to pay the price. I mean, I don't -- as a record label, we don't do that. We don't put out records without the due diligence. Come on, man.

You can't have your cake and eat it too. You can't say you're an uploading -- you're an uploading company like a YouTube, but then you're -- you're uploading it for the person, you know? And then you can't say you're uploading it like YouTube, but you're -- you know, you -- you have no mechanisms for doing any due diligence. You're relying on Safe Harbor, but you -- it's not Safe Harbor because It's really -- you are uploading information for them.

You're -- you're participating with them. That's not what Safe Harbor's for. Safe Harbor's for when you don't know who's uploading what through your company. You don't have a clue what's being uploaded. It's just people all the world pay a fee and they put it up. Safe Harbor says, "Oh, you found out there's a violation? You can take it down." But you put this up. EVEN put this up. Now you're going to claim Safe Harbor?

MR. WASHINGTON: It ain't my fight. But it's -- it's not -- it's not -- it's not that black and white. That -- and that's going to -- that's why

Page 31

this is going to drag out for some time. I can see that much.

MR. WILSON: It is going to be. It's going to -- it's going to drag out because of those -- those points could be -- they might have to be argued in court. It might. But see, l had the opposite reaction with the checklist box thing you said. There -- there's some paperwork where he had, like, a questionnaire or whatever? He had the opposite reaction, which is that just proves this is way beyond just some YouTube shit, you know? I think it's going to hurt him that he didn't have counsel.

MR. WASHINGTON: You know, but counsel is not required to create an Instagram account or a TikTok account either. So it gives you the same terms of service. If you create an account, you are liable for what goes on your account. The same way when somebody uploads something to their Instagram story and you send a cease and deist, Instagram has the burden of having to notify the person with the account, "Hey, this is being disputed and we're disabling it. If this is in fact yours, then you have to send back a statement saying this is yours and why."

Stove did that. So that's why it's -- it's

Page 32

going to be -- you know, there's no way getting around him doubling down on multiple instances that, "This is my music and it -- I don't want it to come down."

MR. WILSON: Yeah. But it's -- it's my music in a listen experience, you know? It's a lot of gray area stuff in the air. It's going to be expensive. You -- you have a way to --

MR. WASHINGTON: My point -- this is not going away anytime soon is my point.

MR. WILSON: It is, if you have information that'll force them to make it -- make them have to make it go away.

MR. WASHINGTON: I know that. So -- so -- but you have to make me go away too. That's what I'm trying to tell you bro.

MR. WILSON: Arm me with the information to make this go away. Arm me with that. I don't know -- I mean, I'd love to get it out of way. I'd love to -- I love to hit them with this upside their head. "Hey, man."

MR. WASHINGTON: So what's the downside to me being out of here on -- in five business days and you still go get them on -- on the settlement? Because at the end of the day, they've all --

Page 33

MR. WILSON: I don't know what it is. I don't know what you're offering. That's too much. I don't know what you're offering.

MR. WASHINGTON: How's that too much? The -- the equation doesn't change for you because either way, EVEN has to pay you. I don't have to pay you.

MR. WILSON: They may not -- they may not have to pay me. You saying --

MR. WASHINGTON: If you go to court -- if you go to court and it could go either way for you, right? We both agree with that. It could go either way.

MR. WILSON: It could, yeah.

MR. WASHINGTON: It could go either way. It is not a hundred percent sealed on either side. That much, I can see, right?

MR. WILSON: Right.

MR. WASHINGTON: And to the extent that you win and EVEN has to pay you, I'm not responsible for the payment. EVEN is.

MR. WILSON: Right.

MR. WASHINGTON: Right? Now, the other part to this is, I am visibly -- visibly not fucking with EVEN. So me sitting here in a case that I don't have a dog in the fight in and I have to continue to

fight and waste my time with and still be tethered to this company, that for all intents and purposes it's tainted.

Like, bro, like, I got advised like, "Yo, you can't go anywhere until this shit is -- till -- till you're cleared. Either by the judge or by, you know, the other side saying â€“ "

MR. WILSON: What you're saying is right, bro, but you -- just in your own words, you're giving me something that's going to force them to settle. That's the whole point. If it's strong enough what you're saying it is, it's going to force them to move because they're going to lose this deal if they don't. That's a win for everybody. At least me and you. It's a win.

MR. WASHINGTON: The win for me is being dismissed from the case. That is the win for me.

MR. WILSON: Right. But that's going to happen. If the case is settling, bro, well, you -- you can't be worried that we're going to leave you out of the settlement, man. There's no motivation to do that. That's just stupid. I'm not the type of person, a. But b, why? Even if I was on some transactional bullshit, what -- what do I get from doing that? More headaches. More legal fees.



Hurting someone that wasn't even part of the company. That just doesn't add up. It doesn't make -- it doesn't add up. It doesn't add up, man. It's a waste of my fucking time. And you helped me. It doesn't add up. Why would I want to waste time coming after you when you helped me settle the case? That's just dumb. It's dumb, it's not righteous, it's just every -- it's an --

MR. WASHINGTON: I -- I hear -- I hear what you're saying, but for me it's, like, I don't have a front end and I don't have any assurances.

MR. WILSON: You don't, but you have a -- you have a -- an alignment of interest and something powerful that will most -- in -- in 99 percent of the time is going to play out in your favor based on what you're telling me. See what I'm saying? Like, you don't have insurances. Neither do I really, but you -- from what you're telling me, the information is going to -- you know, it's -- it's that Machiavelli's.

It's just going to -- it's going to play out that way if it's that good. If they got a deal that's going to bring them a check and they're working on it for a year and losing it is going to set them way back, it's in their best interest to



settle this and make it go away. Unless there's something about it that's weaker than you're conveying to me.

MR. WASHINGTON: No, it's not weaker, it's just time-sensitive.

MR. WILSON: That's stronger. That's stronger.

MR. WASHINGTON: So the --

MR. WILSON: We got to take you off the case, we got to do all these emotions. That's going to be a whole hassle too. I -- I even if we did do it, that's going to take time and probably blow the time sensitivity.

MR. WASHINGTON: It is not going to take that much time for us to put together a settlement agreement and give it to the judge and the judge says, "Okay. Boom. Stamped." It's not going to take that long.

MR. WILSON: I -- I -- listen, I -- I it's a hassle, man. I don't -- I mean, Hillel's not into it because we don't know what we're bargaining for. He said it's usually the other way around. Someone presents some information and says, "Will you take me off the case?" Well, what is it? Because we have no interest in coming after you. You're not the one, bro.



MR. WASHINGTON: Okay. So then if -- if we're moving in good faith, right? Do this then.

MR. WILSON: Yes.

MR. WASHINGTON: Get Hillel on the three-way call and I'll give you the information.

MR. WILSON: I'll see if I can reach him right now. Hold on. Hey, you guys there?

MR. WASHINGTON: Hillel?

MR. WILSON: Hey. Damien, hello?

MR. WASHINGTON: Yeah, I'm here.

MR. WILSON: Is Hillel on?

MR. WASHINGTON: Yeah, Hillel's here.

MR. WILSON: Okay. So we're at a point where I'm -- I'm basically asking Damien to give us the information because our interests are aligned. Meaning, if this is -- if this information is strong enough, you know, we can take it to the opposing counsel and force a settlement. And there's no downside for Damien except us settling with these guys, forcing a settlement, and then leaving him out of the settlement.

And I'm -- I'm saying that's just -- there's no upside for us to do that, you know? I mean, we're not trying to settle with them and keep chasing Damien around for anything. It's just -- it just --

Page 38

and he -- Damien helped us. Doesn't make any sense. All right. The deep pocket -- the deep pockets are with EVEN, we're trying to force them to settle, and Damien -- and Damien is -- is -- his only risk is that we only settle with EVEN.

Which I'm not trying just spend my time, you know, hurting a person that helped us and accruing more legal fees and chasing him for what? Doesn't make any sense to me. So I just -- I think he sees that. He just wants to hear from you that, you know, if he gives us this information that -- and it results in a settlement, basically, in good faith, we're going to take care of him and get him off -- get him off the case simultaneously, which is usually the case.

MR. PARNESS: Yeah. I would think so. I would think so, yes.

MR. WILSON: There's no reason to keep chasing Damien if we've settled with EVEN.

MR. PARNESS: Yeah, no. You're -- you're decider here, right? I mean -- by the way, is Damien on, or you said Damien --

MR. WILSON: Yeah, he's on.

MR. WASHINGTON: Yeah, I'm here. I'm listening, Hillel. I'm here.

Page 39

MR. PARNESS: Yeah, man. How are you?

MR. WASHINGTON: I'm all right. Enjoying London's foggy weather right now.

MR. PARNESS: Got it. Yeah, no. So -- so look, Chuck -- Chuck is -- Chuck's the client. Chuck's the decider here. So what he says, goes. But certainly, I -- I would agree with that as a -- as a logical thing, right? But if we're letting EVEN out of the case, we would be letting everyone out of the case. We -- we wouldn't want to settle just with one of you anyway, right?

Now -- and in fact, you know, they -- they -- the other side -- you know, EVEN sent across pretty low-ball settlement offer as you know, but it was on behalf of both -- it was on behalf of both of you, right?

MR. WILSON: Right.

MR. PARNESS: So that's consistent -- so that's consistent. That's certainly consistent and that's certainly what I think -- you know, what I would advise and what I think Chuck is saying he could do. If that makes sense to you.

MR. WILSON: Hello?

MR. WASHINGTON: Yeah. I'm here. I'm here. I'm listening.

Page 40

MR. PARNESS: All right. So that's -- I think it's your turn.

MR. WILSON: Well, let me say this. If -- if he -- if this information is strong enough and could potentially, you know, fracture their plans to go do something else, right? Not as so much as a threat, it's just -- you know, we just tell them like, "Hey, we've got this, this, and this, and we just think it'd be better to get this off a table."

And -- and now they go meet and they're like, "Hey, man, this was a headache. It's going to mess up our plans and let's just get this guy out of the way," and then, you know, that's a win for everybody. Like, you know? It's -- it -- it just forces a settlement. And I don't know all the particulars, but Damien's alluding to the fact that I have -- that somehow, I have a connection to this third party that they're doing business with. So, you know? I mean, that -- that's even -- that -- that could create -- create an even stronger position.

MR. PARNESS: Right -- right. No, so -- and let me be clear, Damien. You know, we are -- first of all -- first of all, you -- you know, you reached out to us on this, and -- and we appreciate that.

Page 41

But the last thing we want is -- is for anyone to paint it as us, you know, trying to chase insider information.

MR. WILSON: No.

MR. PARNESS: Which is not -- which is not my understanding of schedule, right? And so that's the first part. The other part of is, I want to make sure being -- that you're not putting yourself in jeopardy by giving us information that -- you know, that you shouldn't be giving us. And I -- and I don't know if you know.

I -- I don't have a frame of reference to know -- to -- I'm not your lawyer and I don't have frame of reference to advise you, but, you know, what I can tell you is that if you got the information under any kind of confidentiality or, you know, through your inside track at EVEN, you got to be very careful, right? So I'm just advising you for -- you know, for your own protection.

MR. WASHINGTON: Well, you have copies of my agreements in discovery that I've already presented to you.

MR. PARNESS: Yeah. I have that.

MR. WASHINGTON: I don't have any non-disclosures and I don't have any non-disparaging. I

Page 42

don't have any fiduciary. I don't have any of that stuff.

MR. PARNESS: Yeah, no. The issue is, you got to take your own counsel on this, you know? That's -- because I -- I also wouldn't want to -- you put yourself in jeopardy with EVEN by -- by talking to us. I'm not even sure this is something that would reach --

MR. WILSON: It's not that it -- if it goes well, it wouldn't even reach the courts.

MR. PARNESS: Yeah. No, for sure. For sure it wouldn't reach the courts. You know, I'm just -- again, you know, Damien, I just felt like I had an obligation to make sure you're thinking that through from your own perspective, that's all. But look, if you want to share the information, that's fine. You know, I think we've given you the most comfort we can give you at this point. So it's really on -- you know, it's really up to you how you want to proceed.

MR. WASHINGTON: Yeah. Well, it doesn't really -- it is not comforting to give up a -- a lottery ticket or, you know, winning lottery ticket or -- or the chocolate factory golden ticket. And --

MR. PARNESS: Yeah.

Page 43

MR. WASHINGTON: -- then I'm still left outside of the gates.

MR. PARNESS: Right. And I think what Chuck is saying to you is that if it -- if it really -- you know, we can't tell if it's a golden ticket where we're sitting, right? Because we don't know anything about it. But if it turns out to be the golden ticket, if -- if you're right, it will end the case and you'll be out, right?

MR. WILSON: And we will do it fast because it's time sensitive by nature according to you. Waiting on it, we lose the golden ticket. So we got to move -- if you tell us today, it's -- it's got to be addressed, you know?

MR. WASHINGTON: So -- so -- but -- but then the other thing about it is, and -- and this being what I would want to -- causes a settlement. What's to stop you from going to EVEN and saying, "We got this information from DDOT"?

MR. WILSON: Well, look at -- look at what happens then, right? Now we've -- we have a productive relationship with their current and -- or former employee. We've ruined that, right? We've ruined that. And -- and again, there's no incentive to do that because it -- this isn't relevant in our

Page 44

case. So we can't bring this -- making this as a part of the trial where we'd have to reveal our source, is -- is out of the question.

It's based on what you told me about the scenario. It has nothing to do with our case. So it's not even -- it's not even evidence or anything that we would want to introduce into the case, which would make us have to reveal our source.

MR. PARNESS: And -- and Damien, if what -- if what you're saying is what's to stop us from having you in the back and just telling EVEN try to get in good favor. In good favor with -- with EVEN, I mean, I think the best we could do is -- Chuck -- Chuck can tell you he won't do that, right? That he -- he wouldn't do it.

MR. WILSON: Or just you could do that and then you could look at the -- the alignments of interest. Like, what -- and motivation. What motivation is for me -- is there for me to burn my relationship with you? Burn our relationship with you? What is the upside in that? If this information you give me doesn't go anywhere, I still need a relationship with you, right?

MR. WASHINGTON: Do you? I don't know. Do you?

Page 45

MR. WILSON: Absolutely. You're the -- you're the weakest part of their case. There are other weaknesses, but I mean, the way they've handled you, all the stuff you've revealed, like, that's the weakest part of their case. It look crazy. And we haven't hit depositions yet. We haven't hit, you know? Even if you're removed from the case, you still may be called as a witness.

MR. PARNESS: I mean, let -- let me ask you a different way, Damien. I mean, what -- what do you -- I hadn't thought about that angle, so I want hear it from you. What -- what do you think Chuck would get out of -- not EVEN. How would it help Chuck?

MR. WASHINGTON: Because Chuck -- because Chuck forces a settlement out of them and also takes the -- EVEN all -- completely out the -- out the chess board. So me and EVEN are fighting each other, and he gets his settlement and he walks away.

MR. PARNESS: By -- by what? By telling that you were the source?

MR. WASHINGTON: Why not?

MR. WILSON: Because it's not necessary. The source is irrelevant. I'm going to blow -- I could potentially blow up your deal over here. Don't worry about how I know about it. It could be -- and

Page 46

-- and that -- they're not going to assume it's you, man, if -- if it's a party that I know, you know? That's the beautiful thing here. That information could have come from anywhere. Someone involved with the transaction, that you say I know the people. You say I know the people.

MR. PARNESS: You know --

MR. WASHINGTON: Not only do you know the people, you -- you -- you've -- you've done business with these people, so.

MR. WILSON: Exactly. So that takes off, "Well, had to have been Damien." "No, didn't have to be Damien. It's from an anonymous person gave me a tip on that -- from that company, possibly." I mean, dude, you just have to look at it from a risk assessment. Am I -- what incentive do I have to screw you over? You're cooperating with us.

MR. WASHINGTON: So, Hillel, what is -- what is the downside to letting me out of this with a settlement of my own and having me as a witness and on a sworn affidavit? What is the downside to having that, plus what I'm giving you? I feel like I'm giving up -- giving the cow -- you know, giving the whole store away for nothing at this point.

MR. PARNESS: Well, I'll -- I'll answer from a

Page 47

-- from a legal perspective. I mean, as a party to the lawsuit, you're already under obligation. You're already under an obligation to share your information. You're under an obligation to sit for a deposition. You're under an obligation to tell the truth anyway, right?

So, you know, I -- I think -- and -- and so far, you've been -- you know, I think we've been pretty cooperative with each other. We're not trying to -- to, you know, make life more uncomfortable than it needs to be for each other. But that's -- that's already the standard, right? So I -- you know, I think what Chuck -- I think what Chuck's getting at is that certainly, sight unseen, right?

Not knowing what this information is, he doesn't feel comfortable, you know, exchanging that for -- you know, in advance for letting you out the case.

MR. WASHINGTON: But in the same, Chuck has already said that it's a waste of his time to pursuing me and keeping me in the case anyway.

MR. PARNESS: I --

MR. WILSON: No. That's if we have a safety force of settlement with EVEN, it doesn't make sense

Page 48

for me to chase you around after we settle with EVEN it's done. That's a -- that's -- like I told you, the only scenario that would make sense is if we had a long -- career-long history of you stabbing me in the back 20 times. And I just like, "I got to -- this is personal." It is not. It's not that scenario, you know?

It's not. It's no other -- look, they're the deep pockets. They're going to cut a big check to make this go away, you know? And that's -- that's what I'm -- that's what I'm after because I feel like I've been wronged. I'm not -- I'm not ambulance-chasing here. They -- I feel like I was wronged in what they did. That's my opinion. People can disagree with it. Whatever, whatever, whatever.

Blame Cooks, whatever, whatever, whatever. That's what I'm forcing right now. You got to remember, this is a $16 million lawsuit too, man, you know? This is not -- you know, if they got big deals in play, this is not a -- this is -- this is something they should definitely be disclosing. Are you guys there? Just making sure. It's very quiet.

MR. WASHINGTON: I'm listening. Listening -- listening.

Page 49

MR. WILSON: Okay -- okay. Yeah. $16 million lawsuit, man. They got to -- they should be disclosing this shit to anybody they're doing business with. They could -- they could face liability in the chain, you know? And that sounds like you have that kind of scenario where it's just -- it's just, you know, "A birdie told me this and I -- you know, I decided to give you guys a -- a -- you know, decided to give you guys a -- " I forgot. I'm -- I'm sorry. I'm getting a little fried. I forgot --

MR. WASHINGTON: An olive branch.

MR. WILSON: An olive branch to make this go away before it just blows up the whole -- the whole universe on -- on what I -- what I was told. They don't have a way to trace it back to you, especially if I know them. And I could even throw that -- if you say it's -- I just say hypothetically it's the Orchard. I don't think it's the Orchard.

But if it's the Orchard, I mean, I've known those guys for 20 years. Literally. CEO was director of marketing when I started doing business with them, you know? So I don't -- I don't know what -- who you're talking about, but, you know, I - - they -- they can't come back -- they can't point

to you. There's no reason -- you know, you -- you've been a blessing to us from day 1, honestly, man.

The minute they -- we read -- we're reading the papers, like, "They're not going to cover his 2K legal fees? He's going pro se? They're letting him pro se?" Like, you just -- you just -- you're showing him you don't care about him. I'm looking at the paperwork, like, what are they doing? Are they that cheap? Even I think the judge might have said something like that. Somebody did, you know? It's just, like -- it's just -- it was bad lawyering. Bad lawyering.

MR. WASHINGTON: Well, they had an opportunity to pay a lawyer for me, and did not follow through.

MR. WILSON: Right. That's what --

MR. WASHINGTON: And Hillel's aware of -- of Ken -- Ken White.

MR. WILSON: Yeah. I am too. And I'm just like, "Why would they not do that?" Once they did that, I was like, "That's going to make him feel like shit. The company doesn't have my back." It's over. So, like, I don't -- I have no desire to -- I mean, you're a godsend in this. I don't want to -- I don't -- you know, you got to think about it just



on -- on a level of righteousness.

And even if it's not righteousness, transactionally. Why -- why do I have to -- if I get a settlement with them, I'm going to circle back to you and chase you around, Damien? Come on. You know that's not happening, man. You know that's not happening, man. That's just -- that's -- that's amateur night stuff.

I'm 20 -- you know, our company's almost 25 years in here. I'm going to chase you around for what? An additional 10k or something dumb shit? Like, I'm not doing that, man. You know?

MR. WASHINGTON: Okay.

MR. WILSON: I'm not doing that.

MR. WASHINGTON: But Hillel, I'm still in this case. So to me, my time is valuable to not have to be in here. I don't know when depositions are. That's still another -- how many, two, three months, I don't know how long away, right? And that's still more legal fees for Chuck down the -- the -- going down the rabbit hole of potentially going all the way to court with a jury and all this other stuff, and still potentially not getting -- he could force them to settle on with information that I have actively.



After the window, you know what I'm saying, that leverage is either completely gone or substantially less critical.

MR. PARNESS: Yeah, no. I -- I get that. Right. So let's -- let me -- again, I'll come at it from a different way. Whether -- whether you are or remain a party in this case, or whether you were ever a party in this case, you were always going to be a witness because of your role, right? You -- even if -- even if -- and again --

MR. WASHINGTON: But who -- but who I'm -- who I am adversely witnessing to or for also has an impact. Yes or no?

MR. PARNESS: I'm assuming that everyone tells the truth under oath, so --

MR. WILSON: Right.

MR. PARNESS: -- I don't think it should matter much. And -- and the facts are the facts. The documents are the documents. It's all going to play out, you know, according to the facts. But if -- if what you're saying is correct, there's a short-term pressure point that -- that will force EVEN to come up with a better settlement number, then I think we should jump on it quickly if it's available and try to get this thing settled now, which would eliminate



any further cost, any further imposition on anyone's time.

But we don't -- we don't know what that is. We just don't know enough to be able to make a decision on that.

MR. WASHINGTON: I just feel like we're -- we're really close to figuring something out together. It's just that me staying in this case as a co-defendant for a company that I don't own, and that I've already produced my side of discovery for, again, like you said, assuming everyone's telling the truth, I've provided my discovery, which tells the story, which is not the story EVEN's been telling.

Which is, Stove God -- got introduced to me, I introduced Stove God to the platform, the music was on the platform through Stove delivering it to EVEN's operations person. From there, it went active. From there, a cease and deist went out. The cease and desist wasn't immediately adhered to in the -- in the -- as far as it being removed or disabled.

