Ellenoff Grossman & Schole LLP

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-7889
www.egsllp.com

**MEMO ENDORSED**

October15, 2026

**VIA ECF**

Honorable Jessica G. L. Clarke
300 Quarropas Street, Courtroom 320
White Plains, NY 10601
ClarkeNYSDChambers@nysd.uscourts.gov

**Re:** ***Babygrande Global Inc. v. EVEN Labs et al.*, Civ. No. 1:24-cv-06785-JGLC; Letter Request Regarding Expert Discovery Deadlines and Non-Party Subpoena to Aaron Scott p/k/a Stove God Cooks**

Dear Judge Clarke:

The EVEN Defendants write jointly with Plaintiff pursuant to Your Honor's Individual Rule 4(k) and Local Civil Rule 37.2 regarding: (i) the expert disclosure deadlines currently scheduled in this matter; and (ii) the pending document and deposition subpoenas served on third-party Aaron Scott.

**I. Joint Request to Adjust the Expert Disclosure Deadlines.**

On October 5, 2026, Your Honor entered a case management plan and scheduling order *sua sponte* (Dkt. 344). At that time, the Court noted that "Plaintiff does not anticipate any expert discovery at this time." (Dkt. 344, at 3, § 9(a)). As a result, the Court set the EVEN Defendants' expert reports for February 8, 2027, and Plaintiff's responsive reports for March 1, 2027. Since that time, however, Plaintiff has decided to engage in affirmative expert discovery, and therefore Plaintiff and the EVEN Defendants jointly request that the Court make the following adjustment to the expert discovery schedule:

February 8, 2027: Deadline for expert disclosures by the party bearing the burden of proof with respect to the subject matter of the expert (presumably Plaintiff in most situations).

March 1, 2027: Deadline for responsive expert disclosures (presumably Defendants in most situations).

**II. Non-Party Arron Scott p/k/a Stove God Cooks**:

*The EVEN Defendants' Position:*

Additionally, the EVEN Defendants write to advise the Court that Mr. Scott (p/k/a Stove God Cooks), the artist at the center of this dispute, has not responded to the subpoenas for documents and testimony that the EVEN Defendants served on him by e-mail. As the Court will recall, the Court permitted the EVEN Defendants to serve the subpoenas on Mr. Scott via email. (Dkt. 251). The EVEN Defendants did so on September 2, 2026. Because Plaintiff had also advised the EVEN Defendants that Mr. Scott was represented by Reed Smith (in connection with other matters), we also contacted Reed Smith regarding the subpoenas. But Reed Smith has informed us that it does not represent Mr. Scott in connection with this matter.

Accordingly, the EVEN Defendants respectfully request that the Court enter an order: (i) directing Mr. Scott to produce the documents called for by the subpoena within fourteen (14) days of the order; and (ii) directing Mr. Scott to appear for deposition on a date to be set by the Court and agreed to by the EVEN Defendants. Allowing time for the documents to be produced, the EVEN Defendants are available for the deposition any of November 16-18, 20, 23-25 or December 1, 3, or 4. The EVEN Defendants will provide Mr. Scott with a copy of the Court's order promptly upon entry.

*Plaintiff's Position:*

As previously indicated, Plaintiff and its counsel do not represent Stove God Cooks in this litigation, and have no objection to the EVEN Defendants' request set forth above. Of the dates listed above, Plaintiff's counsel is available to attend on November 17-18 and December 1, and is open to working with Defendants' counsel to identify additional mutually-acceptable dates.

The parties are available for a conference with the Court should it have any questions.

Respectfully Submitted,

/s/ David Leichtman

David Leichtman
Ellenoff Grossman & Schole LLP

*Counsel for the EVEN Defendants*

The application to amend the expert disclosure deadlines is GRANTED. The parties are directed to file an amended case management plan by **October 20, 2026**, with these amended dates. The Court will address EVEN Defendants' request for an order directing non-party Arron Scott to produce documents responsive to EVEN Defendants' subpoena and to appear at a deposition at a date set by the Court in a separate order.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

Dated: October 15, 2026
White Plains, New York