UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABYGRANDE GLOBAL, INC.,

Plaintiff,

-against-

ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.; DAMIEN DDOT WASHINGTON,

Defendants.

24-CV-6785 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On March 24, 2026, the Court granted Defendants Enrique "Mag" Rodriguez and EVEN Labs Inc. (collectively, the "EVEN Defendants") leave to serve document and testimony subpoenas on non-party Arron Scott a/k/a Stove God Cooks via email. ECF No. 251. EVEN Defendants stated that they served Mr. Scott via email on September 2, 2026, but Mr. Scott has not yet produced documents. ECF No. 347. EVEN Defendants now request that this Court enter an order (1) directing Mr. Scott to produce documents responsive to the EVEN Defendants' document subpoena and (2) compelling his attendance at a deposition to be held on a date set by the Court. *Id.* Plaintiff Babygrande Global, Inc. does not oppose EVEN Defendants' request. *Id.*

When a non-party fails to comply with a subpoena, the proper remedy for the requesting party is a motion to compel made in the district where compliance is required. *See United States ex rel. Ortiz v. Mount Sinai Hosp.*, 169 F. Supp. 3d 538, 544 (S.D.N.Y. 2016) (citing Fed. R. Civ. P. 45(d)(2)(B)(i)). EVEN Defendants are therefore directed to file a motion to compel, pursuant to Local Civil Rule 7.1, by **October 21, 2026**. The EVEN Defendants shall serve, via email, the motion to compel and this Order on Mr. Scott by **October 21, 2026**, along with proof of service on the docket.

Mr. Scott must file his opposition to the motion no later than two weeks from the date of service; thereafter, EVEN Defendants shall have one week to file any reply. If Mr. Scott fails to respond to the motion to compel, the Court will deem EVEN Defendants' motion unopposed and grant the motion.

The Clerk of Court is respectfully directed to terminate ECF No. 347.

Dated: October 16, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge