Ellenoff Grossman & Schole LLP

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-7889
www.egsllp.com

October 20, 2026

**VIA ECF**

Honorable Jessica G. L. Clarke
300 Quarropas Street, Courtroom 320
White Plains, NY 10601
ClarkeNYSDChambers@nysd.uscourts.gov

**Re:** ***Babygrande Global Inc. v. EVEN Labs et al.*, Civ. No. 1:24-cv-06785-JGLC; Amended Case Management Plan and Scheduling Order**

Dear Judge Clarke:

We represent the EVEN Defendants in the above captioned matter. In accordance with Your Honor's October 15, 2026 Order (Dkt. 348) we have conferred with Plaintiff, Babygrande Global, Inc., and submit the attached Amended Case Management Plan and Scheduling Order.

Respectfully Submitted,

/s/ David Leichtman

David Leichtman
Ellenoff Grossman & Schole LLP

*Counsel for the EVEN Defendants*