UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABYGRANDE GLOBAL, INC.,<br><br>*Plaintiff*,<br><br>-against-<br><br>EVEN LABS INC.; ENRIQUE “MAG” RODRIGUEZ; and DAMIEN “DDOT” WASHINGTON,<br><br>*Defendants*. | Index No.: 1:24-cv-6785-JGLC<br><br>**NOTICE OF MOTION TO COMPEL COMPLIANCE WITH NON-PARTY SUBPOENA** |

**PLEASE TAKE NOTICE** that, pursuant to the Order granted by the Court on October 16, 2026, (Dkt. 349), Defendants EVEN Labs Inc. and Enrique “Mag” Rodriguez (the “EVEN Defendants”), by and through their undersigned counsel, hereby move this Court to compel non-party compliance with a subpoena pursuant to Federal Rule of Civil Procedure 45 and Local Civil Rule 7.1. The bases for the requested relief are demonstrated in the EVEN Defendants’ Memorandum of Law in Support of Motion to Compel, and the Declaration of Zoe Neefe and exhibits thereto, filed contemporaneously with this notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order (Dkt. 349), any opposition by Mr. Scott must be filed no later than two weeks from the date of service, and the EVEN Defendants may file any reply within one week thereafter. If Mr. Scott fails to respond, the Court will deem the motion unopposed and grant it.

Dated: October 21, 2026

New York, New York

Respectfully submitted,

By: David Leichtman

David Leichtman (DL 7233)
Sherli Furst (SF 7886)
Zoe Neefe (ZN 1824)
Amelia Lembeck (AL 7774)

1345 Avenue of the Americas, 11th Floor
New York, New York 10105
Tel: (212) 370-1300
dleichtman@egsllp.com
sfurst@egsllp.com
zneefe@egsllp.com
alembeck@egsllp.com

*Attorneys for Defendants EVEN Labs Inc. and Enrique "Mag" Rodriguez*