# Exhibit F

1:58 77

250

SG

Stove >

Kopy — 11:35 AM

So you're total right now would be [redacted] — 11:36 AM

Yea! — 11:36 AM

Bro you gotta get me a copy of that paperwork right now lol — 11:39 AM

It's only so much I can do blindly without it — 11:39 AM

So the rest will be in the next payment? — 11:40 AM

2 Replies

I'm about to get it to you — 11:40 AM

But I'm operating as if that paperwork doesn't exist! It was fraudulently acquired — 11:40 AM

Fraudulently executed on my behalf — 11:41 AM

Eye under stand — 11:41 AM

🤣🤣 — 11:41 AM

iMessage