**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BABYGRANDE GLOBAL, INC.,<br><br>*Plaintiff*,<br><br>-against-<br><br>EVEN LABS INC.; ENRIQUE “MAG” RODRIGUEZ; and DAMIEN “DDOT” WASHINGTON;<br><br>*Defendants*. | Index No.: 1:24-cv-6785-JGLC |

## <u>MOTION TO FILE EXHIBITS UNDER SEAL</u>

Defendants EVEN Labs Inc. and Enrique “Mag” Rodriguez (the “EVEN Defendants”) respectfully submit this Motion to File Exhibits Under Seal for the reasons outlined below:

The EVEN Defendants are filing a Motion to Compel Non-Party Subpoena (“Motion to Compel”), as well as the Declaration of Zoe Neefe in Support of the EVEN Defendants’ Motion to Compel Non-Party Subpoena (“Neefe Decl.”) and the exhibits thereto, on October 21, 2026.

Pursuant to Your Honor’s Individual Rule 5(e)(i), on behalf of Plaintiff Babygrande Global, Inc. (“Babygrande”), the EVEN Defendants respectfully request that Neefe Declaration Exhibit I (excerpts of the September 29, 2026 deposition transcript of Charles Wilson) and Exhibit J (excerpts of the September 30, 2026 deposition transcript of Charles Wilson) be initially filed under seal. The EVEN Defendants do not believe any portion of Exhibits I or J need to be filed under seal; however, Babygrande has requested that the exhibits be filed under seal.

In accordance with Babygrande’s request, the EVEN Defendants have also redacted:

1. Portions of Paragraph 15 to the Neefe Declaration;

2. A single line on page 4 of the Motion to Compel that refers to Babygrande's agreement with Cooks;
3. Portions of Exhibit B to the Neefe Declaration that contains a link to Babygrande's production; and
4. Portions of Exhibit C to the Neefe Declaration that contains Babygrande's financial records that are unrelated to the Motion to Compel;

The EVEN Defendants have notified Babygrande of its obligation to file a letter explaining the need to seal or redact the documents within three business days of today (October 21, 2026). Attached are true copies of the deposition transcript excerpts (Neefe Decl. Exs. I and J); the Neefe Declaration; the Motion to Compel; Ex. B to the Neefe Declaration; and Ex. C to the Neefe Declaration.

Separately, the EVEN Defendants have redacted a single monetary figure in Exhibit F to the Neefe Declaration that refers to specific, non-public revenue figures discussed in the course of confidential business communications. The EVEN Defendants have also redacted certain private information in Exhibits B and C and the Neefe Declaration, in accordance with Your Honor's Individual Rule 5(a), namely Mr. Scotts home address and email addresses.

WHEREFORE, the EVEN Defendants respectfully request that the attached Proposed Order be granted, that the Court direct the Clerk of the Court to file Exhibits I and J to the Neefe Declaration under seal, and that the Court grant the EVEN Defendants leave to file the Neefe Declaration, the Motion to Compel, and Exhibits B, C, and F to the Neefe Declaration in redacted form.

Dated: October 21, 2026
New York, New York

Respectfully submitted,

By: /s/ Zoe Neefe
David Leichtman (DL 7233)
Sherli Furst (SF 7886)
Zoe Neefe (ZN 1824)
Ellenoff Grossman & Schole LLP

1345 Avenue of the Americas, 11th Floor
New York, New York 10105
Tel: (212) 370-1300
dleichtman@egsllp.com
sfurst@egsllp.com
zneefe@egsllp.com

*Attorneys for Defendants EVEN Labs Inc.*
*and Enrique "Mag" Rodriguez*