UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABYGRANDE GLOBAL, INC., Plaintiff, -against- ENRIQUE MAG RODRIGUEZ; EVEN LABS INC.; DAMIEN DDOT WASHINGTON, Defendants. | 24-CV-6785 (JGLC) **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On October 21, 2026, Defendants Enrique "Mag" Rodriguez and EVEN Labs Inc. (collectively, the "EVEN Defendants") moved to compel non-party Arron Scott a/k/a Stove God Cooks to produce documents responsive to the EVEN Defendants' document subpoena and compelling his attendance at a deposition to be held on a date set by the Court. ECF No. 355. Pursuant to Order of this Court, EVEN Defendants were to serve the motion to compel on Mr. Scott via email by October 21, 2026. ECF No. 349. Thereafter, Mr. Scott was to file any opposition to the motion no later than two weeks from the date of service. *Id.* The Order provided that if Mr. Scott failed to respond to the motion to compel, the Court would deem EVEN Defendants' motion unopposed and grant the motion. *Id.*

On October 21, 2026, EVEN Defendants served Mr. Scott via email with the motion to compel. *See* ECF No. 361. Mr. Scott's response to the motion was due November 4, 2026. Mr. Scott has not opposed the motion. Therefore, EVEN Defendants' motion to compel is GRANTED. The Court ORDERS Mr. Scott to produce documents responsive to EVEN Defendants' document subpoena, ECF No. 357-5, by **November 16, 2026**. The Court further ORDERS Mr. Scott to appear at a deposition to be held on **December 1, 2026**, or on a date agreed to by Mr. Scott and the parties, at a time and place agreed upon by Mr. Scott and the

parties. The EVEN Defendants shall serve, via email, this Order on Mr. Scott by November 10, 2026, and file proof of service on the docket.

The parties' proposed redactions, *see* ECF Nos. 358 and 362, are GRANTED. EVEN Defendants are directed to file the redacted documents in question no later than **November 10, 2026**.

The Clerk of Court is respectfully directed to terminate ECF No. 355.

Dated: November 9, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge