# Exhibit I

# ORIGINALLY FILED UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
BABYGRANDE GLOBAL, INC., :
INDEX #
PLAINTIFF, 1:24-CV-6785-JGLC
:
-against-
:
EVEN LABS INC.; CSA PARTNERS, LLC;
GENER8TOR MANAGEMENT, LLC; GANGELS, :
LLC; VC 414 FUND I, L.P.; ENRIQUE
"MAG" RODRIGUEZ, DAMIEN "DDOT" :
WASHINGTON; DANIEL ROTMAN; ADOLF
AKUFFO-AFFUL; DONTE MURRY; and OGO, :
DEFENDANTS. :
-------------------------------------X

300 Quarropas Street
White Plains, New York 10601
September 29, 2026
9:48 a.m.

Videotaped Examination Before Trial of the Plaintiff, BABYGRANDE GLOBAL, INC., by CHARLES WILSON, in the above-captioned matter, held at the above time and place, before Howard Breshin, a Notary Public of the State of New York.

WILSON

C H A R L E S W I L S O N, a witness called on behalf of the Plaintiff, Babygrande Global, Inc., having been first duly sworn, was examined and testified as follows:

THE WITNESS: Charles Wilson, 276 Fifth Avenue, New York, New York 10001.

EXAMINATION BY
MR. LEICHTMAN:

Q. Good morning, Mr. Wilson. The address you just gave, that's a UPS store, correct?
A. No, it is not.
Q. It is not?
A. No.
Q. That's an actual physical office?
A. It is. We are rarely there, but yes.
Q. What is your highest level of education?
A. Oh, man. I have a JD MBA from the University of Virginia.
Q. And when did you get that degree?
A. 1994.
Q. Did you get both the JD and the MBA in the same year?

WILSON

that credit show up?

A. He would see that in a publishing statement.

Q. Okay. And have you provided him with publishing statements?

A. I don't recall. I'd have to ask Jeremy. But I can tell you that as of this, I'm sorry, as of this Even thing, any breach of contract is going to stop everything.

Q. And what do you mean by that?

A. Well, we are not playing fair ball now, right. So don't, you know, this is not Stove, this is any situation, right. [redacted]

WILSON

[redacted]

CERTIFICATION

STATE OF NEW YORK )
) ss:
COUNTY OF WESTCHESTER )

I, HOWARD BRESHIN, a Court Reporter and Notary Public within and for the State of New York, do hereby certify:

That I reported the proceedings that are hereinbefore set forth, and that such transcript is a true and accurate record of said proceedings.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand.

____________________
HOWARD BRESHIN,
COURT REPORTER