# Exhibit J

# ORIGINALLY FILED UNDER SEAL

UNITED STATES DISTRICT OCURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
BABYGRANDE GLOBAL, INC., :
INDEX #
PLAINTIFF, 1:24-CV-6785-JGLC
:
-against-
:
EVEN LABS INC.; CSA PARTNERS, LLC;
GENER8TOR MANAGEMENT, LLC; GANGELS, :
LLC; VC 414 FUND I, L.L.P.;
ENRIQUE "MAG" RODRIGUEZ, DAMIEN :
"DDOT" WASHINGTON; DANIEL ROTMAN;
ADOLF AFUFFO-AFFUL; DONTE MURRY; :
and OGO,
:
DEFENDANTS. :
-------------------------------------X

300 Quarropas Street
White Plains, New York 10601
September 30, 2026

FOR ATTORNEYS EYES ONLY

Continued Videotaped Examination Before Trial of the Plaintiff, Babygrande, by CHARLES WILSON, in the above-captioned matter, held at the above time and place, before Howard Breshin, a Notary Public of the State of New York.

WILSON

Labs et al in the United States District Court for the Southern District of New York, Case Number 24 cv-6785.

We are currently located at the White Plains Courthouse at 300 Quarropoas Street in White Plains, New York, 10601. My name is Dan Acosta. I am the videographer and our court reporter is Howard Breshin from the firm of Veritext Legal Solutions.

I am not authorized to administer an oath. I am not related to any party in this action nor am I financially interested in the income.

If there are any objections to proceeding please state them at the time of your appearance. Counsel are all present. If needed, please make introductions again. If not, I pass off to our court reporter to swear in the witness if needed. If not, counsel may proceed.

C H A R L E S W I L S O N a witness called on

WILSON

behalf of the Defendant, having been previously duly sworn, was examined and testified further as follows:

THE REPORTER: Mr. Wilson, you are reminded you are still under oath from yesterday, understood and agreed?

THE WTINESS: Yes.

EXAMINATION BY

MR. LEICHTMAN:

Q. Good morning, Mr. Wilson.

A. Good morning.

Q. I put in front of you Exhibits 19, 20 and 21 from yesterday and I would just ask while I am introducing the next exhibit, just take a look again at Exhibit 21 which is a list of 12 songs that you had sent to those various entities for clearing samples of the names of the songs because I think yesterday we established which songs, six of eight tracks at issue were this morning, try to figure out if we can identify the other two.

A. Okay.

Q. Okay, so I am marking what has been marked as Exhibit 43, which is a thumb drive, a

WILSON

A. It could be in my email. You are talking about back and forth negotiations?
Q. Yes.
A. It could be in my email.
Q. Did you check your email for those documents?
A. I may have, yeah.
Q. But you don't know?
A. If I checked my email?
Q. For the purposes of producing documents relating to the negotiation of this contract in this case, did you search your emails and provide emails to Mr. Parness reflecting the negotiations of this contract?
A. I don't remember. Was that requested?
Q. Absolutely.
A. Yeah, then either I found it or we found it or we couldn't find it, I mean_-- yeah.
Q. Did you ask Mr. Gerson to look for documents responsive to the document request in this case?
A. I am sure I did at times or I would have had Hillel contact him directly.
Q. [redacted]

[redacted] It is

WILSON

figure out what is responsive. You are skipping over that.

Q. [redacted]

[redacted]

Q. And have you provided those to Mr. Parness?

A. I would not be the one providing so I don't have any idea.

Q. Who would be the one providing?

A. It could be any of those sources that I gave you before.

Q. All right. Well, we are going to probably have to come back. Okay, so lets look at paragraph--

A. You definitely are coming back when we get on you all.

Q. Let's look at paragraph two of the

WILSON

marked as Exhibit 57. Have you seen Exhibit 57 before?

A. This exhibit? No.

Q. It is a document Bates numbered Even Labs 1282 through 1290. You see it says "Stove God Cooks renegotiates Babygrande deal, says new album is on the way?"

A. Yeah, I don't know where this comes from, man.

Q. Okay.

MR. PARNESS: Wait for a question.

Q. You see it is an article dated August 28th, 2026?

A. Yes.

Q. And you see that there is on the second page it says that Stove wrote on his Instagram stories, "Respect to Chuck at Babygrande. He came and sat down face to face and we got the renegotiation done, album on the way?

A. Yes.

Q. Is that true?

A. No.

Q. Okay. So you haven't renegotiated

WILSON

your agreement with Mr. Cooks?
A. No, nor did I see him face to face.
Q. Okay, all right, and is an album on the way?
A. An album has been on the way for five years, so yeah.
Q. All right. Okay. And then on page 3 there is a statement that says, "Back in January, Stove publicly called on JZ for assistance getting out of his contract. Stove previously claimed that he offered to return a $500,000 advance to leave Babygrande but was instead told it would cost him 2.5 million. He also said J advised him to satisfy the obligations of his existing agreement." Do you see that?
A. I am aware of it.
Q. Okay. Did you ever tell Mr. Cooks that it would cost him 2.5 million dollars to leave Babygrande?
A. No, all of that is false.
Q. Why would Mr. Cooks say that?
MR. PARNESS: Objection, calls for speculation. You can answer if you know.

WILSON

A. I mean he just does this all the time. He just starts putting stuff out there that is not true. I mean it is true that he did posted a story about Hov, get me out of this but that is some rapper stuff paying homage to something, someone else said that. It is just all nonsense.

Q. And when you say Hov, that is a reference to JZ?

A. Yes. He was up for 12 hours.

Q. Why does JZ go by Hov?

A. It is hard to-- I think his mom might be a Jehovah's Witness. I am not sure though. I can't remember the whole story but it has to do with-- oh, I know what it is, it is a play of Jehovah, J Hova, Hov. That's it, yeah.

Q. All right. Showing you what is marked as Exhibit 59, which is a document Bates stamped B378 through_--

MR. PARNESS: What happened to 58?

MR. LEICHTMAN: I am skipping. I am going to skip some now.

MR. PARNESS: You are entitled.

Q. B378 through B3902 and then there is some attachments that don't have dates on those.

CERTIFICATION

STATE OF NEW YORK )
) ss:
COUNTY OF WESTCHESTER )

I, HOWARD BRESHIN, a Court Reporter and Notary Public within and for the State of New York, do hereby certify:

That I reported the proceedings that are hereinbefore set forth, and that such transcript is a true and accurate record of said proceedings.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand.

____________________

HOWARD BRESHIN,
COURT REPORTER