Ellenoff Grossman & Schole LLP

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-7889
www.egsllp.com

November 18, 2026

MEMO ENDORSED

**VIA ECF**

Honorable Jessica G. L. Clarke
300 Quarropas Street
Courtroom 320
White Plains, NY 10601
ClarkeNYSDChambers@nysd.uscourts.gov

Re: **Letter to Judge Clarke Regarding Mr. Scott's Failure to Comply with Court Order (Dkt. 364); Babygrande Global Inc. v. EVEN Labs et al., Civ. No. 1:24-cv-06785-JGLC**

Dear Judge Clarke:

We write on behalf of the EVEN Defendants in the above-captioned matter to inform the Court that non-party Aaron Scott p/k/a Stove God Cooks has failed to comply with the Court's November 9, 2026 Order (Dkt. 364) (the "Order") and respectfully request that the Court direct Plaintiff to contact Mr. Scott.

The Order granted the EVEN Defendants' motion to compel (Dkt. 355) and directed Mr. Scott to produce documents responsive to the EVEN Defendants' subpoenas (Dkts. 357-4 and 357-5) by November 16, 2026, and to appear for a deposition on December 1, 2026, or on another date agreed to by Mr. Scott and the parties. The Order also directed the EVEN Defendants to serve the Order on Mr. Scott via email by November 10, 2026. The EVEN Defendants complied on November 9, 2026, and filed a certificate of service the same day (Dkt. 365).

As of the date of this letter, the EVEN Defendants have not received any documents from Mr. Scott, and he has not responded to any of our emails, including service of the subpoenas and service of the Order. The deadline for Mr. Scott to produce documents in compliance with the Order has now passed, and the December 1, 2026 deposition date is approaching, with no indication that Mr. Scott intends to comply.

Because Plaintiff has an existing relationship with Mr. Scott and is in a better position to reach him due to their continued business relationship, the EVEN Defendants respectfully request that the Court direct Plaintiff to contact Mr. Scott. We ask that Plaintiff serve Mr. Scott with a copy

of the Order by Thursday November 19, 2026. We further ask that Plaintiff notify the Court by November 20, 2026 whether it has made successful contact with Mr. Scott and whether Mr. Scott intends to comply with the Order.

Respectfully submitted,

David Leichtman

David Leichtman

The parties are directed to meet and confer regarding EVEN Defendants' request that Plaintiff contact Mr. Scott regarding compliance with EVEN Defendants' subpoenas and this Court's Order. If the parties are unable to resolve this issue, counsel are directed to appear for a conference with the Court on Thursday, December 3, 2026, at 11:00 a.m. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 125986911#. The parties are further directed to file a joint letter by December 1, 2026, about the status of Mr. Scott's compliance, and they shall indicate whether the conference, currently scheduled for December 3, 2026, remains necessary.

The Clerk of Court is respectfully directed to terminate ECF No. 367.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

Dated: November 18, 2026
White Plains, New York