And then the artist, you know, stood up and said, "This is my -- my ownership of my content and my rights. I don't want it taken down off the

platform." Then you go to a court, file the lawsuit complaint, and then -- and only then was it removed, right? And then almost 60 days later, I'm thrown into the lawsuit, as opposed to being a witness. Did I miss anything?

MR. PARNESS: I think it -- I think you was in the initial lawsuit though, right?

MR. WASHINGTON: No, I wasn't. That -- and that is my -- that is my biggest problem with the whole scenario. Which is that, I was amended based on incomplete information. Which you and I, Chuck, have discussed separately already, but Hillel wasn't privy to that conversation, which was, Hillel, you now have the discovery, so you can see this for yourself.

In the communication with Stove and I, it's him who's initiating, "Yo, I'm wanting to use my data to send out the emails, use the emails to send out the music to my fans who purchased blah, da, da, da, whatever, whatever." Chuck's position, as far as he knew up until this point is, "Well, it came from EVEN, or it came directly from DDOT on -- on our own accord," which is not what happened.

MR. PARNESS: You're talking about the download on September 11th, right?



MR. WASHINGTON: Correct.

MR. PARNESS: Yeah.

MR. WILSON: Yes. Go ahead. But what are we -- we're going getting granular about the case now, you know?

MR. WASHINGTON: So -- so what I'm saying is, I pretty much got roped in here by other parties acting. And to me, I'm like, "Well, not only if I'm left high and dry by my employer, but, you know, now I potentially have another adversary or someone that left a bad taste in your mouth because of something that looks a certain way, but wasn't the -- actually the case."

Now, you and I have had that conversation, Chuck, where you're like, "Okay, you know, it doesn't seem like DDOT was out to do anything crazy to me. He's just being, you know, treated as collateral in this whole situation, but now there's an opportunity for us to do something where not only the case gets settled," in your advantage, Chuck, "but also, there's a potentially working relationship for DDOT and myself." Am I -- have I missed anything yet?

MR. WILSON: No. I just think we're -- we're kind of -- we're moving away from a -- a simple



question now.

MR. WASHINGTON: And the simple question is, what is -- again, what do you have to lose by allowing me to have a settlement? Because again, I'm representing myself. I don't have joint counsel with EVEN.

MR. WILSON: The biggest problem is, we don't know what you have, man. I can't -- like, you're -- you're pitching something to us that we can't see and saying, "Take me off the case and I'll pitch you -- and I'll tell you what I have."

MR. WASHINGTON: So if I'm bluffing and you can't -- you can't settle it from the information that I give you, what -- how does that equation change for me?

MR. WILSON: Well, it basically brings us back to where we are now, where we don't have that information. But if that information is as powerful as you say it is, then we can act on it and force a settlement. So it takes care of itself. It takes care of itself. We don't have to overthink it. If it's that powerful, it's going to -- it's going to incentivize them to get this thing -- make this go away for everybody.

It speaks for itself, it takes care of itself.



If you give us the information and it's lukewarm and it doesn't force them to do anything, well, you know, we're back to where we started. It was a good try, but the information didn't resonate with them. They don't care about it enough.

MR. WASHINGTON: Oh, they care.

MR. WILSON: The deal goes away.

MR. WASHINGTON: They care.

MR. WILSON: And that's what I'm saying. You -- you looking at -- you're on the other side of the wall. We don't know what's over there, man. We don't know what's over there. I really hope it is. I love to -- I love to, you know? You know what I mean? I love to -- you know, I told you I don't really care for the lawyer too much, so I'd love to hit him with this kind of play on top of everything else.

But now, your whole company's destabilized because you're counting on this money and this deal, or whatever's involved with this. You got to make it go away. You messed up. You messed up. That's litigation. Sometimes there are wild cards like this that come into play and it doesn't align with business. Jay-Z's dealing with that right now. He's trying to open up a casino in Manhattan. He's

Page 58

putting out every fire moving.

All of a sudden, Nicki went quiet. The -- the paternity case went away. He cutting checks out here, man. Gaming Commission doesn't play with any of that stuff. He's cutting checks and they, "Hey, hey, what -- what we got to do here? I don't want to -- I don't want to debate anything. What's the number?" You know? Are you paying attention to yourself out here? Are you -- are you following any of the stuff?

MR. WASHINGTON: Yeah, I'm following. I a hundred percent know everything that goes on with Rock Nation.

MR. WILSON: Okay. Well, there you go. Those things quietly went away because he's trying to open up a casino in Manhattan, which is just unbelievable. But he can't. Gaming Commissions are notoriously tight. He can't have any wild card bogies flying through the windshield and shit right now. Like, you got to get rid of that stuff.

And that's kind of where you're telling me where EVEN is. They got -- they got something bigger going on and they got -- they can't have something flying through to the point where they're not even disclosing it, possibly.

Page 59

MR. WASHINGTON: There's a 99.9 percent chance they haven't disclosed this information. Otherwise --

MR. WILSON: Right. So we -- we come in and offer an olive branch and say, "Hey, you know, I'm out here doing this. I was playing golf and someone mentioned to me that something was going down. They didn't even know I was involved with you. I heard about this thing and I'm just like, 'Wow. Let me give them a call and make sure they want -- you know, they want to keep this going and -- and, you know, they want that party to be advised of what's happening here'," you know?

And play it real cool on some, you know, Godfather type thing, man, you know? Light off the end of your cigar. Light the cigar and just say, you know? You know what I'm saying?

MR. WASHINGTON: A hundred percent. I've been watching The Godfather since I came out the womb. That's my father's favorite. It was his favorite movie, God rest his soul.

MR. WILSON: I'm like, "Hey, man."

MR. WASHINGTON: So --

MR. WILSON: "This is what it is."

MR. WASHINGTON: To -- to that -- to that

Page 60

point, us all being, you know, methodically street savvy, for lack of a better phrase, is that I need to know that I have my bases covered to give you the information to act on that squashes this, gets you a better settlement. And, you know, puts EVEN in -- in the choke hold that they deserve to be in.

MR. WILSON: I mean, we're basically covered. We can't -- that's -- you know, it's -- our interests are aligned. Now, if there's something we can do later, which I've already said is very possible, then we sit down and do that, you know? With -- but, like, I can't -- I can't put anything in writing where you're getting compensation. Because that undermines you across the board as a witness. That doesn't look good.

MR. WASHINGTON: No. I'm not -- but I'm not talking about that. What I'm saying is, Hillel is your attorney and you are his client. And he has the ability to go as far and do as far as you allow him to do on your behalf. And I'm sitting here telling you I can very, very certainly have very high -- let -- let me not use the word certainty because anything can happen, right?

High probability, 90 percentile give you an ace trump card to play in this whole situation that

Page 61

immediately makes the settlement offer change drastically. Or at least put you in a position to negotiate a way better settlement. At that point, I need to know that I'm out of here.

MR. WILSON: I mean, it's on the other side of the wall. When -- when we see that and we close this -- I mean, you -- you -- you're -- you're playing the odds. The odds are that -- like, again, all I can do is tell you like, what incentive do we have to not include you in the settlement? Even EVEN could include you in the settlement. Why would we leave you out of the settlement? Doesn't -- it's not -- it's against human nature. It doesn't make sense.

MR. WASHINGTON: Yeah. But a settlement is not the same as being dismissed.

MR. WILSON: What?

MR. WASHINGTON: A settlement is not the same as being dismissed.

MR. WILSON: Yes, it is.

MR. PARNESS: Look, when we -- if we settle the case, we'll be dismissing the case.

MR. WILSON: You turn that into the court and it's dismissed. And we're saying the court will have your name on it. We don't want to deal with

this crap anymore. You helped us out. What kind of people will we be if you help us out and we don't include you in the settlement, and then a lingering party here that we still got to go back to the court with and -- and deal all this this.

So it's a headache. For what? I mean, you know we're coming after you. Like, you know what I mean? You're not the deep pockets in the transaction. It doesn't make sense. There's just no -- there's no likelihood here that we would do that. None.

MR. WASHINGTON: Likelihood and -- likelihood and certainty are two different things though, Chuck.

MR. WILSON: That's right. But you got to play the odds sometimes. Just like in business. It's of certainty still that Cooks is going to blow up. It looks like he's going to do well, but there's no guarantee. It could end up being lukewarm. It could be a double. Instead of a home run, grand slam home run. Like, I hope it is. I -- I -- got to play --

MR. WASHINGTON: But it -- but it's -- but it's -- it's -- but it's already paid off for you. And you know I know that.



MR. WILSON: Not really. Not really.

MR. WASHINGTON: Not really?

MR. WILSON: Not yet.

MR. WASHINGTON: Not yet?

MR. WILSON: I got to -- I -- no, it hasn't paid off yet. I -- I put out some -- some albums that do well.

MR. WASHINGTON: Chuck, you don't even need tell me it didn't pay off for you yet.

MR. WILSON: Still got Cooks.

MR. WASHINGTON: It hasn't paid off for you yet?

MR. WILSON: No. You can see that just looking at the release. We haven't released any music with him yet.

MR. WASHINGTON: So how many albums does he have to give you right now?

MR. WILSON: A lot.

MR. WASHINGTON: He has to give you a lot of albums?

MR. WILSON: Huh?

MR. WASHINGTON: He has to give you and Babygrande a lot of albums?

MR. WILSON: Well, I mean, you -- I can -- I can tell you. I think it's in the document, right,



Hillel?

MR. PARNESS: The contract? Yeah. You can see it there.

MR. WILSON: It was redacted?

MR. PARNESS: No, no. He's got -- he's -- the attorney's side of -- of Damien has the full contract.

MR. WASHINGTON: Hillel, hold on a second. Hold on a second, Hillel. So Chuck, you're telling me that no one's offered you anything to get Stove God away from you to sign him somewhere else?

MR. WILSON: Offered me?

MR. WASHINGTON: Yes.

MR. WILSON: Or offered Stove God?

MR. WASHINGTON: You.

MR. WILSON: Couple people have mentioned they'd be willing to talk.

MR. WASHINGTON: Come on, Chuck. Come on, Chuck.

MR. WILSON: I'm -- I'm being a hundred percent honest.

MR. WASHINGTON: Come on, Chuck.

MR. WILSON: I'm being a hundred percent honest. Couple people have -- have sent little texts like, "Hey, why don't we work on this



together?" Yeah. I had a meeting with some people too, but they didn't step up.

MR. WASHINGTON: So --

MR. WILSON: I'm not really jumping out the -- huh?

MR. WASHINGTON: So you're saying Stove hasn't paid off for you yet?

MR. WILSON: Not -- mathematically, no. I love the guy, I'm betting on him, but not yet, no. I haven't put out full -- when I put out a whole new album, I expect it to pay off. Definitely. But this set me back. This EVEN thing took eight recordings that were prime and set us back.

MR. WASHINGTON: So you don't have any --

MR. WILSON: Absolutely --

MR. WASHINGTON: So you don't have -- absolutely have nobody making you an offer for Stove God to go somewhere else when you dropped this album? That's what you're telling me?

MR. WILSON: I've had people inquire about it, but I don't have an offer. And I'm not jumping at that anyway. But I don't have an offer. No. It has not paid off for me. We have all the rights, we haven't sold them to anybody, and we're looking forward to releasing records with this guy. I don't

Page 66

know where you're getting that info from. People have required for sure. But we -- the truth is, we've never had an offer.

MR. WASHINGTON: But you have the ability to have an offer based on the interest, right?

MR. WILSON: I -- I'm sure I could go out there and get somebody who wants to sign him, but that's a sucker deal for me right now. After almost five years of development?

MR. PARNESS: Yeah. Damien, I'm not -- I'm not really following where you're going with this, but are you saying that the release on Ethan benefited Chuck? Is that what you're trying to get at?

MR. WASHINGTON: I'm not saying it benefited, Chuck. What I'm saying is that, you know, there are people out there that are willing to definitely cover as much -- Chuck has invested in Stove. And Chuck knows this.

MR. WILSON: Yeah. But that's not business. I'm not in it to cover investments. I'm in it for return on investment. Catalog. I'm not in it to cover investments.

MR. WASHINGTON: Okay.

MR. WILSON: Scott saying this -- my projection is this guy will make a lot of money. I could be

Page 67

wrong. I'm playing the odds. So based on what I hear and see and everything like that. Which I was making that analogy with, you know, sometimes in business, you got to play the odds. What are the odds that we're going to f-you over after settling with EVEN?

That's dumb. What are those odds? I'm going to sit around. I got shit to do, man. I'm not -- and -- and you helped us. You -- you can't trust me that I'm righteous, but damn, dude, I'm -- you helped us with all this shit and I'm going to keep you -- keep chasing you in a lawsuit? That just doesn't -- I mean --

MR. WASHINGTON: So that's what I'm asking. Why -- why can't you and I'll figure out something where you guys get something that you feel is valuable enough from me, an even exchange, no pun intended, that, "All right. This guy was upright with us. He gave sworn affidavit, he gave us other information, we're going to let him out. He's going to do his -- he's going to hold his word and, you know, put us in a stronger position"?

MR. PARNESS: The --

MR. WILSON: What behind the wall, you know? What's behind the wall?

Page 68

MR. WASHINGTON: Hillel, you were saying? I'm sorry.

MR. PARNESS: Yeah. Sorry. I -- I think we're talking about two different things here, right? One is that, you produced the documents this week.

MR. WASHINGTON: I'm not even talking about that. Because I had to do that. Like, that's -- I was going to do that anyway. Like, that's -- that's -- we're not even talking about that, right? That's -- that's not in the realm of conversation because I had to do. And I told you I was going to, you know, deliver it sooner rather than later anyway.

MR. WILSON: We haven't seen what you have. We don't know what you have. That's the problem. We don't know if we are going to be able to act on it. We don't know what it is. We don't know what it is. It's just, I'm hoping what you have is gold. If it's gold, we'll act on it this week.

MR. WASHINGTON: So, Hillel, explain to both of us, what is the downside, right? If Chuck is going by his word saying, "Well, Damien, there's no real reason for me to continue pursuing you because you've helped me and you've been forthright as far as I can tell so far."

What is the downside of dismissing him and --

Page 69

from this -- from this -- from here forward with -- with also a sworn affidavit agreeing that I'm going to say exactly what I know to be true and even more -- furthermore information that no one's privy to, to swing the -- potentially swing the case in Chuck's face?

MR. PARNESS: So a few things. Number one, we -- that -- that was what I was trying to start off with before. My understanding from this phone call is you were talking about you would disclose who the counterparty to this deal is.

MR. WASHINGTON: No, no, no. That's -- that's a sweet -- that's a sweetener. Like, I'm throwing that on top of, like, icing on the cake. I'm saying sworn affidavit for me to pretty much be called as a witness, and on to the credit of Babygrande and their grievance in saying, "Yo, my CEO went off the deep end and didn't -- you know, he had full knowledge of this cease and assist and chose to run it up."

MR. PARNESS: Well, so that -- so that affidavit's not been written yet. And if that's what we're talking about, then that's something I got to work on and put together. And if you're willing to sign it, you know, that -- that's a

different -- that's a different angle.

MR. WASHINGTON: That's what I'm -- and that's what I've been trying to say. I'm a hundred percent willing, separately, sworn affidavit, call me as a witness. There's no one more credible than me in this case because I don't have a dog in the fight, right? And on top of that, you know, EVEN's my employer.

So I'm putting a lot on the line because once I -- because it has to be made -- it's going to have to be made known that at some point in time that you're calling me as a witness, right? Right or wrong? You have to disclose that, right, Hillel?

MR. PARNESS: No, of course. It will be in the affidavit.

MR. WASHINGTON: Okay. And that's going to make them shit their pants and possibly retaliate towards me, which puts me in the line of fire of not having income. But for -- for me personally, I'm willing to take the risk on Chuck and us being able to do something outside of this and helping him get the settlement that he feels he's entitled to, which the court may say he's entitled to something.

Maybe this much, maybe not, maybe not at all, right? What I'm offering on top of that as a



sweetener of being able to call me as a witness to discredit your opposition as someone who had intimate knowledge of the operation and is a currently the director of business development and has been with the company for two-and-a-half years to know their practices and not -- in how they operate in other instances of similar situations.

You don't think it all worth it if your client is saying on this phone, "Yo, DDOT ain't really worth my time." You know what I'm saying? So what changes in that equation if I give you sworn testimony plus active information that you can act upon?

MR. PARNESS: So -- so I think -- and again, I'm not your lawyer.

MR. WASHINGTON: I'm not a lawyer.

MR. PARNESS: I would -- I would've to advise you -- I would've to predict that if we let you out of the case tomorrow in exchange for an affidavit in which you throw Babygrande under the bus, I'm speaking in very general terms here, right? I'm sorry, where you throw -- excuse me, where you throw EVEN under the bus, EVEN will sue you the next day and make you a party to this case again.

MR. WASHINGTON: Go for it. But -- but I know



that they can't do that. That's the beauty of it. I know that they can't. You understand where I'm coming from? Because the minute -- the minute they even think about turning around to point a gun at me, it goes -- it is nuclear warfare. You understand where I'm coming from? They're not even going to -- even if they want to -- even if they really, really wanted to, they can't.

MR. PARNESS: Well, they've already -- they've already said they're going to, right? You were on that call with the judge where -- where Leichtman said he's going to have to point the finger you.

MR. WASHINGTON: He said he has to point -- he has -- he said the conundrum is that, to an extent, EVEN is my line of defense on whatever was attributed to my work with EVEN directly, right? And that whatever -- and this is what -- if -- if I -- if I have to pull up the transcript, I will, but

I'm paraphrasing. "Whatever else is being alleged by Babygrande against DDOT is between him -- between DDOT, Babygrande, and Stove God. Not EVEN. And your client has just said multiple times, I don't really have an interest in going after DDOT. He's not the cash cow. EVEN is."

MR. PARNESS: What he -- what he kept saying --



what he kept saying to you was, if he's dismissing EVEN from the case, he would absolutely remove you from the case because there's no reason to continue the case. I don't think Chuck ever said that he doesn't have a reason to go after you. I mean, again, we're all right now, we're -- we're all being cooperative here, but at the day, you know, we've got an email that looks like it came from you.

MR. WASHINGTON: Looks like.

MR. PARNESS: Yeah. Well, that's to be proven. I understand what you're saying. I'm not calling you a liar, but that's -- that's something to be proven and think about the case. On the face of it, it looks pretty clearly like you sent the download. That's why you got sued.

MR. WASHINGTON: And I have -- and I -- and again, we can go through the facts through discovery. And once this continues another however many months, that's not going to be the case.

MR. PARNESS: I -- and that's what you're saying. And I -- I appreciate what you're saying. But as of right now, none of that has been proven.

MR. WASHINGTON: Right.

MR. PARNESS: I haven't proven -- I haven't proven my case and you haven't proven your defense.

MR. WASHINGTON: Right.
MR. PARNESS: That's -- that's what -- you're already in defense.
MR. WASHINGTON: I agree.
MR. PARNESS: So look, I -- I think if -- we're spending a fair amount of time on this, and I know you had some calls before this. If you're -- if you're not comfortable giving us any more information today, I respect that and I'll have to talk to Chuck separately and see if there's anything you want to talk about. Chuck, does that make sense?
MR. WILSON: Yeah. I mean, I think -- I think it's really, you know -- I think it just comes down to that, you know? It's just -- I don't -- I don't think it's as complicated as we're making it. If you -- if you got more information's going to allow us to force the settlement, we all win. Me and everyone on this phone call wins. If it's not strong enough, we're back where we started, you know?
Which still be a win, but it's just going to be a longer road. Which is what you definitely don't want being in. I could deal with it, but I'm riding it maybe go real quickly, that'd be great, you know?



Getting those things off the table, you know? So it's just, that's really it. I -- I -- you know, and if it's more extensive than you're making it, just arm us with the ability to try to force a settlement.
I can give you my words, handshake it, like, I -- I'll look for other opportunities for us to do stuff in the future. We were -- we've kind of touched on that subject, but I can't, you know, do anything beyond that could undermine you as a witness if it doesn't settle. And I don't want to do that, you know? If it doesn't settle, it undermines your ability to -- for you to testify as a -- as an objective witness.
MR. WASHINGTON: But that is the point of our settlement. The settlement in exchange for testimony. Well, that's -- that's not undermining -- like, that's not -- that's not a -- that's not a financial transaction. That --
MR. WILSON: So you're saying you -- you giving us -- you telling us some information that's helpful in -- in conversations about the case is great, you know? And you don't have to identify that because it's not going to go to the court. It's not relevant to the case. It's relevant to trying to



force a settlement. It happens all the time.
MR. WASHINGTON: But that's what I'm -- this is what I'm saying. You're still walking away with a ace regardless. If you have my sworn testimony --
MR. WILSON: (indiscernible).
MR. WASHINGTON: If you have my sworn -- if you have my sworn testimony against my employer and I have way more knowledge than you have because I've worked internally, and on top of that, if it gets to go -- have to go to the case, you may not even have to call me. If it gets -- if -- if what I'm saying is as true as I'm painting it out to be, you might not even get that far.
But if it -- it doesn't pan out and it's like, "Okay. Well, we still at least have him as a witness to discredit EVEN even further when it -- when push comes to shove."
MR. WILSON: Yeah, I understand. But this is stuff that we feel that we would give regardless, because there are going to be -- there are going to be depositions, there are going to be subpoenas, there are going to be --
MR. WASHINGTON: And how many thousands of dollars away is that and days away and months away is that, Chuck?



MR. WILSON: I -- I don't know, but for me it doesn't -- it doesn't matter. I was litigation for seven years and I spent $1.5 million legal fees. I did it, like, two years ago and I won, basically. Doesn't matter. This is -- this is an artist I put everything I have into, man. Everything. It should be -- it should be the greatest hip hop signing in my career. And we'll see -- we'll see how things play out. That's how I treated it from day 1.
MR. WASHINGTON: I hear you.
MR. WILSON: So I don't know where we'll end up, but it's looking -- it's looking good. After this Cooks thing, it's looking a lot better. And it's -- it's reconfirming what I always thought about the kid, but, like, I don't know, you know? That's -- that's why I'm taking the lawsuit so seriously, because we're here really trying to craft some legendary stuff and I get -- and this thing pops up.
And Cooks -- I asking Cooks, he's like, "Well, these tracks are stuck. We -- we basically moved on to start re-recording new stuff. These tracks are stuck, you know, and all they want to do is have a listening experience with him, and nothing wrong with that." I mean, in my -- in my eyes it's what

he's saying and I got a check for it. I'm like, "Okay." You know? I just left it a that for a moment.

But, you know, that's the hardest thing. He didn't have an attorney. He didn't think it was subject to our agreement, or at least the way it would violate our agreement.

MR. WASHINGTON: Yeah. Well, discovery says that Stoves is operating, I'm operating, so we don't have an agreement and blah, blah, blah, and I'm not abiding by the agreement. So that's something you're going to have to deal with between you and EVEN in -- in the court.

MR. WILSON: Absolutely. "How much -- how much do you -- how much know about agreements?" "Not much." "Do you have a lawyer?" "No." "So what was your thought process? This was a listening experience. It doesn't -- we're not selling records. We're not on DSPs. This is something different from what's addressed in our contract. And these recordings were stuck in sample clearance where they were kind of in a suspended place anyway. Wasn't clear whether we're going to be able put them out or what -- how long did it take to put them out, so yeah, an opportunity to share some recordings



where I don't necessarily have to clear the music, but people can enjoy it. And -- and that was an -- that was -- that -- as an artist, that was an opportunity, right?"

Like, that's -- I can't -- I'm not -- you know, once he starts talking like that, I'm just going to leave it as is because I don't know -- you know, he didn't have a lawyer and it's -- it's something different. I mean, a listening experience is different. That's the whole basis of EVEN. That's the whole premise of it. It's creating something that's in between distribution, and artists creating something. Direct to consumer experiences.

So that's going to hurt EVEN. It's going to hurt EVEN. This is uncharted territory. The record -- for the record label, let alone artists. Okay. So, all right. Record labels put out DSPs, they make vinyl, they make CDs, they do that kind of thing. You're not asking any of that. Just saying you have a listening party online you're going to charge people coming to listen. Is that even releasing music? I -- I don't know. These are all questions.

MR. WASHINGTON: They are all questions. There's no definitive answer on the other side.



MR. WILSON: Exactly. Exactly. That's why I said -- that's why I couldn't go to litigation. But I'm good. I can handle it. I can go to distance, I'll capitalize, I can do it. They're the ones that are a startup that are probably, you know, scrambling to pay stuff every -- every 90 days. They're the ones that needs to raise -- raise capital, you know? They're the ones that don't need any bad press. I got 20 years of roots in the ground now. A storm is going to knock my trees over.

MR. WASHINGTON: Well, what I'm saying, to paint the picture for you is that the longer you allow this to grow -- to linger, they're getting stronger by the day.

MR. WILSON: Stronger why? They'll have more money?

MR. WASHINGTON: They'll have more -- they'll have more money and more backing and more partnerships.

MR. WILSON: Okay. Well, that money -- only thing that draws them to me is whether they have enough money just to stay in the case. And I've always assumed that they do.

MR. WASHINGTON: Okay.



MR. WILSON: You know? Dollar for dollar, but having more money doesn't mean you're more likely to win at this level that we're playing. So if they -- if they have enough money to stay in the case, we could go to distance and, you know? But if there's a chance to blow it out of the water they could go here tomorrow, then cool. I'll look forward with you.

But I'm not in any way afraid of the -- of the long journey. A long way. I just told you what I did. Seven years of litigation. You can look that up. That's a fact.

MR. WASHINGTON: Well, I know you're in it for the long haul. I'm offering you a quicker route.

MR. WILSON: I don't want to be in the long haul. If you have something that could blow it up, play the odds, man. We're not here to screw you over for -- after forcing a settlement with EVEN. That just doesn't make sense. That's what you're afraid of. That's what you're fearful of. Doesn't make any sense.

MR. WASHINGTON: It doesn't have to make sense.

MR. WILSON: It -- it has to, if you're -- you know, you're doing a risk assessment and you're saying, "What's the likelihood of them being

motivated to keep me out of the settlement agreement?" Like, what's the likelihood of that? For what? I'm already fully compensated by EVEN. Signed, sealed, delivered. So now I want to keep the case against you open? And then what am I coming after you for?

It's not even your company. You are either an employee or a contractor. And so whatever I'm coming after you for can't even overlap with anything related to. Even, I believe, because EVEN's off the hook. So that's me showing you did independently of EVEN, that's worth me chasing you for a settlement. Come on, man. That just -- that just doesn't make any sense.

MR. WASHINGTON: So my question still remains. What do you have to lose by letting me out right now? If everything you just said is true, what do you have to lose?

MR. WILSON: Right now, you're leverage against EVEN right now. You're a wild card against EVEN. See? And we don't know what we'll be letting you out for.

MR. WASHINGTON: And you know what a wild card is. It's not a certainty. What you can be a certain of is, we have a agreement on settlement in



exchange for X, Y, Z. That's what you can bank on.

MR. WILSON: I can't bank on it because I don't know what you have on the other side of the wall.

MR. WASHINGTON: I'm not even -- I'm not -- I'm not even talking about the extracurricular. I'm talking about in legal play.

MR. WILSON: Well, that doesn't -- that doesn't impress me, honestly. And I'm happy that it's working out that way. But you -- you are going to have to be deposed and testify most likely, no matter what as a witness. Even if the judge allows you to be removed as a party, you're still going to be called on as a witness.

MR. WASHINGTON: Right.

MR. WILSON: And -- and asking -- you know, expect to tell the truth. So that's not really an add-on, man. It's not really an add-on. It's expected. That was going to happen in due course with anybody. Same with me. I'm going to be deposed if it goes that far. Stove will probably be deposed if it goes that far. And then we'll have to cover the court. Testify as witnesses. As a witness, he's allowed to do that. Remember, if you get off as a co-defendant, you're still going to be a witness.



MR. WASHINGTON: I'd rather be a -- but I'd rather be a witness than a co-d at this point. That's -- that's my only -- that -- that's the only -- that's the only endgame I have here. I'd rather be a witness than a co-d.

MR. WILSON: I -- I understand why, but for us to release you not even knowing what we're getting in exchange. To release you now, it -- it -- that -- like, we don't even know what you're offering. That's a difficult position.

MR. WASHINGTON: So you want me to play the odds, but you don't want to play the odds. That doesn't seem even footed, no pun intended.

MR. WILSON: Yeah -- yeah. Because my odds. The odds are very unlikely that we would settle this case and keep you active. That just -- that just defies reasoning. Your pockets -- you're not the deep pockets. It doesn't -- defies reasoning. I don't have a personal vendetta against you, you're not the deep pockets. It's not worth my time. It's a $16 million lawsuit.

MR. WASHINGTON: And that's why I'm simply asking if I'm not worth your time, just let me out and I can continue --

MR. WILSON: Take my time to pursue you? No.



No, see, you are leverage against. EVEN. If we get a settlement with EVEN, we don't need the leverage anymore. And so the risk of us continuing to pursue you at that point is zero. That's the only -- that's the only potential risk of you telling us what's going on with this thing.

And it's not even a risk because it doesn't make -- it defies all the logic. It defies reasoning. But letting you out now when we don't even know what you're offering, it's, like, crazy.

MR. WASHINGTON: But you're -- you're -- see, but you keep focusing on one aspect. I've already said -- I've already said that I can be called as a witness for a specific statement. For a specific sworn affidavit. That is something that's put -- that's put in writing. I'm obligated to do. I can't sway or -- or --

MR. WILSON: No. But that's -- that -- you're going to be obligated to do that regardless or be in contempt of court.

MR. WASHINGTON: But it looks better for you to be able to call me as your witness. I think a lot of attorneys would agree.

MR. WILSON: I mean, I guess. I mean, it's going to -- yeah. We're -- were going to call you.

MR. WASHINGTON: Because you're asking for a jury trial. Am I right or wrong? Right? Is that what you demanded in the complaint? You want a jury trial?
MR. PARNESS: Yes.
MR. WASHINGTON: Okay. A jury is going to look at me and say, "Based on what he says and based on -- versus what EVEN's saying, and he was working at EVEN, he was even a co-defendant at EVEN -- with EVEN, the facts on what he's saying and him being called to the stand under oath is way more likely to -- closer to the truth of what happened than whatever this company is saying who already don't look right and forthright based on how they've been handling the case up to this point anyway."
MR. WILSON: I agree. That's EVEN's fault. We're going to be -- we'll call you regardless, right? We would -- we would always want to call you as a witness. You're too close to the whole thing, right? I mean, it's not an add-on.
MR. PARNESS: Damien -- Damien, everything you're saying, you've already put in writing in your own pleadings to the court, so you're already on record saying this thing?
MR. WASHINGTON: Yeah.



MR. WILSON: You know, as -- as would be expected, you know, that's not extra. It's like you're -- you know, would be expected.
MR. PARNESS: This true?
MR. WILSON: That's why the judge hasn't -- yeah. I mean, the judge hasn't released you from the case because they want to make sure you cooperate with discovery.
MR. WASHINGTON: And I've turned it on discovery.
MR. WILSON: Just now. No. Just now. But that's why the judge hasn't -- hasn't let you go from the case because they're like, "Well, let's -- " I'm sure she's like, "Let's -- let's see if he cooperates with discovery before we get into just taking him off as a defendant."
MR. WASHINGTON: Right?
MR. PARNESS: Yeah. And you â€“ so, Damien, since -- since I got, I actually have question for you.
MR. WASHINGTON: Go for it.
MR. PARNESS: Did you -- did you produce the documents to EVEN also?
MR. WASHINGTON: I have to?
MR. PARNESS: Yeah. You're supposed to produce it to everybody.



MR. WASHINGTON: I can do that. But I haven't yet. No.
MR. PARNESS: Yeah. Okay. Just want to make sure.
MR. WASHINGTON: I didn't know that I had to do that if I'm not being -- if I'm not being represented by them. I didn't know I had to do that. I actually did not know that. Truthfully.
MR. PARNESS: Yeah, I know. The -- the document request came from me, but you're supposed to produce to everybody.
MR. WASHINGTON: Well, they haven't produced -- I don't think they -- well, they -- I -- well, they -- I guess they have produced all of their stuff to you, right?
MR. PARNESS: Yeah. And I gave you everything that -- that I gave them.
MR. WASHINGTON: Right. But I don't remember them giving -- well, I guess they put it in an email thread with the three of us, right? So I guess that count as them sharing it with me?
MR. WILSON: Yeah.
MR. PARNESS: I think so. And you -- you haven't made any demands on them as far as I know.



MR. WASHINGTON: No, I haven't.
MR. PARNESS: Yeah. Okay.
MR. WILSON: So guys, we've been on the phone a long time. I -- I -- you know, if there's something you want to pursue, let's pursue it. But I -- I think this is a -- when you said that, I'm asking you to play the odds, but I'm not playing, my odds are completely different. My odds are, you're asking me to let you off of the case, pick you out of the case, and see what's on the other side of the wall and hope it adds up -- is -- is good enough to act on.
It's to hope that it's great and we can act on it without stepping on any landmines and civil procedure or any other type of landmine. That's -- those are totally different odds from what the odds you're facing. Completely different odds. I have no idea what's -- what this -- what this transaction is. I have no idea. It -- it could be a -- it could be a dud for reasons that I don't understand or you don't understand at -- right now, you know?
Could look at it and say, "No, we really can't do this, blah, blah, blah." I don't know. I don't know. I mean, if you have information, arm us with this, so that we try to force a settlement and get

out of this thing. I'm not trying -- I don't want to be in this in the long haul. I got a lot of responsibility right now. I got to blow Cooks up, number one, on the music side of my business. It's -- the time is right now.

I don't -- it's a distraction. But I can't let it go because it's real, you know? My legal fees are six figures on this thing, man.

MR. WASHINGTON: Congrats on that.

MR. WILSON: And -- yeah. But I'm used to that. That -- that just goes up and up and up. It's part of the game.

MR. PARNESS: Listen, I know -- I know what Damien's already is. So Chuck's -- Chuck's doing okay.

MR. WILSON: Yeah. I mean, I'm not complaining. This is -- I'm saying this is -- this is that seriousness or serious to me where I warrant spending this money. We have a trademark and they violated it, you know? We have photographs. Photo -- they used our photo shoot, you know? "Oh, we got it from Cooks." But Cooks can't be blamed for everything. With no lawyer? Come on, man.

That's like -- that's like a soccer player. All they do is play soccer and someone tries to do a



-- a clothing line with them and they've already got to deal with Adidas. It's, like, why did they think that this would interfere with that because this is only -- if it's not soccer clothes, it's camping stuff. Adidas, like, "We got exclusive on everything."

MR. WASHINGTON: Yeah. Well, possession is nine-tenths of the law, Chuck. we all know that.

MR. WILSON: What's that?

MR. WASHINGTON: Possession is nine-tenths of the law.

MR. WILSON: Possession?

MR. WASHINGTON: Yes.

MR. WILSON: You say ignorance?

MR. WASHINGTON: Possession.

MR. WILSON: Possession of what?

MR. WASHINGTON: The content which was delivered to EVEN.

MR. WILSON: Right. No, I -- I mean, I'm not sure where you're going with that. I'm just saying we -- you can't blame the Stove guy for everything.

MR. WASHINGTON: He can't -- he can't -- I'm not saying he has to be blamed for everything, but what I am saying is that it's going to be a lot less of a clear path for him to not have -- to be



completely absolved of anything that led us all to this point. That is not -- just not feasible.

MR. WILSON: Let's see. Let's see what happens If it was regular CDs and -- and DSPs.

MR. WASHINGTON: And this is me not wanting that for him, right? Because that's still my guy. You know what I'm saying? I don't want anything to happen to him. But my point is still is, like, this is not as a clear path on -- in either side, and I would rather watch EVEN sink in the quick sand than anything come towards Stove's way or you and I walking away with what you think you deserve. Because Lord knows EVEN has the -- Mags specifically has the karma coming.

And I know that for a lot of years. So let's leave it here. because again, I don't want Hillel billing you another hour, Chuck. So even -- whether you can take it or not.

MR. WILSON: No, I know. I'm just saying, like, you know? Yeah, we can leave it here. I mean, if -- if there's an opportunity, if you don't feel comfortable, we going to -- it is what it's. You want to act on it and tell us what it is so we can possibly force this thing this week, then let us know. Because I -- to me, it -- it could be -- it



could be an amazing situation to force them. I don't know though.

So, you know, that -- that's -- that's -- it's your call. I don't think you have anything to lose personally. Absolutely nothing. Nothing to lose. It's -- it's simple. "A birdie told me that this was happening." The message -- your name's not mentioned. "Is it -- is this something you guys want to discuss before we -- we have to cover our butts?"

I don't, I don't know the parameter, but let's say we have -- before I have to cover my butt, and reach out to these people and say, "Hey, you know, we're coming after their assets. Just want to let you know that. And I -- I'm -- I'm coming to -- I'm coming to you, EVEN, to say -- with an olive branch before I -- before I do that. If you're not interested in settling, then I'm going to have to let them know, like, you know, be careful because we got our eyes on those assets. So before you do this, this, that, and the third, you know, you may want make sure that, you know, you're not getting a fraudulent transfer of assets here. You have to give them back."

You know what I mean? That's an easy

conversation. And -- and we'll probably know the same day what they want to do. And that's upside for you, for me, everybody. And you could blow -- you could -- you can eliminate the chance of that by focusing on the 0.01 percent that I'm going to betray you and come after you once I have a settlement with EVEN.

That -- that's just -- that doesn't -- that doesn't -- it doesn't add up, so. But you -- you know, you got to be the captain of your ship, man. Let know -- let me know if you change your mind or if you want to pursue this further. But I don't think you'd have anything to lose. You know? If it was -- if there was a settlement paid or a check to do this, cool.

But that's -- that -- now, if it doesn't work out and that -- and now that part of the court records, you're -- you're a compromised witness now. Can't -- can't risk that. That -- that doesn't work. You're just telling the truth right now, which is great. The truth is they're lying all over the place about when you're employed, when you weren't employed, what you did, what you didn't do.

They're not -- you know, throwing you under the bus any chance they get, which makes them look



terrible. And now -- and then -- and then they're -- and then they're trying to run it up after they've had a cease desist. All those things make them look bad, man. So, you know, they're -- they're doing really sneaky stuff now and trying to raise capital with -- and not disclosing litigation, you know?

MR. WASHINGTON: So I'm going to leave you with this because I -- I really do think we can get to an even better place. But the -- the time sensitiveness of what's happening in real time, plus we will look at the fact that the judge still has to rule on my motion to dismiss. The judge comes back with the motion to dismiss and it's in my favor, I'm off the case then what?

MR. WILSON: I mean, you're off the case. You just -- we -- we call you in as a witness for what we need over and above and odd --

MR. WASHINGTON: Okay.

MR. WILSON: That -- that's where we'll be at that point, you know? So --

MR. WASHINGTON: But that doesn't give you more leverage in -- in -- across the board.

MR. WILSON: It doesn't. You're in control of that leverage. I can't -- I can't -- you know, I can't make you -- I can't make you disclose it.



Can't make you disclose it. I -- I've laid out my case for why I think you should disclose it, but I can't make you do that. If you don't want to disclose it, then we're back to where we started at the beginning of the day. There's nothing I can do.

You giving me a chance to blow it up and forcing to settle would be amazing. And I think it would -- I think -- off the record, I think it would help -- it would -- it would pave the way for us to do other business in the future. But, you know, you'd have to play the odds on that. I told you where I'm with the company right now, and that's a fact.

I don't have the staff that I need to -- to ramp up right now. So I need somebody that -- that's out in the -- out on the field to -- to be an ambassador for me to help me build that team that I need right now.

MR. WASHINGTON: Well, I got --

MR. WILSON: I look back.

MR. WASHINGTON: Like I -- like we said, you know, privately, there's definitely, you know, a world in which we can do things.

MR. WILSON: Yeah.

MR. WASHINGTON: Not even -- not even to -- not



to spite EVEN, but just for a good business sake.

MR. WILSON: Not at all. But you got to -- you got to analyze all this -- all this stuff in your computer, man, and come up with a decision because you're talking about situation where you could really help me with nothing to lose for settlement quicker and -- and put us in a business to do other business in relation to this settlement. The label -- and not only civil, but the label overall. But there's, you know? And -- and that's -- that's -- you got to put that in your computer.

MR. WASHINGTON: So let -- let me ask you this as a man. Would you respect me right now if I gave you information that can help you settle this or get a better settlement and I didn't secure anything in myself in doing business? And I'm the head of business development at EVEN. Do you think I got here by not making fair deals?

MR. WILSON: I don't -- it seems like you asked two questions. Would I respect you? Yeah. I mean, you're doing -- first of all, you're telling the truth and you are not being treated fairly and you have information that could help get your name off this case quicker with no downside. I mean, every -- every deal in transaction doesn't -- you know,

Page 98

isn't -- isn't an immediate payout.

Like, you -- you plant seeds and harvest them later, right? So this is you eliminating the situation, creating a win-win, and planting a seed that could be harvested later. Harvest later between you and I.

MR. WASHINGTON: So I have to put some trust and faith in you being a man in your word and wanting to nurture the relationship after this?

MR. WILSON: Absolutely, you do. But I've been in business over 20 years, man. No matter what you read or hear, I'm still here. Where's Bus now? Where's Ruckus? Where's Fat Beats? Where -- where are these other labels? Where are they at?

MR. WASHINGTON: Doing business with EVEN.

MR. WILSON: Okay. Well, they're all gone to me, you know? You're convinced with EVEN, but, hey, they --

MR. WASHINGTON: I'm not even trying to be -- I'm not even trying to be funny. Like, I'm just -- that's -- that was my blunt, reactive answer to your question. Like, Fat Beats just -- just put out Chip Fu release through Russian and Fat Beats with EVEN. That just happened.

MR. WILSON: Who did -- what -- what happened?

Page 99

MR. WASHINGTON: Chip Fu from (indiscernible).

MR. WILSON: Okay. Yeah.

MR. WASHINGTON: He -- he just did a release with Fat Beats through Russian and EVEN.

MR. WILSON: Listen, my point is, you know, Russian is still around. I know they're doing very well. Russian is still around. So I get that, but, you know, a lot of labels are gone. I'm saying yes, you're -- you're gambling on the ability to create a relationship here. And we have to do that all the time in business. Everything's a fucking gamble, you know?

My deal is still a gamble. Started off Rocky and it's built into something very beautiful now. Everything's a gamble. He didn't trust anybody, man, when I first signed him. But I kept -- I kept providing guidance and leadership, and everything I predicted came true the people around him. I -- and I kept my word at every step of the way. And it finally turned into something that was making sense now. All those things we did -- it became cleared.

We can -- you know, he's our artists, you know? Every -- every West Side Gun track they've ever done is cleared, papered, and paid for, you know? His house is -- his business house is in a hundred

Page 100

percent order top to bottom. I've taught him all this stuff. So I'm just saying like, yeah, it's up to you. I'm not -- I'm not -- if you want to help create a win-win, you can help. The win-win is we get this thing settled immediately because I think they will crumble.

Based on what you've told me, I think that they'll crumble. I don't know -- I don't know what their wherewithal is, but they'll figure out a -- we will structure it in a way where they pay off the debt and -- and be done with this, you know? I don't need the money. I don't need -- I don't need the money, like, to survive or something like that. I just want to be made whole for what they ruined and violated.

MR. WASHINGTON: Which is fair.

MR. WILSON: So if they do -- right. I really believe that in my heart of hearts. It's -- it's very unfair what happened here. Very unfair.

MR. WASHINGTON: Well, like I said, everybody's taking a gamble. They took a gamble on you not taking it to court and they lost that gamble.

MR. WILSON: Yeah. That's right. There you go. It -- it's all gambles and choices and chances we take. So it didn't work out for them. They

Page 101

should know better. They are a tech startup. You got to -- you got tech investors, you got to do due diligence, man. You got to do due diligence. Don't gamble. This shit just going to fly and we'll take it on the chin and we'll take the slap on the wrist later?

Well, that's what's happening now. And so yeah, if you can help, you can help, man. I mean, I -- I can tell you, if you give us good information, we're going to try to force a settlement immediately.

MR. WASHINGTON: So why can't I get let out early if you -- if I give you good information?

MR. WILSON: Because I don't know that the information's going to be good. Do you -- I mean, do you want to talk? I mean -- you know what I mean? That's the problem. It's chicken egg, you know? I don't know what you have. Is it a distribution deal? Well, it's like, "Okay. We've got a distribution deal. We've been trying to close for a year. We're going to get an advance from such and such company." "Okay."

Well, you know, maybe they're willing to walk away from that. Maybe the distribution company doesn't care. You said it would incinerate the

Page 102

deal, but if it's X, Y Distribution, are they really going to walk away from it? Are they going to ride it out and just put different terms in the contract so they're -- they're protected?

MR. WASHINGTON: From my analysis, you raising a stink on the deal definitely makes them back away from the deal because --

MR. WILSON: I can't --

MR. WASHINGTON: Because it's a conflict of interest.

MR. WILSON: -- on the deal.

MR. WASHINGTON: Because it's a conflict of interest on their part.

MR. WILSON: I -- I don't know if I can -- I don't know if I can raise a stink on their deal. What -- what standing do I have to raise a stink on their deal?

MR. WASHINGTON: Because by default, the deal would have to also include Babygrande. That's what I'm trying to tell you.

MR. WILSON: Why?

MR. WASHINGTON: Because that's the way the deal is being set up. I'm trying to get -- I'm trying to -- I'm trying to get you to the promised land, you're making it difficult for me.

Page 103

MR. WILSON: No. I see what you're saying. You're saying that they're trying to do a deal for -- the -- the person, whoever -- whoever the third party is, they have rights to some of my music they want to route to EVEN?

MR. WASHINGTON: Absolutely.

MR. WILSON: Okay. Well, yeah. We could -- we could definitely make a stink about that.

MR. WASHINGTON: A hundred percent. I -- Chuck, you've been in 20 plus, I've been in 15. Like, you know what I'm saying? There's a reason why EVEN's been so successful with me on their side. I didn't go to law school, but I know a little bit. Maybe not as much as Hillel, but I know enough.

MR. WILSON: All right. Well, let's make it happen, man. Like I said, if you really analyze the odds, you have nothing to lose and you -- you could get out of this early if it's powerful enough. And you -- and you have a relationship with us then we can go on and do other things. That's all I can guarantee you right now, man. If you -- if what you have doesn't lead to settlement, that's not our fault. It just doesn't move --

MR. WASHINGTON: I understand that. I understand that.

Page 104

MR. WILSON: So yeah, that's -- that's not -- that's not in my control. And if we do force a settlement, I -- we can talk about doing other things immediately. I mean, I'm going to have to put ads out to hire people, like, any day now. I don't really like doing that. I like kind of working the back channels to see who's hot, who's free, who's looking for what, you know? I like doing that first.

MR. WASHINGTON: So -- so again -- so again, to that point, me still being caught up in this prevents me, from a leverage standpoint, being able to hypothetically -- hypothetically pursue going to work immediately right then and there with somebody who's looking for somebody like me.

MR. WILSON: Right. But so force the settlement, man. Help us force the settlement. This -- this saving you, dude. I don't know what you're getting stuck on is the downside.

MR. WASHINGTON: The downside is, I don't have any insurances that my name doesn't come up. And then in which case it does come up and right now I'm in purgatory where they're not going to fire me because they don't have any calls and I'm still on payroll. If they do, will try to -- decide to

Page 105

retaliate, that's me filing a -- a -- an appeal battle.

MR. WILSON: Right. But I don't need your name to -- to execute this -- for settlement. I don't have to reveal my source. It's not part of the case. And you're telling me I know the company already.

MR. WASHINGTON: You absolutely do.

MR. WILSON: I mean, if it's the Orchard, it can be complicated. So, you know what I mean? Like, I don't know. Sounds like it's probably the Orchard. But that could be complicated too, by other factors. That's why we got to know what you're talking about, man. Got to know what you're talking about.

MR. WASHINGTON: All right. Well --

MR. WILSON: I mean, you may as well just tell us, bro. If you want to deal with the Orchard, it's going to get blown up, then tell me. Let me call -- let me -- let me do what I do. Let me call -- let Hillel and I put a plan together. We'll reach out to one of those -- either the owner -- or, like, the lawyer probably, and say, "Hey, you know?" You know what I mean? That's our distributor.

Like, "Before you go -- get way neck deep into

Page 106

this, you know?" You know what I mean? Before you -- before you get too far down the road, man, you may want to make this go away because we're not -- we're not doing that.

MR. WASHINGTON: I want to sleep on it.

MR. WILSON: All right. I'll --- I'll do the same. So just let me know, man. Let us know.

MR. WASHINGTON: But again, I -- I appreciate your willingness to -- to talk.

MR. WILSON: Absolutely. Absolutely. Thanks for reaching out. And that's -- that's the best we can do, right? I -- I -- it might be something here, it'd be great if there is, and it just didn't go away and keep -- just keep back to positive business. Profitable business, man, you know?

If not, I got to -- I got to keep showing out money to protect -- protect my rights, and enforce my rights and hope I come out on top with this -- with this new technology and all that stuff. Trademark violations and just the whole thing, you know? You can't -- you can't be out here selling AI and -- and -- to somebody and they don't know what it is, but there's a check there and they don't think it violates their agreements and they sign an AI deal, come to find out it does later.

Page 107

Well, he didn't know. Some AI shit he just thought -- he thought it wouldn't be -- it was separate from record label. So he gets a check, the AI goes out and makes some money and now I'm -- I'm pissed because this -- I feel like this violates my contract. Now we got to go to court just figure out if AI contracts violate record contracts. It's kind of that type of situation. I just don't think pin the -- pin the tail on hooks is going to work.

I really don't. I don't think it's going to work. Because it's new technology. It's a new -- what they're selling is new. I think -- I think they're in trouble because of that. He didn't upload it to the platform. They lose Safe Harbor. There's some issues here. You know, your status in the whole thing. Somehow magically, you're not an employee during a relevant period.

And then when the period's over, you're magically a contractor. Like, dude, shit looks crazy man. And you don't want to -- he's your employee, but you don't want to pay his-- to legal fees to take care of -- doesn't look right. It's unclean hands. The hands are unclean, man. And I have to talk to you. I know that that aligns with way they care -- the way they handle business. So,

Page 108

you know, it's up to you, man.

I'm -- I -- I've kind of said my piece here. You know, you got to -- you got to sleep on it, analyze the odds, and -- and figure out if there's a play here. If not, we'll just, you know, move on to the next -- the next stage in litigation, whatever that is. Depositions or whatever's next. I don't know.

MR. WASHINGTON: Well, I got to give my discovery to EVEN now, apparently. So I'm going to do that.

MR. WILSON: Right -- right. And understand what that's -- now, you know, as you sleep on this thing, right, that's another strategic move. Do you give that to them first, or do we make this phone call first? That's something you got to analyze. You may not want them to see that first. I don't even know.

I have to think about it too, you know, if I were in your position, what I would do. I might not want them to see that until after. I may want them to get this death blow and then see that. Because I don't think they're going to be happy with what you wrote down, right?

MR. WASHINGTON: What? My discovery?

Page 109

MR. WILSON: Yeah.

MR. WASHINGTON: I mean, discovery is discovery.

MR. WILSON: But are they going to be happy about what they read?

MR. WASHINGTON: It doesn't make a difference to me.

MR. WILSON: Well, it does in terms of strategy. Here's why. When you hit -- when we hit them with the death blow that has nothing to do with you, right? If you agree to it. Give them a bad death blow and then the next day they get your discovery and they're not happy with that. Now they're -- both avenues look crazy for them. Both avenues. "We're about to lose this deal and have that be a problem."

And on the other side of the equation, you turn in discovery that makes this whole thing way more complicated. All that leads to, man, force this settlement and get this shit the fuck out of here. You see?

MR. WASHINGTON: Yeah.

MR. PARNESS: You seeing what I've said?

MR. WASHINGTON: Uh-huh.

MR. PARNESS: I'll just throw -- I'm -- I'm

still looking through your documents. I'm trying to put them in order. 95 percent of what you gave me - - gave us, EVEN did not turn over. So I got --

MR. WASHINGTON: Yeah.

MR. PARNESS: I'm ask some questions. I'm going to ask some questions for them.

MR. WASHINGTON: Yeah. Like I said, I don't -- I don't have nothing to hide. It is what it is.

MR. WILSON: Just keep in mind what I just laid out that -- that progression of death blows, right? They get the first one about this situation on trying to force the settlement off that's going to blow up their deal, and then a day or two later they get your discovery and now all of a sudden, they're looking at two death blows in the face. Because the judge isn't going to like that.

And, you know, they didn't disclose any of that, what they produced getting their communication with you. They didn't give us that shit. Oh, but it turns up in what you produced. They're looking dishonest now.

MR. WASHINGTON: Oh, I know that.

MR. WILSON: So that's two death blows right in their face. But you want to keep going through litigation? I don't think so. I think this will go



to settlement with those two blows and we're out of here. And the next conversation with us is trying to figure out how we can do some -- some other stuff. I'm serious.

I mean, you know? You know I got this artist that's in position A right now. You have to know that. And I got some great ammunition to roll out with, but I got to -- I need some more staff members, man. I need help. So I'm just putting that out there, man. And I've already talked to Cooks about it. I said, "Hey, is it -- did you -- did you end up with a beef with him? Is it, like, could you work with him?" "Absolutely," he said, you know? That's a fact.

I've already asked him that. It was yesterday or day before. Whenever you sent me the resume, same day. Think about it, man. Think about it.

MR. WASHINGTON: I'm thinking.

MR. WILSON: Sleep on it. Whatever you got to do, sleep on it. Whatever you got to do. But there's a perfect progression here that I think would force this to settlement. Yeah, I think your -- I think your -- your discovery stuff you produced is going to really -- is going to really, you know, take them back -- aback. And -- and that other



thing already did. That other stuff you turned in that the judge froze, already took them aback.

MR. WASHINGTON: Oh, well, yeah, because, you know, they're exposed.

MR. WILSON: Right. So -- so think about it from their perspective. If we want to end this thing, you got the -- all the tools are seemingly on the table to do it. But it's a -- it's -- you know how things are. It's volatile, man. We wait two weeks and now all of a sudden, the deal's done, they got more money, da, da, da. You know, it just -- you laid that out for me with the timing. That's why I'm spending all this time. Two hours -- two-and-a-half hours, you know?

So I'm spending the time on it because you said -- you called me and -- and it sounds like there's a play here. What's on the other side of the wall? I don't know. If it's -- if it's bombshell enough for us to pick up the phone and call Leichtman and say, "Hey man, you know, I was playing golf this weekend and somebody told somebody who called me and said that, you know, that you-all got a situation. And, you know, before I -- before I hit them up, you know, I'm giving you a call. You know, see if you - - see if you want -- you want to continue settlement



discussions."

I have to let them know. And let me tell you something. When I was with The Orchard for -- sorry. When I was in that lawsuit, right, The Orchard, I disclosed everything to them. I -- I didn't hide it from them. At seven years? I disclosed it to them and they respected me for that. Can't go do a big deal and not tell people, bro, if you're in litigation. That's a no-no. Once that money moves over, come on. You know that's going to be -- half that's going to be spent in a month. Am I right?

MR. WASHINGTON: No, you're not wrong.

MR. WILSON: Huh?

MR. WASHINGTON: You are not wrong.

MR. WILSON: Yes. And now The Orchard's going to be off, you know? Money's gone and we over here sending them a -- sending -- putting them a notice about, you know, fraudulent transfers and shit like that, man. It's a $16 million lawsuit on their head right now, man. That's not -- that's real money. Half of that's real money. So do you -- do you go through your process, man. But I hope -- I hope -- hope you can see what we got in front of us here. Because they haven't even seen your discovery yet.

MR. WASHINGTON: No.
MR. WILSON: So this just sounds like, you know, a Mike Tyson 1, 2 -- 1, 2 punches here, man.
MR. WASHINGTON: You know --
MR. WILSON: That usually happens. Huh?
MR. WASHINGTON: I was like, yeah, no, I'm just -- you know, for me, I would sleep better just knowing that at minimum, I don't have to wake up and worry about another NYPSD notification coming to my email about some other stuff.
MR. WILSON: I understand. But that's how -- this is how we get rid of it. I can't make any moves not knowing what you got. I don't know what you have, bro. I don't know what you have. Tell us what you have so we can act on it.
MR. WASHINGTON: It's -- it's not so -- it's not so much that I don't want to give it to you. My biggest obstacle was just, like, I don't feel like I'm being treated fairly in the exchange of information.
MR. WILSON: Well, your exchange is that we're going to be able to the information and get rid of this thing. I don't know how else to -- how else to -- to help you. Because I don't -- you know, we don't know that it's worth anything, honestly. I



don't know for sure that this is what you have. And I don't want to ruin our relationship with you in the middle of this case for sure. So the -- you know, there are protective things in here.
But I -- I can't make a decision not knowing what you got, man. It's just impossible. It's impossible. And you seem to have information that they know me? So how would that have come up?
MR. WASHINGTON: Because the people -- because the people putting together the deal they had to -- there had to be disclosures on both sides.
MR. WILSON: Okay. The people putting together the deal had to be disclosed. Okay. Well, you know, I don't know --
MR. WASHINGTON: And -- but -- but also, the third party who is essentially landing the plane on the deal did something that could be deemed unethical. You know what I'm saying? In the process of cementing this deal with EVEN. So --
MR. WILSON: I'll that to go -- I'll that to go vis-a-vis me?
MR. WASHINGTON: No, no, no. You're not -- you didn't do anything unethical. I'm saying this third party -- all right. I'll put it this way. The same -- the same reason you wouldn't want to pay me for -



- like, that's -- that makes my statement corrupted, da, da, da, right?
MR. WILSON: Uh-huh.
MR. WASHINGTON: Doing a business deal for a kickback, per se, would look very badly on the third party.
MR. WILSON: Yeah. Why though? I don't understand why. What -- what would they look back for?
MR. WASHINGTON: Because they essentially are pushing through a deal on the premise that they got a kickback from either.
MR. WILSON: Oh, okay. It's -- it's not objective. It's from under the table money?
MR. WASHINGTON: No, no. Let's not say it's -- let's -- it could be money, could not be money. But let's just say they accepted something in exchange for helping EVEN push through this deal, right?
So as a matter of ethics, this person who's pushing through the deal, right, they're going to be in the hot seat if the actual information that I have surfaces, plus pushing through a deal where they don't -- didn't do proper due diligence to know that it could possibly be damaging or in conflict with you, is also going to make this deal, once it



gets to the right people in -- you know, in the company, it's going to be a disaster for both. For -- for the person helping EVEN squeak by, and for EVEN.
MR. WILSON: Yeah. Sounds very time sensitive, man. Sounds like these --
MR. WASHINGTON: And like I said, I saw literally this morning, as a matter of fact, the communication was sent to -- to me by the CEO, "Yo, we're -- just got off the call with so and so. We're -- we're pushing forward with the deal."
MR. WILSON: And this the deal you brought to the table?
MR. WASHINGTON: Me? Did I bring it to the table? No. Have I been involved in it? Yes.
MR. WILSON: Okay.
MR. WASHINGTON: Heavily. That's why I know what I know. That's why I feel comfortable enough think -- well, not comfortable or confident enough to tell you, "Brother, let me give you this in exchange for this and we all walk away happy."
MR. PARNESS: Hey, Damien. Hey. Just to -- when you were -- you were talking about the kickback before, right? I'm just going to use your word. I -- I don't know if it was a real kickback or not.

MR. WASHINGTON: Oh, it was definitely a kickback.

MR. PARNESS: No, no. Okay. Was it a kickback relating to the -- to -- to this litigation? Like, is somebody agreeing to do something in this litigation that will hurt us?

MR. WASHINGTON: No, no.

MR. PARNESS: Okay. So unrelated?

MR. WASHINGTON: Right.

MR. PARNESS: Unrelated.

MR. WASHINGTON: But it is -- but it is loosely related because them pushing through this deal, essentially, if Chuck wanted to make a stink about it, he could and then this person is also going to, like, have to fall on their sword or pull this deal back, you know? And the deal gets pulled back. So it's a lot of -- it's a lot riding on this going through with no disruptions or stink or anything.

And because the rabbit hole gets deeper than just, "Oh, well -- well, we didn't know." "Okay. Well, you didn't know, but you also took a kickback on top of not doing proper due diligence, which is possibly putting our company at risk with someone we've already done business with in our -- in our -- in, you know, doing business with in the future."



It's not going to look pretty. And -- and Chuck is in a very unique position, but very time sensitive, to act on the information that -- but you have to have the full scope. You can't have hyperbole. You have to know who, what, when, and how for it to really land, is what I'm telling you. And EVEN needs this more than they need oxygen in -- in space.

MR. WILSON: No. But you -- you -- if you say making that statement, it's a no-brainer man. But like I said, I can't -- if they need it that badly and we are holding the cards -- we're holding enough cards, this is going to go to settlement and then they see your discovery a day later or two days later, it's over, man. Think about what you got going on here. I -- that's all I can say.

I can't make you do anything, but you got to -- it's -- it's -- everything's a gamble. You got to play the odds, man. You got to play the odds based on your own intuition. I just -- if there's opportunity to get rid of this and us to do some stuff, I'm with it. I -- you know, I spent -- I spent two and a half hours, fine, no problem. Thank you for reaching out. But, like, I think, you know, we could be -- we could be moving on this today.



You know what I mean? We could be moving on this today. I don't see -- you have no downside here. There's no -- we -- there's no benefit for us telling them you are our source. Understand that. There's zero benefit for them -- to us telling them our source of information because it's not -- the court can't force it. It has nothing to do with the court case. "Your Honor, this is irrelevant. Why are we talking about this?"

MR. WASHINGTON: I understand that. I understand that.

MR. WILSON: So it's like --

MR. WASHINGTON: What I'm saying to me is the --

MR. WILSON: -- you can't be subpoenaed for this. Why would we give up our sources? It's stupid. And we -- and we want to maintain our relationship with you for multiple reasons now. But I can't -- I can't -- that's -- that's how I'd compute it. If I were in your shoes, that's how I would analyze it. But, you know? And I know I'm superb with that, but I can't, I can't make somebody else see it the way I see it.

You just got to get -- you got to arrive at your own conclusion, you know? It's -- and these



things happen in life for a reason. That's -- when you get to be my age, you realize that. There's no -- everything happens for a reason. It's just a matter of whether you see it, hear it, and act on it. It -- it -- this is -- this is a blessing, you know? It's -- it's a blessing that -- that you're -- that you have this information.

We can -- I mean, I -- the strangest thing is that when we got off the phone, I'm thinking about your -- your expertise. That's how -- that's how much I hear and see and think about things, you know? Enough to where I ask my top artists about it. About you. Understand that, man. Stranger things have happened.

MR. WASHINGTON: We both see it. I'm just -- I'm just looking for somebody to meet me in the where I feel is the middle.

MR. WILSON: You can't meet in the middle on this because we don't have -- we're not in the middle. We don't know what you got. You can't -- we can't -- you know what I mean?

MR. WASHINGTON: But you can do math. But you can do math.

MR. WILSON: The middle -- the -- meeting in the middle is like what? We don't know what the

middle is. You could say, "Yeah, they're getting ready to do a -- a deal with -- with, you know? A deal with some doll company to do a half million dolls." I don't know what you got going on here. Sounds like our rights might be entangled in it. I'm not sure. I don't know what you got going on. I got to see the angles on this thing.

If it's straightforward, it's going to be super easy. Just giving them a courtesy call, you know? "Let us know within 24 hours." That's it. Now they got to sweat bullets on this. Then boom, the next day before they let us know, you hit them with that discovery. Boom. Now they look at it like they're fucked.

MR. WASHINGTON: Well --

MR. WILSON: They just got problems.

MR. WASHINGTON: And -- and somehow, a company that you've done best -- done business with, whether a partnership, investment, whatever the case may be, is about to be cemented in cahoots on paper with EVEN. And you're in the ability -- you're in a position, once I arm you with the information, to fully take advantage of it. Now, like I said, the only thing I'm asking for --

MR. WILSON: I'm in a position to force



settlement.

MR. WASHINGTON: A hundred percent.

MR. WILSON: Okay. But then if that's what it is, every -- you know how everything's going to play out, man.

MR. WASHINGTON: Yeah. But for me -- for me -- me personally, sitting here another 20, 15, 30, even another week, if I have an option to get out tomorrow is just like, bro, that's --

MR. WILSON: Oh, yeah.

MR. WASHINGTON: -- that's --

MR. WILSON: I think this could be over in a week. In seven business days, I think this could be over. With -- if it's -- if -- if you have what you have. But if you want to be released before we see what's on the other side of the wall, man, that's a very difficult position to be in. It's unworkable. It's really not fair, honestly, man. Because my odds are, I don't know what you got, your odds are in -- like we went over.

The worst case is that I don't release you from a case once we settle it, which is never going to happen. It's stupid. It just -- it doesn't make any logical sense whatsoever. We've already went over that. Now, if you were an enemy of a decade or



something, sure, you know? But I don't have any -- like, I -- I actually need help right now. Like, that's a -- you know, it's exactly the opposite.

But I can't -- I can't get -- I can't seem to get that, you know, through you, but my eyes not knowing what's on the other side of that wall are terrible. I just don't know.

MR. WASHINGTON: So look -- but look at it -- but look at it from the -- also looking from the optics of what EVEN is going to see, right? Which is, if they see -- because they're going to have to be notified, Hillel, correct me if I'm right or wrong, that I would be dismissed from this case, right?

MR. PARNESS: Yeah. It'll be -- be known if you're dismissed. For sure.

MR. WASHINGTON: So, Chuck, follow me for one second and we can get off the phone. If I'm EVEN and I see that DDOT got dismissed from the case and it didn't come from the judge and it came from the opposition -- from the plaintiff, I'm already sweating bullets because what did he may or might have -- what deal did he cut with them to get him out of this situation? They -- we all --

MR. WILSON: That's not how it's going to go



down. That's not how it's going to go. It's going to be a settlement agreement with the global release of you and EVEN. And the time pressure that's built into this is they don't want to blow up that other deal that they're working on. So they're going to rush to get it done.

MR. WASHINGTON: It's --

MR. WILSON: And we'll oblige.

MR. WASHINGTON: No, this is not how it's going to go. If I get my own separate from them, they're going to be looking like, "Oh, shit, we untreated him -- "

MR. WILSON: Days? It doesn't make sense to get separate. It's going to take the same of time. Put everybody in deal and close this thing together. How much time do they have before this deal goes away? Not long. So it's going to be one document, one global settlement of release with you signing, me signing, and EVEN signing. Done deal.

And it's going to happen quickly because they don't want that deal to blow up. It's not going to be -- it -- it wouldn't even make sense for us to try to do two separate deals. It's going to be take more time than it's worth. And those risks that you just brought up. You know what? We have a -- we

Page 126

have a conversation. What's the amount? Plug the amount in, standard -- standard settlement and release language. It's over. It's over.
MR. WASHINGTON: So question. Why haven't you and Hillel countered EVEN's offer then?
MR. WILSON: 37,000, bro?
MR. WASHINGTON: So why didn't you -- why didn't you counter?
MR. WILSON: Because I was told by Hillel that this is, like, a -- it's, like, a -- it's a New York state law where they have to have some minimum settlement offer thing. That they -- that's not serious. That was just what they had to go through. The motions they had to walk through to satisfy the law. My legal bills are higher than that amount. That's a joke. It's, like, what are we talking about here?
MR. WASHINGTON: Of course. But again --
MR. WILSON: That wasn't a -- huh?
MR. WASHINGTON: But again, you didn't -- you didn't ask for them to actually make you a serious offer?
MR. WILSON: No, because it wasn't a sincere offer in the first place. It was something they had to loop do by mechanism of law. They had to put

Page 127

that forth. If that law wasn't there, we wouldn't have seen that offer. Is another way of stating it.
MR. WASHINGTON: Got you.
MR. WILSON: So I just said, "Well, if they're serious about settling, they'll -- they'll make a real offer separate from any legal thing."
MR. WASHINGTON: But they don't have any real reason to come to you with a -- with a settlement right now. Right or wrong?
MR. WILSON: Exactly.
MR. WASHINGTON: Okay.
MR. WILSON: Well, I mean, no, not -- not at this stage. I mean, I've -- I've been a part of settlements and they -- they usually happen right before you're about to go to trial.
MR. WASHINGTON: Absolutely. When -- and when is that?
MR. WILSON: Man, I mean, we've got this -- we've got the rest of discovery. So more documents, depositions, and then court backup. That could be next year.
MR. WASHINGTON: I'm not trying to be in litigation for another year, Chuck.
MR. WILSON: Then do -- yo, stop over analyzing. Let us try to force a settlement. You

Page 128

have nothing to lose. You have nothing to lose, bro. Like, I -- I don't know -- you know, I -- go ahead and sleep on it. Go through your process. But I -- I -- it's not that complicated.
MR. WASHINGTON: In a perfect world --
MR. WILSON: Huh?
MR. WASHINGTON: In a perfect world, you know, I give you this information, you go to the -- you go, you know, knock them out the park with it and, you know, me and you can do some other stuff and EVEN has to pay the penalty for -- for their fuckery.
MR. WILSON: That's -- like, that's what's -- that is what's going to happen. That -- at least that's the conversation. If they -- if they're wild cards where they don't care about the deal or whatever, any of those risks, then we -- then -- then it's a -- it's a rubber bullet. It doesn't do -- it's a blank. Doesn't have any potency with them. But if it has potency with them, they're going to be like, "Yo, get this shit out of here, man. Work this out."
And I don't know if they got investors that know about this or board members, but they're going to be like, "Yo, get rid of that shit, man. It's up

Page 129

business. Get rid of that shit. And look at this guy's -- look at this guy's discovery. You guys didn't even provide this to the court. So you looking stupid. I told you to take care of that guy and pay his legal fees and you didn't. And now look."
That's what's going to happen in a matter of hours, right? That's what's going to happen in a matter of hours. And -- and it's two levels. Whether we're involved or not, I don't know if our recordings are involved, but even still, they haven't disclosed this lawsuit to whoever this third party is. They haven't disclosed it.
MR. WASHINGTON: No.
MR. WILSON: So that's the -- that's the -- to me, that's more potent than whatever recordings we may have conflict of interest. Because I know -- I mean, I know how --
MR. WASHINGTON: I'm -- I only brought that up because of your reservations on your exposure and torque. But I'm telling you, because you've done business and you -- and had a -- you know, whatever your arrangement was and you've done business in the past, whatever the case may be, you definitely have every right to bring it up without intention or not.

Intentionally or not. Like, without intention or not.
If it happens to stall the deal out, so be it. If it doesn't, but now it's like, "Okay. Well, do we want to go forward with this because it might potentially upset this other person we've done business in -- in the past or open us up to other litigation?" Then now there's risk for assessment for this other company.
MR. WILSON: There's risk assessment on both levels. With me, Babygrande, and with them doing a -- a deal with the company that's got a $16 million lawsuit on its head. But their whole business model might even be be in -- in jeopardy. Or -- or -- yeah. I mean, certainly in this context of it being Safe Harbor and -- and the way you're positioning it, business model might be defined by the court.
When they told that this is not Safe Harbor. You're running a record label, you know? With a new form of DFP. I don't think they want that ruling. They're probably not even thinking that far ahead.
MR. WASHINGTON: Well, I'm not trying to get that far. That's my point.
MR. WILSON: I'm with you. But you got the tools to make it happen quickly. And it's time


sensitive if you're -- if you're seeing emails today. So it's really up to you. I -- I really can't -- I've explained it every which way, and it's up to you to push the button.
If you push the button and arm us with that information, we will be on the phone with them today, tomorrow, the latest and, you know, probably tomorrow so we can think about the angles and how to approach them. We'll be on the phone with them right away. "Hey, you didn't even have to do this, but we're reaching out to you to see if you want to -- if you want to, you know, make a settlement offer in light of -- in light of what, you know, Chuck has learned out in the field."
It's very important because if they -- you know, when they see your discovery, man, it may -- it may kind of point to you. So I think this a 1, 2 punch that needs to happen where they're already -- they're already knocked back from me presenting this information. And there's a -- there's a little bit of a lag before they get your discovery. And I'm not -- I'm talking about days.
MR. WASHINGTON: Yeah. But for me, the stakes of being -- flat out being released is worth a lot more than, you know? Like, if it cost you your


peace of mind, it's already costing me too much.
MR. WILSON: I -- I mean, listen, like I said, I don't like going through this. It's a hassle. It's time and money. So I would make it go away. Benefits me too. I don't want to deal with this shit, you know?
MR. WASHINGTON: Yeah. But there's way more upside for you. There's potentially millions and hundreds of thousands of dollars awarded to you. There -- I don't -- there's -- there's not that end of the rainbow for me.
MR. WILSON: Listen, we can -- I'm not sure where we're going, but you have the tools probably to make this go away. So when you'll have the potential upside of us working together. That's all I can say. If you want to sleep on it, don't do it. It's up to you. We've now covered it every which way. And our interests are aligned, so.
MR. WASHINGTON: Yeah. I -- I -- there's -- there's definitely no doubt in my mind that our interests are aligned. You know what I'm saying? Like -- and I don't have no love -- there's no love lost between me and this company for a -- a million reasons, even outside of this case, the way I've been treated, that I haven't gotten -- gone into.


You know what I'm saying?
MR. WILSON: They're doing press releases for your work. You're not even mentioned. That's whack.
MR. WASHINGTON: And saying that the reason that they can't put me in the press release is because I'm mentioned in the case.
MR. WILSON: Exactly. So that -- you -- you do your own calculus, man. But it -- it shouldn't -- it ain't hard to tell. It shouldn't be that hard, you know? But I can't -- I'm not here to force you to do anything. I --
MR. WASHINGTON: All right.
MR. WILSON: I got to, you know? But I mean, if it's -- if it's The Orchard, I've known them for 20 years. I don't know if that's what -- what's going on. I -- I don't -- I don't know -- there's some other people it could be, but I just don't know off the top of my head who you might be getting at.
MR. WASHINGTON: There's a lot of people you've done business with that they're trying to do business with. In -- in process of doing business with.
MR. WILSON: Right. And that's -- that makes sense. But if there's this one that's big that they

-- where they need it like oxygen, that's the one we should fucking attack right now.
MR. WASHINGTON: A hundred percent.
MR. WILSON: Because it sounds like -- it sounds like the big one. The biggest of a -- of the batch, right?
MR. WASHINGTON: Yeah.
MR. WILSON: So it's up to you to decide whether you want to take advantage of that moment. I don't know who it is, but it's up to you. I have no control in it. But I do know how to take situations like this and work -- turn them into what we need. I am good at that, you know? I'm very good at that. So -- but I can't -- I don't know what you're getting stuck on because it's obvious to me it's a no brainer, but I -- there's nothing I can do, so.
MR. WASHINGTON: My -- like I said, my only hurdle is, I feel like between a sworn affidavit and --
MR. WILSON: We would get anyway. That we would get anyway.
MR. WASHINGTON: You are not going to get a sworn affidavit from me anyway. Like, that's me at my liberty.



MR. WILSON: So we got -- we have what you turned in already, right?
MR. WASHINGTON: Yeah. You have the discovery.
MR. WILSON: Right.
MR. WASHINGTON: And the discovery still has to be delineated and argued upon back and forth, as opposed to me just coming in and saying, "Yo, in addition to the discovery, X, Y, and Z, and this is how I know, and this is when X, Y, and Z. And I used to work there and my credibility is way more than theirs. Because you can see how they've been moving in this case where they've been shifting around who's responsible for what and not fully delivering discovery."
Like, that's a way more of weight in a jury case, when juries look at character. "Here's the evil tech corporation. Here is the employee that they used and discarded telling the truth about his former employer, or his current employer."
MR. WILSON: Deposition -- depositions are coming, you know? That's when that's going to really -- because they're going to ask hard questions and then we'll have to ask hard questions. Not to rattle you, but just to get this stuff on record. And that's when this -- because I've been



through depositions, it's not fun, you know? We're going to ask a lot of questions. A lot of questions.
So that's what's next. That's -- that's where the -- where the fun starts, man, you know? Sarcastically. So just keep all that in mind, man. It's a -- it's a lot. All those guys are going to be deposed, I'm going to be deposed, Cooks is going to be deposed. I don't know who else. But, you know, everybody's going to be deposed. And after that, it's trial time, you know?
And now we're in trial for two, three weeks in Manhattan or wherever it is. And we're putting suits on and just -- it's just whack, man. It's whack, but I'll do it, you know? But you have the power to put this -- put this fire out, it sounds like, right away. if they need it like oxygen.
MR. WASHINGTON: Like oxygen for an astronaut in space.
MR. WILSON: Hey, man, it's your call, bro. Like, I can't -- you saying it, but --
MR. WASHINGTON: Chuck, I fuck with you. Like, you know what I'm saying? We -- we -- I feel like there's a lot of synergy, but bro, like --
MR. WILSON: Yeah, I know. You -- you don't



want to get stuck looking at the wrong thing, man. Knock it out. Knock it out, man. I'm telling you. All right, guys, we're going on three hours.
MR. WASHINGTON: Let me -- yeah. You know, I'm -- I'm going to think about this some more and I'll try to get back to you by -- by Friday.
MR. WILSON: Friday? Oh, my God, dude. You -- you in slow motion.
MR. WASHINGTON: You are the one that don't want to let me out the case.
MR. WILSON: I do, but I need to know what's on the other side of the wall, dude. I got to know. I got to know what you got.
MR. WASHINGTON: Yeah, well, you don't get to walk into Best Buy and take the PlayStation home to see how it plays on your -- on your TV screen.
MR. WILSON: I don't even -- I don't know if it's Nintendo, PlayStation, I don't know what you got going on. It could be Casio or Beats. I don't know what you got. All right.
MR. WASHINGTON: You can't --
MR. WILSON: I don't know what you got.
MR. WASHINGTON: Well, you can't walk out of Best Buy without a receipt, that's for sure. With -- with anything in your hand. With anything in your

hand.

MR. WILSON: Go ahead and get some good rest on it. But you know what time it is, man. I'm here.

MR. WASHINGTON: I'm going to hit you.

MR. WILSON: Later.

MR. WASHINGTON: All right.

(END OF TRANSCRIPT.)



CERTIFICATE OF TRANSCRIBER

I, ESTHER SMITH, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding; that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; and that I am neither counsel for, related to, nor employed by any of the parties to the case and have no interest, financial or otherwise, in its outcome.

Esther Smith

______________________________

Esther Smith

DATE: February 23, 2026

**$**

**$1.5** 77:3
**$16** 48:19 49:1 84:21 113:20 130:12
**$20,000** 15:21

**0**

**0.01** 94:5

**1**

**1** 50:2 77:9 114:3 131:17
**10** 17:23 18:1
**10k** 51:11
**11th** 17:24 54:25
**15** 103:10 123:7

**2**

**2** 114:3 131:17
**20** 48:5 49:21 51:9 80:9 98:11 103:10 123:7 133:16
**24** 122:10
**25** 51:9
**2K** 50:5

**3**

**30** 123:7
**37,000** 126:6

**6**

**60** 54:3

**9**

**90** 24:25 60:24 80:6
**95** 110:2
**99** 35:14
**99.9** 59:1

**A**

**aback** 111:25 112:2
**abiding** 78:11
**ability** 8:15 60:19 66:4 75:4,13 99:9 122:21
**absolutely** 15:14 45:1 65:15,17 73:2 78:14 93:5 98:10 103:6 105:8 106:10 111:13 127:16
**absolved** 92:1
**accepted** 116:17
**accord** 54:23
**account** 6:24 7:16 31:14,15,16,17,21
**accruing** 38:7
**ace** 60:24 76:4
**acquiring** 27:18
**act** 56:19 60:4 68:15,18 71:12 89:12,13 92:23 114:15 119:3 121:4
**acting** 26:21 55:8
**active** 53:19 71:12 84:16
**actively** 51:25
**actual** 116:21
**add** 35:2,3,5 94:9
**add-on** 83:17 86:20
**addition** 22:1 135:8
**additional** 23:15 51:11
**addressed** 43:14 78:20
**adds** 89:11
**adhered** 53:20
**Adidas** 91:2,5
**ads** 104:5
**advance** 47:18 101:21
**advantage** 55:20 122:23 134:9
**adversary** 55:10
**adversely** 52:12
**advise** 39:21 41:14 71:17
**advised** 34:4 59:12
**advising** 41:18
**affect** 28:25
**affidavit** 17:4 23:13 46:21 67:19 69:2,15 70:4,15 71:19 85:15 134:19,24
**affidavit's** 69:22
**afraid** 18:10 81:9,20
**age** 5:20 121:2
**agree** 20:22 33:11 39:7 74:4 85:23 86:16 109:11
**agreed** 13:25 23:13
**agreeing** 69:2 118:5
**agreement** 11:22 36:15 78:6,7,10,11 82:2,25 125:2
**agreements** 41:21 78:15 106:24
**ahead** 25:8 55:3 128:3 130:21 138:2
**AI** 106:21,25 107:1,4,7
**air** 32:7
**album** 65:11,19
**albums** 63:6,16,20,23
**align** 57:23
**aligned** 8:17 24:4 37:15 60:9 132:18,21
**alignment** 35:13
**alignments** 44:17
**aligns** 107:24
**alleged** 23:25 72:20
**allowed** 7:11 83:23
**allowing** 56:4
**alluding** 40:16
**ally** 16:2
**amateur** 51:8
**amazing** 93:1 96:7
**ambassador** 96:17
**ambulance-chasing** 48:13
**amended** 54:10
**ammunition** 111:7
**amount** 4:9 74:6 126:1,2,15
**analogy** 67:3
**analysis** 102:5
**analyze** 97:3 103:16 108:4,16 120:21
**analyzing** 127:25
**and-a-half** 112:14
**angle** 45:11 70:1
**angles** 15:4 122:7 131:8
**anonymous** 46:13
**anybody's** 27:21
**anymore** 20:20 62:1 85:3
**anyone's** 53:1
**anytime** 32:10
**apparently** 108:10
**appeal** 105:1
**approach** 131:9
**area** 32:7
**argue** 6:21,22
**argued** 31:5 135:6
**arm** 8:15 21:22 32:17,18 75:4 89:24 122:22 131:5
**arming** 22:1
**arrangement** 129:23
**arrive** 120:24
**art** 15:3
**artist** 5:14 6:9,11,13,14,23 7:2,4,24 8:1,3 14:18,22 15:1 53:23 77:5 79:3 111:5
**artists** 5:8,17 7:14 15:2 18:25 79:12,16 99:22

121:12
**asks** 7:9
**aspect** 85:12
**assess** 16:4
**assessment** 3:20 8:20 17:17 21:21 26:2,4,15 46:16 81:24 130:8,10
**asset** 28:22
**assets** 27:20 28:20,21 29:1 93:14,20,23
**assist** 69:19
**assume** 7:16 46:1
**assumed** 80:24
**assuming** 27:19,22 52:14 53:11
**assurances** 35:11
**astronaut** 136:18
**attack** 134:2
**attention** 11:2 58:8
**attorney** 7:1 60:18 78:5
**attorney's** 64:6
**attorneys** 85:23
**attributed** 72:16
**avenues** 109:14,15
**awarded** 132:9
**aware** 50:17

## B

**Babygrande** 20:12 63:23 69:16 71:20 72:20, 21 102:19 130:11
**back** 13:2 16:13,20 17:23 21:14,16 27:24 31:23 35:25 44:11 48:5 49:16,25 50:22 51:4 56:16 57:3 62:4 65:12,13 74:20 93:24 95:12 96:4,20 102:6 104:7 106:14 111:25 116:8 118:16 131:19 135:6 137:6
**backing** 80:19
**backup** 127:20
**bad** 50:12,13 55:11 80:9 95:4 109:11
**badly** 116:5 119:11
**bag** 24:22 25:12
**bags** 24:21
**ball** 12:15 16:10
**bank** 26:12 83:1,2
**barely** 13:20
**bargaining** 36:20
**based** 11:10 15:17 20:22 35:15 44:4 54:10 66:5 67:1 86:7,14 100:7 119:19
**bases** 60:3
**basically** 37:14 38:12 56:16 60:7 77:4,21
**basis** 23:11 79:10
**batch** 134:6
**battle** 105:2
**Beats** 98:13,22,23 99:4 137:19
**beautiful** 46:3 99:14
**beauty** 72:1
**beef** 111:12
**beginning** 96:5
**behalf** 39:15 60:20
**benefit** 13:23 17:5 120:3, 5
**benefited** 66:12,14
**Benefits** 132:5
**betray** 94:6
**betraying** 8:24,25 9:1 14:11
**betting** 65:9
**big** 48:9,20 113:8 133:25 134:5
**bigger** 5:17 58:23
**biggest** 4:18 54:9 56:7 114:18 134:5
**Billboard** 12:13
**billing** 92:17
**bills** 126:15
**birdie** 49:7 93:6
**bit** 19:19 103:13 131:20
**bizarre** 14:17
**black** 30:24
**blah** 54:19 78:10 89:23
**blame** 14:24 48:17 91:21
**blamed** 90:22 91:23
**blank** 128:19
**bleed** 24:9
**blessing** 50:2 121:5,6
**blow** 10:5 12:14 13:6 28:5 36:11 45:23,24 62:17 81:6, 16 90:3 94:3 96:6 108:22 109:10,12 110:13 125:4,21
**blowing** 11:6 21:17
**blown** 105:19
**blows** 49:14 110:10,15, 23 111:1
**bluffing** 56:12
**blunt** 98:21
**board** 11:15,18 45:17 60:14 95:22 128:24
**bogies** 58:19
**bombshell** 16:7 112:18
**boom** 36:16 122:11,13
**boots** 10:2
**borderline** 12:25
**bottom** 24:2 100:1
**box** 31:7
**bracket** 5:21
**brainer** 134:16
**branch** 49:12,13 59:5 93:16
**brand** 4:19
**breach** 20:25
**bring** 35:23 44:1 117:14 129:25
**brings** 56:16
**bro** 4:20 13:15,18 14:12 17:15 18:24 24:20 32:16 34:4,8,19 36:25 105:18 113:8 114:14 123:9 126:6 128:2 136:20,24
**Brother** 117:20
**brought** 6:5 117:12 125:25 129:19
**BS** 24:19
**build** 6:9 96:17
**built** 4:12 99:14 125:3
**bullet** 128:18
**bullets** 122:11 124:22
**bullshit** 34:24
**bunch** 18:24
**burden** 31:20
**burn** 44:19,20
**burned** 14:7
**bus** 71:20,23 94:25 98:12
**business** 4:16,17 11:20, 21 12:12 29:12 32:23 40:18 46:9 49:4,22 57:24 62:16 66:19 67:4 71:4 90:4 96:10 97:1,7,8,16,17 98:11,15 99:11,25 106:15 107:25 116:4 118:24,25 122:18 123:13 129:1,22,23 130:7,13,17 133:21,22
**butt** 93:12
**button** 131:4,5
**butts** 93:10
**Buy** 137:15,24
**buying** 27:21

## C

**cahoots** 122:20
**cake** 30:5 69:14
**calculus** 133:9

**call** 14:16 21:14,15 22:25 23:21 37:5 59:10 69:9 70:4 71:1 72:11 74:19 76:11 85:22,25 86:17,18 93:4 95:16 105:19,20 108:16 112:19,24 117:10 122:9 136:20

**called** 5:2,6,8 10:21 45:8 69:15 83:13 85:13 86:11 112:16,21

**calling** 70:12 73:11

**calls** 74:7 104:24

**camping** 91:4

**capital** 80:8 95:5

**capitalize** 80:4

**captain** 94:10

**card** 58:18 60:25 82:20, 23

**cards** 57:22 119:12,13 128:16

**care** 16:22,23 24:13 38:13 50:8 56:20,21,25 57:5,6,8, 15 101:25 107:22,25 128:16 129:4

**career** 9:13 77:8

**career-long** 48:4

**careful** 41:18 93:19

**case** 6:19,21 7:13 8:9 9:2 24:1 33:24 34:17,19 35:6 36:8,23 38:14,15 39:9,10 43:9 44:1,5,7 45:2,5,7 47:19,22 51:16 52:7,8 53:8 55:4,13,20 56:10 58:3 61:22 69:5 70:6 71:19,24 73:2,3,4,13,19,25 75:22,25 76:10 80:23 81:4 82:5 84:16 86:15 87:7,13 89:9, 10 95:14,15 96:2 97:24 104:22 105:6 115:3 120:8 122:19 123:21,22 124:13, 19 129:24 132:24 133:7 135:12,16 137:10

**cash** 72:24

**casino** 57:25 58:16

**Casio** 137:19

**Catalog** 66:21

**caught** 18:21 104:11

**CDS** 79:18 92:4

**cease** 15:8 31:19 53:19, 20 69:19 95:3

**cemented** 122:20

**cementing** 115:19

**CEO** 49:21 69:17 117:9

**certainty** 60:22 62:13,17 82:24

**chain** 49:5

**chance** 4:20 59:1 81:6 94:4,25 96:6

**chances** 100:24

**change** 33:5 56:15 61:1 94:11

**channels** 104:7

**character** 135:16

**charge** 25:16 79:21

**chase** 13:19 18:22 41:2 48:1 51:5,10

**chasing** 37:24 38:8,18 67:12 82:12

**cheap** 50:10

**check** 15:5 19:19 27:25 35:23 48:9 78:1 94:14 106:23 107:3

**checking** 4:11

**checklist** 31:7

**checks** 58:3,5

**chess** 45:16

**chicken** 23:12 101:17

**chin** 101:5

**Chip** 98:22 99:1

**chocolate** 42:24

**choices** 100:24

**choke** 60:6

**chose** 69:19

**Chuck** 23:23 39:5,21 43:3 44:13,14 45:12,13,14 47:13,20 51:20 54:11 55:15,20 62:14 63:8 64:9, 18,19,22 66:13,15,17,18 68:20 70:20 73:4 74:10,11 76:25 91:8 92:17 103:10 118:13 119:2 124:17 127:23 131:13 136:22

**Chuck's** 39:5,6 47:14 54:20 69:6 90:14

**cigar** 59:16

**circle** 51:4

**civil** 89:14 97:9

**claim** 30:22

**clear** 40:23 78:23 79:1 91:25 92:9

**clearance** 15:19,21 78:21

**cleared** 34:6 99:21,24

**client** 39:5 60:18 71:8 72:22

**close** 13:10 53:7 61:6 86:19 101:20 125:15

**closer** 86:12

**clothes** 91:4

**clothing** 91:1

**clue** 30:17

**co-d** 84:2,5

**co-defendant** 17:2 53:9 83:24 86:9

**co-sign** 5:14

**collateral** 55:18

**comfort** 42:17

**comfortable** 47:17 74:8 92:22 117:18,19

**comforting** 42:22

**Commission** 58:4

**Commissions** 58:17

**common** 27:9

**communication** 54:16 110:18 117:9

**companies** 4:13

**company** 5:13 7:18,25 10:11 13:7,21 15:21 27:20 30:7,17 34:2 35:2 46:14 50:22 53:9 71:5 82:7 86:13 96:12 101:22,24 105:6 117:2 118:23 122:3,17 130:9,12 132:23

**company's** 7:22 51:9 57:18

**compensated** 15:11, 23 82:3

**compensation** 13:25 60:13

**complaining** 90:17

**complaint** 54:2 86:3

**completely** 23:16 45:16 52:2 89:8,17 92:1

**complicated** 74:16 105:10,12 109:19 128:4

**compromised** 94:18

**compute** 120:20

**computer** 97:4,11

**conclusion** 120:25

**conference** 13:2 14:16

**confident** 117:19

**confidentiality** 20:25 41:16

**confirm** 11:16

**conflict** 102:9,12 116:24 129:17

**Congrats** 90:9

**connect** 25:8

**connection** 40:17

**consistent** 39:18,19

**consultant** 13:21

**consumer** 79:13

**contacts** 7:8

**contempt** 85:20

**content** 8:2,3 53:24 91:17

**context** 130:15

**continue** 33:25 68:22 73:3 84:24 112:25

**continues** 73:18
**continuing** 85:3
**contract** 20:23 64:2,7 78:20 102:3 107:6
**contractor** 82:8 107:19
**contracts** 20:24 107:7
**contractual** 3:19
**contractually** 8:19
**control** 95:23 104:2 134:11
**conundrum** 72:14
**conversation** 54:13 55:14 68:10 94:1 111:2 126:1 128:15
**conversations** 75:22
**conveying** 36:3
**convinced** 98:17
**Cooks** 24:16 48:17 62:17 63:10 77:13,20 90:3,22 111:11 136:8
**cool** 4:22,23 5:1 19:22 25:4 59:14 81:7 94:15
**cooperate** 87:8
**cooperates** 87:15
**cooperating** 3:17 46:17
**cooperative** 47:9 73:7
**copies** 41:20
**cornerstone** 8:8
**corporation** 135:17
**correct** 52:21 55:1 124:12
**corrupted** 116:1
**cost** 53:1 131:25
**costing** 132:1
**counsel** 6:12,13,15 14:22 15:6 31:12,13 37:18 42:4 56:5
**count** 88:22
**counter** 126:8
**countered** 126:5
**counterparty** 69:11
**counting** 57:19
**couple** 19:22 64:16,24
**court** 31:6 33:9,10 51:22 54:1 61:23,24 62:4 70:23 75:24 78:13 83:22 85:20 86:23 94:17 100:22 107:6 120:7,8 127:20 129:3 130:17
**courtesy** 122:9
**courts** 10:22 42:10,12
**cover** 29:22 50:5 66:17,20,22 83:22 93:9,12
**covered** 60:3,7 132:17
**cow** 46:23 72:24
**craft** 77:17
**crap** 4:2 62:1
**crazy** 45:5 55:16 85:10 107:20 109:14
**create** 7:16 31:14,16 40:20 99:9 100:4
**creates** 6:24
**creating** 79:11,12 98:4
**credibility** 135:10
**credible** 70:5
**credit** 69:16
**critical** 52:3
**crossed** 18:14
**crumble** 100:6,8
**culture** 17:12
**current** 43:22 135:19
**cut** 13:8 27:25 29:14 48:9 124:23
**cutting** 58:3,5

## D

**da** 20:13 54:19 112:11 116:2
**Daily** 12:12
**damaging** 116:24
**Damien** 3:22 21:12 37:9,14,19,25 38:1,4,19,22 40:23 42:13 44:9 45:10 46:12,13 51:5 64:6 66:10 68:21 86:21 87:18 117:22
**Damien's** 40:16 90:14
**damn** 67:10
**data** 6:8 54:17
**day** 29:15 32:25 50:2 71:23 73:7 77:9 80:15 94:2 96:5 104:5 109:12 110:13 111:16,17 119:14 122:12
**days** 32:23 54:3 76:24 80:6 119:14 123:13 125:13 131:22
**DDOT** 43:19 54:22 55:16,22 71:9 72:20,21,23 124:19
**deal** 6:12,14 10:6,12,14,19 12:2 13:8 16:11 24:23 27:4,5,8 28:3,5 29:1 34:13 35:22 45:24 57:7,19 61:25 62:5 66:8 69:11 74:24 78:12 91:2 97:25 99:13 101:19,20 102:1,6,7,11,15,17,18,23 103:2 105:18 106:25 109:15 110:13 113:8 115:10,13,17,19 116:4,11,18,20,22,25 117:11,12 118:12,15,16 122:2,3 124:23 125:5,15,16,19,21 128:16 130:3,12 132:5
**deal's** 112:10
**dealing** 4:2 57:24
**deals** 6:16 29:14 48:21 97:18 125:23
**death** 108:22 109:10,12 110:10,15,23
**debate** 58:7
**debt** 100:11
**decade** 123:25
**decide** 104:25 134:8
**decided** 49:8,9
**decider** 38:21 39:6
**decision** 53:4 97:4 115:5
**decisions** 15:17
**deemed** 115:17
**deep** 3:14,24 13:22 16:9 17:13 38:2 48:9 62:8 69:18 84:18,20 105:25
**deeper** 118:19
**default** 102:18
**defendant** 87:16
**defense** 72:15 73:25 74:3
**defies** 84:17,18 85:8
**defined** 130:17
**definitive** 79:25
**deist** 31:19 53:19
**delineated** 135:6
**deliver** 7:17 68:12
**delivered** 82:4 91:18
**delivering** 53:17 135:14
**demanded** 86:3
**demands** 88:25
**deposed** 83:10,20,21 136:8,9,10
**deposition** 47:5 135:20
**depositions** 45:6 51:17 76:21 108:7 127:20 135:20 136:1
**depreciating** 6:4
**deserve** 60:6 92:12
**desire** 50:23
**desist** 15:9 53:20 95:3
**destabilized** 57:18
**developing** 14:18
**development** 66:9 71:4 97:17
**DFP** 130:20
**difference** 109:6

**difficult** 84:10 102:25 123:17
**diligence** 6:10 15:7 30:3,11 101:3 116:23 118:22
**dime** 14:2
**Direct** 79:13
**directly** 7:17 11:23 13:23 54:22 72:16
**director** 49:22 71:4
**disabled** 53:22
**disabling** 31:22
**disadvantaged** 26:20
**disagree** 48:15
**disaster** 117:2
**discarded** 135:18
**disclose** 28:24 69:10 70:13 95:25 96:1,2,4 110:17
**disclosed** 27:23 59:2 113:5,7 115:13 129:12,13
**disclosing** 48:22 49:3 58:25 95:6
**disclosures** 41:25 115:11
**discovery** 15:20 41:21 53:10,12 54:14 73:18 78:8 87:8,10,15 108:10,25 109:2,3,13,18 110:14 111:23 113:25 119:14 122:13 127:19 129:2 131:16,21 135:3,5,8,14
**discredit** 71:2 76:16
**discuss** 93:9
**discussed** 54:12
**discussions** 113:1
**dishonest** 110:21
**dismiss** 95:12,13
**dismissed** 34:17 61:16,19,24 124:13,16,19
**dismissing** 61:22 68:25 73:1
**disputed** 31:21
**disruptions** 118:18
**distance** 24:7 80:3 81:5
**distraction** 90:6
**distribution** 28:19 79:12 101:19,20,24 102:1
**distributor** 27:9,13,14 105:24
**distributors** 27:11
**doctor** 3:12
**document** 63:25 88:11 125:17
**documents** 15:20 52:19 68:5 87:23 110:1 127:19
**dog** 8:12,14 33:25 70:6
**doll** 122:3
**dollar** 81:1
**dollars** 14:19 76:24 132:9
**dolls** 122:4
**double** 62:20
**doubling** 32:2
**doubt** 132:20
**download** 25:17 54:24 73:14
**downside** 13:13 32:22 37:19 46:19,21 68:20,25 97:24 104:19,20 120:2
**drag** 31:1,4
**drastically** 61:2
**draws** 80:22
**dropped** 4:21 5:9 65:18
**dry** 55:9
**DSPS** 78:19 79:17 92:4
**dud** 89:20
**dude** 13:15 14:18 15:10 46:15 67:10 104:18 107:19 137:7,12
**due** 6:10 15:7 30:3,11 83:18 101:2,3 116:23 118:22
**dumb** 35:7 51:11 67:7
**duty** 27:14,16

## E

**earlier** 21:7
**early** 101:13 103:18
**easy** 93:25 122:9
**eat** 30:5
**effective** 12:18,20
**effectively** 17:3
**egg** 23:12 101:17
**elect** 3:5,6,7
**eliminate** 52:25 94:4
**eliminating** 98:3
**email** 73:8 88:20 114:10
**emails** 54:18 131:1
**emotions** 36:9
**employed** 94:22,23
**employee** 13:20 43:23 82:8 107:17,21 135:17
**employer** 55:9 70:8 76:7 135:19
**end** 26:2 32:25 35:11 43:8 59:16 62:19 69:18 77:11 111:12 112:6 132:10 138:7
**endgame** 84:4
**enemy** 123:25
**enforce** 106:17
**enjoy** 79:2
**Enjoying** 39:2
**entangled** 122:5
**entitled** 70:22,23
**equation** 17:2 33:5 56:14 71:11 109:17
**essence** 8:10
**essentially** 115:16 116:10 118:13
**Ethan** 66:12
**ethics** 116:19
**EVEN's** 17:13 53:13,18 70:7 82:11 86:8,16 103:12 126:5
**everybody's** 100:20 136:10
**everyone's** 53:11
**everything's** 23:9 99:11,15 119:18 123:4
**evidence** 44:6
**evil** 135:17
**exchange** 23:14 67:17 71:19 75:16 83:1 84:8 114:19,21 116:17 117:21
**exchanging** 47:17
**excluding** 13:14
**exclusive** 91:5
**excuse** 71:22
**execute** 105:4
**exist** 8:3
**expect** 65:11 83:16
**expected** 83:18 87:2,3
**expensive** 32:8
**experience** 15:5 25:15 32:6 77:24 78:18 79:9
**experiences** 79:13
**expertise** 121:10
**explain** 68:19
**explained** 25:11 131:3
**explore** 9:12
**expose** 21:1
**exposed** 112:4
**exposure** 129:20
**extensive** 75:3
**extent** 33:18 72:14
**extra** 19:22 87:2
**extracurricular** 83:5
**extreme** 18:9

**eyes** 77:25 93:20 124:5

## F

**f-you** 67:5
**face** 5:24 25:13 49:4 69:6 73:13 110:15,24
**faces** 24:22
**facing** 89:17
**fact** 6:23 11:10 31:22 39:12 40:16 81:12 95:11 96:13 111:14 117:8
**factors** 105:13
**factory** 42:24
**facts** 52:18,20 73:17 86:10
**factually** 5:24
**Failure** 28:24
**fair** 4:9 6:1,7 20:6,13,16, 17,18 29:15 74:6 97:18 100:16 123:18
**fair-weather** 29:13
**fairly** 97:22 114:19
**faith** 19:25 22:4 23:15,20 37:2 38:12 98:8
**fall** 24:9 118:15
**falls** 7:22
**fans** 54:19
**fast** 43:10
**Fat** 98:13,22,23 99:4
**father's** 59:20
**fault** 86:16 103:23
**favor** 35:15 44:12 95:13
**favorite** 59:20
**fearful** 81:20
**feasible** 92:2
**fee** 30:18
**feeble** 10:10
**feel** 46:22 47:17 48:11,13 50:21 53:6 67:16 76:19 92:22 107:5 114:18 117:18 121:17 134:19 136:23
**feels** 70:22
**fees** 3:21 29:22,23 34:25 38:8 50:6 51:20 77:3 90:7 107:22 129:5
**felt** 42:13
**feud** 10:15
**fiduciary** 21:1 42:1
**field** 11:15 19:2 96:16 131:14
**fight** 8:12 30:23 33:25 34:1 70:6
**fighting** 45:17
**figure** 24:22 25:23 26:1 27:6 28:3 67:15 100:9 107:6 108:4 111:3
**figures** 90:8
**figuring** 26:15 53:7
**file** 11:10 54:1
**filing** 105:1
**finally** 99:20
**financial** 75:19
**find** 26:12 106:25
**finds** 23:23
**fine** 8:5 22:10 42:16 119:23
**finger** 72:12
**finish** 12:3 21:15
**finishing** 21:13
**fire** 58:1 70:18 104:23 136:16
**fish** 14:8
**flat** 131:24
**fly** 101:4
**flying** 58:19,24
**focused** 15:3
**focusing** 85:12 94:5
**foggy** 39:3
**follow** 29:11 50:15 124:17
**footed** 84:13
**force** 8:15 16:21 21:23 24:11 29:18,20 32:12 34:10,12 37:18 38:3 47:25 51:23 52:22 56:19 57:2 74:18 75:4 76:1 89:25 92:24 93:1 101:10 104:2, 16,17 109:19 110:12 111:22 120:7 122:25 127:25 133:11
**forces** 12:5 40:15 45:15
**forcing** 37:20 48:18 81:18 96:7
**forgot** 49:9,11
**form** 24:14 130:20
**forthright** 68:23 86:14
**forward** 28:1 65:25 69:1 81:7 117:11 130:5
**foul** 4:7
**found** 30:20
**fracture** 40:5
**frame** 41:12,13
**fraudulent** 28:23 93:23 113:19
**free** 104:8
**Friday** 137:6,7
**fried** 49:10
**front** 5:24 24:21 35:11 113:24
**froze** 112:2
**fry** 14:8
**Fu** 98:23 99:1
**fuck** 20:21 109:20 136:22
**fucked** 18:3 122:14
**fuckery** 128:12
**fucking** 15:15 33:23 35:4 99:11 134:2
**full** 64:6 65:10 69:18 119:4
**full-blown** 14:12
**fully** 82:3 122:23 135:13
**fun** 136:1,5
**fundamental** 15:24
**funky** 27:3
**funny** 98:20
**future** 23:6 75:8 96:10 118:25

## G

**gamble** 99:11,13,15 100:21,22 101:4 119:18
**gambles** 100:24
**gambling** 99:9
**game** 11:15,18 20:7,13, 16,17,18 90:12
**Gaming** 58:4,17
**garbage** 23:8
**gates** 43:2
**gave** 19:17 23:6 46:13 67:19 88:17,18 97:13 110:2,3
**general** 6:18,20 24:24 71:21
**generally** 15:2
**give** 7:18 9:1 15:6 23:13, 14 24:10 29:8 36:15 37:5, 14 42:18,22 44:21 49:8,9 56:14 57:1 59:10 60:3,24 63:17,19,22 71:11 75:6 76:19 93:24 95:21 101:9, 13 108:9,15 109:11 110:19 114:17 117:20 120:16 128:8
**giving** 20:12 24:6 34:9 41:9,10 46:22,23 74:8 75:20 88:20 96:6 112:24 122:9
**global** 125:2,18
**God** 53:15,16 59:21 64:11,14 65:18 72:21 137:7
**Godfather** 59:15,19
**godsend** 50:24

**gold** 68:17,18
**golden** 29:9 42:24 43:5, 8,12
**golf** 59:6 112:20
**good** 3:2 11:1 12:15 15:12,15 19:25 22:4 23:15, 20 26:6,13 35:22 37:2 38:12 44:12 57:3 60:15 77:12 80:3 89:11 97:1 101:9,13,15 134:13,14 138:2
**Googling** 6:11
**grand** 62:20
**granular** 55:4
**gray** 32:7
**great** 74:25 75:22 89:13 94:21 106:13 111:7
**greatest** 77:7
**grievance** 69:17
**ground** 24:9 80:10
**group** 5:21 25:18
**grow** 80:14
**guarantee** 62:19 103:21
**guess** 22:7 85:24 88:15, 20,21
**guidance** 99:17
**gun** 72:4 99:23
**guy** 12:23 13:4 14:24 17:11,25 18:24 22:16 24:20 40:12 65:9,25 66:25 67:18 91:21 92:6 129:4
**guy's** 129:2
**guys** 4:7 12:14 25:5 29:25 37:7,20 48:23 49:8, 9,21 67:16 89:3 93:8 129:2 136:7 137:3

**H**

**hair** 29:21
**half** 113:11,22 119:23 122:3
**hand** 137:25 138:1
**handle** 16:13 29:24 80:3 107:25
**handled** 45:3
**handling** 86:15
**handoff** 8:4
**hands** 107:23
**handshake** 75:6
**happen** 11:24 17:21 34:19 60:23 83:18 92:8 103:16 121:1 123:23 125:20 127:14 128:14 129:7,8 130:25 131:18
**happened** 13:17 21:9 54:23 86:12 98:24,25 100:19 121:14
**happening** 8:22 51:6,7 59:13 93:7 95:10 101:7
**happy** 83:8 108:23 109:4,13 117:21
**Harbor** 7:21,23 30:12,19, 22 107:14 130:16,18
**Harbor's** 30:15
**hard** 20:15 133:10 135:22,23
**hardest** 78:4
**harvest** 98:2,5
**harvested** 98:5
**hassle** 36:10,19 132:3
**haul** 81:14,16 90:2
**head** 32:21 97:16 113:20 130:13 133:19
**headache** 40:11 62:6
**headaches** 34:25
**hear** 15:17 25:7,16,19 35:9 38:10 45:11 67:2 77:10 98:12 121:4,11
**heard** 15:13 59:8
**hearsay** 23:24
**heart** 100:18
**hearts** 100:18
**Heavily** 117:17
**hell** 25:14
**helped** 3:23 4:3,19 35:4, 6 38:1,7 62:1 67:9,11 68:23
**helpful** 75:21
**helping** 20:11 70:21 116:18 117:3
**here'** 59:13
**hero** 13:10
**hey** 3:21 5:22 7:2,3,7 11:1 12:8 20:1 21:12 22:15 23:12 31:21 32:21 37:7,9 40:7,11 58:5,6 59:5,22 64:25 93:13 98:17 105:23 111:11 112:20 117:22 131:10 136:20
**hide** 110:8 113:6
**high** 14:17,20,22 55:9 60:22,24
**higher** 126:15
**highly** 11:4 12:2
**Hillel** 20:1 25:22 26:1 37:4,8,11 38:25 46:18 51:15 54:12,13 60:17 64:1, 8,9 68:1,19 70:13 92:16 103:14 105:21 124:12 126:5,9
**Hillel's** 36:19 37:12 50:17
**hinder** 24:1
**hip** 77:7
**hire** 15:21 19:2 104:5
**his--** 107:21
**history** 48:4
**hit** 19:18 21:15 32:20 45:6 57:16 109:9 112:23 122:12 138:4
**hold** 21:12 27:25 37:7 60:6 64:8,9 67:21
**holding** 119:12
**hole** 51:21 118:19
**home** 62:20,21 137:15
**honest** 64:21,24
**honestly** 50:2 83:8 114:25 123:18
**Honor** 120:8
**hook** 82:11
**hooks** 107:9
**hop** 77:7
**hope** 57:12 62:21 89:11, 13 106:18 113:23,24
**hoping** 68:17
**horse** 14:17,20,22
**hot** 5:14,16 104:7 116:21
**hour** 92:17
**hours** 112:13,14 119:23 122:10 129:8,9 137:3
**house** 99:25
**How's** 33:4
**human** 61:13
**hundred** 9:22,24 16:23 18:17 24:20 33:15 58:12 59:18 64:20,23 70:3 99:25 103:9 123:2 134:3
**hundreds** 7:13 14:19 27:11 132:9
**hurdle** 134:19
**hurricanes** 29:17
**hurt** 20:1 31:12 79:14,15 118:6
**hurting** 35:1 38:7
**hyperbole** 119:5
**hypothetically** 49:18 104:13

**I**

**icing** 69:14
**idea** 89:18,19
**identify** 75:23
**idiot** 17:20
**ignorance** 91:14

**imagine** 27:6
**immediately** 9:23 23:13 53:20 61:1 100:5 101:11 104:4,14
**impact** 52:13
**important** 21:13 131:15
**imposition** 53:1
**impossible** 115:6,7
**impress** 83:8
**incentive** 16:18 43:24 46:16 61:9
**incentivize** 56:23
**incinerate** 10:6 101:25
**include** 17:8 61:10,11 62:3 102:19
**income** 70:19
**incomplete** 54:11
**independent** 7:25
**independently** 82:12
**indiscernible** 76:5 99:1
**industry** 17:12 18:4
**info** 66:1
**information** 9:1,5 10:3, 25 16:7 19:7,14 20:12 22:2,12 23:16 24:10 26:19 29:8,9 30:13 32:11,17 35:18 36:22 37:5,15,16 38:11 40:4 41:3,9,15 42:16 43:19 44:21 46:3 47:4,16 51:24 54:11 56:13,18 57:1, 4 59:2 60:4 67:20 69:4 71:12 74:9 75:21 89:24 97:14,23 101:9,13 114:20, 22 115:7 116:21 119:3 120:6 121:7 122:22 128:8 131:6,20
**information's** 74:17 101:15
**initial** 54:7
**initiating** 54:17
**injunction** 11:10
**inquire** 65:20
**inside** 41:17
**insider** 41:2
**Instagram** 31:14,18,19
**instances** 32:2 71:7
**instincts** 29:12
**insurances** 35:17 104:21
**intended** 67:18 84:13
**intention** 129:25 130:1
**Intentionally** 130:1
**intents** 34:2
**interest** 27:8 35:13,25 36:24 44:17 66:5 72:23 102:10,13 129:17
**interested** 93:18
**interests** 8:17 37:15 60:9 132:18,21
**interfere** 91:3
**internally** 10:11 76:9
**interpretation** 15:1
**intimate** 71:3
**introduce** 44:7
**introduced** 53:15,16
**intuition** 119:20
**invested** 15:18 66:17
**investment** 66:21 122:19
**investments** 66:20,22
**investors** 16:9 101:2 128:23
**involved** 46:4 57:20 59:8 117:15 129:10,11
**involves** 20:19
**irrelevant** 45:23 120:8
**issue** 42:3
**issues** 107:15

J

**jam** 16:18
**Jay-z's** 57:24
**Jeff** 21:13
**jeopardy** 41:9 42:6 130:14
**joint** 56:5
**joke** 126:16
**journey** 81:10
**judge** 20:2 34:6 36:15 50:10 72:11 83:11 87:5,6, 12 95:11,12 110:16 112:2 124:20
**jump** 52:24
**jumping** 65:4,21
**juries** 135:16
**jury** 51:22 86:2,3,6 135:15

K

**kaboo** 28:16
**karma** 92:14
**keeping** 47:22
**Ken** 50:18
**kickback** 116:5,12 117:23,25 118:2,3,21
**kid** 4:8 77:15
**kidney** 24:8
**kind** 3:24 9:19 16:6 22:20 24:19 29:4 41:16 49:6 55:25 57:16 58:21 62:1 75:8 78:22 79:18 104:6 107:7 108:2 131:17
**kitten** 28:15
**knew** 54:21
**knife** 4:6
**knock** 80:10 128:9 137:2
**knocked** 131:19
**knowing** 7:10 47:16 84:7 114:8,13 115:5 124:6
**knowledge** 69:19 71:3 76:8

L

**label** 6:25 7:7,8,10,11,15 27:15 30:2 79:16 97:8,9 107:3 130:19
**labels** 27:12 79:17 98:14 99:8
**lack** 60:2
**lag** 131:21
**laid** 96:1 110:9 112:12
**land** 102:25 119:6
**landing** 115:16
**landmine** 89:15
**landmines** 89:14
**language** 126:3
**latest** 131:7
**law** 91:8,11 103:13 126:11,15,25 127:1
**lawsuit** 47:2 48:19 49:2 54:1,4,7 67:12 77:16 84:21 113:4,20 129:12 130:13
**lawyer** 25:2 41:13 50:15 57:15 71:15,16 78:16 79:8 90:23 105:23
**lawyering** 50:13
**lead** 103:22
**leadership** 99:17
**leads** 109:19
**learn** 22:23
**learned** 131:14
**leave** 18:10 34:20 61:12 79:7 92:16,20 95:7
**leaving** 37:20
**led** 92:1
**left** 22:16 43:1 55:9,11 78:2
**legal** 3:21 10:21 20:19 29:22 34:25 38:8 47:1 50:6 51:20 77:3 83:6 90:7 107:21 126:15 127:6 129:5

**legally** 17:4
**legendary** 77:18
**Leichtman** 12:23 72:11 112:19
**let alone** 79:16
**letting** 21:4 23:14 39:8,9 46:19 47:18 50:6 82:16,21 85:9
**level** 15:24,25 51:1 81:3
**levels** 129:9 130:11
**leverage** 10:9 16:24 52:2 82:19 85:1,2 95:22,24 104:12
**liabilities** 27:20,22
**liability** 7:16 21:1 49:5
**liable** 7:5 31:16
**liar** 73:12
**liberty** 134:25
**lie** 26:10
**life** 47:10 121:1
**lifeline** 13:6
**light** 59:15,16 131:13
**likelihood** 8:22 62:10, 12 81:25 82:2
**linger** 80:14
**lingering** 62:3
**list** 18:12
**listen** 11:1 21:20 25:4 32:6 36:18 79:21 90:13 99:5 132:2,12
**listening** 15:5 25:15 38:25 39:25 48:24,25 77:24 78:17 79:9,20
**literally** 18:6 49:21 117:8
**litigation** 28:25 57:22 77:2 80:2 81:11 95:6 108:6 110:25 113:9 118:4,6 127:23 130:8
**logic** 85:8
**logical** 39:8 123:24
**London's** 39:3
**long** 19:25 29:15 36:17 48:4 51:19 78:24 81:10,14, 15 89:4 90:2 125:17
**longer** 74:23 80:13
**loop** 126:25
**loops** 27:5
**loosely** 118:11
**Lord** 92:13
**lose** 34:13 43:12 56:3 82:16,18 93:4,5 94:13 97:6 103:17 107:14 109:15 128:1
**losing** 35:24
**lost** 22:18 100:22 132:23
**lot** 4:9 11:5,16 18:21 32:6 63:18,19,23 66:25 70:9 77:13 85:22 90:2 91:24 92:15 99:8 118:17 131:24 133:20 136:2,7,24
**lottery** 42:22,23
**love** 12:22 13:1 18:15 21:19 29:18 32:19,20 57:13,14,15 65:8 132:22
**low-ball** 39:14
**lucrative** 14:12
**lukewarm** 57:1 62:19
**lying** 94:21

**M**

**Machiavelli's** 35:20
**mad** 25:9
**made** 4:22 14:3 70:10,11 88:25 100:14
**Mag** 24:8
**magically** 107:16,19
**Mags** 92:13
**maintain** 120:17
**make** 4:3,4 9:20 13:2 16:8 17:14,15,19 22:22 28:6 32:12,13,15,18 35:2 36:1 38:1,9 41:7 42:14 44:8 47:10,25 48:3,10 49:13 50:21 53:4 56:23 57:20 59:10 61:13 62:9 66:25 70:17 71:24 74:11 79:18 81:19,21,22 82:14 85:8 87:7 88:4 93:22 95:3, 25 96:1,3 103:8,15 106:3 108:15 109:6 114:12 115:5 116:25 118:13 119:17 120:22 123:23 125:13,22 126:21 127:5 130:25 131:12 132:4,14
**makes** 39:22 61:1 94:25 102:6 107:4 109:18 116:1 133:24
**making** 8:3 15:17 44:1 48:23 65:17 67:3 74:16 75:3 97:18 99:20 102:25 119:10
**man** 3:10,14,20 4:4,8,14 8:23 9:21 10:2 13:3,18,21 14:24 15:12 16:17 18:16 21:5,19,22 24:11,15 25:13 26:7 27:6 28:16,23 29:11, 16,19 30:4 32:21 34:21 35:3 36:19 39:1 40:11 46:2 48:19 49:2 50:3 51:6,7,12 56:8 57:11 58:4 59:15,22 67:8 77:6 81:17 82:13 83:17 90:8,23 94:10 95:4 97:4,13 98:8,11 99:16 101:3,8 103:16,21 104:17 105:14 106:2,7,15 107:20, 23 108:1 109:19 111:9,10, 17 112:9,20 113:20,21,23 114:3 115:6 117:6 119:10, 15,19 121:13 123:5,16,18 127:18 128:22,25 131:16 133:9 136:5,6,14,20 137:1, 2 138:3
**Manhattan** 57:25 58:16 136:13
**marketing** 49:22
**math** 121:22,23
**mathematically** 65:8
**matter** 5:24 52:17 77:2,5 83:11 98:11 116:19 117:8 121:4 129:7,9
**Meaning** 37:16
**mechanism** 126:25
**mechanisms** 30:10
**meet** 40:10 121:16,18
**meeting** 65:1 121:24
**members** 111:9 128:24
**mentioned** 59:7 64:16 93:8 133:3,7
**mercy** 18:15
**mess** 40:11
**message** 93:7
**messed** 57:21
**methodically** 60:1
**middle** 28:18 29:17 115:3 121:17,18,20,24,25 122:1
**Mike** 114:3
**million** 17:16 48:19 49:1 77:3 84:21 113:20 122:3 130:12 132:23
**millions** 132:8
**mind** 19:24 22:4 25:13 94:11 110:9 132:1,20 136:6
**minimum** 114:8 126:11
**minute** 50:4 72:3
**miracle** 23:22
**miraculous** 23:22
**missed** 55:23
**model** 130:13,17
**moment** 78:3 134:9
**money** 3:22,24 4:9 14:3 15:18 16:14 17:11 19:9,10 22:18,19 23:7 26:7 27:25 57:19 66:25 80:17,19,21, 23 81:2,4 90:19 100:12,13 106:17 107:4 112:11 113:10,21,22 116:14,16 132:4
**Money's** 113:17
**month** 113:11
**months** 9:10,18 10:1 51:18 73:19 76:24
**morning** 117:8

**motherfuckers** 9:11
**motion** 95:12,13 137:8
**motions** 126:14
**motivated** 82:1
**motivation** 34:21 44:18
**mouth** 55:11
**move** 9:12 34:13 43:13 103:23 108:5,14
**moved** 77:21
**moves** 113:10 114:13
**movie** 59:21
**moving** 26:7 37:2 55:25 58:1 119:25 120:1 135:12
**multiple** 32:2 72:22 120:18
**music** 4:12 7:3,17 8:9 12:12 25:7,16 32:3,5 53:16 54:19 63:14 79:1,22 90:4 103:4

**N**

**name's** 93:7
**Nation** 58:13
**nature** 43:11 61:13
**necessarily** 6:25 79:1
**neck** 105:25
**negativity** 18:22
**negotiate** 61:3
**negotiation** 9:9
**News** 12:12
**Nicki** 58:2
**night** 51:8
**nine-tenths** 91:8,10
**Nintendo** 137:18
**no-brainer** 119:10
**no-no** 113:9
**non-** 41:24
**non-disparaging** 41:25
**nonrefundable** 19:11 22:5
**nother** 27:19
**notice** 113:18
**notification** 114:9
**notified** 124:12
**notify** 31:20
**notoriously** 58:18
**nuclear** 72:5
**number** 16:10 17:18 52:23 58:8 69:7 90:4
**nurture** 98:9
**NYPSD** 114:9

**O**

**oath** 26:10 52:15 86:11
**objective** 75:14 116:14
**objectively** 5:15
**obligated** 85:16,19
**obligation** 42:14 47:2,3,4,5
**oblige** 125:8
**obstacle** 114:18
**obvious** 134:15
**odd** 95:17
**odds** 61:8 62:16 67:1,4,5,7 81:17 84:12,14,15 89:7,8,16,17 96:11 103:17 108:4 119:19 123:19
**offer** 39:14 59:5 61:1 65:17,21,22 66:3,5 126:5,12,22,24 127:2,6 131:12
**offered** 64:10,12,14
**offering** 33:2,3 70:25 81:14 84:9 85:10
**olive** 49:12,13 59:5 93:16
**one's** 64:10 69:4
**online** 79:20
**open** 57:25 58:15 82:5 130:7
**operate** 71:7
**operating** 78:9
**operation** 71:3
**operations** 53:18
**opinion** 48:14
**opportunities** 75:7
**opportunity** 15:6 50:14 55:19 78:25 79:4 92:21 119:21
**opposed** 9:11 54:4 135:7
**opposing** 37:17
**opposite** 31:6,9 124:3
**opposition** 71:2 124:21
**optics** 124:10
**option** 123:8
**options** 9:12
**Orchard** 49:19,20 105:9,12,18 113:3,5 133:15
**Orchard's** 113:16
**order** 100:1 110:2
**originated** 8:2
**overlap** 82:9
**overthink** 56:21
**owe** 4:14 27:14
**owner** 105:22
**ownership** 53:24
**oxygen** 119:7 134:1 136:17,18

**P**

**paid** 14:21 15:22 23:3,9,23 62:24 63:6,11 65:7,23 94:14 99:24
**paint** 41:2 80:13
**painting** 76:12
**pan** 76:14
**pants** 70:17
**paper** 122:20
**papered** 99:24
**papers** 50:5
**paperwork** 13:12,14 31:8 50:9
**parameter** 93:11
**paraphrasing** 72:19
**park** 128:9
**PARNESS** 38:16,20 39:1,4,18 40:1,22 41:5,23 42:3,11,25 43:3 44:9 45:9,19 46:7,25 47:23 52:4,14,17 54:6,24 55:2 61:21 64:2,5 66:10 67:23 68:3 69:7,21 70:14 71:14,17 72:9,25 73:10,20,24 74:2,5 86:5,21 87:4,18,22,25 88:4,10,17,24 89:2 90:13 109:23,25 110:5 117:22 118:3,8,10 124:15
**part** 8:5 11:17 33:22 35:1 41:7 44:2 45:2,5 90:12 94:17 102:13 105:5 127:13
**part's** 8:5
**participating** 30:14
**particulars** 40:16
**parties** 55:7
**partnership** 11:11,12 122:19
**partnerships** 80:20
**party** 10:4,5 12:7 40:18 46:2 47:1 52:7,8 59:12 62:4 71:24 79:20 83:12 103:4 115:16,24 116:6 129:13
**past** 129:24 130:7
**paternity** 58:3
**path** 18:14 91:25 92:9
**pause** 12:1
**pave** 96:9
**pay** 16:11,13 19:10 25:18 30:1,18 33:6,8,19 50:15 63:9 65:11 80:6 100:10 107:21 115:25 128:11 129:5

**paying** 29:22 58:8
**payment** 22:4,6,15 23:15,20 33:20
**payout** 98:1
**payroll** 21:11 104:25
**peace** 132:1
**penalty** 128:11
**people** 6:6 18:13 19:3 25:4,16,18 30:18 46:6,9,10 48:15 62:2 64:16,24 65:1, 20 66:1,16 79:2,21 93:13 99:18 104:5 113:8 115:9, 10,12 117:1 133:18,20
**percent** 9:22,24 17:18 18:17,18 24:20 25:1 33:15 35:14 58:12 59:1,18 64:20, 23 70:3 94:5 100:1 103:9 110:2 123:2 134:3
**percentile** 60:24
**perfect** 111:21 128:5,7
**period** 8:14 107:17
**period's** 107:18
**Permanently** 26:9
**permission** 7:8
**person** 30:8 31:20 34:23 38:7 46:13 53:18 103:3 116:19 117:3 118:14 130:6
**personal** 14:14 17:21 24:13 48:6 84:19
**personally** 70:19 93:5 123:7
**perspective** 42:15 47:1 112:6
**phenomenon** 23:22
**phone** 69:9 71:9 74:19 89:3 108:15 112:19 121:9 124:18 131:6,9
**photo** 90:20,21
**photographs** 90:20
**phrase** 60:2
**pick** 16:11 89:9 112:19
**picture** 17:10 80:13
**piece** 108:2
**pin** 107:8,9
**pissed** 107:5
**pitch** 56:10
**pitching** 56:9
**place** 4:13 20:15 78:22 94:22 95:9 126:24
**plaintiff** 124:21
**plan** 105:21
**plane** 115:16
**plans** 40:5,12
**plant** 98:2
**planting** 98:4
**plate** 18:21
**platform** 5:17 6:5 7:5,9, 10 8:7 53:16,17 54:1 107:14
**play** 9:18 16:10 21:21 35:15,21 48:21 52:19 57:16,23 58:4 59:14 60:25 62:15,22 67:4 77:9 81:17 83:6 84:11,12 89:7 90:25 96:11 108:5 112:17 119:19 123:4
**player** 90:24
**playing** 11:15 12:15 59:6 61:8 67:1 81:3 89:7 112:20
**plays** 10:24 137:16
**Playstation** 137:15,18
**pleadings** 86:23
**Plug** 126:1
**pocket** 3:24 19:22 38:2
**pockets** 3:15 13:22 16:9 17:13 38:2 48:9 62:8 84:17,18,20
**point** 3:14 9:16 16:24 20:14 21:7 32:9,10 34:11 37:13 42:18 46:24 49:25 52:22 54:21 58:24 60:1 61:3 70:11 72:4,12,13 75:15 84:2 85:4 86:15 92:2,8 95:20 99:5 104:11 130:23 131:17
**points** 31:5
**pops** 77:19
**portion** 28:21
**position** 11:25 25:11 26:20 40:21 54:20 61:2 67:22 84:10 108:20 111:6 119:2 122:22,25 123:17
**positioning** 130:16
**positive** 9:8 106:14
**possession** 91:7,10, 12,15,16
**possibly** 11:14 24:9 46:14 58:25 70:17 92:24 116:24 118:23
**potency** 128:19,20
**potent** 129:16
**potential** 85:5 132:15
**potentially** 40:5 45:24 51:21,23 55:10,21 69:5 130:6 132:8
**power** 5:13 136:16
**powerful** 35:14 56:18,22 103:18
**practices** 71:6
**precluded** 27:2
**predict** 71:18
**predicted** 99:18
**premise** 79:11 116:11
**present** 9:20
**presented** 41:21
**presenting** 131:19
**presents** 36:22
**press** 80:9 133:2,6
**pressure** 52:22 125:3
**presuming** 3:24
**pretty** 24:8 39:13 47:9 55:7 69:15 73:14 119:1
**prevents** 104:12
**price** 30:1
**prime** 65:13
**privately** 96:22
**privy** 54:13 69:4
**pro** 50:6,7
**probability** 60:24
**problem** 26:22 27:21 54:9 56:7 68:14 101:17 109:16 119:23
**problems** 26:18 122:16
**procedure** 89:15
**proceed** 42:20
**process** 9:9 20:19 23:7 78:17 113:23 115:19 128:3 133:22
**produce** 87:22,25 88:12
**produced** 53:10 68:5 88:13,15 110:18,20 111:23
**productive** 43:22
**Profitable** 106:15
**progressed** 12:3
**progression** 110:10 111:21
**projection** 66:24
**promised** 102:24
**proper** 6:10 116:23 118:22
**properly** 20:24
**protect** 21:8 106:17
**protected** 102:4
**protection** 41:19
**protective** 115:4
**prove** 23:24
**proven** 73:10,13,22,24, 25
**proves** 31:10
**provide** 17:4 129:3
**provided** 53:12
**providing** 8:2 99:17
**public** 28:7
**pull** 10:15,18 72:18 118:15

**pulled** 118:16
**pun** 67:17 84:13
**punch** 24:8 131:18
**punches** 114:3
**purchased** 54:19
**purgatory** 104:23
**purposes** 34:2
**pursue** 84:25 85:3 89:5 94:12 104:13
**pursuing** 47:22 68:22
**push** 76:17 116:18 131:4, 5
**pushing** 116:11,20,22 117:11 118:12
**put** 10:22 11:25 14:21 15:16 21:24 24:21 30:3,19, 21 36:14 42:5 60:12 61:2 63:6 65:10 67:22 69:24 77:5 78:23,24 79:17 85:15, 16 86:22 88:20 97:7,11 98:7,22 102:3 104:5 105:21 110:2 115:24 125:15 126:25 133:6 136:16
**puts** 26:20 60:5 70:18
**putting** 4:10 24:21 25:5 41:8 58:1 70:9 111:9 113:18 115:10,12 118:23 136:13

**Q**

**question** 44:3 56:1,2 82:15 87:19 98:22 126:4
**questionnaire** 31:9
**questions** 79:23,24 97:20 110:5,6 135:23 136:2,3
**quick** 92:10
**quicker** 81:14 97:7,24
**quickly** 16:8 52:24 74:25 125:20 130:25
**quiet** 48:23 58:2
**quietly** 58:15

**R**

**rabbit** 51:21 118:19
**racist** 12:25
**rainbow** 132:11
**raise** 80:7 95:5 102:15,16
**raising** 102:5
**ramp** 96:15
**ramping** 18:23
**ran** 15:9
**rapper** 4:20 24:21,25
**rattle** 135:24
**re-recording** 77:22
**reach** 37:6 42:8,10,12 93:13 105:21
**reached** 5:10 40:24
**reaching** 11:22 106:11 119:24 131:11
**reaction** 31:7,10
**reactive** 98:21
**read** 50:4 98:12 109:5
**reading** 20:24 24:18 50:4
**ready** 122:2
**real** 17:17 59:14 68:21 74:25 90:7 95:10 113:21, 22 117:25 127:6,7
**realize** 121:2
**realized** 21:9
**realm** 68:10
**reason** 24:15 38:18 50:1 68:22 73:3,5 103:11 115:25 121:1,3 127:8 133:5
**reasoning** 84:17,18 85:9
**reasons** 89:20 120:18 132:24
**rebuilding** 18:23
**receipt** 137:24
**recommend** 11:4
**reconfirming** 77:14
**record** 30:2 79:15,16,17 86:24 96:8 107:3,7 130:19 135:25
**recordings** 14:20 65:13 78:21,25 129:11,16
**records** 4:10 15:13,15, 18 30:3 65:25 78:19 94:18
**redacted** 64:4
**Reddit** 24:19
**reevaluate** 12:1
**reference** 41:12,14
**regular** 92:4
**related** 82:10 118:12
**relating** 118:4
**relation** 97:8
**relationship** 43:22 44:19,20,22 55:22 98:9 99:10 103:19 115:2 120:18
**release** 63:14 66:12 84:7,8 98:23 99:3 123:21 125:2,18 126:3 133:6
**released** 63:14 87:6 123:15 131:24
**releases** 133:2
**releasing** 65:25 79:22
**relevant** 43:25 75:25 107:17
**rely** 15:3
**relying** 30:11
**remain** 52:7
**remains** 6:23 82:15
**remember** 10:2 48:19 83:23 88:19
**remove** 73:2
**removed** 7:9 45:7 53:21 54:2 83:12
**repeatedly** 18:2
**represented** 88:8
**representing** 56:5
**request** 88:11
**required** 31:14 66:2
**reservations** 129:20
**resonate** 57:4
**respect** 74:9 97:13,20
**respected** 113:7
**responsibility** 90:3
**responsible** 33:19 135:13
**rest** 59:21 127:19 138:2
**results** 38:12
**resume** 111:16
**retaliate** 70:17 105:1
**return** 66:21
**reveal** 44:2,8 105:5
**revealed** 45:4
**rid** 58:20 114:12,22 119:21 128:25 129:1
**ride** 102:2
**rides** 10:11
**riding** 74:24 118:17
**righteous** 35:7 67:10
**righteousness** 51:1,2
**rights** 15:7 26:23 53:25 65:23 103:4 106:17,18 122:5
**risk** 3:18,19 8:20 14:11 16:4,5 17:17 21:10,21 25:23 26:2,4,14 38:4 46:15 70:20 81:24 85:3,5,7 94:19 118:23 130:8,10
**risks** 125:24 128:17
**road** 74:23 106:2
**rock** 20:15 58:13
**Rocky** 99:13
**role** 52:9
**roll** 111:7

**room** 13:2
**roots** 80:9
**roped** 55:7
**route** 12:18 81:14 103:5
**rubber** 128:18
**Ruckus** 98:13
**ruin** 115:2
**ruined** 43:23,24 100:14
**rule** 95:12
**ruling** 130:20
**run** 62:20,21 69:19 95:2
**running** 130:19
**rush** 125:6
**Russian** 98:23 99:4,6,7

## S

**Safe** 7:20,23 30:11,12,15, 19,22 107:14 130:16,18
**safety** 47:24
**sake** 97:1
**sample** 15:18,21 78:21
**sand** 92:10
**Sarcastically** 136:6
**satisfy** 126:14
**saving** 104:18
**savvy** 60:2
**scenario** 17:7 23:20 27:6,7 44:5 48:3,7 49:6 54:10
**schedule** 41:6
**school** 14:23 103:13
**scope** 119:4
**Scott** 66:24
**scrambling** 80:6
**screen** 137:16
**screw** 46:17 81:17
**sealed** 33:15 82:4
**seat** 116:21
**sec** 21:12
**secure** 97:15
**seed** 98:4
**seeds** 98:2
**seemingly** 112:7
**sees** 38:9
**select** 25:18
**selling** 28:20 78:18 106:21 107:12
**send** 31:19,23 54:18
**sending** 22:4 113:18
**sense** 4:4 17:14,15,19 20:18 38:1,9 39:22 47:25 48:3 61:14 62:9 74:12 81:19,21,22 82:14 99:20 123:24 125:13,22 133:25
**sensitive** 43:11 117:5 119:3 131:1
**sensitiveness** 95:10
**sensitivity** 36:12
**separate** 23:16 107:3 125:10,14,23 127:6
**separately** 54:12 70:4 74:10
**September** 54:25
**seriousness** 90:18
**service** 7:24 31:16
**set** 35:25 65:12,13 102:23
**settle** 3:5,8 9:2 12:5,10 13:11 16:8,14 17:7 20:13 24:6 34:10 35:6 36:1 37:24 38:3,5 39:10 48:1 51:24 56:13 61:21 75:11,12 84:15 96:7 97:14 123:22
**settled** 13:9 38:19 52:25 55:20 100:5
**settlement** 3:2,20 8:16 9:9 11:4 13:12,14,19 14:12 17:8 21:23 23:14 24:12,24 26:15 29:19,20 32:24 34:21 36:14 37:18,20,21 38:12 39:14 40:15 43:17 45:15,18 46:20 47:25 51:4 52:23 56:4,20 60:5 61:1,3, 10,11,12,15,18 62:3 70:22 74:18 75:5,16 76:1 81:18 82:1,13,25 85:2 89:25 94:7,14 97:6,8,15 101:10 103:22 104:3,17 105:4 109:20 110:12 111:1,22 112:25 119:13 123:1 125:2,18 126:2,12 127:8, 25 131:12
**settlements** 127:14
**settles** 8:16
**settling** 34:19 37:19 67:5 93:18 127:5
**severely** 26:20
**shaking** 10:2
**shape** 24:14
**share** 25:17 42:16 47:3 78:25
**shareholders** 27:24
**sharing** 88:22
**shifting** 135:12
**ship** 94:10
**shit** 16:21 17:22 18:11,23 19:1,10 20:13 26:12 31:11 34:5 49:3 50:22 51:11 58:19 67:8,11 70:17 101:4 107:1,19 109:20 110:19 113:19 125:11 128:21,25 129:1 132:6
**shoes** 120:20
**shoot** 90:21
**short-term** 52:21
**shove** 76:17
**show** 19:9,24,25 22:5
**showing** 50:8 82:11 106:16
**shown** 16:23
**side** 8:8 24:20 33:15 34:7 39:13 53:10 57:10 61:5 64:6 79:25 83:3 89:10 90:4 92:9 99:23 103:12 109:17 112:17 123:16 124:6 137:12
**sidebar** 19:6
**sides** 115:11
**sight** 47:14
**sign** 64:11 66:7 69:25 106:24
**signed** 27:15 29:2 82:4 99:16
**signing** 19:1 27:17 77:7 125:18,19
**similar** 71:7
**simple** 12:10 55:25 56:2 93:6
**simply** 84:22
**simultaneously** 38:14
**sincere** 126:23
**sink** 92:10
**sit** 47:4 60:11 67:8
**sitting** 33:24 43:6 60:20 123:7
**situation** 18:16 55:18 60:25 93:1 97:5 98:4 107:8 110:11 112:22 124:24
**situations** 18:2 71:7 134:12
**slam** 62:21
**slap** 101:5
**sleep** 106:5 108:3,13 111:19,20 114:7 128:3 132:16
**sloppy** 29:25
**slow** 137:8
**sneaky** 95:5
**soccer** 90:24,25 91:4
**sold** 65:24
**somebody's** 23:22
**son** 21:19
**sooner** 68:12
**soul** 59:21
**sound** 14:9
**sounds** 28:17 49:5 105:11 112:16 114:2

117:5,6 122:5 134:4,5 136:16
**source** 44:3,8 45:20,23 105:5 120:4,6
**sources** 120:16
**space** 119:8 136:19
**speak** 10:13
**speaking** 5:15,23 15:2 71:21
**speaks** 56:25
**specific** 85:14
**specifically** 92:13
**spend** 38:6
**spending** 3:21 74:6 90:19 112:13,15
**spent** 4:9 14:19 77:3 113:11 119:22,23
**spite** 97:1
**Spotify** 25:6
**squashes** 60:4
**squeak** 117:3
**squeeze** 9:3
**squeezing** 9:7 11:8
**stabbed** 17:23 18:1
**stabbing** 48:4
**staff** 96:14 111:8
**stage** 108:6 127:13
**stakes** 131:23
**stall** 130:3
**Stamped** 36:16
**stand** 13:22 86:11
**standard** 47:12 126:2
**standing** 28:4,6 102:16
**standpoint** 104:12
**start** 9:9 24:21 69:8 77:22
**started** 49:22 57:3 74:20 96:4 99:13
**starts** 79:6 136:5
**startup** 80:5 101:1
**state** 126:11
**statement** 31:23 85:14 116:1 119:10
**stating** 127:2
**status** 107:15
**stay** 80:23 81:4
**staying** 53:8
**step** 24:17 65:2 99:19
**stepping** 18:11 89:14
**stick** 4:6
**sting** 15:12
**stink** 102:6,15,16 103:8 118:13,18
**stones** 18:10
**stood** 53:23
**stop** 10:22 15:9 20:20 43:18 44:10 127:24
**store** 46:24
**storm** 80:10
**story** 18:3 31:18 53:13
**Stove** 4:17,23 5:1,16 6:5 7:13 14:3,24 31:25 53:15, 16,17 54:16 64:10,14 65:6, 17 66:17 72:21 83:20 91:21
**Stove's** 92:11
**Stoves** 78:9
**straight** 8:19
**straightforward** 122:8
**strange** 3:12
**Stranger** 13:17 121:13
**strangest** 121:8
**strategic** 108:14
**strategy** 12:18,21 109:9
**street** 4:5 60:1
**strength** 15:17
**strong** 34:11 37:16 40:4 74:20
**stronger** 36:6 40:20 67:22 80:15,16
**structure** 100:10
**structured** 16:12
**stuck** 9:7 77:21,23 78:21 104:19 134:15 137:1
**stuff** 12:9,24 14:23 26:8 32:7 42:2 45:4 51:8,22 58:5,10,20 75:8 76:19 77:18,22 80:6 88:15 91:5 95:5 97:3 100:2 106:19 111:4,23 112:1 114:10 119:22 128:10 135:24
**stupid** 13:16 16:1 18:22 34:22 120:17 123:23 129:4
**subject** 75:9 78:6
**subpoenaed** 120:15
**subpoenas** 76:21
**substantially** 52:3
**successful** 103:12
**sucker** 66:8
**sucks** 29:23
**sudden** 26:11 58:2 110:14 112:10
**sue** 71:23
**sued** 73:15
**suffer** 24:3,4,5
**suing** 27:13,15 28:7
**suits** 136:14
**super** 122:8
**superb** 120:22
**supposed** 14:4,5 87:25 88:11
**surfaces** 116:22
**survive** 100:13
**suspended** 78:22
**sway** 85:17
**sweat** 122:11
**sweating** 124:22
**sweet** 69:13
**sweetener** 69:13 71:1
**swing** 69:5
**sword** 118:15
**sworn** 17:4 46:21 67:19 69:2,15 70:4 71:11 76:4,6, 7 85:15 134:19,24
**synergy** 136:24

## T

**table** 40:9 75:1 112:8 116:14 117:13,15
**tables** 17:3
**tail** 107:9
**tainted** 34:3
**takes** 45:15 46:11 56:20, 25
**taking** 77:16 87:16 100:21,22
**talk** 13:3 25:22 26:1 64:17 74:10,11 101:16 104:3 106:9 107:24
**talked** 111:10
**talking** 3:12 13:13 17:6 18:16 27:8 42:6 49:24 54:24 60:17 68:4,6,9 69:10,23 79:6 83:5,6 97:5 105:14,15 117:23 120:9 126:16 131:22
**tape** 26:9
**taste** 55:11
**taught** 100:1
**team** 96:17
**tech** 4:12 5:13 101:1,2 135:17
**technology** 106:19 107:11
**telling** 8:12 9:21 27:4 35:16,18 44:11 45:19 53:11,14 58:21 60:21 64:9 65:19 75:21 85:5 94:20 97:21 105:6 119:6 120:4,5 129:21 135:18 137:2

**tells** 52:14 53:12
**terminate** 12:2 29:1
**terms** 18:10 31:15 71:21 102:3 109:8
**terrible** 95:1 124:7
**territory** 79:15
**testify** 75:13 83:10,22
**testimony** 23:8 71:12 75:17 76:4,7
**tethered** 34:1
**texts** 64:25
**that'd** 74:25
**that'll** 28:14 32:12
**thing** 3:19 4:18 5:25 7:19 8:8,18 10:4 12:14 13:9,11 15:13 16:2 21:24 22:20 23:7 27:17,19 29:13,17 31:7 39:8 41:1 43:16 46:3 52:25 56:23 59:9,15 65:12 77:13,18 78:4 79:19 80:22 85:6 86:19,24 90:1,8 92:24 100:5 106:20 107:16 108:14 109:18 112:1,7 114:23 121:8 122:7,24 125:15 126:12 127:6 137:1
**things** 13:17 14:8 16:3 26:24 27:2 58:15 62:13 68:4 69:7 75:1 77:8 95:3 96:23 99:21 103:20 104:4 112:9 115:4 121:1,11,14
**thinking** 42:14 111:18 121:9 130:21
**thought** 45:11 77:14 78:17 107:2
**thousand** 19:22
**thousands** 7:14 14:19 27:12 76:23 132:9
**thread** 88:21
**threat** 40:6
**threaten** 28:5,9,12
**threatening** 10:13
**three-way** 37:4
**threw** 19:14
**throw** 19:9 49:17 71:20, 22 109:25
**throwing** 69:13 94:24
**thrown** 54:3
**ticket** 42:23,24 43:5,8,12
**tight** 58:18
**Tiktok** 6:24 7:6 31:14
**till** 26:25 34:5
**time** 9:19 17:11,20,24 18:20 21:20 31:1 34:1 35:4,5,15 36:11,14 38:6 43:11 47:21 51:16 53:2 70:11 71:10 74:6 76:1 84:20,23,25 89:4 90:5 95:9,10 99:11 112:13,15 117:5 119:2 125:3,14,16, 24 130:25 132:4 136:11 138:3
**time-sensitive** 21:22 36:5
**times** 16:23 17:16,23 48:5 72:22
**timing** 112:12
**tip** 46:14
**today** 4:21 43:13 74:9 119:25 120:2 131:2,7
**told** 13:23 26:17 44:4 48:2 49:7,15 57:14 68:11 81:10 93:6 96:11 100:7 112:21 126:9 129:4 130:18
**tomorrow** 71:19 81:7 123:9 131:7,8
**tools** 112:7 130:25 132:13
**top** 57:16 69:14 70:7,25 76:9 100:1 106:18 118:22 121:12 133:19
**torque** 129:21
**totally** 22:24 89:16
**touched** 75:9
**tough** 25:12
**trace** 49:16
**track** 41:17 99:23
**tracks** 77:21,22
**trademark** 90:19 106:20
**trampling** 26:22
**transaction** 28:19,20 46:5 62:9 75:19 89:18 97:25
**transactional** 34:24
**transactionally** 51:3
**transcript** 72:18 138:7
**transfer** 28:23 93:23
**transfers** 113:19
**treated** 55:17 77:9 97:22 114:19 132:25
**trees** 80:10
**trial** 44:2 86:2,4 127:15 136:11,12
**trouble** 107:13
**true** 6:3 17:17 69:3 76:12 82:17 87:4 99:18
**trump** 60:25
**trust** 29:11 67:9 98:7 99:15
**truth** 47:6 52:15 53:12 66:2 83:16 86:12 94:20,21 97:22 135:18
**Truthfully** 88:9
**turn** 17:3 40:2 61:23 109:17 110:3 134:12
**turned** 87:9 99:20 112:1 135:2
**turning** 72:4
**turns** 43:7 110:20
**TV** 137:16
**two-** 112:13
**two-and-a-half** 71:5
**type** 28:18 34:22 59:15 89:15 107:8
**Tyson** 114:3

## U

**Uh-huh** 109:24 116:3
**unbelievable** 58:17
**uncharted** 79:15
**unclean** 107:23
**uncomfortable** 47:11
**undermine** 22:23 26:8 75:10
**undermined** 26:9
**undermines** 60:14 75:13
**undermining** 75:17
**understand** 3:16 6:18, 20 9:15 11:18 20:7 23:16 24:1 72:2,6 73:11 76:18 84:6 89:20,21 103:24,25 108:12 114:11 116:8 120:4,10,11 121:13
**understanding** 41:6 69:9
**unethical** 115:18,23
**unfair** 100:19
**unique** 119:2
**universe** 49:15
**unrelated** 118:8,10
**unseen** 47:14
**untreated** 125:11
**unturned** 18:10
**unworkable** 123:17
**upload** 7:6,8,17,19,24 8:6,9 107:14
**uploaded** 30:18
**uploading** 7:22 30:6,8, 9,13,16
**uploads** 31:18
**upright** 67:18
**upset** 130:6
**upsets** 15:25

**upside** 4:9 13:24 17:9 18:19,20 29:21 32:20 37:23 44:21 94:2 132:8,15

**V**

**valuable** 51:16 67:17
**vantage** 9:16
**vendetta** 14:14 17:21 84:19
**verified** 6:24
**versus** 86:8
**vested** 27:8
**vibe** 18:12
**vinyl** 79:18
**violate** 78:7 107:7
**violated** 90:20 100:15
**violates** 106:24 107:5
**violation** 30:20
**violations** 106:20
**vis-a-vis** 115:21
**visibly** 33:23
**volatile** 112:9

**W**

**wait** 25:3 112:9
**Waiting** 43:12
**wake** 114:8
**walk** 101:23 102:2 117:21 126:14 137:15,23
**walking** 16:6 76:3 92:12
**walks** 45:18
**wall** 57:11 61:6 67:24,25 83:3 89:11 112:17 123:16 124:6 137:12
**wanted** 72:8 118:13
**wanting** 54:17 92:5 98:9
**warfare** 72:5
**warrant** 90:18
**WASHINGTON** 3:1,4,7,11,16 4:20,25 5:4,6,10,15,20,23 6:2,16 8:1,11 9:6,15,22,24 10:7,9,18 11:9,24 12:16,20 13:17 14:1,5 15:14 17:1 18:5,17 19:4,6,21 20:4,10,18 21:3,6,17,25 22:8,10,14,21,25 23:4,10,19 25:20,22 26:1,5,14 28:9,12 29:3,7 30:23 31:13 32:9,14,22 33:4,9,14,18,22 34:16 35:9 36:4,7,13 37:1,4,8,10,12 38:24 39:2,24 41:20,24 42:21 43:1,15 44:24 45:14,21 46:8,18 47:20 48:24 49:12 50:14,17 51:13,15 52:11 53:6 54:8 55:1,6 56:2,12 57:6,8 58:11 59:1,18,23,25 60:16 61:15,18 62:12,23 63:2,4,8,11,16,19,22 64:8,13,15,18,22 65:3,6,14,16 66:4,14,23 67:14 68:1,6,19 69:12 70:2,16 71:16,25 72:13 73:9,16,23 74:1,4 75:15 76:2,6,23 77:10 78:8 79:24 80:12,18,25 81:13,22 82:15,23 83:4,14 84:1,11,22 85:11,21 86:1,6,25 87:9,17,21,24 88:2,6,13,19 89:1 90:9 91:7,10,13,15,17,22 92:5 95:7,18,21 96:19,21,25 97:12 98:7,15,19 99:1,3 100:16,20 101:12 102:5,9,12,18,22 103:6,9,24 104:10,20 105:8,16 106:5,8 108:9,25 109:2,6,22,24 110:4,7,22 111:18 112:3 113:13,15 114:1,4,6,16 115:9,15,22 116:4,10,15 117:7,14,17 118:1,7,9,11 120:10,13 121:15,22 122:15,17 123:2,6,11 124:8,17 125:7,9 126:4,7,18,20 127:3,7,11,16,22 128:5,7 129:14,19 130:22 131:23 132:7,19 133:5,13,20 134:3,7,18,23 135:3,5 136:18,22 137:4,9,14,21,23 138:4,6
**waste** 34:1 35:4,5 47:21
**wasting** 17:10
**watch** 24:8 92:10
**watching** 59:19
**water** 81:6
**weaker** 36:2,4
**weakest** 45:2,5
**weaknesses** 45:3
**weather** 29:16 39:3
**week** 68:5,18 92:24 123:8,13
**weekend** 112:20
**Weekly** 12:12
**weeks** 112:10 136:12
**weight** 135:15
**weird** 17:7 20:2
**West** 99:23
**whack** 133:4 136:14,15
**whatever's** 57:20 108:7
**whatsoever** 123:24
**wherewithal** 100:9
**white** 30:25 50:18
**whitelisted** 7:11
**wild** 57:22 58:18 82:20,23 128:15
**willingness** 106:9
**WILSON** 3:3,6,10,13,17 4:22 5:2,5,8,12,19,22 6:1,7 7:20 8:5,13 9:14,17,23,25 10:8,17,24 11:13 12:4,19,22 13:18 14:4,6 15:15 17:6 18:7,19 19:5,8,24 20:8,16,22 21:4,12,19 22:3,9,11,15,22 23:1,6,18 24:10 25:21,25 26:4,6,17 28:11,14 29:4,11 31:3 32:5,11,17 33:1,7,13,17,21 34:8,18 35:12 36:6,8,18 37:3,6,9,11,13 38:18,23 39:17,23 40:3 41:4 42:9 43:10,20 44:16 45:1,22 46:11 47:24 49:1,13 50:16,19 51:14 52:16 55:3,24 56:7,16 57:7,9 58:14 59:4,22,24 60:7 61:5,17,20,23 62:15 63:1,3,5,10,13,18,21,24 64:4,12,14,16,20,23 65:4,8,15,20 66:6,19,24 67:24 68:13 74:13 75:20 76:5,18 77:1,11 78:14 80:1,16,21 81:1,15,23 82:19 83:2,7,15 84:6,14,25 85:18,24 86:16 87:1,5,11 88:23 89:3 90:10,16 91:9,12,14,16,19 92:3,19 95:15,19,23 96:20,24 97:2,19 98:10,16,25 99:2,5 100:17,23 101:14 102:8,11,14,21 103:1,7,15 104:1,16 105:3,9,17 106:6,10 108:12 109:1,4,8 110:9,23 111:19 112:5 113:14,16 114:2,5,11,21 115:12,20 116:3,7,13 117:5,12,16 119:9 120:12,15 121:18,24 122:16,25 123:3,10,12 124:25 125:8,13 126:6,9,19,23 127:4,10,12,18,24 128:6,13 129:15 130:10,24 132:2,12 133:2,8,14,24 134:4,8,21 135:1,4,20 136:20,25 137:7,11,17,22 138:2,5
**win** 8:16 33:18 34:14,15,16,17 40:13 74:18,22 81:3
**win-win** 98:4 100:4
**window** 52:1
**windshield** 58:19
**winning** 42:23
**wins** 74:19
**witnesses** 83:22
**witnessing** 52:12
**womb** 59:19
**won** 77:4
**word** 10:21 24:13,17 60:22 67:21 68:21 98:8 99:19 117:24
**words** 10:6 34:9 75:6
**work** 6:4 64:25 69:24 72:16 94:16,20 100:25 104:14 107:9,11 111:13 128:22 133:3 134:12 135:10
**worked** 76:9
**working** 18:25 35:24 55:21 83:9 86:8 104:7 125:5 132:15

**works** 27:11

**world** 15:16 17:8 30:18 96:23 128:5,7

**worried** 34:20

**worry** 45:25 114:9

**worst** 123:21

**worth** 18:20 19:7,13 22:2, 3 71:8,10 82:12 84:20,23 114:25 125:24 131:24

**would've** 71:17,18

**Wow** 59:9

**wrapped** 9:11

**wrist** 101:5

**writing** 60:13 85:16 86:22

**written** 69:22

**wrong** 67:1 70:13 77:24 86:2 113:13,15 124:13 127:9 137:1

**wronged** 48:12,14

**wrote** 108:24

## Y

**year** 35:24 101:21 127:21, 23

**years** 4:8 14:19 18:1 24:16 49:21 51:10 66:9 71:5 77:3,4 80:9 81:11 92:15 98:11 113:6 133:16

**yesterday** 111:15

**yo** 10:13 13:3 34:4 54:17 69:17 71:9 117:9 127:24 128:21,25 135:7

**York** 126:10

**you-all** 112:22

**young** 5:14

**Youtube** 30:7,9 31:11